**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                        **Plaintiff,**

  - against -

**VICTORY AUTO GROUP LLC d/b/a VICTORY**
**MITSUBISHI and SPARTAN AUTO GROUP LLC**
**d/b/a VICTORY MITSUBISHI, JOHN DOES 1 - 6,**
**and PHILIP ARGYROPOULOS**

                       **Defendants.**
-------------------------------------------------------------------X

**Case No. 1:22-cv-4447**

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that, **VICTORY AUTO GROUP LLC d/b/a VICTORY MITSUBISHI** ("Victory Auto"), **SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI** ("Spartan Auto") and **PHILIP ARGYROPOULOS** ("Argyropoulos") (collectively "Defendants"), upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, hereby move this Court, before the Hon. Jed S. Rakoff, at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 14-B, on September 15, 2022, at 4:30pm for an Order dismissing Counts II, III and IV of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(c).

**[Remainder of page intentionally left blank]**

Dated: New York, New York
August 9, 2022

                                        Yours, etc.
                                        NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: _____
                H. Nicholas Goodman
                *Attorneys for Defendants*
                VICTORY AUTO GROUP LLC
                d/b/a VICTORY MITSUBISHI,
                SPARTAN AUTO GROUP LLC
                d/b/a VICTORY MITSUBISHI
                and PHILIP ARGYROPOULOS
                333 Park Avenue South, Suite 3A
                New York, New York 10010
                (212) 227-9003
                ngoodman@ngoodmanlaw.com

***Via ECF***
Emma Caterine
THE LAW OFFICE OF
  AHMAD KESHAVARZ
16 Court Street, Suite 2600
Brooklyn, New York 11241
(917) 945-9848
emma@newyorkconsumerattorney.com