**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
FARAH JEAN FRANCOIS,

                                    Plaintiff,

    - against -

VICTORY AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI, SPARTAN
AUTO GROUP LLC d/b/a VICTORY
MITSUBISHI, STAVROS ORSARIS,
YESSICA VALLEJO, DAVID PEREZ,
DIANE ARGYROPOULOS, and
PHILIP ARGYROPOULOS

                                Defendants.
-----------------------------------------------------------------------X

             Case No. 1:22-cv-4447

             <u>NOTICE OF MOTION</u>

        **PLEASE TAKE NOTICE that VICTORY AUTO GROUP LLC d/b/a VICTORY MITSUBISHI** ("Victory Auto"), **SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI** ("Spartan Auto"), **STAVROS ORSARIS** ("Orsaris"), **YESSICA VALLEJO** ("Vallejo"), **DAVID PEREZ** ("Perez"), **DIANE ARGYROPOULOS** ("Diane") and **PHILIP ARGYROPOULOS** ("Philip") (collectively "Defendants"), upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the Affirmation of H. Nicholas Goodman dated February 24, 2023, and the exhibits annexed thereto, hereby move this Court, before the Hon. Jed S. Rakoff, at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 14-B, on March 30, 2023, at 9:00am for an Order, pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 56, granting Defendants Summary Judgment and dismissing Counts I and II of Plaintiff's First-Amended Complaint as to all Defendants or, in the alternative, granting partial Summary Judgment dismissing Count II of Plaintiff's First-Amended Complaint in its entirety and dismissing Counts I and II thereof as against Victory Auto, Philip, and Diane and limiting scope of

the trial of Count I of Plaintiff's Amended Complaint to the scope of Plaintiff's recoverable damages,

together with such other and further relief as this Court deems just and proper.

Dated:  New York, New York
        February 24, 2023

                                    Yours, etc.
                                    NICHOLAS GOODMAN & ASSOCIATES, PLLC


                            BY: _____
                                    H. Nicholas Goodman
                                    *Attorneys for Defendants*
                                    VICTORY AUTO GROUP LLC
                                    d/b/a VICTORY MITSUBISHI,
                                    SPARTAN AUTO GROUP LLC
                                    d/b/a VICTORY MITSUBISHI,
                                    STAVROS ORSARIS, YESSICA VELLEJO,
                                    DAVID PEREZ, DIANE ARGYROPOULOS,
                                    and PHILIP ARGYROPOULOS
                                    333 Park Avenue South, Suite 3A
                                    New York, New York 10010
                                    (212) 227-9003
                                    ngoodman@ngoodmanlaw.com

*Via ECF*
Emma Caterine
Ahmad Keshavarz
THE LAW OFFICE OF
  AHMAD KESHAVARZ
16 Court Street, Suite 2600
Brooklyn, New York 11241
(917) 945-9848
emma@newyorkconsumerattorney.com
ahmad@newyorkconsumerattorney.com