



```
              UNITED STATES
              POSTAL SERVICE.
                MORNINGSIDE
               232 W 116TH ST
             NEW YORK, NY 10026-9998
                (800)275-8777              01:18 PM
                                   Unit        Price
05/18/2022              Qty        Price
Product                                        $2.96
First-Class Mail®        1
Large Envelope
  Woodlyn, PA 19094
  Weight: 0 lb 9.10 oz
  Estimated Delivery Date
    Fri 05/20/2022                             $3.75
  Certified Mail®
    Tracking #:
    70220410000013053608                       $6.71
Total
                                               $6.71
Grand Total:
                                               $6.71
Debit Card Remitted
  Card Name: VISA
  Account #: XXXXXXXXXXXX7610
  Approval #: 051813
  Transaction #: 998
  Receipt #: 045864
  Debit Card Purchase: $6.71
  AID: A0000000980840            Chip
  AL: US DEBIT
  PIN: Verified

*********************************************
      Every household in the U.S. is now
      eligible to receive a second set
           of 4 free test kits.
          Go to www.covidtests.gov
*********************************************

    Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
     and Data rates may apply. You may also
     visit www.usps.com USPS Tracking or call
                 1-800-222-1811.

              Preview your Mail
              Track your Packages
              Sign up for FREE @
         https://informeddelivery.usps.com

        All sales final on stamps and postage.
        Refunds for guaranteed services only.
             Thank you for your business.

         Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device.
```

**FRANCOIS 3796**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Allen, TX 75013   OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ $3.75 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ $3.16 | |
| Total Postage and Fees | |
| $ $6.91 | |

0050
15

Postmark
Here

05/25/2022

Sent To  Dispute department Experian
Street and Apt. No., or PO Box No.  P.O. Box 4500
City, State, ZIP+4®  Allen, Tx 75013

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Ins

7022 0410 0000 1305 5077

7022041000001305507?

Total                                         $6.9
Grand Total:                                  $6.91
Debit Card Remitted
   Card Name: VISA
   Account #: XXXXXXXXXXXX7610

FRANCOIS 3797



Receipt:

```
Product                          Qty    Unit
                                        Price
First-Class Mail®                 1
Large Envelope
    Allen, TX 75013
    Weight: 0 lb 10.30 oz
    Estimated Delivery Date
        Tue 05/31/2022
    Certified Mail®                             $3.75
        Tracking #:
        70220410000013055077
Total                                           $6.91

Grand Total:                                    $6.91

Debit Card Remitted                             $6.91
    Card Name: VISA
    Account #: XXXXXXXXXXXX7610
    Approval #: 034213
    Transaction #: 176
    Receipt #: 036095
    Debit Card Purchase: $6.91
    AID: A0000000980840              Chip
    AL: US DEBIT
    PIN: Verified
```

************************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,