```
EXPERIAN CREDIT REPORT


FRANCOIS FARAH JEAN           DOB:      -1987     E: GLN
2914 FARRAGUT RD APT 3                            RPTD: 08-15 I
BROOKLYN NY 11210-1536
RPTD: 06-18 TO 04-20 U 03X


145 W 111TH ST APT 8
NEW YORK NY 10026-4251
RPTD: 12-14 TO 07-18 U 01X


FARAH JEAN FRANCOIS, JEAN F FARAH, FARAH JEANFRANCOIS

PERMISSIBLE PURPOSE CODE: T-00
DEALER NAME         : Victory Mitsubishi


------------------------- PROFILE SUMMARY -------------------------------
                                                          CNT 0/0/0/0
PUBLIC RECORDS-------0  PAST DUE AMT--------$0  INQUIRIES---3  SATIS ACCTS---6
INSTALL BAL-----$9,549  SCH/EST PAY-------$707  INQS/6 MO---1  NOW DEL/DRG---0
R ESTATE BAL----------  R ESTATE PAY----------  TRADELINE---7  WAS DEL/DRG---1
TOT REV BAL----$11,292  TOT REV AVAIL-------0%  PAID ACCT---1  OLD TRADE-01-16


-------------------------- SCORE SUMMARY --------------------------------
EXPERIAN/FAIR ISAAC AUTO LOAN MODEL 08      = +565  SCORE FACTORS: 10/14/33/13


----------------------------- TRADES ------------------------------------
SUBSCRIBER              BALDT    BALANCE  MOPAY  PYMTLEV ACCTCOND  PYMT STATUS
SUB#   KOB TYP TRM ECOA OPEN     AMT-TYP1        DEL 1   MAXIMUM   PYMT HISTORY
ACCOUNT#                LSTPD    AMT-TYP2 P/DUE  DEL 2   MOS REV   30/60/90/DRG

COMENITYCB/C21          04-20                    04-20   PAID      CURR ACCT
2510073 DC CHG REV   1  07-17    $1,600-L                          B000000000000
                        04-18    $94-H                   (34)      00/00/00
** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **


SYNCB/OLDNAVYDC         12-19                    12-19   PAID      CURR ACCT
1654080 BC CRC REV   1  03-18    $2,900-L                          BCCCCCCCCCCCC
                        12-19    $1,778-H                (22)      00/00/00
** ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST **


COMENITYBANK/VICTORIA   05-20    $200     $35    04-20   OPEN      CUR WAS 30
1348810 CG CHG REV   1  12-18    $750-L          03-20             CC1CCCCCC0CCC
                        04-20    $250-H                  (18)      01/00/00


AMEX/DSNB               05-20    $6,247   $200   05-20   OPEN      CURR ACCT
1917250 BC CRC REV   1  06-18    $5,000-L                          CCCCCCCCCCCCC
                        05-20    $6,697-H                (23)      00/00/00


MACYS/DSNB              05-20    $0       $0     05-20   OPEN      CURR ACCT
1362830 DZ CHG REV   1  09-16    $100-L                            000000000000C
                        05-19    $838-H                  (44)      00/00/00


BANK OF AMERICA         05-20    $4,845   $129   05-20   OPEN      CURR ACCT
1230206 BC CRC REV   1  01-16    $5,200-L                          CCCCCCCCCCCCC
                        05-20    $5,213-H                (52)      00/00/00


TD BANK N.A.            04-20    $9,549   $343   04-20   OPEN      CURR ACCT
3148750 BB UNS 036   1  02-20    $10,000-O                         CCC
4641687467              04-20                            (03)      00/00/00


--------------------------- INQUIRIES ----------------------------------
TD BANK N.A.            01-27-20  3137880 BB
COMENITYBANK/VICTORIA   12-21-18  2375577 CS        UNK CHG
MACYS/DSNB              06-27-18  1171389 DZ


---------------------------- MESSAGES ----------------------------------
0092 REQUESTED PRODUCT OPTION NOT ALLOWED
0086 SIMILAR SSN ON FILE
```

**DEFENDANTS 37**

```
0027 CKPT: INPUT SSN ISSUE DATE UNVERIFIED
0335 AG08TOO MANY INQUIRIES LAST 12 MONTHS

END -- EXPERIAN

Bureau Pulled Date: 05/30/2020 08:55:46 PM
```

**DEFENDANTS 38**

```
310200012202519342     TRANSUNION CREDIT REPORT


<FOR>         <SUB NAME>            <MKT SUB>  <INFILE>   <DATE>      <TIME>
(I) A LA4892120 VICTORY MITS         17 NY     11/15      05/30/20    15:55CT


<SUBJECT>                                      <SSN>          <BIRTH DATE>
FRANCOIS, FARAH  JEAN                          XXX-XX-0154    ▇87
<ALSO KNOWN AS>
FARAH,JEAN,F
JEANFRANCOIS,FARAH
<CURRENT ADDRESS>                                             <DATE RPTD>
2914 FARRAGUT RD., #3. BROOKLYN NY. 11210                     7/18
<FORMER ADDRESS>
145 W. 111TH ST., #8. NEW YORK NY. 10026                      11/15
--------------------------------------------------------------------------
M O D E L   P R O F I L E      * * * A L E R T * * *
***FICO AUTO SCORE 8 SCORE +577  : 010, 014, 003, 013*** IN ADDITION TO THE
***FACTORS LISTED ABOVE, THE NUMBER OF INQUIRIES ON THE CONSUMER'S CREDIT
***FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE.
--------------------------------------------------------------------------
C R E D I T   S U M M A R Y     * * *   T O T A L   F I L E   H I S T O R Y
PR=0  COL=0  NEG=0  HSTNEG=1-1  TRD=7  RVL=6  INST=1  MTG=0  OPN=5  INQ=3
             HIGH CRED  CRED LIM  BALANCE  PAST DUE  MNTHLY PAY AVAILABLE
REVOLVING:    $12.9K     $11.0K    $11.2K    $0        $364       0%
INSTALLMENT:  $10K       $0        $9549     $0        $343       0%
MORTGAGE:     $0         $0        $0        $0        $0         0%
CLOSED W/BAL: $0         $0        $0        $0        $0         0%
TOTALS:       $22.9K     $11.0K    $20.8K    $0        $707       0%
--------------------------------------------------------------------------
T R A D E S
SUBNAME         SUBCODE   OPENED  HIGHCRED  TERMS    MAXDELQ   PAYPAT  1-12 MOP
ACCOUNT#                  VERFIED CREDLIM   PASTDUE  AMT-MOP   PAYPAT 13-24
ECOA COLLATRL/LOANTYPE    CLSD/PD BALANCE   REMARKS            MO 30/60/90
AMEX DSNB    B 2A5T006    6/18    $6697     MIN200             111111111111 R01
37748155221               5/20A   $5000     $0                 1111111111
I     CREDIT CARD                 $6247                        22   0/ 0/ 0


DSNB MACYS   D 2A5T001    9/16    $838                         111111111111 R01
603534004466              5/20A   $100      $0                 1111111111
I     CHARGE ACCOUNT      5/19    $0                           43   0/ 0/ 0


BK OF AMER   B 1597029    1/16    $5213     MIN129             111111111111 R01
2381                      5/20A   $5200     $0                 1111111111
I     CREDIT CARD                 $4845                        48   0/ 0/ 0


CB/VICSCRT   C 16US001    12/18   $250      MIN35              121111111111 R01
585637534866              5/20A   $750      $0                 1111
I     CHARGE ACCOUNT              $200                         16   1/ 0/ 0


CCB/CENTURY  D 1NZ8334    7/17    $94                          111111111111 R01
578097809181              5/20A   $1600     $0                 1111111111
I     CHARGE ACCOUNT      4/20C   $0        CLSD BY CRDT GRANTOR 33  0/ 0/ 0


TD BANK N.A. B 708P039    2/20    $10.0K    036M343   1                     I01
4641687467                4/20A             $0
I     UNSECURED                   $9549                        1    0/ 0/ 0


SYNCB/ONDC   B 235064B    3/18    $1778                        111111111111 R01
447995169770              2/20A   $2900     $0                 11111111
I     CREDIT CARD         3/19C   $0        CLSD BY CRDT GRANTOR 22  0/ 0/ 0
--------------------------------------------------------------------------
I N Q U I R I E S
DATE     SUBCODE          SUBNAME        TYPE    AMOUNT
5/30/20  ALA4892120(CAL)  VICTORY MITS
5/20/20  FCE2375239(CHI)  ONEMAIN
5/14/20  UOR2040345(FLA)  VERIZON
--------------------------------------------------------------------------
C R E D I T   R E P O R T   S E R V I C E D   B Y :
TRANSUNION                                                    800-888-4213
```

**DEFENDANTS 39**

```
2 BALDWIN PLACE, P.O. BOX 1000 CHESTER, PA 19016
CONSUMER DISCLOSURES CAN BE OBTAINED ONLINE THROUGH TRANSUNION AT:
    HTTP://WWW.TRANSUNION.COM

                        END OF TRANSUNION REPORT

Bureau Pulled Date: 05/30/2020 08:55:15 PM
```

**DEFENDANTS 40**