4:41   5G 100

# New Message   Cancel

To: (347) 995-5054

iMessage
Sep 25, 2020 at 4:10 PM



Sep 26, 2020 at 12:17 PM



4:34    5G 100

## New iMessage    <span>Cancel</span>

To: (347) 995-5054

Sep 26, 2020 at 12:17 PM



Hey the car is on Hollis ave

iMessage

  

       

DEFENDANTS 71

New iMessage                    Cancel

To: (347) 995-5054



Hey the car is on Hollis ave

Sep 28, 2020 at 12:15 PM



Farah

message    mobile    video    mail    pay

mobile
(917) 291-5097

FaceTime

Notes

Send Message

Share Contact

Add to Favorites

Add to Emergency Contacts

The sender is not in your contact list.
**Report Junk**

iMessage