Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------X
     FARAH JEAN FRANCOIS,
 4
                              PLAINTIFF,
 5
 6        -against-          Case No.:
                             1:22-cv-4447-JSR
 7
 8   VICTORY AUTO GROUP LLC d/b/a
     VICTORY MITSUBISHI,
 9   SPARTAN AUTO GROUP LLC d/b/a
     VICTORY MITSUBISHI,
10   STAVROS ORSARIS,
     YESSICA VALLEJO,
11   DAVID PEREZ,
     DIANE ARGYROPOULOS, AND
12   PHILIP ARGYROPOULOS,
13                            DEFENDANTS.
     ----------------------------------------X
14
15             DATE: November 22, 2022
16             TIME: 11:00 A.M.
17
18
19      VIRTUAL DEPOSITION of the Plaintiff,
20   FARAH JEAN FRANCOIS, taken by the
21   Defendant, pursuant to a Notice and to the
22   Federal Rules of Civil Procedure, held at
23   the above date and time, before Victoria
24   Chumas and Sophia Toribio, Notaries Public
25   of the State of New York.
```

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4   THE LAW OFFICE OF AHMAD KESHAVARZ
        Attorneys for the Plaintiff
 5      FARAH JEAN FRANCOIS
        16 Court Street, Suite 2600
 6      Brooklyn, New York 11241
        BY: AHMAD KESHAVARZ, ESQ.
 7      ahmad@newyorkconsumerattorney.com
 8
     NICHOLAS GOODMAN & ASSOCIATES, PLLC
 9      Attorneys for the Defendants
        VICTORY AUTO GROUP LLC d/b/a
10      VICTORY MITSUBISHI,
        SPARTAN AUTO GROUP LLC d/b/a
11      VICTORY MITSUBISHI,
        STAVROS ORSARIS,
12      YESSICA VALLEJO,
        DAVID PEREZ,
13      DIANE ARGYROPOULOS, AND
        PHILIP ARGYROPOULOS
14      333 Park Avenue South, Suite 3A
        New York, New York 10010
15      BY: H. NICHOLAS GOODMAN, ESQ.
        ngoodman@ngoodmanlaw.com
16
17   ALSO PRESENT:
18   PATRICK L. SELVEY, JR., ESQ. with Nicholas
     Goodman & Associates
19
20
21            *         *         *
22
23
24
25
```

Page 3

1

2    F E D E R A L   S T I P U L A T I O N S

3

4     IT IS HEREBY STIPULATED AND AGREED by and

5    between the counsel for the respective

6    parties herein that the sealing, filing and

7    certification of the within deposition be

8    waived; that the original of the deposition

9    may be signed and sworn to by the witness

10   before anyone authorized to administer an

11   oath, with the same effect as if signed

12   before a Judge of the Court; that an

13   unsigned copy of the deposition may be used

14   with the same force and effect as if signed

15   by the witness, 30 days after service of

16   the original & 1 copy of same upon counsel

17   for the witness.

18

19     IT IS FURTHER STIPULATED AND AGREED that

20   all objections except as to form, are

21   reserved to the time of trial.

22

23              *     *     *     *

24

25

```
                                      Page 4
 1                   F. FRANCOIS
 2   F A R A H    J E A N    F R A N C O I S,
 3   called as a witness, having been first duly
 4   sworn by a Notary Public of the State of
 5   New York, was examined and testified as
 6   follows:
 7               THE COURT REPORTER:  Please
 8          state your name for the record.
 9        A.     Farah Jean Francois.
10               THE COURT REPORTER:  What is
11          your address?
12        A.     719 West 180th Street, New
13   York, New York 10033.
14   EXAMINATION BY
15   MR. GOODMAN:
16        Q.     Good morning, Ms. Francois.  My
17   name is Nicholas Goodman.  I represent the
18   defendants in the lawsuit that you
19   commenced.  I will be asking you a series
20   of questions today.  Have you ever
21   testified at a deposition before?
22        A.     No.
23        Q.     Have you ever testified in a
24   courtroom before?
25        A.     No.
```

```
 1                  F. FRANCOIS
 2        Q.    Have you ever testified under
 3   oath in any circumstances before?
 4        A.    No.
 5        Q.    Have you ever sued anyone
 6   before this case?
 7        A.    No.
 8        Q.    Has anyone ever sued you before
 9   this case?
10        A.    No.
11        Q.    Or presently?
12        A.    No.
13        Q.    Just, the court reporter went
14   over an important rule about letting me
15   finish asking the question before you start
16   answering because she can't take two people
17   at the same time.
18              Another important rule is that
19   if there is anything that you do not
20   understand about the question that I asked,
21   it is very important that you tell us that
22   you did not understand, okay?  Do you
23   understand that?
24        A.    Yes, correct.
25        Q.    If I ask a question and you
```

Page 6

1                      F. FRANCOIS
2    answer and you did not say that you did not
3    understand, do you agree it would be fair
4    to assume that you did understand the
5    question?
6              MR. KESHAVARZ:  Objection to
7         form.
8         Q.    You can answer.   You can
9    answer the question.
10             MR. KESHAVARZ:  When I say
11        "objection to form," you do not have
12        to worry about what that means.  You
13        can go ahead and answer the question,
14        unless I tell you not to answer.
15             So I made an objection to the
16        form, and you can go ahead and answer
17        the question.
18        A.    Okay.  Thank you.
19             MR. GOODMAN:  Can you read back
20        the question, please, Ms. Court
21        Reporter?
22             (Whereupon, the referred to
23        question was read back by the
24        Reporter.)
25             MR. KESHAVARZ:  Objection,

Page 7

```
 1                    F. FRANCOIS
 2        form.
 3        Q.    Go ahead, you can answer.
 4        A.    Yes.
 5        Q.    Are you on any medications
 6   today that might affect your ability to
 7   testify accurately?
 8        A.    No.
 9        Q.    Have you had any alcohol in the
10   last 24 hours, drank any alcohol?
11        A.    No.
12        Q.    Okay.  Smoke any marijuana?
13        A.    No, none of them.
14        Q.    Any illegal drugs in the last
15   24 hours?
16        A.    No.
17        Q.    Okay.  Where were you born Ms.
18   Francois?
19        A.    I was born in Haiti.
20        Q.    What is your native language?
21        A.    French.
22        Q.    Would that be French Creole.
23        A.    Yeah, French Creole.
24        Q.    Okay.  And when did you first
25   arrive in the United States?
```

```
 1                    F. FRANCOIS
 2      A.    It was in 2013, November of
 3  2013, yes.
 4      Q.    And what is your current
 5  citizenship status?
 6      A.    Resident.  I have my green
 7  card.
 8      Q.    Okay.  What is the date you got
 9  your green card?
10      A.    I got my green card last year.
11      Q.    What was your status before
12  that?
13           MR. KESHAVARZ:  Objection,
14       form.
15      A.    I had a work authorization,
16  just to work in the United States.
17      Q.    Work authorization.  Did you
18  have any specific visa status?
19      A.    Yes, I had visa.  I had visa.
20      Q.    Okay.  When you arrived in the
21  United States in November of 2013, have you
22  stayed in the United States ever since
23  then?
24      A.    Yeah.
25      Q.    You never went back to Haiti?
```

```
                                          Page 9
 1                      F. FRANCOIS
 2         A.     I went to visit this year,
 3    yeah.  It was in February.
 4         Q.     Okay.  Had you ever been in the
 5    United States before November of 2013?
 6         A.     I'm sorry.  Say that again.
 7         Q.     Have you been to the United
 8    States before November of 2013?
 9         A.     Yes, I come to visit two times
10    before I decided to stay.
11         Q.     Okay.  And when you arrived,
12    you arrived in the United States on
13    November 7, 2013?
14         A.     Yes.
15         Q.     And, in fact, you arrived at
16    Kennedy Airport?
17         A.     Yes.
18         Q.     And you were arrested at
19    Kennedy Airport, correct?
20              MR. KESHAVARZ:  Objection to
21         form.
22         A.     Yes.
23         Q.     And you had nine-and-a-half
24    kilograms of cocaine in your bag at the
25    time?
```

```
 1                    F. FRANCOIS
 2              MR. KESHAVARZ:   Objection to
 3        form.
 4        A.    My friend had the suitcase.
 5   The case was dismissed, it was not mine.
 6        Q.    That was not your bag?
 7        A.    No.  This is the reason they
 8   dismissed the case.
 9        Q.    Have you ever been convicted of
10   a crime?
11        A.    Never.
12        Q.    The address you gave on 719
13   West 180th Street, how long have you lived
14   at that address?
15        A.    I just have like six months
16   living here.  It is my aunt's.  She just
17   had her husband dead.  Her husband died.
18   And I just come here and move in at --
19   (Indiscernible.)
20        Q.    Wait.  Say that again, please.
21        A.    145 West 111th Street, New
22   York, New York, Apartment 8.
23        Q.    So your testimony is that you
24   have been staying at the address on
25   West 180th Street for six --
```

```
                                        Page 11
 1                    F. FRANCOIS
 2        A.    Because I am a nurse and my
 3   auntie, she is sick, and I am taking care
 4   of her.
 5        Q.    You have to let me finish
 6   first.  That's one of those rules.
 7        A.    Okay.
 8        Q.    Prior to staying with your aunt
 9   at West 180th Street you were living at 145
10   West 111th, is that your testimony?
11        A.    Yes, sir.
12        Q.    And what is your aunt's name?
13        A.    Say that again.
14        Q.    The name of your aunt?
15        A.    Jidal Anicette.
16        Q.    Can you spell that for the
17   court reporter, please?
18        A.    Jidal, J-I-D-A-L, Anicette,
19   A-N-I-C-E-T-T-E.
20        Q.    And the other address you just
21   gave us, 145 West 111th Street, how long
22   did you live there?
23             Are you saying that is actually
24   your current address?
25        A.    Since I came to America, before
```

```
                                        Page 12
 1                    F. FRANCOIS
 2    I moved to my husband, finally moved to my
 3    husband, this is where I used to live.  And
 4    I am still living here.
 5         Q.    Okay.   Where do you receive
 6    mail?
 7         A.    My mail?
 8               MR. KESHAVARZ:  Objection to
 9          form.
10         A.    Now I receive my mail at 145
11    where I am living.
12         Q.    How long have you lived there?
13         A.    Since I come to America, I was
14    living there.  And when I get married in
15    2018, I moved with my husband in Brooklyn.
16         Q.    In Brooklyn?
17         A.    Yes.
18         Q.    Currently, who do you live
19    with, who resides at 145 West 111th?
20         A.    My uncle's mom, my grand auntie
21    live in there, and my other uncle live
22    there.
23         Q.    What are there names, please?
24         A.    My uncle, Papito Momplaisir.
25         Q.    Spell that for the court
```

```
                                    Page 13
 1                  F. FRANCOIS
 2    Reporter.
 3         A.    Papito, P-A-P-I-T-O, last name
 4    Momplaisir, M-O-M-P-L-A-I-S-I-R.
 5         Q.    Okay.  Now you said there is
 6    another uncle that lives there?
 7         A.    Yes.  My other uncle is living
 8    there.
 9         Q.    What is his name?
10         A.    Gregory, G-R-E-G-O-R-Y, last
11    name Momplaisir, M-O-M-P-L-A-I-S-I-R.
12         Q.    Okay.  And then I think you
13    said a third person lives there?
14         A.    Yeah.  It is my grandmother.
15         Q.    From the time you arrived in
16    the United States, you lived at that
17    address November 2013 at 145 West 111th,
18    and you lived there straight through until
19    2018 when you got married and you moved to
20    Farragut --
21         A.    Yes, correct.
22         Q.    And then when did you move out
23    of Farragut Road and back to 145
24    West 111th?
25         A.    I moved -- I moved definitely
```

```
 1                   F. FRANCOIS
 2   moved there in 2020.
 3        Q.    You moved out of there, out of
 4   Farragut Road in 2020?
 5        A.    Yes.
 6        Q.    What month?
 7        A.    It was December or November.
 8   I don't really remember which month it was.
 9        Q.    Okay.  I am going to ask you
10   some more about that later.
11              Let's go to that Farragut Road
12   address when you moved in there in 2018.
13              Do you remember the month of
14   the year that you moved?
15        A.    Yes, it was after my birthday.
16        Q.    So that's sometime after
17   May 30th of that year?
18        A.    It was May 31, 2018.
19        Q.    Okay.  Who lived there when you
20   moved in there?
21        A.    My husband, his mom, his dad,
22   his grandma.  His grandmother lived on the
23   first floor with her auntie.  And then when
24   I moved there, grandfather was living
25   there.  He was living there with his
```

```
 1                    F. FRANCOIS
 2   grandma on the first floor.  His auntie
 3   also lived on the first floor.  And another
 4   auntie on the second floor.
 5              And we lived with his mom.  It
 6   was three bedroom.  And his mom was close
 7   to the kitchen.  And my husband and I was
 8   in the second one.  And the last room in
 9   the corner was Emmanual Laforest room.
10        Q.   Emmanual Laforest?
11        A.   Yes.
12        Q.   That is your husband's brother?
13        A.   Yes.
14        Q.   And so he had a bedroom in that
15   house, correct, Emmanual Laforest?
16        A.   He had a bedroom.  Like he
17   never had a bedroom.  We was planning to
18   rent the room.  Since I moved in, I never
19   met him.  He was coming at 2:00 a.m.,
20   3:00 a.m. in the morning; he was already
21   gone.
22        Q.   When you moved out in late
23   2020, as you said, who lived in that
24   address, at that address on Farragut Road?
25        A.   It was still his mom, his dad,
```

```
 1                    F. FRANCOIS
 2   all of his family was there because after I
 3   had a big fight with my husband about what
 4   he did, and then his family.  And then
 5   after that I was scared because he was
 6   telling me it was not going to stay like
 7   that.
 8             MR. KESHAVARZ:  Just one
 9        second.
10             (Whereupon, an off-the-record
11        discussion was held.)
12        Q.    You used the words, and you
13   will correct me if I am wrong, "it's not
14   going to stay like that."  What did you
15   mean by that?
16        A.    Because I was telling my
17   father-in-law that I have to go to the
18   police because he has been -- he never told
19   me how he got my social, and I said I have
20   to go to the police for that.  And he said
21   if I go to the police and he gets arrested,
22   it is not going to stay like that.
23             Even my husband and my
24   grandfather-in-law was agreeing to go back
25   to my uncle.  Since he was living in the
```

```
1                    F. FRANCOIS
2   street, they do not know what he was going
3   to do with me when I come back in after
4   work.
5        Q.    You said something about living
6   in the street.  Who was living in the
7   street?
8        A.    Basically, we say that he was
9   living in the street because he was never
10  in the house.  He never come in the house.
11  We never saw him.  If you ask him if he saw
12  me when he was there, he will tell you no.
13  He was not in our wedding or anything.
14       Q.    Who, you are talking about,
15  Emmanual Laforest?
16       A.    Yes.
17       Q.    So you had a fight with your
18  husband.  What is your husband's name?
19       A.    I was fighting with my husband
20  because that's not the first time -- when
21  my husband was explaining to me that was
22  not the first time he did that to someone,
23  and he was one that was paying.
24              And then I said to my husband
25  how could you keep it to you.  Emmanual
```

```
 1                    F. FRANCOIS
 2   needs to be in jail.  He could kill someone
 3   and they would think it is me because the
 4   card, it is in my name.
 5              MR. GOODMAN:  I will move to
 6          strike the non-responsive portion.
 7        Q.    My question is, what was your
 8   husband's name?
 9        A.    Stanley Laforest.
10        Q.    And so when you were married on
11   -- when were you married?  What is the
12   date?
13        A.    June 14, 2018.
14        Q.    Okay.  And are you now
15   divorced?
16        A.    No, we are still married.  We
17   are trying to build our relationship.  He
18   was trying.
19        Q.    Have you seen a lawyer, either
20   one of you seen a lawyer about the
21   situation?
22        A.    He want me to do that, but it
23   just like, I don't believe in telling other
24   people our story.  We can just figure out
25   our stuff by ourself.
```

```
 1                    F. FRANCOIS
 2        Q.     So let's go back to that
 3   address on Farragut Road.  I think you
 4   described three different floors or levels
 5   in the house?
 6        A.     It is three floors.
 7        Q.     Is it like a brownstone?
 8        A.     It is a house, but house is
 9   three floors.  It is no elevator.  It is
10   stairs.  You go to grandma, then auntie,
11   then the last one you go to us.
12        Q.     And is there anybody, other
13   than that group of people you described
14   that was living in that same building if
15   it's a different entrance or --
16        A.     No.  Only one entrance.
17               MR. KESHAVARZ:  Objection to
18         form.  Go ahead.
19        Q.     You can answer.
20        A.     Only one entrance is that.
21        Q.     Okay.  And was there a mailbox
22   at that building?
23        A.     Yes.
24        Q.     Where was the mailbox?
25        A.     The mailbox is just one.  The
```

```
                                    Page 20
 1                  F. FRANCOIS
 2    guy comes to deliver for us.  Sometimes
 3    they give to grandma.  Sometimes it is
 4    little box that's very small he put it.
 5    But if it was in the morning he give it to
 6    grandma or grandpa if they was there.
 7         Q.    That little box, did it have a
 8    lock on it?
 9         A.    No.
10         Q.    Okay.  Did you receive mail
11    addressed to you at that address?
12              MR. KESHAVARZ:  Objection,
13         form.
14         Q.    You can answer.
15         A.    Yeah, my driver's license, all
16    of my things is there.  Still have the
17    address and everything.
18         Q.    All right.  Did you -- do you
19    have any children?
20         A.    No, I am just pregnant.
21         Q.    You are pregnant now?
22         A.    Yes.
23         Q.    Congratulations.
24         A.    Thank you so much.
25         Q.    If I can ask, who is the
```

```
                                    Page 21
 1                F. FRANCOIS
 2  father; is it Stanley?
 3       A.    Can I speak to my lawyer first?
 4             MR. KESHAVARZ:  Do you need to
 5        ask?
 6       Q.    What did you say before that?
 7       A.    Say that again.
 8       Q.    You gave an answer before your
 9  lawyer said anything.
10       A.    I said, I need to speak to my
11  lawyer.
12             MR. KESHAVARZ: Do you need to
13        go into this?  It's personal.
14       Q.    How many months pregnant are
15  you?
16       A.    I just turned six months today.
17       Q.    Can you tell us Stanley
18  Laforest's date of birth?
19       A.    Definitely.  He is born on
20  November 30, 1986, just one year before me.
21       Q.    Where does he live now?
22       A.    Still living in Brooklyn.
23       Q.    Same address, Farragut Road?
24       A.    No, he is not living there.
25       Q.    Do you know his current
```

1                    F. FRANCOIS

2    address?

3         A.    He is living with his friend

4    now.  We are trying to get everything back

5    to do our stuff.

6         Q.    What is the address, the street

7    address where he lives now?

8         A.    He is living in Canarsie.

9         Q.    Do you know the street address?

10        A.    Canarsie.

11        Q.    Do you know the name of the

12   street or the building?

13        A.    No, because most of the time he

14   is coming here.  I do not go to Brooklyn.

15        Q.    He comes to you in Manhattan?

16        A.    Yeah.  And he is in school,

17   also, too.

18        Q.    When is the last time you saw

19   him?

20        A.    Last time it was on Saturday.

21   We went to my goddaughter's birthday.

22        Q.    Okay.  Up until the time you

23   came to the United States, you lived in

24   Haiti; is that correct?

25        A.    Yes.

                    F. FRANCOIS

1

2       Q.      Okay.  What town in Haiti was

3    it?

4       A.      I used to live in Delmas, 95

5    Street.

6       Q.      Is that Port-au-Prince?

7       A.      Yes, Port-au-Prince.

8       Q.      Okay.  Let me ask you, do you

9    have a current New York State driver's

10   license?

11      A.      Yeah, I do have my driver's

12   license.

13      Q.      Do you have it with you?

14      A.      Yeah.

15      Q.      Can you read the number into

16   the record, the driver's license number?

17      A.      My driver's license number?

18      Q.      Yes.

19      A.      253552624.

20      Q.      When did you first obtain --

21   strike that.

22              Did there come a time that you

23   obtained a learner's permit for driving in

24   New York?

25      A.      Yeah.

```
 1                    F. FRANCOIS
 2      Q.    When was that?
 3      A.    I don't remember.
 4      Q.    Okay.
 5      A.    I don't remember when I got my
 6   permit, and then my license.  I really
 7   don't remember.
 8      Q.    Okay.  And when did -- well,
 9   when did you first get a license, not a
10   learner's permit, but an actual driver's
11   license?
12      A.    It did not take me long to get
13   the driver's license after I got my permit
14   because after I passed, then I went to
15   driving school and take some class, some
16   learning.  And then after that, I go take
17   the test and pass.  I don't remember.
18      Q.    If I told you it was 2016,
19   would that refresh your recollection?
20      A.    I think so, something like
21   that, '16.
22      Q.    Okay.  So did there come a time
23   that you applied for a new driver's license
24   from the State of New York in 2020 or maybe
25   late 2019?
```

```
 1                    F. FRANCOIS
 2        A.     2020, because my driver's
 3   license was expired, and I went to
 4   Department of Motor Vehicles to get a new
 5   one.
 6        Q.     And the driver's license you
 7   had before you went to get the new one, it
 8   was a Class D license, correct?
 9        A.     Yes.  It was a Class D license.
10        Q.     Okay.  And the driver's license
11   you have now, the one you got in 2020 was a
12   Class C license, correct?
13        A.     Correct.
14        Q.     Why did you change from Class D
15   to Class C?
16        A.     The reason that I changed to
17   Class D, I was planning to do Uber.  I was
18   planning to do Uber driving with my car
19   back then.  And then they say to me you
20   have to change to do.  With Class D you
21   can't do it, to work with limousines,
22   things like that.  You have to get Class E
23   [sic], and that is the reason that I
24   changed.
25        Q.     Okay.  So you were going to be
```

Page 26

```
 1                    F. FRANCOIS
 2  an Uber driver.  Did you ever drive for
 3  Uber or Lift or anything --
 4       A.    No, because the school did not
 5  give me time.  I was in nursing school at
 6  that time.
 7       Q.    Okay.  Did you -- the license
 8  that you applied for in 2020 when you went
 9  to change it from D to E, did you receive
10  that -- did you actually receive that
11  license?
12       A.    No.  They mailed it to me with
13  my title.  It was both my driver's license
14  and my title.  And it was in March for
15  COVID, which I went there to do it because
16  you have to take the appointment online.  I
17  went there and did it.  And they said I
18  will receive it by April or May because a
19  lot of people have appointments.  I never
20  received it by July.  I went there and said
21  I need my title because I can't drive
22  without the new title.  And they said they
23  sent it to me.  I know I never received.
24             And the woman said, yes, you
25  received it with your license.  And I said
```

Page 27

```
 1                    F. FRANCOIS
 2   I did not receive that.  And they say said,
 3   okay, we are going to do another copy to
 4   you, but definitely we sent it to the
 5   address.
 6        Q.    And that address was Farragut
 7   Road?
 8        A.    Yes, correct.
 9        Q.    And you mentioned the title,
10   you said you have the title?
11        A.    Yeah, for my car.
12        Q.    What title are you referring
13   to?
14        A.    Nissan Rogue 2010.  I still
15   have it.
16        Q.    When did you purchase the
17   Nissan Rogue 2010?
18        A.    I purchased that in 2020.  It
19   was January of 2020.
20        Q.    And when you were planning to
21   be an Uber driver, were you going to drive
22   the Nissan Rogue 2010?
23        A.    No.  I was about to drive my
24   uncle's car because my uncle was about to
25   do that.
```

```
                                            Page 28
 1                    F. FRANCOIS
 2        Q.    Your uncle was about to do
 3   what?
 4        A.    Was about to give me his car to
 5   do Uber, and then to do everything with the
 6   Uber.
 7        Q.    Which uncle was that?
 8        A.    Papito Momplaisir.
 9        Q.    What kind of car did he have?
10        A.    He has a Toyota.
11        Q.    Okay.  In the Farragut Road
12   house, how many, if any, people in that
13   house had a car available to them?
14              MR. KESHAVARZ: Objection to
15         form.
16        A.    My husband, me -- my husband
17   and me.
18        Q.    So your husband had his own
19   car?
20        A.    Yes, he has his own car.
21        Q.    What about Emmanual Laforest?
22              MR. KESHAVARZ: Objection to
23         form.  Go ahead.  You can answer.
24        A.    Emmanual, I can't tell you
25   about his car because I never -- he never
```

```
 1                    F. FRANCOIS
 2   tell me.  Ever saw me one day.  He was
 3   never there.  Even when his daddy was in
 4   the hospital, he never come in.
 5         Q.    So while you -- you got that
 6   car, when did you say?  Sorry, the Nissan
 7   Rogue 2010, you bought in January 2020?
 8         A.    Yeah.
 9         Q.    So you never got -- your
10   testimony is you received the driver's
11   license, the new driver's license, Class E
12   driver's license in the mail, correct?
13         A.    I never received in my hand,
14   but they sent it in the mail.
15         Q.    Okay.  But during the time that
16   you were waiting for it to arrive, you
17   still had your old driver's license,
18   correct?
19         A.    Yes.
20         Q.    All right.  And just tell me
21   how -- where did you drive back -- we are
22   talking about late 2019 into 2020.  How
23   were you using your car?  I guess you
24   bought it January 2020, so --
25         A.    I did not use the car for 2019,
```

Page 30

```
 1                    F. FRANCOIS
 2    I was using train from Brooklyn, come to
 3    42nd Street, and then go to my job because
 4    I used to work in TD Bank.  I used to do
 5    customer service.
 6         Q.    But as of January 2020, you
 7    bought the Nissan Rogue, right?
 8         A.    Yes.
 9         Q.    What did you use that car for?
10         A.    I used the car to go to work,
11    go to my house, go to back and forth to
12    work, and then for my house.
13         Q.    Did you say back and forth to
14    work?
15         A.    Work, go to my home.  Sometimes
16    I go to New Jersey for the school because I
17    was in nursing school.
18         Q.    Okay.  So during that time you
19    were using the driver's license you had
20    since 2016, right?
21         A.    During this time when I got my
22    car, it take me time to do the process to
23    do everything for the car.  I drive that,
24    yes, and by March, yeah, February, March
25    because my husband used to drive it before.
```

```
 1                    F. FRANCOIS
 2        Q.    I am talking about the driver's
 3   license, your license you drove with when
 4   you went out to drive to New Jersey or
 5   drive to work and back.  You had the
 6   license that you got in 2016, correct?
 7        A.    Yeah, I got the license in
 8   2016, yeah.
 9        Q.    So if you -- strike that.
10             That license that you got in
11   2016 that you were using after you bought
12   the Nissan Rogue, where did you keep that
13   license?  Was it in a purse, a wallet?  You
14   tell me.
15        A.    I still have it here because
16   all of my old license stay with me here in
17   the wallet.
18        Q.    If that license we are talking
19   about, the license from 2016 had been taken
20   out of your wallet, you would have known
21   that, correct?
22             MR. KESHAVARZ:  Objection to
23        form.
24        A.    Yeah.
25        Q.    When you went back to the DMV
```

```
                                        Page 32
 1                  F. FRANCOIS
 2    when you said I never got the license, you
 3    went back in July to get the license, you
 4    also got a Class E license, correct?
 5         A.    Yes.
 6         Q.    So were you still planning to
 7    drive for Uber in July of 2020?
 8         A.    Yeah.  I was planning to still
 9    drive for that, yes.
10         Q.    Okay.  But your testimony is
11    you never drove for Uber or Lift or any
12    other --
13         A.    No.
14         Q.    You have to let me finish.
15               -- or any other delivery
16    services?
17         A.    No.
18         Q.    Okay.  Can you tell us what
19    your highest level of education is?
20         A.    Associated degree.  And now I
21    am doing my master.
22         Q.    From what did you -- from what
23    institution did you receive your degree?
24         A.    Accounting.
25         Q.    But what school?
```

```
                                        Page 33
 1                    F. FRANCOIS
 2        A.     It is in Haiti.
 3        Q.     What is the name of it?
 4        A.     The name of the school?
 5        Q.     Yes.
 6        A.     Business Institute of the West
 7   Indies.
 8        Q.     What year did you receive that
 9   associate degree?
10        A.     2010, 2011.
11        Q.     Okay.  And after that have you
12   received any other degree from any other
13   educational institution?
14        A.     Yes, from my nursing Hope
15   College.
16        Q.     Your nursing, where was that,
17   in Haiti or the United States?
18        A.     No, in Miami.  I took the class
19   online.
20        Q.     Class online?
21        A.     Hope College.
22        Q.     Have you lived anywhere in the
23   United States other than New York City?
24        A.     No.
25        Q.     So you got a degree from Hope
```

```
                                    Page 34
 1                    F. FRANCOIS
 2   College?
 3        A.    I got a diploma, LPN, licensed
 4   practical nurse.
 5        Q.    Licensed practical nurse?
 6        A.    Yes.
 7        Q.    Okay.  And have you ever worked
 8   as a licensed practical nurse?
 9        A.    Yes, this is what I do.  I am
10   just coming from work.
11        Q.    Just now?
12        A.    Yeah. I am working for Bronx
13   Care Hospital.
14        Q.    Bronx Care?
15        A.    Yeah, Bronx Care Hospital.
16        Q.    Okay.  When did you get that
17   degree, what year?
18        A.    Last year.
19             MR. GOODMAN:  I need just one
20        minute.  I'm sorry.
21             (Whereupon, an off-the-record
22        discussion was held.)
23        Q.    Let's go through your
24   employment history.  So when you came to
25   the United States, where were you first
```

```
 1                    F.  FRANCOIS
 2   employed?
 3         A.    I was working Gary Null's
 4   Uptown Whole Food.
 5         Q.    And what is Gary Null's Uptown
 6   Whole Food?
 7         A.    It is a whole food store and he
 8   licensed -- has his own organic produce,
 9   like vitamins.
10         Q.    When did you first become
11   employed by Gary Null's Uptown Whole Food?
12         A.    It was January 2014.
13         Q.    So within a month after you got
14   here?
15         A.    Yeah.
16         Q.    Okay.  And what was your
17   position there?
18         A.    I started as a cashier, and
19   then assistant, and then store manager.
20         Q.    Okay.  And when did you leave
21   the employment of Gary Null's Whole Food?
22         A.    I leave Gary in 2018 to work
23   for TD Bank.
24         Q.    Okay.  Why did you leave?
25         A.    Because I was working for a
```

```
                                    Page 36
 1                  F. FRANCOIS
 2   better thing.
 3        Q.    Better opportunity?
 4        A.    Yes, better opportunity.
 5        Q.    More money?
 6        A.    Not about money, but more
 7   opportunity because I was going to try to
 8   do what I learn in my country about
 9   accounting.
10        Q.    Okay.  So do you remember the
11   month of 2018?
12        A.    No, I don't remember the month
13   when I left Gary.
14        Q.    Did you leave on good terms, or
15   did he fire you?
16        A.    Yes, good terms.
17        Q.    Is that establishment still in
18   business?
19        A.    Yes.  They are on 89th Street
20   and Broadway, 2421 Broadway and 89th
21   Street.
22        Q.    You said you left and you went
23   to TD Bank?
24        A.    Yes.
25        Q.    When were you first employed by
```

```
 1                    F. FRANCOIS
 2   TD Bank?
 3        A.    I am employed by TD Bank on
 4   September 2018, yeah.  It was 2018.
 5        Q.    What was your position at TD
 6   Bank?
 7        A.    I was a teller, and then I
 8   become teller II, and then after that, I
 9   become customer service representative.
10        Q.    What was the last --
11        A.    Customer service
12   representative.
13        Q.    Representative?
14        A.    Yeah.
15        Q.    Okay.  How long did you work at
16   TD Bank?
17        A.    I just left TD last year after
18   my graduation.
19        Q.    That is after your graduation
20   from Hope College?
21        A.    Yes, when I graduated from the
22   nursing and I decided to go into health
23   care.
24        Q.    So when was your graduation?
25        A.    My graduation was in
```

```
                                    Page 38
 1                    F. FRANCOIS
 2    November 2020.
 3         Q.    And that is when you left TD
 4    Bank, around there?
 5         A.    I left TD after that in
 6    December.
 7         Q.    And what is your next
 8    employment after TD?
 9         A.    After TD Bank, I was working as
10    a nurse.  I was working for Fairview Center
11    and then Bronx Care.
12         Q.    Did you say Fairview Center?
13         A.    Fairview Center Nursing Care.
14         Q.    Okay.
15         A.    And then Bronx Care Health
16    System Hospital.
17         Q.    Okay.  So let's go back to TD
18    Bank.  Did you work in a specific branch?
19         A.    Yes, at 158th and Broadway.
20    3798 157th Street, New York, New York.
21         Q.    Okay.  And were you ever
22    subject of discipline there?
23         A.    No.
24         Q.    Okay.  Customer complaints
25    about you, were there any?
```

```
                                              Page 39

 1                    F. FRANCOIS
 2        A.     No.
 3        Q.     Okay.  Now, you then went, you
 4   said, to Fairview Center Nursing Care --
 5        A.     Yes, I am still working for
 6   them.  I am doing part-time.  I used to do
 7   full-time, but when I got the new job for
 8   the hospital.  I am working for them
 9   part-time.
10        Q.     But for a while, you were
11   working for them full-time?
12        A.     Yeah, full-time.
13        Q.     When did that change to
14   part-time?
15        A.     Just like two months,
16   September it was two months.
17        Q.     Okay.  So what do you do for
18   them?  What are your duties and functions?
19        A.     Do wound care, give medication,
20   take care of my patients, give them like
21   vitamins, IV fluid, and then if they have
22   any...
23        Q.     Do you have one patient you're
24   assigned to or --
25        A.     No, I got 42 patients.
```

```
 1                    F. FRANCOIS
 2      Q.    42 patients?
 3      A.    Yeah.
 4      Q.    That's currently?
 5      A.    Yeah, it's a nursing home.
 6      Q.    It is a nursing home?
 7      A.    Yeah.
 8      Q.    What is the address of that
 9  nursing home?
10      A.    Fairview is 6970 Grand Central
11  Parkway, Forrest Hill Queens, New York.
12      Q.    And you said earlier in this
13  deposition that you just came from work
14  there?
15      A.    No.  Not from Fairview.  From
16  Bronx care.  I even took myself -- this is
17  my customer gave it to me today because
18  today is six months.
19      Q.    Did you work an overnight
20  shift?  What are your hours of work?
21      A.    For Fairview sometimes I work
22  3:00 to 11:00, and then from Bronx Care, I
23  work 12:00 to 8:30.
24      Q.    So you're basically working --
25  is your testimony you are working from
```

```
 1                    F. FRANCOIS
 2   3:00 p.m. to 8:30 a.m.?
 3        A.    Yeah.  But for Fairview, like
 4   yesterday, I work 3:00 to 11:00.  And then
 5   today I take off because my lawyer was
 6   telling me I have to be up.  But at 12:00,
 7   I have to go to Bronx to work.
 8        Q.    At midnight, 12:00?
 9        A.    Yeah.  Midnight, 12:00 to 8:30
10   in the morning.
11        Q.    Okay.  So, basically, you are
12   working two different jobs at the same
13   time; is that fair, or you tell me?
14        A.    It is fair because Fairview I
15   just give them three days - Monday,
16   Wednesday, Saturday.  Sometimes I give them
17   Monday, Tuesday, Wednesday.
18        Q.    Okay.  All right.  I want to
19   ask you some questions about Emmanual
20   Laforest.  You told us some things about
21   him already, but I want to ask you some
22   more.
23        A.    Sure.
24        Q.    When did you first meet him?
25        A.    I meet him from this January
```

1                          F. FRANCOIS

2    because I was about to call the police for

3    him again, he keep my green card.

4         Q.    He what?

5         A.    He kept my green card.

6         Q.    He kept your green card?

7         A.    Yes.

8         Q.    How did he get your green card?

9         A.    Because my address is still

10   there.  And my lawyer called me and said

11   you never received the green card.  I said

12   I never received it.  Since last year I

13   never receive it.  They said okay, go to

14   the post office.  Post office said, they

15   deliver it.  They gave to tall black guy,

16   skinny.  Called my husband and he said we

17   are going to call the police and we are

18   going to know who has the green card, which

19   is by the time he is coming and I go to

20   talk to grandma.  And I said to him, you

21   have my paper.  He said, no, I do not have

22   your paper.  And I said you go to the

23   police.  They are going to find out if he

24   have mine.  Then he said, okay, I think I

25   put it upstairs.  Let me check that.  That

```
                                        Page 43
 1                    F. FRANCOIS
 2    was in January.
 3         Q.    January of 2022, this year?
 4         A.    Yes.
 5         Q.    Okay.  When is the first time
 6    you met Emmanual Laforest?
 7         A.    This is the first time he saw
 8    me eye-for-eye.  I never met him.
 9         Q.    You never saw him before
10    January of this year?
11         A.    No.  I just saw him in pictures
12    and grandma was showing me the picture of
13    him.  And then I was listening that he was
14    in jail in 2018, he is coming out in 2019.
15    I never saw him.
16         Q.    Okay.  When did you -- I think
17    you said your grandma told you --
18         A.    His grandma, but I call her
19    "grandma."
20         Q.    Grandma told you he Was in jail
21    in 2018 and he was coming out in 2019?
22         A.    He was in jail for lot of
23    things, which I found out from the court
24    also.  Brooklyn court was telling me this
25    is not the only case he has.  He has other
```

```
                                           Page 44
 1                      F. FRANCOIS
 2   cases he has to go.
 3         Q.    And when did grandma tell you
 4   that?
 5         A.    When I was like just going
 6   there and asking grandma I would like to
 7   meet all of the family.  She said don't
 8   count on that.  You will not see him here.
 9   Most of us do not want that because he
10   always in trouble with the cops.
11         Q.    So that's like 2018 that you --
12         A.    Yeah, 2018 she was telling me
13   that.
14         Q.    All right.  So as of that time
15   you already knew that he was a convicted
16   criminal, right?
17         A.    To tell you the truth, the
18   family not telling me about stories, but
19   they said he has a problem with cops for
20   basically child support, things like that.
21   That is why they was telling me.  They
22   never told me he was a criminal.  I would
23   never marry his bother.
24         Q.    But they said he was in jail,
25   right?
```

```
                                          Page 45
 1                    F. FRANCOIS
 2         A.    For child support saying he
 3    never paid his child support.  Grandma was
 4    telling me stories.
 5         Q.    Did he ever have children that
 6    lived at the Farragut Road address?
 7         A.    No, never even his girlfriend.
 8    He never brought there.
 9         Q.    So there came a time that you
10    said -- that was January of this year you
11    said you were going to call the police
12    about the green card, right?
13         A.    Mm-hm.
14         Q.    You have to say "yes" for the
15    record?
16         A.    Yes.
17         Q.    Before January of this year did
18    there come a time that you went to the
19    police about Emmanual Laforest?
20         A.    Yes.
21         Q.    When was that?
22         A.    It was in September when I find
23    out that he -- I found out about the title,
24    receiving the title in my name.
25         Q.    Okay.  And did you talk to him
```

```
                                      Page 46

 1                F. FRANCOIS

 2   before you went to the police?

 3        A.    On the phone, over the phone,

 4   yeah.

 5        Q.    So when is the first time you

 6   ever talked to Emmanual Laforest on the

 7   phone?

 8        A.    Okay.  The first time I spoke

 9   to him over the phone was when I find out

10   about the title.  The first person I call,

11   I called my husband.  I said did you buy a

12   car?  He said no, why would I need the car?

13   I said I received the title, but the title

14   have address and they send to that address.

15   I did not buy a BMW.  I did not need a car.

16   And he said you are sure you did not.  I

17   said no.

18             Grandpa give me the mail, ask

19   grandpa.  And he asked grandpa and find out

20   which is after that they find out that

21   Emmanual have a BM.  And the he called me.

22   She said Emmanual has a BM, but Emmanual

23   does not have access to your things.  How

24   could he have your social and your social

25   is in your hand and ID?  I said okay, find
```

```
                                      Page 47
 1                      F. FRANCOIS
 2   out.
 3              When grandpa asked him, he said
 4   no, he did not.  I said I am going to the
 5   police now, even though it is already
 6   10:00 p.m.  I am going to the police now.
 7   I am not coming to the house, and I am
 8   staying in my friend's house.  Grandpa call
 9   him and said Farah is going to the police;
10   we have to find out if this is you.  And he
11   called me, grandpa phoned telling me he was
12   doing something, and he was going to remove
13   my name telling my another story.
14              MR. GOODMAN:  So I move to
15        strike the nonresponsive portions.
16        Q.   So if Emmanual Laforest
17   testified under oath in this case that he
18   had a conversation with you around
19   June/July or 2020, is that accurate?  Is he
20   telling the truth?
21        A.   No, he is not telling the
22   truth.  I was in 145 for COVID.
23        Q.   For COVID?
24        A.   Yeah, this period was for
25   COVID-19.
```

Page 48

```
 1                    F. FRANCOIS
 2        Q.    When did you leave Farragut
 3   Road and start staying at 145?  In 2020?
 4        A.    I live definitely it was in
 5   2020 after I got in fight with the family
 6   after what Emmanual did.
 7        Q.    I know, but you said, if I
 8   understand you correctly, you said you were
 9   staying at 145 because of COVID?
10        A.    Because my asthma was getting
11   bad and grandpa had COVID on the first
12   floor.  I could not stay on the first
13   floor.  I went to my uncle for a week or
14   two weeks, I think, for COVID.  Because
15   every night I having problem breathing with
16   my asthma.  My family was scared I got the
17   COVID.
18        Q.    When were those one or two
19   weeks that you when the to 145 in 2020?
20        A.    That was before we celebrate
21   rate our -- before my birthday.  That was
22   before my birthday.  That was in May.  It
23   was the flag of Haiti.  It was May 18th.
24        Q.    The flag of Haiti?
25        A.    That is -- May 18th is like the
```

```
                                          Page 49
 1                    F. FRANCOIS
 2   date of the flag of Haiti.
 3        Q.    Okay.  So back to the question.
 4   So Emmanual Laforest testified that in June
 5   or July had he a conversation with you
 6   about the BMW; is that true?
 7        A.    No, never.
 8        Q.    Okay.  And if Emmanual Laforest
 9   testified that in that conversation with
10   you about the BMW he told you that he was
11   going to pay it off by December and you
12   said you were cool with that, did that
13   happen?
14        A.    No, never.  I never said that
15   to him.
16        Q.    Okay.  When is the first time
17   you had a conversation with him about the
18   BMW?
19        A.    It is the date that I find out
20   about the paper when his dad called him he
21   has to come to the house because he has to
22   talk to Farah because Farah is about to go
23   to police, which is he come.  It was 11:00
24   something and then he called me.  I was in
25   Canarsie see with my friend's house.  And
```

```
 1                    F. FRANCOIS
 2   then he called me and he said, hi, I have
 3   Emmanual.  I'm sorry I lie to my dad.  Yes,
 4   it was me using your information.
 5             I said, okay, first of all, the
 6   only question I want to ask you is how do
 7   you have my social?  Because I have my
 8   social with me.  They did not need your
 9   social.  It was only paper with your name.
10   I said no that is impossible.  You can't
11   buy a car with paper, with mail.  They need
12   to have my information.  And then I said
13   okay, since you don't want to tell me the
14   truth, tomorrow early I am going to the
15   police, which is then you have to tell the
16   police the truth.  And then after that he
17   would say yes, I got the ID.  I received in
18   the mail.  I keep it here and give to my
19   brother or my dad.
20        Q.    Okay, so let me stop you there.
21   I'm sorry.
22             MR. KESHAVARZ:  Were you done
23        with your answer?
24             MR. GOODMAN:  Well, it's
25        nonresponsive.  She is giving a
```

Page 51

                    F. FRANCOIS
 1
 2          narrative response.
 3              MR. KESHAVARZ:  If it is or it
 4          isn't, were you done?  Were you done
 5          with what you were going to say.
 6      A.    No.  I am not.  'Cause he was
 7  telling me it was the first time we talk.
 8  I am saying the first time we spoke was
 9  about the fight about the title under my
10  name.
11      Q.    But the question was "when" was
12  that conversation.
13      A.    It was in September because I
14  find out about the title in September.
15      Q.    Okay.  So if he testified he
16  had a conversation with you in June/July
17  sometime during the summer, that was a lie,
18  correct?
19      A.    Yes.  That was definitely a
20  lie.
21      Q.    And if you testified that he
22  had your driver's license since 2019 and he
23  had been keeping it and meaning to give it
24  back to you, that was not true either, was
25  it?

```
                                      Page 52
 1                 F. FRANCOIS
 2        A.    That was not true because they
 3   sent to me in March and it was expired
 4   when I applied for it.  And they sent it to
 5   me after I went to the DMV to apply for
 6   that.
 7        Q.    But he could have had your
 8   other driver's license?
 9        A.    How could have it if I had my
10   old driver's license?  I have proof of
11   that.  I have some here with me, and then I
12   have the rest of all of my paper inside.
13        Q.    So you would've known if he --
14   his testimony was that he found your
15   driver's license -- I'm sorry -- somebody
16   gave him your driver's license to give back
17   to you and he kept it since 2019; that is
18   not true, is it?
19        A.    That's not true.
20              MR. KESHAVARZ:  Objection to
21        form.  Mr. Goodman, the testimony is
22        the testimony.  I don't want you to
23        represent --
24              MR. GOODMAN:  Thank you.
25              MR. KESHAVARZ:  If you have a
```

```
                                        Page 53
 1                    F. FRANCOIS
 2          question, you have a question.
 3          You're representing his testimony,
 4          and I don't know if that's accurate.
 5          I don't care, but I'm --
 6                MR. GOODMAN:  I appreciate it.
 7                MR. KESHAVARZ:  You're welcome.
 8       Q.    Ms. Francois, I want you to
 9   assume that he testified first that someone
10   gave him your driver's license and he meant
11   to give it back to you but he couldn't give
12   it back to you because he didn't have your
13   number; is accurate?  If he did testify to
14   that, is that correct?
15       A.    That is not correct.  Who is
16   going to give it to him?
17       Q.    I don't know.  I am only
18   representing what he testified to.
19       A.    Okay.  No one would give it to
20   him.  The mail box or always give to
21   grandma or grandpa.
22       Q.    I Want you to assume that he
23   testified under oath that there were
24   occasions when you would leave your
25   driver's license out in the apartment by
```

```
 1                    F. FRANCOIS
 2   the door and it was available there and he
 3   came across it there; was that accurate?
 4        A.    It is not accurate because the
 5   mail guy, the guy was always bring the
 6   mail, and he always give it to grandma or
 7   grandpa or sometimes who ever is coming
 8   because he knows us was living there.
 9   That is when he give it to him, to give the
10   mail.  He gives all the mail.
11              Him, he chose to open everybody
12   mail.  Then he like grandpa pass saying he
13   open everybody mail.  And he found my ID
14   and found W-2 from Whole Food.  He never
15   gave it back to me.  He keep it.
16        Q.    Did you have his -- in the
17   first part of the year 2020 did you have
18   his cell phone number?
19        A.    No.
20        Q.    Did he have your cell phone
21   number?
22        A.    He has my cell phone number
23   because he asked grandpa for that.  When he
24   asked my husband he wanted to talk to me,
25   he asked grandpa.  He said call Farah about
```

```
 1                    F. FRANCOIS
 2   what you are going to do with the car to
 3   remove her.
 4        Q.    But if he wanted to communicate
 5   with you, he could have done that through
 6   your husband, which is his brother,
 7   correct?
 8              MR. KESHAVARZ:  Objection to
 9          form.
10        Q.    Correct?
11        A.    No.  It is not correct.  They
12   are not talking.  It has been a while since
13   my husband was paying for him.  It has been
14   a while.  That's why my husband did not
15   invite him to our wedding or anything.
16   They are not talking at all.
17        Q.    When you and Stanley got
18   married and your husband told you -- you
19   knew he had a brother named Emmanual?
20        A.    Yeah, I know because I know his
21   mom and dad only have two boys.
22        Q.    So your husband told you we're
23   not going to invite him to our wedding?
24        A.    He did not say that.  I was
25   telling all of his family is going to be
```

```
                                        Page 56
 1                    F. FRANCOIS
 2    there, which is something I didn't ask him
 3    where is his brother because it is not like
 4    it was really important.  It was not a big
 5    wedding.  It is something we went to the
 6    court.  We do and after that we did a
 7    ceremony between my family and his mom and
 8    dad, which is who was there.
 9         Q.    I thought I heard you testify
10    your husband told you he was not going to
11    invite his brother to the wedding?
12         A.    He was telling me before he
13    would never be because what he did --
14    remember, I told you before he did the same
15    thing with my husband paying for him for
16    what he did.
17              MR. GOODMAN:  Can you read that
18          back?
19              (Whereupon, the referred to
20          answer was read back by the
21          Reporter.)
22         Q.    When you say "paying for him
23    for what he did," what did you mean?
24         A.    He was telling me after that he
25    was telling me that he got somebody's
```

```
 1                    F. FRANCOIS
 2   credit card or something and used that
 3   person's credit card.  And the fight was
 4   him because of his dad.  His dad had a
 5   problem of heart attack he.  Did not want
 6   his dad to get any worse.  He handled all
 7   of the money.  He never come to the house
 8   looking for him.  My husband told me that
 9   after that he never spoke to him.
10        Q.    Okay.  So if I want you to
11   assume Mr. Laforest gave testimony in this
12   case under oath that he found your driver's
13   license on the floor on the apartment at
14   Farragut Road, is that accurate?
15        A.    That is not accurate.
16        Q.    Was he lying when he said that?
17        A.    Yeah, definitely lying.
18        Q.    Okay.  I want you to assume
19   that Mr. Emmanual Laforest testified that
20   he had been paying off the car, the BMW.
21   Did he tell you that?
22        A.    No, he did not because the
23   owner of the -- the son owner tell me they
24   are going to make him bring the car back.
25   Capital one was telling me it was going to
```

1                      F. FRANCOIS
2    be more because they were never paying
3    interest.  It is going to be more than
4    $29,000.  If he did, that's not true.
5    That is between him and them.  But they
6    never told me about that.
7         Q.    Okay.  I want you to assume he
8    gave some testimony about paying off the
9    tickets that he got, the parking tickets,
10   the tolls, those tickets.  If he testified
11   to that, was he lying when he said that?
12        A.    No.  I have a ticket I just
13   received for the BMW that I have to go to
14   bring to court because now I am waiting for
15   them to give me all of papers to send to
16   the court and to remove my name.  My name
17   is -- what is it that they call when you
18   did not pay?  They send my name to -- I
19   forget what they call it.  When you owe
20   money and you never pay, they then send
21   your name there.  I don't remember.  I
22   think I received a paper here.  He never
23   paid that.
24        Q.    That's my question.  Did
25   Emmanual Laforest ever pay for any of the

```
                                           Page 59
 1                  F. FRANCOIS
 2   parking tickets that were given to BMW?
 3        A.    No, if he said that, they would
 4   not sent them to me.
 5        Q.    He may have paid one or two,
 6   but not the rest?
 7        A.    He may have paid one or two,
 8   but he got a lot.  I have all of that.  I
 9   give that to my lawyer.  Most them he did
10   not pay.
11        Q.    You don't know if he paid any
12   though?
13        A.    I don't know because I never
14   spoke to him about that.  He made someone
15   text me.  After they texted me telling me I
16   blocked all of the number.  The detective
17   told me to block all the number.  I never
18   know anything about that.
19        Q.    What do you mean somebody
20   texted you?
21        A.    Somebody texted me.  I think
22   the day they arrest him somebody texted me
23   saying you will never come back to
24   Brooklyn, which is -- I was afraid and then
25   I called the detective.  He said block any
```

Page 60

                        F. FRANCOIS

1

2   number; do not answer.  And I was telling

3   my husband that.

4        Q.    Correct me if I'm wrong.  On

5   the day you had him arrested or thereabouts

6   somebody texts and you said you can never

7   come back to Brooklyn.  Is that --

8        A.    Yes.  They said that, yeah.

9   He has a lot of people calling me, and I

10  block their number calling me saying a lot

11  of bad words which is -- that is the reason

12  that made me change everything.

13       Q.    Do you know who texted you?

14       A.    I don't know, but when I say

15  that to his dad and his family asked him

16  you said you don't know which.  I know it's

17  him because that is person I have a problem

18  with.  I never have a problem with no one

19  in this country.

20       Q.    So you went to the police.

21  What happened next?  Just tell me what

22  happened when you went to the police about

23  --

24       A.    When I went for I find the

25  title or back for what happened?  Which one

Page 61

1                    F. FRANCOIS

2    you want?

3         Q.     The first time you went to the

4    police.

5         A.     The first time I went to the

6    police, I went to the police, I said I need

7    to talk with someone because somebody used

8    my information.  They said to me do I have

9    the proof.  I said yes, I have the proof.

10   And I bring the title and then I also have

11   the paper that Capital One sent about the

12   loan that I need to pay I did not pay.  And

13   then I go with them.  With that, they say

14   there is a name where you buy the car.

15   The first police did not believe that.

16   They said that's strange, did you ever go

17   to that place?  I said I don't know where

18   is that in Bronx because this is a place I

19   never went.  They said you have to go

20   there.  Pretend that you don't know -- you

21   don't want to buy the car.  Ask them to

22   give you the paper where you signed because

23   it says that you are the one that went and

24   by the car.  Which is what I did.  After I

25   went to the police they said go there and

```
                                          Page 62
 1                    F. FRANCOIS
 2    then them give you the paper, come back to
 3    us.
 4         Q.    Okay.  I am going to go through
 5    that in a minute.  So you went through that
 6    with the police, and what happened next?
 7    Did there come a time that you had a
 8    conversation with a district attorney?
 9         A.    No.  The person I went to was
10    just police who was taking my deposition
11    and everything.  And they said detective is
12    not here, but we want you to do something
13    with that.  We want you to bring us more
14    proof because the person Emmanual Laforest,
15    and you are married to his family.  That's
16    your husband's bother.  We need more proof.
17              Can I just take a break real
18    quick?
19              (Whereupon, a short recess was
20        taken.)
21         Q.    I want to go back Ms. Francois.
22    I want you to assume that Emmanual Laforest
23    testified under oath in this case he did
24    not know you were married to Stanley
25    Laforest.  Was he lying about that?
```

```
                                             Page 63
 1                    F. FRANCOIS
 2        A.     I can't say yes, no because I
 3   never saw him, like I said to you.  Nobody
 4   never knew what he was doing.  I can't say
 5   to you yes or no because nobody know what
 6   he was doing.
 7        Q.     I want you to assume he
 8   testified in terms of where you lived, and
 9   specifically about Farragut Road, you
10   really just came and went there.  You did
11   not really live there.  You were just
12   coming and going there.
13        A.     Okay, that's not true.  I have
14   a picture everywhere in the house where my
15   husband's clothes was, where the bathroom
16   was.
17        Q.     One thing I am curious about,
18   you said he was never really and you also
19   said the mail would be handed to grandma or
20   grandpa or somebody.  When would he have
21   the an opportunity to steal the mail?
22             MR. GOODMAN:  Objection to
23        form.  Go ahead.
24        A.     That question I don't know how
25   he would be able to do that because only
```

1                    F. FRANCOIS

2    thing I can think is grandpa was telling

3    that before was one week before or two

4    weeks he always come early in the morning

5    at 6:00 a.m. 7:00 a.m. asking about did you

6    receive any mail; did you receive any mail?

7    Grandpa already had the mail, which is the

8    title.  Grandpa did not give it to him

9    because it was my name on it because that

10   is the reason he was coming early, early

11   every morning just to get the title.

12   Because I would never know that something

13   was in my name because if I did not have

14   the title I would never now know nobody did

15   that.  That is the reason, but I can't tell

16   you how did he get the mail.

17        Q.    Okay.  I want you to assume he

18   testified you were only a family friend of

19   the family.

20        A.    Family friend, I married his

21   brother.  If I was a family friend -- I

22   married his brother.  We've married for

23   years married.

24        Q.    So he was lying about that too,

25   wasn't he?

```
 1                    F. FRANCOIS
 2      A.    Yes, because we married and we
 3  are still married.
 4      Q.    Basically, you can't believe
 5  anything he says, can you?
 6           MR. KESHAVARZ:  Objection to
 7       the form of the question.
 8           MR. GOODMAN:  Thank you.
 9      Q.    You can answer.
10      A.    No.  I can't lie because most
11  of the time he is lying, but I can't tell
12  you how he gets the mail.  Then for me
13  married, a friend?  Okay.  I am a friend
14  and living with your brother and like we
15  here are now.
16      Q.    Okay.  Let's go back to you
17  went to the police, the police asked you to
18  get more documentation, correct?
19      A.    Yes.
20      Q.    And so what did you do next?
21      A.    Okay.  Next what I did was I
22  called my uncle and explained to him about
23  that, which he said find out the address
24  because I send him the picture of the deal.
25  I did not know where the dealership is.
```

```
                                    Page 66

 1                   F. FRANCOIS
 2   My uncle find out for me and my uncle also
 3   called them to make appointment, which they
 4   give my uncle an appointment.
 5        Q.    Okay.  I'm sorry.  Your uncle,
 6   when you say your "uncle," that's Papito?
 7        A.    Correct.
 8        Q.    Right?
 9        A.    Yes.
10        Q.    How old is Papito?
11        A.    Papito is 57.
12        Q.    And he is your uncle on your
13   mother's side or your father's side?
14        A.    He is my uncle because my mom
15   and her mom's sister was cousin.  We have
16   been calling family.  In my country we
17   still call family cousin or auntie.
18        Q.    Okay.  So is he not --
19        A.    My dad and my mom, no.
20        Q.    He is not related to you by
21   blood?
22        A.    Yes.  He is related to me by
23   blood because my grandma, it was my
24   grandma's sister.
25        Q.    So he is the son of your
```

```
 1                    F. FRANCOIS
 2   grandma's sister?
 3        A.    Yes.
 4        Q.    All right.  And so go ahead.
 5   He told us he made an appointment at the
 6   dealership?
 7        A.    Yes.
 8        Q.    Okay.  And did there come a
 9   time that you went to the dealership?
10        A.    I'm sorry.  Yeah.  When we got
11   the time and the date they give him the
12   hour that we have to go there.  And then we
13   went there when I went there and then I saw
14   when I went --
15        Q.    Okay, okay.  Let me just ask
16   the questions.  What is the date that you
17   went there?
18        A.    The date that I went there was
19   in September, but I don't remember the
20   specific date that I when the there.
21        Q.    Okay.  And when is the first
22   time that you spoke to anybody at the
23   dealership about this BMW situation,
24   whether it was on the phone or in person?
25        A.    The day that I went there.
```

1                    F. FRANCOIS

2        Q.    So before the day you went

3    there you never spoke to anybody at the

4    dealership?

5        A.    No.

6        Q.    It was Papito who called to

7    make the appointment?

8        A.    Yes.

9        Q.    So the day you when the there

10   you went with Papito?

11       A.    Yes.

12       Q.    Anyone else?

13       A.    No, me and my uncle both.

14       Q.    When you got there, did you

15   meet with anybody specifically?

16       A.    Yeah.  After I said I am here

17   to see someone to talk about the car, then

18   she called the guy who was behind her.

19       Q.    Okay.  And do you know that

20   guy's name?

21       A.    No, I don't remember that guy's

22   name.  I don't remember the guy I met.

23       Q.    Can you describe him?

24       A.    Definitely.  He was a little

25   like a little fat.

```
                              F.  FRANCOIS
 1
 2        Q.     Wait.  I don't know what you're
 3   saying.
 4        A.     I don't want to say fat.  He
 5   was a Spanish guy.
 6        Q.     A Spanish guy.  How long tall
 7   was he?
 8        A.     Not too tall because his belly
 9   was big and then he was...
10        Q.     Did he have a beard?
11        A.     Yeah, he had a beard.  I
12   remember his face.
13        Q.     Did you then have a
14   conversation with him?
15        A.     Yes, because he was busy and we
16   sit and waiting, waiting.  And I was like
17   -- he was like, when he come in sorry, we
18   were really busy.  I said I want to see the
19   paper I signed because I need to do
20   something.
21        Q.     When you asked that question, I
22   need to see the papers, was Papito sitting
23   with you or was he --
24        A.     Yeah, we were both talking to
25   the guy.
```

Page 70

                         F. FRANCOIS

1
2        Q.      Were you in an office?
3        A.      No, we were inside of the
4    dealership.
5        Q.      In the showroom?  Were you
6    sitting in a chair?
7        A.      Yeah, we were sitting.  They
8    give us a chair when we come in.  We were
9    sitting.
10       Q.      And was the person you were
11   talking to behind a desk?
12       A.      No.  He came to u.  He leave
13   his desk because I was like been waiting
14   for a while.  They never come to talk to
15   us.  There were other people waiting.
16   Finally, he saw my face so mad he come to
17   me and said she said you have been waiting
18   for us.  Sorry.  We had another customer.
19              And I told him the reason I
20   come in.  And he said we can't give you the
21   paper today because we do not keep them
22   when the person finish buying the car.  It
23   is in another place.  He slowed me the
24   other place which was already closed
25   because it was 4:00, 5:00.

```
                                            Page 71
 1                    F. FRANCOIS
 2         Q.      When you came in you saw a
 3    receptionist, correct?
 4         A.      Yes.
 5         Q.      And then from the receptionist
 6    how long was it after you talked to the
 7    receptionist that you talked to the person
 8    you described?
 9         A.      It was a while because we had
10    been sitting.  We had been sitting.  We had
11    been sitting.  I went there, it was early.
12    The appointment was early.  I think it was
13    1:30 and we end up talking to him about
14    4:00.  We had been sitting three hours.
15         Q.      During those three hours did he
16    come over and say, I know you are here, I
17    am going to talk to you later, or did he
18    just not --
19         A.      He come to us and I know you
20    are waiting, but I have other people.  I am
21    going to finish with them and I will be
22    back.
23         Q.      Then he came back and you
24    stated I want to see papers, and he said
25    they are in a different location, right?
```

```
 1                    F. FRANCOIS
 2        A.    Yes, he showed me where they
 3   were.
 4        Q.    What happened next?
 5        A.    I said I need them.  He said I
 6   understand, but you have to come in two
 7   days.  It was Tuesday or Monday, and he
 8   said you have to come in Thursday to get
 9   it.  And I said okay, what time.  And he
10   said you can come in about 2:00.  And I
11   said I need paper.  He said when you come
12   in, paper will be available for you.
13        Q.    Did you have any other
14   conversation with him?  Did you say
15   anything to him?  Did he say anything to
16   you?
17        A.    Not the day.  I did not say
18   anything about that.  All I was saying was
19   I need the paper that I signed.
20        Q.    And then after he told you you
21   have to come back in two days, you left?
22        A.    Yes, me and my uncle, we left.
23        Q.    How did you get to the
24   dealership that day?
25        A.    My uncle drive me there.
```

```
                                            Page 73
 1                    F. FRANCOIS
 2        Q.    Okay.  So he has his own car?
 3        A.    Yeah, he has his own car.
 4        Q.    So then you left after he told
 5   you to come back in two days.  What
 6   happened next?  Did you go back to the
 7   police?
 8        A.    I go back to the police and I
 9   told them.  They said okay, go back get the
10   paper.  He said the paper will be ready,
11   you have to go get the paper.
12        Q.    So did you go back in two days?
13        A.    Yes, I do.  I was more early.
14        Q.    Did you go back with anyone?
15        A.    Yeah, with my uncle.
16        Q.    So you both went back two days
17   later?
18        A.    Yes.
19        Q.    Okay.  And what happened then?
20        A.    When I went there, I was
21   sitting a while, sitting, sitting, and the
22   guy was saying the paper is not ready.  It
23   took a while.  I said, listen, and I was
24   mad.  I said listen, first of all, let me
25   tell you the truth.  I have never been
```

```
 1                    F. FRANCOIS
 2   here, and I don't know the place.  You guys
 3   did something on my name.  I don't know who
 4   did that.  And a lot of people was
 5   listening.  He said I don't know what you
 6   are talking about.  What happened?  Explain
 7   to me.
 8        Q.    Hold on.  The person you were
 9   talking to, this is now two days later, the
10   second visit, right?
11        A.    Yeah.
12        Q.    Who were you talking to?
13        A.    The same person that was
14   telling me to come get the paper.
15        Q.    The same one you described
16   before?
17        A.    Mm-hm.
18        Q.    Okay.  So what did he tell you
19   about where the papers were when, whether
20   the papers were ready, whatever it was?
21        A.    He was telling me the paper is
22   not ready, and he told me it is not ready
23   because there were a lot of things he was
24   doing.  We have to make another
25   appointment, which I was getting mad.  I
```

```
 1                    F. FRANCOIS
 2   said I am not coming here.  And he said
 3   what?  I have never been to this place.  I
 4   never come here.  I said I got a paper from
 5   you guys someone come here with my
 6   information, and you sell a person a car
 7   under my name.  You used all of my
 8   information.  He said okay, give me one
 9   second.  He goes straight -- I saw him go
10   to a young guy that has an office, and the
11   guy look at me and send him to get me and
12   my uncle.
13        Q.    Okay.  And so when you went in
14   to talk to that young guy?
15        A.    Yeah.  And then I went there --
16        Q.    Hold on.   Did you go into his
17   office?
18        A.    Yeah.  Me and my uncle.
19        Q.    Can you describe that young
20   guy?
21        A.    It looks like he was a Spanish
22   guy, but he was telling me he is the
23   owner's son.
24        Q.    Okay.
25        A.    He is the owner's son.  He gave
```

```
 1                  F. FRANCOIS
 2    me his card.
 3         Q.    He gave you his card?
 4         A.    Yes, he has my number.  He was
 5    texting me.  He was calling me.
 6         Q.    Okay.  Slow down.
 7         A.    Yeah.
 8         Q.    Do you have his card?  Do you
 9    still have his card?
10         A.    No.  I don't have that.  I
11    don't know where I put the card.
12         Q.    Did you ever give the card to
13    your lawyer?
14         A.    No.  Because I was looking for
15    the card because I was moving from my
16    husband house to come my home.  Grandma
17    house I did not know where I put this
18    paper.
19         Q.    Describe him again.  Young, but
20    let's do more detail.  What did he look
21    like?
22         A.    He looked like a Spanish guy,
23    black hair.  He had like black hair.  And
24    he was sitting in his office telling me
25    that we can fix that.  Is he went and get
```

```
1                      F. FRANCOIS
2    another paper.  He bring all of those
3    papers.
4         Q.    He brought the papers?
5         A.    Yeah, and he put it in the
6    table.  And he was telling me I am very
7    sorry for what happened, but I am going to
8    explain to you.  And then he showed me a
9    copy of the ID and Emmanual ID.
10        Q.    Okay.  Hold on a second.
11              You described him as young,
12   maybe Spanish guy, black hear.  How tall?
13        A.    Not like tall, tall, tall, but
14   I can give him six-three or six-two.  I
15   don't know.
16        Q.    When you say "young," how old
17   is young?
18        A.    Young.  People can be 50 and
19   you look young.  But young, he was looking
20   more young than his father because he was
21   in the next office next to him.
22        Q.    How do you know his father was
23   in the office next to him?
24        A.    Because he when he call his
25   father and father come to me and present
```

```
 1                    F. FRANCOIS
 2    himself, he said I'm his father.  I am
 3    owner of the place.
 4               (Whereupon, an off-the-record
 5         discussion was held.)
 6         Q.    We are at a point now where he
 7    laid out the papers on the table.  This
 8    young guy and you said words to the effect
 9    of -- you correct me if I am wrong -- he
10    wants to fix this problem, right?
11         A.    Yes.
12         Q.    Okay.  And what did he say he
13    was going to do to fix the problem?
14         A.    Okay.  First of all, you want
15    the paper.  He wanted to make sure he
16    showed me the ID they have on file.  And
17    then he showed me the paper and said this
18    is your driver's license, and this is
19    Emmanual's.  Did you know that guy showed
20    me, Emmanual Laforest, and you live at the
21    same address on the driver's license?  And
22    then also it was on the later paper that
23    had information about my social, things
24    like that.  Which is where I tried to take
25    a picture of that.  He stopped me and he
```

```
                                         Page 79
 1                   F. FRANCOIS
 2   said no, you cannot do that.
 3        Q.    All right.  He showed you the
 4   picture or he showed you a copy of your
 5   driver's license and Emmanual's driver's
 6   license.  What was the information that you
 7   had about that?
 8        A.    First of all, I said this is
 9   the driver's license I never received from
10   the DMV.  How could you guys that?  He said
11   that this is the person who come to buy the
12   car.
13        Q.    Okay.  And go ahead.  What is
14   the next conversation that you had?
15        A.    And then I was mad.  I said
16   what you guys did is not good.  He was
17   telling me it is COVID.  I said I
18   understand a person buys the car online.
19   Because I am customer service; I can do an
20   account online.  We do not have power to
21   control that.  But the person come in
22   person to do this, but you do not see me.
23   And it is my ID and you guys still sell him
24   that.  He said it was one of my employees
25   that did that.
```

```
                                          Page 80
 1                    F. FRANCOIS
 2         Q.    So he said -- I'm sorry.  I
 3    didn't pick that up.  What was the last
 4    thing you said?
 5         A.    It was one of the employees
 6    that did this.
 7         Q.    So he said it was one of the
 8    employees that did this?
 9         A.    Yeah.
10         Q.    And then what happened next?
11         A.    And then he said, you know,
12    it's COVID.  We do not have -- I said stop
13    telling me about COVID.  That has nothing
14    do to with that because he went in person.
15    He said okay, what you are going to do
16    since you have the title?  Can you leave
17    the title.  I said no way.  He said me and
18    my dad are going to fix that.  And his dad
19    come and present himself.  He said you do
20    not have to go to the police, things like
21    that.  We are going to ask him to bring the
22    car back.  I said no Capital One be calling
23    me at the job.  I have being stressing.  I
24    have to answer them because they think I
25    don't want to pay them.
```

```
                        F. FRANCOIS
 1
 2        Q.    So hold on.  He said leave the
 3   title for the car?  He said I will take
 4   care of this if you leave the title to the
 5   car, and you said no way, right?
 6        A.    Yeah.
 7        Q.    Okay.  And then so why didn't
 8   you want to leave the title?
 9        A.    Leave the title?  What I am
10   dealing now -- I think what they did to me
11   is not fair putting me in stress and make
12   me almost lose my job by crying because I
13   come to this country to get a better life
14   to help my family, not to be doing what
15   they are doing to people.
16              Atny1:  I move to strike the
17        nonresponsive portion.
18        Q.    So did he explain to you why he
19   needed the title?
20        A.    Yes.  He said with the title
21   they are going to ask him to bring the car
22   and then pay the loan.  They said they were
23   take the responsibility to pay the $20,000
24   loan with the Capital One, which is they're
25   going to remove everything on my name.
```

```
 1                    F. FRANCOIS
 2        Q.     He basically said if you leave
 3   the title we are going to take care of all
 4   of this, get the car back, pay off the
 5   loan, and everything will be resolved;
 6   that's is what he told you right?
 7        A.     Yeah, that's what he said.
 8        Q.     Why didn't you want to do that?
 9        A.     Because I know they are not
10   going to do it.
11        Q.     How did you know they were not
12   going to do it?
13        A.     If they were doing that, why
14   didn't they ask him to bring the car?  Why
15   didn't he pay the loan?  When he finished
16   the lease -- they will tell me we pay the
17   loan and you can bring the title.  I will
18   bring the title after they pay the loan.
19        Q.     What you're saying is you did
20   not trust them to do what they said they
21   were going to do, right?
22        A.     Yes, because they didn't want
23   to show me the guy picture who did that.
24   I said let get the information of the guy
25   who sell him.  I have to go to the police
```

```
                                        Page 83
 1                    F. FRANCOIS
 2    because maybe they did that to other people
 3    who don't know.  If I did not receive the
 4    title, I will not know what happened on my
 5    name.
 6         Q.    So you decided not to do what
 7    they asked you to do to fix the problem.
 8    What did you do next?
 9               MR. KESHAVARZ:  Objection to
10         the form of the question.  You can
11         answer.
12               The question is:  "What did you
13         do next?"
14               I object foot form of "what did
15         you do next?"  The predicate was
16         untrue, so that is what I was
17         objecting to.
18               MR. GOODMAN:  How is it untrue
19         that was her testimony?
20               MR. KESHAVARZ:  All right.
21         What did you do next?  Go ahead.
22         A.    Next, when they said that, I
23    when the to the police because the police
24    was needing me to get information about
25    Emmanual Laforest, the ID, all of that.
```

```
 1                    F. FRANCOIS
 2   Then, I have all of the picture of the
 3   paper, which I take the picture.  He said
 4   to me to delete it.  I did not delete it.
 5   I went to the police and shared it to the
 6   police.
 7        Q.    Okay.  When did you take
 8   pictures of all of the papers?
 9        A.    When they had it in the place.
10        Q.    In the dealership?
11        A.    Yeah.
12        Q.    I though you said before they
13   said do not take a picture of it?
14        A.    I already took it.  They say
15   don't take it, but I already took the
16   picture.
17        Q.    So then you went back to the
18   police with the pictures, correct?
19        A.    Yes.
20        Q.    All right.  And what happened?
21   What did the police say at that point?
22        A.    Okay.  And then they go
23   upstairs in a room and they have a lot of
24   information.  I give them Emmanual's
25   information.  They saw it on the driver's
```

```
                                      Page 85
 1                  F. FRANCOIS
 2    license and compared with what they have in
 3    their thing.  They bring a big picture and
 4    showed me this is him.  This is him.  This
 5    is him.  And I said yes, this is the same
 6    person.  And they said okay, they are going
 7    to pursue with the thing.  And this is what
 8    happened.
 9         Q.    Okay.  When is the next time
10    you talked to the police after they said we
11    are going to pursue him?
12         A.    They called me and said they
13    are going to -- they arrested him.  And
14    they called me and said they arrested him
15    and they are going to send me a picture to
16    identify if it is him.
17         Q.    And did that happen?
18         A.    Yes, it did.  They sent me a
19    picture.
20         Q.    During this process when is the
21    first time you spoke to your husband
22    Stanley Laforest about what you were doing
23    with the police?
24         A.    He is the one saying I want you
25    to go to the police because you don't know
```

Page 86

```
 1                    F. FRANCOIS
 2   everything my brother did to the car.  He
 3   may end up doing something and kill someone
 4   and use the car or whatever, and it is
 5   going to end up going to you because the
 6   car is in your name and you could get
 7   arrested for that.
 8        Q.    Did there come a time that you
 9   learned the dealership actually did get the
10   car back from Emmanual Laforest?
11             MR. KESHAVARZ:  Objection to
12        form.  Go ahead.
13        A.    The guy, the son's dealer, they
14   called me he.  Told me we have the car
15   back.  He did not get the car back because
16   my husband saw Emmanual with the car.  The
17   day he told me he has the car, he not have
18   the car.
19        Q.    Do you think they ever got the
20   car back?
21        A.    I don't know.  I never asked
22   because they were calling me to bring the
23   title, title, title.  And I blocked the
24   number.  And I was blocking every number I
25   did not know because I was scared.
```

```
 1                    F. FRANCOIS
 2        Q.    So if we have pictures of the
 3   car being brought back, would that change
 4   your impression of whether the car was
 5   taken back or not?
 6             MR. KESHAVARZ:  Objection form.
 7        It's also speculation.
 8        Q.    You can answer.
 9        A.    No, because for me that does
10   not mean nothing because what they were
11   doing with Emmanual.  Bring the car, not
12   bring the car.  They are still not paying
13   the Capital One.  It is still affected
14   online.
15        Q.    You understand they could not
16   pay Capital One unless they have the title?
17             MR. KESHAVARZ:  Objection,
18        form.  No predicate for testifying,
19        but you can go ahead and answer the
20        question, if you know.
21        A.    I don't know.
22        Q.    Okay.  Did anybody at the
23   dealership explain to you we need the title
24   in order to pay off Capital One?
25        A.    They were telling me you bring
```

```
 1                  F. FRANCOIS
 2  they title and we do the Capital One, but
 3  they never explained to me we need the
 4  title to pay Capital One.
 5      Q.    Okay.  So what's the next
 6  interaction you had with the police about
 7  this situation after they sent you that
 8  picture of him?
 9      A.    I said that was him, and after
10  that I received call from Brooklyn federal,
11  which I received a call.  There was a woman
12  calling me and explaining to me all of the
13  process.  And then also they were giving
14  me, the police, I think, where I am he
15  can't be close to me because I been
16  receiving people calling me telling me
17  things like that.
18              I said to them I am even scared
19  to go to work because I don't want them to
20  come to my job.  And she was telling me all
21  of the process.
22      Q.    Now, who was this woman?  You
23  said a woman called you?
24      A.    My lawyer has the name of that.
25  It is Brooklyn federal.  It is the federal
```

```
 1                   F. FRANCOIS
 2   court, the lawyer in front of him was going
 3   to have to go to the court every time.
 4         Q.    It is a district attorney, a
 5   prosecuting attorney?
 6         A.    Yes.
 7         Q.    Okay.  And you gave your lawyer
 8   that name
 9         A.    Yeah, they have woman name who
10   was to call me.
11         Q.    When did you give your lawyer
12   that name?
13               MR. KESHAVARZ:  Do not talk
14         about when you gave me information.
15         You can talk about when you got it,
16         but you can't talk about your
17         communication.
18               MR. GOODMAN:  I am not asking
19         your communication.  I am asking the
20         date.  That's not communication.
21         A.    The day that the woman contact
22   me?
23         Q.    What is the date the woman
24   contacted you?
25         A.    I would have to go through all
```

```
 1                    F. FRANCOIS
 2   of my emails.  It was by email, then she
 3   was trying to call me, but I never
 4   answered.  And then she sent me an email.
 5   Did you need it now?
 6              MR. GOODMAN:  We can leave a
 7         blank in the transcript if the court
 8         reporter would do that?
 9         A.    (Information requested:_____
10   _____).
11         Q.    After that date, how long after
12   that did you call the your attorney?
13         A.    I don't remember.
14         Q.    Was it a day?  Was it a week?
15   Was it a month?
16              MR. KESHAVARZ:  Asked and
17         answered.  She said she did not
18         answer.
19              MR. GOODMAN:  Asked and
20         answered from you, that's pretty
21         rich.
22         Q.    Go ahead.  You can answer.
23         A.    I don't remember.
24         Q.    I am asking you if you can
25   approximate whether it was a short length
```

```
                                              Page 91
 1                  F. FRANCOIS
 2    of time, a long length of time, a month of
 3    time, a year of time.
 4              MR. KESHAVARZ:  Objection to
 5         the form of the question.
 6         A.    I don't remember.  That's all I
 7    can say.  Because I don't remember really
 8    because me and her we spoke multiple times.
 9    I don't remember.
10         Q.    Okay.  And this prosecutor you
11    spoke to many times, when is the last time
12    you spoke to her?
13         A.    The last time I spoke to her
14    was in 2021.
15         Q.    Okay.
16         A.    I don't remember.  I can't give
17    you the date of the year.  I don't
18    remember.
19         Q.    All right.  What was that
20    conversation?  What did you say to her and
21    what did she say to you?
22         A.    She was going over all they
23    already know about, what the police already
24    told her.  And then she will repeat
25    everything, and I said to her yes, and then
```

```
                                              Page 92
 1                    F. FRANCOIS
 2   I also -- when I got on the phone with her,
 3   she told me I was telling her that I just
 4   received a call, and which is when that
 5   person said it me.  And she said okay, we
 6   are going to give the police restrict
 7   something, like that he can't be close to
 8   you.  She was telling me he is going to
 9   have to come and have a code for him to go,
10   and I don't have to be face-to-face to him,
11   which is like basically telling me all of
12   the process, how they are going to do
13   everything in the Brooklyn court.
14        Q.    Did that happen?  Did he come
15   to court?
16        A.    The last time I spoke to her
17   she was telling me he had a court in April.
18   I don't know if he went, if he didn't went.
19   I don't know.
20        Q.    Did there ever come a point she
21   told you the case had been dismissed?
22        A.    No.
23        Q.    Did there of come a point you
24   told her you did not want to prosecute the
25   case?
```

```
                                        Page 93

 1                    F. FRANCOIS

 2        A.     No, I never said that to her.

 3        Q.     Okay.  Do you know what

 4   happened to the case?

 5        A.     I don't know what happened to

 6   the case.

 7        Q.     You never wanted to find out?

 8   You never wanted to call her and ask what

 9   happened to that case?

10        A.     No, because she was telling me

11   it was another attorney was going to do the

12   case because she just have to tell me and

13   get all of the information for me, but

14   another person is going to contact me.

15        Q.     Did that other person ever

16   contact you?

17        A.     No, they did not contact me.

18        Q.     Again, maybe I asked it, maybe

19   she answered.

20              What was the date?  When was

21   the last time you had that conversation

22   with the prosecutor?

23        A.     I don't remember.

24        Q.     I think you said 2021?

25        A.     Yeah, I spoke to her when she
```

```
 1                    F. FRANCOIS
 2   was telling me he has a court.
 3        Q.    He has what?
 4        A.    He has a court.  He has to go
 5   to the court.  It was in 2021.
 6        Q.    I mean, early 2021, late 2021?
 7        A.    I don't remember.
 8        Q.    Okay.  When is the last time
 9   you had any conversation with anyone at the
10   dealership?
11        A.    For the dealership it was in
12   2020 because nobody ever called me or said
13   anything else.
14        Q.    I think you testified that you
15   blocked their number?
16        A.    Yeah, I blocked there son
17   number because sometimes he called me in
18   the number and sometimes he called me at
19   different number.  I don't know if it was
20   him, if it was Emmanual friend had been
21   texting me.  I don't know.  I was scared
22   and all I wanted to do is block everyone
23   who deals with that because I did not want
24   nobody to wait for me on the street and end
25   up doing something to me.
```

```
                                        Page 95
  1                      F. FRANCOIS
  2        Q.    Did you think someone from the
  3   dealership was going to wait for you on the
  4   street?
  5        A.    Maybe the guy who did that was
  6   there if it was a friend doing that with
  7   him with people ID and information.  If
  8   they did that, what could they not do?
  9            MR. GOODMAN:  I move to strike
 10        the nonresponsive portion.
 11        Q.    So you testified that there
 12   were calls that came to you from the
 13   dealership after the time that you were
 14   there the second time, correct?
 15        A.    Yes, correct.
 16        Q.    Did you take those calls?
 17        A.    Yes, the son owner I spoke to
 18   him, which he was telling me that to bring
 19   the title.  And then he told me that they
 20   got the car, they just waiting for me to
 21   bring the title.
 22        Q.    Okay.  And what did you tell
 23   him?
 24        A.    I just said to him yes because
 25   I did not want to continue the conversation
```

```
                                          Page 96
 1                    F. FRANCOIS
 2   because I was at work.
 3        Q.     You were what?
 4        A.     I was at work, working.
 5        Q.     So you said yes, yes to what?
 6        A.     Yes to I will call you.  I will
 7   let you know when, and then that's it.
 8        Q.     And then you decided never to
 9   call him back?
10        A.     Yeah.
11        Q.     You never did call him back?
12        A.     No.
13        Q.     Okay.  And he had told you in
14   the last conversation we have the car, if
15   you bring the title we can take care of all
16   of this, right?
17               MR. KESHAVARZ:  Objection,
18          form.
19        Q.     You can answer.
20        A.     He did not say it like that.
21        Q.     What did he say?  Tell me what
22   he said.
23        A.     He said bring the title
24   Emmanual bring the car and this is when I
25   say to him okay.  I called my husband.  He
```

```
 1                    F. FRANCOIS
 2   said no, my auntie just saw Emmanual just
 3   in the car, which is true.  Emmanual was in
 4   the car.  And they did not get the car.
 5   That's how I knew they were lying.
 6        Q.    That's what you told them?  I
 7   am not asking what you thought.  I am
 8   asking what you said to the person from the
 9   dealership when they said we have the car
10   just bring in the title.
11        A.    I just said to them yeah,
12   okay.
13        Q.    And that was the end of the
14   conversation?
15        A.    Yeah, because I was at work.
16   I did not want to continue the conversation
17   because I had customer in front of me.
18        Q.    A customer told you?
19        A.    I customer in front of me.  I
20   was opening an account for a customer.
21        Q.    And that was the last
22   conversation you had with anybody at the
23   dealer ship?
24        A.    After this, they tried to call
25   me and I did not pic up the phone again.
```

```
 1                    F. FRANCOIS
 2       Q.    When was the first time you
 3  spoke to your attorney that's on this
 4  deposit right now?
 5            MR. KESHAVARZ: He is just
 6        asking for a date.
 7            MR. GOODMAN:  I am asking the
 8        questions.
 9       Q.    What is the date, when did you
10  first speak to Mr. Keshavarz?
11            MR. KESHAVARZ: Just the date,
12        go ahead.
13       A.    I don't remember the date.
14       Q.    Okay.  What time of year was
15  it?
16       A.    The time?  It was in the
17  afternoon.  That's all I mean.
18       Q.    The time of year, not the time
19  of day.  Was it winter?  Was it summer was?
20  Outside, was snow on the ground?
21       A.    No, I was at work when I called
22  him.  I was at work and then I called him
23  from my work phone.
24       Q.    Was it before or after you went
25  to the dealership to talk about the --
```

```
                                          Page 99
 1                     F. FRANCOIS
 2        A.    It --
 3        Q.    You have to let me finish the
 4   question.
 5              Was it before or after you went
 6   the dealership to talk about the problem
 7   with the BMW?
 8              MR. KESHAVARZ:  Objection to
 9         form.  Go ahead.  Was it before or
10         after.
11        A.    I think it was after.  This is
12   a long time after.
13        Q.    Okay.  How long after?
14        A.    Because what they did to me
15   happened in 2020 because I remember I spoke
16   to my lawyers between 2021, I guess.  Yeah,
17   because when actually I had been received
18   letter from Capital One and when I called
19   company Capital One I received letter from
20   ATM -- MTA.  And then also from parking
21   ticket, a lot of tickets.  It was driving
22   my crazy.
23              MR. KESHAVARZ:  Just pause for
24         a second.
25        Q.    Now, you are saying it was in
```

```
                                       Page 100
 1                F. FRANCOIS
 2   2021 that you first spoke to Mr. Keshavarz?
 3            MR. KESHAVARZ:  Objection to
 4        form.
 5        A.     Because the thing happened in
 6   2020, okay?  If this happened in 2020, I
 7   did not contact any lawyer after that.  I
 8   was trying to resolve anything if they can
 9   remove with Capital One and fix everything
10   they did on my credit.  All of those
11   things, which they never did anything.
12   Which is, like I said, I have to file a
13   lawyer.  It was the next year I am pretty
14   sure.  I am not really sure.
15        Q.     Capital One did rescinded your
16   loan, correct?
17        A.     Say that again.
18        Q.     They fixed the problem with the
19   loan on the car, correct, capital one?
20            MR. KESHAVARZ:  Objection to
21        form.
22        A.     I don't know because I never
23   checked with them because I received a lot
24   of letter from them, and I gave to my
25   lawyer.
```

```
 1                   F. FRANCOIS
 2        Q.     As we sit here today was it
 3   your understanding the loan from Capital
 4   One in your name is still open?
 5              MR. KESHAVARZ:  Objection to
 6        form go ahead.
 7        A.     I don't know if it is still
 8   open.
 9        Q.     Okay.  When you first spoke to
10   a lawyer, who was it?  Who is the first
11   lawyer you spoke to?
12        A.     The first lawyer I spoke about
13   the case?
14        Q.     Yes.
15        A.     I spoke with my lawyer and then
16   get my lawyer that's it.
17        Q.     Who was it?
18              MR. KESHAVARZ:  He is just
19        asking a name.  If you know the first
20        lawyer that spoke to you about what
21        happened.
22        A.     When I called it was Emma, and
23   they put me to Ahmad.
24        Q.     And you do not know when that
25   conversation was in 2021?
```

```
 1                    F. FRANCOIS
 2       A.    I had conversation in 2021.
 3       Q.    Wait, what?
 4       A.    2021.
 5       Q.    Okay.  When did you retain your
 6   lawyer in this case?
 7             MR. KESHAVARZ:  Objection.
 8       A.    I don't understand.
 9       Q.    Did you sign some papers that
10   Mr. Keshavarz's law firm is going to be
11   your attorney in this case?
12       A.    Yes.
13       Q.    When was that?
14       A.    I don't know the date.  Not the
15   date that I really spoke to him, but after
16   we decide I said I want him it present to
17   me.
18       Q.    Was it your understanding that
19   that representation was to file a lawsuit
20   or for something else?
21       A.    I was considering that with
22   everything that I was doing.  I could not
23   say to you.
24       Q.    In other words, to help you
25   through the process of the letters and the
```

```
 1                    F. FRANCOIS
 2   tolls and tickets and all of that stuff?
 3        A.    I already have everything.
 4        Q.    Say it again.  I'm sorry.  I
 5   did not understand.
 6        A.    I already have everything
 7   because everything was coming in my mail
 8   every week.  I already have everything.
 9        Q.    When you say you "have
10   everything," what do you mean?
11        A.    MTA, parking ticket, Capital
12   One, all of that.
13        Q.    Okay.  I understand you have
14   all of that documentation that is what you
15   are saying, right?
16        A.    Mm-hm.
17        Q.    You have to say "yes."
18        A.    Yes.
19        Q.    My question is, you had all of
20   that, you went to the lawyer to help you
21   work through all of that, correct?
22              MR. KESHAVARZ:  Objection to
23         the form of the question.
24              Whenever you are good for a
25         lunch break.
```

```
                          F.  FRANCOIS
1
2                   MR.  GOODMAN:   We are not going
3          to break with an open question.
4          That's for sure.
5                   MR.  KESHAVARZ:   I am not saying
6          that.
7          Q.     You can answer, Ms. Francois?
8          A.     Can you repeat the question
9   again?
10         Q.     What I am asking is you told us
11  you have everything, that is with your
12  terminology; you had everything.  All of
13  that documents you have, the papers from
14  the MTA and the parking tickets and Capital
15  One and all of that, right?
16         A.     Yes.
17         Q.     And then when you signed up
18  with your attorney the purpose of that was
19  to have assistance to work through all of
20  that, to deal with all of that, right?
21                  MR.  KESHAVARZ:  Objection to
22          the form of the question.
23         A.     Yes.
24         Q.     Okay.  At that point was your
25  purpose to file a lawsuit?
```

Page 105

```
                          F. FRANCOIS
 1
 2              MR. KESHAVARZ:  Objection to
 3         form.  He is not asking for our
 4         conversation he is just asking what
 5         your thought was.
 6         A.    Okay.
 7         Q.    Did you go to your lawyer to
 8    file a lawsuit?
 9              MR. KESHAVARZ:  Objection to
10         form.  You can go ahead.
11         A.    I went to my lawyer first to
12    get all of those things and help me fix
13    what they did on my name.  That is the
14    first thing I went to my lawyer to do.
15    For me remove all of my credit online,
16    TransUnion, Experian.  My plan is to work
17    and save my money and buy a house.  And I
18    was not able to do because I had to hire a
19    lawyer to fix all of my stuff because it
20    was too much for me.
21         Q.    Okay.  You understand that you
22    are now in a lawsuit?  Your lawyers filed
23    on your behalf a lawsuit against the
24    dealership and some individual people; you
25    understand that, correct?
```

```
1                    F.  FRANCOIS
2       A.     Yes.
3       Q.     Whose idea was it to file a
4    lawsuit?
5              MR. KESHAVARZ:  Objection to
6         the form of the question.  Don't
7         answer.
8              You're talking about
9         communications with my client.  I am
10        not going to allow her to answer that
11        one.
12      Q.     When was it that there was a
13   decision to file a lawsuit?
14             MR. KESHAVARZ:  Do not answer
15        that.
16             MR. GOODMAN:  I am asking about
17        a date.
18      A.     For me it is the same question
19   you asked me before.  It is like your same
20   question.
21      Q.     It is not the same question, so
22   I am asking you a timeframe.
23             When was it that a decision was
24   made to file a lawsuit?
25             MR. KESHAVARZ:  Objection to
```

```
 1                    F. FRANCOIS
 2         the form of the question.
 3              Not asking about our
 4         communications.  If you have an
 5         answer based on your own knowledge,
 6         not from your conversations.
 7              MR. GOODMAN:  All right, that
 8         is a talking objection.  We can do
 9         without that.
10     Q.    Go ahead Ms. Francois, you can
11   answer the question.
12     A.    I don't remember the date.  I
13   don't remember nothing about it.
14     Q.    You do not remember anything
15   about that?
16              MR. KESHAVARZ:  Objection to
17         the form of the question.  You can
18         answer.
19     A.    I feel like I am --
20   (Indiscernible.)
21     Q.    You feel like what?  I'm sorry.
22     A.    I don't remember.
23     Q.    You said you feel like
24   something.
25     A.    I said I feel like I don't
```

```
                           F. FRANCOIS
 1
 2    remember.  I am trying to remember.
 3         Q.    I'm just going to ask --
 4         A.    I was really stressing.  All I
 5    remember was my job was too much calling.
 6    My bos was telling me take one week stay
 7    home and fix about that, which that was too
 8    much for me.
 9         Q.    When was it that your boss told
10    you to take a week?
11         A.    It was when they were like
12    calling me up, right, September or October
13    the dealer was calling me, Emmanual was
14    calling me, and his friend was calling me.
15    I don't even answer Capital One, the one
16    was calling me most.
17         Q.    When was that?  Was that in
18    2020?  Was that in 2021?
19         A.    Yeah, 2020.
20         Q.    It was in 2020.  Who was
21    Emmanual's friend that was calling you?
22         A.    I don't know.  They were just
23    calling and then saying telling me that's
24    not going to stop, that's not going to stay
25    like that.
```

Page 109

```
 1              F. FRANCOIS
 2         MR. GOODMAN:  Mr. Keshavarz is
 3      very hungry.  Let's take a lunch
 4      break.
 5              (Whereupon, a short recess was
 6      taken.)
 7              (Whereupon, at 2:17 P.M., Court
 8      Reporter Victoria Chumas was relieved
 9      by Sophia Toribio.)
10  EXAMINATION BY
11  MR. GOODMAN:
12      Q.    Ms. Francois, a couple of
13  questions I forgot from earlier:  Have you
14  been known by any other names other than
15  Farah Jean Francois?
16      A.    No, Farah Jean Francois.
17      Q.    Have you ever been known as
18  Farah Felix?
19      A.    No.
20      Q.    Did you ever adopt the name
21  Laforest as your married them?
22      A.    No, I'm still keeping my dad
23  name.
24      Q.    I'm sorry?
25      A.    I'm still keeping my dad name.
```

```
                        F. FRANCOIS
 1
 2    I never changed by name, Farah Jean
 3    Francois.
 4         Q.    Also, you testified from
 5    receiving some, I believe you said they
 6    were text messages telling you things like
 7    don't come back to Brooklyn, you correct me
 8    if I'm wrong.  Were those in the form of
 9    text messages?
10         A.    Yeah, it was in the text
11    message.
12         Q.    You got text messages that you
13    interpreted as being threatening to you; is
14    that fair?
15         A.    Yes.
16         Q.    Do you still have those text
17    messages?
18         A.    No, because I lost that phone.
19         Q.    What was the number of that
20    phone?
21         A.    The phone number, it was the
22    same.  The phone number I have is the same
23    number.
24         Q.    Who was the phone provider?
25         A.    It was a Samsung.  The phone
```

```
                              F. FRANCOIS
1
2    was a Samsung.
3         Q.    Was it AT&T or was it T-Mobile?
4         A.    It was T-Mobile, I guess.
5         Q.    So, you lost that phone and
6    replaced it with the same number?
7         A.    Yeah, the same number.  I still
8    have the same number.
9         Q.    What is that number?
10        A.    (917) 291-5097.
11        Q.    So, we were talking about when
12   you retained your attorney.
13              Tell me what you did in
14   preparation for this deposition.
15        A.    Say that again, sorry.
16        Q.    What did you do to prepare for
17   this deposition?
18              MR. KESHAVARZ:  He's not asking
19         what was said between us, if
20         anything.  He's just asking what you
21         did, not the contents of what you
22         did.  Go ahead.
23        A.    Okay.  What I did, just like
24   everything that happened to tell you.  To
25   explain everything the same way that's
```

```
 1                    F. FRANCOIS
 2   happening and only know what was happening
 3   and then explain the same, that's all.
 4        Q.    When was that that you did
 5   that?  You're talking about a conversation
 6   you had with your attorney?
 7        A.    No.
 8        Q.    Okay.  I'm asking what you did
 9   to prepare for your deposition today.
10        A.    (No response.)
11        Q.    Did you talk to your attorney;
12   yes or no?
13        A.    Yeah, I talk with my attorney,
14   yeah.
15        Q.    Was it both of them, Emma and
16   Ahmad, or just one of them?
17        A.    Yeah, both of them.  I was in
18   communication with both of them.
19        Q.    When were you last in
20   communication with both of them?
21        A.    This morning, to remind me the
22   time.  Because I was at work, do not forget
23   about the time that I have to be home.
24        Q.    How long did you talk to them
25   this morning?
```

```
 1                    F. FRANCOIS
 2       A.    How long?
 3       Q.    How long?
 4       A.    Maybe about 20 minutes or
 5  10 minutes.
 6       Q.    Before that, when was the last
 7  time you spoke to them in preparation for
 8  this deposition?
 9       A.    I spoke with them yesterday,
10  with Emma yesterday.
11       Q.    Just yes or no, did the
12  conversation include what happened at the
13  deposition yesterday of the Defendant?
14       A.    I don't understand.
15       Q.    Did that conversation include
16  discussion about a deposition that happened
17  in this case yesterday?
18       A.    Yeah, what's going to happen,
19  everything.
20       Q.    No.  I'm asking about a
21  deposition that happened in this case of a
22  witness from one of the Defendants that was
23  deposed yesterday, did you talk about that?
24       A.    I don't remember.
25       Q.    You can't remember from
```

```
 1                    F. FRANCOIS
 2  yesterday?
 3      A.    I don't remember because I
 4  don't understand really what you're trying
 5  to ask me.
 6      Q.    What I'm trying to ask you is
 7  whether you had a discussion with your
 8  attorneys, Emma, I guess it was, about a
 9  deposition in this case of a witness,
10  someone that you sued in this case, that
11  happened yesterday?
12            MR. KESHAVARZ:  This is
13         attorney-client privilege, but go
14         ahead I'll let her answer this one
15         question.
16            THE WITNESS:  I don't
17         understand the question.
18            MR. KESHAVARZ:  I can tell you
19         the answer, Nicholas.  The answer is
20         no, but if you want to keep on asking
21         it, go ahead.
22            MR. GOODMAN:  Well, as I
23         understand, you weren't part of that
24         conversation, Ahmad, it was Emma.
25            MR. KESHAVARZ:  Go ahead.  Go
```

```
                              F.  FRANCOIS
 1
 2          ahead,  ask  your  question.
 3               MR.  GOODMAN:   Can  the  Reporter
 4          read  back  the  question,  please.
 5               (Whereupon,  the  referred  to
 6          question  was  read  back  by  the
 7          Reporter.)
 8       A.    No.
 9       Q.    How  long  was  your  conversation
10   with  Emma  yesterday?
11       A.    I  don't  remember,  because  I  was
12   not  keeping  remember  all  the  conversation  I
13   had  with  them.
14       Q.    What  time  of  day  did  that
15   discussion  take  place?
16       A.    The  time?   I  was  at  work  when
17   Emma  called  me.   I  don't  remember  what  time
18   it  is,  because  I  was  giving  my  patient
19   medication  and  I  was  taking  care  of  a
20   patient  and  I  just  pick  up  the  phone.
21       Q.    So,  you  don't  remember  what
22   time  it  was  and  you  don't  remember  how  long
23   it  was,  right,  even  though  it  was  just
24   yesterday?
25          A.    Because  I  was  at  work.   Like  I
```

```
                                F.  FRANCOIS
 1
 2   said, I was at work, I was with my patient,
 3   giving one of my patient medication.  She
 4   called me, I just pick up the phone and
 5   then she just told me remember tomorrow is
 6   the day, if you receive all the papers,
 7   that you have to check all those papers.  I
 8   say okay.  And then she say okay, we will
 9   call you tomorrow morning just to remind
10   you again.
11        Q.    Okay, so the answer is no.
12              So, Ms. Francois, what were all
13   the papers?  Did you review any papers in
14   preparation for your deposition?
15        A.    The paper that she's talking
16   about is like the same paper you have.
17   This one that you're showing me, that's the
18   ones that I was trying to go to my e-mail
19   to just look at now.  I wasn't able to do
20   that.
21        Q.    You tell me, what were the
22   papers?
23        A.    The same one that you shared to
24   the screen.
25        Q.    The one I shared to the screen
```

```
                                        Page 117
 1                    F. FRANCOIS
 2    was the Capital One Fraud Submission?
 3         A.    I'm pretty sure that's one of
 4    the thing.  Something like that they might
 5    e-mail it to me.
 6         Q.    My question is very simple,
 7    it's not difficult.  What documents did you
 8    review in preparation for your deposition
 9    today?
10         A.    What paper that I review?
11         Q.    Correct.
12         A.    All the paper that you have
13    there.
14         Q.    How do you know what I have?
15         A.    Well, the paper that I know you
16    have, all that I see that happen to the
17    case, all the paper, that's all the paper.
18    From the Capital One, from the dealership,
19    all those papers.
20              MR. GOODMAN:  Move to strike
21         the nonresponsive portions.
22         Q.    Ms. Francois, did your
23    attorneys send you papers to look at in
24    preparation for your deposition?
25         A.    Did my attorney send me paper
```

```
 1                    F. FRANCOIS
 2   to look at?  Yeah, they send me paper.
 3   They send me a paper from -- this morning
 4   they send me an e-mail.  If I'm right, this
 5   morning they send me an e-mail and
 6   yesterday again they would send me an
 7   e-mail also.
 8        Q.    So, what documents were in that
 9   e-mail for you to review in preparation for
10   your deposition?
11        A.    It's my deposition that I did.
12        Q.    What do you mean by that?  What
13   deposition did you do?
14        A.    I have to go to my e-mail to
15   look at this thing.
16              MR. KESHAVARZ:  Don't check
17         your e-mail.  The question is:  Do
18         you remember what you reviewed or
19         not?
20        Q.    You said a deposition that you
21   gave, what deposition did you give?
22        A.    All those paper that you have
23   in your hand, just to look at all those
24   paper again, like I say to you.
25        Q.    Let me ask you one more time:
```

Page 119

                        F. FRANCOIS

1
2    How do you know what papers I have in my
3    hand?
4         A.    The Capital One, I'm telling
5    you about -- it can be the same I have or
6    it can be you have different one.  The
7    Capital One and then also the dealership,
8    the paper that they gave it me about
9    Emmanuel bought this car, that's all the
10   paper.  And then also, what I explain to my
11   lawyer what happened since September 2021.
12   It's all those paper.
13        Q.    So, it's your testimony that
14   the dealership gave you papers about what
15   happened, about Emmanuel buying the car?
16        A.    This is not what I say.
17        Q.    Okay.  Did you take pictures of
18   those papers?
19        A.    They give me a paper, the paper
20   which that I bought the car, because they
21   was assume that it was me.
22        Q.    Who gave you that paper?
23        A.    The son.
24        Q.    Whose son?
25        A.    The owner son.  The owner son,

```
 1                    F. FRANCOIS
 2   like I told you, bring me to the office and
 3   I sit down with him and he called his dad
 4   and they come to the office and show me the
 5   paper.  Which I know it had Capital One on
 6   it and all the bill of the car.
 7        Q.    So, did they give you a copy of
 8   that paper?
 9        A.    Yeah, they give me some of them
10   because they didn't give me all of them.
11        Q.    And do you have those papers
12   today, what they gave you?
13        A.    Yeah, I have some of the paper,
14   the one that they give it to me.
15             MR. GOODMAN:  I will call for
16        production of the papers that were
17        given to Farah Francois on the date
18        that she was at the dealership
19        according to her testimony.  Some of
20        the papers, that's her testimony.
21             MR. KESHAVARZ:  They've been
22        produced.  Go ahead.
23             MR. GOODMAN:  Have they been
24        identified as the papers that were
25        produced on that day?  Because you
```

```
                         F.  FRANCOIS
 1
 2          gave us a document dump of 4,000
 3          pages and you never responded to the
 4          demand that you identify which papers
 5          were --
 6               MR. KESHAVARZ:  I think you
 7          might want to just ask her about the
 8          papers.  Just show her the papers and
 9          ask her.
10               MR. GOODMAN:  I just did ask
11          her and she's not answering.
12     BY MR. GOODMAN:
13          Q.    And previously this morning,
14     Ms. Francois, you gave testimony about
15     taking photographs with your phone of
16     papers that were on a desk.  Do you
17     remember that?
18          A.    Yes.  Which is like I said to
19     you, it was my copy of my driver's license,
20     they have there, and Emmanuel driver's
21     license.  Which they didn't want me to take
22     the picture.  This is the one I have proof
23     to give it to the police to tell them this
24     is all the information they gave to me,
25     yeah.
```

                      F. FRANCOIS

1

2          Q.     How many photographs did you

3    take when you were in the dealership of

4    papers?

5          A.     One, because they didn't let me

6    want to take a picture.  They said no,

7    that's illegal, you cannot take a picture.

8    I said I can, if it's my ID, if it's my

9    information in that.

10         Q.     Just so I'm clear, it may be

11   repetitive but I want to be clear on this:

12   There was a point on your second visit to

13   the dealership, you claim that you were at

14   the dealership twice, correct?

15         A.     Yeah.

16         Q.     And you were with Papito both

17   times, correct?

18         A.     Yes.

19         Q.     And the second time your

20   testimony is that someone retrieved papers

21   from this transaction with the BMW and

22   Emmanuel, correct?

23         A.     Yeah.

24         Q.     And showed you the papers,

25   correct?

```
                                    Page 123
 1                 F. FRANCOIS
 2        A.    Yeah, and showed me the paper
 3   that who have my driver's license on it and
 4   then Emmanuel driver's license.
 5        Q.    And you took a photograph of
 6   one page that had your driver's license and
 7   Emmanuel's driver's license; is that
 8   correct?
 9        A.    Correct.
10        Q.    Just one photo?
11        A.    Yeah.
12             MR. GOODMAN:  And I would ask
13          that you produce the photo that was
14          taken.  Not a photocopy of the
15          license, but the actual photo from
16          your phone as you transmitted it to
17          wherever you transmitted it and that
18          that be produced.
19        Q.    So, Ms. Francois, in addition
20   to taking a picture with your phone of that
21   driver's license, you also received copies
22   of what you said were some of the papers
23   from the file, correct?
24        A.    Yeah.
25        Q.    And you left the dealership
```

```
 1                    F. FRANCOIS
 2   with the photo on your phone and some of
 3   the papers, right?
 4        A.    Yeah.
 5        Q.    What did you do with the photo
 6   and the papers?
 7        A.    I went to the police.  This is
 8   what I did, I went to the police with that.
 9        Q.    And Papito was there to witness
10   all of this, right?  He saw all of this?
11        A.    Yeah, he went to the police
12   with me too.
13        Q.    He also went to the police with
14   you?
15        A.    Yeah.
16        Q.    But he saw all of this?  He saw
17   the papers on the table at the dealership?
18        A.    Yeah, because he was next to
19   me.  It was both of us sitting, showing
20   both of us the paper.
21        Q.    Okay.  Now, refresh my
22   recollection, when was it that you left the
23   employ of the TD Bank and went to the
24   nursing employment?
25        A.    December.
```

```
1                    F. FRANCOIS
2     Q.     Of 2021?
3     A.     Yeah, last December.
4     Q.     Last December, okay.
5     A.     Yeah.
6            MR. GOODMAN:  All right.  Let's
7     look, Ms. Reporter, if we can, at
8     Exhibit A, the Capital One Fraud
9     Submission.  And if we want to mark
10    that, I mean, I guess we can mark it
11    Defendant's Exhibit A, if there's no
12    objection.  We haven't marked any
13    previously, so it would begin with
14    Exhibit A.  And I guess you're going
15    to need to share the screen.
16           THE COURT REPORTER:  Sure.
17           (Whereupon, the aforementioned
18    document was marked as Defendant's
19    Exhibit A for identification as of
20    this date by the Reporter.)
21           (Screen sharing.)
22           MR. GOODMAN:  If you could
23    please scroll to the next page.  It
24    should have a Bates stamp on the
25    bottom of Francois 18.
```

Page 126

```
 1                      F. FRANCOIS
 2                 (Reporter complies.)
 3                 MR. GOODMAN:  Okay,
 4          Ms. Reporter, can you expand that out
 5           so we can see the entire page.
 6                 (Reporter complies.)
 7                 MR. GOODMAN:  Thank you.
 8    BY MR. GOODMAN:
 9          Q.    Ms. Francois, I want you to
10    look at what's on the screen now as the
11    second page of Defendant's Exhibit A.  Take
12    a look at that and tell me when you're
13    finished looking at that.
14                 (Whereupon, the Witness peruses
15           the document.)
16          A.    Yeah, I finished to look at.
17          Q.    So, what is that?
18          A.    That's the Affidavit that they
19    kept calling me.  I told them that wasn't
20    me who did that.  I never applied for a
21    loan.
22          Q.    And you filled this out on
23    September 23rd of 2020.  You see that date
24    on there?
25          A.    Yes.
```

```
                        F. FRANCOIS
 1
 2        Q.     And you listed your address as
 3   2914 Farragut Road, correct?
 4        A.     Uh-huh.
 5               THE COURT REPORTER:  Is that a
 6         yes or no?
 7        A.     Yes.
 8               MR. GOODMAN:  Can you please
 9         scroll down to the next page.
10               (Reporter complies.)
11               MR. KESHAVARZ:  I just want to
12         make sure, Ms. Francois, are you able
13         to read the document that's in front
14         of you?  Because it's kind of small
15         on your screen.
16               THE WITNESS:  Yeah, I do.  I
17         do.  I see my name on it, "Farah Jean
18         Francois."
19               MR. KESHAVARZ:  I just wanted
20         to make sure.
21               THE WITNESS:  Thank you, Ahmad.
22   BY MR. GOODMAN:
23        Q.     So, you see now this is the
24   third page.  It should have a Bates stamp
25   on the bottom of Francois 19.  Again, can
```

1                    F. FRANCOIS

2   you direct your attention to the checked

3   boxes.  It says, "Tell us about your

4   situation:"  Do you see that?

5           A.    Yeah.

6           Q.    And it says, "Types of Identity

7   Theft you have experienced:"

8           A.    Uh-huh.

9           Q.    And you checked "Loans" and you

10   checked "Other."  Do you see that?

11           A.    Yes.

12           Q.    What did you mean by "Other?"

13           A.    My ID, my Social, this is all

14   the things that have been stolen.

15           Q.    Then under number 2 it says

16   "What Happened:"  And it says, "What was

17   your first indication that you might be a

18   victim of identity theft? (check all that

19   apply):"  Did I read all of that correctly?

20           A.    Yeah.

21           Q.    And you checked the box for

22   "Mail Service Disrupted."  Do you see that?

23           A.    Yeah.

24           Q.    What does that mean?  What did

25   that mean to you?  Why did you check that

Page 129

                        F. FRANCOIS

1

2    box?

3        A.    I checked that box because that

4    was mail the DMV send it to me, to my

5    address and then I never received that

6    mail.  Which is somebody else receive it,

7    which is Emmanuel Laforest receive it and

8    keep the mail.

9        Q.    And you also checked the box

10   that said "Noticed Credit Report

11   Inaccuracies."

12       A.    Yes.

13       Q.    Why did you check that box?

14       A.    Because I received from

15   Experian that my credit score been going

16   down.  And when I click on that to review

17   that and I see the loan on that.

18       Q.    How long had your credit score

19   been going down as of September 23rd of

20   2020?

21            MR. KESHAVARZ:  Objection to

22        form.

23       Q.    You can answer.

24       A.    I think since -- because it's

25   not the first place he went to visit with

```
 1                    F. FRANCOIS
 2   my information.  All those place he went is
 3   in my credit.  That's when all the place he
 4   went, every time you check your credit, it
 5   put your credit score down.
 6        Q.    All the places he went?  Where
 7   did he go?  What do you mean by all the
 8   places he went?
 9        A.    He went to the dealership with
10   that, which is they check my credit.  This
11   is put my credit down.
12        Q.    How did that put your credit
13   down?
14        A.    That put my credit down because
15   my credit -- listen, when you apply for a
16   loan and you never pay your loan, whatever
17   you apply, whatever you did, you never pay
18   for that, that's not going to put your
19   score up, it put your score down.
20        Q.    What was your credit score on
21   September 23rd of 2020?
22              MR. KESHAVARZ:  Objection to
23        form.
24        A.    I don't remember.
25        Q.    Is it your testimony that it
```

```
 1                    F. FRANCOIS
 2   was lower on September 23, 2020 that it had
 3   been before May 30th of 2020?
 4             MR. KESHAVARZ:  Objection to
 5        form.
 6        A.    Yeah.
 7        Q.    So, your testimony is it went
 8   down from May of 2020 to September of 2020?
 9             MR. KESHAVARZ:  Objection to
10        form.
11             You can answer.
12        A.    It keep going down because it's
13   not going up.  That's all I know, that my
14   credit keep going down because I had my
15   credit -- I was trying to work on my credit
16   to build my credit to get more credit to
17   apply for a loan to get my house.  I was
18   trying to save money to buy my house which
19   is like that did affect me because that put
20   me more down.
21        Q.    What put you more down?
22        A.    The loan.  $20,000 is not easy.
23        Q.    On the Exhibit A, third page,
24   the one we have on the screen, if you see
25   down at the bottom, "How much money, if
```

```
1                    F. FRANCOIS
2   any, have you had to pay as a result of
3   identity theft?"  Did I read that
4   correctly?
5           A.    Yeah, 29,462.81.  That's the
6   loan that they get for the Capital One.
7           Q.    But you didn't have to pay
8   that, did you?
9           A.    I don't know, but me, I was
10  scared because someone been calling me and
11  been telling me that I never pay nothing.
12  I didn't know if I have to pay or not pay.
13  All I know is that was my name on it and
14  that was coming to me that I have to pay
15  that money, which I never got that loan
16  and --
17              MR. GOODMAN:  Move to strike
18       the nonresponsive portion.
19          Q.    Did you ever pay 29,462.81?
20          A.    No.
21          Q.    Did you ever pay anything on
22  the Capital One loan?
23          A.    No.  Why would I pay something
24  that I did not do?
25          Q.    So, you never paid a dollar,
```

```
 1                    F. FRANCOIS
 2   thank you.
 3              And, in fact, your
 4   understanding, as a result of this Fraud
 5   Affidavit and Questionnaire, Capital One
 6   rescinded the loan.  They pulled it back
 7   and said you're not responsible for it
 8   anymore; isn't that correct?
 9        A.    I don't know about that because
10   they didn't tell me.  Capital One didn't
11   tell me what they were going to do.  They
12   just sent me this paper.
13        Q.    They never sent you a paper
14   that said we've acknowledged your
15   application and we've determined to rescind
16   your loan?  You never got that?
17        A.    I don't remember, but they send
18   me a paper that I have to notarize it.
19   They was telling me that the paper had to
20   be notarized and then send it back to them.
21   I don't remember.
22        Q.    So, if I told you that the
23   document from Capital One in which they
24   said the loan is resolved, you're not
25   responsible anymore is actually attached as
```

```
1                    F. FRANCOIS
2   an exhibit to your Complaint in this
3   lawsuit, would that refresh your
4   recollection?
5              MR. KESHAVARZ:  Objection to
6        form.
7        Q.    Go ahead, you can answer it.
8        A.    Well, if it's there, but I
9   don't remember all those paper that they
10  send it to me.
11       Q.    But you said you don't know
12  whether you're still responsible for this
13  loan or not.  Is that your testimony?
14       A.    Yeah, because my name was on
15  it.  It was on my name, which is like if
16  something is on your name you have to pay
17  for that.  That's why I don't know if I'm
18  responsible for that.
19       Q.    As you sit here today, you
20  think you still have to pay for this loan?
21              MR. KESHAVARZ:  Objection to
22        form.
23       A.    I don't know.
24       Q.    Well, did your lawyer ever tell
25  you anything about that?
```

```
 1                   F. FRANCOIS
 2              MR. KESHAVARZ:  No, no, don't
 3         answer that.
 4              You know better than that,
 5         Counsel.
 6         Q.    Yes or no?
 7              MR. KESHAVARZ:  No, don't
 8          answer that question.
 9         Q.    Okay.  By the way, you just
10    testified that Capital One was calling you,
11    telling you that you had to pay this
12    morning.  Remember you gave that testimony?
13         A.    No, this is not what I said.  I
14    said Capital One been calling me saying
15    that I've been late in paying, which is I
16    never paid them since I bought the car,
17    which is Capital One did not know it wasn't
18    me, and me neither, I didn't know that the
19    do loan under my name.
20         Q.    When is the first time Capital
21    One called you and told you you're late on
22    the payment?
23         A.    In 2020.  I do not remember
24    when the first time they called me.
25         Q.    But you never paid anything
```

```
                              F.  FRANCOIS
 1
 2   toward this loan, right?  That was your
 3   testimony correct?
 4        A.     No.
 5        Q.     Right.  No, you didn't pay,
 6   correct?
 7        A.     Yes, I did not pay anything.
 8        Q.     Okay.  So, that means that the
 9   loan was taken out in May, it would have
10   already been delinquent by three months by
11   the time we got to September, correct?
12              MR.  KESHAVARZ:  Objection to
13         form.
14        Q.     You can answer.
15        A.     I'm not a lawyer, I don't know
16   nothing about that, which is that's why I
17   got a lawyer to do, a person who know
18   better about that because I don't know
19   nothing about that.  This is the first time
20   that happened to me, somebody stole all my
21   information and did things like that.  I
22   don't know nothing about that, how do that
23   work, if they going to remove it or they
24   did not remove it.  I don't know nothing
25   about that.
```

```
                         F. FRANCOIS
 1
 2        Q.    So, as you sit here today you
 3   think you might still have to pay on this
 4   loan, right?
 5              MR. KESHAVARZ:  Objection.
 6         Form, asked and answered.  Go ahead.
 7        A.    I don't know.
 8        Q.    You don't know, okay.  But let
 9   me ask again:  When, I'm asking for a date,
10   it doesn't have to be an exact date, but
11   approximately when, was it June, July,
12   August, that Capital One called you, as you
13   said they did, to tell you that you were
14   late in paying on this loan?
15              MR. KESHAVARZ:  Objection to
16         form.
17        A.    I really don't remember the
18   date that they call me.  I don't know when.
19        Q.    But it was before you filed
20   this fraud application, your fraud claim,
21   correct?
22              MR. KESHAVARZ:  Objection.
23         Form, asked and answered.
24              MR. GOODMAN:  Neither are a
25         fair objection, but go ahead, you can
```

```
 1                   F. FRANCOIS
 2        answer.
 3        A.    You say if it's before I filed
 4   the --
 5        Q.    You said before, your
 6   testimony, which will stand on the record,
 7   that Capital One had been calling you to
 8   tell you you were late on payment on the
 9   loan, correct?
10        A.    Yeah.  They e-mailed -- they
11   mailed me, because when I received the
12   title I received the paper from Capital One
13   too, saying about the late bill.
14        Q.    Your testimony is that grandma
15   or grandpa at 2914 Farragut would collect
16   the mail from the mailman, correct?
17        A.    Yes.
18        Q.    And then they would give you
19   the mail that was for you, right?
20        A.    Yeah.  They give it to my
21   father-in-law because sometimes when I go
22   there, I already asleep because sometimes I
23   finish work at 6:30, 7:00, typically close
24   at 7:00.
25        Q.    Would they give it to your
```

```
                                        Page 139
 1                    F. FRANCOIS
 2    husband, Stanley?
 3         A.    No, they give it to my
 4    father-in-law.  My father-in-law sometimes
 5    give it to Stanley or sometimes give it to
 6    me when he saw me when I come home after
 7    work.
 8              MR. GOODMAN:  Give me one
 9         second.
10              (Brief pause.)
11              MR. GOODMAN:  Okay, that's all
12         I have for Exhibit A, so we can take
13         that off the screen.
14              (Screen sharing stopped.)
15    BY MR. GOODMAN:
16         Q.    I want to ask you,
17    Ms. Francois, you understand that in this
18    lawsuit you're claiming that you suffered
19    certain damages, you lost certain things as
20    a result of what you say, what you claim
21    the dealership did, right?  You understand
22    that?
23         A.    Yes.
24         Q.    So, I want to ask you to tell
25    me, in terms of dollars, I'm not asking you
```

```
 1                    F. FRANCOIS
 2  about the stress that you suffered, the
 3  emotional stress, the bags under your eyes
 4  and all that, I'm not asking you that now,
 5  I'm going to ask you.  Right now, I'm
 6  asking you to tell me how what you say the
 7  dealership did damaged you in terms of
 8  dollars.  Can you answer that?
 9            MR. KESHAVARZ:  Objection,
10       form.  Go ahead.
11            THE WITNESS:  I really don't
12       understand the question.  Can you
13       explain to me, Ahmad?
14            MR. KESHAVARZ:  No.  If you
15       don't understand the question, just
16       say you don't understand the
17       question.
18       A.    Yeah, I don't understand the
19  question.
20       Q.    Okay.  I want you to tell me
21  every dollar that you spent out of your
22  pocket that you claim was a result of what
23  the dealership did in this lawsuit?
24            MR. KESHAVARZ:  Objection to
25       form.  Go ahead.
```

```
                                     Page 141
 1                    F. FRANCOIS
 2        A.      I don't remember.
 3        Q.      What was that?  You don't know?
 4        A.      Yeah.  I don't remember I said.
 5        Q.      Okay.  There are certain
 6   parking violations that were attributed to
 7   the BMW, correct?
 8        A.      Yes.
 9        Q.      It got parking tickets, right?
10        A.      Yeah, I got MTA tickets from
11   coming from New Jersey and things like
12   that.
13        Q.      Did you ever pay anything out
14   of your own pocket, your own money to pay
15   off the parking violations?
16        A.      No, but I still have them here,
17   because they still remove them.
18        Q.      Did you pay anything for the
19   violations for the tolls, you know, the
20   tunnels and the bridges, did you pay
21   anything out of your pocket for those
22   violations?
23        A.      MTA?  No, I don't remember.
24        Q.      Yeah, I'm sorry, MTA is the
25   right way to phrase that.
```

```
 1                    F. FRANCOIS
 2      A.    Yeah, I don't remember.
 3      Q.    No, you didn't pay anything,
 4  correct?
 5            MR. KESHAVARZ:  Objection to
 6       form.  What did you say?
 7      Q.    Did you pay any money out of
 8  your own pocket toward alleviating, or
 9  whatever the word is, those violations with
10  the MTA?
11            MR. KESHAVARZ:  Objection to
12       form.
13      A.    (No response.)
14      Q.    You can answer.
15      A.    I don't know.
16      Q.    You don't know?
17      A.    Yeah, because I really don't
18  understand your question.
19            MR. KESHAVARZ:  That's fine.
20       If you don't understand, say you
21       don't answer.
22      A.    Yeah, I don't understand your
23  question.  I don't know what your question
24  is.
25      Q.    There were certain violations
```

1                    F. FRANCOIS
2   issued by the MTA for the BMW, correct?
3        A.    Uh-huh.
4        Q.    You have to say yes.
5        A.    Yes.
6        Q.    And they came to you because
7   you were the title owner registered on the
8   car, correct?
9        A.    Yes.
10       Q.    Did you pay anything toward
11  those violations to make those violations
12  go away?
13            MR. KESHAVARZ:  Objection to
14        form.
15       Q.    You can answer.
16       A.    I still have a lot.  I still
17  haven't paid them because I'm going to go
18  in Bronx, because I went there to tell them
19  that, they ask me about a lot of paper.  I
20  still have a lot to pay, that MTA thing,
21  and no, I haven't paid.
22       Q.    You haven't paid anything to
23  date, right.
24            MR. GOODMAN:  And I'm going to
25        move to strike the nonresponsive

```
                            F. FRANCOIS
 1
 2         portion.
 3         Q.    There were certain moving
 4    violations, right, the camera violations
 5    where the camera took a picture of the BMW
 6    violating some Vehicle and Traffic Law, do
 7    you remember that?
 8         A.    Yeah, all those paper.
 9         Q.    Did you pay anything out of
10    your own pocket toward those violations?
11              MR. KESHAVARZ:  Objection,
12         form.  Go ahead.
13         A.    I don't know.  I don't
14    remember.
15         Q.    If you don't know, who would
16    know?
17              MR. KESHAVARZ:  Objection,
18         form.
19         A.    I said I don't remember.
20         Q.    Well, you said "I don't know,"
21    and then you said you --
22         A.    I don't remember, I don't
23    remember, because there was a lot of paper
24    that keep coming, sending to me under my
25    name.
```

```
                              F. FRANCOIS
 1
 2        Q.     Right.
 3        A.     Which is I don't remember.
 4   Which you said in 2020, I was so depressed.
 5   You think I'm going to remember everything
 6   that he did and everything that the dealer
 7   did?  No.
 8        Q.     I'm not asking you to remember.
 9   I'm asking you what you paid, money.
10        A.     I told you those bills still
11   under my name because I still have to go.
12   The last time I went to Bronx, they said to
13   remove them I have to go to the police; not
14   only the police paper that I bring it who
15   says 17th Precinct and things like that
16   that I went there.  They said they want all
17   those paper.  I have to go to Brooklyn to
18   get all those papers and then to bring it
19   to them.  Even MTA, they asked me do the
20   same thing, too.
21        Q.     Who asked you to do that, MTA
22   and who else?
23        A.     MTA and then the parking ticket
24   that he has.  All the parking ticket he
25   take in the firefighter that he put the
```

```
 1                    F. FRANCOIS
 2   car, leaving the car, whatever.  It's fine,
 3   he can leave the car because the car is not
 4   in his name, so that is not going to
 5   connect to him.
 6        Q.    Do you have a date that you're
 7   supposed to go take that?
 8        A.    No, they told me to remove it
 9   that I have to go get those papers.
10        Q.    When did they tell you that?
11        A.    When I went there to ask them,
12   which is like all those tickets is not me,
13   it's something like someone doing take all
14   my information and then buy a car under my
15   name.  I even bring them the Capital One
16   thing, which is the customer was telling
17   me, okay, to remove that we need more
18   proof, you have to go to the police.  She
19   was telling me about the form that I have
20   to ask them and then I will have to come
21   back and make an appointment, which is not
22   like you go to the court, you have to make
23   an appointment online.
24        Q.    But isn't it true you started
25   the process of getting those tickets
```

```
 1                    F. FRANCOIS
 2  removed and those violations removed in
 3  September and October of 2020, correct?
 4       A.    Yeah, I've been trying to get
 5  those tickets to remove and then most of
 6  those tickets they asking me for that.
 7       Q.    You're saying now, it's more
 8  than two years later, you still haven't
 9  gotten them removed?
10       A.    Yeah, still the BMW, I still
11  receive that.
12       Q.    What does that mean?  The
13  BMW -- say that again.
14       A.    I still receive the ticket that
15  he never paid which is, okay, credit.  They
16  send me in the credit thing I have to pay,
17  which is all those bills I did not pay,
18  they send it to the credit.
19       Q.    They send it to the credit?
20  What does that mean, they send it to the
21  credit?
22       A.    Okay, if you buy something and
23  you never pay for that, where they send it?
24  They send it to credit; yes, no?
25       Q.    I don't know what you mean.  I
```

```
 1                   F. FRANCOIS
 2  don't really understand you.  Do you mean
 3  to a collection agency?
 4       A.    To the collection, yes.
 5       Q.    Okay.  So, you're receiving
 6  letters from collection agencies; is that
 7  correct?
 8       A.    Yeah, yeah.  I did receive some
 9  paper from collection.
10            MR. GOODMAN:  Okay, and I would
11         ask that those papers received from
12         collection agencies concerning
13         violations on the BMW be preserved
14         and produced.  I call for their
15         production from Ms. Francois.
16       Q.    By the way, are you aware of
17  Mr. Emmanuel Laforest using your identity
18  for any purpose beyond or other than
19  purchasing the BMW?
20       A.    I don't know.  That's why I go
21  to the police, because I don't know what he
22  did with my ID, with my Social, who was in
23  his hand.  And with the car, that's why I
24  was scared, because I say he may kill
25  someone and then leave it in the car.  Who
```

```
 1                    F. FRANCOIS
 2  the police going to look for is me, because
 3  the car is in my name.  That's why,
 4  basically, I went to the police.
 5              MR. GOODMAN:  Move to strike
 6       the nonresponsive portion.
 7       Q.    So, Ms. Francois, the question
 8  is very simple:  Are you aware of any other
 9  use that he made of your identity other
10  than the --
11       A.    I don't know.
12       Q.    Well, have you received any
13  bills, any mail, anything from collection
14  agencies for things he bought or credit
15  cards he took out, anything like that?
16              MR. KESHAVARZ:  Objection,
17       form.
18              You can answer.
19       A.    I put to receive there, in 2914
20  Farragut, in front of the house, to 284 all
21  the mail, to not let me receive anything.
22  So, I moved there, I'm not living there
23  anymore.  Everything that he receive, he
24  will keep it, he will not give it to me.  I
25  even told you early that he received my
```

Page 150

```
                          F. FRANCOIS
 1
 2   Green Card, he keep it.
 3        Q.    Let me ask you this:  Why
 4   didn't you sue Emmanuel Laforest in this
 5   case?
 6              MR. KESHAVARZ:  Objection,
 7         form.
 8              If you have an understanding
 9         that's not based on our
10         conversations, then you can answer.
11         But if you have an understanding
12         that's based on our conversations,
13         then don't answer it.
14              MR. GOODMAN:  I object to that,
15         but go ahead, you can answer.
16        A.    You say why I did not sue --
17        Q.    Why didn't you sue him?  He did
18   all this wrong to you.
19        A.    Did Emmanuel apply for Capital
20   One or you?  The dealership put my name in
21   Capital One without checking the people who
22   is coming to do things.  Because he was not
23   online.  If he was online, it's different
24   thing.  Because I know about customer
25   service.  Like I said to them, I'm a
```

```
 1                    F. FRANCOIS
 2   customer service employee for TD Bank.  I
 3   know that Emmanuel was coming with the ID
 4   and sitting in front of them and they see,
 5   they see my ID, they see a woman on that.
 6   Why didn't you ask them for that?
 7             MR. GOODMAN:  I move to strike
 8        the nonresponsive portion.
 9             THE WITNESS:  (Inaudible.)
10             (Whereupon, the Witness stands
11        up.)
12             MR. KESHAVARZ:  Why don't we
13        take five minutes?
14             THE WITNESS:  No, I'm okay,
15        Ahmad.  I'm okay, I'm okay.
16             MR. KESHAVARZ:  All right.
17        Just let us know if you change your
18        mind.  It's not an endurance test.
19             MR. GOODMAN:  If you want one,
20        Ahmad, we can do it for you.  I mean,
21        it's up to you.
22             THE WITNESS:  No, I'm okay, I'm
23        good.
24             (Whereupon, the Witness sits
25        down.)
```

```
                            F. FRANCOIS
 1
 2              MR. GOODMAN:  Okay, you know
 3         what, we will take a break after I
 4         ask this question.  I hope I get an
 5         answer to it.
 6  BY MR. GOODMAN:
 7       Q.    Again, why did you not sue
 8  Emmanuel Laforest?  You chose to bring a
 9  lawsuit against a whole bunch of people and
10  companies, but you didn't sue him and he's
11  the one that stole everything from you,
12  lied so much.  Why not?
13       A.    Like I said, did Emmanuel was
14  the one who was like put all my information
15  in Capital One?  Is Emmanuel who is the one
16  who is looking for my credit?
17       Q.    Yes, he was.
18       A.    He was not the one.  Emmanuel
19  did not do it online.  Like I said, if he
20  was online, that's another thing because
21  you don't have access to see who is behind
22  the computer, but he was in person --
23              MR. GOODMAN:  Objection.  Move
24         to strike the nonresponsive portions.
25              MR. KESHAVARZ:  Wait.  Let her
```

```
 1                    F. FRANCOIS
 2        finish her answer.
 3              Go ahead, Ms. Francois.
 4      A.      He was in person and he sit
 5   down with someone there, which they have
 6   the video.  Like I said to them, you guys
 7   have to show the police the video when I
 8   went there, because I never been there.
 9   They said, okay, it's fine, we know you
10   never been there.  Okay, so why didn't
11   they, when Emmanuel give them my Social and
12   my ID, why they didn't say this is a woman,
13   this is not that person here, this is only
14   you here, we cannot do that; why they
15   didn't do that?
16      Q.      Okay, I'm not here to answer
17   questions, you're not here to ask
18   questions.
19              MR. GOODMAN:  I move to strike
20        the nonresponsive --
21      A.      I'm just answering your
22   questions.
23      Q.      That's not an answer.
24      A.      Yes, it is.
25              MR. GOODMAN:  I move to strike
```

```
 1                    F. FRANCOIS
 2        the nonresponsive portions.
 3        Q.    Who told you at the dealership
 4   we agree, you weren't ever here?  You just
 5   said that.
 6        A.    The son told me that.  The
 7   father told me that when they said, yes,
 8   he's the one who is bringing the ID, which
 9   is your ID and which is his ID.  When they
10   put all the paper, they put it in front of
11   me (indicating).
12        Q.    So, I'm going to ask one more
13   time, it's pretty risky but I'll try it.
14             You went to the police about
15   Emmanuel Laforest, you testified today
16   about all the lying and deception and
17   thievery that he did and identity theft,
18   and yet, you chose not to bring a lawsuit
19   against him, why?
20        A.    Say that again.  Ask your
21   question again.
22        Q.    For all that he's done bad to
23   you, you didn't want to bring him into this
24   lawsuit?
25        A.    Emmanuel, that's why I went to
```

```
 1                    F. FRANCOIS
 2   the police, because what he did is the
 3   police.  But the basic people who did more,
 4   who damaged all that is the dealership,
 5   because the dealership is supposed to be --
 6   whoever the customer come to your store
 7   with somebody ID, you're not supposed to
 8   accept that person if that person is not in
 9   person who signed.  Which is he falsified
10   my signature, which is not me and --
11        Q.    So --
12             MR. KESHAVARZ:  Wait, don't
13         interrupt her, don't interrupt her.
14             MR. GOODMAN:  I'm not
15         interrupting anybody.
16             MR. KESHAVARZ:  Yes, you are.
17             Were you done, Ms. Francois?
18             THE WITNESS:  No, I'm not done.
19             MR. KESHAVARZ:  Then continue
20         and finish your answer, please.
21        A.    Yeah, it was their
22   responsibility to look at the ID.  First of
23   all, it was not a man ID, it was a woman
24   ID.  He went in there, he is a man ID, he
25   brought his ID.  Why the dealership not
```

```
                              F. FRANCOIS
 1
 2    keeping his ID and say if you want to buy
 3    the car, we're going to have to do it under
 4    your name, but not under that person
 5    because that person is not here, that
 6    person is supposed to be here to do that.
 7              MR. GOODMAN:  I move to strike
 8         the nonresponsive portion.
 9              And, Ahmad, since you seem to
10         be out of control with your witness,
11         I would like you to please advise her
12         just to answer questions that are
13         being asked of her.
14              MR. KESHAVARZ:  Actually, she
15         answered that perfectly.
16              MR. GOODMAN:  I figured you
17         would say that, but you know better,
18         so.
19    BY MR. GOODMAN:
20         Q.   Okay, but my question is you
21    seem to be saying that Emmanuel Laforest
22    went to the dealership alone; is that your
23    understanding?
24              MR. KESHAVARZ:  Objection --
25         A.   That's what they say to me.
```

```
 1                    F. FRANCOIS
 2       Q.     That's what who said to you?
 3       A.     I said that to you.  The son of
 4   the dealer, the guy who went into his
 5   office and sit down with the son, he said
 6   Emmanuel come and sit down with the ID and
 7   employee, one of his employee did it for
 8   Emmanuel.
 9       Q.     So, your testimony, I just want
10   to make sure we're clear on this, your
11   testimony is that the son, you're calling
12   him, at the dealership told you that
13   Emmanuel Laforest was alone at the
14   dealership?  He didn't bring anybody with
15   him?
16       A.     No, he say Emmanuel brought the
17   ID.  I said did he bring a woman?  Because
18   I asked them that question, did they
19   brought a woman there?  They said no, he's
20   coming here, but it was not us who do that,
21   it was the employee.
22       Q.     That's your testimony, okay.
23       A.     That's what they say.
24       Q.     That's what they say, okay.
25              I've asked you before to tell
```

```
 1                    F. FRANCOIS
 2   me everything that happened in that
 3   conversation and now we're hearing new
 4   parts of that conversation.
 5        A.    It's not new part.  I told you
 6   about that they say -- when they say they
 7   don't have no control about that because
 8   it's COVID, which is I told them don't tell
 9   me about COVID because it was not online,
10   COVID had nothing to do about that.  If it
11   was online, that's another thing, but he
12   was in person and sit down with you guys
13   and you guys did this.
14        Q.    But this is the first time
15   you're telling me that you asked the
16   question did he bring a woman with him?
17             MR. KESHAVARZ:  Are you going
18         to argue with her?  What's your next
19         question?  Don't argue with my
20         client.  What's your question?
21        Q.    Is this the first time that you
22   told them that?
23             MR. KESHAVARZ:  Objection,
24         form.  Go ahead.
25        Q.    Why did you not tell me that
```

```
 1                    F. FRANCOIS
 2   before when I asked you --
 3        A.    I told you, but you didn't
 4   listen.
 5        Q.    I didn't listen, okay.
 6        A.    They bring all the paper.  They
 7   bring all they paper, they say I'm going to
 8   show you what he do.  And then they put all
 9   the paper.  They put it in front of me and
10   my uncle in the office.  And then, he has
11   my driver's license copy and Emmanuel
12   driver's license copy.
13        Q.    Okay.
14        A.    Okay.
15              MR. GOODMAN:  All right.  I
16         guess I was in a different place when
17         all that happened, but let's take a
18         ten-minute break.
19              MR. KESHAVARZ:  Ms. Francois,
20         do you want to keep on going and get
21         this over with?
22              THE WITNESS:  Yeah, I want to
23         keep on going.
24              MR. GOODMAN:  No, we're taking
25         a break.
```

```
 1                    F. FRANCOIS
 2              THE WITNESS:  I just want to
 3         keep on going and finish this up
 4         because this thing really is
 5         stressing me since 2020.
 6              (Whereupon, Mr. Goodman logs
 7         off the Zoom meeting.)
 8              MR. KESHAVARZ:  All right,
 9         let's take a break for ten minutes.
10              (Whereupon, at 3:06 P.M., a
11         short recess was taken.)
12              (Back on the record at
13         3:25 P.M.)
14              MR. GOODMAN:  Are you ready?
15              MR. KESHAVARZ:  Yes.
16              MR. GOODMAN:  Ms. Francois?
17              THE WITNESS:  Yes.
18    BY MR. GOODMAN:
19         Q.    In this case, are you claiming
20    that you have certain damages due to monies
21    you expended on postage?
22         A.    Say that again.
23              MR. GOODMAN:  Can you read it
24         back, please.
25              (Whereupon, the referred to
```

```
                        F.  FRANCOIS
 1
 2          question was read back by the
 3          Reporter.)
 4      A.    What does that mean "postage?"
 5   Because I don't get it, "postage."
 6      Q.    Well, it's your claim.  You've
 7   claimed postage, so you tell me what you
 8   meant by that when you claimed that.
 9              MR. KESHAVARZ:  Objection,
10        form.
11      Q.    You can answer.
12      A.    I don't know what you're
13   talking about.
14      Q.    Okay.  And in this case you've
15   make certain claims for monies you spent
16   for copying.  Do you know that you did make
17   that claim?
18      A.    Yeah.  All these paper, I make
19   a copy of that, yeah.
20      Q.    How much did you spend on
21   copying?
22      A.    I don't remember because I have
23   to do copy for the police, I have to do
24   copy for Capital One, I have to do copy for
25   MTA to send all those paper.
```

Page 162

```
 1                      F. FRANCOIS
 2              MR. GOODMAN:  Move to strike
 3         the nonresponsive portion.
 4         Q.    I'm asking you the dollar
 5    amount that you are claiming as damages
 6    from copying.
 7         A.    I don't know.  I don't know.  I
 8    don't know to tell you that.
 9         Q.    Did you take documents to like
10    a FedEx, Kinko's or something to have them
11    copied?  Where did you have the copies?
12    I'm sorry, let me rephrase it.
13         A.    Staples, Staples.  I went to
14    Staples and other places.  I went to
15    Staples when they were asking me for
16    copies.  I don't remember the other place I
17    went for copies.
18         Q.    Do you have receipts for that?
19         A.    No, it's since 2020 and I'm
20    moving from where I used to live, so I did
21    not keep any receipt of that.
22         Q.    Okay, thank you.
23              Now, one of your claims in this
24    case is that you had to, quote, put your
25    stuff in storage.  Do you know that to be
```

1              F. FRANCOIS
2    one of your claims in this lawsuit?
3         A.    Yeah, because I was scared
4    about that.  Because Emmanuel was so mad
5    and then his friend, when they been calling
6    me on the phone and calling me and then
7    giving me that and then calling me on
8    blocked numbers, my husband was scared.  He
9    said you have to go to your friend or go to
10   your family.  And then all that thing we
11   get, my bed, all my stuff from my room.  I
12   couldn't bring everything back to my uncle
13   because I was not living there anymore and
14   I have to put everything in storage.
15        Q.    Is it still in storage?
16        A.    No, I get rid of that because
17   I've been paying storage.  You have to pay
18   storage every month, every month, so no.
19        Q.    How many months was it in
20   storage?
21        A.    I leave it there for three or
22   four months and then after that I used the
23   car and then after that all that I got with
24   me is my clothes and all of that I just
25   left it.

```
 1                    F. FRANCOIS
 2        Q.     Do you have any receipts for
 3   those three or four months?
 4        A.     No, I don't have any receipt
 5   for that.  That was not in any mind to keep
 6   receipt for nothing.  I'm losing my mind to
 7   save my life, to get out of Brooklyn.
 8        Q.     Okay.  So, the reason you had
 9   to put your stuff in storage was because
10   you were threatened by Emmanuel Laforest or
11   people with him, correct?
12        A.     Yes.
13        Q.     And you also, in this case, are
14   claiming stress of your marriage, correct?
15        A.     Yes.
16        Q.     Now, if I understood your
17   earlier testimony, again, you correct me if
18   I'm wrong, you're trying to reconcile with
19   Stanley Laforest now, correct?
20        A.     We try to -- what we built,
21   what we had, like he say that you cannot
22   let go, what happened with my brother, and
23   then destroy us.  I say that if I knew your
24   brother was like -- for me, I tell him a
25   lot of things.  I say your brother can be a
```

```
 1                    F. FRANCOIS
 2   killer, he can be anyone.  Because if I
 3   know he be stealing people's stuff, I would
 4   never marry to you, I would never want my
 5   baby will have nothing to do with your
 6   family.  And it was like every day we would
 7   have those fighting.  Like, when he coming
 8   to see me, to visit me, I would always say
 9   you know what, I want to stop our
10   relationship.  This is our stress because
11   he was going through a lot.  He has to stop
12   school, because he was in nursing school
13   also, him, and that was a lot for us.
14        Q.    So, where are you at right now
15   with him?
16        A.    He call me asking me if
17   everything is okay, how is the school.
18   Since he know I go back to school, I'm
19   taking RN, because I did not stop from the
20   nursing school.  And he always -- if I have
21   homework to do, I ask him because he
22   already finish from RN, I ask him and he
23   give me some answers and helping me with
24   the school sometimes.
25        Q.    So, you're also claiming in
```

```
                          F.  FRANCOIS
1
2    this  case  that  your  credit  was  damaged  as  a
3    result  of  what  happened  with  the  BMW;  is
4    that  correct?
5         A.    Yes.
6         Q.    How  do  you  understand  that  your
7    credit  was  damaged?
8         A.    I  understand  because  whatever
9    you  buy,  whatever  you  bought,  if  you  don't
10   pay  on  time,  what  is  going  to  happen?  It's
11   going  to  drop  your  credit.  Which  is  what
12   happened  to  my  credit  score,  it's  been
13   dropping,  dropping,  dropping,  dropping,
14   never  go  back  where  it  used  to  do  and  I  was
15   trying  to  build  my  credit.  Like  I  said
16   before,  I  was  trying  to  build  my  credit  to
17   be  able  to  save  my  money  to  buy  my  house
18   and  which  is  like  my  credit  been  going
19   down,  going  down  which  I  can  never  do  that.
20        Q.    What  is  the  highest  credit
21   score  that  you  ever  had?
22             MR.  KESHAVARZ:  Objection,
23        form.
24        A.    (No  response.)
25        Q.    You  can  answer.
```

```
 1              F. FRANCOIS
 2      A.    Answer?  I have to give a
 3  specific number or I don't have to give a
 4  specific number?
 5            MR. KESHAVARZ:  Just listen to
 6        the question.  If you know the answer
 7        to the question, then say what the
 8        answer is.  If you don't know, then
 9        you say you don't know.  Just listen
10        to the question.  Go ahead.
11      A.    I had credit.  I had credit it
12  was like 780 before I had that.  And then
13  after that, my credit been dropping and
14  then I been trying to build my credit
15  again.
16      Q.    When was your credit score 780?
17      A.    I think when I get the credit.
18  I don't remember when was that.
19      Q.    Approximately, when?  Was it
20  2016?  Was it 2018?
21      A.    To tell you the truth, I don't
22  have a specific years, a specific day it
23  was that.  But you asked me the highest
24  score my credit been, I tell you the
25  highest score my credit was and then after
```

```
 1                    F. FRANCOIS
 2    that it drop.
 3         Q.    So, the highest was 780,
 4    correct?
 5         A.    Yeah, it was 780.
 6         Q.    780, okay.  So, do you have any
 7    documentation that would establish that,
 8    that would show that 780?
 9         A.    No, no.  Because the reason it
10    was 780 is because I got American Express.
11    To get American Express, your credit have
12    to be good.  I have an American Express
13    card before and I have a Macy's before.
14         Q.    So, the highest ever was 780.
15    What's the lowest it's been?
16         A.    I don't remember the lower.
17    Because after that, I was not keep tracking
18    my credit score, keep tracking my credit
19    score because I know every time you go into
20    your credit score sometimes they damage
21    your credit score.  I know that I will not
22    keep checking my credit cards and things
23    like that because I was planning to save my
24    money to buy my house, so that's why I was
25    working on my credit.  So, I never go to my
```

```
                                        Page 169
```

1                   F. FRANCOIS

2    credit to tell you exactly the lower it was

3    after that.

4              MR. GOODMAN:  Okay.  Can we put

5              letter D up?  It's marked as D, we

6              can make it Exhibit B to keep it

7              sequential.

8              That would be Plaintiff's

9              Experian Report 6/11/21, Exhibit D on

10             the e-mail, if you could share that

11             on the screen, please.

12             (Whereupon, the aforementioned

13             document was marked as Defendant's

14             Exhibit B for identification as of

15             this date by the Reporter.)

16             (Screen sharing.)

17             MR. GOODMAN:  Before I ask you

18             questions about this, I just want to

19             state for the record that we call for

20             the production of any documents,

21             documentation concerning the

22             Plaintiff's credit score prior to

23             5/30/2020 and, most specifically, a

24             credit score of 780.

25   BY MR. GOODMAN:

```
 1                    F. FRANCOIS
 2        Q.    Can you see it on the screen,
 3   Ms. Francois?
 4        A.    Yeah, I see it and I see the
 5   date was June 11, 2021.
 6        Q.    Correct.
 7        A.    After that.
 8        Q.    Yes.  Do you know what this is
 9   generally?  You can look through all the
10   pages if you want.  What is it?
11        A.    This is my credit score.
12        Q.    Take your time, if you need to
13   take your time.
14        A.    This is showing the credit
15   score.
16        Q.    Okay.  And what is your credit
17   score on this document?
18        A.    On this document, it shows 492
19   from June 11, 2021.
20        Q.    This was produced by your
21   attorneys.  How did you come to have this
22   credit report dated in June of 2021?
23        A.    I don't get the question.
24        Q.    The question is:  Did you ask
25   for this?  Did you personally request this
```

```
 1                    F. FRANCOIS
 2    credit report?
 3         A.    Yeah, I was request for it to
 4    see everything that happened on my account.
 5    Like I said before, I don't know how he did
 6    all that he did on my account.  Which is
 7    like the police was asking me to get my
 8    credit report and then they can see all
 9    that he did on my account.
10         Q.    Okay.  And is this something
11    your attorneys asked you to do?
12              MR. KESHAVARZ:  Wait a minute,
13         don't answer that question.  That's
14         clearly attorney-client
15         communication.  Don't answer that
16         question.
17              MR. GOODMAN:  No, it's not, but
18         okay.
19              MR. KESHAVARZ:  Did your
20         attorneys ask you to do that?  I
21         don't know how much more of an
22         attorney-client privilege that is.
23              So, don't answer that question.
24              What's the next question?
25              THE WITNESS:  Yeah.
```

                    F. FRANCOIS
1
2            MR. GOODMAN:  Yeah,
3        Ms. Francois, okay.
4            MR. KESHAVARZ:  What's your
5        next question?
6  BY MR. GOODMAN:
7      Q.    Did you see anything -- and you
8  can look through it now if you want, there
9  are 23 pages here -- did you find anything
10 in this report that you identified as being
11 something that Emmanuel Laforest did with
12 your identity that caused your credit to go
13 down?
14     A.    Just give me one second.  I'm
15 just going to get my glasses.
16            (Brief pause.)
17            MR. KESHAVARZ:  Objection,
18        form, but then I'll ask the Court
19        Reporter to go page by page for all
20        23 pages.  Just let us know when
21        you're done reading each page.
22            (Brief pause.)
23     A.    Okay, I see the credit score,
24 giving you the credit score, yes.
25     Q.    Well, the question was:  Was

```
 1                    F. FRANCOIS
 2   there anything in this report that you
 3   attributed to or you identified as
 4   something that Emmanuel Laforest did with
 5   your identity that caused this report to be
 6   what it is?
 7               MR. KESHAVARZ:  Objection.
 8        Q.    Your attorney wanted you to go
 9   through each page one by one.
10               MR. KESHAVARZ:  Objection,
11          form.  Are you asking her to go
12          through the document and ask her
13          what's in it?  Is that what you're
14          asking?
15               MR. GOODMAN:  No, you said you
16          wanted the Court Reporter to go
17          through every page.  I'm not saying
18          that.
19               MR. KESHAVARZ:  What's the
20          question on the table, Madame Court
21          Reporter?  Can you repeat it, please.
22               (Whereupon, the referred to
23          question was read back by the
24          Reporter.)
25               MR. KESHAVARZ:  Objection to
```

```
 1                    F. FRANCOIS
 2          the form of the question.
 3               We're looking at one page on
 4          the front of the screen.  You may
 5          answer, if you know.
 6               MR. GOODMAN:  Well, and you
 7          previously, Ahmad, asked the Court
 8          Reporter to go page by page through
 9          all 23 pages.  If that's what your
10          problem is, let us do that.  That's
11          fine with me.  If the Witness needs
12          to go through it, that's appropriate.
13               (Brief pause.)
14    BY MR. GOODMAN:
15          Q.    Can you answer the question,
16    Ms. Francois?
17          A.    Like I said, I just see my
18    credit.  The credit is in my name and it's
19    492, Experian, date June 11, 2021.  And
20    then give you bill, 11,760; 6,055 and then
21    give you 17,815.  That's all I see in front
22    of me.
23          Q.    Well, there are 23 pages there,
24    if you need to look at them to answer my
25    question.  And my question again is:  You
```

```
 1                    F. FRANCOIS
 2  previously testified that you wanted to
 3  pull your credit report so you could find
 4  out anything that Emmanuel Laforest did to
 5  harm your credit.
 6        A.    Yeah, that's what the detective
 7  was asking me.
 8        Q.    Right.  So, do you see now, if
 9  you want to look at it now, or did you find
10  then any evidence of anything Emmanuel
11  Laforest did with your identity that might
12  have resulted in this credit score being
13  what it is?
14              MR. KESHAVARZ:  Objection to
15         form.
16        A.    This is the day after.  This is
17  June 11, 2020.  That happened, the thing
18  that Emmanuel did and the dealer did on my
19  credit was in 2020.  So, this one is 2021.
20              MR. GOODMAN:  Move to strike
21         the nonresponsive portion.
22        Q.    Again, I'm asking you, it's not
23  a hard question, is there anything in this
24  report that you attribute to Emmanuel
25  Laforest that caused this credit report to
```

```
 1                    F. FRANCOIS
 2  be what it is?
 3            MR. KESHAVARZ:  Objection to
 4        the form of the question.  Go ahead.
 5        A.    Yes.
 6        Q.    What is it?  Show us.
 7        A.    It's not up on that, but if you
 8  can go through the one that's in 2020, it
 9  can show you everything that he did.  You
10  can see everything in my credit score.  You
11  would see the loan and every time that it
12  go down and then they say for late pay,
13  late pay, late pay.  You can see
14  everything.
15            MR. GOODMAN:  Okay.  I will
16        call for the production of the credit
17        report from May of 2020 or prior to
18        May 30th of 2020 that the Witness is
19        now referring to that she says will
20        show us everything about what her
21        credit score was and how it came
22        down.  I call for that production.
23        Q.    Okay, do you see that red
24  circle there with 990 percent?
25            MR. KESHAVARZ:  One second,
```

```
                          F. FRANCOIS
 1
 2          there is someone at my door.  You can
 3          stay on the record, just give me one
 4          second.
 5                 (Brief pause.)
 6                 MR. KESHAVARZ:  Sorry, go
 7          ahead.
 8       Q.    Ms. Francois, do you see that
 9  figure in the middle that says 990 percent
10  inside the red and orange circle?
11       A.    Yes.
12       Q.    Do you know what that means?
13       A.    They saying 990 percent they
14  say overall credit use.
15       Q.    Correct.  Do you understand
16  what that means?
17                 MR. KESHAVARZ:  Objection to
18          form.
19       Q.    You can answer.
20       A.    Not really.  990 percent?  No,
21  not really.  I don't understand what that
22  means.
23                 MR. GOODMAN:  Okay.  Let's turn
24          to the third page of this report and
25          it should say Francois 95 on the
```

```
                          F. FRANCOIS
 1
 2        bottom.
 3             (Reporter complies.)
 4        Q.    Now, do you see up at the top
 5   that this says -- I don't know if I'm
 6   pronouncing it right -- Comenity
 7   Bank/Victoria?  Do you see that on the
 8   upper left?
 9        A.    Yeah, I see it.
10        Q.    So, it says you had a charge
11   card with this bank; is that correct?
12        A.    Yeah, I see it shows.
13        Q.    Okay.  And it shows if you look
14   down at the bottom with the green dots and
15   the red numbers, do you see that?
16        A.    Uh-huh.
17        Q.    It says, for example, in
18   April 2020 there is a 30, a red number 30
19   there, do you see that?
20        A.    Uh-huh.
21        Q.    Do you understand what that
22   means?
23        A.    It says 30.
24        Q.    Does it mean you were 30 days
25   late in your payment?
```

```
                        F. FRANCOIS
 1
 2        A.     Yeah, that was my Victoria
 3   Secret, when I lost it and I stopped paying
 4   them, yeah, and it went to credit.
 5        Q.     I'm sorry, I didn't get that.
 6   What was your answer?
 7        A.     I said that's my Victoria
 8   credit, when I stopped using them and I
 9   tell them to get me refund, because I
10   didn't like what they told me about
11   (inaudible) --
12             THE COURT REPORTER:  I'm sorry,
13         please repeat yourself.
14        A.     That's the Victoria Secret.
15   That's 30 days late which is that I did not
16   pay them.  And then they was calling me.  I
17   said they did because they have like they
18   have to take the money directly and the
19   lady was telling me that they was trying
20   and they couldn't get it and then after
21   that I paid it.
22        Q.     Okay.  So, you see that as of
23   September you were 90 days late on that --
24        A.     You can see all that.  You can
25   see all that since 2020 which is -- my
```

```
 1                    F. FRANCOIS
 2   computer just stopped -- which is 2020
 3   you're going to see a lot like 60 days,
 4   90 days, that I didn't want to do nothing
 5   in my account.  Like for September you're
 6   going to see 90 days.  Yeah, 90 days, yeah.
 7        Q.    How about May of 2021?
 8        A.    I'm talking about 2020.  90
 9   days in September 2020, did you see that
10   too?
11        Q.    Yeah, I see that, it's 90.
12        A.    Oh, so okay.
13        Q.    Do you understand that late
14   payments, these 30, 60, 90 days late
15   payments affect your credit score?
16        A.    This is not from Victoria
17   Secret.
18        Q.    I don't know what this is.  It
19   says Comenity Bank.
20        A.    Okay.  That's why I say to see
21   the date, see the year, it was 2020.  It
22   was in September 2020, which is like three
23   months.  90 days mean three months that
24   never got any paid.
25        Q.    Right, exactly.  My question
```

                       F. FRANCOIS
1    is:  Do you understand that not paying for
2    90 days will affect your credit score?
3              MR. KESHAVARZ:  Objection,
4         form.
5         A.    (No response.)
6         Q.    Yes or no?
7         A.    Yes, I understand, but I have
8    nothing to do with that.  Which is like
9    fraud happen in your account, so before you
10   do anything you have to know what's going
11   on with your account.  So, that's the
12   reason the detective tell me to get all the
13   report, don't do nothing in your account,
14   get all your report and then tell them to
15   send you all the credit report.
16        Q.    So, this says that in July of
17   2020 you were 30 days delinquent, in August
18   of 2020 you were 60 days delinquent.  Is it
19   your testimony that you were already aware
20   of what Emmanuel Laforest did as of that
21   date?
22        A.    No, no, I did not aware.  I
23   told you, like I said before, I went about
24   September.  If I have known what he did, I

                         F. FRANCOIS

1    would contact Capital One early.  You see

2    the date that Capital One which is with me,

3    which is the date that I put all the paper,

4    which is in September, which is the date

5    that I find out everything that happened.

6    Before, I didn't know anything about that.

7        Q.    But as of September, on this

8    card you were already 90 days late,

9    correct?

10            MR. KESHAVARZ:  Objection to

11        form.

12        Q.    Yes or no?

13        A.    Yes.

14        Q.    And you didn't know about what

15   Emmanuel Laforest did until September,

16   right?

17        A.    Yeah, I didn't know anything

18   that he did.  Like I said to you, I was not

19   about my credit checking everything.  Like

20   I didn't want to go through my credit,

21   which is I have to leave my credit, just

22   I'm trying to save money to build my

23   credit.  I didn't know what was happening

24   in my credit because I was not checking my

```
1                    F. FRANCOIS
2    credit every second, every time.
3        Q.    You were checking your credit
4    every second, every time or you were not?
5        A.    No, I was not checking my
6    credit every second, every time.  If I
7    check that, I would know that since the day
8    that he did that.
9              MR. GOODMAN:  Move to strike.
10             Go to two pages down, Francois
11        97.
12             MR. SELVEY:  If it helps, I can
13        take over the screen sharing there,
14        if that would be easier so you can
15        transcribe and not have to switch
16        between those two things.
17             THE COURT REPORTER:  Yes,
18        please.  I'd appreciate that.
19             MR. SELVEY:  97 you asked for?
20             MR. GOODMAN:  Yes.
21             (Brief pause.)
22             MR. SELVEY:  97, does everybody
23        see that?
24             MR. GOODMAN:  Yes, I see it.
25             Do you see it, Ahmad?
```

```
 1                  F. FRANCOIS
 2           MR. KESHAVARZ:  It's small.
 3       I'm on my iPad.
 4           MR. GOODMAN:  Okay.
 5  BY MR. GOODMAN:
 6       Q.    Ms. Francois, do you see what's
 7  on the screen now?
 8       A.    Uh-huh.
 9       Q.    You have to say yes.
10       A.    Yes.
11       Q.    Do you see on the upper left
12  corner, this is a TD Bank N.A., and if you
13  go down to account type it's an unsecured
14  loan.  Do you see that?
15       A.    Yeah.
16       Q.    So, you had an unsecured loan,
17  original amount was 10,000 from TD Bank,
18  correct?
19       A.    Yeah, from my job, yes.
20       Q.    Do you see in 2021, February
21  and March, you were 30 days late for those
22  two payments?
23           MR. KESHAVARZ:  Objection to
24       form.
25       A.    Yeah, I see it.
```

```
1                    F. FRANCOIS
2       Q.    And you understand that those
3   late payments can affect your credit score?
4             MR. KESHAVARZ:  Objection to
5        form.
6       Q.    You can answer.
7       A.    Yeah.
8             MR. GOODMAN:  Let's go to
9        Francois 99.
10      A.    But did you verify the ones
11  that I paid too, for 2020 and 2021?  Did
12  you verify that also?
13      Q.    You're not here to ask
14  questions, just answer please.  Okay, so
15  we're on Francois 99 and if you look at
16  this one it says a Amex in the upper left.
17  Do you see that?  There is an Amex credit
18  card, do you see that?
19      A.    I see it.
20      Q.    Do you see starting in
21  October 2020 all the way into February of
22  2021 you got to the point of being 120
23  late?
24            MR. KESHAVARZ:  Objection to
25       form.
```

```
                             F. FRANCOIS
1
2        A.     Okay.
3        Q.     Do you see that?
4        A.     Yeah, because he didn't want to
5   pay for that because I didn't know if it
6   was Emmanuel who is using it and he denied
7   it.  I said if it was not him using it,
8   when I asked his family, which he never
9   said that it was him because I didn't have
10  any proof, because I went to -- I call
11  American Express and say there is a lot of
12  things doing in the account and I said it
13  was not me, I'm not going to pay for that.
14       Q.     Are you saying that it was
15  Emmanuel Laforest that was --
16       A.     I did not say it because I
17  didn't have any proof.  If you do not have
18  proof you cannot say that someone did
19  something.  I didn't have proof and I asked
20  my father-in-law to ask him.  He said he
21  never used my credit card, which is he
22  never got my credit card and he never used
23  my credit card.  This was after fighting,
24  fighting, fighting, we moved all those
25  credit, it wasn't me doing that.  That's
```

```
 1                 F. FRANCOIS
 2   why you can see after February, March, the
 3   account become good because then we know it
 4   was not me.
 5        Q.    Okay, but you got the
 6   statements for this account, did you not?
 7        A.    That was in my old, my old
 8   phone.  This account is closed.  I don't
 9   use this account.
10        Q.    No, but before the account was
11   closed, you could see what the charges were
12   that were causing the amounts due, correct?
13             MR. KESHAVARZ:  Objection,
14        form.
15        A.    I don't know.  I don't remember
16   if I receive it or not.
17        Q.    I'm sorry.  Did you see any
18   charges that you didn't make on that card?
19             MR. KESHAVARZ:  Objection,
20        form.
21        A.    When they calling me, I was on
22   the phone with customer service and telling
23   me that you're really late.  I said there
24   is a lot of things you have that it's not
25   me and I want you guys to go over all that
```

```
 1                    F. FRANCOIS
 2  and they were doing investigation and after
 3  that they tried to remove certain things
 4  and then it go back to normal.
 5       Q.     What was the last part of that?
 6  "He go back to no more?"
 7       A.     Normal.  You can see in March
 8  everything is green, in April everything is
 9  green.
10       Q.     Yeah, in May of 2021 it was
11  30 days late and then they closed the
12  account, right?
13            MR. KESHAVARZ:  Objection,
14       form.
15       A.     Yeah, I request them to close
16  the account.  I was request them to close
17  the account.
18       Q.     And you did that because why?
19       A.     Because, like I said, I was
20  trying to save.  I didn't want to use all
21  that credit card.  I was trying to close
22  some of credit card.  I say I have to close
23  it because I don't really use it.
24       Q.     But you understand that going
25  120 days late can affect your credit score,
```

```
1                    F. FRANCOIS
2    correct?
3              MR. KESHAVARZ:  Objection,
4         form.
5         A.    I don't know.
6         Q.    Pardon?
7         A.    I don't know.
8         Q.    You don't know, okay.
9         A.    Uh-huh.
10             MR. GOODMAN:  Let's go to
11        Francois 101.
12             (Mr. Selvey complies.)
13        Q.    Same question:  This is a Bank
14   of America credit card, correct?
15        A.    (No response.)
16        Q.    You had a Bank of America
17   credit card from 2016, starting in 2016?
18        A.    I had it and I close it in
19   March, which is that the customer service
20   she did not close it, which they have been
21   charging.  I went to Capital One telling
22   them that I been closing this account since
23   March, why I got those thing?  And then
24   which is they saying she never closed it,
25   she never closed the account.  Which is
```

```
 1                    F. FRANCOIS
 2  after that, when I went in May, they closed
 3  it after that.  You can see June, July,
 4  August, they close it because I closed that
 5  with the customer service and which is she
 6  never close it.
 7       Q.    Why did you close this account?
 8       A.    Because, like I said, I didn't
 9  need to use credit cards.  Which is I can
10  use my debit card and just go buy something
11  and just pay cash.
12            MR. GOODMAN:  Let's go to
13       Francois 103.
14            (Mr. Selvey complies.)
15            MR. GOODMAN:  No, let's skip
16       that one.  Let's keep moving.
17       Q.    These accounts, the one that we
18  just looked at -- let me go back there.
19  I'm sorry, I apologize.
20            That was the Bank of America
21  that you closed, you said you closed in May
22  of 2021, right?  Correct?
23       A.    Uh-huh.  Yes.
24       Q.    Did you pay off the balance
25  when you closed the card?
```

                        F. FRANCOIS

1
2          A.    Of course you have to pay all
3    your balance because if you don't pay that
4    it's going to go to, um --
5          Q.    Collections?
6          A.    Yes.
7          Q.    Amex, you paid off the balance
8    due?
9          A.    Yeah, I paid everything.
10         Q.    So, if these company report it
11   as a charge off, that would be incorrect
12   because you actually paid it?
13         A.    Yeah.
14         Q.    Okay.  Just to look at that
15   American Express, Francois 99, you had a
16   balance of $6,210.  So, your testimony is
17   you paid $6,210 to close that account?
18         A.    After they remove, like I say
19   to you, after they removed the one that it
20   said was in May, it drop down.  It was not
21   6,000 something, it drop down because after
22   they removed like -- they find out, like I
23   was saying, they were doing investigation
24   and see that it was not me, all of that was
25   online, because people would order online,

```
 1                    F. FRANCOIS
 2   like a scam.  It wasn't me and then they
 3   drop it down and I pay what I have to pay
 4   and the account end up closed.
 5        Q.    How much did you have to pay?
 6        A.    I don't remember how much it
 7   was.
 8              MR. GOODMAN:  Let's go to
 9         Francois 112.
10              (Mr. Selvey complies.)
11        Q.    Do you see this page in front
12   of you?  Do you see down, halfway down it
13   says "What's hurting," do you see that?
14        A.    Yeah.  "You have a serious
15   delinquency, 60 days past due or greater,"
16   yeah.
17        Q.    It also says, "Number of
18   accounts that were ever 60 days late or
19   worse or have" --
20        A.    The accounts that you just
21   reviewed with me.
22        Q.    Right.  It says, "Virtually no
23   FICO High Achievers have a 60 days late
24   payment or worse listed on their credit
25   report."  Do you see that?
```

```
1                    F. FRANCOIS
2         A.    Yeah.  This is the account,
3    like I said, you just reviewed with me.
4         Q.    Yes.  And then, if you go down,
5    it says "High credit usage" and it says
6    "You've made heavy use of your available
7    revolving credit."  Do you see that?
8         A.    Where do you see that?
9         Q.    Down at the bottom, it says
10   "High credit usage."
11        A.    Yeah.
12        Q.    It says, "Ratio of your
13   revolving balances to your credit."  I
14   can't read the rest of that underneath
15   "Francois."
16             Then, if you go to the next
17   page, it lists various reasons that went in
18   to causing your credit score to be 492.  Do
19   you see all that?
20        A.    But did you go to the before,
21   how much it was and all it drop it down
22   like that?  No.
23        Q.    I don't answer questions, I ask
24   questions.
25             MR. KESHAVARZ:  But if the
```

```
 1                    F. FRANCOIS
 2         document says what it says, what's
 3          your question other than being --
 4              MR. GOODMAN:  I asked her if
 5          she read all that and did she
 6          understand all that.
 7      A.    I say you show it to me and I
 8   read that.
 9      Q.    Okay.  So, do you understand
10   that nothing in these two pages of
11   explanations for your credit score have
12   anything to do with what Emmanuel Laforest
13   did, the loan on the car from Capital One?
14      A.    Yeah, it did have something to
15   do that.
16      Q.    What did --
17      A.    That's why I say to go to 2020
18   and you can see, but you keep staying in
19   2021 but you never go to 2020, before what
20   he did.  It was everything, but you never
21   go to that.
22      Q.    Why don't you or your attorney
23   show us something from 2020 to establish
24   that, if you think that's the case?
25              MR. KESHAVARZ:  If you have a
```

Page 195

```
 1                    F. FRANCOIS
 2        question, ask the question.
 3              MR. GOODMAN:  That is a
 4        question.
 5        Q.    Why don't you or your attorneys
 6   provide us with the documentation to show
 7   what you claim it will show?  Why don't you
 8   do that?
 9              MR. KESHAVARZ:  The documents
10        say what they say.  What's your
11        question as to my client?
12              MR. GOODMAN:  I just asked her
13        why doesn't she produce it.
14        A.    Since you say you cannot answer
15   questions, I would like to ask you if you
16   got a loan for $29,000 in your account and
17   let's say your credit score was 600 and you
18   never paid for six months, what's going to
19   happen to your credit score?  It's going to
20   drop down, correct?
21        Q.    I really don't not want to get
22   into a back-and-forth with you, but I will
23   tell you --
24        A.    So, let's get into 2020 because
25   we're talking about what happened in 2020.
```

```
 1                    F. FRANCOIS
 2        Q.    Okay.  I would certainly say
 3   that if that loan was rescinded and Capital
 4   One took it off your credit report and it
 5   came to nothing at all and amounted to
 6   nothing in terms of your credit, I would
 7   say it had zero affect on your credit
 8   score.
 9              MR. KESHAVARZ:  Objection.  All
10         right, so what's the question?
11        Q.    That's what I would say in
12   response to the question that you asked me.
13              MR. KESHAVARZ:  Okay, so what's
14         the next question?
15              MR. GOODMAN:  Okay, let's go to
16         the one that I want to go to, the
17         TransUnion.
18              (Screen sharing stopped.)
19              MR. GOODMAN:  That would be
20         Exhibit H, which we can now make
21         whatever the next one is,
22         Ms. Reporter.
23              THE COURT REPORTER:  We're up
24         to Exhibit C, as in Charles.
25              MR. GOODMAN:  Thank you.
```

```
 1                    F. FRANCOIS
 2              (Whereupon, the aforementioned
 3         document was marked as Defendant's
 4         Exhibit C for identification as of
 5         this date by the Reporter.)
 6              (Screen sharing.)
 7  BY MR. GOODMAN:
 8       Q.   Ms. Francois, do you see what's
 9  on the screen right now?
10       A.   Yes, I see the last phone, my
11  Social and 2022, May 2022.
12       Q.   Do you see down at the bottom
13  it says, "AKA Francois FA Jean," and then
14  the last one says, "Jean F. Farah?"
15       A.   Yeah.
16       Q.   Do you see that?
17       A.   Yeah.
18       Q.   Did you ever go by Jean F.
19  Farah?
20       A.   No, my name is Farah Jean
21  Francois.
22       Q.   Okay.  Is everything else
23  accurate on that page, as far as you know?
24       A.   Yeah, my name and Social, yeah.
25       Q.   Did you cause this credit
```

```
 1                       F. FRANCOIS
 2   report to be generated?
 3               MR. KESHAVARZ:  Objection to
 4         form.
 5        A.    I don't understand.
 6        Q.    How did you come about to have
 7   this credit report?
 8               MR. KESHAVARZ:  Objection to
 9         form.
10        A.    (No response.)
11        Q.    Where did it come from?  Did
12   you order it yourself?  Did somebody else
13   order it?
14               MR. KESHAVARZ:  Objection to
15         form.  Go ahead.
16        A.    (No response.)
17        Q.    You can answer.
18        A.    I don't know.  I don't
19   understand what you're asking me.
20        Q.    I'm asking you how did you come
21   about receiving this credit report?
22               MR. KESHAVARZ:  Objection to
23         form.  Go ahead.
24        A.    I don't know.
25        Q.    Well, I mean, do you remember
```

```
 1                    F. FRANCOIS
 2   ordering a credit report for yourself?
 3             MR. KESHAVARZ:  Objection to
 4        form.  Go ahead.
 5        A.    I don't remember.
 6             MR. GOODMAN:  All right, let's
 7        go to Francois 309.
 8             (Mr. Selvey complies.)
 9        Q.    You see that it says, "Amex
10   Department Stores?"  Do you see what that
11   is?  Did you have a credit card with Amex
12   Department Stores?
13        A.    No, I don't have any credit
14   card no more.
15        Q.    Well, it's what it says there
16   on the page.  You can see it for yourself.
17   Is it accurate or inaccurate?
18             MR. KESHAVARZ:  Objection to
19        form.
20        A.    (No response.)
21        Q.    Do you see that?  Do you
22   remember having that credit card that's
23   reported there?
24        A.    That's the American Express we
25   were talking about which is closed.
```

```
                              F. FRANCOIS
 1
 2        Q.    So, is that the same American
 3   Express card that we --
 4        A.    I don't know, that's why I'm
 5   asking you.  I don't know.  I don't have no
 6   idea about what you're showing me.  This is
 7   2022, I have no idea about that.
 8             MR. GOODMAN:  Can we go to
 9        Francois 316.
10             (Mr. Selvey complies.)
11        Q.    Do you have a credit card or
12   credit account with Century 21 Department
13   Stores?
14        A.    That was Century.  That was Old
15   Navy.  I don't remember that.
16             MR. KESHAVARZ:  The screen I
17        see says "Francois 316."  Is that
18        what you meant?
19             MR. GOODMAN:  Yes.  On the
20        bottom it says "Century 21 Department
21        Stores" and it has an address in
22        Columbus, Ohio.  The next page, 317,
23        shows it was closed in 2020.
24        A.    Which is paid.  You see it
25   says, "Paid, Closed; was Paid as agreed."
```

```
                                        Page 201
 1                    F. FRANCOIS
 2        Q.     Was what?
 3        A.     I'm just reading what they say,
 4    that the account was paid and then closed
 5    as agreed.
 6        Q.     Yeah, "Payment Received $0."
 7    "Paid, Closed; was Paid as agreed."  Okay.
 8               Next page, 318, Macy's.  Do you
 9    have a Macy's credit card?
10        A.     Yeah.  Like I said before, I
11    said it to you, I had a Macy's credit card
12    which is I called them and we talked about
13    a lot of things and then closed it.  The
14    card closed since long.  This Macy's card
15    closed long time.
16        Q.     Why did you close the Macy's
17    card?
18        A.     Because I don't need the credit
19    card.  Like I say to you, I don't need to
20    use credit card because I was trying to
21    build and save my money to buy my house.
22        Q.     Okay.  Page 320, you had an Old
23    Navy account, a credit card for Old Navy.
24    You closed that one also, correct?
25        A.     Yes.
```

```
1                     F. FRANCOIS
2         Q.    And then you had, on Page 322,
3    Francois 322, you had "SYNCB/PPC," do you
4    know what that means?
5         A.    What is that?
6         Q.    322.  Do you see where it says
7    "SYNC?"  It's a revolving credit account,
8    credit card.
9         A.    Which credit card is that?
10        Q.    I don't know.  I'm asking you
11   if you recognize it.
12        A.    Because I don't remember that.
13   I don't remember that.
14        Q.    Okay.  There's TD Bank.  You
15   had a credit card with TD Bank also?
16        A.    Yes.
17        Q.    By the way, I think that SYNC,
18   that's PayPal.  Do you have a PayPal
19   account?
20        A.    Yeah, I have my PayPal.  I'm
21   still using my PayPal.
22        Q.    Is there anything in this
23   report that you can see that indicates that
24   what the loan that was taken out with
25   Capital One for the BMW had an affect on
```

```
 1                  F. FRANCOIS
 2   your credit score?
 3           MR. KESHAVARZ:  Objection to
 4       form.
 5     A.    I don't know.
 6           MR. GOODMAN:  All right, we're
 7       almost done here.
 8           Let's look at the Equifax
 9       Report and that would be Exhibit F on
10       the e-mail, which will now be marked
11       as Exhibit D.
12           (Whereupon, the aforementioned
13       document was marked as Defendant's
14       Exhibit D for identification as of
15       this date by the Reporter.)
16           MR. GOODMAN:  Give me five
17       minutes or at least three or
18       four minutes.  I have to do
19       something.
20           MR. KESHAVARZ:  All right.
21       Just come back on the screen when
22       you're ready.
23           (Screen sharing stopped.)
24           (Whereupon, at 4:13 P.M., a
25       short recess was taken.)
```

```
 1                    F. FRANCOIS
 2              (Back on the record at
 3         4:21 P.M.)
 4              MR. GOODMAN:  Right now I think
 5         it may not have been marked.  It's
 6         what's called Exhibit E on the
 7         e-mail, the Penfed Credit Union
 8         adverse notice.  And we're not going
 9         to use the Equifax Report that I had
10         previously marked as the next one.
11         If you can un-mark it, fine.  If not,
12         then we'll just go to the next
13         letter.
14              THE COURT REPORTER:  Yes, let's
15         just go to the next letter for ease
16         of the transcript.
17              MR. GOODMAN:  Okay, that's
18         fine.
19              MR. KESHAVARZ:  You're saying
20         you're not suing the Equifax Report
21         of 5/12/2022?
22              MR. GOODMAN:  That is what I
23         said.
24              MR. KESHAVARZ:  Okay.
25              MR. GOODMAN:  Okay, so we can
```

```
1                    F. FRANCOIS
2         mark this one that's on the screen
3         now as Exhibit E.
4              (Whereupon, the aforementioned
5         document was marked as Defendant's
6         Exhibit E for identification as of
7         this date by the Reporter.)
8              (Screen sharing.)
9    BY MR. GOODMAN:
10        Q.    Ms. Francois, do you see what's
11   on the screen right now marked --
12        A.    No, if you can make it a little
13   bigger because I am not able to see it.
14             (Mr. Selvey complies.)
15        Q.    Is that better?  Can you see it
16   better now?
17        A.    Yes.
18        Q.    Take a look at it and when
19   you're done let us know.
20             (Whereupon, the Witness peruses
21        the document.)
22        A.    Yeah.
23        Q.    Okay.  So, did there come a
24   time that you made a request for a loan in
25   the amount of $42,596 in 2022 from Penfed?
```

```
 1                    F. FRANCOIS
 2      A.     Penfed?
 3      Q.     Yes.
 4      A.     No, I don't remember that.  I
 5   don't remember that.  What is Penfed?
 6      Q.     If you look up at the top, it
 7   says Penfed Credit Union and this is an
 8   Adverse Action Form addressed to you.  Your
 9   attorneys took out your address and other
10   information.  Do you see that?
11      A.     Yeah, I see it, but what is
12   that?
13      Q.     Well, I'm asking you.
14      A.     I'm asking you because you
15   bring it to me, because I don't know, so
16   that's why I'm asking you.
17      Q.     Well, you're the deposition
18   witness, so I'm asking you whether you
19   applied for a loan in the amount of
20   $42,596?
21      A.     I don't know because I don't
22   know what is that.  So, I'm just aware.  I
23   don't know about that, that's why I'm
24   asking you to give me more information and
25   to remind me because I don't know what is
```

```
 1              F. FRANCOIS
 2   that.
 3       Q.    Well, take a look at what's on
 4   the screen and see if that's refreshes your
 5   recollection.
 6       A.    I don't know.  That doesn't
 7   refresh my recollection.
 8       Q.    You don't know, okay.
 9       A.    Yeah.
10       Q.    So, if you claimed in this
11   case, according to the legal documents,
12   that one of your damages is that you were
13   denied credit because of what you claim the
14   Defendant --
15       A.    Can you go down so I can see
16   all that and I can read what is about that?
17             (Mr. Selvey complies.)
18             (Whereupon, the Witness peruses
19         the document.)
20       A.    Isn't this about the car?
21       Q.    Apparently.  That's why I'm
22   asking you.  Why did you seek this loan?
23   It does reference "Auto Gallery Imports."
24       A.    That's a car.  That's a car.
25       Q.    So, you were trying to buy a
```

```
                              F. FRANCOIS
 1
 2    car?  This is a car loan.  You were looking
 3    for a car loan, correct?
 4         A.    Yes, I went to give them my car
 5    and then to do exchange with car.
 6         Q.    And they denied your credit,
 7    correct?
 8         A.    Yeah, they denied because my
 9    credit here was too low.
10         Q.    Okay.  And do you see on there
11    it indicates your credit score, it says
12    "584?"
13         A.    Yeah, which is like I said to
14    you, after I closed all my credit card I
15    tried to work on my credit to get my credit
16    coming up.
17         Q.    And do you see that it says --
18    I'm going to read from it -- "Key factors
19    that adversely affect your credit score:"
20    Do you see that?
21         A.    Yeah, I see.  Yes, I see it.
22         Q.    And the first one is, "Time
23    since delinquency is too recent or
24    unknown."  Do you see that?
25         A.    Yes.
```

                        F. FRANCOIS

1

2        Q.    Okay.  "Length of time accounts

3   have been established."  Do you see that?

4        A.    Yeah, I see it.

5        Q.    Do you need a minute?

6        A.    No, I'm just putting my chair.

7   I'm okay.  I'm okay.

8        Q.    Do you see "Number of accounts

9   with delinquency?"

10        A.    Yeah, I see it.

11        Q.    And do you see "Serious

12   delinquency?"

13        A.    Yeah.

14        Q.    Do you see "Number of

15   inquiries, 'INQ,' adversely affected the

16   score.  Impact not significant."  Do you

17   see that?

18        A.    Yeah, I see.

19        Q.    Okay.  So, do you understand

20   that Penfed told you we cannot extend you

21   credit for this car loan because of those

22   reasons that are stated there?

23             MR. KESHAVARZ:  Objection to

24        form.

25        A.    No, I don't understand that.  I

```
                          F. FRANCOIS
 1
 2    don't understand all that thing they
 3    saying, "13, 14, 18, 39."  I don't know.
 4         Q.    You don't understand that?
 5         A.    Uh-uh.
 6         Q.    You have to say no.
 7         A.    No.
 8         Q.    Is it your claim that the loan
 9    that was taken out by Mr. Laforest had
10    anything to do with this rejection of your
11    credit from Penfed for the car loan?
12         A.    If you go in 2020, you can see.
13         Q.    Again, I would certainly like
14    to see if that could be provided.  But in
15    any event, I thought you were trying to
16    save your money for a house and this is a
17    car loan --
18         A.    Yeah, because my car, it
19    changed, my car.
20         Q.    What do you mean?
21         A.    It changed that car.  That you
22    give your car, they will tell you, okay,
23    the car, I'm going to buy the car from you
24    for 5,000, for 10,000, which they are going
25    to remove the value of your car and then
```

                       F. FRANCOIS

1
2       the rest you going to have to end up
3       paying.  Because I was about to change my
4       car with them.
5            Q.    My question is:  Did I
6       misunderstand you when you said you were
7       trying to save for a house not a car?
8            A.    Yeah, I was trying for house.
9       It was 2020, after our marriage me and my
10      husband was planning to buy house, but
11      COVID coming and then everything was
12      affected everyone which is what I was
13      saying.  Because we were not planning to
14      stay in his family house for two years or
15      for three years.
16           Q.    Who owns that house on Farragut
17      Road in Brooklyn?  Who is the owner?
18           A.    His grandma and his grandpa is
19      the owner of the house.
20                 MR. GOODMAN:  Could we please
21            pull up what's marked as Exhibit G,
22            which will now be Exhibit F for the
23            deposition.
24                 (Whereupon, the aforementioned
25            document was marked as Defendant's

Page 212

```
 1                    F. FRANCOIS
 2          Exhibit F for identification as of
 3          this date by the Reporter.)
 4                  (Mr. Selvey complies.)
 5                  MR. GOODMAN:  Maybe you can
 6          blow that up a little bit so
 7          Ms. Francois and all of us can see it
 8          a little better.
 9                  (Mr. Selvey complies.)
10   BY MR. GOODMAN:
11          Q.   Okay, take a look at that and
12   let us know when you're done.
13                  (Whereupon, the Witness peruses
14          the document.)
15          A.   Yeah, that's my Mercedes-Benz.
16   That's the first place I went to the car to
17   do the change for that.
18          Q.   So, this is another car loan
19   that you sought, that you applied --
20          A.   That's the first car loan I
21   went.
22          Q.   That's the first one you went?
23          A.   Yeah.
24          Q.   Okay.  Do you see the specific
25   reasons for the action taken on your
```

Page 213

```
1                    F. FRANCOIS
2   application?
3        A.    Yeah, yeah, they was telling me
4   the same thing because my credit was down.
5        Q.    Where it says, "Presence of
6   recent delinquency on file," do you
7   understand that to have anything to do with
8   the Capital One loan and Emmanuel Laforest?
9             MR. KESHAVARZ:  Objection to
10       form.
11       A.    I don't know.
12       Q.    What about "No comparable
13  credit?"  Same question.
14            MR. KESHAVARZ:  Objection to
15       form.
16       A.    I don't know about that, what
17  you're saying.
18       Q.    "High loan amount relative to
19  vehicle value," does that have anything to
20  do with Emmanuel Laforest and Capital One?
21            MR. KESHAVARZ:  Objection to
22       form.
23       A.    No idea about that.
24       Q.    No idea.
25            MR. KESHAVARZ:  Mr. Goodman, it
```

```
 1                    F. FRANCOIS
 2          is now 4:32, if you'd like to take my
 3          client's deposition beyond 5:00,
 4          that's fine, but now would be the
 5          time to get the Court Reporter in.
 6          If 5:00 comes and the deposition runs
 7          out of time, then I'm not bringing my
 8          client back.  So, now is time to make
 9          the call if you want to.  Do you want
10          to go past 5:00?
11               MR. GOODMAN:  I'll see what I
12          want to do.  I hear what you're
13          saying.  Let's not take any more of
14          the record with your comments.
15    BY MR. GOODMAN:
16          Q.    Ms. Francois, in your Complaint
17    in this case, are you familiar with the
18    Complaint that your attorneys filed for you
19    in this case?
20          A.    If I'm familiar with what?
21          Q.    The Complaint.  The legal
22    document where you started the lawsuit that
23    we're here about today.
24          A.    Yeah, I know what it is, yeah.
25          Q.    Did you ever read that
```

```
 1                    F. FRANCOIS
 2   Complaint?
 3        A.    Yeah, because everything that
 4   my lawyer did, my lawyer contact me and
 5   talk to me about everything my lawyer have
 6   to do.
 7              MR. GOODMAN:  Move to strike
 8         the portion that is nonresponsive.
 9        Q.    Did you actually read the
10   Complaint?
11        A.    Yes.
12        Q.    You did read the Complaint,
13   okay.  And you know that in the Complaint
14   you allege that when you learned about the
15   identity theft, you could not stop crying?
16        A.    Yes.
17        Q.    Have you stopped crying yet?
18              MR. KESHAVARZ:  Objection to
19         form.
20        A.    I don't know.
21        Q.    You don't know?  Are you still
22   crying?
23        A.    I'm still not crying, but I'm
24   still trying to figure out what happened to
25   me.
```

```
 1                    F. FRANCOIS
 2      Q.    When did you stop crying?
 3            MR. KESHAVARZ:  Objection to
 4       form.
 5      A.    I don't remember when I stopped
 6  crying because that was take me a while
 7  because me almost losing my job and I was
 8  in school, keep dropping school, calling
 9  out, I cannot coming to school.  It was not
10  easy for me.
11      Q.    You said several times almost
12  losing your job, first of all, what job was
13  that?
14      A.    TD Bank.
15      Q.    How is it that you almost lost
16  your job?
17      A.    Like I said early, because they
18  been calling me and then I was customer
19  service worker at the time and then my
20  phone I have to answer.  Capital One was
21  calling me and then the dealer's son was
22  texting me, calling me about to send the
23  title and my boss saw me answer phone and
24  then I was with customer in front of me and
25  he said you're going to have to take one
```

                    F. FRANCOIS
1
2    week and we're going to have to request you
3    to stop coming for one week to figure out
4    to what happened to you and to deal with
5    that and then when you feel you're able to
6    coming back to work, you can coming back to
7    work.
8         Q.    Nobody ever actually told you
9    you might lose your job over this, correct?
10   In fact, they actually accommodated you to
11   give you the opportunity to deal with it;
12   is that correct?
13             MR. KESHAVARZ:  Objection to
14        form.
15        A.    That's not what it is.  Because
16   if they stop me they will replace me with
17   someone because I could not be able to do
18   my job.
19        Q.    Did anybody tell you that, that
20   they might replace you with someone?
21        A.    Yeah, because I was crying.
22   Because every time Capital One calling me
23   and if I'm coming back, I went to the
24   bathroom crying and then my assistant was
25   seeing me crying and then my boss was

```
                           F.  FRANCOIS
 1
 2   asking her why Farah been crying, you know
 3   Farah have a customer, if she not able to
 4   do the job, she have to let us know.
 5        Q.    But you were able to do the
 6   job, correct?
 7        A.    I was not 100 able to do the
 8   job because I was more concerned about what
 9   Capital One going to do.  Because every
10   time they say, okay, they're going to call
11   me back, they will call me back, which that
12   was about that.
13        Q.    So, in terms of your crying and
14   going to the bathroom, how much of that had
15   to do with the threats that you thought you
16   were getting from Emmanuel Laforest?
17        A.    Can you explain it to me better
18   because I don't get it?
19             MR.  KESHAVARZ:   Objection.
20        Q.    According to you, you received
21   texts from Emmanuel Laforest or maybe other
22   people --
23        A.    Uh-huh.
24        Q.    -- that basically threatened
25   you, you can't come back to Brooklyn, stuff
```

```
 1                    F. FRANCOIS
 2   like that, correct?  Am I right about that?
 3        A.    Yes, correct.
 4        Q.    Okay.  And I would imagine that
 5   caused you distress, correct?  In fact, you
 6   already testified to that?
 7        A.    Yeah, that make me stress and
 8   that make me -- if I go to work, I was
 9   always like this, to look on the street, to
10   see if somebody following me to my job, to
11   see where I'm working, if something is
12   going to happen to me.
13             MR. KESHAVARZ:  Let me pause
14        you, Mr. Goodman.  I'm going to have
15        some redirect.  So, when are you
16        going to be done?  I'm going to have
17        some questions of my own and that
18        might take --
19             MR. GOODMAN:  You didn't
20        mention that before.  Thank you for
21        bringing that up, Ahmad.  How much do
22        you have about?
23             MR. KESHAVARZ:  I doubt I have
24        a lot, but it's already 4:37.  I
25        don't want to be precluded from
```

```
 1                    F. FRANCOIS
 2         following up.
 3              MR. GOODMAN:  All right, so I
 4         guess we're going to have to get
 5         another reporter then.  You didn't
 6         mention that.
 7              Can you call now, Madame
 8         Reporter?  How long would it be?
 9              THE COURT REPORTER:  Yes.
10              (Whereupon, an off-the-record
11         discussion was held.)
12              MR. GOODMAN:  Can you read back
13         my last question, whatever the last
14         thing I said was.
15              (Whereupon, the referred to
16         question and answer were read back by
17         the Reporter.)
18  BY MR. GOODMAN:
19       Q.   Ms. Francois, wouldn't it be
20  fair to say that the amount of emotional
21  distress you had, the crying, is really
22  caused by Emmanuel Laforest?  His threats
23  to you and everything he did, what you
24  learned about him stealing from you,
25  stealing your identity, your mail, that's
```

1                      F. FRANCOIS
2    what caused your stress, correct?
3              MR. KESHAVARZ:  Objection to
4         form.
5         A.    Yes.
6         Q.    Thank you.  Your Complaint also
7    alleges that you took time off from work.
8    How much?  Is that the one week you took
9    off, that your boss at TD Bank said take a
10   week and figure it out?  Was there any
11   other time off from work?
12        A.    Yeah.  Remember I took one week
13   because the week after that happened, I was
14   having customer.  I was open a mortgage for
15   the customer and then I did not put the
16   correct information, which is I was not
17   concentrated 100 percent, and the
18   information of the customer did not go
19   correct.  And which is my boss call me and
20   tell me that which is why I was telling you
21   to take a week because you're not
22   concentrated enough.  I had said that and I
23   said I'm sorry.  I went to my office and
24   did it correct and then after that I left
25   and then take one week and then coming back

```
 1                  F. FRANCOIS
 2   after one week that I take off.
 3        Q.    Well, the question was:  Did
 4   you take any other time off of work other
 5   than that one week that you just told us
 6   about and previously told us about?
 7        A.    No.  If I have to go to police,
 8   I just take one day or call out.  By the
 9   time this happened, I been calling out.
10   Today I can call out, tomorrow I can come
11   in.  Tomorrow I been like calling out for
12   days to go to work.
13             MR. GOODMAN:  Move to the
14         strike the nonresponsive portion.
15        Q.    Ms. Francois --
16        A.    It is an answer to the question
17   because I take a day to fix those papers,
18   to go to the police, get those paper and
19   then to print that paper and send it to
20   Capital One.  And then they even send me to
21   Capital One to go in person.
22        Q.    When was that that they sent
23   you to Capital One in person?
24        A.    Because it is after they ask
25   me, they need me to staples the paper.  And
```

```
 1                    F. FRANCOIS
 2   then I said where do I'm going to send the
 3   papers?  They said you have to go to any
 4   Capital One and then give it to the
 5   customer service, give it to one of them
 6   and explain to them.  They will send me a
 7   number that I have to give it to them and
 8   they will send, they will fax those paper
 9   to them.
10        Q.    When was that that that
11   happened?
12        A.    I don't remember the day.  I
13   don't remember the day.  It is after I fill
14   all those papers and staples that.  It was
15   maybe in September or October.
16        Q.    Of 2020, correct?
17        A.    Yeah, maybe September or
18   October, between that.
19        Q.    When did you receive a response
20   from Capital One that they made a decision
21   on your fraud claim?
22        A.    I don't remember.  I don't
23   remember when did I receive that.  No, the
24   date, I don't remember that.
25        Q.    But you did receive a response
```

```
 1                    F. FRANCOIS
 2  at some point in time, you just don't
 3  remember when, correct?
 4       A.    Yeah, they been sending me
 5  paper.  I received a lot of paper from
 6  them.  So, I received paper from them.  I
 7  don't remember of when exactly the date I
 8  receive each of those paper.
 9       Q.    Okay.  And those papers
10  actually told you that they took that loan
11  off of your credit report, correct?
12             MR. KESHAVARZ:  Objection to
13       form.
14       A.    I don't remember.
15       Q.    You don't remember that?
16       A.    No.
17       Q.    So, did you lose any pay or
18  salary from TD Bank for the time that you
19  took off that you claimed had to do with
20  this problem, with the BMW claim?
21             MR. KESHAVARZ:  Objection to
22       form.
23       A.    Say that again.  I don't get
24  it.
25       Q.    I'm sorry.  Did you lose any
```

```
                        F.  FRANCOIS
 1
 2   pay?  Did you lose anything from your
 3   paycheck, any salary for the time that you
 4   say that you took off, that one week you
 5   took off and maybe another day or two, if I
 6   understood you correctly?
 7        A.     Yeah, if you did not go to
 8   work, if you don't have any sick days,
 9   which they are not going to pay you.  I
10   already took one week, it is my sick days.
11   The one week that I take it is my sick
12   days.  After that, you call out, call out
13   which you're not going to get paid.  And I
14   was not focused on that.  All I was focused
15   on was to figure out to fix those things.
16        Q.     So, how much money did you lose
17   as a result of not working on those days?
18        A.     I don't know.  I don't
19   remember.
20        Q.     Are you claiming that in this
21   case?
22             MR. KESHAVARZ:  Objection,
23         form.  "Claiming that in this case?"
24        Q.     Are you alleging damages in
25   this case for the amount you say that you
```

```
                          F. FRANCOIS
 1
 2    weren't paid for the time you took off from
 3    TD Bank?
 4              MR. KESHAVARZ:  Objection to
 5         the form of the question.
 6              You may answer, if you know.
 7         A.   I don't know.  I don't know.
 8         Q.   You don't know, okay.  You also
 9    alleged in your Complaint that the stress
10    from this situation caused you to lose as
11    much as 25 pounds.  Do you remember that?
12         A.   Yeah, and I have a picture of
13    that, definitely.
14              MR. GOODMAN:  I will call for
15         the production of that picture.
16         Q.   How much did you weigh on
17    May 30th of 2020?
18         A.   I weigh before, I was like 147,
19    147.
20         Q.   When were you 147?
21         A.   Before my birthday.  Like on
22    May, June, I was 147, but I keep dropping,
23    losing weight September, October, November.
24    Yeah, I lose a lot of weight.
25         Q.   Well, at the lowest weight that
```

```
 1                    F. FRANCOIS
 2   you went down to after you found out about
 3   what Emmanuel Laforest did to you, what was
 4   that weight?
 5        A.    I was losing -- I remember I
 6   lose -- I become 122 the last time I went
 7   to my doctor.  And then he was telling me
 8   did you sick?  What happened to you?  And I
 9   was explaining to my doctor what happened
10   to me.  Because he was thinking it's from
11   my asthma.  I said no, my asthma has
12   nothing to do with that.
13        Q.    What's the name of that doctor?
14        A.    That's the PCP I have before
15   when I was in MetroPlus, but which I'm not
16   in MetroPlus now.
17        Q.    What's his or her name?
18        A.    I don't remember his name.  I
19   don't remember his name because I don't use
20   MetroPlus no more.  I'm using Health First.
21             MR. GOODMAN:  I ask the
22         Reporter to leave a space in the
23         transcript, you can fill in his name.
24         And I will call for production of an
25         authorization for the doctor, for the
```

```
 1                    F.  FRANCOIS
 2         records  from  that  doctor  that  would
 3         corroborate,  or  not,  the  testimony
 4         that  Ms.  Francois  just  gave  about
 5         weight  loss  and  what  she  told  the
 6         doctor.
 7  _____
 8      Q.    What  is  your  weight  today?
 9      A.    My  weight  now?   I'm  170.
10      Q.    But  you're  pregnant  now  right?
11      A.    Yeah.
12      Q.    So,  before  you  got  pregnant,
13  what  was  your  weight?
14            MR.  KESHAVARZ:   Objection.
15      A.    My  weight  was  155.
16      Q.    So,  you  went  down  to  122  and
17  then  came  back  up  to  155;  is  that  fair?
18      A.    Yeah,  I'm  150  before  I  get
19  pregnant.   Yeah,  yeah,  I  was  150,  155.
20      Q.    So,  when  you  went  down  to  122,
21  were  you  uncomfortable  at  122?   Were  you
22  unhappy  being  that  way?
23      A.    My  anemia  was  worse  because  I
24  have  anemia.
25      Q.    Are  you  on  any  medication  for
```

```
                        F. FRANCOIS
 1
 2   anemia?
 3        A.    No, no, I wasn't taking no
 4   medication.  And I would go see the doctor
 5   just because I need a pump for my asthma.
 6   I went to see my doctor and he weighed me
 7   and by that time he said you're losing
 8   weight and I explained to him what
 9   happened.
10        Q.    So, you mentioned a pump for
11   your asthma, do you still use the pump?
12        A.    Yeah, I have asthma.
13        Q.    And that's been constant from
14   before May of 2020?
15        A.    No, I was never have that
16   constantly, constantly, but after that,
17   when I'm stressing, it's been like getting
18   worse.  After that, I don't use it
19   constantly.
20        Q.    After what?  You said "after
21   that."
22        A.    If I'm not stressing on
23   anything, I don't use my pump constantly,
24   like I have to take it every day, no.
25        Q.    Are you claiming that after you
```

```
 1                      F. FRANCOIS
 2   found out about the Capital One loan, after
 3   you found out what Emmanuel Laforest did to
 4   you, did you have to use your pump more
 5   frequently?
 6        A.    Definitely.  The same day I
 7   used it more twice because I was with my
 8   friend in the car, she was with me and she
 9   said get your pump because you couldn't
10   breathe.  Yeah, I use it.
11        Q.    Who prescribed you that pump?
12        A.    My doctor.  Because since I was
13   young I have asthma.
14        Q.    The same doctor?
15        A.    Every doctor that I see
16   prescribe me my pump for my asthma,
17   Ventolin.
18        Q.    You also alleged in your
19   Complaint that you could not sleep.  Was
20   there a period of time that you lost sleep?
21        A.    Yeah, this day I did not sleep
22   all day.  And after that, I would be
23   thinking about when that's going to be end,
24   when that's going to be end, always
25   thinking my name.  Like I was saying, that
```

```
 1                    F. FRANCOIS
 2    I was scared that he did something with the
 3    car.  Because most people that I explain
 4    they say, hey, if he do something with the
 5    car, it's going to be on you, the police is
 6    going to go after you because the car is in
 7    your name.  That was makes me very scared.
 8         Q.    Were you scared because
 9    Emmanuel Laforest was threatening
10    you through text messages?
11              MR. KESHAVARZ:  Objection,
12         form.
13         Q.    You can answer.
14         A.    Say that again.
15         Q.    Let me rephrase the question.
16              Did you lose sleep because
17    Emmanuel Laforest, you were afraid of
18    Emmanuel Laforest because he had threatened
19    you with text messages that you can't come
20    back to Brooklyn, that stuff?
21              MR. KESHAVARZ:  Objection to
22         form.
23         A.    I was losing sleep because what
24    happened to me because I couldn't imagine
25    that me in this situation.  Always I was
```

```
 1                    F. FRANCOIS
 2  scared about what he can do with the car
 3  because I don't know the type of a friend
 4  that he have that he can end up with the
 5  car and that can cause me in this country
 6  because it was like that can put me in
 7  trouble.
 8       Q.    So, him threatening you, that
 9  did not cause you to lose sleep?
10            MR. KESHAVARZ:  Objection to
11       form.
12       A.    Yes, of course, because I'm
13  scared.
14       Q.    You were scared, right?
15       A.    Yeah, of course.
16       Q.    Okay.  You also, in your
17  Complaint, you said that you, quote, got
18  black bags under your eyes?
19       A.    Say that again.
20       Q.    I'll just read Paragraph 162 of
21  Plaintiff's Amended Complaint.
22            "She could not sleep" -- "she"
23  is you -- "and got black bags under her
24  eyes from the lack of sleep."
25            THE WITNESS:  What does that
```

```
 1                    F. FRANCOIS
 2        mean, Ahmad?
 3        Q.    That's your Complaint.  This is
 4   your Complaint in this lawsuit.
 5        A.    They say I do blackmail?
 6        Q.    Black bags under your eyes.
 7        A.    Oh, yeah, under my eyes.  Yeah,
 8   because I couldn't sleep, like my eyes were
 9   getting black.  When you don't sleep, your
10   eyes will look like so tired.  Like you're
11   going to get like dark circle and the bag
12   here is going to end up getting big because
13   you're not sleeping enough.
14        Q.    How long did you have black
15   bags under your eyes?
16        A.    That definitely I cannot tell
17   you how long it take that to remove all of
18   it, how long it took me to go back to that.
19        Q.    You can't tell you?
20        A.    I don't have a time.
21        Q.    Did you seek any treatment from
22   any healthcare professional or cosmetician
23   or something to take care of your black
24   bags?
25        A.    No.
```

```
1                    F. FRANCOIS
2         Q.    Did you buy any special formula
3   or makeup or anything for those black bags
4   under your eyes?
5         A.    I usually don't wear makeup,
6   no.
7              MR. KESHAVARZ:  Madame Court
8         Reporter, how are we doing in getting
9         a replacement?
10             THE COURT REPORTER:  They
11        haven't responded yet.
12  BY MR. GOODMAN:
13        Q.    Ms. Francois, can you tell me
14  who Darline, D-A-R-L-I-N-E, Dumel,
15  D-U-M-E-L is?
16        A.    Yes, Darline is my best friend
17  and I'm the godmom of her daughter.
18        Q.    And the what?
19        A.    Godmom of her daughter.
20        Q.    You are the godmother of her
21  daughter?
22        A.    Yes.
23        Q.    What is her address?
24        A.    The address is in New Jersey.
25  It's 19 Montrose, South Orange, New Jersey.
```

                        F. FRANCOIS
1
2       Q.    19 what?
3       A.    Montrose, M-O-N-T-R-O-S-E.
4       Q.    Montrose?
5       A.    Yeah.
6       Q.    Now, she's your best friend.
7   Who is she?  Is she a co-worker?  Did she
8   work with you?  Is she your friend from the
9   neighborhood?
10      A.    No, we been friends since we
11  were in Haiti.
12      Q.    She's from Haiti also?
13      A.    Yes, she's from Haiti also.
14      Q.    Were you with her on May 30th
15  of 2020?
16      A.    Yeah, that was for my birthday.
17  She was doing a birthday party for me at
18  her house in New Jersey.
19      Q.    Who else was at that party?
20      A.    Another of her friends that she
21  invited because it was basically a surprise
22  party.
23      Q.    It was a what?
24      A.    It was a surprise.  A party
25  surprise.

                        F. FRANCOIS

1
2        Q.    Okay.  Was your husband there?
3        A.    No, my husband wasn't there
4   because we didn't know that we were going
5   to have a party.  Because I just went there
6   to visit Darline and then she say you're
7   not going home.
8        Q.    Did you spend the night there
9   that night?
10       A.    Yeah, all night, because it was
11  my birthday.
12       Q.    Can you tell me who Hilda Perez
13  is?
14       A.    That's my assistant manager
15  from TD Bank.
16       Q.    Just tell me -- I should have
17  asked you before -- what was your job at TD
18  Bank?  Just tell me your duties and
19  functions.  You said you were a --
20       A.    Customer service
21  representative.
22       Q.    What did you do as a customer
23  service representative?
24       A.    It was in December, after my
25  graduation from the nursing school.

Page 237

```
                               F. FRANCOIS
 1
 2          Q.     No, what did you do?  What were
 3     your functions?
 4          A.     What I do is open checking
 5     account, saving account, apply for
 6     mortgage, loan for customer.  And also, if
 7     they have a fraud on the account, if they
 8     have fraud like doing online on the
 9     account, I have to make the complaint for
10     them and send it to the back office and
11     then the back office will figure out all
12     about that.
13          Q.     Who did you report to?  Who was
14     the next person, your boss, let's put it
15     that way, at TD Bank?
16          A.     Hilda Perez.  And then my old
17     manager who was there, he's not there
18     anymore, was my old manager.  Radamos
19     Alvelo was my manager.
20               THE COURT REPORTER:  What's the
21          name?
22               THE WITNESS:  Radamos Alvelo.
23          It's R-A-D-A-M-O-S.  Alvelo is
24          A-L-V-E-L-O.
25               MR. KESHAVARZ:  How are we
```

1                    F. FRANCOIS

2          doing with the new reporter, Sophia?

3                (Whereupon, an off-the-record

4          discussion was held.)

5    EXAMINATION BY

6    MR. KESHAVARZ:

7          Q.    Ms. Francois, do you remember

8    the testimony --

9                MR. SELVEY:  Oh, so you're just

10         going to go?  Is this your deposition

11         Ahmad?

12         Q.    Ms. Francois, do you

13   remember --

14               MR. GOODMAN:  No, Ahmad, we're

15         not doing this.

16         Q.    Do you remember --

17               MR. GOODMAN:  No, no, no,

18         Ahmad.

19               THE WITNESS:  Let me just hear

20         the one question that he has to ask

21         me.  Let me just hear it.

22               MR. GOODMAN:  How many

23         questions do you have, Ahmad?

24               MR. KESHAVARZ:  I will be done

25         in four minutes if you stop

Page 239

```
                          F. FRANCOIS
 1
 2          interrupting me.
 3                MR. GOODMAN:  I'm interrupting
 4          you in my deposition?  I mean, come
 5          on, this is outrageous.  Your
 6          behavior is just unreal, Ahmad.
 7                MR. KESHAVARZ:  All right, but
 8          you don't have a Court Reporter for a
 9          long enough period, so stop
10          interrupting me and let me just ask
11          my questions, okay.
12                MR. GOODMAN:  I'm not going to
13          stop interrupting you.  You just
14          don't take over like that.
15                THE WITNESS:  Oh, Lord.
16   BY MR. KESHAVARZ:
17        Q.    Ms. Francois, do you remember
18   your testimony before, about crying at
19   work?  Do you remember that?
20        A.    Yes.
21                MR. GOODMAN:  Objection to
22          form.
23        Q.    Is part of the reason you were
24   crying was because Capital One was calling
25   you and saying you owed them money?
```

```
 1                    F. FRANCOIS
 2              MR. GOODMAN:  Objection to
 3         form.
 4         A.    Yes, definitely because
 5     although I'm going to get all that money,
 6     this is what make me crying and I was
 7     stressing.
 8         Q.    Now, would any of this have
 9     happened, with Mr. Laforest calling you or
10     threatening you, if the dealership did not,
11     in fact, pull your credit and, in fact,
12     give a loan in your name, and --
13         A.    This would --
14              MR. GOODMAN:  Objection to
15         form.  This doesn't fairly --
16         A.    Yes, this would never happen --
17              THE COURT REPORTER:  I'm sorry,
18         you need to stop.  Please speak one
19         at a time --
20              THE WITNESS:  Thank you.
21              THE COURT REPORTER:  -- because
22         I cannot get you all if you're
23         speaking at the same time, so please
24         respect the job that I have to do.
25              I could not even get the full
```

```
                                F. FRANCOIS
 1
 2          question down, so here is what I have
 3          on the record.
 4                (Whereupon, the referred to
 5          question was read back by the
 6          Reporter.)
 7      Q.    And process a loan with Capital
 8  One for a $30,000 loan and give a car to
 9  Emmanuel Laforest.  None of that would have
10  happened if it wasn't for the dealership,
11  right?
12      A.    Yeah, nothing --
13                MR. GOODMAN:  Hold on a minute,
14          hold on a minute.  I object to the
15          form of the question.  It's an
16          outrageous question.  It also calls
17          for a legal conclusion which is
18          completely inappropriate.  So, this
19          is outrageous what we're doing right
20          now --
21                MR. KESHAVARZ:  You can answer
22          it.
23                MR. GOODMAN:  You took over the
24          deposition to ask a completely
25          objectionable question.
```

```
1                    F. FRANCOIS
2              MR. KESHAVARZ:  You can answer.
3              MR. GOODMAN:  It's outrageous.
4              MR. KESHAVARZ:  You can answer.
5       A.    If the dealership was not doing
6   that and Capital One would not have all the
7   $30,000 money, I would continue with my
8   life, the life I had before.  I would never
9   be stressed, never crying and never almost
10  losing my job for that.  That would never
11  happen.
12      Q.    The last thing was we were
13  talking about texts, you didn't know who
14  the texts were coming from, correct?
15      A.    No.  That's what I said early,
16  I didn't know who texted me.  It can be the
17  dealership, it can be Emmanuel.  I don't
18  know who specifically was calling me,
19  that's why I was afraid.
20              MR. KESHAVARZ:  All right,
21       thank you.
22  CONTINUED EXAMINATION BY
23  MR. GOODMAN:
24      Q.    And, Ms. Francois, isn't it
25  true that if Emmanuel Laforest had not
```

```
 1              F. FRANCOIS
 2  stolen your driver's license, had not gone
 3  to somebody to get your Social Security
 4  number, had not gone to the dealership and
 5  taken out a loan in your name, if Emmanuel
 6  Laforest hadn't done all of those things,
 7  you would have been able to live your life
 8  without crying and going in distress as you
 9  said; isn't that correct?
10      A.    Yeah, that was the question.
11  If they didn't do all that, I would never
12  have any stress, anything like that and my
13  marriage would always continue, I would
14  never have all those problem that I had.
15      Q.    Right, and that's because
16  Emmanuel Laforest is a criminal, who stole
17  your identity, right?
18      A.    Because of what the dealer and
19  Emmanuel --
20      Q.    No, it wasn't because --
21          MR. KESHAVARZ:  Don't interrupt
22      her.
23      A.    Because the dealer was the one
24  who pulled up my credit.  The dealer is the
25  one who had access to Capital One.
```

                    F. FRANCOIS
1
2       Q.    Yeah, okay.  So, Emmanuel
3  Laforest didn't have anything to do with
4  it, correct?  Is that your testimony?
5       A.    This is not what I say.  This
6  is not what I say.  Because the dealership
7  and Emmanuel is both the one who commit
8  that.  I'm not saying that Emmanuel was
9  innocent, no, I will never say that.  If I
10  know he was innocent, I would not go to the
11  police.
12       Q.    Okay, so, Ms. Francois --
13          MR. KESHAVARZ:  Wait, were you
14      done?
15          MR. GOODMAN:  No, I'm not done,
16      Ahmad.
17          MR. KESHAVARZ:  Ms. Francois,
18      were you done with your answer?
19          THE WITNESS:  No, I was not
20      done with my answer.
21          MR. KESHAVARZ:  Okay.  Finish
22      your answer, please.
23          MR. GOODMAN:  No, you were
24      done.
25          MR. KESHAVARZ:  Finish your

```
 1                    F. FRANCOIS
 2        answer.
 3             MR. GOODMAN:  Don't finish your
 4        answer.  I have a question for you.
 5             MR. KESHAVARZ:  No --
 6        A.   I don't have access to finish
 7   my question?  If you ask me a question and
 8   I'm not done, I don't have access to finish
 9   it?  I think I have access.  If you ask me
10   a question, I have to answer you to give
11   you the correct answer.
12        Q.   No.  This is not your
13   opportunity just to talk all you want about
14   anything you want to talk about.  This is
15   about questions and answers.  Okay?
16             MR. KESHAVARZ:  Finish your
17        answer.
18        A.   So, then you're asking me
19   question without answer.
20        Q.   I'm asking you if you
21   understand you're under oath in this --
22        A.   Yeah, that's why I want to give
23   specific what happened, because I remember
24   everything here, in my head, of what
25   happened to me and who did that and all
```

```
 1                    F. FRANCOIS
 2   those things was stressing me and all those
 3   things make me crying and leaving my house,
 4   leaving my relationship, my marriage.
 5        Q.    Okay.  And so, I'm asking you
 6   if you're comfortable, if you're okay,
 7   under oath, changing the testimony that you
 8   gave previously when your attorney asked
 9   you leading questions to change your
10   testimony?  Are you okay with that?
11             MR. KESHAVARZ:  Wait, that's
12        not a question.
13             MR. GOODMAN:  No, that is a
14        question.
15             MR. KESHAVARZ:  What's your
16        answer.
17        Q.    What's your answer,
18   Ms. Francois?  Are you okay with that?
19        A.    No, my lawyer never asked me
20   that.  My lawyer never asked me that.
21   Which is what I've been saying since this
22   morning, when you were telling me why I did
23   not sue Emmanuel.  I say Emmanuel and the
24   dealer, the dealer who is the most person
25   who affect me because they are the one who
```

```
 1                    F. FRANCOIS
 2   checking my information because they
 3   couldn't check Emmanuel, none of that would
 4   have happened.  They didn't check Emmanuel,
 5   they check the information and they sitting
 6   with Emmanuel and give him form and filling
 7   all those paper and sign that means it's me
 8   sign, which is that they are the one and
 9   Emmanuel caused me all that stressed.
10       Q.    Emmanuel caused you all that
11   stress, right?
12       A.    No, I said the dealer.  If you
13   listen to what I'm saying, the dealer and
14   Emmanuel, because the dealer, he's the one
15   who let Emmanuel do that.  Because if I
16   come to you and ask you for something, you
17   reject me, that will never happen.
18            MR. GOODMAN:  Move to strike
19        the nonresponsive portion.  I'm done.
20        Let's close this out.  This is just
21        outrageous.  This is silly.  I'm
22        finished.  Let's close the
23        deposition.
24            MR. KESHAVARZ:  Thank you.
25            MR. GOODMAN:  Thank you,
```

```
 1                    F. FRANCOIS
 2        Ms. Reporter.  We don't need to hear
 3        anymore of this.
 4             MR. KESHAVARZ:  We reserve the
 5        right to review and revise.  Just
 6        e-mail the transcript to me at my
 7        e-mail address.  All I need is an
 8        E-trans.
 9             THE COURT REPORTER:  Okay,
10        thank you.
11             And Nicholas, are you ordering
12        a copy of the transcript?
13             MR. GOODMAN:  Yes, I am.
14             THE COURT REPORTER:  All right.
15        Thank you.
16             (Whereupon, at 5:10 P.M., the
17        Examination of this Witness was
18        concluded.)
19
20              °         °         °         °
21
22
23
24
25
```

Page 249

1                    F. FRANCOIS
2              D E C L A R A T I O N
3

4        I hereby certify that having been
5   first duly sworn to testify to the truth, I
6   gave the above testimony.
7

8        I FURTHER CERTIFY that the foregoing
9   transcript is a true and correct transcript
10  of the testimony given by me at the time
11  and place specified hereinbefore.
12
13
14

                 _____
15               FARAH JEAN FRANCOIS
16
17

18  Subscribed and sworn to before me
19  this _____ day of _____ 20___.
20
21

    _____
22      NOTARY PUBLIC
23
24
25

Page 250

```
 1              F. FRANCOIS
 2             E X H I B I T S
 3
 4  DEFENDANT'S EXHIBITS:
 5
 6  EXHIBIT    EXHIBIT                    PAGE
 7  LETTER     DESCRIPTION
 8  Exh A      Capital One
               Fraud Submission          125
 9
    Exh B      Plaintiff's Experian
10             Report dated 6/11/21      169
11  Exh C      TransUnion Personal
               Report dated 5/12/22      197
12
    Exh D      Equifax Credit Report     203
13
    Exh E      Penfed Credit Union
14             Adverse Action Form
               dated 6/29/22             205
15
    Exh F      Mercedes-Benz Financial
16             Services, Notice Of
               Action Taken And
17             Statement Of Reasons,
               dated 6/14/22             212
18
19
         (Exhibits retained by Counsel.)
20
21
22
23
24
25
```

```
 1                    F. FRANCOIS
 2                 I N D E X
 3
 4   EXAMINATION BY                        PAGE
 5   MR. GOODMAN                           4, 242
 6   MR. KESHAVARZ                         238
 7
 8
 9     INFORMATION AND/OR DOCUMENTS REQUESTED
10   INFORMATION AND/OR DOCUMENTS          PAGE
11   Production of the papers that
        were given to Farah Francois
12      on the date that she was at
        the dealership                     120
13
     Production of photo that was
14      taken at the dealership            123
15   Preservation and production of
        papers received from collection
16      agencies concerning violations
        on the BMW                         148
17
     Production of any documents,
18      documentation concerning the
        Plaintiff's credit score prior
19      to 5/30/2020 and, most
        specifically, a credit score
20      of 780                             169
21
            (Continued on the following page.)
22
23
24
25
```

```
                                        Page 252
 1                    F. FRANCOIS
 2       INFORMATION AND/OR DOCUMENTS REQUESTED
 3     INFORMATION AND/OR DOCUMENTS          PAGE
 4     Production of the credit report
          from May of 2020 or prior to
 5        May 30th of 2020 that the Witness
          says will show everything about
 6        what her credit score was and
          how it came down                  176
 7
       Production of picture showing
 8        weight loss                       226
 9     Space provided for name of
          doctor                       227, 228
10
       Authorization for records from
11        doctor that would corroborate
          weight loss and what Plaintiff
12        told the doctor              227, 228
13
14          QUESTIONS MARKED FOR RULINGS
15     PAGE LINE QUESTION
16     (None)
17
18
19
20
21
22
23
24
25
```

Page 253

1                     F. FRANCOIS

2              C E R T I F I C A T E

3

4   STATE OF NEW YORK        )

                            :   SS.:

5   COUNTY OF ORANGE         )

6

7          I, VICTORIA CHUMAS, (pages 1-108,

8   253), a Notary Public for and within the

9   State of New York, do hereby certify:

10         That the witness whose examination is

11  hereinbefore set forth was duly sworn and

12  that such examination is a true record of

13  the testimony given by that witness.

14         I further certify that I am not

15  related to any of the parties to this

16  action by blood or by marriage and that I

17  am in no way interested in the outcome of

18  this matter.

19         IN WITNESS WHEREOF, I have hereunto

20  set my hand this 10th day of January 2023.

21

22

23   VICTORIA CHUMAS

24

25

Page 254

1                    F. FRANCOIS
2              C E R T I F I C A T E
3

STATE OF NEW YORK        )
4                        :  SS.:
COUNTY OF ORANGE         )

5

6        I, SOPHIA TORIBIO, (pages 109-252,
7    254), a Notary Public for and within the
8    State of New York, do hereby certify:
9        That the witness whose examination is
10   hereinbefore set forth was duly sworn and
11   that such examination is a true record of
12   the testimony given by that witness.
13        I further certify that I am not
14   related to any of the parties to this
15   action by blood or by marriage and that I
16   am in no way interested in the outcome of
17   this matter.
18        IN WITNESS WHEREOF, I have hereunto
19   set my hand this 10th day of January 2023.
20

21

22

     SOPHIA TORIBIO

23

24

25

Page 255

```
1                        ERRATA SHEET
                   VERITEXT/NEW YORK REPORTING, LLC
2

     CASE NAME: Francois, Farah Jean v. Victory Auto Group LLC
3    DATE OF DEPOSITION: 11/22/2022
     WITNESSES' NAME: Farah Jean Francois
4
5      PAGE   LINE (S)        CHANGE              REASON
       ____|_____|_____|_____
6
       ____|_____|_____|_____
7
       ____|_____|_____|_____
8
       ____|_____|_____|_____
9
       ____|_____|_____|_____
10
       ____|_____|_____|_____
11
       ____|_____|_____|_____
12
       ____|_____|_____|_____
13
       ____|_____|_____|_____
14
       ____|_____|_____|_____
15
       ____|_____|_____|_____
16
       ____|_____|_____|_____
17
       ____|_____|_____|_____
18
       ____|_____|_____|_____
19
       ____|_____|_____|_____
20
21                                     _____
                                       Farah Jean Francois
22    SUBSCRIBED AND SWORN TO BEFORE ME
      THIS ____ DAY OF _____, 20__.
23
24
      _____            _____
25    (NOTARY PUBLIC)                 MY COMMISSION EXPIRES:
```

**&**

**&** 2:8,18 3:16

**0**

**0** 201:6

**1**

**1** 3:16
**1-108** 253:7
**10** 113:5
**10,000** 184:17
  210:24
**100** 218:7
  221:17
**10010** 2:14
**10033** 4:13
**101** 189:11
**103** 190:13
**109-252** 254:6
**10:00** 47:6
**10th** 253:20
  254:19
**11** 170:5,19
  174:19 175:17
**11,760** 174:20
**11/22/2022**
  255:3
**111th** 10:21
  11:10,21 12:19
  13:17,24
**112** 192:9
**11241** 2:6
**120** 185:22
  188:25 251:12
**122** 227:6
  228:16,20,21

**123** 251:14
**125** 250:8
**12:00** 40:23
  41:6,8,9
**13** 210:3
**14** 18:13 210:3
**145** 10:21 11:9
  11:21 12:10,19
  13:17,23 47:22
  48:3,9,19
**147** 226:18,19
  226:20,22
**148** 251:16
**150** 228:18,19
**155** 228:15,17
  228:19
**157th** 38:20
**158th** 38:19
**16** 2:5 24:21
**162** 232:20
**169** 250:10
  251:20
**17,815** 174:21
**170** 228:9
**176** 252:6
**17th** 145:15
**18** 125:25
  210:3
**180th** 4:12
  10:13,25 11:9
**18th** 48:23,25
**19** 47:25
  127:25 234:25
  235:2

**197** 250:11
**1986** 21:20
**1:22** 1:6
**1:30** 71:13

**2**

**2** 54:14 128:15
**20** 113:4
  249:19 255:22
**20,000** 81:23
  131:22
**2010** 27:14,17
  27:22 29:7
  33:10
**2011** 33:10
**2013** 8:2,3,21
  9:5,8,13 13:17
**2014** 35:12
**2016** 24:18
  30:20 31:6,8
  31:11,19
  167:20 189:17
  189:17
**2018** 12:15
  13:19 14:12,18
  18:13 35:22
  36:11 37:4,4
  43:14,21 44:11
  44:12 167:20
**2019** 24:25
  29:22,25 43:14
  43:21 51:22
  52:17
**2020** 14:2,4
  15:23 24:24
  25:2,11 26:8

27:18,19 29:7
29:22,24 30:6
32:7 38:2
47:19 48:3,5
48:19 54:17
94:12 99:15
100:6,6 108:18
108:19,20
126:23 129:20
130:21 131:2,3
131:8,8 135:23
145:4 147:3
160:5 162:19
175:17,19
176:8,17,18
178:18 179:25
180:2,8,9,21,22
181:18,19
185:11,21
194:17,19,23
195:24,25
200:23 210:12
211:9 223:16
226:17 229:14
235:15 252:4,5
**2021** 91:14
93:24 94:5,6,6
99:16 100:2
101:25 102:2,4
108:18 119:11
125:2 170:5,19
170:22 174:19
175:19 180:7
184:20 185:11
185:22 188:10

190:22 194:19
**2022** 1:15 43:3
197:11,11
200:7 205:25
**2023** 253:20
254:19
**203** 250:12
**205** 250:14
**21** 200:12,20
**212** 250:17
**22** 1:15
**226** 252:8
**227** 252:9,12
**228** 252:9,12
**23** 131:2 172:9
172:20 174:9
174:23
**238** 251:6
**23rd** 126:23
129:19 130:21
**24** 7:10,15
**242** 251:5
**2421** 36:20
**24530** 254:22
**24723** 253:22
**25** 226:11
**253** 253:8
**253552624**
23:19
**254** 254:7
**2600** 2:5
**284** 149:20
**29,000** 58:4
195:16

**29,462.81**
132:19
**29,462.81.**
132:5
**291-5097**
111:10
**2914** 127:3
138:15 149:19
**2:00** 15:19
72:10
**2:17** 109:7

### 3

**30** 3:15 21:20
178:18,18,23
178:24 179:15
180:14 181:18
184:21 188:11
**30,000** 241:8
242:7
**309** 199:7
**30th** 14:17
131:3 176:18
226:17 235:14
252:5
**31** 14:18
**316** 200:9,17
**317** 200:22
**318** 201:8
**320** 201:22
**322** 202:2,3,6
**333** 2:14
**3798** 38:20
**39** 210:3
**3:00** 15:20
40:22 41:2,4

**3:06** 160:10
**3:25** 160:13
**3a** 2:14

### 4

**4** 251:5
**4,000** 121:2
**42** 39:25 40:2
**42,596** 205:25
206:20
**42nd** 30:3
**4447** 1:6
**492** 170:18
174:19 193:18
**4:00** 70:25
71:14
**4:13** 203:24
**4:21** 204:3
**4:32** 214:2
**4:37** 219:24

### 5

**5,000** 210:24
**5/12/2022**
204:21
**5/12/22** 250:11
**5/30/2020**
169:23 251:19
**50** 77:18
**57** 66:11
**584** 208:12
**5:00** 70:25
214:3,6,10
**5:10** 248:16

### 6

**6,000** 191:21
**6,055** 174:20
**6,210** 191:16,17
**6/11/21** 169:9
250:10
**6/14/22** 250:17
**6/29/22** 250:14
**60** 180:3,14
181:19 192:15
192:18,23
**600** 195:17
**6970** 40:10
**6:00** 64:5
**6:30** 138:23

### 7

**7** 9:13
**719** 4:12 10:12
**780** 167:12,16
168:3,5,6,8,10
168:14 169:24
251:20
**7:00** 64:5
138:23,24

### 8

**8** 10:22
**89th** 36:19,20

### 9

**90** 179:23
180:4,6,6,8,11
180:14,23
181:3 182:9
**917** 111:10

**[95 - ahmad]** Page 3

**95** 23:4 177:25
**97** 183:11,19,22
**99** 185:9,15
191:15
**990** 176:24
177:9,13,20

**a**

**a.m.** 1:16 15:19
15:20 41:2
64:5,5
**ability** 7:6
**able** 63:25
105:18 116:19
127:12 166:17
205:13 217:5
217:17 218:3,5
218:7 243:7
**above** 1:23
249:6
**accept** 155:8
**access** 46:23
152:21 243:25
245:6,8,9
**accommodated**
217:10
**account** 79:20
97:20 171:4,6
171:9 180:5
181:10,12,14
184:13 186:12
187:3,6,8,9,10
188:12,16,17
189:22,25
190:7 191:17
192:4 193:2

195:16 200:12
201:4,23 202:7
202:19 237:5,5
237:7,9
**accounting**
32:24 36:9
**accounts**
190:17 192:18
192:20 209:2,8
**accurate** 47:19
53:4,13 54:3,4
57:14,15
197:23 199:17
**accurately** 7:7
**achievers**
192:23
**acknowledged**
133:14
**action** 206:8
212:25 250:14
250:16 253:16
254:15
**actual** 24:10
123:15
**actually** 11:23
26:10 86:9
99:17 133:25
156:14 191:12
215:9 217:8,10
224:10
**addition**
123:19
**address** 4:11
10:12,14,24
11:20,24 13:17

14:12 15:24,24
19:3 20:11,17
21:23 22:2,6,7
22:9 27:5,6
40:8 42:9 45:6
46:14,14 65:23
78:21 127:2
129:5 200:21
206:9 234:23
234:24 248:7
**addressed**
20:11 206:8
**administer**
3:10
**adopt** 109:20
**adverse** 204:8
206:8 250:14
**adversely**
208:19 209:15
**advise** 156:11
**affect** 7:6
131:19 180:15
181:3 185:3
188:25 196:7
202:25 208:19
246:25
**affected** 87:13
209:15 211:12
**affidavit**
126:18 133:5
**aforemention...**
125:17 169:12
197:2 203:12
205:4 211:24

**afraid** 59:24
231:17 242:19
**afternoon**
98:17
**agencies** 148:6
148:12 149:14
251:16
**agency** 148:3
**agree** 6:3 154:4
**agreed** 3:4,19
200:25 201:5,7
**agreeing** 16:24
**ahead** 6:13,16
7:3 19:18
28:23 63:23
67:4 79:13
83:21 86:12
87:19 90:22
98:12 99:9
101:6 105:10
107:10 111:22
114:14,21,25
115:2 120:22
134:7 137:6,25
140:10,25
144:12 150:15
153:3 158:24
167:10 176:4
177:7 198:15
198:23 199:4
**ahmad** 2:4,6,7
101:23 112:16
114:24 127:21
140:13 151:15
151:20 156:9

174:7 183:25
219:21 233:2
238:11,14,18
238:23 239:6
244:16
**airport** 9:16,19
**aka** 197:13
**alcohol** 7:9,10
**allege** 215:14
**alleged** 226:9
230:18
**alleges** 221:7
**alleging** 225:24
**alleviating**
142:8
**allow** 106:10
**alvelo** 237:19
237:22,23
**amended**
232:21
**america** 11:25
12:13 189:14
189:16 190:20
**american**
168:10,11,12
186:11 191:15
199:24 200:2
**amex** 185:16,17
191:7 199:9,11
**amount** 162:5
184:17 205:25
206:19 213:18
220:20 225:25
**amounted**
196:5

**amounts**
187:12
**anemia** 228:23
228:24 229:2
**anicette** 11:15
11:18
**answer** 6:2,8,9
6:13,14,16 7:3
19:19 20:14
21:8 28:23
50:23 56:20
60:2 65:9
80:24 83:11
87:8,19 90:18
90:22 96:19
104:7 106:7,10
106:14 107:5
107:11,18
108:15 114:14
114:19,19
116:11 129:23
131:11 134:7
135:3,8 136:14
138:2 140:8
142:14,21
143:15 149:18
150:10,13,15
152:5 153:2,16
153:23 155:20
156:12 161:11
166:25 167:2,6
167:8 171:13
171:15,23
174:5,15,24
177:19 179:6

185:6,14
193:23 195:14
198:17 216:20
216:23 220:16
222:16 226:6
231:13 241:21
242:2,4 244:18
244:20,22
245:2,4,10,11
245:17,19
246:16,17
**answered** 90:4
90:17,20 93:19
137:6,23
156:15
**answering** 5:16
121:11 153:21
**answers** 165:23
245:15
**anybody** 19:12
67:22 68:3,15
87:22 97:22
155:15 157:14
217:19
**anymore** 133:8
133:25 149:23
163:13 237:18
248:3
**apartment**
10:22 53:25
57:13
**apologize**
190:19
**apparently**
207:21

**application**
133:15 137:20
213:2
**applied** 24:23
26:8 52:4
126:20 206:19
212:19
**apply** 52:5
128:19 130:15
130:17 131:17
150:19 237:5
**appointment**
26:16 66:3,4
67:5 68:7
71:12 74:25
146:21,23
**appointments**
26:19
**appreciate** 53:6
183:18
**appropriate**
174:12
**approximate**
90:25
**approximately**
137:11 167:19
**april** 26:18
92:17 178:18
188:8
**argue** 158:18
158:19
**argyropoulos**
1:11,12 2:13
2:13

**arrest** 59:22
**arrested** 9:18
  16:21 60:5
  85:13,14 86:7
**arrive** 7:25
  29:16
**arrived** 8:20
  9:11,12,15
  13:15
**asked** 5:20
  46:19 47:3
  54:23,24,25
  60:15 65:17
  69:21 83:7
  86:21 90:16,19
  93:18 106:19
  137:6,23
  145:19,21
  156:13 157:18
  157:25 158:15
  159:2 167:23
  171:11 174:7
  183:19 186:8
  186:19 194:4
  195:12 196:12
  236:17 246:8
  246:19,20
**asking** 4:19
  5:15 44:6 64:5
  89:18,19 90:24
  97:7,8 98:6,7
  101:19 104:10
  105:3,4 106:16
  106:22 107:3
  111:18,20

112:8 113:20
114:20 137:9
139:25 140:4,6
145:8,9 147:6
162:4,15
165:16 171:7
173:11,14
175:7,22
198:19,20
200:5 202:10
206:13,14,16
206:18,24
207:22 218:2
245:18,20
246:5
**asleep** 138:22
**assigned** 39:24
**assistance**
  104:19
**assistant** 35:19
  217:24 236:14
**associate** 33:9
**associated**
  32:20
**associates** 2:8
  2:18
**assume** 6:4
  53:9,22 57:11
  57:18 58:7
  62:22 63:7
  64:17 119:21
**asthma** 48:10
  48:16 227:11
  227:11 229:5
  229:11,12

230:13,16
**at&t** 111:3
**atm** 99:20
**atny1** 81:16
**attached**
  133:25
**attack** 57:5
**attention** 128:2
**attorney** 62:8
  89:4,5 90:12
  93:11 98:3
  102:11 104:18
  111:12 112:6
  112:11,13
  114:13 117:25
  171:14,22
  173:8 194:22
  246:8
**attorneys** 2:4,9
  114:8 117:23
  170:21 171:11
  171:20 195:5
  206:9 214:18
**attribute**
  175:24
**attributed**
  141:6 173:3
**au** 23:6,7
**august** 137:12
  181:18 190:4
**aunt** 11:8,14
**aunt's** 10:16
  11:12
**auntie** 11:3
  12:20 14:23

15:2,4 19:10
66:17 97:2
**authorization**
  8:15,17 227:25
  252:10
**authorized**
  3:10
**auto** 1:8,9 2:9
  2:10 207:23
  255:2
**available** 28:13
  54:2 72:12
  193:6
**avenue** 2:14
**aware** 148:16
  149:8 181:20
  181:23 206:22

**b**

**b** 1:8,9 2:9,10
  169:6,14 250:2
  250:9
**baby** 165:5
**back** 6:19,23
  8:25 13:23
  16:24 17:3
  19:2 22:4
  25:19 29:21
  30:11,13 31:5
  31:25 32:3
  38:17 49:3
  51:24 52:16
  53:11,12 54:15
  56:18,20 57:24
  59:23 60:7,25
  62:2,21 65:16

**[back - bottom]**                                                          Page 6

71:22,23 72:21
73:5,6,8,9,12
73:14,16 80:22
82:4 84:17
86:10,15,15,20
87:3,5 96:9,11
110:7 115:4,6
133:6,20
146:21 160:12
160:24 161:2
163:12 165:18
166:14 173:23
188:4,6 190:18
195:22 203:21
204:2 214:8
217:6,6,23
218:11,11,25
220:12,16
221:25 228:17
231:20 233:18
237:10,11
241:5
**bad**   48:11
60:11 154:22
**bag**   9:24 10:6
233:11
**bags**   140:3
232:18,23
233:6,15,24
234:3
**balance**   190:24
191:3,7,16
**balances**
193:13

**bank**   30:4
35:23 36:23
37:2,3,6,16
38:4,9,18
124:23 151:2
178:7,11
180:19 184:12
184:17 189:13
189:16 190:20
202:14,15
216:14 221:9
224:18 226:3
236:15,18
237:15
**based**   107:5
150:9,12
**basic**   155:3
**basically**   17:8
40:24 41:11
44:20 65:4
82:2 92:11
149:4 218:24
235:21
**bates**   125:24
127:24
**bathroom**
63:15 217:24
218:14
**beard**   69:10,11
**bed**   163:11
**bedroom**   15:6
15:14,16,17
**behalf**   105:23
**behavior**   239:6

**believe**   18:23
61:15 65:4
110:5
**belly**   69:8
**benz**   212:15
250:15
**best**   234:16
235:6
**better**   36:2,3,4
81:13 135:4
136:18 156:17
205:15,16
212:8 218:17
**beyond**   148:18
214:3
**big**   16:3 56:4
69:9 85:3
233:12
**bigger**   205:13
**bill**   120:6
138:13 174:20
**bills**   145:10
147:17 149:13
**birth**   21:18
**birthday**   14:15
22:21 48:21,22
226:21 235:16
235:17 236:11
**bit**   212:6
**black**   42:15
76:23,23 77:12
232:18,23
233:6,9,14,23
234:3

**blackmail**
233:5
**blank**   90:7
**block**   59:17,25
60:10 94:22
**blocked**   59:16
86:23 94:15,16
163:8
**blocking**   86:24
**blood**   66:21,23
253:16 254:15
**blow**   212:6
**bm**   46:21,22
**bmw**   46:15
49:6,10,18
57:20 58:13
59:2 67:23
99:7 122:21
141:7 143:2
144:5 147:10
147:13 148:13
148:19 166:3
202:25 224:20
251:16
**born**   7:17,19
21:19
**bos**   108:6
**boss**   108:9
216:23 217:25
221:9,19
237:14
**bother**   44:23
62:16
**bottom**   125:25
127:25 131:25

**[bottom - calling]** Page 7

178:2,14 193:9
197:12 200:20
**bought** 29:7,24
30:7 31:11
119:9,20
135:16 149:14
166:9
**box** 20:4,7
53:20 128:21
129:2,3,9,13
**boxes** 128:3
**boys** 55:21
**branch** 38:18
**break** 62:17
103:25 104:3
109:4 152:3
159:18,25
160:9
**breathe** 230:10
**breathing**
48:15
**bridges** 141:20
**brief** 139:10
172:16,22
174:13 177:5
183:21
**bring** 54:5
57:24 58:14
61:10 62:13
77:2 80:21
81:21 82:14,17
82:18 85:3
86:22 87:11,12
87:25 95:18,21
96:15,23,24

97:10 120:2
145:14,18
146:15 152:8
154:18,23
157:14,17
158:16 159:6,7
163:12 206:15
**bringing** 154:8
214:7 219:21
**broadway**
36:20,20 38:19
**bronx** 34:12,14
34:15 38:11,15
40:16,22 41:7
61:18 143:18
145:12
**brooklyn** 2:6
12:15,16 21:22
22:14 30:2
43:24 59:24
60:7 88:10,25
92:13 110:7
145:17 164:7
211:17 218:25
231:20
**brother** 15:12
50:19 55:6,19
56:3,11 64:21
64:22 65:14
86:2 164:22,24
164:25
**brought** 45:8
77:4 87:3
155:25 157:16
157:19

**brownstone**
19:7
**build** 18:17
131:16 166:15
166:16 167:14
182:23 201:21
**building** 19:14
19:22 22:12
**built** 164:20
**bunch** 152:9
**business** 33:6
36:18
**busy** 69:15,18
**buy** 46:11,15
50:11 61:14,21
79:11 105:17
131:18 146:14
147:22 156:2
166:9,17
168:24 190:10
201:21 207:25
210:23 211:10
234:2
**buying** 70:22
119:15
**buys** 79:18

**c**

**c** 2:2 4:2 11:19
25:12,15
196:24 197:4
249:2 250:11
253:2,2 254:2
254:2
**call** 42:2,17
43:18 45:11

46:10 47:8
54:25 58:17,19
66:17 77:24
88:10,11 89:10
90:3,12 92:4
93:8 96:6,9,11
97:24 116:9
120:15 137:18
148:14 165:16
169:19 176:16
176:22 186:10
214:9 218:10
218:11 220:7
221:19 222:8
222:10 225:12
225:12 226:14
227:24
**called** 4:3 42:10
42:16 46:11,21
47:11 49:20,24
50:2 59:25
65:22 66:3
68:6,18 85:12
85:14 86:14
88:23 94:12,17
94:18 96:25
98:21,22 99:18
101:22 115:17
116:4 120:3
135:21,24
137:12 201:12
204:6
**calling** 60:9,10
66:16 76:5
80:22 86:22

**[calling - caused]**

| | | | |
|---|---|---|---|
| 88:12,16 108:5 | 161:24 182:2,3 | 148:23,25 | **care** 11:3 34:13 |
| 108:12,13,14 | 189:21 194:13 | 149:3 156:3 | 34:14,15 37:23 |
| 108:14,16,21 | 196:3 202:25 | 163:23 194:13 | 38:11,13,15 |
| 108:23 126:19 | 213:8,20 | 207:20,24,24 | 39:4,19,20 |
| 132:10 135:10 | 216:20 217:22 | 208:2,2,3,4,5 | 40:16,22 53:5 |
| 135:14 138:7 | 218:9 222:20 | 209:21 210:11 | 81:4 82:3 |
| 157:11 163:5,6 | 222:21,23 | 210:17,18,19 | 96:15 115:19 |
| 163:7 179:16 | 223:4,20 230:2 | 210:21,22,23 | 233:23 |
| 187:21 216:8 | 239:24 241:7 | 210:23,25 | **case** 1:6 5:6,9 |
| 216:18,21,22 | 242:6 243:25 | 211:4,7 212:16 | 10:5,8 43:25 |
| 217:22 222:9 | 250:8 | 212:18,20 | 47:17 57:12 |
| 222:11 239:24 | **car** 25:18 27:11 | 230:8 231:3,5 | 62:23 92:21,25 |
| 240:9 242:18 | 27:24 28:4,9 | 231:6 232:2,5 | 93:4,6,9,12 |
| **calls** 95:12,16 | 28:13,19,20,25 | 241:8 | 101:13 102:6 |
| 241:16 | 29:6,23,25 | **card** 8:7,9,10 | 102:11 113:17 |
| **camera** 144:4,5 | 30:9,10,22,23 | 18:4 42:3,5,6,8 | 113:21 114:9 |
| **canarsie** 22:8 | 46:12,12,15 | 42:11,18 45:12 | 114:10 117:17 |
| 22:10 49:25 | 50:11 55:2 | 57:2,3 76:2,3,8 | 150:5 160:19 |
| **capital** 57:25 | 57:20,24 61:14 | 76:9,11,12,15 | 161:14 162:24 |
| 61:11 80:22 | 61:21,24 68:17 | 150:2 168:13 | 164:13 166:2 |
| 81:24 87:13,16 | 70:22 73:2,3 | 178:11 182:9 | 194:24 207:11 |
| 87:24 88:2,4 | 75:6 79:12,18 | 185:18 186:21 | 214:17,19 |
| 99:18,19 100:9 | 80:22 81:3,5 | 186:22,23 | 225:21,23,25 |
| 100:15,19 | 81:21 82:4,14 | 187:18 188:21 | 255:2 |
| 101:3 103:11 | 86:2,4,6,10,14 | 188:22 189:14 | **cases** 44:2 |
| 104:14 108:15 | 86:15,16,17,18 | 189:17 190:10 | **cash** 190:11 |
| 117:2,18 119:4 | 86:20 87:3,4 | 190:25 199:11 | **cashier** 35:18 |
| 119:7 120:5 | 87:11,12 95:20 | 199:14,22 | **cause** 51:6 |
| 125:8 132:6,22 | 96:14,24 97:3 | 200:3,11 201:9 | 197:25 232:5,9 |
| 133:5,10,23 | 97:4,4,9 | 201:11,14,14 | **caused** 172:12 |
| 135:10,14,17 | 100:19 119:9 | 201:17,19,20 | 173:5 175:25 |
| 135:20 137:12 | 119:15,20 | 201:23 202:8,9 | 219:5 220:22 |
| 138:7,12 | 120:6 135:16 | 202:15 208:14 | 221:2 226:10 |
| 146:15 150:19 | 143:8 146:2,2 | **cards** 149:15 | 247:9,10 |
| 150:21 152:15 | 146:3,3,14 | 168:22 190:9 | |

**[causing - come]** Page 9

causing 187:12
193:18
celebrate 48:20
cell 54:18,20,22
center 38:10,12
38:13 39:4
central 40:10
century 200:12
200:14,20
ceremony 56:7
certain 139:19
139:19 141:5
142:25 144:3
160:20 161:15
188:3
certainly 196:2
210:13
certification
3:7
certify 249:4,8
253:9,14 254:8
254:13
chair 70:6,8
209:6
change 25:14
25:20 26:9
39:13 60:12
87:3 151:17
211:3 212:17
246:9 255:5
changed 25:16
25:24 110:2
210:19,21
changing 246:7

charge 178:10
191:11
charges 187:11
187:18
charging
189:21
charles 196:24
check 42:25
116:7 118:16
128:18,25
129:13 130:4
130:10 183:7
247:3,4,5
checked 100:23
128:2,9,10,21
129:3,9
checking
150:21 168:22
182:20,25
183:3,5 237:4
247:2
child 44:20
45:2,3
children 20:19
45:5
chose 54:11
152:8 154:18
chumas 1:24
109:8 253:7,23
circle 176:24
177:10 233:11
circumstances
5:3
citizenship 8:5

city 33:23
civil 1:22
claim 122:13
137:20 139:20
140:22 161:6
161:17 195:7
207:13 210:8
223:21 224:20
claimed 161:7
161:8 207:10
224:19
claiming
139:18 160:19
162:5 164:14
165:25 225:20
225:23 229:25
claims 161:15
162:23 163:2
class 24:15
25:8,9,12,14,15
25:17,20,22
29:11 32:4
33:18,20
clear 122:10,11
157:10
clearly 171:14
click 129:16
client 106:9
114:13 158:20
171:14,22
195:11 214:8
client's 214:3
close 15:6
88:15 92:7
138:23 188:15

188:16,21,22
189:18,20
190:4,6,7
191:17 201:16
247:20,22
closed 70:24
187:8,11
188:11 189:24
189:25 190:2,4
190:21,21,25
192:4 199:25
200:23,25
201:4,7,13,14
201:15,24
208:14
closing 189:22
clothes 63:15
163:24
cocaine 9:24
code 92:9
collect 138:15
collection
148:3,4,6,9,12
149:13 251:15
collections
191:5
college 33:15
33:21 34:2
37:20
columbus
200:22
come 9:9 10:18
12:13 17:3,10
23:22 24:22
29:4 30:2

**[come - convicted]**

45:18 49:21,23
57:7 59:23
60:7 62:2,7
64:4 67:8
69:17 70:8,14
70:16,20 71:16
71:19 72:6,8
72:10,11,21
73:5 74:14
75:4,5 76:16
77:25 79:11,21
80:19 81:13
86:8 88:20
92:9,14,20,23
110:7 120:4
139:6 146:20
155:6 157:6
170:21 198:6
198:11,20
203:21 205:23
218:25 222:10
231:19 239:4
247:16
**comenity** 178:6
180:19
**comes** 20:2
22:15 214:6
**comfortable**
246:6
**coming** 15:19
22:14 34:10
42:19 43:14,21
47:7 54:7
63:12 64:10
75:2 103:7

132:14 141:11
144:24 150:22
151:3 157:20
165:7 208:16
211:11 216:9
217:3,6,6,23
221:25 242:14
**commenced**
4:19
**comments**
214:14
**commission**
255:25
**commit** 244:7
**communicate**
55:4
**communication**
89:17,19,20
112:18,20
171:15
**communicati...**
106:9 107:4
**companies**
152:10
**company** 99:19
191:10
**comparable**
213:12
**compared** 85:2
**complaint**
134:2 214:16
214:18,21
215:2,10,12,13
221:6 226:9
230:19 232:17

232:21 233:3,4
237:9
**complaints**
38:24
**completely**
241:18,24
**complies** 126:2
126:6 127:10
178:3 189:12
190:14 192:10
199:8 200:10
205:14 207:17
212:4,9
**computer**
152:22 180:2
**concentrated**
221:17,22
**concerned**
218:8
**concerning**
148:12 169:21
251:16,18
**concluded**
248:18
**conclusion**
241:17
**congratulations**
20:23
**connect** 146:5
**considering**
102:21
**constant**
229:13
**constantly**
229:16,16,19

229:23
**contact** 89:21
93:14,16,17
100:7 182:2
215:4
**contacted**
89:24
**contents**
111:21
**continue** 95:25
97:16 155:19
242:7 243:13
**continued**
242:22 251:21
**control** 79:21
156:10 158:7
**conversation**
47:18 49:5,9
49:17 51:12,16
62:8 69:14
72:14 79:14
91:20 93:21
94:9 95:25
96:14 97:14,16
97:22 101:25
102:2 105:4
112:5 113:12
113:15 114:24
115:9,12 158:3
158:4
**conversations**
107:6 150:10
150:12
**convicted** 10:9
44:15

**[cool - credit]**                                             Page 11

cool  49:12
copied  162:11
copies  123:21
  162:11,16,17
cops  44:10,19
copy  3:13,16
  27:3 77:9 79:4
  120:7 121:19
  159:11,12
  161:19,23,24
  161:24 248:12
copying  161:16
  161:21 162:6
corner  15:9
  184:12
correct  5:24
  9:19 13:21
  15:15 16:13
  22:24 25:8,12
  25:13 27:8
  29:12,18 31:6
  31:21 32:4
  51:18 53:14,15
  55:7,10,11
  60:4 65:18
  66:7 71:3 78:9
  84:18 95:14,15
  100:16,19
  103:21 105:25
  110:7 117:11
  122:14,17,22
  122:25 123:8,9
  123:23 127:3
  133:8 136:3,6
  136:11 137:21

138:9,16 141:7
142:4 143:2,8
147:3 148:7
164:11,14,17
164:19 166:4
168:4 170:6
177:15 178:11
182:10 184:18
187:12 189:2
189:14 190:22
195:20 201:24
208:3,7 217:9
217:12 218:6
219:2,3,5
221:2,16,19,24
223:16 224:3
224:11 242:14
243:9 244:4
245:11 249:9
correctly  48:8
  128:19 132:4
  225:6
corroborate
  228:3 252:11
cosmetician
  233:22
counsel  3:5,16
  135:5 250:19
count  44:8
country  36:8
  60:19 66:16
  81:13 232:5
county  253:5
  254:4

couple  109:12
course  191:2
  232:12,15
court  1:2 2:5
  3:12 4:7,10
  5:13 6:20
  11:17 12:25
  43:23,24 56:6
  58:14,16 89:2
  89:3 90:7
  92:13,15,17
  94:2,4,5 109:7
  125:16 127:5
  146:22 172:18
  173:16,20
  174:7 179:12
  183:17 196:23
  204:14 214:5
  220:9 234:7,10
  237:20 239:8
  240:17,21
  248:9,14
courtroom  4:24
cousin  66:15,17
covid  26:15
  47:22,23,25
  48:9,11,14,17
  79:17 80:12,13
  158:8,9,10
  211:11
crazy  99:22
credit  57:2,3
  100:10 105:15
  129:10,15,18
  130:3,4,5,10,11

130:12,14,15
130:20 131:14
131:15,15,16
131:16 147:15
147:16,18,19
147:21,24
149:14 152:16
166:2,7,11,12
166:15,16,18
166:20 167:11
167:11,13,14
167:16,17,24
167:25 168:11
168:18,18,20
168:21,22,25
169:2,22,24
170:11,14,16
170:22 171:2,8
172:12,23,24
174:18,18
175:3,5,12,19
175:25 176:10
176:16,21
177:14 179:4,8
180:15 181:3
181:16 182:20
182:21,22,24
182:25 183:2,3
183:6 185:3,17
186:21,22,23
186:25 188:21
188:22,25
189:14,17
190:9 192:24
193:5,7,10,13

193:18 194:11
195:17,19
196:4,6,7
197:25 198:7
198:21 199:2
199:11,13,22
200:11,12
201:9,11,18,20
201:23 202:7,8
202:9,15 203:2
204:7 206:7
207:13 208:6,9
208:11,14,15
208:15,19
209:21 210:11
213:4,13
224:11 240:11
243:24 250:12
250:13 251:18
251:19 252:4,6
**creole** 7:22,23
**crime** 10:10
**criminal** 44:16
44:22 243:16
**crying** 81:12
215:15,17,22
215:23 216:2,6
217:21,24,25
218:2,13
220:21 239:18
239:24 240:6
242:9 243:8
246:3
**curious** 63:17

**current** 8:4
11:24 21:25
23:9
**currently** 12:18
40:4
**customer** 30:5
37:9,11 38:24
40:17 70:18
79:19 97:17,18
97:19,20
146:16 150:24
151:2 155:6
187:22 189:19
190:5 216:18
216:24 218:3
221:14,15,18
223:5 236:20
236:22 237:6
**cv** 1:6

**d**

**d** 1:8,9 2:9,10
3:2 11:18 25:8
25:9,14,17,20
26:9 169:5,5,9
203:11,14
234:14,15
237:23 249:2
250:12 251:2
**dad** 14:21
15:25 49:20
50:3,19 55:21
56:8 57:4,4,6
60:15 66:19
80:18,18
109:22,25

120:3
**daddy** 29:3
**damage** 168:20
**damaged** 140:7
155:4 166:2,7
**damages**
139:19 160:20
162:5 207:12
225:24
**dark** 233:11
**darline** 234:14
234:16 236:6
**date** 1:15,23
8:8 18:12
21:18 49:2,19
67:11,16,18,20
89:20,23 90:11
91:17 93:20
98:6,9,11,13
102:14,15
106:17 107:12
120:17 125:20
126:23 137:9
137:10,18
143:23 146:6
169:15 170:5
174:19 180:21
181:22 182:3,4
182:5 197:5
203:15 205:7
212:3 223:24
224:7 251:12
255:3
**dated** 170:22
250:10,11,14

250:17
**daughter**
234:17,19,21
**david** 1:11 2:12
**day** 29:2 59:22
60:5 67:25
68:2,9 72:17
72:24 86:17
89:21 90:14
98:19 115:14
116:6 120:25
165:6 167:22
175:16 183:7
222:8,17
223:12,13
225:5 229:24
230:6,21,22
249:19 253:20
254:19 255:22
**days** 3:15 41:15
72:7,21 73:5
73:12,16 74:9
178:24 179:15
179:23 180:3,4
180:6,6,9,14,23
181:3,18,19
182:9 184:21
188:11,25
192:15,18,23
222:12 225:8
225:10,12,17
**dead** 10:17
**deal** 65:24
104:20 217:4
217:11

**[dealer - dismissed]**

**dealer** 86:13
97:23 108:13
145:6 157:4
175:18 243:18
243:23,24
246:24,24
247:12,13,14
**dealer's** 216:21
**dealership**
65:25 67:6,9
67:23 68:4
70:4 72:24
84:10 86:9
87:23 94:10,11
95:3,13 97:9
98:25 99:6
105:24 117:18
119:7,14
120:18 122:3
122:13,14
123:25 124:17
130:9 139:21
140:7,23
150:20 154:3
155:4,5,25
156:22 157:12
157:14 240:10
241:10 242:5
242:17 243:4
244:6 251:12
251:14
**dealing** 81:10
**deals** 94:23
**debit** 190:10

**december** 14:7
38:6 49:11
124:25 125:3,4
236:24
**deception**
154:16
**decide** 102:16
**decided** 9:10
37:22 83:6
96:8
**decision** 106:13
106:23 223:20
**defendant** 1:21
113:13 207:14
**defendant's**
125:11,18
126:11 169:13
197:3 203:13
205:5 211:25
250:4
**defendants**
1:13 2:9 4:18
113:22
**definitely** 13:25
21:19 27:4
48:4 51:19
57:17 68:24
226:13 230:6
233:16 240:4
**degree** 32:20
32:23 33:9,12
33:25 34:17
**delete** 84:4,4
**delinquency**
192:15 208:23

209:9,12 213:6
**delinquent**
136:10 181:18
181:19
**deliver** 20:2
42:15
**delivery** 32:15
**delmas** 23:4
**demand** 121:4
**denied** 186:6
207:13 208:6,8
**department**
25:4 199:10,12
200:12,20
**deposed** 113:23
**deposit** 98:4
**deposition** 1:19
3:7,8,13 4:21
40:13 62:10
111:14,17
112:9 113:8,13
113:16,21
114:9 116:14
117:8,24
118:10,11,13
118:20,21
206:17 211:23
214:3,6 238:10
239:4 241:24
247:23 255:3
**depressed**
145:4
**describe** 68:23
75:19 76:19

**described** 19:4
19:13 71:8
74:15 77:11
**description**
250:7
**desk** 70:11,13
121:16
**destroy** 164:23
**detail** 76:20
**detective** 59:16
59:25 62:11
175:6 181:13
**determined**
133:15
**diane** 1:11 2:13
**died** 10:17
**different** 19:4
19:15 41:12
71:25 94:19
119:6 150:23
159:16
**difficult** 117:7
**diploma** 34:3
**direct** 128:2
**directly** 179:18
**discipline**
38:22
**discussion**
16:11 34:22
78:5 113:16
114:7 115:15
220:11 238:4
**dismissed** 10:5
10:8 92:21

| | | | e |
|---|---|---|---|
| **disrupted** | 252:2,3 | 29:12,17 30:19 | **e**  2:2,2 3:2,2 4:2 |
| 128:22 | **doing**  32:21 | 31:2 51:22 | 11:19,19 13:10 |
| **distress**  219:5 | 39:6 47:12 | 52:8,10,15,16 | 25:22 26:9 |
| 220:21 243:8 | 63:4,6 74:24 | 53:10,25 57:12 | 29:11 32:4 |
| **district**  1:2,2 | 81:14,15 82:13 | 78:18,21 79:5 | 116:18 117:5 |
| 62:8 89:4 | 85:22 86:3 | 79:5,9 84:25 | 118:4,5,7,9,14 |
| **divorced**  18:15 | 87:11 94:25 | 121:19,20 | 118:17 138:10 |
| **dmv**  31:25 52:5 | 95:6 102:22 | 123:3,4,6,7,21 | 169:10 203:10 |
| 79:10 129:4 | 146:13 186:12 | 159:11,12 | 204:6,7 205:3 |
| **doctor**  227:7,9 | 186:25 188:2 | 243:2 | 205:6 234:14 |
| 227:13,25 | 191:23 234:8 | **driving**  23:23 | 234:15 235:3 |
| 228:2,6 229:4 | 235:17 237:8 | 24:15 25:18 | 237:24 248:6,7 |
| 229:6 230:12 | 238:2,15 | 99:21 | 248:8 249:2 |
| 230:14,15 | 241:19 242:5 | **drop**  166:11 | 250:2,13 251:2 |
| 252:9,11,12 | **dollar**  132:25 | 168:2 191:20 | 253:2,2 254:2 |
| **document** | 140:21 162:4 | 191:21 192:3 | 254:2 |
| 121:2 125:18 | **dollars**  139:25 | 193:21 195:20 | **earlier**  40:12 |
| 126:15 127:13 | 140:8 | **dropping** | 109:13 164:17 |
| 133:23 169:13 | **door**  54:2 | 166:13,13,13 | **early**  50:14 |
| 170:17,18 | 177:2 | 166:13 167:13 | 64:4,10,10 |
| 173:12 194:2 | **dots**  178:14 | 216:8 226:22 | 71:11,12 73:13 |
| 197:3 203:13 | **doubt**  219:23 | **drove**  31:3 | 94:6 149:25 |
| 205:5,21 | **drank**  7:10 | 32:11 | 182:2 216:17 |
| 207:19 211:25 | **drive**  26:2,21 | **drugs**  7:14 | 242:15 |
| 212:14 214:22 | 27:21,23 29:21 | **due**  160:20 | **ease**  204:15 |
| **documentation** | 30:23,25 31:4 | 187:12 191:8 | **easier**  183:14 |
| 65:18 103:14 | 31:5 32:7,9 | 192:15 | **easy**  131:22 |
| 168:7 169:21 | 72:25 | **duly**  4:3 249:5 | 216:10 |
| 195:6 251:18 | **driver**  26:2 | 253:11 254:10 | **education** |
| **documents** | 27:21 | **dumel**  234:14 | 32:19 |
| 104:13 117:7 | **driver's**  20:15 | **dump**  121:2 | **educational** |
| 118:8 162:9 | 23:9,11,16,17 | **duties**  39:18 | 33:13 |
| 169:20 195:9 | 24:10,13,23 | 236:18 | **effect**  3:11,14 |
| 207:11 251:9 | 25:2,6,10 | | 78:8 |
| 251:10,17 | 26:13 29:10,11 | | |

**[either - explain]** Page 15

either  18:19
  51:24
elevator  19:9
email  90:2,4
emails  90:2
emma  101:22
  112:15 113:10
  114:8,24
  115:10,17
emmanual  15:9
  15:10,15 17:15
  17:25 28:21,24
  41:19 43:6
  45:19 46:6,21
  46:22,22 47:16
  48:6 49:4,8
  50:3 55:19
  57:19 58:25
  62:14,22 77:9
  78:20 83:25
  86:10,16 87:11
  94:20 96:24
  97:2,3 108:13
emmanual's
  78:19 79:5
  84:24 108:21
emmanuel
  119:9,15
  121:20 122:22
  123:4 129:7
  148:17 150:4
  150:19 151:3
  152:8,13,15,18
  153:11 154:15
  154:25 156:21

157:6,8,13,16
  159:11 163:4
  164:10 172:11
  173:4 175:4,10
  175:18,24
  181:21 182:16
  186:6,15
  194:12 213:8
  213:20 218:16
  218:21 220:22
  227:3 230:3
  231:9,17,18
  241:9 242:17
  242:25 243:5
  243:16,19
  244:2,7,8
  246:23,23
  247:3,4,6,9,10
  247:14,15
emmanuel's
  123:7
emotional
  140:3 220:20
employ  124:23
employed  35:2
  35:11 36:25
  37:3
employee  151:2
  157:7,7,21
employees
  79:24 80:5,8
employment
  34:24 35:21
  38:8 124:24

endurance
  151:18
entire  126:5
entrance  19:15
  19:16,20
equifax  203:8
  204:9,20
  250:12
errata  255:1
esq  2:6,15,18
establish  168:7
  194:23
established
  209:3
establishment
  36:17
event  210:15
everybody
  54:11,13
  183:22
evidence
  175:10
exact  137:10
exactly  169:2
  180:25 224:7
examination
  4:14 109:10
  238:5 242:22
  248:17 251:4
  253:10,12
  254:9,11
examined  4:5
example
  178:17

except  3:20
exchange  208:5
exh  250:8,9,11
  250:12,13,15
exhibit  125:8
  125:11,14,19
  126:11 131:23
  134:2 139:12
  169:6,9,14
  196:20,24
  197:4 203:9,11
  203:14 204:6
  205:3,6 211:21
  211:22 212:2
  250:6,6
exhibits  250:4
  250:19
expand  126:4
expended
  160:21
experian
  105:16 129:15
  169:9 174:19
  250:9
experienced
  128:7
expired  25:3
  52:3
expires  255:25
explain  74:6
  77:8 81:18
  87:23 111:25
  112:3 119:10
  140:13 218:17
  223:6 231:3

**explained**
65:22 88:3
229:8
**explaining**
17:21 88:12
227:9
**explanations**
194:11
**express** 168:10
168:11,12
186:11 191:15
199:24 200:3
**extend** 209:20
**eye** 43:8,8
**eyes** 140:3
232:18,24
233:6,7,8,10,15
234:4

**f**

**f** 3:2 4:1,2,2 5:1
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1

52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1

138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1,14
197:18 198:1
199:1 200:1
201:1 202:1
203:1,9 204:1
205:1 206:1

207:1 208:1
209:1 210:1
211:1,22 212:1
212:2 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1,15 251:1
252:1 253:1,2
254:1,2
**fa** 197:13
**face** 69:12
70:16 92:10,10
**fact** 9:15 133:3
217:10 219:5
240:11,11
**factors** 208:18
**fair** 6:3 41:13
41:14 81:11
110:14 137:25

**[fair - five]** Page 17

220:20 228:17
**fairly** 240:15
**fairview** 38:10
38:12,13 39:4
40:10,15,21
41:3,14
**falsified** 155:9
**familiar** 214:17
214:20
**family** 16:2,4
44:7,18 48:5
48:16 55:25
56:7 60:15
62:15 64:18,19
64:20,21 66:16
66:17 81:14
163:10 165:6
186:8 211:14
**far** 197:23
**farah** 1:3,20
2:5 4:9 47:9
49:22,22 54:25
109:15,16,18
110:2 120:17
127:17 197:14
197:19,20
218:2,3 249:15
251:11 255:2,3
255:21
**farragut** 13:20
13:23 14:4,11
15:24 19:3
21:23 27:6
28:11 45:6
48:2 57:14

63:9 127:3
138:15 149:20
211:16
**fat** 68:25 69:4
**father** 16:17
21:2 77:20,22
77:25,25 78:2
138:21 139:4,4
154:7 186:20
**father's** 66:13
**fax** 223:8
**february** 9:3
30:24 184:20
185:21 187:2
**federal** 1:22
88:10,25,25
**fedex** 162:10
**feel** 107:19,21
107:23,25
217:5
**felix** 109:18
**fico** 192:23
**fight** 16:3
17:17 48:5
51:9 57:3
**fighting** 17:19
165:7 186:23
186:24,24
**figure** 18:24
177:9 215:24
217:3 221:10
225:15 237:11
**figured** 156:16
**file** 78:16
100:12 102:19

104:25 105:8
106:3,13,24
123:23 213:6
**filed** 105:22
137:19 138:3
214:18
**filing** 3:6
**fill** 223:13
227:23
**filled** 126:22
**filling** 247:6
**finally** 12:2
70:16
**financial**
250:15
**find** 42:23
45:22 46:9,19
46:20,25 47:10
49:19 51:14
60:24 65:23
66:2 93:7
172:9 175:3,9
182:6 191:22
**fine** 142:19
146:2 153:9
174:11 204:11
204:18 214:4
**finish** 5:15 11:5
32:14 70:22
71:21 99:3
138:23 153:2
155:20 160:3
165:22 244:21
244:25 245:3,6
245:8,16

**finished** 82:15
126:13,16
247:22
**fire** 36:15
**firefighter**
145:25
**firm** 102:10
**first** 4:3 7:24
11:6 14:23
15:2,3 17:20
17:22 21:3
23:20 24:9
34:25 35:10
36:25 41:24
43:5,7 46:5,8
46:10 48:11,12
49:16 50:5
51:7,8 53:9
54:17 61:3,5
61:15 67:21
73:24 78:14
79:8 85:21
98:2,10 100:2
101:9,10,12,19
105:11,14
128:17 129:25
135:20,24
136:19 155:22
158:14,21
208:22 212:16
212:20,22
216:12 227:20
249:5
**five** 151:13
203:16

**fix** 76:25 78:10
  78:13 80:18
  83:7 100:9
  105:12,19
  108:7 222:17
  225:15
**fixed** 100:18
**flag** 48:23,24
  49:2
**floor** 14:23
  15:2,3,4 48:12
  48:13 57:13
**floors** 19:4,6,9
**fluid** 39:21
**focused** 225:14
  225:14
**following**
  219:10 220:2
  251:21
**follows** 4:6
**food** 35:4,6,7
  35:11,21 54:14
**foot** 83:14
**force** 3:14
**foregoing**
  249:8
**forget** 58:19
  112:22
**forgot** 109:13
**form** 3:20 6:7
  6:11,16 7:2
  8:14 9:21 10:3
  12:9 19:18
  20:13 28:15,23
  31:23 52:21

55:9 63:23
65:7 83:10,14
86:12 87:6,18
91:5 96:18
99:9 100:4,21
101:6 103:23
104:22 105:3
105:10 106:6
107:2,17 110:8
129:22 130:23
131:5,10 134:6
134:22 136:13
137:6,16,23
140:10,25
142:6,12
143:14 144:12
144:18 146:19
149:17 150:7
158:24 161:10
166:23 172:18
173:11 174:2
175:15 176:4
177:18 181:5
182:12 184:24
185:5,25
187:14,20
188:14 189:4
198:4,9,15,23
199:4,19 203:4
206:8 209:24
213:10,15,22
215:19 216:4
217:14 221:4
224:13,22
225:23 226:5

231:12,22
232:11 239:22
240:3,15
241:15 247:6
250:14
**formula** 234:2
**forrest** 40:11
**forth** 30:11,13
  195:22 253:11
  254:10
**found** 43:23
  45:23 52:14
  54:13,14 57:12
  227:2 230:2,3
**four** 163:22
  164:3 203:18
  238:25
**francois** 1:3,20
  2:5 4:1,9,16
  5:1 6:1 7:1,18
  8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1

53:1,8 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1,21
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1,7
105:1 106:1
107:1,10 108:1
109:1,12,15,16
110:1,3 111:1
112:1 113:1
114:1 115:1
116:1,12 117:1
117:22 118:1
119:1 120:1,17
121:1,14 122:1
123:1,19 124:1
125:1,25 126:1
126:9 127:1,12
127:18,25
128:1 129:1
130:1 131:1

| | | | g |
|---|---|---|---|

132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1,17
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1,15 149:1
149:7 150:1
151:1 152:1
153:1,3 154:1
155:1,17 156:1
157:1 158:1
159:1,19 160:1
160:16 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1,3 171:1
172:1,3 173:1
174:1,16 175:1
176:1 177:1,8
177:25 178:1
179:1 180:1
181:1 182:1
183:1,10 184:1
184:6 185:1,9
185:15 186:1
187:1 188:1
189:1,11 190:1
190:13 191:1
191:15 192:1,9
193:1,15 194:1

195:1 196:1
197:1,8,13,21
198:1 199:1,7
200:1,9,17
201:1 202:1,3
203:1 204:1
205:1,10 206:1
207:1 208:1
209:1 210:1
211:1 212:1,7
213:1 214:1,16
215:1 216:1
217:1 218:1
219:1 220:1,19
221:1 222:1,15
223:1 224:1
225:1 226:1
227:1 228:1,4
229:1 230:1
231:1 232:1
233:1 234:1,13
235:1 236:1
237:1 238:1,7
238:12 239:1
239:17 240:1
241:1 242:1,24
243:1 244:1,12
244:17 245:1
246:1,18 247:1
248:1 249:1,15
250:1 251:1,11
252:1 253:1
254:1 255:2,3
255:21

**fraud** 117:2
125:8 133:4
137:20,20
181:10 223:21
237:7,8 250:8
**french** 7:21,22
7:23
**frequently**
230:5
**friend** 10:4
22:3 64:18,20
64:21 65:13,13
94:20 95:6
108:14,21
163:5,9 230:8
232:3 234:16
235:6,8
**friend's** 47:8
49:25
**friends** 235:10
235:20
**front** 89:2
97:17,19
127:13 149:20
151:4 154:10
159:9 174:4,21
192:11 216:24
**full** 39:7,11,12
240:25
**functions** 39:18
236:19 237:3
**further** 3:19
249:8 253:14
254:13

**g** 13:10,10
211:21
**gallery** 207:23
**gary** 35:3,5,11
35:21,22 36:13
**generally** 170:9
**generated**
198:2
**getting** 48:10
74:25 146:25
218:16 229:17
233:9,12 234:8
**girlfriend** 45:7
**give** 20:3,5 26:5
28:4 39:19,20
41:15,16 46:18
50:18 51:23
52:16 53:11,11
53:16,19,20
54:6,9,9 58:15
59:9 61:22
62:2 64:8 66:4
67:11 70:8,20
75:8 76:12
77:14 84:24
89:11 91:16
92:6 118:21
119:19 120:7,9
120:10,14
121:23 138:18
138:20,25
139:3,5,5,8
149:24 153:11
165:23 167:2,3

172:14 174:20
174:21 177:3
203:16 206:24
208:4 210:22
217:11 223:4,5
223:7 240:12
241:8 245:10
245:22 247:6
**given** 59:2
120:17 249:10
251:11 253:13
254:12
**gives** 54:10
**giving** 50:25
88:13 115:18
116:3 163:7
172:24
**glasses** 172:15
**go** 6:13,16 7:3
14:11 16:17,20
16:21,24 19:2
19:10,11,18
21:13 22:14
24:16 28:23
30:3,10,11,11
30:15,16 34:23
37:22 38:17
41:7 42:13,19
42:22 44:2
49:22 58:13
61:13,16,19,25
62:4,21 63:23
65:16 67:4,12
73:6,8,9,11,12
73:14 75:9,16

79:13 80:20
82:25 83:21
84:22 85:25
86:12 87:19
88:19 89:3,25
90:22 92:9
94:4 98:12
99:9 101:6
105:7,10
107:10 111:22
114:13,21,25
114:25 116:18
118:14 120:22
130:7 134:7
137:6,25
138:21 140:10
140:25 143:12
143:17 144:12
145:11,13,17
146:7,9,18,22
148:20 150:15
153:3 158:24
163:9,9 164:22
165:18 166:14
167:10 168:19
168:25 172:12
172:19 173:8
173:11,16
174:8,12 176:4
176:8,12 177:6
182:21 183:10
184:13 185:8
187:25 188:4,6
189:10 190:10
190:12,18

191:4 192:8
193:4,16,20
194:17,19,21
196:15,16
197:18 198:15
198:23 199:4,7
200:8 204:12
204:15 207:15
210:12 214:10
219:8 221:18
222:7,12,18,21
223:3 225:7
229:4 231:6
233:18 238:10
244:10
**goddaughter's**
22:21
**godmom**
234:17,19
**godmother**
234:20
**goes** 75:9
**going** 14:9 16:6
16:14,22 17:2
25:25 27:3,21
36:7 42:17,18
42:23 44:5
45:11 47:4,6,9
47:12 49:11
50:14 51:5
53:16 55:2,23
55:25 56:10
57:24,25 58:3
62:4 63:12
71:17,21 77:7

78:13 80:15,18
80:21 81:21,25
82:3,10,12,21
85:6,11,13,15
86:5,5 89:2
91:22 92:6,8
92:12 93:11,14
95:3 102:10
104:2 106:10
108:3,24,24
113:18 125:14
129:15,19
130:18 131:12
131:13,14
133:11 136:23
140:5 143:17
143:24 145:5
146:4 149:2
154:12 156:3
158:17 159:7
159:20,23
160:3 165:11
166:10,11,18
166:19 172:15
180:3,6 181:11
186:13 188:24
191:4 195:18
195:19 204:8
208:18 210:23
210:24 211:2
216:25 217:2
218:9,10,14
219:12,14,16
219:16 220:4
223:2 225:9,13

230:23,24
231:5,6 233:11
233:12 236:4,7
238:10 239:12
240:5 243:8
**good** 4:16
36:14,16 79:16
103:24 151:23
168:12 187:3
**goodman** 2:8
2:15,18 4:15
4:17 6:19 18:5
34:19 47:14
50:24 52:21,24
53:6 56:17
63:22 65:8
83:18 89:18
90:6,19 95:9
98:7 104:2
106:16 107:7
109:2,11
114:22 115:3
117:20 120:15
120:23 121:10
121:12 123:12
125:6,22 126:3
126:7,8 127:8
127:22 132:17
137:24 139:8
139:11,15
143:24 148:10
149:5 150:14
151:7,19 152:2
152:6,23
153:19,25

155:14 156:7
156:16,19
159:15,24
160:6,14,16,18
160:23 162:2
169:4,17,25
171:17 172:2,6
173:15 174:6
174:14 175:20
176:15 177:23
183:9,20,24
184:4,5 185:8
189:10 190:12
190:15 192:8
194:4 195:3,12
196:15,19,25
197:7 199:6
200:8,19 203:6
203:16 204:4
204:17,22,25
205:9 211:20
212:5,10
213:25 214:11
214:15 215:7
219:14,19
220:3,12,18
222:13 226:14
227:21 234:12
238:14,17,22
239:3,12,21
240:2,14
241:13,23
242:3,23
244:15,23
245:3 246:13

247:18,25
248:13 251:5
**gotten** 147:9
**graduated**
37:21
**graduation**
37:18,19,24,25
236:25
**grand** 12:20
40:10
**grandfather**
14:24 16:24
**grandma** 14:22
15:2 19:10
20:3,6 42:20
43:12,17,18,19
43:20 44:3,6
45:3 53:21
54:6 63:19
66:23 76:16
138:14 211:18
**grandma's**
66:24 67:2
**grandmother**
13:14 14:22
**grandpa** 20:6
46:18,19,19
47:3,8,11
48:11 53:21
54:7,12,23,25
63:20 64:2,7,8
138:15 211:18
**greater** 192:15
**green** 8:6,9,10
42:3,5,6,8,11

42:18 45:12
150:2 178:14
188:8,9
**gregory** 13:10
**ground** 98:20
**group** 1:8,9 2:9
2:10 19:13
255:2
**guess** 29:23
99:16 111:4
114:8 125:10
125:14 159:16
220:4
**guy** 20:2 42:15
54:5,5 68:18
68:22 69:5,6
69:25 73:22
75:10,11,14,20
75:22 76:22
77:12 78:8,19
82:23,24 86:13
95:5 157:4
**guy's** 68:20,21
**guys** 74:2 75:5
79:10,16,23
153:6 158:12
158:13 187:25

### h

**h** 2:15 4:2
196:20 250:2
**hair** 76:23,23
**haiti** 7:19 8:25
22:24 23:2
33:2,17 48:23
48:24 49:2

235:11,12,13
**half** 9:23
**halfway** 192:12
**hand** 29:13
  46:25 118:23
  119:3 148:23
  253:20 254:19
**handed** 63:19
**handled** 57:6
**happen** 49:13
  85:17 92:14
  113:18 117:16
  166:10 181:10
  195:19 219:12
  240:16 242:11
  247:17
**happened**
  60:21,22,25
  62:6 72:4 73:6
  73:19 74:6
  77:7 80:10
  83:4 84:20
  85:8 93:4,5,9
  99:15 100:5,6
  101:21 111:24
  113:12,16,21
  114:11 119:11
  119:15 128:16
  136:20 158:2
  159:17 164:22
  166:3,12 171:4
  175:17 182:6
  195:25 215:24
  217:4 221:13
  222:9 223:11

227:8,9 229:9
  231:24 240:9
  241:10 245:23
  245:25 247:4
**happening**
  112:2,2 182:24
**hard** 175:23
**harm** 175:5
**head** 245:24
**health** 37:22
  38:15 227:20
**healthcare**
  233:22
**hear** 77:12
  214:12 238:19
  238:21 248:2
**heard** 56:9
**hearing** 158:3
**heart** 57:5
**heavy** 193:6
**held** 1:22 16:11
  34:22 78:5
  220:11 238:4
**help** 81:14
  102:24 103:20
  105:12
**helping** 165:23
**helps** 183:12
**hereinbefore**
  249:11 253:11
  254:10
**hereunto**
  253:19 254:18
**hey** 231:4

**hi** 50:2
**high** 192:23
  193:5,10
  213:18
**highest** 32:19
  166:20 167:23
  167:25 168:3
  168:14
**hilda** 236:12
  237:16
**hill** 40:11
**hire** 105:18
**history** 34:24
**hm** 45:13 74:17
  103:16
**hold** 74:8 75:16
  77:10 81:2
  241:13,14
**home** 30:15
  40:5,6,9 76:16
  108:7 112:23
  139:6 236:7
**homework**
  165:21
**hope** 33:14,21
  33:25 37:20
  152:4
**hospital** 29:4
  34:13,15 38:16
  39:8
**hour** 67:12
**hours** 7:10,15
  40:20 71:14,15
**house** 15:15
  17:10,10 19:5

19:8,8 28:12
  28:13 30:11,12
  47:7,8 49:21
  49:25 57:7
  63:14 76:16,17
  105:17 131:17
  131:18 149:20
  166:17 168:24
  201:21 210:16
  211:7,8,10,14
  211:16,19
  235:18 246:3
**huh** 127:4
  128:8 143:3
  178:16,20
  184:8 189:9
  190:23 218:23
**hungry** 109:3
**hurting** 192:13
**husband** 10:17
  10:17 12:2,3
  12:15 14:21
  15:7 16:3,23
  17:18,19,21,24
  28:16,16,18
  30:25 42:16
  46:11 54:24
  55:6,13,14,18
  55:22 56:10,15
  57:8 60:3
  76:16 85:21
  86:16 96:25
  139:2 163:8
  211:10 236:2,3

**husband's**
15:12 17:18
18:8 62:16
63:15

**i**

**idea** 106:3
200:6,7 213:23
213:24
**identification**
125:19 169:14
197:4 203:14
205:6 212:2
**identified**
120:24 172:10
173:3
**identify** 85:16
121:4
**identity** 128:6
128:18 132:3
148:17 149:9
154:17 172:12
173:5 175:11
215:15 220:25
243:17
**ii** 37:8
**illegal** 7:14
122:7
**imagine** 219:4
231:24
**impact** 209:16
**important** 5:14
5:18,21 56:4
**imports** 207:23
**impossible**
50:10

**impression**
87:4
**inaccuracies**
129:11
**inaccurate**
199:17
**inappropriate**
241:18
**inaudible** 151:9
179:11
**include** 113:12
113:15
**incorrect**
191:11
**indicates**
202:23 208:11
**indicating**
154:11
**indication**
128:17
**indies** 33:7
**indiscernible**
10:19 107:20
**individual**
105:24
**information**
50:4,12 61:8
75:6,8 78:23
79:6 82:24
83:24 84:24,25
89:14 90:9
93:13 95:7
121:24 122:9
130:2 136:21
146:14 152:14

206:10,24
221:16,18
247:2,5 251:9
251:10 252:2,3
**innocent** 244:9
244:10
**inq** 209:15
**inquiries**
209:15
**inside** 52:12
70:3 177:10
**institute** 33:6
**institution**
32:23 33:13
**interaction**
88:6
**interest** 58:3
**interested**
253:17 254:16
**interpreted**
110:13
**interrupt**
155:13,13
243:21
**interrupting**
155:15 239:2,3
239:10,13
**investigation**
188:2 191:23
**invite** 55:15,23
56:11
**invited** 235:21
**ipad** 184:3
**issued** 143:2

**iv** 39:21

**j**

**j** 4:2 11:18
**jail** 18:2 43:14
43:20,22 44:24
**january** 27:19
29:7,24 30:6
35:12 41:25
43:2,3,10
45:10,17
253:20 254:19
**jean** 1:3,20 2:5
4:9 109:15,16
110:2 127:17
197:13,14,18
197:20 249:15
255:2,3,21
**jersey** 30:16
31:4 141:11
234:24,25
235:18
**jidal** 11:15,18
**job** 30:3 39:7
80:23 81:12
88:20 108:5
184:19 216:7
216:12,12,16
217:9,18 218:4
218:6,8 219:10
236:17 240:24
242:10
**jobs** 41:12
**jr** 2:18
**jsr** 1:6

**[judge - know]** Page 24

| | | | |
|---|---|---|---|
| **judge** 3:12 | **keshavarz** 2:4 | 151:16 152:25 | 238:24 239:7 |
| **july** 26:20 32:3 | 2:6 6:6,10,25 | 155:12,16,19 | 239:16 241:21 |
| 32:7 47:19 | 8:13 9:20 10:2 | 156:14,24 | 242:2,4,20 |
| 49:5 51:16 | 12:8 16:8 | 158:17,23 | 243:21 244:13 |
| 137:11 181:17 | 19:17 20:12 | 159:19 160:8 | 244:17,21,25 |
| 190:3 | 21:4,12 28:14 | 160:15 161:9 | 245:5,16 |
| **june** 18:13 | 28:22 31:22 | 166:22 167:5 | 246:11,15 |
| 47:19 49:4 | 50:22 51:3 | 171:12,19 | 247:24 248:4 |
| 51:16 137:11 | 52:20,25 53:7 | 172:4,17 173:7 | 251:6 |
| 170:5,19,22 | 55:8 65:6 83:9 | 173:10,19,25 | **keshavarz's** |
| 174:19 175:17 | 83:20 86:11 | 175:14 176:3 | 102:10 |
| 190:3 226:22 | 87:6,17 89:13 | 176:25 177:6 | **key** 208:18 |

| | |
|---|---|
| **k** | 90:16 91:4 |
| | 96:17 98:5,10 |

| | | | |
|---|---|---|---|
| **keep** 17:25 | 98:11 99:8,23 | 177:17 181:4 | **kill** 18:2 86:3 |
| 31:12 42:3 | 100:2,3,20 | 182:11 184:2 | 148:24 |
| 50:18 54:15 | 101:5,18 102:7 | 184:23 185:4 | **killer** 165:2 |
| 70:21 114:20 | 103:22 104:5 | 185:24 187:13 | **kilograms** 9:24 |
| 129:8 131:12 | 104:21 105:2,9 | 187:19 188:13 | **kind** 28:9 |
| 131:14 144:24 | 106:5,14,25 | 189:3 193:25 | 127:14 |
| 149:24 150:2 | 107:16 109:2 | 194:25 195:9 | **kinko's** 162:10 |
| 159:20,23 | 111:18 114:12 | 196:9,13 198:3 | **kitchen** 15:7 |
| 160:3 162:21 | 114:18,25 | 198:8,14,22 | **knew** 44:15 |
| 164:5 168:17 | 118:16 120:21 | 199:3,18 | 55:19 63:4 |
| 168:18,22 | 121:6 127:11 | 200:16 203:3 | 97:5 164:23 |
| 169:6 190:16 | 127:19 129:21 | 203:20 204:19 | **know** 17:2 |
| 194:18 216:8 | 130:22 131:4,9 | 204:24 209:23 | 21:25 22:9,11 |
| 226:22 | 134:5,21 135:2 | 213:9,14,21,25 | 26:23 42:18 |
| **keeping** 51:23 | 135:7 136:12 | 215:18 216:3 | 48:7 53:4,17 |
| 109:22,25 | 137:5,15,22 | 217:13 218:19 | 55:20,20 59:11 |
| 115:12 156:2 | 140:9,14,24 | 219:13,23 | 59:13,18 60:13 |
| **kennedy** 9:16 | 142:5,11,19 | 221:3 224:12 | 60:14,16,16 |
| 9:19 | 143:13 144:11 | 224:21 225:22 | 61:17,20 62:24 |
| **kept** 42:5,6 | 144:17 149:16 | 226:4 228:14 | 63:5,24 64:12 |
| 52:17 126:19 | 150:6 151:12 | 231:11,21 | 64:14 65:25 |
| | | 232:10 234:7 | 68:19 69:2 |
| | | 237:25 238:6 | 71:16,19 74:2 |

74:3,5 76:11
76:17 77:15,22
78:19 80:11
82:9,11 83:3,4
85:25 86:21,25
87:20,21 91:23
92:18,19 93:3
93:5 94:19,21
96:7 100:22
101:7,19,24
102:14 108:22
112:2 117:14
117:15 119:2
120:5 131:13
132:9,12,13
133:9 134:11
134:17,23
135:4,17,18
136:15,17,18
136:22,24
137:7,8,18
141:3,19
142:15,16,23
144:13,15,16
144:20 147:25
148:20,21
149:11 150:24
151:3,17 152:2
153:9 156:17
161:12,16
162:7,7,8,25
165:3,9,18
167:6,8,9
168:19,21
170:8 171:5,21

172:20 174:5
177:12 178:5
180:18 181:11
182:7,15,18,24
183:7 186:5
187:3,15 189:5
189:7,8 197:23
198:18,24
200:4,5 202:4
202:10 203:5
205:19 206:15
206:21,22,23
206:25 207:6,8
210:3 212:12
213:11,16
214:24 215:13
215:20,21
218:2,4 225:18
226:6,7,7,8
232:3 236:4
242:13,16,18
244:10
**knowledge**
107:5
**known** 31:20
52:13 109:14
109:17 181:25
**knows** 54:8

**l**

**l** 2:18 3:2,2
11:18 13:4,11
234:14,15
237:24,24
249:2

**lack** 232:24
**lady** 179:19
**laforest** 15:9,10
15:15 17:15
18:9 28:21
41:20 43:6
45:19 46:6
47:16 49:4,8
57:11,19 58:25
62:14,22,25
78:20 83:25
85:22 86:10
109:21 129:7
148:17 150:4
152:8 154:15
156:21 157:13
164:10,19
172:11 173:4
175:4,11,25
181:21 182:16
186:15 194:12
210:9 213:8,20
218:16,21
220:22 227:3
230:3 231:9,17
231:18 240:9
241:9 242:25
243:6,16 244:3
**laforest's** 21:18
**laid** 78:7
**language** 7:20
**late** 15:22
24:25 29:22
94:6 135:15,21
137:14 138:8

138:13 176:12
176:13,13
178:25 179:15
179:23 180:13
180:14 182:9
184:21 185:3
185:23 187:23
188:11,25
192:18,23
**law** 2:4 16:17
16:24 102:10
138:21 139:4,4
144:6 186:20
**lawsuit** 4:18
102:19 104:25
105:8,22,23
106:4,13,24
134:3 139:18
140:23 152:9
154:18,24
163:2 214:22
233:4
**lawyer** 18:19
18:20 21:3,9
21:11 41:5
42:10 59:9
76:13 88:24
89:2,7,11
100:7,13,25
101:10,11,12
101:15,16,20
102:6 103:20
105:7,11,14,19
119:11 134:24
136:15,17

215:4,4,5
246:19,20
**lawyers** 99:16
105:22
**leading** 246:9
**learn** 36:8
**learned** 86:9
215:14 220:24
**learner's** 23:23
24:10
**learning** 24:16
**lease** 82:16
**leave** 35:20,22
35:24 36:14
48:2 53:24
70:12 80:16
81:2,4,8,9 82:2
90:6 146:3
148:25 163:21
182:22 227:22
**leaving** 146:2
246:3,4
**left** 36:13,22
37:17 38:3,5
72:21,22 73:4
123:25 124:22
163:25 178:8
184:11 185:16
221:24
**legal** 207:11
214:21 241:17
**length** 90:25
91:2 209:2
**letter** 99:18,19
100:24 169:5

204:13,15
250:7
**letters** 102:25
148:6
**letting** 5:14
**level** 32:19
**levels** 19:4
**license** 20:15
23:10,12,16,17
24:6,9,11,13,23
25:3,6,8,9,10
25:12 26:7,11
26:13,25 29:11
29:11,12,17
30:19 31:3,3,6
31:7,10,13,16
31:18,19 32:2
32:3,4 51:22
52:8,10,15,16
53:10,25 57:13
78:18,21 79:5
79:6,9 85:2
121:19,21
123:3,4,6,7,15
123:21 159:11
159:12 243:2
**licensed** 34:3,5
34:8 35:8
**lie** 50:3 51:17
51:20 65:10
**lied** 152:12
**life** 81:13 164:7
242:8,8 243:7
**lift** 26:3 32:11

**limousines**
25:21
**line** 252:15
255:5
**listed** 127:2
192:24
**listen** 73:23,24
130:15 159:4,5
167:5,9 247:13
**listening** 43:13
74:5
**lists** 193:17
**little** 20:4,7
68:24,25
205:12 212:6,8
**live** 11:22 12:3
12:18,21,21
21:21 23:4
48:4 63:11
78:20 162:20
243:7
**lived** 10:13
12:12 13:16,18
14:19,22 15:3
15:5,23 22:23
33:22 45:6
63:8
**lives** 13:6,13
22:7
**living** 10:16
11:9 12:4,11
12:14 13:7
14:24,25 16:25
17:5,6,9 19:14
21:22,24 22:3

22:8 54:8
65:14 149:22
163:13
**llc** 1:8,9 2:9,10
255:1,2
**loan** 61:12
81:22,24 82:5
82:15,17,18
100:16,19
101:3 126:21
129:17 130:16
130:16 131:17
131:22 132:6
132:15,22
133:6,16,24
134:13,20
135:19 136:2,9
137:4,14 138:9
176:11 184:14
184:16 194:13
195:16 196:3
202:24 205:24
206:19 207:22
208:2,3 209:21
210:8,11,17
212:18,20
213:8,18
224:10 230:2
237:6 240:12
241:7,8 243:5
**loans** 128:9
**location** 71:25
**lock** 20:8
**logs** 160:6

**long** 10:13
11:21 12:12
24:12 37:15
69:6 71:6
90:11 91:2
99:12,13
112:24 113:2,3
115:9,22
129:18 201:14
201:15 220:8
233:14,17,18
239:9
**look** 75:11
76:20 77:19
116:19 117:23
118:2,15,23
125:7 126:10
126:12,16
149:2 155:22
170:9 172:8
174:24 175:9
178:13 185:15
191:14 203:8
205:18 206:6
207:3 212:11
219:9 233:10
**looked** 76:22
190:18
**looking** 57:8
76:14 77:19
126:13 152:16
174:3 208:2
**looks** 75:21
**lord** 239:15

**lose** 81:12
217:9 224:17
224:25 225:2
225:16 226:10
226:24 227:6
231:16 232:9
**losing** 164:6
216:7,12
226:23 227:5
229:7 231:23
242:10
**loss** 228:5
252:8,11
**lost** 110:18
111:5 139:19
179:3 216:15
230:20
**lot** 26:19 43:22
59:8 60:9,10
74:4,23 84:23
99:21 100:23
143:16,19,20
144:23 164:25
165:11,13
180:3 186:11
187:24 201:13
219:24 224:5
226:24
**low** 208:9
**lower** 131:2
168:16 169:2
**lowest** 168:15
226:25
**lpn** 34:3

**lunch** 103:25
109:3
**lying** 57:16,17
58:11 62:25
64:24 65:11
97:5 154:16

**m**

**m** 13:4,4,11,11
234:15 235:3
237:23
**macy's** 168:13
201:8,9,11,14
201:16
**mad** 70:16
73:24 74:25
79:15 163:4
**madame**
173:20 220:7
234:7
**made** 6:15
59:14 60:12
67:5 106:24
149:9 193:6
205:24 223:20
**mail** 12:6,7,10
20:10 29:12,14
46:18 50:11,18
53:20 54:5,6
54:10,10,12,13
63:19,21 64:6
64:6,7,16
65:12 103:7
116:18 117:5
118:4,5,7,9,14
118:17 128:22

129:4,6,8
138:16,19
149:13,21
169:10 203:10
204:7 220:25
248:6,7
**mailbox** 19:21
19:24,25
**mailed** 26:12
138:10,11
**mailman**
138:16
**make** 57:24
66:3 68:7
74:24 78:15
81:11 127:12
127:20 143:11
146:21,22
157:10 161:15
161:16,18
169:6 187:18
196:20 205:12
214:8 219:7,8
237:9 240:6
246:3
**makes** 231:7
**makeup** 234:3
234:5
**man** 155:23,24
**manager** 35:19
236:14 237:17
237:18,19
**manhattan**
22:15

**march** 26:14
  30:24,24 52:3
  184:21 187:2
  188:7 189:19
  189:23
**marijuana** 7:12
**mark** 125:9,10
  204:11 205:2
**marked** 125:12
  125:18 169:5
  169:13 197:3
  203:10,13
  204:5,10 205:5
  205:11 211:21
  211:25 252:14
**marriage**
  164:14 211:9
  243:13 246:4
  253:16 254:15
**married** 12:14
  13:19 18:10,11
  18:16 55:18
  62:15,24 64:20
  64:22,22,23
  65:2,3,13
  109:21
**marry** 44:23
  165:4
**master** 32:21
**matter** 253:18
  254:17
**mean** 16:15
  56:23 59:19
  87:10 94:6
  98:17 103:10

118:12 125:10
  128:12,24,25
  130:7 147:12
  147:20,25
  148:2 151:20
  161:4 178:24
  180:23 198:25
  210:20 233:2
  239:4
**meaning** 51:23
**means** 6:12
  136:8 177:12
  177:16,22
  178:22 202:4
  247:7
**meant** 53:10
  161:8 200:18
**medication**
  39:19 115:19
  116:3 228:25
  229:4
**medications**
  7:5
**meet** 41:24,25
  44:7 68:15
**meeting** 160:7
**mention** 219:20
  220:6
**mentioned** 27:9
  229:10
**mercedes**
  212:15 250:15
**message** 110:11
**messages** 110:6
  110:9,12,17

231:10,19
**met** 15:19 43:6
  43:8 68:22
**metroplus**
  227:15,16,20
**miami** 33:18
**middle** 177:9
**midnight** 41:8
  41:9
**mind** 151:18
  164:5,6
**mine** 10:5
  42:24
**minute** 34:20
  62:5 159:18
  171:12 209:5
  241:13,14
**minutes** 113:4
  113:5 151:13
  160:9 203:17
  203:18 238:25
**misunderstand**
  211:6
**mitsubishi** 1:8
  1:9 2:10,11
**mm** 45:13
  74:17 103:16
**mobile** 111:3,4
**mom** 12:20
  14:21 15:5,6
  15:25 55:21
  56:7 66:14,19
**mom's** 66:15
**momplaisir**
  12:24 13:4,11

28:8
**monday** 41:15
  41:17 72:7
**money** 36:5,6
  57:7 58:20
  105:17 131:18
  131:25 132:15
  141:14 142:7
  145:9 166:17
  168:24 179:18
  182:23 201:21
  210:16 225:16
  239:25 240:5
  242:7
**monies** 160:20
  161:15
**month** 14:6,8
  14:13 35:13
  36:11,12 90:15
  91:2 163:18,18
**months** 10:15
  21:14,16 39:15
  39:16 40:18
  136:10 163:19
  163:22 164:3
  180:23,23
  195:18
**montrose**
  234:25 235:3,4
**morning** 4:16
  15:20 20:5
  41:10 64:4,11
  112:21,25
  116:9 118:3,5
  121:13 135:12

| | n | 252:9 255:2,3 | 29:4,9,13 32:2 |
|---|---|---|---|
| 246:22 | | named 55:19 | 32:11 42:11,12 |
| mortgage | n 2:2 3:2 4:2,2 | names 12:23 | 42:13 43:8,9 |
| 221:14 237:6 | 11:19 234:14 | 109:14 | 43:15 44:22,23 |
| mother's 66:13 | 235:3 249:2 | narrative 51:2 | 45:3,7,8 49:7 |
| motor 25:4 | 251:2 | native 7:20 | 49:14,14 54:14 |
| move 10:18 | n.a. 184:12 | navy 200:15 | 56:13 57:7,9 |
| 13:22 18:5 | name 4:8,17 | 201:23,23 | 58:2,6,20,22 |
| 47:14 81:16 | 11:12,14 13:3 | need 21:4,10,12 | 59:13,17,23 |
| 95:9 117:20 | 13:9,11 17:18 | 26:21 34:19 | 60:6,18 61:19 |
| 132:17 143:25 | 18:4,8 22:11 | 46:12,15 50:8 | 63:3,4,18 |
| 149:5 151:7 | 33:3,4 45:24 | 50:11 61:6,12 | 64:12,14 68:3 |
| 152:23 153:19 | 47:13 50:9 | 62:16 69:19,22 | 70:14 73:25 |
| 153:25 156:7 | 51:10 58:16,16 | 72:5,11,19 | 75:3,4 79:9 |
| 162:2 175:20 | 58:18,21 61:14 | 87:23 88:3 | 86:21 88:3 |
| 183:9 215:7 | 64:9,13 68:20 | 90:5 125:15 | 90:3 93:2,7,8 |
| 222:13 247:18 | 68:22 74:3 | 146:17 170:12 | 96:8,11 100:11 |
| moved 12:2,2 | 75:7 81:25 | 174:24 190:9 | 100:22 110:2 |
| 12:15 13:19,25 | 83:5 86:6 | 201:18,19 | 121:3 126:20 |
| 13:25 14:2,3 | 88:24 89:8,9 | 209:5 222:25 | 129:5 130:16 |
| 14:12,14,20,24 | 89:12 101:4,19 | 229:5 240:18 | 130:17 132:11 |
| 15:18,22 | 105:13 109:20 | 248:2,7 | 132:15,25 |
| 149:22 186:24 | 109:23,25 | needed 81:19 | 133:13,16 |
| moving 76:15 | 110:2 127:17 | needing 83:24 | 135:16,25 |
| 144:3 162:20 | 132:13 134:14 | needs 18:2 | 147:15,23 |
| 190:16 | 134:15,16 | 174:11 | 153:8,10 165:4 |
| mta 99:20 | 135:19 144:25 | neighborhood | 165:4 166:14 |
| 103:11 104:14 | 145:11 146:4 | 235:9 | 166:19 168:25 |
| 141:10,23,24 | 146:15 149:3 | neither 135:18 | 180:24 186:8 |
| 142:10 143:2 | 150:20 156:4 | 137:24 | 186:21,22,22 |
| 143:20 145:19 | 174:18 197:20 | never 8:25 | 189:24,25 |
| 145:21,23 | 197:24 227:13 | 10:11 15:17,18 | 190:6 194:19 |
| 161:25 | 227:17,18,19 | 16:18 17:9,10 | 194:20 195:18 |
| multiple 91:8 | 227:23 230:25 | 17:11 26:19,23 | 229:15 240:16 |
| | 231:7 237:21 | 28:25,25 29:3 | 242:8,9,9,10 |
| | 240:12 243:5 | | |

243:11,14
244:9 246:19
246:20 247:17
**new** 1:2,25 2:6
2:14,14 4:5,12
4:13 10:21,22
23:9,24 24:23
24:24 25:4,7
26:22 29:11
30:16 31:4
33:23 38:20,20
39:7 40:11
141:11 158:3,5
234:24,25
235:18 238:2
253:4,9 254:3
254:8 255:1
**newyorkcons...**
2:7
**ngoodman** 2:15
**ngoodmanla...**
2:15
**nicholas** 2:8,15
2:18 4:17
114:19 248:11
**night** 48:15
236:8,9,10
**nine** 9:23
**nissan** 27:14,17
27:22 29:6
30:7 31:12
**non** 18:6
**nonresponsive**
47:15 50:25
81:17 95:10

117:21 132:18
143:25 149:6
151:8 152:24
153:20 154:2
156:8 162:3
175:21 215:8
222:14 247:19
**normal** 188:4,7
**notaries** 1:24
**notarize** 133:18
**notarized**
133:20
**notary** 4:4
249:22 253:8
254:7 255:25
**notice** 1:21
204:8 250:16
**noticed** 129:10
**november** 1:15
8:2,21 9:5,8,13
13:17 14:7
21:20 38:2
226:23
**null's** 35:3,5,11
35:21
**number** 23:15
23:16,17 53:13
54:18,21,22
59:16,17 60:2
60:10 76:4
86:24,24 94:15
94:17,18,19
110:19,21,22
110:23 111:6,7
111:8,9 128:15

167:3,4 178:18
192:17 209:8
209:14 223:7
243:4
**numbers** 163:8
178:15
**nurse** 11:2 34:4
34:5,8 38:10
**nursing** 26:5
30:17 33:14,16
37:22 38:13
39:4 40:5,6,9
124:24 165:12
165:20 236:25

**o**

**o** 3:2 4:2 13:3,4
13:10,11 235:3
235:3 237:23
237:24 249:2
**oath** 3:11 5:3
47:17 53:23
57:12 62:23
245:21 246:7
**object** 83:14
150:14 241:14
**objecting** 83:17
**objection** 6:6
6:11,15,25
8:13 9:20 10:2
12:8 19:17
20:12 28:14,22
31:22 52:20
55:8 63:22
65:6 83:9
86:11 87:6,17

91:4 96:17
99:8 100:3,20
101:5 102:7
103:22 104:21
105:2,9 106:5
106:25 107:8
107:16 125:12
129:21 130:22
131:4,9 134:5
134:21 136:12
137:5,15,22,25
140:9,24 142:5
142:11 143:13
144:11,17
149:16 150:6
152:23 156:24
158:23 161:9
166:22 172:17
173:7,10,25
175:14 176:3
177:17 181:4
182:11 184:23
185:4,24
187:13,19
188:13 189:3
196:9 198:3,8
198:14,22
199:3,18 203:3
209:23 213:9
213:14,21
215:18 216:3
217:13 218:19
221:3 224:12
224:21 225:22
226:4 228:14

231:11,21
232:10 239:21
240:2,14
**objectionable**
241:25
**objections**  3:20
**obtain**  23:20
**obtained**  23:23
**occasions**  53:24
**october**  108:12
147:3 185:21
223:15,18
226:23
**office**  2:4 42:14
42:14 70:2
75:10,17 76:24
77:21,23 120:2
120:4 157:5
159:10 221:23
237:10,11
**oh**  180:12
233:7 238:9
239:15
**ohio**  200:22
**okay**  5:22 6:18
7:12,17,24 8:8
8:20 9:4,11
11:7 12:5 13:5
13:12 14:9,19
18:14 19:21
20:10 22:22
23:2,8 24:4,8
24:22 25:10,25
26:7 27:3
28:11 29:15

30:18 32:10,18
33:11 34:7,16
35:16,20,24
36:10 37:15
38:14,17,21,24
39:3,17 41:11
41:18 42:13,24
43:5,16 45:25
46:8,25 49:3,8
49:16 50:5,13
50:20 51:15
53:19 57:10,18
58:7 62:4
63:13 64:17
65:13,16,21
66:5,18 67:8
67:15,15,21
68:19 72:9
73:2,9,19
74:18 75:8,13
75:24 76:6
77:10 78:12,14
79:13 80:15
81:7 84:7,22
85:6,9 87:22
88:5 89:7
91:10,15 92:5
93:3 94:8
95:22 96:13,25
97:12 98:14
99:13 100:6
101:9 102:5
103:13 104:24
105:6,21
111:23 112:8

116:8,8,11
119:17 124:21
125:4 126:3
135:9 136:8
137:8 139:11
140:20 141:5
146:17 147:15
147:22 148:5
148:10 151:14
151:15,15,22
152:2 153:9,10
153:16 156:20
157:22,24
159:5,13,14
161:14 162:22
164:8 165:17
168:6 169:4
170:16 171:10
171:18 172:3
172:23 176:15
176:23 177:23
178:13 179:22
180:12,20
184:4 185:14
186:2 187:5
189:8 191:14
194:9 196:2,13
196:15 197:22
201:7,22
202:14 204:17
204:24,25
205:23 207:8
208:10 209:2,7
209:7,19
210:22 212:11

212:24 215:13
218:10 219:4
224:9 226:8
232:16 236:2
239:11 244:2
244:12,21
245:15 246:5,6
246:10,18
248:9
**old**  29:17 31:16
52:10 66:10
77:16 187:7,7
200:14 201:22
201:23 237:16
237:18
**ones**  116:18
185:10
**online**  26:16
33:19,20 79:18
79:20 87:14
105:15 146:23
150:23,23
152:19,20
158:9,11
191:25,25
237:8
**open**  54:11,13
101:4,8 104:3
221:14 237:4
**opening**  97:20
**opportunity**
36:3,4,7 63:21
217:11 245:13
**orange**  177:10
234:25 253:5

254:4

**order** 87:24
191:25 198:12
198:13

**ordering** 199:2
248:11

**organic** 35:8

**original** 3:8,16
184:17

**orsaris** 1:10
2:11

**ourself** 18:25

**outcome**
253:17 254:16

**outrageous**
239:5 241:16
241:19 242:3
247:21

**outside** 98:20

**overall** 177:14

**overnight**
40:19

**owe** 58:19

**owed** 239:25

**own** 28:18,20
35:8 73:2,3
107:5 141:14
141:14 142:8
144:10 219:17

**owner** 57:23,23
78:3 95:17
119:25,25
143:7 211:17
211:19

**owner's** 75:23
75:25

**owns** 211:16

**p**

**p** 2:2,2 3:2 13:3
13:3,4,11

**p.m.** 41:2 47:6
109:7 160:10
160:13 203:24
204:3 248:16

**page** 123:6
125:23 126:5
126:11 127:9
127:24 131:23
172:19,19,21
173:9,17 174:3
174:8,8 177:24
192:11 193:17
197:23 199:16
200:22 201:8
201:22 202:2
250:6 251:4,10
251:21 252:3
252:15 255:5

**pages** 121:3
170:10 172:9
172:20 174:9
174:23 183:10
194:10 253:7
254:6

**paid** 45:3 58:23
59:5,7,11
132:25 135:16
135:25 143:17
143:21,22

145:9 147:15
179:21 180:24
185:11 191:7,9
191:12,17
195:18 200:24
200:25,25
201:4,7,7
225:13 226:2

**paper** 42:21,22
49:20 50:9,11
52:12 58:22
61:11,22 62:2
69:19 70:21
72:11,12,19
73:10,10,11,22
74:14,21 75:4
76:18 77:2
78:15,17,22
84:3 116:15,16
117:10,12,15
117:17,17,25
118:2,3,22,24
119:8,10,12,19
119:19,22
120:5,8,13
123:2 124:20
133:12,13,18
133:19 134:9
138:12 143:19
144:8,23
145:14,17
148:9 154:10
159:6,7,9
161:18,25
182:4 222:18

222:19,25
223:8 224:5,5
224:6,8 247:7

**papers** 58:15
69:22 71:24
74:19,20 77:3
77:4 78:7 84:8
102:9 104:13
116:6,7,13,13
116:22 117:19
117:23 119:2
119:14,18
120:11,16,20
120:24 121:4,8
121:8,16 122:4
122:20,24
123:22 124:3,6
124:17 145:18
146:9 148:11
222:17 223:3
223:14 224:9
251:11,15

**papito** 12:24
13:3 28:8 66:6
66:10,11 68:6
68:10 69:22
122:16 124:9

**paragraph**
232:20

**pardon** 189:6

**park** 2:14

**parking** 58:9
59:2 99:20
103:11 104:14
141:6,9,15

145:23,24
**parkway** 40:11
**part** 39:6,9,14
  54:17 114:23
  158:5 188:5
  239:23
**parties** 3:6
  253:15 254:14
**parts** 158:4
**party** 235:17
  235:19,22,24
  236:5
**pass** 24:17
  54:12
**passed** 24:14
**past** 192:15
  214:10
**patient** 39:23
  115:18,20
  116:2,3
**patients** 39:20
  39:25 40:2
**patrick** 2:18
**pause** 99:23
  139:10 172:16
  172:22 174:13
  177:5 183:21
  219:13
**pay** 49:11
  58:18,20,25
  59:10 61:12,12
  80:25 81:22,23
  82:4,15,16,18
  87:16,24 88:4
  130:16,17

132:2,7,11,12
132:12,14,19
132:21,23
134:16,20
135:11 136:5,7
137:3 141:13
141:14,18,20
142:3,7 143:10
143:20 144:9
147:16,17,23
163:17 166:10
176:12,13,13
179:16 186:5
186:13 190:11
190:24 191:2,3
192:3,3,5
224:17 225:2,9
**paycheck** 225:3
**paying** 17:23
  55:13 56:15,22
  57:20 58:2,8
  87:12 135:15
  137:14 163:17
  179:3 181:2
  211:3
**payment**
  135:22 138:8
  178:25 192:24
  201:6
**payments**
  180:14,15
  184:22 185:3
**paypal** 202:18
  202:18,20,21

**pcp** 227:14
**penfed** 204:7
  205:25 206:2,5
  206:7 209:20
  210:11 250:13
**people** 5:16
  18:24 19:13
  26:19 28:12
  60:9 70:15
  71:20 74:4
  77:18 81:15
  83:2 88:16
  95:7 105:24
  150:21 152:9
  155:3 164:11
  191:25 218:22
  231:3
**people's** 165:3
**percent** 176:24
  177:9,13,20
  221:17
**perez** 1:11 2:12
  236:12 237:16
**perfectly**
  156:15
**period** 47:24
  230:20 239:9
**permit** 23:23
  24:6,10,13
**person** 13:13
  46:10 60:17
  62:9,14 67:24
  70:10,22 71:7
  74:8,13 75:6
  79:11,18,21,22

80:14 85:6
92:5 93:14,15
97:8 136:17
152:22 153:4
153:13 155:8,8
155:9 156:4,5
156:6 158:12
222:21,23
237:14 246:24
**person's** 57:3
**personal** 21:13
  250:11
**personally**
  170:25
**peruses** 126:14
  205:20 207:18
  212:13
**philip** 1:12
  2:13
**phone** 46:3,3,7
  46:9 54:18,20
  54:22 67:24
  92:2 97:25
  98:23 110:18
  110:20,21,22
  110:24,25
  111:5 115:20
  116:4 121:15
  123:16,20
  124:2 163:6
  187:8,22
  197:10 216:20
  216:23
**phoned** 47:11

**photo** 123:10
123:13,15
124:2,5 251:13
**photocopy**
123:14
**photograph**
123:5
**photographs**
121:15 122:2
**phrase** 141:25
**pic** 97:25
**pick** 80:3
115:20 116:4
**picture** 43:12
63:14 65:24
78:25 79:4
82:23 84:2,3
84:13,16 85:3
85:15,19 88:8
121:22 122:6,7
123:20 144:5
226:12,15
252:7
**pictures** 43:11
84:8,18 87:2
119:17
**place** 61:17,18
70:23,24 74:2
75:3 78:3 84:9
115:15 129:25
130:2,3 159:16
162:16 212:16
249:11
**places** 130:6,8
162:14

**plaintiff** 1:4,19
2:4 252:11
**plaintiff's**
169:8,22
232:21 250:9
251:18
**plan** 105:16
**planning** 15:17
25:17,18 27:20
32:6,8 168:23
211:10,13
**please** 4:7 6:20
10:20 11:17
12:23 115:4
125:23 127:8
155:20 156:11
160:24 169:11
173:21 179:13
183:18 185:14
211:20 240:18
240:23 244:22
**pllc** 2:8
**pocket** 140:22
141:14,21
142:8 144:10
**point** 78:6
84:21 92:20,23
104:24 122:12
185:22 224:2
**police** 16:18,20
16:21 42:2,17
42:23 45:11,19
46:2 47:5,6,9
49:23 50:15,16
60:20,22 61:4

61:6,6,15,25
62:6,10 65:17
65:17 73:7,8
80:20 82:25
83:23,23 84:5
84:6,18,21
85:10,23,25
88:6,14 91:23
92:6 121:23
124:7,8,11,13
145:13,14
146:18 148:21
149:2,4 153:7
154:14 155:2,3
161:23 171:7
222:7,18 231:5
244:11
**port** 23:6,7
**portion** 18:6
81:17 95:10
132:18 144:2
149:6 151:8
156:8 162:3
175:21 215:8
222:14 247:19
**portions** 47:15
117:21 152:24
154:2
**position** 35:17
37:5
**post** 42:14,14
**postage** 160:21
161:4,5,7
**pounds** 226:11

**power** 79:20
**ppc** 202:3
**practical** 34:4,5
34:8
**precinct** 145:15
**precluded**
219:25
**predicate** 83:15
87:18
**pregnant** 20:20
20:21 21:14
228:10,12,19
**preparation**
111:14 113:7
116:14 117:8
117:24 118:9
**prepare** 111:16
112:9
**prescribe**
230:16
**prescribed**
230:11
**presence** 213:5
**present** 2:17
77:25 80:19
102:16
**presently** 5:11
**preservation**
251:15
**preserved**
148:13
**pretend** 61:20
**pretty** 90:20
100:13 117:3
154:13

**previously**
121:13 125:13
174:7 175:2
204:10 222:6
246:8
**prince**   23:6,7
**print**   222:19
**prior**   11:8
169:22 176:17
251:18 252:4
**privilege**
114:13 171:22
**problem**   44:19
48:15 57:5
60:17,18 78:10
78:13 83:7
99:6 100:18
174:10 224:20
243:14
**procedure**   1:22
**process**   30:22
85:20 88:13,21
92:12 102:25
146:25 241:7
**produce**   35:8
123:13 195:13
**produced**
120:22,25
123:18 148:14
170:20
**production**
120:16 148:15
169:20 176:16
176:22 226:15
227:24 251:11

251:13,15,17
252:4,7
**professional**
233:22
**pronouncing**
178:6
**proof**   52:10
61:9,9 62:14
62:16 121:22
146:18 186:10
186:17,18,19
**prosecute**
92:24
**prosecuting**
89:5
**prosecutor**
91:10 93:22
**provide**   195:6
**provided**
210:14 252:9
**provider**
110:24
**public**   1:24 4:4
249:22 253:8
254:7 255:25
**pull**   175:3
211:21 240:11
**pulled**   133:6
243:24
**pump**   229:5,10
229:11,23
230:4,9,11,16
**purchase**   27:16
**purchased**
27:18

**purchasing**
148:19
**purpose**   104:18
104:25 148:18
**purse**   31:13
**pursuant**   1:21
**pursue**   85:7,11
**put**   20:4 42:25
76:11,17 77:5
101:23 130:5
130:11,12,14
130:18,19
131:19,21
145:25 149:19
150:20 152:14
154:10,10
159:8,9 162:24
163:14 164:9
169:4 182:4
221:15 232:6
237:14
**putting**   81:11
209:6

**q**

**queens**   40:11
**question**   5:15
5:20,25 6:5,9
6:13,17,20,23
18:7 49:3 50:6
51:11 53:2,2
58:24 63:24
65:7 69:21
83:10,12 87:20
91:5 99:4
103:19,23

104:3,8,22
106:6,18,20,21
107:2,11,17
114:15,17
115:2,4,6
117:6 118:17
135:8 140:12
140:15,17,19
142:18,23,23
149:7 152:4
154:21 156:20
157:18 158:16
158:19,20
161:2 167:6,7
167:10 170:23
170:24 171:13
171:16,23,24
172:5,25
173:20,23
174:2,15,25,25
175:23 176:4
180:25 189:13
194:3 195:2,2
195:4,11
196:10,12,14
211:5 213:13
220:13,16
222:3,16 226:5
231:15 238:20
241:2,5,15,16
241:25 243:10
245:4,7,7,10,19
246:12,14
252:15

**questionnaire**
  133:5
**questions**   4:20
  41:19 67:16
  98:8 109:13
  153:17,18,22
  156:12 169:18
  185:14 193:23
  193:24 195:15
  219:17 238:23
  239:11 245:15
  246:9 252:14
**quick**   62:18
**quote**   162:24
  232:17

**r**

**r**   2:2 3:2 4:2,2
  13:4,10,10,11
  234:14 235:3
  237:23 249:2
  253:2 254:2
**radamos**
  237:18,22
**rate**   48:21
**ratio**   193:12
**read**   6:19,23
  23:15 56:17,20
  115:4,6 127:13
  128:19 132:3
  160:23 161:2
  173:23 193:14
  194:5,8 207:16
  208:18 214:25
  215:9,12
  220:12,16

232:20 241:5
**reading**   172:21
  201:3
**ready**   73:10,22
  74:20,22,22
  160:14 203:22
**real**   62:17
**really**   14:8 24:6
  56:4 63:10,11
  63:18 69:18
  91:7 100:14
  102:15 108:4
  114:4 137:17
  140:11 142:17
  148:2 160:4
  177:20,21
  187:23 188:23
  195:21 220:21
**reason**   10:7
  25:16,23 60:11
  64:10,15 70:19
  164:8 168:9
  181:13 239:23
  255:5
**reasons**   193:17
  209:22 212:25
  250:17
**receipt**   162:21
  164:4,6
**receipts**   162:18
  164:2
**receive**   12:5,10
  20:10 26:9,10
  26:18 27:2
  32:23 33:8

42:13 64:6,6
  83:3 116:6
  129:6,7 147:11
  147:14 148:8
  149:19,21,23
  187:16 223:19
  223:23,25
  224:8
**received**   26:20
  26:23,25 29:10
  29:13 33:12
  42:11,12 46:13
  50:17 58:13,22
  79:9 88:10,11
  92:4 99:17,19
  100:23 123:21
  129:5,14
  138:11,12
  148:11 149:12
  149:25 201:6
  218:20 224:5,6
  251:15
**receiving**   45:24
  88:16 110:5
  148:5 198:21
**recent**   208:23
  213:6
**receptionist**
  71:3,5,7
**recess**   62:19
  109:5 160:11
  203:25
**recognize**
  202:11

**recollection**
  24:19 124:22
  134:4 207:5,7
**reconcile**
  164:18
**record**   4:8
  16:10 23:16
  34:21 45:15
  78:4 138:6
  160:12 169:19
  177:3 204:2
  214:14 220:10
  238:3 241:3
  253:12 254:11
**records**   228:2
  252:10
**red**   176:23
  177:10 178:15
  178:18
**redirect**   219:15
**reference**
  207:23
**referred**   6:22
  56:19 115:5
  160:25 173:22
  220:15 241:4
**referring**   27:12
  176:19
**refresh**   24:19
  124:21 134:3
  207:7
**refreshes**   207:4
**refund**   179:9
**registered**
  143:7

**reject** 247:17
**rejection**
  210:10
**related** 66:20
  66:22 253:15
  254:14
**relationship**
  18:17 165:10
  246:4
**relative** 213:18
**relieved** 109:8
**remember** 14:8
  14:13 24:3,5,7
  24:17 36:10,12
  56:14 58:21
  67:19 68:21,22
  69:12 90:13,23
  91:6,7,9,16,18
  93:23 94:7
  98:13 99:15
  107:12,13,14
  107:22 108:2,2
  108:5 113:24
  113:25 114:3
  115:11,12,17
  115:21,22
  116:5 118:18
  121:17 130:24
  133:17,21
  134:9 135:12
  135:23 137:17
  141:2,4,23
  142:2 144:7,14
  144:19,22,23
  145:3,5,8

161:22 162:16
167:18 168:16
187:15 192:6
198:25 199:5
199:22 200:15
202:12,13
206:4,5 216:5
221:12 223:12
223:13,22,23
223:24 224:3,7
224:14,15
225:19 226:11
227:5,18,19
238:7,13,16
239:17,19
245:23
**remind** 112:21
  116:9 206:25
**remove** 47:12
  55:3 58:16
  81:25 100:9
  105:15 136:23
  136:24 141:17
  145:13 146:8
  146:17 147:5
  188:3 191:18
  210:25 233:17
**removed** 147:2
  147:2,9 191:19
  191:22
**rent** 15:18
**repeat** 91:24
  104:8 173:21
  179:13

**repetitive**
  122:11
**rephrase**
  162:12 231:15
**replace** 217:16
  217:20
**replaced** 111:6
**replacement**
  234:9
**report** 129:10
  169:9 170:22
  171:2,8 172:10
  173:2,5 175:3
  175:24,25
  176:17 177:24
  181:14,15,16
  191:10 192:25
  196:4 198:2,7
  198:21 199:2
  202:23 203:9
  204:9,20
  224:11 237:13
  250:10,11,12
  252:4
**reported**
  199:23
**reporter** 4:7,10
  5:13 6:21,24
  11:17 13:2
  56:21 90:8
  109:8 115:3,7
  125:7,16,20
  126:2,4,6
  127:5,10 161:3
  169:15 172:19

173:16,21,24
174:8 178:3
179:12 183:17
196:22,23
197:5 203:15
204:14 205:7
212:3 214:5
220:5,8,9,17
227:22 234:8
234:10 237:20
238:2 239:8
240:17,21
241:6 248:2,9
248:14
**reporting**
  255:1
**represent** 4:17
  52:23
**representation**
  102:19
**representative**
  37:9,12,13
  236:21,23
**representing**
  53:3,18
**request** 170:25
  171:3 188:15
  188:16 205:24
  217:2
**requested** 90:9
  251:9 252:2
**rescind** 133:15
**rescinded**
  100:15 133:6
  196:3

| | | | |
|---|---|---|---|
| **reserve** 248:4 | **retrieved** | 178:6 180:25 | 255:5 |
| **reserved** 3:21 | 122:20 | 182:17 188:12 | **salary** 224:18 |
| **resident** 8:6 | **review** 116:13 | 190:22 192:22 | 225:3 |
| **resides** 12:19 | 117:8,10 118:9 | 196:10 197:9 | **samsung** |
| **resolve** 100:8 | 129:16 248:5 | 199:6 203:6,20 | 110:25 111:2 |
| **resolved** 82:5 | **reviewed** | 204:4 205:11 | **saturday** 22:20 |
| 133:24 | 118:18 192:21 | 219:2 220:3 | 41:16 |
| **respect** 240:24 | 193:3 | 228:10 232:14 | **save** 105:17 |
| **respective** 3:5 | **revise** 248:5 | 239:7 241:11 | 131:18 164:7 |
| **responded** | **revolving** 193:7 | 241:19 242:20 | 166:17 168:23 |
| 121:3 234:11 | 193:13 202:7 | 243:15,17 | 182:23 188:20 |
| **response** 51:2 | **rich** 90:21 | 247:11 248:5 | 201:21 210:16 |
| 112:10 142:13 | **rid** 163:16 | 248:14 | 211:7 |
| 166:24 181:6 | **right** 20:18 | **risky** 154:13 | **saving** 237:5 |
| 189:15 196:12 | 29:20 30:7,20 | **rn** 165:19,22 | **saw** 17:11,11 |
| 198:10,16 | 41:18 44:14,16 | **road** 13:23 | 22:18 29:2 |
| 199:20 223:19 | 44:25 45:12 | 14:4,11 15:24 | 43:7,9,11,15 |
| 223:25 | 66:8 67:4 | 19:3 21:23 | 63:3 67:13 |
| **responsibility** | 71:25 74:10 | 27:7 28:11 | 70:16 71:2 |
| 81:23 155:22 | 78:10 79:3 | 45:6 48:3 | 75:9 84:25 |
| **responsible** | 81:5 82:6,21 | 57:14 63:9 | 86:16 97:2 |
| 133:7,25 | 83:20 84:20 | 127:3 211:17 | 124:10,16,16 |
| 134:12,18 | 91:19 96:16 | **rogue** 27:14,17 | 139:6 216:23 |
| **responsive** 18:6 | 98:4 103:15 | 27:22 29:7 | **saying** 11:23 |
| **rest** 52:12 59:6 | 104:15,20 | 30:7 31:12 | 45:2 51:8 |
| 193:14 211:2 | 107:7 108:12 | **room** 15:8,9,18 | 54:12 59:23 |
| **restrict** 92:6 | 115:23 118:4 | 84:23 163:11 | 60:10 69:3 |
| **result** 132:2 | 124:3,10 125:6 | **rule** 5:14,18 | 72:18 73:22 |
| 133:4 139:20 | 136:2,5 137:4 | **rules** 1:22 11:6 | 82:19 85:24 |
| 140:22 166:3 | 138:19 139:21 | **rulings** 252:14 | 99:25 103:15 |
| 225:17 | 140:5 141:9,25 | **runs** 214:6 | 104:5 108:23 |
| **resulted** 175:12 | 143:23 144:4 | | 135:14 138:13 |
| **retain** 102:5 | 145:2 151:16 | **s** | 147:7 156:21 |
| **retained** | 159:15 160:8 | **s** 2:2 3:2,2 4:2 | 173:17 177:13 |
| 111:12 250:19 | 165:14 175:8 | 13:4,11 235:3 | 186:14 189:24 |
| | | 237:23 250:2 | |

191:23 204:19
210:3 211:13
213:17 214:13
230:25 239:25
244:8 246:21
247:13
**says** 61:23 65:5
128:3,6,15,16
145:15 176:19
177:9 178:5,10
178:17,23
180:19 181:17
185:16 192:13
192:17,22
193:5,5,9,12
194:2,2 197:13
197:14 199:9
199:15 200:17
200:20,25
202:6 206:7
208:11,17
213:5 252:5
**scam** 192:2
**scared** 16:5
48:16 86:25
88:18 94:21
132:10 148:24
163:3,8 231:2
231:7,8 232:2
232:13,14
**school** 22:16
24:15 26:4,5
30:16,17 32:25
33:4 165:12,12
165:17,18,20

165:24 216:8,8
216:9 236:25
**score** 129:15,18
130:5,19,19,20
166:12,21
167:16,24,25
168:18,19,20
168:21 169:22
169:24 170:11
170:15,17
172:23,24
175:12 176:10
176:21 180:15
181:3 185:3
188:25 193:18
194:11 195:17
195:19 196:8
203:2 208:11
208:19 209:16
251:18,19
252:6
**screen** 116:24
116:25 125:15
125:21 126:10
127:15 131:24
139:13,14
169:11,16
170:2 174:4
183:13 184:7
196:18 197:6,9
200:16 203:21
203:23 205:2,8
205:11 207:4
**scroll** 125:23
127:9

**sealing** 3:6
**second** 15:4,8
16:9 74:10
75:9 77:10
95:14 99:24
122:12,19
126:11 139:9
172:14 176:25
177:4 183:2,4
183:6
**secret** 179:3,14
180:17
**security** 243:3
**see** 44:8 49:25
68:17 69:18,22
71:24 79:22
117:16 126:5
126:23 127:17
127:23 128:4
128:10,22
129:17 131:24
151:4,5,5
152:21 165:8
170:2,4,4
171:4,8 172:7
172:23 174:17
174:21 175:8
176:10,11,13
176:23 177:8
178:4,7,9,12,15
178:19 179:22
179:24,25
180:3,6,9,11,20
180:21 182:2
183:23,24,25

184:6,11,14,20
184:25 185:17
185:18,19,20
186:3 187:2,11
187:17 188:7
190:3 191:24
192:11,12,13
192:25 193:7,8
193:19 194:18
197:8,10,12,16
199:9,10,16,21
200:17,24
202:6,23
205:10,13,15
206:10,11
207:4,15
208:10,17,20
208:21,21,24
209:3,4,8,10,11
209:14,17,18
210:12,14
212:7,24
214:11 219:10
219:11 229:4,6
230:15
**seeing** 217:25
**seek** 207:22
233:21
**seem** 156:9,21
**seen** 18:19,20
**sell** 75:6 79:23
82:25
**selvey** 2:18
183:12,19,22
189:12 190:14

192:10 199:8
200:10 205:14
207:17 212:4,9
238:9
**send** 46:14
58:15,18,20
65:24 75:11
85:15 117:23
117:25 118:2,3
118:4,5,6
129:4 133:17
133:20 134:10
147:16,18,19
147:20,23,24
161:25 181:16
216:22 222:19
222:20 223:2,6
223:8 237:10
**sending** 144:24
224:4
**sent** 26:23 27:4
29:14 52:3,4
59:4 61:11
85:18 88:7
90:4 133:12,13
222:22
**september** 37:4
39:16 45:22
51:13,14 67:19
108:12 119:11
126:23 129:19
130:21 131:2,8
136:11 147:3
179:23 180:5,9
180:22 181:25

182:5,8,16
223:15,17
226:23
**sequential**
169:7
**series** 4:19
**serious** 192:14
209:11
**service** 3:15
30:5 37:9,11
79:19 128:22
150:25 151:2
187:22 189:19
190:5 216:19
223:5 236:20
236:23
**services** 32:16
250:16
**set** 253:11,20
254:10,19
**several** 216:11
**share** 125:15
169:10
**shared** 84:5
116:23,25
**sharing** 125:21
139:14 169:16
183:13 196:18
197:6 203:23
205:8
**sheet** 255:1
**shift** 40:20
**ship** 97:23
**short** 62:19
90:25 109:5

160:11 203:25
**show** 82:23
120:4 121:8
153:7 159:8
168:8 176:6,9
176:20 194:7
194:23 195:6,7
252:5
**showed** 72:2
77:8 78:16,17
78:19 79:3,4
85:4 122:24
123:2
**showing** 43:12
116:17 124:19
170:14 200:6
252:7
**showroom** 70:5
**shows** 170:18
178:12,13
200:23
**sic** 25:23
**sick** 11:3 225:8
225:10,11
227:8
**side** 66:13,13
**sign** 102:9
247:7,8
**signature**
155:10 253:22
254:22
**signed** 3:9,11
3:14 61:22
69:19 72:19
104:17 155:9

**significant**
209:16
**silly** 247:21
**simple** 117:6
149:8
**sir** 11:11
**sister** 66:15,24
67:2
**sit** 69:16 101:2
120:3 134:19
137:2 153:4
157:5,6 158:12
**sits** 151:24
**sitting** 69:22
70:6,7,9 71:10
71:10,11,14
73:21,21,21
76:24 124:19
151:4 247:5
**situation** 18:21
67:23 88:7
128:4 226:10
231:25
**six** 10:15,25
21:16 40:18
77:14,14
195:18
**skinny** 42:16
**skip** 190:15
**sleep** 230:19,20
230:21 231:16
231:23 232:9
232:22,24
233:8,9

sleeping 233:13
slow 76:6
slowed 70:23
small 20:4
127:14 184:2
smoke 7:12
snow 98:20
social 16:19
46:24,24 50:7
50:8,9 78:23
128:13 148:22
153:11 197:11
197:24 243:3
somebody
52:15 59:19,21
59:22 60:6
61:7 63:20
129:6 136:20
155:7 198:12
219:10 243:3
somebody's
56:25
son 57:23 66:25
75:23,25 94:16
95:17 119:23
119:24,25,25
154:6 157:3,5
157:11 216:21
son's 86:13
sophia 1:24
109:9 238:2
254:6,22
sorry 9:6 29:6
34:20 50:3,21
52:15 66:5

67:10 69:17
70:18 77:7
80:2 103:4
107:21 109:24
111:15 141:24
162:12 177:6
179:5,12
187:17 190:19
221:23 224:25
240:17
sought 212:19
south 2:14
234:25
southern 1:2
space 227:22
252:9
spanish 69:5,6
75:21 76:22
77:12
spartan 1:9
2:10
speak 21:3,10
98:10 240:18
speaking
240:23
special 234:2
specific 8:18
38:18 67:20
167:3,4,22,22
212:24 245:23
specifically
63:9 68:15
169:23 242:18
251:19

specified
249:11
speculation
87:7
spell 11:16
12:25
spend 161:20
236:8
spent 140:21
161:15
spoke 46:8 51:8
57:9 59:14
67:22 68:3
85:21 91:8,11
91:12,13 92:16
93:25 95:17
98:3 99:15
100:2 101:9,11
101:12,15,20
102:15 113:7,9
ss 253:4 254:4
stairs 19:10
stamp 125:24
127:24
stand 138:6
stands 151:10
stanley 18:9
21:2,17 55:17
62:24 85:22
139:2,5 164:19
staples 162:13
162:13,14,15
222:25 223:14
start 5:15 48:3

started 35:18
146:24 214:22
starting 185:20
189:17
state 1:25 4:4,8
23:9 24:24
169:19 253:4,9
254:3,8
stated 71:24
209:22
statement
250:17
statements
187:6
states 1:2 7:25
8:16,21,22 9:5
9:8,12 13:16
22:23 33:17,23
34:25
status 8:5,11,18
stavros 1:10
2:11
stay 9:10 16:6
16:14,22 31:16
48:12 108:6,24
177:3 211:14
stayed 8:22
staying 10:24
11:8 47:8 48:3
48:9 194:18
steal 63:21
stealing 165:3
220:24,25
stipulated 3:4
3:19

stole 136:20
152:11 243:16
stolen 128:14
243:2
stop 50:20
80:12 108:24
165:9,11,19
215:15 216:2
217:3,16
238:25 239:9
239:13 240:18
stopped 78:25
139:14 179:3,8
180:2 196:18
203:23 215:17
216:5
storage 162:25
163:14,15,17
163:18,20
164:9
store 35:7,19
155:6
stores 199:10
199:12 200:13
200:21
stories 44:18
45:4
story 18:24
47:13
straight 13:18
75:9
strange 61:16
street 2:5 4:12
10:13,21,25
11:9,21 17:2,6

17:7,9 22:6,9
22:12 23:5
30:3 36:19,21
38:20 94:24
95:4 219:9
stress 81:11
140:2,3 164:14
165:10 219:7
221:2 226:9
243:12 247:11
stressed 242:9
247:9
stressing 80:23
108:4 160:5
229:17,22
240:7 246:2
strike 18:6
23:21 31:9
47:15 81:16
95:9 117:20
132:17 143:25
149:5 151:7
152:24 153:19
153:25 156:7
162:2 175:20
183:9 215:7
222:14 247:18
stuff 18:25 22:5
103:2 105:19
162:25 163:11
164:9 165:3
218:25 231:20
subject 38:22
submission
117:2 125:9

250:8
subscribed
249:18 255:22
sue 150:4,16,17
152:7,10
246:23
sued 5:5,8
114:10
suffered 139:18
140:2
suing 204:20
suitcase 10:4
suite 2:5,14
summer 51:17
98:19
support 44:20
45:2,3
supposed 146:7
155:5,7 156:6
sure 41:23
46:16 78:15
100:14,14
104:4 117:3
125:16 127:12
127:20 157:10
surprise 235:21
235:24,25
switch 183:15
sworn 3:9 4:4
249:5,18
253:11 254:10
255:22
sync 202:7,17
syncb 202:3

system 38:16

**t**

t 3:2,2 11:19,19
13:3 111:3,4
235:3 249:2
250:2 253:2,2
254:2,2
table 77:6 78:7
124:17 173:20
take 5:16 24:12
24:15,16 26:16
30:22 39:20
41:5 62:17
78:24 81:3,23
82:3 84:3,7,13
84:15 95:16
96:15 108:6,10
109:3 115:15
119:17 121:21
122:3,6,7
126:11 139:12
145:25 146:7
146:13 151:13
152:3 159:17
160:9 162:9
170:12,13
179:18 183:13
205:18 207:3
212:11 214:2
214:13 216:6
216:25 219:18
221:9,21,25
222:2,4,8,17
225:11 229:24
233:17,23

**[take - testimony]**                                                    Page 43

239:14
**taken**  1:20
  31:19 62:20
  87:5 109:6
  123:14 136:9
  160:11 202:24
  203:25 210:9
  212:25 243:5
  250:16 251:14
**talk**  42:20
  45:25 49:22
  51:7 54:24
  61:7 68:17
  70:14 71:17
  75:14 89:13,15
  89:16 98:25
  99:6 112:11,13
  112:24 113:23
  215:5 245:13
  245:14
**talked**  46:6
  71:6,7 85:10
  201:12
**talking**  17:14
  29:22 31:2,18
  55:12,16 69:24
  70:11 71:13
  74:6,9,12
  106:8 107:8
  111:11 112:5
  116:15 161:13
  180:8 195:25
  199:25 242:13
**tall**  42:15 69:6
  69:8 77:12,13

77:13,13
**td**  30:4 35:23
  36:23 37:2,3,5
  37:16,17 38:3
  38:5,8,9,17
  124:23 151:2
  184:12,17
  202:14,15
  216:14 221:9
  224:18 226:3
  236:15,17
  237:15
**tell**  5:21 6:14
  17:12 21:17
  28:24 29:2,20
  31:14 32:18
  41:13 44:3,17
  50:13,15 57:21
  57:23 60:21
  64:15 65:11
  73:25 74:18
  82:16 93:12
  95:22 96:21
  111:13,24
  114:18 116:21
  121:23 126:12
  128:3 133:10
  133:11 134:24
  137:13 138:8
  139:24 140:6
  140:20 143:18
  146:10 157:25
  158:8,25 161:7
  162:8 164:24
  167:21,24

169:2 179:9
  181:13,15
  195:23 210:22
  217:19 221:20
  233:16,19
  234:13 236:12
  236:16,18
**teller**  37:7,8
**telling**  16:6,16
  18:23 41:6
  43:24 44:12,18
  44:21 45:4
  47:11,13,20,21
  51:7 55:25
  56:12,24,25
  57:25 59:15
  60:2 64:2
  74:14,21 75:22
  76:24 77:6
  79:17 80:13
  87:25 88:16,20
  92:3,8,11,17
  93:10 94:2
  95:18 108:6,23
  110:6 119:4
  132:11 133:19
  135:11 146:16
  146:19 158:15
  179:19 187:22
  189:21 213:3
  221:20 227:7
  246:22
**ten**  159:18
  160:9

**terminology**
  104:12
**terms**  36:14,16
  63:8 139:25
  140:7 196:6
  218:13
**test**  24:17
  151:18
**testified**  4:5,21
  4:23 5:2 47:17
  49:4,9 51:15
  51:21 53:9,18
  53:23 57:19
  58:10 62:23
  63:8 64:18
  94:14 95:11
  110:4 135:10
  154:15 175:2
  219:6
**testify**  7:7
  53:13 56:9
  249:5
**testifying**  87:18
**testimony**
  10:23 11:10
  29:10 32:10
  40:25 52:14,21
  52:22 53:3
  57:11 58:8
  83:19 119:13
  120:19,20
  121:14 122:20
  130:25 131:7
  134:13 135:12
  136:3 138:6,14

157:9,11,22
164:17 181:20
191:16 228:3
238:8 239:18
244:4 246:7,10
249:6,10
253:13 254:12
**text** 59:15
110:6,9,10,12
110:16 231:10
231:19
**texted** 59:15,20
59:21,22 60:13
242:16
**texting** 76:5
94:21 216:22
**texts** 60:6
218:21 242:13
242:14
**thank** 6:18
20:24 52:24
65:8 126:7
127:21 133:2
162:22 196:25
219:20 221:6
240:20 242:21
247:24,25
248:10,15
**theft** 128:7,18
132:3 154:17
215:15
**thereabouts**
60:5
**thievery** 154:17

**thing** 36:2
56:15 63:17
64:2 80:4 85:3
85:7 100:5
105:14 117:4
118:15 143:20
145:20 146:16
147:16 150:24
152:20 158:11
160:4 163:10
175:17 189:23
210:2 213:4
220:14 242:12
**things** 20:16
25:22 41:20
43:23 44:20
46:23 74:23
78:23 80:20
88:17 100:11
105:12 110:6
128:14 136:21
139:19 141:11
145:15 149:14
150:22 164:25
168:22 183:16
186:12 187:24
188:3 201:13
225:15 243:6
246:2,3
**think** 13:12
18:3 19:3
24:20 42:24
43:16 48:14
58:22 59:21
64:2 71:12

80:24 81:10
86:19 88:14
93:24 94:14
95:2 99:11
121:6 129:24
134:20 137:3
145:5 167:17
194:24 202:17
204:4 245:9
**thinking**
227:10 230:23
230:25
**third** 13:13
127:24 131:23
177:24
**thought** 56:9
97:7 105:5
210:15 218:15
**threatened**
164:10 218:24
231:18
**threatening**
110:13 231:9
232:8 240:10
**threats** 218:15
220:22
**three** 15:6 19:4
19:6,9 41:15
71:14,15 77:14
136:10 163:21
164:3 180:22
180:23 203:17
211:15
**thursday** 72:8

**ticket** 58:12
99:21 103:11
145:23,24
147:14
**tickets** 58:9,9
58:10 59:2
99:21 103:2
104:14 141:9
141:10 146:12
146:25 147:5,6
**time** 1:16,23
3:21 5:17 9:25
13:15 17:20,22
22:13,18,20,22
23:22 24:22
26:5,6 29:15
30:18,21,22
39:6,7,9,11,12
39:14 41:13
42:19 43:5,7
44:14 45:9,18
46:5,8 49:16
51:7,8 61:3,5
62:7 65:11
67:9,11,22
72:9 85:9,21
86:8 89:3 91:2
91:2,3,3,11,13
92:16 93:21
94:8 95:13,14
98:2,14,16,18
98:18 99:12
112:22,23
113:7 115:14
115:16,17,22

118:25 122:19
130:4 135:20
135:24 136:11
136:19 145:12
154:13 158:14
158:21 166:10
168:19 170:12
170:13 176:11
183:2,4,6
201:15 205:24
208:22 209:2
214:5,7,8
216:19 217:22
218:10 221:7
221:11 222:4,9
224:2,18 225:3
226:2 227:6
229:7 230:20
233:20 240:19
240:23 249:10
**timeframe**
106:22
**times** 9:9 91:8
91:11 122:17
216:11
**tired** 233:10
**title** 26:13,14
26:21,22 27:9
27:10,12 45:23
45:24 46:10,13
46:13 51:9,14
60:25 61:10
64:8,11,14
80:16,17 81:3
81:4,8,9,19,20

82:3,17,18
83:4 86:23,23
86:23 87:16,23
88:2,4 95:19
95:21 96:15,23
97:10 138:12
143:7 216:23
**today** 4:20 7:6
21:16 40:17,18
41:5 70:21
101:2 112:9
117:9 120:12
134:19 137:2
154:15 214:23
222:10 228:8
**told** 16:18
24:18 41:20
43:17,20 44:22
49:10 55:18,22
56:10,14 57:8
58:6 59:17
67:5 70:19
72:20 73:4,9
74:22 82:6
86:14,17 91:24
92:3,21,24
95:19 96:13
97:6,18 104:10
108:9 116:5
120:2 126:19
133:22 135:21
145:10 146:8
149:25 154:3,6
154:7 157:12
158:5,8,22

159:3 179:10
181:24 209:20
217:8 222:5,6
224:10 228:5
252:12
**tolls** 58:10
103:2 141:19
**tomorrow**
50:14 116:5,9
222:10,11
**took** 33:18
40:16 73:23
84:14,15 123:5
144:5 149:15
196:4 206:9
221:7,8,12
224:10,19
225:4,5,10
226:2 233:18
241:23
**top** 178:4 206:6
**toribio** 1:24
109:9 254:6,22
**toward** 136:2
142:8 143:10
144:10
**town** 23:2
**toyota** 28:10
**tracking**
168:17,18
**traffic** 144:6
**train** 30:2
**trans** 248:8
**transaction**
122:21

**transcribe**
183:15
**transcript** 90:7
204:16 227:23
248:6,12 249:9
249:9
**transmitted**
123:16,17
**transunion**
105:16 196:17
250:11
**treatment**
233:21
**trial** 3:21
**tried** 78:24
97:24 188:3
208:15
**trouble** 44:10
232:7
**true** 49:6 51:24
52:2,18,19
58:4 63:13
97:3 146:24
242:25 249:9
253:12 254:11
**trust** 82:20
**truth** 44:17
47:20,22 50:14
50:16 73:25
167:21 249:5
**try** 36:7 154:13
164:20
**trying** 18:17,18
22:4 90:3
100:8 108:2

114:4,6 116:18
131:15,18
147:4 164:18
166:15,16
167:14 179:19
182:23 188:20
188:21 201:20
207:25 210:15
211:7,8 215:24
**tuesday**   41:17
72:7
**tunnels**   141:20
**turn**   177:23
**turned**   21:16
**twice**   122:14
230:7
**two**   5:16 9:9
39:15,16 41:12
48:14,18 55:21
59:5,7 64:3
72:6,21 73:5
73:12,16 74:9
77:14 147:8
183:10,16
184:22 194:10
211:14 225:5
**type**   184:13
232:3
**types**   128:6
**typically**
138:23

---

**u**

---

**u**   3:2 70:12
234:15

**uber**   25:17,18
26:2,3 27:21
28:5,6 32:7,11
**uh**   127:4 128:8
143:3 178:16
178:20 184:8
189:9 190:23
210:5,5 218:23
**um**   191:4
**un**   204:11
**uncle**   12:21,24
13:6,7 16:25
27:24 28:2,7
48:13 65:22
66:2,2,4,5,6,12
66:14 68:13
72:22,25 73:15
75:12,18
159:10 163:12
**uncle's**   12:20
27:24
**uncomfortable**
228:21
**under**   5:2
47:17 51:9
53:23 57:12
62:23 75:7
128:15 135:19
140:3 144:24
145:11 146:14
156:3,4 232:18
232:23 233:6,7
233:15 234:4
245:21 246:7

**underneath**
193:14
**understand**
5:20,22,23 6:3
6:4 48:8 72:6
79:18 87:15
102:8 103:5,13
105:21,25
113:14 114:4
114:17,23
139:17,21
140:12,15,16
140:18 142:18
142:20,22
148:2 166:6,8
177:15,21
178:21 180:13
181:2,8 185:2
188:24 194:6,9
198:5,19
209:19,25
210:2,4 213:7
245:21
**understanding**
101:3 102:18
133:4 150:8,11
156:23
**understood**
164:16 225:6
**unhappy**
228:22
**union**   204:7
206:7 250:13
**united**   1:2 7:25
8:16,21,22 9:5

9:7,12 13:16
22:23 33:17,23
34:25
**unknown**
208:24
**unreal**   239:6
**unsecured**
184:13,16
**unsigned**   3:13
**untrue**   83:16
83:18
**upper**   178:8
184:11 185:16
**upstairs**   42:25
84:23
**uptown**   35:4,5
35:11
**usage**   193:5,10
**use**   29:25 30:9
86:4 149:9
177:14 187:9
188:20,23
190:9,10 193:6
201:20 204:9
227:19 229:11
229:18,23
230:4,10
**used**   3:13 12:3
16:12 23:4
30:4,4,10,25
39:6 57:2 61:7
75:7 162:20
163:22 166:14
186:21,22
230:7

| | | | |
|---|---|---|---|
| **using**  29:23 | 144:4,4,10 | 69:4,18 71:24 | 253:17 254:16 |
| 30:2,19 31:11 | 147:2 148:13 | 78:14 80:25 | **we've**  64:22 |
| 50:4 148:17 | 251:16 | 81:8 82:8,22 | 133:14,15 |
| 179:8 186:6,7 | **virtual**  1:19 | 85:24 88:19 | **wear**  234:5 |
| 202:21 227:20 | **virtually** | 92:24 94:23 | **wedding**  17:13 |
| **usually**  234:5 | 192:22 | 95:25 97:16 | 55:15,23 56:5 |
| **v** | **visa**  8:18,19,19 | 102:16 114:20 | 56:11 |
| **v**  237:24 255:2 | **visit**  9:2,9 | 121:7,21 122:6 | **wednesday** |
| **vallejo**  1:10 | 74:10 122:12 | 122:11 125:9 | 41:16,17 |
| 2:12 | 129:25 165:8 | 126:9 127:11 | **week**  48:13 |
| **value**  210:25 | 236:6 | 139:16,24 | 64:3 90:14 |
| 213:19 | **vitamins**  35:9 | 140:20 145:16 | 103:8 108:6,10 |
| **various**  193:17 | 39:21 | 151:19 154:23 | 217:2,3 221:8 |
| **vehicle**  144:6 | **w** | 156:2 157:9 | 221:10,12,13 |
| 213:19 | **w**  54:14 | 159:20,22 | 221:21,25 |
| **vehicles**  25:4 | **wait**  10:20 69:2 | 160:2 165:4,9 | 222:2,5 225:4 |
| **ventolin**  230:17 | 94:24 95:3 | 169:18 170:10 | 225:10,11 |
| **verify**  185:10 | 102:3 152:25 | 172:8 175:9 | **weeks**  48:14,19 |
| 185:12 | 155:12 171:12 | 180:4 182:21 | 64:4 |
| **veritext**  255:1 | 244:13 246:11 | 186:4 187:25 | **weigh**  226:16 |
| **victim**  128:18 | **waiting**  29:16 | 188:20 195:21 | 226:18 |
| **victoria**  1:23 | 58:14 69:16,16 | 196:16 214:9,9 | **weighed**  229:6 |
| 109:8 178:7 | 70:13,15,17 | 214:12 219:25 | **weight**  226:23 |
| 179:2,7,14 | 71:20 95:20 | 245:13,14,22 | 226:24,25 |
| 180:16 253:7 | **waived**  3:8 | **wanted**  54:24 | 227:4 228:5,8 |
| 253:23 | **wallet**  31:13,17 | 55:4 78:15 | 228:9,13,15 |
| **victory**  1:8,8,9 | 31:20 | 93:7,8 94:22 | 229:8 252:8,11 |
| 2:9,10,11 | **want**  18:22 | 127:19 173:8 | **welcome**  53:7 |
| 255:2 | 41:18,21 44:9 | 173:16 175:2 | **went**  5:13 8:25 |
| **video**  153:6,7 | 50:6,13 52:22 | **wants**  78:10 | 9:2 22:21 |
| **violating**  144:6 | 53:8,22 57:5 | **way**  80:17 81:5 | 24:14 25:3,7 |
| **violations** | 57:10,18 58:7 | 111:25 135:9 | 26:8,15,17,20 |
| 141:6,15,19,22 | 61:2,21 62:12 | 141:25 148:16 | 31:4,25 32:3 |
| 142:9,25 | 62:13,21,22 | 185:21 202:17 | 36:22 39:3 |
| 143:11,11 | 63:7 64:17 | 228:22 237:15 | 45:18 46:2 |

**[went - yeah]**                                          Page 48

| | | | |
|---|---|---|---|
| 48:13 52:5 | 11:10,21 12:19 | **words**  16:12 | **worry**  6:12 |
| 56:5 60:20,22 | 13:17,24 33:6 | 60:11 78:8 | **worse**  57:6 |
| 60:24 61:3,5,6 | **whereof**  253:19 | 102:24 | 192:19,24 |
| 61:19,23,25 | 254:18 | **work**  8:15,16 | 228:23 229:18 |
| 62:5,9 63:10 | **winter**  98:19 | 8:17 17:4 | **would've**  52:13 |
| 65:17 67:9,13 | **witness**  3:9,15 | 25:21 30:4,10 | **wound**  39:19 |
| 67:13,14,17,18 | 3:17 4:3 | 30:12,14,15 | **wrong**  16:13 |
| 67:25 68:2,10 | 113:22 114:9 | 31:5 34:10 | 60:4 78:9 |
| 71:11 73:16,20 | 114:16 124:9 | 35:22 37:15 | 110:8 150:18 |
| 75:13,15 76:25 | 126:14 127:16 | 38:18 40:13,19 | 164:18 |
| 80:14 84:5,17 | 127:21 140:11 | 40:20,21,23 | **x** |
| 92:18,18 98:24 | 151:9,10,14,22 | 41:4,7 88:19 | **x**  1:3,13 250:2 |
| 99:5 103:20 | 151:24 155:18 | 96:2,4 97:15 | 251:2 |
| 105:11,14 | 156:10 159:22 | 98:21,22,23 | **y** |
| 124:7,8,11,13 | 160:2,17 | 103:21 104:19 | **y**  13:10 |
| 124:23 129:25 | 171:25 174:11 | 105:16 112:22 | **yeah**  7:23 8:24 |
| 130:2,4,6,8,9 | 176:18 205:20 | 115:16,25 | 9:3 13:14 |
| 131:7 143:18 | 206:18 207:18 | 116:2 131:15 | 20:15 22:16 |
| 145:12,16 | 212:13 232:25 | 136:23 138:23 | 23:11,14,25 |
| 146:11 149:4 | 237:22 238:19 | 139:7 208:15 | 27:11 29:8 |
| 153:8 154:14 | 239:15 240:20 | 217:6,7 219:8 | 30:24 31:7,8 |
| 154:25 155:24 | 244:19 248:17 | 221:7,11 222:4 | 31:24 32:8 |
| 156:22 157:4 | 252:5 253:10 | 222:12 225:8 | 34:12,15 35:15 |
| 162:13,14,17 | 253:13,19 | 235:8 239:19 | 37:4,14 39:12 |
| 179:4 181:24 | 254:9,12,18 | **worked**  34:7 | 40:3,5,7 41:3,9 |
| 186:10 189:21 | **witnesses'** | **worker**  216:19 | 44:12 46:4 |
| 190:2 193:17 | 255:3 | 235:7 | 47:24 55:20 |
| 208:4 212:16 | **woman**  26:24 | **working**  34:12 | 57:17 60:8 |
| 212:21,22 | 88:11,22,23 | 35:3,25 38:9 | 67:10 68:16 |
| 217:23 221:23 | 89:9,21,23 | 38:10 39:5,8 | 69:11,24 70:7 |
| 227:2,6 228:16 | 151:5 153:12 | 39:11 40:24,25 | 73:3,15 74:11 |
| 228:20 229:6 | 155:23 157:17 | 41:12 96:4 | 75:15,18 76:7 |
| 236:5 | 157:19 158:16 | 168:25 219:11 | 77:5 80:9 81:6 |
| **west**  4:12 10:13 | **word**  142:9 | 225:17 | 82:7 84:11 |
| 10:21,25 11:9 | | | |

**[yeah - zoom]**                                              Page 49

| | | |
|---|---|---|
| 89:9 93:25 | 193:2,11 | 211:14,15 |
| 94:16 96:10 | 194:14 197:15 | **yessica** 1:10 |
| 97:11,15 99:16 | 197:17,24,24 | 2:12 |
| 108:19 110:10 | 201:6,10 | **yesterday** 41:4 |
| 111:7 112:13 | 202:20 205:22 | 113:9,10,13,17 |
| 112:14,17 | 206:11 207:9 | 113:23 114:2 |
| 113:18 118:2 | 208:8,13,21 | 114:11 115:10 |
| 120:9,13 | 209:4,10,13,18 | 115:24 118:6 |
| 121:25 122:15 | 210:18 211:8 | **york** 1:2,25 2:6 |
| 122:23 123:2 | 212:15,23 | 2:14,14 4:5,13 |
| 123:11,24 | 213:3,3 214:24 | 4:13 10:22,22 |
| 124:4,11,15,18 | 214:24 215:3 | 23:9,24 24:24 |
| 125:3,5 126:16 | 217:21 219:7 | 33:23 38:20,20 |
| 127:16 128:5 | 221:12 223:17 | 40:11 253:4,9 |
| 128:20,23 | 224:4 225:7 | 254:3,8 255:1 |
| 131:6 132:5 | 226:12,24 | **young** 75:10,14 |
| 134:14 138:10 | 228:11,18,19 | 75:19 76:19 |
| 138:20 140:18 | 228:19 229:12 | 77:11,16,17,18 |
| 141:4,10,24 | 230:10,21 | 77:19,19,20 |
| 142:2,17,22 | 232:15 233:7,7 | 78:8 230:13 |
| 144:8 147:4,10 | 235:5,16 | **z** |
| 148:8,8 155:21 | 236:10 241:12 | |
| 159:22 161:18 | 243:10 244:2 | **zero** 196:7 |
| 161:19 163:3 | 245:22 | **zoom** 160:7 |
| 168:5 170:4 | **year** 8:10 9:2 | |
| 171:3,25 172:2 | 14:14,17 21:20 | |
| 175:6 178:9,12 | 33:8 34:17,18 | |
| 179:2,4 180:6 | 37:17 42:12 | |
| 180:6,11 | 43:3,10 45:10 | |
| 182:18 184:15 | 45:17 54:17 | |
| 184:19,25 | 91:3,17 98:14 | |
| 185:7 186:4 | 98:18 100:13 | |
| 188:10,15 | 180:21 | |
| 191:9,13 | **years** 64:23 | |
| 192:14,16 | 147:8 167:22 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.