

# DEALER SALES AND SERVICE AGREEMENT

*THIS AGREEMENT* is made and entered into by and between **Mitsubishi Motors North America, Inc.** a California corporation, with headquarters at 6400 Katella Avenue, Cypress, California 90630 (hereinafter referred to as "MMNA"), and

| | |
|---|---|
| Spartan Auto Group LLC | |
| (Name of Dealer) | |

a _____ New York _____ Limited Liability Company _____ doing business as
      (State)

Victory Mitsubishi
(Name)

at   4070 Boston Road,                                                    Bronx,
     (Number and Street)                                               (City)
     Bronx                         County,           New York              10475
     (County)                                        (State)                (Zip)

(hereinafter referred to as "**Dealer**").

**1.** ■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**2.** ■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

(Rev. 8/21/03)

Agreement Date  JAN 3 0 2018                                                 1
(DAP005)

### 3.   OWNERSHIP OF DEALER

**MMNA** and **Dealer** recognize that the ability of **Dealer** to satisfactorily perform *this Agreement* is conditioned upon the continued active involvement in and/or ownership of **Dealer** by the following person(s) in the percentage(s) shown (hereinafter referred to as the *"Owners"*):

| Name | Title | Percentage of Ownership | Involvement in Management (Active or Inactive) |
|---|---|---|---|
| Diane Argropoulos | Member | 30% | Active |
| Philip Argropoulos | Manager | 70% | Active |

**4.** ▮▮▮▮▮▮▮▮▮▮

**5.** ▮▮▮▮▮▮▮▮▮

**6.**

**SUBPOENA RESPONSES 465**

3

7. ███████████

8. █████████████████

9. ███████████████

10. ███████████████     ▪



11.

12.

13.

14.

15.

16.

Agreement Date   JAN 3 0 2018

**MITSUBISHI**
MOTORS NORTH AMERICA, INC.

5

IN WITNESS OF THE FOREGOING, the parties hereto have executed *this Agreement* in duplicate. *THIS AGREEMENT* SHALL NOT BECOME EFFECTIVE UNTIL IT HAS BEEN SIGNED BY THE PRESIDENT OR AN EXECUTIVE VICE PRESIDENT OR TWO VICE PRESIDENTS OF **MMNA**. **DEALER** WILL BE NOTIFIED IN WRITING BY MMNA WHEN *THIS AGREEMENT* HAS BEEN SO SIGNED, WHICH NOTICE WILL SPECIFY THE EFFECTIVE DATE OF *THIS AGREEMENT*.

Spartan Auto Group LLC
dba Victory Mitsubishi
_____
(Dealer's Firm Name)

By _____       Date   12/18/17

Title   DLR PRIOR

By   PHILIP HLAYROPOULO       Date _____

Title _____

_____
(Witness)

**Mitsubishi Motors North America, Inc.**

By _____       Date _____
        (Chairman)

                OR

By _____       Date _____
        (Executive Vice President)

                OR

By _____       Date   JAN 3 0 2018
        (Vice President)

        and

By _____       Date   JAN 3 0 2018
        (Vice President)

**MITSUBISHI**
MOTORS NORTH AMERICA, INC.

SUBPOENA RESPONSES 468

Spartan Auto Group, LLC
dba Victory Mitsubishi

## ADDENDUM
### Terms and Conditions



By: _____ Title: *DLR PRIN* _____ Date: *1/18/18*



MITSUBISHI
MOTORS NORTH AMERICA, INC.

Agreement Date JAN 3 0 2018



## DEALER SALES AND SERVICE AGREEMENT

*THIS AGREEMENT* is made and entered into by and between **Mitsubishi Motors North America, Inc.** a California corporation, with headquarters at 4031 Aspen Grove Drive, Franklin, TN  37067 (hereinafter referred to as "MMNA"), and

**Spartan Auto Group Llc**

(Name of Dealer)

a   **New York**   **Limited Liability Corp.**   doing business as

(State)

**Victory Mitsubishi**

(Name)

at   **4070 Boston Road**,   **Bronx**,

(Number and Street)   (City)

**Bronx**   County,   **New York**   **10475**

(County)   (State)   (Zip)

(hereinafter referred to as "**Dealer**").

1. ████████████████
████████████████████████████████████████████████
████████████████████████ ████████████████████████
████████████████████████████████████ █████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████

2. ███████
████████████████████████████████████████████████████
████████████████████████████████████████ █ ██████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████

**SUBPOENA RESPONSES 470**

**3.    OWNERSHIP OF DEALER**

MMNA and **Dealer** recognize that the ability of **Dealer** to satisfactorily perform *this Agreement* is conditioned upon the continued active involvement in and/or ownership of **Dealer** by the following person(s) in the percentage(s) shown (hereinafter referred to as the *"Owners"*):

| Names of Owner | Title | Percentage of Ownership | Involvement in Management |
|---|---|---|---|
| PHILIP ARGYROPOULOS | MANAGER | 70.0000% | Active |
| DIANE ARGYROPOULOS | MEMEBER | 30.0000% | Active |



4.

5.

Agreement Date    March 1, 2021                                                2

**SUBPOENA RESPONSES 471**

**6.** ████████████████ **SES**



7. ███████
████████████████████████████████████████████████████
████████████ ████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████

8. ██████████████
████████████████████████████████████████████████████
████████ ███████████ ███████████ ████████ ██████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████ ████ /
█████ ██████████ ████████████████ ██████████ ████ ████
██████████████████████████████ █████████████
██████████████████████████████████████████████████████
████████████████████

9. █████████
████████████████████████████████████████████████████
█████████

10. ██████████
████████████████████████████████████████████████████
█████████

11. █████████
████████████████████████████████████████████████████
████████ ████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████ ████████████████████████████████████
████████████████████

12. █████████
█ ████ ███ ████ ███ ████ ██ ████ ██ ███ █ ████ ████ █ ██ ███ ████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████ /█████████████████████████████
██████████████████████████████████████████████████████
█████████████████ ████████████████████████████████████
██████████████████████████████████████████████████████
██████ █████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████

Agreement Date   <u>March 1, 2021</u>                                                4

**SUBPOENA RESPONSES 473**

13.



14.

15.

16.

IN WITNESS OF THE FOREGOING, the parties hereto have executed *this Agreement* in duplicate. *THIS AGREEMENT* SHALL NOT BECOME EFFECTIVE UNTIL IT HAS BEEN SIGNED BY THE PRESIDENT OR AN EXECUTIVE VICE PRESIDENT OR TWO VICE PRESIDENTS OF **MMNA**. **DEALER** WILL BE NOTIFIED IN WRITING BY MMNA WHEN *THIS AGREEMENT* HAS BEEN SO SIGNED, WHICH NOTICE WILL SPECIFY THE EFFECTIVE DATE OF *THIS AGREEMENT*.

**Spartan Auto Group Llc**
**dba Victory Mitsubishi**
_____
(Dealer's Firm Name**)**

By _____      Date   02/26/2021
                                              _____

Title _____Dealer Principal_____

By _____      Date _____

Title _____


**Mitsubishi Motors North  America, Inc.**


By _____      Date _____
            (Chairman)

                              OR

By _____      Date _____
      (Executive Vice President)

                              OR

By _____      Date   March 1, 2021
          (Vice President)

                    and

By _____      Date   March 1, 2021
          (Vice President)


Agreement Date   March 1, 2021                                    6

**SUBPOENA RESPONSES 475**

Spartan Auto Group LLC
dba Victory Mitsubishi

# ADDENDUM
## Terms and Conditions

████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████

By: _____ Title: <u>Dealer Principal</u>_____ Date: <u>02/26/2021</u>_____

**MITSUBISHI MOTORS**

Agreement Date <u>March 1, 2021</u>

**SUBPOENA RESPONSES 476**

7

**Victory Mitsubishi**                          **Attachment 1**

**Victory Mitsubishi**                    **Attachment 2**



**SUBPOENA RESPONSES 478**



---

# DEALER SALES AND SERVICE AGREEMENT

---

*THIS AGREEMENT* is made and entered into by and between **Mitsubishi Motors North America, Inc.** a California corporation, with headquarters at 4031 Aspen Grove Drive, Franklin, TN 37067 (hereinafter referred to as "MMNA"), and

**Spartan Auto Group LLC**

(Name of Dealer)

a    **New York**      **Limited Liability Corp.**      doing business as

       (State)

**Victory Mitsubishi**

(Name)

at    **4070 Boston Road**,                **Bronx**,

    (Number and Street)                   (City)

**Bronx**       County,       **New York**      **10475**

(County)                     (State)     (Zip)

(hereinafter referred to as "**Dealer**").

**1.** ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**2.** ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

**3.    OWNERSHIP OF DEALER**

**MMNA** and **Dealer** recognize that the ability of **Dealer** to satisfactorily perform *this Agreement* is conditioned upon the continued active involvement in and/or ownership of **Dealer** by the following person(s) in the percentage(s) shown (hereinafter referred to as the *"Owners"*):

| Names of Owner | Title | Percentage of Ownership | Involvement in Management |
|---|---|---|---|
| DIANE ARGYROPOULOS | MANAGER | 100.0000% | Active |



**4.**

**5.**

**SUBPOENA RESPONSES 480**

**6.**



7. ████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

8. ████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████

9. ████████

████████████████████████████████████████
████████

10. ████████

████████████████████████████████████████
████████

11. ████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

12. ████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

Agreement Date   September 20, 2022

**SUBPOENA RESPONSES 482**

13. ▮▮▮▮▮▮



14. ▮▮▮▮▮▮▮▮▮▮R

15. ▮▮▮▮▮▮

16. ▮▮▮▮▮▮

**SUBPOENA RESPONSES 483**

IN WITNESS OF THE FOREGOING, the parties hereto have executed *this Agreement* in duplicate. *THIS AGREEMENT* SHALL NOT BECOME EFFECTIVE UNTIL IT HAS BEEN SIGNED BY THE PRESIDENT OR AN EXECUTIVE VICE PRESIDENT OR TWO VICE PRESIDENTS OF **MMNA**. **DEALER** WILL BE NOTIFIED IN WRITING BY MMNA WHEN *THIS AGREEMENT* HAS BEEN SO SIGNED, WHICH NOTICE WILL SPECIFY THE EFFECTIVE DATE OF *THIS AGREEMENT*.

**Spartan Auto Group LLC**
**dba Victory Mitsubishi**
_____
(Dealer's Firm Name**)**

By _____     Date _____09/13/2022_____

Title ____Dealer principal_____

By _____     Date _____

Title _____


**Mitsubishi Motors North America, Inc.**


By _____     Date _____
        (Chairman)

                              OR

By _____     Date _____
   (Executive Vice President)

                              OR

By _____     Date _____
                                              _____September 20, 2022_____
   Sr. Vice President, Sales Operations


By _____     Date _____
                                              _____September 20, 2022_____
   Vice President, Aftersales


Agreement Date ___September 20, 2022___                                    6

**SUBPOENA RESPONSES 484**