FRANCOIS, FARAH JEAN
N/A

2914 FARRAGUT
BROOKLYN, NY 11210
(347)995-5054

2017  BMW 5 SERIES
WBAJA7C38HG904646

Year _____

Make _____   Stock No. 3385   Sc

VIN _____   Date Sold _____   Ac

Motor No. _____   Invoice No. _____   Ci

Date of Purchase _____   Mileage _____   State _____ Zip _____

Purchased From _____   Phone No. ①347-⊘⊘9-995-5054

Address _____

City _____   ☐ Bill of Sale

State _____ Zip _____   ☐ Certificate of Title

Title No. _____   ☐ Odometer Certification

License No. _____

*Capital One*

*9K*   *$6033.94*

Received Title

_____
Purchaser

D-P SALES, N.Y. (800) 874-5377

**DEFENDANTS 1** JSE-8212

# CREDIT APPLICATION

## MITSUBISHI MOTORS

# VICTORY AUTO GROUP

**The All New PRE-OWNED SUPER CENTER**

*Everyone needs a Victory in life!*

NYC DCA License 1182958 / 1182...
NYC DCA License 1182973 / ...

## GENERAL INFORMATION / INFORMACION GENERAL

A CREDIT APPLICATION MUST BE COMPLETED FOR EACH APPLICANT
LA APLICACION DE CREDITO DEBE SER COMPLETADA POR CADA APLICANTE

○ INDIVIDUAL / PERSONAL
○ JOINT / COMPARTIDO

○ BUSINESS with GUARANTOR, GUARANTOR PERSONAL
NEGOCIOS con GARANTE PERSONAL

### APPLICANT / APLICANTE

| Field | Value |
|---|---|
| FULL NAME / NOMBRE COMPLETO | Emmanuel |
| FIRST NAME / NOMBRE PROPIO | Emmanuel |
| MI / INICIAL | |
| LAST / APELLIDO | Forest |
| SOCIAL SECURITY # / SEGURO SOCIAL | |
| DATE OF BIRTH / FECHA DE NACIMIENTO | |
| STREET ADDRESS / DOMICILIO CALLE | Brooklyn |
| CITY, STATE, ZIP / CIUDAD, ESTADO, CODIGO POSTAL | Brooklyn NY 11210 |
| HOME PHONE # / TELEFONO | 347 995 5054 |
| TIME AT RESIDENCE / TIEMPO DE RESIDENCIA | YEARS / AÑOS 31  MONTHS / MESES |
| PREVIOUS STREET ADDRESS / ANTERIOR DOMICILIO CALLE | |
| ○ OWN / PROPIETARIO  ○ RENT / INQUILINO/RENTA  ○ LIVE WITH RELATIVE / VIVE CON FAMILIAR  ○ LIVE WITH OTHER, NAME / OTROS OCUPANTES | |
| CITY, STATE, ZIP / CIUDAD, ESTADO, CODIGO POSTAL | |

### EMPLOYMENT INFORMATION / INFORMACION DE EMPLEO

| Field | Value |
|---|---|
| EMPLOYER NAME / NOMBRE DEL EMPLEADOR | House Call Home Care |
| EMPLOYER ADDRESS / CALLE DEL EMPLEADOR | 2640 Fulton Street Bklyn NY |
| MORTGAGE/LENDER/LANDLORD / HIPOTECA / ACREEDOR HIPOTECARIO/ARRENDADOR | |
| POSITION / TITLE / OCUPACION/TITULO | Personal Assistant |
| TIME AT JOB / TIEMPO EN EL EMPLEO | YEARS / AÑOS  MONTHS / MESES 5 |
| WORK PHONE / TELEFONO DEL TRABAJO | |
| ANNUAL GROSS INCOME / INGRESO BRUTO ANUAL | 31,000 |
| MONTHLY PAYMENT / PAGO MENSUAL | |
| OTHER INCOME / OTROS INGRESOS | |
| SOURCE OF OTHER INCOME / FUENTES DE OTROS INGRESOS | |
| PREVIOUS EMPLOYER OR SCHOOL / EMPLEADOR ANTERIOR O ESCUELA | |

### CO-APPLICANT / CO-APLICANTE

| Field | Value |
|---|---|
| FULL NAME / NOMBRE COMPLETO | Farah |
| FIRST NAME / NOMBRE PROPIO | Farah |
| MI / INICIAL | Jean |
| LAST / APELLIDO | Francois |
| SOCIAL SECURITY # / SEGURO SOCIAL | |
| DATE OF BIRTH / FECHA DE NACIMIENTO | 2940 Farragut Rd |
| STREET ADDRESS / DOMICILIO CALLE | 2940 Farragut Rd |
| CITY, STATE, ZIP / CIUDAD, ESTADO, CODIGO POSTAL | Brooklyn NY 11210 |
| HOME PHONE # / TELEFONO | 347 995 5050 |
| TIME AT RESIDENCE / TIEMPO DE RESIDENCIA | YEARS / AÑOS  MONTHS / MESES 5 |
| PREVIOUS STREET ADDRESS / ANTERIOR DOMICILIO CALLE | |
| ○ OWN / PROPIETARIO  ○ RENT / INQUILINO/RENTA  ○ LIVE WITH RELATIVE / VIVE CON FAMILIAR  ○ LIVE WITH OTHER, NAME / OTROS OCUPANTES | |
| CITY, STATE, ZIP / CIUDAD, ESTADO, CODIGO POSTAL | |

### EMPLOYMENT INFORMATION / INFORMACION DE EMPLEO

| Field | Value |
|---|---|
| EMPLOYER NAME / NOMBRE DEL EMPLEADOR | Nulls Whole Food |
| EMPLOYER ADDRESS / CALLE DEL EMPLEADOR | 2421 Broadway NY NY |
| MORTGAGE/LENDER/LANDLORD / HIPOTECA / ACREEDOR HIPOTECARIO/ARRENDADOR | |
| POSITION / TITLE / OCUPACION/TITULO | Manager |
| TIME AT JOB / TIEMPO EN EL EMPLEO | YEARS / AÑOS 11  MONTHS / MESES 5 |
| ANNUAL GROSS INCOME / INGRESO BRUTO ANUAL | 41,000 |
| MONTHLY PAYMENT / PAGO MENSUAL | |
| OTHER INCOME / OTROS INGRESOS | |
| SOURCE OF OTHER INCOME / FUENTES DE OTROS INGRESOS | |
| PREVIOUS EMPLOYER OR SCHOOL / EMPLEADOR ANTERIOR O ESCUELA | |

## APPLICANT'S STATEMENT / DECLARACION JURADA DEL APLICANTE

EVERY STATEMENT I HAVE MADE ON THIS CREDIT APPLICATION IS TRUE AND HAS BEEN MADE BY ME WITH THE UNDERSTANDING THAT YOU WILL RELY ON IT. I AGREE THAT IF ANYTHING ARISES WHICH CHANGES ANY OF THE STATEMENTS I HAVE MADE, I WILL PROMPTLY TELL YOU. YOU MAY EXCHANGE INFORMATION ABOUT ME WITH ANY ADDRESS, OR THE CONSUMER REPORTING AGENCY THAT FURNISHED IT. IF YOU UPDATE, RENEW, OR EXTEND MY LOAN, YOU MAY REQUEST A NEW CREDIT REPORT WITHOUT TELLING ME.

Applicant _Emmanuel Forest_   Date _May 30, 2020_

Co-Applicant _Farah Jean Francois_   Date _5/30/2020_



# VICTORY
MITSUBISHI

4070 Boston Road
Bronx, NY 10475
P: (718) 515-2277  F: (708) 515-6440
www.victorymitsubishi.com

**RECEIPT**

**CUSTOMER**

EMMANUEL LAFOREST

| RECEIPT # | DATE | AMOUNT |
|---|---|---|
| 100015210 | 5/30/20 20:04 | 8600.00 |

Payment Received:
CASH                                          Total Received:              8600.00
                                                                           8600.00

Payment Applied To: CASH DEPOSIT--LAFOREST, EMMANU
2010 : 3385 : 3385

                                              Total Applied:              8600.00
                                                                          8600.00

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group

**DEFENDANTS 3**

# ILAW 553-NY-B-A-eps 10/18

## RETAIL INSTALLMENT CONTRACT
## SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| FARAH JEAN FRANCOIS<br>2914 FARRAGUT<br>BROOKLYN, NY 11210<br>KINGS | N/A | VICTORY MITSUBISHI<br>4070 Boston Rd<br>BRONX, NY 10475 |

Dealer Number _____   Contract Number _____

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing below, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2017 | BMW 5 SERIES | WBAJA7C38HG904646 | Personal, family, or household unless otherwise indicated below<br>☐ business   ☐ agricultural   N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 9,000.00 is |
|---|---|---|---|---|
| 13.66 % | $ 13,863.19 | $ 29,462.81 | $ 43,326.00 | $ 52,326.00 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 601.75 | Monthly beginning 07/29/20 |
| N/A | N/A | N/A |

Or As Follows: N/A

(e) means an estimate

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ ___1.00___ or ___5___ % of the part of the payment that is late, whichever is ___greater___.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning this agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X N/A

**GAP Waiver Notice**
☒ If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you did not prepay the contract in full (less any refunds we get for canceling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due payments and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

### WARRANTIES

The following paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the Lemon Laws or, for used vehicles, under the certificate of servicability that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle that you bought in New York City.

Unless the Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making no warranties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.

The following notice only applies to used vehicles bought in New York City:

### IMPORTANT NOTICE TO BUYER

(A) STATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.

(D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. COMPLAINT PHONE: (212) 639-9675.

Buyer Signs X _____ Co-Buyer Signs X N/A

## DEFENDANTS 4

## ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ 3,105.81 sales tax) — $ 35,100.81 (1)

2 Total Downpayment =
Your trade-in is a ___ Year ___ Make ___ Model ___ Vehicle Identification No. N/A

| | |
|---|---|
| Gross Trade-In Allowance | $ N/A |
| Less Prior Credit or Lease Balance (e) | $ N/A |
| Equals Net Trade In | $ N/A |
| + Cash | $ 9,000.00 |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |
| (If total downpayment is negative, enter "0" and see 4l below) | $ 9,000.00 (2) |

3 Unpaid Balance of Cash Price (1 minus 2) — $ 26,100.81 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance
Paid to Insurance Company or Companies

| | |
|---|---|
| Life | $ N/A |
| Disability | $ N/A |

B Vendor's Single Interest Insurance Paid to Insurance Company — $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies — $ N/A

D Fees Paid to Government Agencies

| | | |
|---|---|---|
| to NY STATE | for INSPECTION | $ 37.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |

E Government Taxes Not Included in Cash Price — $ N/A

F Government License and/or Registration Fees
LIC & REG FEES — $ 250.00

G Government Certificate of Title Fees — $ N/A

H Government Waste Tire Management Fee — $ N/A

I Other Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to N/A | for Prior Credit or Lease Balance (e) | $ N/A |
| to VICTORY MITSUBISHI | for DOC FEE | $ 75.00 |
| to INTERSTATE (STAR AUTO) | for SERVICE CONTRACT | $ 3,000.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 3,362.00 (4) |

5 Amount Financed (3 + 4) — $ 29,462.81 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before ___, ___ , Year N/A , N/A . SELLER'S INITIALS N/A

**Returned Check Charge:** You agree to pay a charge of $ 20 if any check you give us is dishonored.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance):** If the preceding box is checked, the Creditor requires the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the Insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name
N/A
Home Office Address
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A
Type of Insurance N/A Term
Premium $ N/A
Insurance Company Name
N/A
Home Office Address
N/A

☐ N/A
Type of Insurance N/A Term
Premium $ N/A
Insurance Company Name
N/A
Home Office Address
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X N/A   Buyer Signature          N/A Date
X N/A   Co-Buyer Signature       N/A Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

---

Buyer Signs X [signature]  Co-Buyer Signs X N/A

**DEFENDANTS 5**

□ If checked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at the time the Balloon Payment is due:

a) □ You may pay your Balloon Payment when due.

b) □ You may refinance the Balloon Payment. See paragraph 1.e. below for details.

c) □ You may sell the vehicle back to us. See paragraph 1.e. below for details. If you exercise this option, $_____ N/A_____ per mile for each mile in excess of ____N/A____ miles shown on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

Trade-in Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 2 of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
If the actual payoff amount is more than the amount shown in 2 you may pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor.

**Buyer Signature X** N/A

**Co-Buyer Signature X** N/A

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**e. Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed above. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked above, you have the following options.

*Pay in Full.* You may pay the Balloon Payment in full when due.

*Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be

fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.

*Sell Back.* You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described on this page. You must take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no liens other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown above. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

• Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.

• Repair all mechanical defects.

• Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items: all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

Buyer Signs X _____

Co-Buyer Signs X N/A

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

## 2. YOUR OTHER PROMISES TO US

**a. If the vehicle is damaged, destroyed, or missing.**
The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked.
You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing. The terms and conditions of your liability if the vehicle is damaged, destroyed, or missing are described in a separate document you sign. The document is a part of this contract.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
• The vehicle and all parts or goods put on it;
• All money or goods received (proceeds) for the vehicle;
• All insurance, maintenance, service, or other contracts we finance for you; and
• All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the vehicle without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:
• You do not pay any payment on time;
• You give false, incomplete, or misleading information on a credit application;
• You start a proceeding in bankruptcy or one is started against you or your property; or
• You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an installment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle. We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

Buyer Signs X _[signature]_   Co-Buyer Signs X N/A

**DEFENDANTS 7**

Buyer Signs X _____ Co-Buyer Signs X N/A

**DEFENDANTS 8**

**4. SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**6. APPLICABLE LAW**

Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

## ARBITRATION PROVISION

### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**

2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.        Buyer Signs X _Tai Hill_ _____    Co-Buyer Signs X N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

NOTICE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank space. 2. You are entitled to a completely filled in copy of the agreement. 3. Under the law, you have a right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. 4. According to law, you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.

RETAIL INSTALLMENT CONTRACT

Buyer Signs X _Tai Hill_ _____    Date _6/29/20_ Co-Buyer Signs X N/A _____    Date    N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X ___N/A___    Address _____

Seller signs VICTORY MITSUBISHI _____    Date _6/29/20_ By X ___N/A___    Title ___N/A___

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE    ☒ Assigned without recourse    ☐ Assigned under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☐ Assigned with limited recourse

Seller VICTORY MITSUBISHI _____    By _____    Title _____

FORM NO. 553-NY-B-A-eps (REV. 10/18)
©2018 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**DEFENDANTS 9**

*LAW 553-NY-B-A-eps 10/18 v1    Page 6 of 6*

# NEW YORK STATE — Department of Motor Vehicles

## VEHICLE REGISTRATION/TITLE APPLICATION FOR DEALER SALES

This form is available at dmv.ny.gov

| Office Use Only | | | |
|---|---|---|---|
| Batch File No. | | Plate Number | Class |
| □ Orig | □ Activity | □ Renewal | Three of Name |
| □ Dup | □ Activity W/RRR | □ Renew W/RR | □ Lease Buyout |
| | | □ Sales Tax with Title | |

**I WANT TO:** ☒ REGISTER A VEHICLE  □ CHANGE A REGISTRATION

□ RENEW A REGISTRATION   □ GET A TITLE ONLY
□ REPLACE LOST OR DAMAGED ITEMS   □ TRANSFER PLATES

**① NAME OF PRIMARY REGISTRANT** (Last, First, Middle or Business Name)
FRANCOIS, FARAH JEAN

| Registrant Type | □ Individual | □ Co-Registrants | □ Corp/Organization |
|---|---|---|---|

NYS driver license ID number of PRIMARY REGISTRANT  □ No CID

**NAME OF CO-REGISTRANT** (Last, First, Middle)

NYS driver license ID number of CO-REGISTRANT  □ No CID

FORMER NAME (If name was changed you must present proof.)

NAME CHANGE? □ YES  ☒ NO

THE ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL (Include Street Number and Name, Rural Delivery or box number. This address will be on the document.)
2914 FARRAGUT

| Apt. No. | City or Town BROOKLYN | State N Y | Zip Code 11210 | County of Residence KINGS |
|---|---|---|---|---|

THE ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS (DO NOT GIVE A P.O. BOX.)
N/A

| Apt. No. | City or Town | State N/A | Zip Code N/A | |
|---|---|---|---|---|

CHANGES: Describe any vehicle changes and the reasons for the changes. (SUBMIT NYS TITLE IF ISSUED)

| DATE OF BIRTH | TELEPHONE NUMBER | GENDER |
|---|---|---|
| Month   Day   Year REDACTED | Area Code (347) 995-5064 | Male □  Female □ |

EMAIL: alpo0220@gmail.com

| DATE OF BIRTH | MOBILE TELEPHONE NUMBER | GENDER |
|---|---|---|
| Month   Day   Year | Area Code ( ) | Male □  Female □ |

**② VEHICLE IDENTIFICATION NUMBER**
WBAJA7C38HG904646

| VEHICLE DESCRIPTION | | | | |
|---|---|---|---|---|
| Year 2017 | Make BMW | State N/A | Zip Code N/A | |

| Body Type (mark one) | | |
|---|---|---|
| □ 2-Door | □ 4-Door | □ Pick-up  □ Van |
| □ Convertible | □ Suburban/SUV | □ Trailer |
| □ Motorcycle | □ Tow | □ Other |
| For commercial vehicles: Axles | | Distance |

Color 1 GRAY   Color 2

Unladen Weight

| Type of Power (Fuel) | | | | |
|---|---|---|---|---|
| □ Gas | □ Diesel | □ Electric | □ Flex | □ CNG  □ Propane  □ None |

Cylinders

For trailers & commercial vehicles Maximum Gross Weight

Adult Seating Capacity (including driver)

Odometer Reading in Miles 24580

| Office Use Only | | |
|---|---|---|
| Mileage Brand | | |
| A   E   N | | |

N/A

**③ If the OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.**
NYS driver license number of OWNER   NAME OF CURRENT OWNER(s) (Last, First, Middle)  □ No CID

THE ADDRESS WHERE OWNER GETS MAIL (Include the Street Number and Name, Rural Delivery or box number)

| Apt. No. | City or Town | State | Zip Code | County |
|---|---|---|---|---|

| DATE OF BIRTH | GENDER |
|---|---|
| Month   Day   Year | Male □  Female □ |

Did you issue plates to this vehicle?  □ Yes  ☒ No

Choose one → □ There are no liens  □ I am filing for the lienholder(s) listed below

**DEALER USE ONLY - LIEN FILING - Alterations are not allowed in the lienholder section below**

| Lien Filing Code 64660 | Lienholder Name CAPITAL ONE AUTO FINANCE | |
|---|---|---|

□ No CID

Lienholder Mailing Address (number, street, city, state, zip code)
PO BOX 660068 SACRAMENTO, CA 95866

(Signature of owner or authorized person, and signature of co-owner if applicable)

**NEW YORK DEALERS ONLY**

| Plate Number | Reg Class | Date Temp Issued | Facility ID Number 7123426 |
|---|---|---|---|

(Signature of Dealer or Authorized Representative)                    (Date)

**OFFICE USE ONLY**

| | New Plate | Sales Tax | Status | Value ($) | Rate | Issuance State | Title | Lien | New Class Out of State | Ins. Co. Code | Jurisdiction | Audit | Lien Release |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Owner | | | | | | | | | Reg Class | Lien Number | | | |

Proof Submitted

Prior Owner

| State | Reg/Title | Stop/Response/Scoff Law | Approved By | TP  AT  BV  CF  CO  EO  EX  FL | Date |
|---|---|---|---|---|---|

| | | | | IO  NE  NF  NR  NU  OP  OV |
| | | | | PA  PI  PK  RC  RE  SC  SO |
| | | | | SP  SR  SS  SV  TE  TL  TO |
| | | | | TR  TX  XR  X6  WO |

Special Conditions

MV-82DEAL (10/19)

**COMPLETE BOTH SIDES**
**DEFENDANTS 10**

PAGE 1 OF 2

# STATE OF NEW YORK

**NYVIP2**
State of New York
Vehicle Inspection Program

**OPUS**

Page 1/1

## VEHICLE INSPECTION REPORT

Print Date: 5/30/2020 5:54:31 PM    Inspection Date: 5/30/2020 5:50:49 PM    Expiration Date:   05/31/2021    Inspection Type:    Initial Inspection  Version:19.11.05

| VEHICLE DETAILS | VIN | YEAR | MAKE | MODEL | PLATE | MILEAGE | | | WEIGHT | FUEL |
|---|---|---|---|---|---|---|---|---|---|---|
| | WBAJA7C38HG904646 | 2017 | BMW | 5 Series | NOPLATE | 24,586 | | | 0 - 8500 lbs | G |
| | | | | | | | | EIR # | 080226 | |

### INSPECTION SUMMARY

| Inspection Result | Safety | Emission | Sticker Number | Fee |
|---|---|---|---|---|
| PASS | PASS | PASS | LE: 3875733 | $37.00 |

**INFO**

**Congratulations,** your vehicle has passed its annual New York State inspection. Please retain this receipt for your records. You may be required to present this receipt in order to renew your vehicle registration.

Wheel Removed
1: L/F
2: R/F
3: L/R
4: R/R

** The Result Of the inspection will be transmitted electronically To DMV, usually within 24 hours.
**Recall Advisory Notice** Any recall information included in this report is based on information supplied to the New York Vehicle Inspection Program at the time of inspection. The program depends on its sources for the accuracy and reliability of its information. Therefore, no responsibility is assumed by NY DMV or its agents for errors or omissions in this report. To check for vehicle recalls, go to NHTSA.gov/recalls and enter your vehicle's VIN (vehicle identification number). NHTSA.gov/recalls will quickly tell you if your vehicle has not been repaired as part of a safety recall in the last 15 years. In case of an open recall, you may visit a local new car dealer who sells and repairs your brand of vehicle to have it repaired at no expense.

**VEHICLE INSPECTION QUESTIONS:**
For additional information please contact the Department of Motor Vehicles at website address: http://www.dmv.ny.gov.
Or by telephone number: 212-645-5550 or 718-966-6155.

### FACILITY INFO

| Inspector Number | NYVIP2 Record Number | Online/Offline | DMV Record Match |
|---|---|---|---|
| 15KG | 8728 | Online | N |
| **Facility Number** | **Facility Name** | **Facility Phone Number** | **Analyzer Number** |
| 7099068 | BRONX SUZUKI | 7185152277 | NY00007726 |
| **Address** | 4070 BOSTON RD, BRONX | | **Name/RO#:** |

**DEFENDANTS 11**

**DEFENDANTS 12**

```
BO3000R                        VICTORY MITSUBISHI                      Date:  7/15/20
                             CAP SHEET - DEALERSHIP                     Page:  1

Vehicle Sold: 3385 2017 BMW 5 SERIES WBAJA7C38HG904646
Origination Date:   6/29/20                          Odometer:     24580

--------------------- Buyer Information ---------------------
FRANCOIS, FARAH JEAN
2914 FARRAGUT
BROOKLYN, NY 11210

H: 347-995-5054
a1po0220@gmail.com

------------------ Financial Disclosure ------------------
Lender: CAPITAL ONE AUTO FINANCE
   APR    Finance Chg    Amt Finance               Tot Payments        Tot Sale Price
13.660     13863.19        29462.81                 43326.00              52326.00
72 Payments of   601.75    Beginning 7/29/20      Down Payment            9,000.00
Selling Price              31,995.00               Tot Down               9,000.00
Sales Tax                   3,105.81               DOCUMENT FEE              75.00
REGISTRATION                  250.00               STATE INSPECTION          37.00
Service Contract            3,000.00

-------------- Gross Profit --------------
Vehicle Price    31,995.00              CL Comm.                            .00
Accessories            .00              A&H Comm.                           .00
Cost             31,325.00              GAP Comm.                           .00
Hold Back              .00
Work In Process        .00
Accessories Cost       .00
Adds to Cost        690.00              Buy Rate                         11.660
Total Cost       32,015.00              Reserve    *OVR*               1,420.84
                                        A.M.O. (Back)                       .00
Trade Allow            .00              Service Contract              3,000.00
ACV                    .00              Serv Cont Cost                1,757.00
Over/Under Allow       .00              Serv Cont Profit              1,243.00
Pack                   .00              Incentive                           .00
                                        Total F&I                     2,663.84
A.M.O. (Front)         .00              A.M.O. (House)                      .00
Comm. Gross         -20.00              House Gross                   2,643.84

-------------- Adds to Cost --------------
*BANK FEE              290.00
*PROM NOTE             400.00

--------------- Commissions ---------------            Commission
ID    Name             Split  Unit
A31   YESSICA VALLEJO     N                                317.26
999   HOUSE SALES REP            Y                            .00

                                        Total Comm.                     317.26
                                        House Net                     2,326.58
```



# Star Auto *Vehicle Service Contract Application Page*

Contract No. 700050896    VQ

3385 / 1757

## APPLICANT

Name: FARAH JEAN   FRANCOIS

Address: 2914 FARRAGUT

E-Mail address: francois@gmail.com

Co-Applicant Name:

City: BROOKLYN    State: NY   Zip: 11210

Phone: (347) 995-5054

## SELLER

Name: VICTORY MITSUBISHI

Address: 4070 BOSTON RD

E-Mail address:

City: BRONX    State: NY   Zip: 10475

Phone: (718) 515-2277

Seller Code: 34816

Lienholder: CAPITAL ONE AUTO FINANCE

## VEHICLE

Year: 2017   Make: BMW   Model: 530 XI

In-Service Date: 01/01/2017   Vehicle Purchase Date: 6/29/20

Deductible: 250

Manufacturer's Warranty: In-Service Date

Manufacturer's Warranty Term:   Number of Cylinders: 4   Months: 48   Vehicle Class: 6   Vin: WBAJA7C38HG904646

Contract Purchase Date: 6/29/20   Contract Price: $3,000.00   Present Odometer Reading: 24,580   Miles

Vehicle features and optional coverage: TRBO 4X4

Coverage Type: PROGRAM

O Contract to be financed

## SELECTED COVERAGE

DIAMOND

CONTRACT TERM: 36 Months / 60,000 Miles

O CAR RENTAL BENEFIT UPGRADE   Optional coverage increases benefit to $50 per day up to a maximum of 6 days and $300 plus delay benefit of $35 per day up to maximum of 5 days. Surcharge applies.

Coverage under this Contract begins at the Contract purchase date. See Terms & Conditions "1, Contract Period" for details regarding how Your Contract term is measured.

---

| YES | I acknowledge that the information contained above is, to the best of my knowledge, true. I understand that any authorization from the Administrator must be received before any repairs are performed under this Service Contract. Coverage is not allotted to a Business/Commercial Use Vehicle, Vehicle equipped with: 4 Wheel Drive/AWD, Diesel, Turbo/Supercharger, Snow plow or Lift kit/Tire modifications unless the corresponding box(es) above are selected and purchased. |
|---|---|

Customer Initials

The purchase of this Contract is a separate consideration from the purchase price of the Vehicle and is not a requirement to purchase the Vehicle. The implied warranty of merchantability on the Vehicle is not waived if this Contract has been purchased within ninety days of the purchase date of the Vehicle from a seller who also sold the Vehicle covered by this Contract.

| YES | I understand that in order to maintain Coverage under this Contract, I must have my Vehicle serviced as indicated under "Vehicle Maintenance Requirements" in the Contract as defined in item 7, Terms and Conditions. |
|---|---|

Customer Initials

I hereby acknowledge and accept the provisions of the "Arbitration" clause as stated in Item 10, of the Terms and Conditions.

I hereby acknowledge and accept that state-specific disclosure language where applicable will be included with my Identification Card and becomes part of this Contract. I understand this language is also available to me at www.inds.com/states. If You do not receive Your Identification Card within 60 days, phone the customer service number listed below. I hereby declare that I have read the terms of this Application and I understand and accept all the provisions therein.

farah j francois 6/29/20    Yess

Applicant's Signature   Date   Seller Representative's Signature   Date   Salesperson Code



DEFENDANTS 13

---

I understand to file a claim in the event I have a Failure, I am to follow the instructions listed under the section entitled "What You Should do in the Event of a Failure".
– NO PAYMENT FOR REPAIRS WILL BE MADE WITHOUT PRIOR AUTHORIZATION FROM THE ADMINISTRATOR

Administered by:   Interstate National Dealer Services, Inc., 6120 Powers Ferry Rd. NW, Suite 200, Atlanta, GA 30339
Customer Service: 800-942-0400

Distribution:   WHITE/Administrator, YELLOW/Lienholder, PINK/Lienholder, GOLD/WHITE/Applicant

63854

7/1/2020

Contract Details - Print

# Dealertrack

## Capital One Auto Finance

**CapitalOne**   $ Booked

Victory Mitsubishi 647415

## Applicant(s)

| | | Vehicle | |
|---|---|---|---|
| Applicant Name | FARAH JEAN FRANCOIS | N/U/D | USED |
| Co-Applicant Name | – | Year/Make/Model | 2017/BMW/5-SERIES |
| Work Number | (212) 245-5877 | Trim | Sedan 4D 530xi AWD |
| Home Number | (347) 995-5054 | VIN # | WBAJA7C38HG904646 |

## Financing Information

| | | Funding Documents |
|---|---|---|
| Amount Financed | $29,462.81 | – |
| Term | 72 mos | **Stipulations** |
| Dealer Fee | $290.00 | – |
| Dealer Participation | $1,420.84 | – |
| Net To Dealer | $29,172.81 | **Comments** |
| Reference Link | Click here to update directly in Dealer Navigator | – |

## Reference

| App ID | 18835O7334 |
|---|---|
| Relationship Manager | Relationship Manager: Andrew Lattin |
| Ph | (888) 396-2623 Ext. 8323 |
| Fax | (888) 722-5186 |
| Funding Manager | – |
| Ph | (800) 945-9875 Ext. 8324 |
| Fax | (888) 722-5186 |

DEFENDANTS 44

# Used Car Consumer Bill of Rights



Buying a used car can be one of the largest financial commitments you make. Used car dealers must post this Used Car Consumer Bill of Rights and give you a copy *before* you sign a sales contract. The Consumer Bill of Rights must be provided to you in the language in which you negotiated the contract. The language is available on the Department of Consumer Affairs (DCA) website at **nyc.gov/dca**. Take the time to read and understand the *Consumer Bill of Rights* before you sign that you received it.

## Your Rights

1. **You have the right to buy a car at the price advertised.**
Used car dealers must display prices on cars. A used car dealer may not sell you a car at a price that is more than the price advertised, quoted, or posted on the car. The dealership cannot increase the price of the car because you do not finance the car with the dealership.

2. **You have the right to know the details of your financing agreement before you sign anything.**

3. **You have the right to decline financing or a loan arranged by a used car dealer.**
You can pay cash or seek financing from another lender.

4. **You have the right to written disclosures about important terms of your financing contract.**
Federal law requires that you get written disclosure of terms such as your annual percentage rate (APR), the amount of money you have agreed to finance, and the total amount you will have to pay to completely satisfy the terms of the financing contract.
Under NYC law, the dealership must disclose to you by any financing company for a loan with the same term, number of payments, collateral, and down payment. The dealership must also disclose any fees the dealer is charging you for financing. These disclosures must be in the language in which you negotiated the contract, provided DCA has made these disclosures available in such language.

5. **You have the right to the Federal Trade Commission (FTC) Buyer's Guide for any used car and, where applicable, a written New York State Lemon Law warranty.**
The Buyer's Guide gives important information about the car and warranty and must be posted on each car.
Under the New York State Lemon Law, used car dealers must provide written warranties on used cars that are primarily for personal or household use, cost more than $1,500, and have fewer than 100,000 miles. The warranty covers the engine, transmission, drive axle, brakes, radiator, steering, and alternator. Never buy a car "as is."
Read both the Buyer's Guide and warranty closely before you buy.

6. **You have the right to refuse add-ons.**
The dealership cannot require you to buy any add-ons as a condition of buying or financing the car at an offered price.

7. **You have the right to get the price of each add-on in writing.**
The dealership must give you, in writing, the itemized price of each add-on product and/or service, including the monthly and total price of financing with and without each product and/or service.

8. **You have the right to be offered a cancellation option.**
Dealers must offer you a contract cancellation option, which allows you to cancel the contract within two (2) weekdays. This option gives you time to review the contract and any financing agreement away from the dealership. You will not be able to take the car home, but if you are trading in a car and pay the necessary fee, you will be able to use the trade-in during the cancellation period. The contract cancellation option must be given to you in the language in which you negotiated the contract. Learn more about the contract cancellation option at **nyc.gov/dca**.

9. **You have the right to be free from discrimination when you apply for credit.**
Credit discrimination on the basis of race, color, religion, national origin, sex, marital status, age, or use of public assistance is illegal under federal law.

10. **You have the right to file a complaint.**
You can file a complaint against a used car dealer, regardless of your immigration status. Used car dealers must have a Department of Consumer Affairs (DCA) license in order to operate. You can **call 311** to be transferred to DCA to check a dealership's license status and complaint history. If you believe a used car dealer has violated your rights or taken advantage of you, file a complaint at **nyc.gov/dca** or **contact 311** (212-NEW-YORK outside NYC).

Consumer Initials or Signature

_Jacob J.F._

**NYC** Consumer Affairs

Bill de Blasio
*Mayor*

Lorelei Salas
*Commissioner*

*The NYC Department of Consumer Affairs (DCA) protects and enhances the daily economic lives of New Yorkers to create thriving communities.*

06/2018

**DEFENDANTS 15**



**MITSUBISHI MOTORS**
Drive your Ambition

**Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475
Tel.: 718.515.4600
Fax: 718.515.6905

NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

| | STOCK NO. | KEY |
|---|---|---|
| | 3385 | 1 |

| DATE | INVOICE NO. |
|---|---|
| 06/29/20 | |

**SOLD TO**  FARAH JEAN FRANCOIS
**ADDRESS**  2914 FARRAGUT
BROOKLYN, NY 11210

| | DESCRIPTION | Salesman Number | COST | ACT NO. | SALE | KEY |
|---|---|---|---|---|---|---|
| PRICE | | | | | 31,995.00 | - |

| COLOR | YEAR | MILEAGE | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|---|
| GRAY | 2017 | 24,580 | WBAJA7C38HG904646 |

| SALESMAN HOUSE SALES REP | CUST# |
|---|---|
| | YESSICA VALLEJO |

| N/A | | | | | |
|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | NEW OR USED | KEY NUMBERS | |
| 2017 | BMW | 5 SERIES | USED | N/A | |
| COLOR | | MILEAGE | VEHICLE IDENT. OR SERIAL NO. | | |
| GRAY | | 24,580 | WBAJA7C38HG904646 | | |

| DESCRIPTION | | SALE | KEY |
|---|---|---|---|
| INTERSTATE (5STAR AUTO) | | 3,000.00 | N/A |
| USED RETAIL | | N/A | - |
| N/A | | N/A | - |
| N/A | | N/A | - |
| N/A | | N/A | - |
| N/A | | N/A | - |

**FACTORY OPTIONS**

| | | |
|---|---|---|
| USED RETAIL | | |
| USED WHOLESALE | | |
| RECONDITIONING | | |

**PRIOR USE CERTIFICATION** (required by vehicle and traffic law 417-a if the principal prior use of the vehicle was as a police vehicle, taxicab, rental vehicle or driver education vehicle). The principal prior use of this vehicle may have been as: a police vehicle _____ , a taxicab _____ , a rental vehicle _____ , or a driver education vehicle _____ .

**DEALER OPTIONS**

| | | SALE | KEY |
|---|---|---|---|
| SALES TAX | 8.875 % | 3,105.81 | - |
| LICENSE & TITLE | | 250.00 | - |
| N.Y. STATE INSPECTION FEE | | 37.00 | - |
| N/A | | N/A | - |
| ***TIRE DISPOSAL FEE | | 75.00 | - |
| *DEALER OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CER-TIFICATE OF TITLE AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES (96F-APPLICABLE), THIS IS NOT A DMV FEE. $95.00* | | | |

**MV-50#**

**A. USED VEHICLE CERTIFICATE OF ADEQUACY**
"IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, DEALER NAMED ABOVE CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFAC-TORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY"

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

| | | SALE | KEY |
|---|---|---|---|
| CAR DEAL NO. | | | |
| | TOTAL CASH PRICE | 38,462.81 | - |
| FINANCING | | 13,863.19 | - |
| INSURANCE | | N/A | - |
| | TOTAL TIME PRICE | 52,326.00 | - |

**IMPORTANT NOTICE TO USED CAR BUYER**
(A) STATE LAW REQUIRES THAT SELLER OR SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PUT IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION. (D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004, COMPLAINT PHONE CALL 311.

| | | SALE | KEY |
|---|---|---|---|
| CONTRACTS IN TRANSIT | CAPITAL ONE AUTO FINANCE | N/A | + |
| INCENTIVE | | N/A | + |
| N/A | | N/A | + |
| | CASH ON DELIVERY | 9,000.00 | + |
| DEPOSIT | | 9,000.00 | + |
| | PAY OFF BAL. OWING TO FINANCE CO | N/A | + |
| | TOTAL | 29,462.81 | + |

| VALUE OF TRADE | USED CAR ALLOWANCE | STOCK NO. |
|---|---|---|
| N/A | MOS. PAYMENTS 72 @ DOLLARS 601.75/MONTH | N/A |

*THE OPTIONAL DEALER REGISTRATION OR TITLE APPLICATION PROCESSING FEE ($75.00 MAXIMUM) AND SPECIAL PLATE PROCESSING FEE ($5.00 MAXIMUM) ARE NOT NEW YORK STATE OR DEPARTMENT OF MO-TOR VEHICLES FEES, UNLESS A LIEN IS BEING RECORDED ON THE DEALER ISSUED NUMBER PLATES YOU MAY SUBMIT YOUR OWN APPLICATION FOR REGISTRATION AND/OR ADDITIONAL DEALER PROFIT. ON DISTINCTIVE PLATE TO ANY MOTOR VEHICLE ISSUING OFFICE. **THE $24.00 DELIVER FEE REPRESENTS COST IN PREPARING YOUR VEHICLE AND ALL NECESSARY PAPERWORK AND PREPARING FOR TITLE FOR A SPECIAL CHARGE FEE FROM THE STATE OF NEW YORK ***NEW YORK STATE LAW REQUIRES US TO ACCEPT AND MANAGE WASTE TIRES FROM VEHICLES IN EXCHANGE FOR AN ANNUAL NUMBER OF NEW TIRES THAT WE SELL OR INSTALL. WE ARE REQUIRED TO CHARGE A SEPARATE AND DISTINCT WASTE TIRE MANAGEMENT AND RECYCLING FEE OF $2.50 FOR EACH NEW TIRE WE SELL. ANY ADDITIONAL TIRE MANAGEMENT RECYCLING COSTS ARE INCLUDED IN THE ADVERTISED PRICE OF THE NEW TIRE.

| BODY | | | | |
|---|---|---|---|---|
| COLOR N/A | | | | |

| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. | |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | |

USED CAR TRADED

**DEFENDANTS 16**

6/29/2020

Decision Details - Print



**Dealertrack** dt

Capital One Auto Finance

**Capital One** ✔ Approved(As Submitted)



*188350734RNY*

Victory Mitsubishi 647415

## Applicant(s)

| | |
|---|---|
| Applicant Name | FARAH JEAN FRANCOIS |
| Co-Applicant Name | – |
| App Income | $5,416.67 |
| Co-App Income | – |
| Total Income | $5,416.67 |

## Vehicle

| | |
|---|---|
| New/Used | USED |
| Y/M/M | 2017/BMW/5-SERIES |
| Trim | 530i xDrive Sedan |
| VIN # | WBAJA7C38HG904646 |
| Mileage | 24,580 |
| Book / Invoice | $31,400.00 |

## Financing Information

| | Retail |
|---|---|
| Approved Product | |
| Tier Level | Tier 7 |
| Term | 72 mos |
| Amount Approved | $29,457.00 |
| Total Dealer Fee | $290.00 |
| Buy Rate | 11.66 % |
| Max Participation | 2 % |
| Approved Structure | – |
| Sales Price | $31,995.00 |
| Doc Fee | $0.00 |
| Front End Products | $0.00 |
| Cash down | $9,000.00 |
| Trade | $0.00 |
| Rebate | $0.00 |
| Approved Front End | $22,995.00 |
| Approved FE % | 73.23 % |
| TT&L | $3,462.00 |
| Warranty | $3,000.00 |
| GAP | $0.00 |
| Credit Life | $0.00 |
| Accident/Health | $0.00 |
| Approved ATF | $29,457.00 |
| Approved LTV % | 93.81 |

## Stipulations

1. Multiple approvals for this applicant. First contract in-house funds.
2. Vehicle must be for personal use. Contracts indicating use for any other purpose will be returned.
3. Must receive contract and have stips complete by 07/29/2020 or app will expire.
4. POI not required based on current deal structure. Requirement may change if deal structure changes

## Additional Information

- FOR THIS APPLICATION:
- Submitted deal structure meets COAF approval criteria.
- The lowest of $3,000 Diamond Backend or 150% LTV is available.
- Buy rate and/or fee will increase for back end &gt;= 15.01% of vehicle value
- Max Allowable Amount to Finance is $35,000
- Max Allowable Loan to Value is 120.0%
- Max Allowable Maintenance is $2,000
- Max Allowable Payment is $600

## Comments

–

**DEFENDANTS 17**

6/29/2020

Decision Details - Print

Reference Link    **Click here to update directly in Dealer Navigator**

## Reference

| | |
|---|---|
| APP ID | **188350734** |
| Approval Date | **06/29/2020 4:10 p.m.** |
| Relationship Manager | **Relationship Manager: Andrew Lattin** |
| Ph | **(888) 396-2623 Ext. 8323** |
| Fax | **(888) 722-5186** |
| Funding Manager | **Funding Manager: Michelle Garcia** |
| Ph | **(800) 945-9875 Ext. 8324** |
| Fax | **(888) 722-5186** |
| Approval Expiration | **07/28/2020 8:00 p.m.** |

Use invoice or trade-in value for book value. Kelly Blue Book limited to AZ,CA,CO,ID,MT,NM,NV,OR,UT,WA AND WY. All approvals are subject to verification. Contract purchase is subject to satisfaction of stipulations and receipt of all required documentation as specified in Capital One Auto Finance program guidelines. All deals must be received and funded within 30 days from the date of the original Approval. *Customer APR cannot exceed lower of state limit or 24.99%.

DEFENDANTS 18

**Dealer Name: Victory Mitsubishi**

Dealer Phone #: 718-515-4600
Dealer Fax #: 718-515-4600

## PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.

**INSTRUCTIONS:**
You may apply for credit in your name alone, whether or not you are married.
(1) ☐ If you are applying for Individual Credit, please indicate whether you are applying: ☐ Individual Credit ☐ Community Property State ☐ Business Application
(2) ☒ If you are applying for Joint Credit with another person, complete sections A and B. We intend to apply for joint credit.
   the credit requested, and rely only on your own income or assets and not the income or assets of another person as the basis of repayment of
(3) ☐ If you are applying for Individual Credit and live in a community property state, please complete only Section A.

## A. APPLICANT INFORMATION

| | Applicant | Co-Applicant |
|---|---|---|
* If you are married and live in a community property state, please complete sections A about yourself and Section B about your spouse. You must sign this application even if she/he wishes to be a Co-Applicant.

| Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| JEAN FRANCOIS | FARAH | | REDACTED | Birth Date |

| Address | Apt # / Suite # | P.O. Box | City | State | Zip |
|---|---|---|---|---|---|
| 2914 FARRAGUT RD | | | BROOKLYN | NY | 11210 |

| Home Phone | Cell Phone | Residential Status | Driver's License No. | Driver's License State | Time at Address | Rent/Mtg. Pmt. $ 0.00 |
|---|---|---|---|---|---|---|
| (347)995-5054 | | ☐ Homeowner ☒ Rent ☐ Family ☐ Other | | | 10 Yrs. ___ Mos. | |

| E-Mail Address | | Time at Previous Address |
|---|---|---|
| | | Yrs. Mos. |

| Previous Full Address (if less than 2 years) | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|

| Employer Name | Employment Type | Occupation | Length of Employment | Work Phone Number * |
|---|---|---|---|---|
| NULLS WHOLE FOOD | ☒ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other | MANAGER | 6 Yrs. 5 Mos. | (212)245-6877 |

| Salary | Salary Type | | Previous Employment Type |
|---|---|---|---|
| 65000 | ☐ Weekly ☐ Bi-Weekly ☐ Monthly ☒ Annually | | ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Previous Employer Name | Length of Employment | Previous Work Phone Number |
|---|---|---|
| | Yrs. Mos. | |

| Previous Occupation | | |
|---|---|---|

| Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation. |
|---|
| Other Income (Monthly) | Source of Other Income |
| | X _Florry J. Vervos_ |

By Signing you certify that the income entered on this Credit Application is accurate.

| Comments |
|---|

## AGREEMENT

The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us to verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to do so. You understand and agree that we or our affiliate obtained your credit report. You also agree that the dealer and the financial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history each considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

You consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from us on behalf of dealer (or any financing source to which dealer assigns my contract) at the following number(s) (347)995-5054 including any cell phone numbers. You understand that this consent applies regardless of whether you agree to purchase or credit.

| Signature of Applicant for election above: | You opt in ☐ | You do not opt in ☐ |
|---|---|---|

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent.

*BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.*

X _Florry J. Vervos_

| APPLICANT'S SIGNATURE | DATE |
|---|---|

**DEFENDANTS 19**

Page 1 of 3
© 2017 Dealertrack, Inc. All rights reserved.

Printed on   06/18/2020 16:53

# FEDERAL NOTICES

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT** If applicable to your credit transaction, to help the government fight the funding of terrorism and money laundering activities, Federal law requires financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, you will be asked for your name, address, date of birth, and other information to identify you. You may also be asked to see your driver's license or other identifying documents.

## STATE NOTICES

**California Residents:** An applicant, if married, may apply for a separate account.

**Maine and Tennessee Residents:** You must have physical damage insurance covering loss or damage to the vehicle for the term of the contract. For a lease, you must also have the liability insurance as described in the lease. You may purchase required insurance through any insurance agent or broker and from any insurance company that is reasonably acceptable to us. You are not required to deal with any of our affiliates when choosing an agent, broker or insurer. Your choice of a particular insurance agent, broker or insurer will not affect our credit decision, so long as the insurance provides adequate coverage with an insurer who meets our reasonable requirements.

**New Hampshire Residents:** If you are applying for a balloon payment contract, you are entitled, if you ask, to receive a written estimate of the monthly payment amount for refinancing the balloon payment in accord with the creditor's existing refinance programs. You would be entitled to receive the estimate before you enter into a balloon payment contract. A balloon contract is an installment sales contract with a final scheduled payment that is at least twice the amount of one of the earlier scheduled installment payments.

**New York Residents:** In connection with your application for credit, a consumer report may be obtained from a consumer reporting agency (credit bureau). If credit is extended, the party or parties extending credit or holding such credit may order additional consumer reports in connection with any update, renewal or extension of the credit. If you ask, you will be told whether a consumer report was requested and, if so, the name and address of any consumer reporting agency (credit bureau) from which such credit report was obtained.

**Ohio Residents:** Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Rhode Island Residents:** Consumer reports may be requested in connection with this application. Buyer has the right of free choice in selecting an insurer to provide insurance required in connection with this transaction subject to our reasonable approval in accordance with applicable law.

**Vermont Residents:** You authorize us and any financial institution with which this credit application is shared, and each of their respective employees or agents, to obtain and verify information about you (including one or more credit reports, information about your employment and banking and credit relationships) that they may deem necessary or appropriate in evaluating your credit application. If your credit application is approved and credit is granted, you also authorize the parties granting credit or holding your account, and their respective employees and agents, to obtain additional credit reports and other information about you in connection with reviewing the account, increasing the available credit on the account (if applicable), taking collection on the account, or for any other legitimate purpose.

**Married Wisconsin Residents:** No provision of any marital property agreement, any unilateral statement under Wis. Stat § 766.59 or any court decree under § 766.70 applied to marital property adversely affects our interest unless you furnish a copy of the agreement, statement, or court decree or we have actual knowledge of such adverse provision before credit is granted. If you are making this credit application individually and not jointly with your spouse, complete Section A about yourself and Section B about your non-applicant spouse. Your non-applicant spouse should not sign the credit application if you are applying for individual credit.

Page 2 of 3
© 2017 Dealertrack, Inc. All rights reserved.

**DEFENDANTS 20**

Page 3 of 3
© 2017 Dealertrack, Inc. All rights reserved.

**DEFENDANTS 21**

## FOR USE ONLY — DEALER SECTION

| Dealer # | Vehicle Type | Mileage | Product Type | Stock Number | Source | Certified Pre Owned ☐ |
|---|---|---|---|---|---|---|
| 647415 | USED | 24580 | Retail | | | |

| Year | Make | Model | Trim | VIN |
|---|---|---|---|---|
| 2017 | BMW | 5 Series | 530i xDrive Sedan | WBAJA7C38HG904646 |

| Term | Cash Selling Price | Sales Tax | T & L | Cash Down | Front-End Fees | Rebate | Net Trade | Acq Fee | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 32500 | 2800 | 250 | 9000 | 0 | 0 | | | 26550 |

| Accident/Health Ins. | Credit Life Insurance | Gap | Service Plan | Back-End Fees | Est. Amt. Financed |
|---|---|---|---|---|---|
| | | | | | 26550 |

| MSRP | Invoice/Wholesale Value | Wholesale Source | Retail Value | Retail Source | Estimated Payment | Requested APR |
|---|---|---|---|---|---|---|
| | 31700 | NADA | | NADA | | |

| Vehicle Bookout ☐ | Bookout Date | Lender Program |
|---|---|---|
| | | |

**Vehicle Options**

## TRADE IN Information

| Year | Make | Model | Trim |
|---|---|---|---|
| | | | |

| Lienholder | Monthly Payment |
|---|---|
| | |

# Victory Mitsubishi

4070 Boston Rd
BRONX NY 10475
Phone:   (718) 515-4600

## NADA® Wholesale Value (Trade) Details

Bookout Date: 6/29/2020 4:01:22 PM

Guide:  NADA June 2020, EASTERN Edition.

## Vehicle Information

2017 BMW 5 SERIES SEDAN 4D 530XI AWD

VIN: WBAJA7C38HG904646   Stock No: N/A                    Condition: Clean                    $26,575

## Optional Equipment

| | |
|---|---|
| Adaptive Cruise Control | w/pkg |
| Blind Spot Monitor | w/pkg |
| Collision Avoidance System | $175 |
| Cooled Front Seats | $250 |
| Driver Assist Plus Pkg. | $900 |
| Lane Departure Warning | w/pkg |
| Passenger Seat Memory | $0 |

| | |
|---|---|
| Wholesale Value with Options | $27,900 |
| Mileage Adjustment (24,580 miles) | $3,500 |

NADA ® Wholesale Value                                                                           $31,400

Printed On:        6/29/2020

Copyright 2020 by NADA Services Corporation. All Rights Reserved. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This pricing is intended for the use of the individual generating this pricing only and shall not be sold to another party NADA Services Corporation and Dealertrack assume no responsibility for errors or omissions.

Last Modified By:     N/A

Last Modified:     N/A

DEFENDANTS 22

dealertrack technologies

**Victory Mitsubishi**

4070 Boston Rd
BRONX NY 10475
Phone:   (718) 515-4600

**NADA® Retail Value (Retail) Details**

Bookout Date: 6/29/2020 4:01:22 PM

Guide:  NADA June 2020, EASTERN Edition.

## Vehicle Information

2017 BMW 5 SERIES SEDAN 4D 530XI AWD

VIN: WBAJA7C38HG904646   Stock No: N/A

## Optional Equipment

| | |
|---|---|
| Adaptive Cruise Control | w/pkg |
| Blind Spot Monitor | w/pkg |
| Collision Avoidance System | $200 |
| Cooled Front Seats | $275 |
| Driver Assist Plus Pkg. | $1,000 |
| Lane Departure Warning | w/pkg |
| Passenger Seat Memory | $0 |

| | |
|---|---|
| Retail Value with Options | $31,600 |
| Mileage Adjustment (24580 miles) | $3,500 |

NADA ® Retail Value   $35,100

$30,125

Printed On:   6/29/2020

Last Modified By:   N/A

Last Modified:   N/A

Copyright 2020 by NADA Services Corporation. All Rights Reserved. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This pricing is intended for the use of the individual generating this pricing only and shall not be sold to another party NADA Services Corporation and Dealertrack assume no responsibility for errors or omissions.

**DEFENDANTS 23**

dealertrack technologies

6/29/2020

Decision Details - Print

# Dealertrack dt

## Capital One Auto Finance

✓ Approved(As Submitted)



*1883507734RNY*

Victory Mitsubishi 647415

## Applicant(s)

| | |
|---|---|
| Applicant Name | FARAH JEAN FRANCOIS |
| Co-Applicant Name | — |
| App Income | $5,416.67 |
| Co-App Income | — |
| Total Income | $5,416.67 |

## Vehicle

| | |
|---|---|
| New/Used | USED |
| Y/M/M | 2017/BMW/5-SERIES |
| Trim | 530I xDrive Sedan |
| VIN # | WBAJA7C38HG904646 |
| Mileage | 24,580 |
| Book / Invoice | $31,700.00 |

## Financing Information

| | Retail |
|---|---|
| Approved Product | |
| Tier Level | Tier 7 |
| Term | 72 mos |
| Amount Approved | $30,462.00 |
| Total Dealer Fee | $290.00 |
| Buy Rate | 11.76 % |
| Max Participation | 2 % |
| Approved Structure | — |
| Approved FE % | 75.39 % |
| TT&L | $3,562.00 |
| Warranty | $3,000.00 |
| GAP | $0.00 |
| Doc Fee | $0.00 |
| Sales Price | $32,900.00 |
| Front End Products | $0.00 |
| Cash down | $9,000.00 |
| Trade | $0.00 |
| Rebate | $0.00 |
| Approved Front End | $23,900.00 |
| Credit Life | $0.00 |
| Accident/Health | $0.00 |
| Approved ATF | $30,462.00 |
| Approved LTV % | 96.09 |

## Stipulations

1. Multiple approvals for this applicant. First contract in-house funds.
2. Vehicle must be for personal use. Contracts indicating use for any other purpose will be returned.
3. Must receive contract and have stips complete by 07/29/2020 or app will expire.
4. POI not required based on current deal structure. Requirement may change if deal structure changes

## Additional Information

• FOR THIS APPLICATION:

• Submitted deal structure meets COAF approval criteria.

• Buy rate and/or fee will increase for back end &gt;= 15.01% of vehicle value

• Max Allowable Amount to Finance is $35,000

• Max Allowable Loan to Value is 120.0%

• Max Allowable Maintenance is $2,000

• Max Allowable Payment is $600

## Comments

—

**DEFENDANTS 24**

6/29/2020

Decision Details - Print

Reference Link    Click here to update directly in Dealer
                                                 Navigator

## Reference

| | |
|---|---|
| APP ID | 183350734 |
| Approval Date | 06/29/2020 11:42 a.m. |
| Relationship Manager | Relationship Manager: Andrew Lattin |
| Ph | (888) 396-2623 Ext. 8323 |
| Fax | (888) 722-5186 |
| Funding Manager | Funding Manager: Michelle Garcia |
| Ph | (800) 945-9875 Ext. 8324 |
| Fax | (888) 722-5186 |
| Approval Expiration | 07/28/2020 8:00 p.m. |

Use invoice or trade-in value for book value. Kelly Blue Book limited to AZ,CA,CO,ID,MT,NM,NV,OR,UT,WA AND WY. All approvals are subject to verification. Contract purchase is subject to satisfaction of stipulations and receipt of all required documentation as specified in Capital One Auto Finance program guidelines. All deals must be received and funded within 30 days from the date of the original Approval. *Customer APR cannot exceed lower of state limit or 24.99%.

DEFENDANTS 25

**DEFENDANTS 26**

## VICTORY MITSUBISHI
### SALES WORKSHEET

David Perez
SALESPERSON

05/30/2020
DATE

DMS Deal #

### CUSTOMER INFORMATION
EMANNUEL LAFOREST
NAME

ADDRESS

CITY — NY STATE — ZIP

(347) 995-5054
HOME PHONE

(347) 995-5054
WORK PHONE

(347) 995-5054
CELL PHONE

alpo0220@gmail.com
EMAIL ADDRESS

Phone Up
SOURCE

Victory Mitsubishi
TRACKING CODE

### TRADE INFORMATION

| YEAR | MAKE | MODEL |
|---|---|---|
| COLOR | MILEAGE | |
| ACCOUNT NUMBER | CURRENT PAYMENT | |
| LIENHOLDER | PHONE NUMBER | |
| PAYOFF | GOOD THRU | |
| GIVEN BY | VERIFIED | |

### VEHICLE OF INTEREST

| Stock # | Year | Make | Model |
|---|---|---|---|
| 95590 | 2017 | BMW | 7 Series |
| Miles 44,925 | VIN WBA7F2C51HG421273 | X | Customer Approval |

*Trade-In*          *Price*

$35,995

*Cash Down*          *Monthly Payment*

$10k

3095

SALES MANAGER

FINANCE MANAGER
Generated by DealerSocket

4/30/2020 2:16:51 PM





**DEFENDANTS 28**

**NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES** | Department of Motor Vehicles

# VEHICLE REGISTRATION/ TITLE APPLICATION FOR DEALER SALES

This form is available at dmv.ny.gov

**Office Use Only**

| Batch | | Plate Number |
| --- | --- | --- |
| File No. | | |
| Class | | Three of Name |

① **I WANT TO:**
- ☒ REGISTER A VEHICLE
- ☐ CHANGE A REGISTRATION
- ☐ RENEW A REGISTRATION
- ☐ REPLACE LOST OR DAMAGED ITEMS
- ☐ GET A TITLE ONLY
- ☐ TRANSFER PLATES

Registrant Type ☐ Individual ☐ Co-Registrants ☐ Corp/Organization

Office Use Only:
☐ Orig ☐ Activity W/RR ☐ Renewal
☐ Dup ☐ Activity W/RR ☐ Renew W/RR
☐ Lease Buyout ☐ Sales Tax with Title

**NAME OF PRIMARY REGISTRANT** (Last, First, Middle or Business Name)

FRANCOIS, FARAH JEAN

GENDER: Male ☐ Female ☐

NYS driver license ID number of PRIMARY REGISTRANT: **REDACTED**

**DATE OF BIRTH**  Month | Day | Year

TELEPHONE NUMBER  Area Code ( 347 )995-5054

GENDER: Male ☐ Female ☐

MOBILE TELEPHONE NUMBER  Area Code ( )

**NAME OF CO-REGISTRANT** (Last, First, Middle)

NYS driver license ID number of CO-REGISTRANT: ☐ No CID

ADDRESS CHANGE? ☐ YES, ☒ NO

**DATE OF BIRTH**  Month | Day | Year

EMAIL: albo0220@gmail.com

**FORMER NAME** (If name was changed you must present proof)

NAME  CHANGE? ☐ YES, ☒ NO

**THE ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL** (Include Street Number and Name, Rural Delivery or box number. This address will be on the document.)

2914 FARRAGUT  ☐ No CID  Apt. No. | City or Town BROOKLYN | State N Y | Zip Code 11210 | County of Residence KINGS

**THE ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS** (DO NOT GIVE A P.O. BOX)
N/A   Apt. No. | City or Town N/A | State N/A | Zip Code N/A

② **VEHICLE IDENTIFICATION NUMBER**

WBAJA7C38HG904646

**VEHICLE DESCRIPTION**
Year 2017 | Make BMW | Body Type (mark one) ☐ 2-Door ☒ 4-Door ☐ Pick-up ☐ Van ☐ Convertible ☐ Suburban/SUV ☐ Trailer ☐ Motorcycle ☐ Tow ☐ Other

Color 1 GRAY | Color 2 | Unladen Weight | **Type of Power (Fuel)** ☐ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

Cylinders | For trailers & commercial vehicles Maximum Gross Weight | Adult Seating Capacity (including driver) | Odometer Reading in Miles 24580 | Office Use Only Mileage Brand  A  E  N

For commercial vehicles: Axles | Distance

**CHANGES:** Describe any vehicle changes and the reasons for the changes. (SUBMIT NYS TITLE IF ISSUED)

③ If the OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.

NAME OF CURRENT OWNER(s) (Last, First, Middle)

NYS driver license number of OWNER ☐ No CID

**THE ADDRESS WHERE OWNER GETS MAIL** (Include the Street Number and Name, Rural Delivery or box number)

NAME OF CO-OWNER →

Apt. No. | City or Town | State | Zip Code

GENDER: Male ☐ Female ☐

DATE OF BIRTH  Month | Day | Year

**DEALER USE ONLY • LIEN FILING** - Alterations are not allowed in the lienholder section below.

Choose one → ☐ There are **no** liens ☐ I am filing for the lienholder(s) listed below

Lien Filing Code 64860 | Lienholder Name CAPITAL ONE AUTO FINANCE | Lienholder Mailing Address (number, street, city, state, zip code) PO BOX 660068 SACRAMENTO, CA 95866

(Signature of owner or authorized person, and signature of co-owner if applicable)

**DEALER CERTIFICATION:** I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.

Did you issue plates to this vehicle? ☐ Yes ☒ No | Plate Number | Reg. Class | Date Temp Issued | Facility ID Number 7123426

(Signature of Dealer or Authorized Representative)  (Date)

**NEW YORK DEALERS ONLY** | **OFFICE USE ONLY**

| | New Plate | New Class | Out of State | Lien | Jurisdiction | Ins. Co. Code | Audit | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Owner | | | | | | | | Lien Release |

Sales Tax Status | Value ($) | Rate | Issuance State | Title | Lien Number | Special Conditions

Price Owned | | | |

Proof Submitted | State | Approved By | Approved By | Date

| AT | BV | CF | CO | EO | EX | FL |
| --- | --- | --- | --- | --- | --- | --- |
| IO | NE | NF | NR | NU | OP | OV |
| PA | PI | PK | RC | RE | SC | SO |
| SP | SR | SS | SV | TE | TL | TO |
| TP | TR | TX | XR | X6 | WO | |

RegP/Title

MV-82DEAL (10/19)

PAGE 1 OF 2

DEFENDANTS 29
Stop/Response/Scarf Law

**④ ADDITIONAL VEHICLE INFORMATION ——▶ QUESTIONS 1-3 MUST BE COMPLETED.**

1. Has the vehicle been wrecked, destroyed, or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and to make the vehicle legal to operate on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss?

   ☐ No   ☐ Yes - (If you marked Yes the vehicle must have an anti-theft examination before it is registered. The title that is issued will have the statement "Rebuilt Salvage" on it.)

2. Is this vehicle registered for your personal use? ☐ Yes   ☐ No
   If you marked "Yes" go to the next question (question 3). If you marked "No", check any of these boxes that apply:

   ☐ This vehicle is a passenger vehicle that will be used for hire with a driver and will be operated in the following location(s):
   ☐ New York City (NYC)   ☐ A jurisdiction that is not NYC that regulates taxis   ☐ A jurisdiction that does not regulate taxis

   ☐ This vehicle is used as a contracted carrier.
   ☐ This vehicle is a passenger vehicle that is rented without a driver.
   ☐ This vehicle requires a permit for commercial operation. (Mark the box of the type of permit that was issued and write the permit number on the line.) ☐ NYS DOT Permit No. _____ ☐ Federal DOT Permit No. _____
   ☐ The government owns this vehicle.
   ☐ This vehicle is used as (mark one):☐ an ambulance   ☐ an ambulette   ☐ a hearse or invalid coach
   ☐ This vehicle is used exclusively as a hearse.   If payment is received to carry passengers, mark this box. ☐
   ☐ This vehicle is a commercial tow truck with a gross vehicle weight rating of at least 8,600 pounds.
   ☐ This vehicle is used only as a farm vehicle. (form MV-260F, Part 1, must be attached)
   ☐ This vehicle is used only as an agricultural truck or agricultural trailer.
   ☐ This vehicle is subject to the Department of Transportation inspection requirements for the carriers that transport passengers.
      (For more information, refer to form MV-82.1P, "Inspection Requirements for Carriers Transporting Passengers".)

3. Has this vehicle been modified from the original manufacturer specifications? ☐ Yes   ☐ No   If "Yes", describe the modifications:
   _____

4. Was this vehicle altered to increase the capacity beyond that provided by the manufacturer by method of extended chassis, lengthened wheel base, or a lengthened seating area?   ☐ Yes   ☐ No
   If YES, do you have the required Federal Alterer's Safety Certification (normally found on the door jamb)?   ☐ Yes   ☐ No
   * If your vehicle was altered or stretched to increase the passenger capacity, you must present to the DMV issuing office a photograph or copy of all labels or plates (normally put on the driver's side door). If the vehicle was altered or stretched and now has an adult seating capacity of 11 or more adults (including the driver), you must show the original NYS DOT Inspection Receipt OR a NYS DOT Exemption Letter.

5. This vehicle is a pick-up truck with an unladen weight over 6,000 pounds. This vehicle is never used for commercial purposes and does not have advertising on any part of it. I want (mark one): ☐ Passenger Plates   ☐ Commercial Plates

**CERTIFICATION:** I certify that the information I have given on this application and on any documentation provided in support of this application is true and complete. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

**WARNING: Intentionally making a false statement or providing false or misleading information in connection with this application is a criminal offense that may subject you to prosecution under the law.**

Sign Here ▶ _____   _____
(Print Name in Full - if registering for a corporation, print your full name and title)

Print Name Here ▶ FARAH JEAN FRANCOIS

Print Additional Name Here ▶ _____   _____
(Sign Here)   (Print Name in Full)

Additional Signature Sign Here ▶ _____
(Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

**DEFENDANTS 30**

⑤

**DEFENDANTS 31**

---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**PROGRESSIVE®**

693 Progressive Max Insurance Company
Name & Address of Issuer

Progressive Max Insurance Company
6300 Wilson Mills Road
Mayfield Village, Ohio 44143

An authorized NEW YORK Insurer has issued an Owner's Policy of Liability
Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of
the NEW YORK Vehicle and Traffic Law to:

FRANCOIS,FARAH,J
2914 FARRAGUT RD
BROOKLYN NY 11210

Policy Number
938948432

Effective Date          Expiration Date
05/30/2020              11/30/2020
12:01 a.m.              12:01 a.m.

(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the
following Motor Vehicle:

2017          BMW
Year          Make

WBA1A7C38HG906d6d6
Vehicle Identification Number

Form 1390 NY (02/15)

THIS ID CARD MUST BE CARRIED IN THE
INSURED VEHICLE FOR PRODUCTION UPON
DEMAND

WARNING: Any person who issues or produces
an ID card knowing that an Owner's Policy of
Insurance is not in effect may be committing a
misdemeanor. In addition, a person who
presents an ID card if insurance is not in effect
may be committing a misdemeanor.

The name of the registrant and the name of the
insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL
ONLY PROCESS A VEHICLE CHANGE
(RE-REGISTRATION) USING THE REPLACED
VEHICLE'S CURRENT REGISTRATION.

F5-20

---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**PROGRESSIVE®**

693 Progressive Max Insurance Company
Name & Address of Issuer

Progressive Max Insurance Company
6300 Wilson Mills Road
Mayfield Village, Ohio 44143

An authorized NEW YORK Insurer has issued an Owner's Policy of Liability
Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of
the NEW YORK Vehicle and Traffic Law to:

FRANCOIS,FARAH,J
2914 FARRAGUT RD
BROOKLYN NY 11210

Policy Number
938948432

Effective Date          Expiration Date
05/30/2020              11/30/2020
12:01 a.m.              12:01 a.m.

(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the
following Motor Vehicle:

2017          BMW
Year          Make

WBA1A7C38HG906d6d6
Vehicle Identification Number

Form 1390 NY (02/15)

THIS ID CARD MUST BE CARRIED IN THE
INSURED VEHICLE FOR PRODUCTION UPON
DEMAND

WARNING: Any person who issues or produces
an ID card knowing that an Owner's Policy of
insurance is not in effect may be committing a
misdemeanor. In addition, a person who
presents an ID card if insurance is not in effect
may be committing a misdemeanor.

The name of the registrant and the name of the
insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL
ONLY PROCESS A VEHICLE CHANGE
(RE-REGISTRATION) USING THE REPLACED
VEHICLES CURRENT REGISTRATION.

F5-20

---

FAX: Scanable Bar Code



FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page
or the second ID card and large scanable
bar code will be retained.

3. A faxed ID card must be replaced with a
scanable ID card within 14 days of the
effective date.

4. DMV will not accept a faxed ID card
without a scanable barcode.

DEFENDANTS 32



New York State Department of Motor Vehicles

## RETAIL CERTIFICATE OF SALE RECEIPT

### No. E0229482922020

TYPE OF SALE

☐ New   ☒ Used   ☐ Demo   ☐ Salvage

☒ COO Review Required

E0229482922020

## VEHICLE INFORMATION:

| Year | Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|--------|--------|------------------|-----------|-----------|------------------------|
| 2017 | BMW | 5 SERIES | 4DSD | GY | | 3542 | G | 4 | 5 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| W B A J A 7 C 3 8 H G 9 0 4 6 4 6 | | 38757733 | 05-30-2020 | 7090068 |

| Plate/Permit Number | Number of Dealer Plate Loaned | | |
|---|---|---|---|
| JSE8212 | 1 | | |

Out Of State Title (171568913S4)   N/A

## DEALER INFORMATION:

VICTORY MITSUBISHI, 4070 BOSTON ROAD, BRONX, NY, 10475, Bronx

## PURCHASER INFORMATION:

FARAH JEAN FRANCOIS, 2914 FARRAGUT, BROOKLYN, NY, 11210

## PRIOR OWNER INFORMATION:

PETER F DECORE, 1824 ST CLAIR LANE, BARTLETT, IL, 43026,

☐ Lease Buyout
(Insp. Not Required)

| | | Date of Sale |
|---|---|---|
| | | 05-30-2020 |

| | | Date of Purchase |
|---|---|---|
| | | 02-28-2020 |

| | | Selling Price |
|---|---|---|
| | | $35595 |

## ODOMETER DISCLOSURE STATEMENT:

☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

Check your odometer reading at: ____verifiny.com/check____   Processing States with questions about this eMV-50 may contact 1 833 VERIFINY (1 833 837-4346)

**ODOMETER READING**

| 0 | 0 | 2 | 4 | 5 | 8 | 6 |
|---|---|---|---|---|---|---|

(no tenths)

## DEALER CERTIFICATION

I certify: The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Selling Dealer Facility No. |
|---|---|---|---|
| | VICTORY MITSUBISHI | 6/24/20 | 7123426 |

## PURCHASER CONFIRMATION

By signing, the purchaser affirms the odometer reading on this receipt is accurate.

| PURCHASER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| | FARAH JEAN FRANCOIS | 6/24/20 | 81-4895257 |

DEALER - The vehicle described above was sold to the purchaser on the date indicated, if available, can be found at: verifiny.com/check

Additional odometer history for this vehicle, if available, can be found at: verifiny.com/check

The authenticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*
**DEFENDANTS 33**
Customer Copy



# CERTIFICATE OF TITLE OF A VEHICLE

## STATE OF ILLINOIS

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| WBAJA7C38HG904646 | 2017 | BMW | 530XI | SEDAN | 1715891334 |

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/07/17 | 32 | | | 05/12/17 NEW | ORIGINAL |

LEGEND(S)

ACTUAL MILEAGE

**MAILING ADDRESS**

BMW BANK OF NORTH AMERICA
5550 BRITTON PKWY
HILLIARD OH 43026-7456

**OWNER(S) NAME AND ADDRESS**
PETER F DECORE
1824 SAINT CLAIR LN
BARTLETT IL 60133-6749

**FIRST LIENHOLDER NAME AND ADDRESS**
BMW BANK OF NORTH AMERICA
5550 BRITTON PKWY
HILLIARD OH 43026-7456

**SECOND LIENHOLDER NAME AND ADDRESS**

---

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ By: _____ Address: _____

**RELEASE OF LIEN**

The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

BMW Bank of North America

Firm Name _____ By _____ Signature of Authorized Agent _____ Date 2.8.2020

---

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or...

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following named and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING
24580   NO TENTHS

☐ 1. The mileage stated is in excess of the mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 com vehicles owned by me, I certify also that the is not damaged in excess of 33 1/3% of market value unless this document is accom by a salvage application.

Signature(s) of Seller(s) _____ VICTORY MITSUBISHI _____

Printed Name(s) of Seller(s) _____ BMW Bank of North America / Printed Name

I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s) _____ Belinda J Rogers _____ DATE OF SALE 2.28.2020

---

CONTROL NO.   M8812307

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named herein is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

*Jesse White*
JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ALTERATIONS OR MUTILATIONS.
DEFENDANTS 34

VICTORY MITSUBISHI
LONG ISLAND
546887-2329



**Secretary of State**

**Affidavit of Repossession**

(625 ILCS 5/3-114(f-5)(3))

This space for use by
Secretary of State

☐ Commercial Vehicle
☒ Non-Commercial Vehicle

Secretary of State
Vehicle Services Department
501 S. Second St.
Springfield, IL 62756
217-782-6306
www.cyberdriveillinois.com

Repossessed from Owner (Borrower) Name: __Peter F Decore__

Address __1824 Saint Clair Ln__

City/State __Hanover Park, IL__  ZIP Code: __60133__

Creditor (Lienholder) Name: __BMW Bank of North America__

Address __5550 Britton Parkway__

City/State __Hilliard, OH__  ZIP Code __43026-7456__

Purchaser(s) Name: __Victory Mitsubishi__

Address _____  ZIP Code _____

City/State _____

The owner's vehicle was lawfully repossessed by the lienholder for default under the terms of the owner's loan/security agreement with the lienholder. The lienholder lawfully terminated the owner's interest in the vehicle pursuant to the terms of the loan/security agreement.

The lienholder delivered or mailed to the owner at the owner's last known address and any other lienholder of record the Notice of Redemption required under the Illinois Vehicle Code (625 ILCS 5/3-114(f-5)(1)), and the sale of the vehicle occurred after the expiration of 21 days from the date of mailing or delivery of the Notice. If the owner's vehicle was a non-commercial vehicle, the lienholder also delivered or mailed to the owner at the owner's last known address the Affidavit of Defense required under the Illinois Vehicle Code (625 ILCS 5/3-114(f5)(2)), and no response was received from the owner within 21 days after mailing or delivery.

Owner's Vehicle (Collateral): Year __2017__  Make __BMW__  Model __530I xDrive Sedan__

VIN __WBAJA7C38HG904646__  Title # __1715869I334__

Date of Repossession: __01/10/2020__

Date of Mailing or Delivery of Notice of Redemption: __2-10-2020__

Date of Sale of Vehicle to Purchaser: __2-28-2020__

☒ Vehicle repossessed is not damaged in excess of 33 1/3%.
☐ Vehicle repossessed is damaged in excess of 33 1/3% of its fair market value.

☐ Check if Certificate of Title is lost and no third party is involved in the transaction.

Under penalties of perjury, the undersigned lienholder states that the above requirements have been complied with and the undersigned lienholder will assume all liability and costs for any litigation that may arise from the issuance of a Certificate of Title.

Lienholder: _____

By: _____  __2-28-2020__
   Signature of Lienholder's Authorized Representative   Date

Notary:

Subscribed and sworn to before me this __28__

day of __Feb__ , __2020__ .

__C.G.__
Notary Public

My Commission Expires: __7-31-24__

Printed by authority of the State of Illinois, June 2005 — 10M

CHASITY M GALLIVAN
NOTARY PUBLIC
SEAL
STATE OF INDIANA
My Comm. Expires
July 31, 2024
ID #NP0688892

**DEFENDANTS 35**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**DEFENDANTS 36**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

---

## FIRST REASSIGNMENT DEALER ONLY

Name of Purchaser

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING

NO
TENTHS

Date of Sale

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Agent's Signature

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Street          City          State          Zip

Dealer's Name                              Dealer No.

Printed Name (same as signature)

---

## SECOND REASSIGNMENT DEALER ONLY

Name of Purchaser

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING

NO
TENTHS

Date of Sale

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Agent's Signature

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Street          City          State          Zip

Dealer's Name                              Dealer No.

Printed Name (same as signature)

---

## THIRD REASSIGNMENT DEALER ONLY

Name of Purchaser

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING

NO
TENTHS

Date of Sale

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Agent's Signature

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Street          City          State          Zip

Dealer's Name                              Dealer No.

Printed Name (same as signature)

---

## FOURTH REASSIGNMENT DEALER ONLY

Name of Purchaser

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING

NO
TENTHS

Date of Sale

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Agent's Signature

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Street          City          State          Zip

Dealer's Name

Printed Name (same as signature)

---

## LAST REASSIGNMENT DEALER ONLY

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING

NO
TENTHS

Date of Sale

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent

Printed Name (same as signature)

VSD 40.24