



6 likes

chris.victory_123 It's called branding @victory.mitsubishi @victorycarseast @dreamcargallery760




**11 likes**

**chris.victory_123** Best deals are made in the sky. #privatejetlife

October 27, 2020



**11 likes**
**chris.victory_123** Perfection💚 @dileniamorel_
View all 2 comments
October 27, 2020

 **chris.victory_123**
New York, New York



                                                        

**5 likes**
**chris.victory_123** ⚡ by Victory @dreamcargallery760
October 27, 2020








**victory.mitsubishi** VEHICLE LAYAWAY PROGRAM
Pick out your Vehicle, Submit an App and Get your Vehicle when the Ban is Lifted. We have staff working Online to Answer Questions.



victory.mitsubishi



# In accordance with NYS regulations,

Our sales department is now open by appointment. Please call **(347) 708-8392** to schedule your appointment and take advantage of our amazing specials.

Our service department will remain open Monday - Friday from 8:00 AM - 5:00 PM and Saturday from 8:30 AM - 2:00 PM.

Please call our service department at **(718) 690-7824** to schedule a service appointment.

Please also take advantage of the tools on our website to research which model is right for you, personalize your payments, value your trade-in, complete your credit application, and even chat us with any questions you may have.

We apologize for any inconvenience and hope you and your family are staying safe and healthy during this time.

www.victorymitsubishi.com





**18 likes**

**victory.mitsubishi** Back in action! Please contact us today about our new remote process and home-delivery #VictoryMitsubishi #FeelsGoodToBeBack

March 27, 2020

VICTORY.MITSUBISHI
Posts

day. #MitsubishiOutlander - Tons of room in the Full Size Outlander to get supplies and stay inside... more

April 2, 2020

victory.mitsubishi



107 views

victory.mitsubishi DID YOU KNOW that you can now shop, buy, apply for financing for your next new or pre-owned car, truck or SUV at Victory Mitsubishi, all from the convenience of home? Find out more details at https://bit.ly/2JxwKhu  #ShopatHome #Mitsubishi #MitsubishiMotors #MitsubishiUSA #MitsubishiLove #newcars #usedcars #preowned #shopnewcars #shopusedcars #buycars

April 1, 2020





# In accordance with NYS regulations,

Our sales department is now open by appointment. Please call **(347) 708-8392** to schedule your appointment and take advantage of our amazing specials.

Our service department will remain open Monday - Friday from 8:30 AM - 3:00 PM.

Please call our service department at **(718) 690-7824** to schedule a service appointment.

Please also take advantage of the tools on our website to research which model is right for you, personalize your payments, value your trade-in, complete your credit application, and even chat us with any questions you may have.

We apologize for any inconvenience and hope you and your family are staying safe and healthy during this time.

www.victorymitsubishi.com







victory.mitsubishi We are Open - Give us a Call or Make an Appointment. We are here to Help
Victory Mitsubishi



**VICTORY.MITSUBISHI**
Posts
Follow

5 likes

**victory.mitsubishi** CORONAVIRUS UPDATE:

For those customers who wish to visit us here at the dealership to look more closely at their new or used vehicle choices, we now have gloves and surgical masks available as an added precaution.

Also, as part of our commitment to the community, residents are welcome to stop by to pick up a mask and gloves for their own use - free of charge 👍 #COVID19 #coronavirus #Mitsubishi #MitsubishiUSA



VICTORY.MITSUBISHI
Posts
Follow



54 views

victory.mitsubishi We are OPEN for Business at Victory Mitsubishi - Shop Online Today!
Victory Mitsubishi
4070 Boston Rd, Bronx, NY 10475
Sales: 347-846-0825 https://victorymitsubishi.com/
#nodownpayment #0down #signanddrive #biweeklypayments #zerodown #lowpayments #badcredit #nocredit #autolenders #allbanks #carcredit heights #whiteplains #connecticut #westchester #newrochelle #bronxzoo #huntspoint #fortlee #harlem #manhattan #newjersey #gwb #georgewashingtonbridge #bostonroad

May 1, 2020

Case 1:22-cv-04447-JSR   Document 53-6   Filed 03/15/23   Page 16 of 17

VICTORY.MITSUBISHI

Posts

Follow

# We are resuming our regular hours!

**Our sales department is open** Monday though Friday 9am to 9pm Saturday 9am to 8pm and Sunday 11am to 5pm for all of your car buying needs.

**Our service and parts departments are now open** Monday through Friday 8am to 5pm and Saturday 8am to 2pm.

For those customers who wish to visit us at the dealership to look more closely at their vehicle choices, or receive service, **we continue to have gloves and surgical masks available as an added protection.**

Please continue to take advantage of the tools on our website to research which model is right for you, personalize your payments, value your trade-in, complete your credit application, and even chat us with any questions you have.

We hope you and your family are staying safe and healthy during this time and hope to see you soon!

ⓘ For info and resources about COVID-19, visit the COVID-19 Information Center.

   

6 likes

**victory.mitsubishi** CORONAVIRUS UPDATE 6/10/20: Please note our resumption of normal business hours #Mitsubishi #MitsubishiMotors #MitsubishiLove #COVID19 #coronavirus #MitsubishiLife #MitsubishiUSA

June 10, 2020

    

