

# DEALER SALES AND SERVICE AGREEMENT

*THIS AGREEMENT* is made and entered into by and between **Mitsubishi Motors North America, Inc.** a California corporation, with headquarters at 6400 Katella Avenue, Cypress, California 90630 (hereinafter referred to as "MMNA"), and

Spartan Auto Group LLC
(Name of Dealer)

a ___New York___   ___Limited Liability Company___   doing business as
   (State)

Victory Mitsubishi
(Name)

at ___4070 Boston Road,___   Bronx,
   (Number and Street)   (City)

___Bronx___ County,   ___New York___   ___10475___
(County)   (State)   (Zip)

(hereinafter referred to as "**Dealer**").

**1.** ████████████████████████

████████████████████████████████████████████████████

**2.** ███████

████████████████████████████████████████████████████

(Rev. 8/21/03)

Agreement Date   JAN 3 0 2018

(DAP005)

1

### 3. OWNERSHIP OF DEALER

**MMNA** and **Dealer** recognize that the ability of **Dealer** to satisfactorily perform *this Agreement* is conditioned upon the continued active involvement in and/or ownership of **Dealer** by the following person(s) in the percentage(s) shown (hereinafter referred to as the *"Owners"*):

| Name | Title | Percentage of Ownership | Involvement in Management (Active or Inactive) |
|---|---|---|---|
| Diane Argropoulos | Member | 30% | Active |
| Philip Argropoulos | Manager | 70% | Active |

4. ███████████████

████████████████████████████████████████

████████████████████████████████████████

5. █████████████

████████████████████████████████████████

████████████████████████████████████████

**6.**



MITSUBISHI
MOTORS NORTH AMERICA, Inc.

**SUBPOENA RESPONSES 465**

7. ███████████

8. ███████████████

9. ███████████

10. ███████████

11. 

12.

13.

14.

15.

16.

Agreement Date  JAN 3 0 2018

IN WITNESS OF THE FOREGOING, the parties hereto have executed *this Agreement* in duplicate.  *THIS AGREEMENT* SHALL NOT BECOME EFFECTIVE UNTIL IT HAS BEEN SIGNED BY THE PRESIDENT OR AN EXECUTIVE VICE PRESIDENT OR TWO VICE PRESIDENTS OF **MMNA**.  **DEALER** WILL BE NOTIFIED IN WRITING BY MMNA WHEN *THIS AGREEMENT* HAS BEEN SO SIGNED, WHICH NOTICE WILL SPECIFY THE EFFECTIVE DATE OF *THIS AGREEMENT*.

Spartan Auto Group LLC
dba Victory Mitsubishi
_____
(Dealer's Firm Name)

By _____     Date    12/18/17

Title    DLR PRINC

By    PHILIP ARGYROPOUS    Date _____

Title _____

_____
(Witness)

**Mitsubishi Motors North America, Inc.**

By _____     Date _____
        (Chairman)

OR

By _____     Date _____
        (Executive Vice President)

OR

By _____     Date    JAN 3 0 2018
        (Vice President)

and

By _____     Date    JAN 3 0 2018
        (Vice President)

Agreement Date    JAN 3 0 2018     **MITSUBISHI**
MOTORS NORTH AMERICA, INC.

Spartan Auto Group, LLC
dba Victory Mitsubishi

## ADDENDUM
### Terms and Conditions



By: _____ Title: _$\mathcal{D}LR$ $\mathcal{PR}_{i}\mathcal{N}$_ _____ Date: _1/18/18_

**MITSUBISHI**
MOTORS NORTH AMERICA, INC.

Agreement Date ____JAN 3 0 2018____

SUBPOENA RESPONSES 469

7



# MITSUBISHI MOTORS

## DEALER SALES AND SERVICE AGREEMENT

*THIS AGREEMENT* is made and entered into by and between **Mitsubishi Motors North America, Inc.** a California corporation, with headquarters at 4031 Aspen Grove Drive, Franklin, TN  37067 (hereinafter referred to as "MMNA"), and

**Spartan Auto Group Llc**
(Name of Dealer)

a  **New York**  **Limited Liability Corp.**  doing business as
(State)

**Victory Mitsubishi**
(Name)

at  **4070 Boston Road**,  **Bronx**,
(Number and Street)  (City)

**Bronx**  County,  **New York**  **10475**
(County)  (State)  (Zip)

(hereinafter referred to as "**Dealer**").

**1.** ████████████

█████████████████████████████████████████████
███████████████████  ███████████████████████████
████████████████████████████  ████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████

**2.** ██████

█████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████  ████████████
███████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████

█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████

Agreement Date   March 1, 2021

Rev. (4/25/19)
1

**3.   OWNERSHIP OF DEALER**

MMNA and **Dealer** recognize that the ability of **Dealer** to satisfactorily perform *this Agreement* is conditioned upon the continued active involvement in and/or ownership of **Dealer** by the following person(s) in the percentage(s) shown (hereinafter referred to as the *"Owners"*):

| Names of Owner | Title | Percentage of Ownership | Involvement in Management |
|---|---|---|---|
| PHILIP ARGYROPOULOS | MANAGER | 70.0000% | Active |
| DIANE ARGYROPOULOS | MEMEBER | 30.0000% | Active |

███████████████████████████████████████████████
████████████████████████████████ ████ ███████████
████████████████████████████████████████████████
████████████████ ██████████

**4.**   █████████████████
███████████████████████████████████████ ██████
████████████████████████████████████████████████
█████████ ██████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████ █████████████████████████████
██████████████████████████████████

**5.**   ████████████
██████████████████████████████████████████████
████████████ ███████████████████████████████████
████ ██████
████ █████ ██████ █████ ███
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████ ████████████████████████████████████
█████████████████████████████
██████████████████████████████████████
█████████████████████████

Agreement Date   <u>March 1, 2021</u>                                        2

**SUBPOENA RESPONSES 471**

**6.** ████████████ **SES**



Agreement Date  March 1, 2021                                          3

7. ███████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████

8. ██████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████

9. ████████

████████████████████████████████████████████████
██████

10. █████████

████████████████████████████████████████████████
██████

11. ████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████

12. ████████

██ ███ ███ ██ █ ███ ████ █ ███ █ ██ ████ ████ ██
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████

Agreement Date   March 1, 2021                                    4

13. ▮▮▮▮▮



14. ▮▮▮▮▮▮▮

15. ▮▮▮▮

16. ▮▮▮▮▮▮

IN WITNESS OF THE FOREGOING, the parties hereto have executed *this Agreement* in duplicate. *THIS AGREEMENT* SHALL NOT BECOME EFFECTIVE UNTIL IT HAS BEEN SIGNED BY THE PRESIDENT OR AN EXECUTIVE VICE PRESIDENT OR TWO VICE PRESIDENTS OF **MMNA**. **DEALER** WILL BE NOTIFIED IN WRITING BY MMNA WHEN *THIS AGREEMENT* HAS BEEN SO SIGNED, WHICH NOTICE WILL SPECIFY THE EFFECTIVE DATE OF *THIS AGREEMENT*.

**Spartan Auto Group Llc**
**dba Victory Mitsubishi**
_____
(Dealer's Firm Name**)**

By _____          Date  02/26/2021
                                                  _____

Title _____Dealer Principal_____

By _____          Date  _____

Title _____


**Mitsubishi Motors North  America, Inc.**


By _____          Date  _____
         (Chairman)

                              OR

By _____          Date  _____
     (Executive Vice President)

                              OR

By _____          Date  March 1, 2021
        (Vice President)

                and

By _____          Date  March 1, 2021
        (Vice President)


Agreement Date  March 1, 2021                                    6

**SUBPOENA RESPONSES 475**

Spartan Auto Group LLC
dba Victory Mitsubishi

# ADDENDUM
## Terms and Conditions

By: _____ Title: <u>Dealer Principal</u>_____ Date: <u>02/26/2021</u>_____

**MITSUBISHI MOTORS**

Agreement Date <u>March 1, 2021</u>

**SUBPOENA RESPONSES 476**

7

**Victory Mitsubishi**                                    **Attachment 1**

**Victory Mitsubishi**                    **Attachment 2**





# MITSUBISHI MOTORS

## DEALER SALES AND SERVICE AGREEMENT

*THIS AGREEMENT* is made and entered into by and between **Mitsubishi Motors North America, Inc.** a California corporation, with headquarters at 4031 Aspen Grove Drive, Franklin, TN  37067 (hereinafter referred to as "MMNA"), and

**Spartan Auto Group LLC**

(Name of Dealer)

a **New York** **Limited Liability Corp.** doing business as

(State)

**Victory Mitsubishi**

(Name)

at **4070 Boston Road**, **Bronx**,

(Number and Street)      (City)

**Bronx** County, **New York** **10475**

(County)       (State)     (Zip)

(hereinafter referred to as **"Dealer"**).

**1.** ██████████████

████████████████████████████████████████████
██████████████████████ ████████████████████████
████████████████████████████ ██ ████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

**2.** ██████

████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████ ██ ████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████

████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████

**3.  OWNERSHIP OF DEALER**

**MMNA** and **Dealer** recognize that the ability of **Dealer** to satisfactorily perform *this Agreement* is conditioned upon the continued active involvement in and/or ownership of **Dealer** by the following person(s) in the percentage(s) shown (hereinafter referred to as the *"Owners"*):

| Names of Owner | Title | Percentage of Ownership | Involvement in Management |
|---|---|---|---|
| DIANE ARGYROPOULOS | MANAGER | 100.0000% | Active |



SUBPOENA RESPONSES 480

**6.**



**7.** ████████████

████████████████████████████████████████████████
████████████████████ ███████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

**8.** ███████████████

████████████████████████████████████████████████
██████████████ ████████████ ███████████ ████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████ ████████
████████████ ████████████ █████████ ██████ ████
██████████████████████████████████████ ███████████
█████████████████████████████ ███████████████████
███████████████

**9.** █████████

███████████████████████████████████████████████
█████████

**10.** ██████████

███████████████████████████████████████████████
█████████

**11.** █████████

███████████████████████████████████████████████
███████████ ███████████████████████████████████
██████████████████████████ ██████████████████
████████████████████████████████████████████████
██████████████████████

**12.** █████████

██ ████ ██████ ██████ ██ ████ ████ █████ ██ ████ ██ ████ ████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████ █████████████████████████
████████████████████████████████████████████████
█████████████████ ██████████████████████████████
████████████████████████████████████████████████
████████ ████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

Agreement Date  <u>September 20, 2022</u>                                    4

**SUBPOENA RESPONSES 482**

13. ████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████  ██████████████████████
████████████████████████

14. ████████████ R

████████████████████████████████████
████████████████████████████████████
██████████████████████████

15. ████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████

16. ████████

████████████████████

**SUBPOENA RESPONSES 483**

IN WITNESS OF THE FOREGOING, the parties hereto have executed *this Agreement* in duplicate. *THIS AGREEMENT* SHALL NOT BECOME EFFECTIVE UNTIL IT HAS BEEN SIGNED BY THE PRESIDENT OR AN EXECUTIVE VICE PRESIDENT OR TWO VICE PRESIDENTS OF **MMNA**. **DEALER** WILL BE NOTIFIED IN WRITING BY MMNA WHEN *THIS AGREEMENT* HAS BEEN SO SIGNED, WHICH NOTICE WILL SPECIFY THE EFFECTIVE DATE OF *THIS AGREEMENT*.

**Spartan Auto Group LLC**
**dba Victory Mitsubishi**
_____
(Dealer's Firm Name**)**

By _____     Date _____09/13/2022_____

Title _____Dealer principal_____

By _____     Date _____

Title _____


**Mitsubishi Motors North America, Inc.**


By _____     Date _____
            (Chairman)

                            OR

By _____     Date _____
      (Executive Vice President)

                            OR

By _____     Date _____
                                              _____September 20, 2022_____
     Sr. Vice President, Sales Operations


By _____     Date _____
                                              _____September 20, 2022_____
       Vice President, Aftersales


Agreement Date   September 20, 2022                                6

**SUBPOENA RESPONSES 484**