Case 1:22-cv-04447-JSR   Document 53-10   Filed 03/15/23   Page 1 of 1



SUBPOENA RESPONSES 566                                    DTI_000058