

SUBPOENA RESPONSES 569        DTI_000061

4:09 p.m.    **Application Saved**
Y.Vallejo
Deal:

4:07 p.m.    **Decision Approved**
Y.Vallejo    Amount - | Rate - | Term - mos | Payment –
Deal:

4:07 p.m.    **Application Submitted**
Y.Vallejo    Amount - – | Rate - | Term - mos | Payment –
Deal:

4:07 p.m.    **Application Saved**
Y.Vallejo
Deal:

4:06 p.m.    **Decision Approved**
Y.Vallejo    Amount - | Rate - | Term - mos | Payment –
Deal:

4:06 p.m.    **Application Saved**
Y.Vallejo
Deal:

4:06 p.m.    **Application Submitted**
Y.Vallejo    Amount - – | Rate - | Term - mos | Payment –
Deal:

4:03 p.m.    **Decision Approved**
Y.Vallejo    Amount - | Rate - | Term - mos | Payment –
Deal:

2:45 p.m.    **Decision Approved**
Y.Vallejo    Amount - | Rate - | Term - mos | Payment –
Deal:

11:42 a.m.   **Decision Approved**
Y.Vallejo    Amount - | Rate - | Term - mos | Payment –
Deal:

11:42 a.m.   **Application Submitted**
Y.Vallejo    Amount - – | Rate - | Term - mos | Payment –
Deal:

11:42 a.m.   **Application Saved**
Y.Vallejo
Deal:

11:34 a.m.   **Decision Approved**
Y.Vallejo    Amount - | Rate - | Term - mos | Payment –
Deal:

11:34 a.m.   **Application Submitted**
Y.Vallejo    Amount - – | Rate - | Term - mos | Payment –
Deal:

**SUBPOENA RESPONSES 570**               DTI_000062

| Time | Event | User | Details |
|---|---|---|---|
| 11:34 a.m. | Application Saved | Y.Vallejo | Deal: |
| 11:33 a.m. | Decision Approved | Y.Vallejo | Amount - | Rate - | Term - mos | Payment – <br>Deal: |
| 11:33 a.m. | Application Submitted | Y.Vallejo | Amount - – | Rate - | Term - mos | Payment – <br>Deal: |
| 11:33 a.m. | Application Saved | Y.Vallejo | Deal: |
| 11:31 a.m. | Decision Approved | Y.Vallejo | Amount - | Rate - | Term - mos | Payment – <br>Deal: |
| 11:31 a.m. | Decision Declined | Y.Vallejo | Amount - | Rate - | Term - mos | Payment – <br>Deal: |
| 11:31 a.m. | Decision Declined | Y.Vallejo | Amount - | Rate - | Term - mos | Payment – <br>Deal: |
| 11:31 a.m. | Decision Declined | Y.Vallejo | Amount - | Rate - | Term - mos | Payment – <br>Deal: |
| 11:30 a.m. | Decision Declined | Y.Vallejo | Amount - | Rate - | Term - mos | Payment – <br>Deal: |
| 11:30 a.m. | Application Saved | Y.Vallejo | Deal: |
| 11:30 a.m. | Application Submitted | Y.Vallejo | Amount - – | Rate - | Term - mos | Payment – <br>Deal: |
| 11:30 a.m. | Application Saved | Y.Vallejo | Deal: |
| 11:30 a.m. | Application Submitted | Y.Vallejo | Amount - – | Rate - | Term - mos | Payment – <br>Deal: |
| 11:30 a.m. | Privacy Notice Manually Signed | Y.Vallejo | Deal: |

Give Feedback

SUBPOENA RESPONSES 571                            DTI_000063

| Date | Time | User | Event |
|---|---|---|---|
| | 11:30 a.m. | Y.Vallejo | Application Saved<br>Deal: |
| | 11:30 a.m. | Y.Vallejo | Credit Application Manually Signed<br>Deal: |
| | 11:29 a.m. | Y.Vallejo | Credit Application Copied<br>Deal: |
| SATURDAY<br>May 30 | 10:11 p.m. | Y.Vallejo | Privacy Notice E-Signature Pending<br>Deal: |
| | 10:11 p.m. | Y.Vallejo | Privacy Notice E-Signature Pending<br>Deal: |
| | 10:11 p.m. | Y.Vallejo | Credit Application E-Signature Pending<br>Deal: |
| | 10:12 p.m. | Y.Vallejo | Privacy Notice E-Signature Pending<br>Deal: |
| | 10:12 p.m. | Y.Vallejo | Credit Application E-Signature Pending<br>Deal: |
| | 10:11 p.m. | Y.Vallejo | Credit Application E-Signature Pending<br>Deal: |
| | 6:48 p.m. | Y.Ventura | Decision Approved<br>Amount - | Rate - | Term - mos | Payment –<br>Deal: |
| | 6:14 p.m. | Y.Ventura | Decision Conditionally Approved<br>Amount - | Rate - | Term - mos | Payment –<br>Deal: |
| | 6:14 p.m. | Y.Vallejo | Application Submitted<br>Amount - – | Rate - | Term - mos | Payment –<br>Deal: |
| | 6:14 p.m. | Y.Vallejo | Application Saved<br>Deal: |
| | 6:13 p.m. | Y.Ventura | Decision Conditionally Approved<br>Amount - | Rate - | Term - mos | Payment –<br>Deal: |

SUBPOENA RESPONSES 572                                           DTI_000064

6:13 p.m.   **Application Submitted**
Y.Vallejo   Amount - -- | Rate - | Term - mos | Payment --
Deal:

6:13 p.m.   **Application Saved**
Y.Vallejo
Deal:

6:12 p.m.   **Decision Declined**
Y.Vallejo   Amount - | Rate - | Term - mos | Payment --
Deal:

6:12 p.m.   **Decision Declined**
Y.Vallejo   Amount - | Rate - | Term - mos | Payment --
Deal:

6:12 p.m.   **Decision Declined**
Y.Vallejo   Amount - | Rate - | Term - mos | Payment --
Deal:

6:12 p.m.   **Deal Switched**
Y.Vallejo
Deal:   2017 BMW 5 Series 530i xDrive Sedan

6:12 p.m.   **Decision Declined**
Y.Vallejo   Amount - | Rate - | Term - mos | Payment --
Deal:

6:12 p.m.   **Application Submitted**
Y.Vallejo   Amount - -- | Rate - | Term - mos | Payment --
Deal:

6:12 p.m.   **Application Saved**
Y.Vallejo
Deal:

6:11 p.m.   **Application Submitted**
Y.Vallejo   Amount - -- | Rate - | Term - mos | Payment --
Deal:

6:11 p.m.   **Application Saved**
Y.Vallejo
Deal:

6:11 p.m.   **Application Saved**
Y.Vallejo
Deal:

6:09 p.m.   **Credit Application Copied**
Y.Vallejo
Deal:

4:59 p.m.   **Decision Approved**
Y.Ventura   Amount - | Rate - | Term - mos | Payment --
Deal:

| | | |
|---|---|---|
| 12/2/22, 8:59 AM | | Deal Jacket - Dealertrack |

| | | |
|---|---|---|
| 4:59 p.m.<br>Y.Ventura<br>Deal: | **Decision Approved**<br>Amount - \| Rate - \| Term - mos \| Payment – | |
| 4:58 p.m.<br>Y.Ventura<br>Deal: | **Application Submitted**<br>Amount - – \| Rate - \| Term - mos \| Payment – | |
| 4:58 p.m.<br>Y.Ventura<br>Deal: | **Application Saved** | |
| 4:58 p.m.<br>Y.Ventura<br>Deal: | **Privacy Notice Manually Signed** | |
| 4:58 p.m.<br>Y.Ventura<br>Deal: | **Application Saved** | |
| 4:58 p.m.<br>Y.Ventura<br>Deal: | **Credit Application Manually Signed** | |
| 4:55 p.m.<br>Y.Ventura<br>Deal: | **OFAC Verification Complete** | |
| 4:55 p.m.<br>Y.Ventura<br>Deal: | **ID Verification Complete** | |
| 4:55 p.m.<br>Y.Ventura<br>Deal: | **CreditBureauReport**<br>\| | |
| 4:55 p.m.<br>Y.Ventura<br>Deal: | **CreditBureauReport**<br>\| | |
| 4:55 p.m.<br>Y.Ventura<br>Deal: | **Credit Bureau Pulled** | |
| 4:55 p.m.<br>Y.Ventura<br>Deal: | **Credit Bureau Authorization Received** | |
| 4:54 p.m.<br>Y.Ventura<br>Deal: | **Deal Jacket Created** | |

Last Login: 1 month, 2 weeks ago
Version: 2.149.6
Commit: ▇▇▇▇▇▇▇▇▇▇▇▇▇9

© 2001-2022 Dealertrack Technologies, Inc. All rights reserved.

**SUBPOENA RESPONSES 574**          DTI_000066