

☰ Menu

← Victory Mitsubishi

# Victory Mitsubishi

4.1 ★★★★☆ (786 reviews)



📍 4070 Boston rd Bronx, NY 10475 ↗

Visit Victory Mitsubishi ↗

Sales hours:    9:00am to 9:00pm

Service hours:   8:00am to 5:00pm

View all hours ⌄

New (877) 668-1971

Used (877) 668-3187

Service (877) 743-7117

## Reviews

4.1 ★★★★☆ (786 reviews)

A dealership's rating is based on all of their reviews, with more weight given to recent reviews. Includes reviews of Victory Mitsubishi ↗ from DealerRater.

**Want to share your experience with this dealership?**

Write a review

Sort by
Lowest rated ⌄

1.0 ★☆☆☆☆

**FRANCOIS 3953**



### Do not waste your time!!

November 21, 2022
By Family guy from Westchester, NY

Believe the reviews!! SCAM!! FIrst the bait and switch. Saw an SUV, got a confirmation text the car is available. Got the same story "structural damage etc" but they have others. Before that, the fast talking sales guy tried to get all my info, SSN etc.. I said hold up let me see car first. Then he started talking financing (before I saw the non-existing vehicle) to which I said, "I already have financing through my bank". Was not happy about that and tried convincing me otherwise. Went along to see the other vehicles, and not impressed. Avoid this place, fast talking, shady liars. Would not feel comfortable doing business. I think its meant for the desperate with low credit scores that have been turned down elsewhere.

Show full review ⌄

### 1.0 ★☆☆☆☆

### Bait and Switch

November 15, 2022
By AL from philadelphia, pa

I called the dealer and confirmed the availability of a car before driving 3 hours to the dealership. When I arrived at the dealership, they told me the car I came to see had structural damage and a check engine light and was not available and said they had other cars available. Classic bait and switch The car I came to see had been on their lot for 3 months and it's been listed on their website and Cars.com for 3 months so if there really was structural damage or a check engine light, why is it still listed online for sale after 3 months! I knew this was not a dealership to trust so I simply stood up and walked out.

💬 **Dealer response**

Thank you for taking the time to bring this negative experience to our attention. It is discouraging to hear that you had anything less than a stellar experience here at Victory Mitsubishi. We would love the chance to talk to you about this situation and make it right. At your earliest convenience, please reach out to Bibi Singh at 718-515-4600 ext 9013.

Show full review ⌄

### 1.0 ★☆☆☆☆

**FRANCOIS 3954**



Victory Mitsubishi Reviews Bronx NY | Cars.com

## Worst dealership

November 14, 2022
By Ar from Bronx

My husband and I went to this dealer worst place to buy a car!!! Please avoid going here!!! You will be wasting your time! Owner should be disgusted with the service they provide! The service is out of the world so much I would not recommend anyone to go there !!! Sales rep was super helpful found a car for 27000 was told no accident his name is as Sean ohh but it gets better he told us we had to wait for the manager to run our credit without us even testing driving the car which we couldn't because apparently there was a car in-front of it and he didn't had the keys we waited an hour and a half just to see the finance manager I don't know his name because he never said it he went straight it getting us to sign a contract instead of selling the car we wanted he was trying to sell us a car for 35000 but I will never for get him because of how nasty he was and unprofessional he said our interest rate is 4.9 with a 760 credit score and we would have to pay 678 a month 678 times 72 is 48,816 when I said I am not doing that and thank you for your time he kept insisting why not it's a good deal you need to do it they even went as far as to not want to give back the id until we did the deal after a few mins they finally give it back and I got up to walk out he started insulting me saying I don't know how to do simply math!!! Why on earth would I pay 48000 at the end for a car that's 27000.

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

## My husband and I went to this dealer worst place to buy a

November 14, 2022
By AR on DealerRater

My husband and I went to this dealer worst place to buy a car!!! Please avoid going here!!! You will be wasting your time! Owner should be disgusted with the service they provide! The service is out of the world so much I would not recommend anyone to go there !!! Sales rep was super helpful found a car for 27000 was told no accident his name is as Sean ohh but it gets better he told us we had to wait for the manager to run our

FRANCOIS 3955



credit without us even testing driving the car which we couldn't because apparently there was a car in-front of it and he didn't had the keys we waited an hour and a half just to see the finance manager I don't know his name because he never said it he went straight it getting us to sign a contract instead of selling the car we wanted he was trying to sell us a car for 35000 but I will never for get him because of how nasty he was and unprofessional he said our interest rate is 4.9 with a 760 credit score and we would have to pay 678 a month 678 times 72 is 48,816 when I said I am not doing that and thank you for your time he kept insisting why not it's a good deal you need to do it they even went as far as to not want to give back the id until we did the deal after a few mins they finally give it back and I got up to walk out he started insulting me saying I don't know how to do simply math!!! Why on earth would I pay 48000 at the end for a car that's 27000.



💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

💬 **Consumer response**

Honestly I am disgusted and disappointed with the service I don't even want to deal with anyone from this place I guess money is priorities and they don't care how they talk to to people! This guy went straight into insulting me because I was not stupid to do a 678 monthly for a 27999 car and I have a 760 credit score! Started yelling how I don't know how to do simply math and just kept trying to force me do the deal!!! With no test driving of the car and lying that the car had no accident!!! I would like to take this time to tell everyone that reads this please avoid going to this place! From someone that went once and had a bad service but decided to give them another chance and had an even worst service than the first time please avoid here take your money somewhere else!!!

Show full review ⌄

---

1.0 ★☆☆☆☆

**They called me back to confirm the car was still**

November 14, 2022
By francor on DealerRater

They called me back to confirm the car was still available and made an appointment call me back early that morning to confirm that we are still on for the appointment. Filled out a pre-approve loan ahead of time as requested on the website and was approved and

**FRANCOIS 3956**

they were notified. Drove for over an hour coming from NJ to find out the car was not available it's not in driving condition the manager said. Yet it is advertised as no issues or accidents under CAR FAX They were quickly to show me other cars for more money. I made it clear I was here for the BMW. So I left. The car is still being advertised for over 3 weeks since .SCAM

---

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

💬 **Dealer response**

Thank you for reaching out to us. We regret to hear about the situation you have described. Please contact Bibi Singh at 718-515-4600 ext 9013 when you have an opportunity, and we will be more than happy to try and turn your experience around.

Show full review ⌄

---

1.0 ★☆☆☆☆

### False advertisement

November 14, 2022
By Benz500sel from NY

Found a truck on the site did the finance online through cars.com and called the dealership and told them I was approved and I have the loan paperwork I'll be in the next day before 1pm. They open @11 on a Sunday I got there @ 12:55 sat with a so called sales person, a kid in a hoodie, writes some numbers on a paper and the truck I came to pick up and tells me the finance guy will come talk to me. The kid comes back and says the sold the truck in the morning do you want to see something else, then a manager I said no and explained you should have my loan paperwork he said well did you see the car before you finance, I left. It was like they were selling time share the opener the middle man and the closer. To prove they were lying my friend called the dealership as we were on the highway and asked if the truck was available the girl said hold on and then said yes. They lie to lure you in then try to get you to buy something else.

---

💬 **Dealer response**



**FRANCOIS 3957**



Thank you for bringing this to our attention. We want all our customers to leave feeling like they have received the utmost in customer service. Please contact Bibi Singh at 718-515-4600 ext 9013 so we can investigate this for you.

Show full review ⌄

---

1.0 ★☆☆☆☆

**trick dealer**

November 10, 2022
By Tom from new york. NY

I was made an appointment for test drive for next day，  when I there, they told me the car was sold! ???? and atfer a week now. the car still on the website, and the price go down again? wth ?stay away guys.

---

💬 **Dealer response**

Tom,
Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Do yourself a favour and do not get near this dealership.**

November 6, 2022
By AK on DealerRater

Do yourself a favour and do not get near this dealership. I would give them zero stars if I could. I found a car on their website and called them to confirm it's still available. The person who answered the phone said the car just came in and scheduled me for an appointment. I called the next day before I left my house to make sure the car is still available and the person I spoke with along with her manager confirmed the car is still available. I get to the dealership and the rep disappears for 10 mins to locate the car. He comes back to tell me the car is " incoming" which means they don't have the car yet and should be arriving to the dealership soon. I drove almost 2 hours, paid $25 in tolls just so they can get my foot in the door and try to scam me into another car. The did the same

**FRANCOIS 3958**



thing to my brother in law 2 years ago. They confirmed they have the car and when he showed up to the dealership he was told "they had to send the car back to the dealership because the check engine light came on" The person who answers the phone would do anything to get you in because they get paid for every appointment they make whether the sales happen or not.

💬 **Dealer response**

Thank you for taking the time to bring this negative experience to our attention. It is discouraging to hear that you had anything less than a stellar experience here at Victory Mitsubishi. We would love the chance to talk to you about this situation and make it right. At your earliest convenience, please reach out to Bibi Singh at 718-515-4600 ext 9013.

Show full review ⌄

---

1.0 ★☆☆☆☆

**After never hearing back, I was told my deposit would be**

November 3, 2022
By digital.gas on DealerRater

After never hearing back, I was told my deposit would be mailed to me this past Monday Oct 31. I emailed Bibi Singh asking for an update to confirm my deposit was mailed back on Wednesday Nov 2 and received no response. Ironically after reporting I would be sharing my experience with the attorney general's office, the vehicle I had a deposit on was removed from listing the same day!

💬 **Dealer response**

Thank you for bringing this to our attention. We want all our customers to leave feeling like they have received the utmost in customer service. Please contact Bibi Singh at 718-515-4600 ext 9013 so we can investigate this for you.

Show full review ⌄

---

1.0 ★☆☆☆☆

**These guys are hustlers.**

November 2, 2022
By Paul from NYC

**FRANCOIS 3959**

Made an appointment to see the black 2015 Mercedes-Benz ML350. Upon arrival I'm advised it's a literal wreck with structural damage and can't be registered or sold. It was advertised for bait and switch purposes only.

---

💬 **Dealer response**

Paul,
Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.

Show full review ⌄



---

1.0 ★☆☆☆☆

**SCAM STAY FAR AWAY**

November 1, 2022
By Chelsea from MD

SCAM SCAM SCAM.. They advertise cars they do not have.! I got a call after I sent an interest message to a Mercedes Benz C300 and I was also interested in a Chrysler 200 S. The lady called me and said something about an interest in a 2021 Toyota Corolla which wasn't the car I requested. She was pushy to ask for my budget and if I had interest in any other car. I told her I no, only interested in those two cars, which she later on told me aren't available any longer as someone had put a deposit on them. So why the xxxx leave the car on the website? So people can call and you can force them to buy something else ? Y'all need to do better rather than waste people times. Thank God I didn't drive 3 hours for this foolishness .. y'all are disgusting and I'm so disappointed. Car shopping should be easy not this back and forth to force customers on cars they don't want. IF YOU SOLD A CAR, TAKE IT OFF YOUR WEBSITE.

---

💬 **Dealer response**

Chelsea,
Thank you for taking the time to bring this negative experience to our attention. It is discouraging to hear that you had anything less than a stellar experience here at Victory Mitsubishi. We would love the chance to talk to you about this situation and make it right. At your earliest convenience, please reach out to Bibi Singh at 718-515-4600 ext 9013.

Show full review ⌄

**FRANCOIS 3960**

1.0 ★☆☆☆☆

**STAY AWAY!**

October 29, 2022
By digital.gas on DealerRater

STAY AWAY! I left a deposit, agreed on a price. The dealer ran my credit, everything was approved. Then they try t force you to pay for additional add-ons such as ceramic coating. The car had scuff, my current car is ceramic coated the process takes a few days to complete and no official ceramic coating shop will apply the top coat with these imperfections. They also tried to force a 2 year car maintenance package to the deal. When I asked for a receipt and contact info for the vender of the ceramic coating they refused to provide the details. They were sued in 2018 and lost for similar practices I wish I knew that before starting the process with them. Do your research! I spoke with the sales manager Jason who was extremely unhelpful from start to finish and the GM Stavros who I feel bad tried to help from home dealing with covid. Yet in the end, they tried a bait and switch.

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Purchased a vehicle from this girl on 8/24, later found**

October 25, 2022
By MoreBlessings on DealerRater

Purchased a vehicle from this girl on 8/24, later found out that the contract I signed up for was not even real. They applied for a new loan on 9/10 without my knowledge and without me being there. The loan payment I signed for on 8/24 was completely different than what is on the new loan they created and noone contacted me about this nor did they even send me any new information on the contract. Ayah Morci called me on 9/10 saying she needed my information to update my loan, when she texted me asking for pay stubs, I called and asked why she said never mind! After that on 9/10 and 9/11 someone tried to open a credit card with my information! When I called the dealership about this,

**FRANCOIS 3961**



the supervisor for customer service said there was nothing she can do, I asked if they could send me the loan so I can see and they said there are boxes covering the cabinet the files are in and they need a porter to come in to move it which is BS.

💬 **Dealer response**

Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.



Show full review ⌄

---

1.0 ★☆☆☆☆

**They scammed my mother out of several hundred dollars.**

October 17, 2022
By gene on DealerRater

They scammed my mother out of several hundred dollars. They charged her for a service that should have been covered by warranty, and when that didn't work they used the warranty and refused to refund her money. Absolute SCAM.

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

💬 **Dealer response**

Gene,
Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**FRANCOIS 3962**



**SCAM SCAM SCAM SCAM SCAM SCAM**

October 17, 2022
By gENE from BRONX, NY

SCAM. They scammed my mother out of several hundred dollars by performing unnecessary service on her car. And then when that didn't fix the issue, they finally send it for warranty and refused to refund the service that didn't fix the issue.

○ **Dealer response**

Gene,
Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**I dislike this place for very good reasons scam**

October 11, 2022
By Shaun Darling from Hartford CT

I went to purchase a car from this place, total scam, do not go there, customer service was terrible, they did not have any of the cars for anyone there including myself and 2 other families meaning the cars do not exist go figure. This place is a joke see for yourself if don't believe. You know what, they do it to everyone so who am I dang; what a waist of time that I value....●

○ **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**FRANCOIS 3963**

**NOT GOOD DEALERSHIP**

October 11, 2022
By Andrew from Bronx New York

BE AWARE!!! i bought a dodge durango 2017 like 3 weeks ago and the vehicle came with a lot of issues starting with the headlights also the car was missing interior lights and after you pass 65 miles an hour it started to shaking a lot also they add too many fee on the contract a car that was 26k went to 35k that is CRAZY also the service department is full of lazy guys that take your car for 7 hours in a 2 hour job also the dealership take your old car and don't pay the debt to the other loan on time i am getting calls from the bank because of that i will never buy a car again over there and I don't recommend this dealership



💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**BE AWARE!**

October 11, 2022
By elbobo18 on DealerRater

BE AWARE!!! i bought a dodge durango 2017 like 3 weeks ago and the vehicle came with a lot of issues starting with the headlights also the car was missing interior lights and after you pass 65 miles an hour it started to shaking a lot also they add too many fee on the contract a car that was 26k went to 35k that is CRAZY also the service department is full of lazy guys that take your car for 7 hours in a 2 hour job also the dealership take your old car and don't pay the debt to the other loan on time i am getting calls from the bank because of that i will never buy a car again over there and I don't recommend this dealership

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you

**FRANCOIS 3964**

and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Cadillac Escalade 2019 Horrible experience try to stay**

October 6, 2022
By abuqusai_abdallah on DealerRater

Cadillac Escalade 2019 Horrible experience try to stay away the know how stell your your money by doing the paperwork

---

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**The advertised price for the vehicle was not the actual**

September 26, 2022
By peterpan1056 on DealerRater

The advertised price for the vehicle was not the actual price. I walked in with a pre-approved loan, but (unbeknownst to me) they put through a second , larger loan at a higher interest rate. After they padded the bill with unnecessary and unwanted add-ons and services, the price skyrocketed! I felt deceived and bullied by the people who work there.

---

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you



**FRANCOIS 3965**

and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Liars car is not available**

September 23, 2022
By I from NY

Liars this car is not available they made me drive over an hour and the car supposedly had frame damage even though the car fax clearly states a clean carfax

💬 **Dealer response**

Thank you for bringing this to our attention. We want all our customers to leave feeling like they have received the utmost in customer service. Please contact Bibi Singh at 718-515-4600 ext 9013 so we can investigate this for you.

Show full review ⌄



---

1.0 ★☆☆☆☆

**Worst place Ever**

September 22, 2022
By Disgruntled Customers from Mount Vernon,Ny

This is the worst place to buy a car used or new I only have my car for 40 days and it's broken down nobody will help charge me double the price nobody knows anything they don't answer the phone it is horrible and make sure you check your car door for the barcode because it's not on mine so I believe my car is salvage as my insurance dealer told me. And to add insult to injury I believe the lease and the warranty are bogus because the service people that they go to say it doesn't match anything so they didn't fix my car yet held it there for 8hr and didn't even notify me. I'm so through with these people Trust me when I say DONT BUY NOTHING FROM THEM NOTHING

💬 **Dealer response**

**FRANCOIS 3966**

Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**They tell you anything to sell you a call they lied to**

August 30, 2022
By Josephquinones997 on DealerRater

They tell you anything to sell you a call they lied to insurance company too me sold me a two wheel sue they rob me



💬 **Dealer response**

Thank you so much for sharing your experience with us. We are pleased that you had a great sales experience. Please keep us in mind for all your Sales & Service needs in the future. We hope to see you again soon. Enjoy the ride!

💬 **Consumer response**

This was not my review this was my 3 rd buying in my life and it was the worst experience I got lied too they told insurance company I was married to my mother I had left the car with an unregistered car had to open a new insurance policy which made my numbers higher I went for a four wheel drive they sold me a two wheel drive suv Iam trying to get them to correct this problem

Show full review ⌄

---

1.0 ★☆☆☆☆

**Dealership may not have the vehicle.**

August 28, 2022
By Disgusted on DealerRater

Dealership may not have the vehicle. I asked for photos. They sent newer and more expensive car photos that were available. Just unacceptable not being transparent.

💬 **Dealer response**

**FRANCOIS 3967**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We're sorry your experience didn't match your expectations. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Deceitful**

August 28, 2022
By KR from Stamford CT

After 2 phone calls to confirm status of a car and an hour drive we were told the car was not there and was a salvage. Completely deceptive dealership

---

💬 **Dealer response**

Thank you for taking the time to let us know about your recent experience. We are disappointed to hear that you are not satisfied with your visit. Please reach out to Bibi Singh at 718-515-4600 ext 9013 so we may assist you in moving forward towards a resolution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**This is very unprofessional dealership, they got m**

August 26, 2022
By Will from New York

This is very unprofessional dealership, they got me in after letting me know that the car was available and called three times and said that the car was available. When I got there they said the car was sold but other cars are available. They pretty much used car I was interested in as a bait to show other cars. Very disappointed and I'm sure there are other people have the same issues happening with them.

---

💬 **Dealer response**

Will,
We appreciate you bringing this experience to our attention. If you are willing, please

**FRANCOIS 3968**

contact Bibi Singh at 718-515-4600 ext 9013 so we can work towards a resolution. We look forward to hearing from you.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Asked for pictures of the car several times NOTHING!**

August 22, 2022
By Davepiotrowski on DealerRater

Asked for pictures of the car several times NOTHING! So my thought is not to waste anymore of my time!!!

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

💬 **Consumer response**

No thanks, I moved on. Went to a Ct dealership and had my car in the driveway in less than 24 hours!!!

Show full review ⌄



---

1.0 ★☆☆☆☆

**Scammers stay away from them**

August 18, 2022
By Mike from Mount Vernon NY

People should stay away from these people they are thefts they out there selling cars fool of damage and they don't wanna fix them they have my car for 2 weeks going for 3 still can't get my car fix they keep telling me tomorrow

💬 **Dealer response**

**FRANCOIS 3969**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄



1.0 ★☆☆☆☆

### • Salesperson Khan is the only good thing about the

August 6, 2022
By Lasky on DealerRater

• Salesperson Khan is the only good thing about the dealership. Very courteous and super helpful. Look for him if you have to buy a car from this "dealership". However, you need to keep an eye open while signing sale contract in this dealership otherwise, you are walking out of there with a huge debt. They would add all sorts of things you don't need to your contract and claim it can't be removed. First off, a $43,895 car turned out to be $45,895 after "dealer fees" As a result, the sales taxes were almost $5000 and then, it went down the hill from there: • "Mandatory" tire and wheels: $3498 • "Mandatory" Prepaid maintenance: $1295 • "Mandatory" Premier defense: $2198 (I still received a car full of scratches) • "Mandatory" Car wash: $599. (Found out you only get one wash a month for 6 months. An average of $100 per wash smh) As you can see, almost $8000 of nonsense added to the balance and you just feel robbed! The car is making all sorts of noise and the headlight is always full of water. when you call their service department, it goes straight to voicemail, and nobody calls you back. With so much service fees added to car sale, you would think their service department would be calling you to check on your car. Bottom line is: be aware of these so-called "dealerships". Nobody else in NYC tries to sneak so many fees into you contract. Consumer protection should be investigating these malicious practices. Seek your lawyer advice when doing business with this crazy place

---

💬 **Dealer response**

Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.

Show full review ⌄

**FRANCOIS 3970**



1.0 ★☆☆☆☆

## High Level SCAM!!!

August 3, 2022
By Lasky from New York, NY

Always keep your lawyer ready when dealing with this dealership. Salesperson Khan is the only good thing about the dealership. very courteous and super helpful. However, you need to keep an eye open while signing sale contract in this dealership otherwise, you are walking out of there with a huge debt. They would add all sorts of things you don't need to your contract and claim it can't be removed. First off, a $43,895 car turned out to be $45,895 after "dealer fees" As a result, the sales taxes were almost $5000 and then, it went down the hill from there: "Mandatory" tire and wheels: $3498 "Mandatory" Prepaid maintenance: $1295 "Mandatory" Premier defense: $2198 (I still received a car full of scratches) "Mandatory" Car wash: $599. As you can see, almost $8000 of nonsense added to the balance and you just feel robbed! The car is making all sorts of noise and the headlight is always full of water. when you call their service department, it goes straight to voicemail, and nobody calls you back. With so much service fees added to car sale, you would think their service department would be calling you to check on your car. Bottom line is: be aware of these so-called "dealerships". Nobody else in NYC tries to sneak so many fees into you contract. Consumer protection should be investigating these malicious practices.

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

## Their big liars so don't expect to leave with what

August 3, 2022
By Massiregakou5 on DealerRater

Their big liars so don't expect to leave with what expected they be lying 

**FRANCOIS 3971**

💬 **Consumer response**

You guys should remove sold vehicles from social sites !

Show full review ⌄

---

1.0 ★☆☆☆☆

**So here is my honest review, they are terrible with**

July 29, 2022
By Tony on DealerRater

So here is my honest review, they are terrible with keeping customer satisfaction. I've been calling Mitsubishi for 2 weeks and still haven't got any assistance what's so ever. It's like they don't want to help and want you to come in person if you have any complaints.

---

💬 **Dealer response**

Tony,
Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**No sirven !**

July 27, 2022
By CGonzalez on DealerRater

No sirven ! Ames te ligar son unos ladrones y unas personas bien deshonestas las que trabajan allí . Se aprovechan de la necesidad de los pobres qie quieren tener un mejor vehículo y ponen su confianza en ellos . Jesús es un empleado de xxxxxx , que hizo fraude con migo y mi esposa al adquirir nuestra información personal . Los gerentes de el dealer nunca escucharon nuestras obsesiones y inquietudes. Mas sin embargo nos continuaron con un préstamo que no era el percio que nos habían ofrecido al principio pero como la compra y los papeles ya estaban hechos ellos ya no les importo !! Fueron muchas veces que regresamos de buena voluntad para tratar de arreglar estos asusntos

**FRANCOIS 3972**

y ellos solo se burlaban de nosotros una y otra vez , incluso nos tuvimos que quedar con el vehículo y con todos los problemas y aún así el empleado Jesús o uno de los qie nos atendió ese día tuvo el atrevimiento y la osadía de tomar el email address de mi esposa para poner un comentario en esta página que los beneficiará a ellos ( como si fuera verdad .. En vez de estrellas deberíamos de enviarles pedazos de xxxxxx para que se los pongan en la cara y la gente pueda ver la clase de gente que son . Por que como yo comentaba con mi esposa es una pena que lugares así qie crecieron y se hicieron grandes gracias a nosotros los latinos y personas q se esfuerzan día a día para obtener los suyo y ahora por dinero y ganancias hasta son capaces de hacer fraudes o cualquier trampa solo por vender un vehículo y robarse una comisión l. Pobre de los verdaderos dueños que ponen su confianza en personas como estas !!



💬 **Dealer response**

Gracias por comunicarse con nosotros con respecto a su reciente visita. Sus inquietudes son de suma importancia para nosotros. Nos disculpamos por cualquier inconveniente que su visita pueda haberle causado y queremos que sepa que hemos enviado su revisión a la parte correspondiente para manejar sus inquietudes. Puede esperar escuchar una respuesta de nuestro equipo en breve. Mientras tanto, le agradecemos su paciencia y esperamos hablar con usted pronto.

Show full review ⌄

---

1.0 ★☆☆☆☆

**The most disorganized place and customers are the**

July 22, 2022
By mk on DealerRater

The most disorganized place and customers are the opposite of priority. Drove 2 hours just to see a car that we had called for just before we left and were told it was sold in the morning. Not only were we lied to once but another salesperson decided to tell us their were more of the same car, as well as a manager. She felt for us and tried to help but then completely forgot about us. Sales manager came up and asked us if we needed help and he said we have no more of that car but as we're leaving and look outside you see that same model in 3 diff colors. The man that runs the workshop outside Basilly, although he was unable to help us, he was a very understanding man. Highly do not recommend coming here as half the the salespeople don't know what's going on/their stories don't line up. Overall, this dealership is very inefficient when it comes to dealing with multiple customers at once and very disorganized.

**FRANCOIS 3973**



○ **Dealer response**

Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact Bibi Singh at 718-515-4600 ext 9013. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**A complete bait and switch.**

July 21, 2022
By np on DealerRater

A complete bait and switch. Saw an Audi A-4 on their website for a good price (internet promotion). Went back and forth with the sales rep over the phone and via text and she was very responsive. Confirmed with her at 10.30 am that the car was available prior to a scheduled 12.45pm appointment. She confirmed that she was on site. Since the website only had one photo of the vehicle asked her to have a sales rep go and view the car to ensure the inside was in good condition; and she confirmed back that they checked and it was. Drove 40 minutes for my appointment and asked to see the vehicle. The sales person indicated that it wasn't available. The manager indicated that it had been sold the previous evening and regrettably their website took time to update, and offered to show other vehicles. Here is my theory. The price and car posted on the internet were probably never available, and was a hook to draw people in. The sales rep was either misinformed or dishonest, and the dealer couldn't deliver on a car they confirmed in writing was available. Possibly the intent was that when a customer anxious to buy a car comes in they would upsell them something else. I would be extremely cautious about doing business with these people. I see a bunch of 5 star ratings on google reviews and they sound suspicious to me, based on my experience.

---

○ **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

**FRANCOIS 3974**

1.0 ★☆☆☆☆

**Horrible place, no one returns calls and they are all**

July 18, 2022
By Campbelllashea715 on DealerRater

Horrible place, no one returns calls and they are all scammers. My car has been sitting there stored for 4 months because they claim part is on back order. I found a dealer that has the part but they want me to pay $6000 in storage fees which is not my fault parts are on back order I will be contacting the better business bureau



💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**A penas dos meses de haber adquirido un RDX Acura 2014 y**

July 12, 2022
By anibal3030 on DealerRater

A penas dos meses de haber adquirido un RDX Acura 2014 y ya tuve que cambiar los frenos de las 4 llantas y las luces también pero tengo una de las luces que no me da nada de luz y cuándo me lo entregaron le tiraron agua por encima disque lavado y adentro lleno de pelos de perro!!!!

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄



## 1.0 ★☆☆☆☆

**Hi, my fiancé and I traded our vehicle for a 2017 Audi.**

June 6, 2022
By Kpujols on DealerRater

Hi, my fiancé and I traded our vehicle for a 2017 Audi. Not even a week of driving, the engine light comes on. We take it to your business's service center and haven't gotten our car since. It's been almost a month. The service center says it could take months just for a back ordered part. How is this fair? We asked all the right questions. How is it just to have no car now and pay for a car note we have barely driven. No loaner car offered. We've been spending hundreds renting a car just to go to work. This has caused us an even more financial burden. We have gotten the run around many times with zero action. This is the worst experience I ever had. For a sales person to grab our phone to write their own review and not show any empathy afterwards of us being screwed over since of course they sold the car and got their little commission. This is unacceptable, we are hard working Bronx citizens and are being given the run around. I wish I could go back and never step foot into this place. I have tears in my eyes as I write this out of the stress and frustration this business has caused us. Never in my life and no one even cares to reach out to make things right. It's really disheartening to say the least. The many phone calls and nothing has happened to make it better for us.

---

💬 **Dealer response**

Hi, thank you for bringing this matter to our attention, Customer satisfaction is our # 1 goal. Please give me a call at 718-515-4600 ext. 9013 with the vin # of the vehicle you purchase so I can assist you. I'm sorry for the inconvince. Looking forward speaking with you. Thank you Andrea

Show full review ⌄

---

## 1.0 ★☆☆☆☆

**a joke**

June 6, 2022
By angel from bx ny

horrible experience i called to verify if the car was there and for sale. i got there they ask for pay stubs and license, yet after doing all that car not even there. after telling him why tell people the car is there and it isnt his response "oh we have many cars and customers, and many lots" okay and? this place is disorganized and not professional

**FRANCOIS 3976**

💬 **Dealer response**

Angel,
Thank you for bringing this to our attention. We want all our customers to leave feeling like they have received the utmost in customer service. Please contact Bibi Singh at 718-515-4600 ext 9013 so we can investigate this for you.

Show full review ⌄

---

1.0 

**Worst experience I ever had.**

June 4, 2022
By ltransporter2011 on DealerRater

Worst experience I ever had. Don't go there. Rude manager, should never deal with customers!!

---

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄



| Prev | Next |

1    2    3    4    5    6    ...

40 results per page

---

**Buying & Selling**                                                    ⌄

FRANCOIS 3977

## For Dealers

## Explore Our Brand

## Our Company

**Our Mobile App**

Download the App Today



 

**Connect With Us**

    

Terms of Service

Privacy Statement

Do Not Sell My Personal Information

Accessibility Statement

Ad Choices

© 2022 Cars.com. All rights reserved.

**FRANCOIS 3978**

FRANCOIS 3979



☰ Menu

← Victory Mitsubishi

# Victory Mitsubishi

4.1 ★★★★☆ (786 reviews)



📍 4070 Boston rd Bronx, NY 10475 ↗

Visit Victory Mitsubishi ↗

Sales hours:    9:00am to 9:00pm

Service hours:  8:00am to 5:00pm

View all hours ⌄

New (877) 668-1971

Used (877) 668-3187

Service (877) 743-7117

## Reviews

4.1 ★★★★☆ (786 reviews)

A dealership's rating is based on all of their reviews, with more weight given to recent reviews. Includes reviews of Victory Mitsubishi ↗ from DealerRater.

**Want to share your experience with this dealership?**

**Write a review**

Sort by
Lowest rated ⌄

1.0 ★☆☆☆☆

**FRANCOIS 3980**

## PLEASE BE CAREFUL!

June 2, 2022
By Pree Maldonado from Brewster, NY

BEWARE!! Bought a BMW328i and the engine started making flapping/clicking noise while driving home from the dealership!! Brought it right back for them to fix it.. It's been two weeks since I bought the car "on paper" but still haven't gotten it. The manager was rude and dismissive. Told me it's a "used car" and there is no return policy and he can't help me! Said he won't give me my money back until/unless a Judge orders him to! I'm stuck with over $22000 car loan and no physical car. Going to court for this mess.



💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

## BEWARE!

June 2, 2022
By pratimabhullar on DealerRater

BEWARE!! Bought a BMW328i and the engine started making flapping/clicking noise while driving home from the dealership!! Brought it right back for them to fix it.. It's been two weeks since I bought the car "on paper" but still haven't gotten it. The manager was rude and dismissive. Told me it's a "used car" and there is no return policy and he can't help me! Said he won't give me my money back until/unless a Judge orders him to! I'm stuck with over $22000 car loan and no physical car. Going to court for this mess.

Show full review ⌄

---

1.0 ★☆☆☆☆

## Sale new cars but they dont have the replacesmant part, i

May 25, 2022
By Andres martinez on DealerRater

**FRANCOIS 3981**

Sale new cars but they dont have the replacesmant part, i am waiting for my catailic converter 4 months. I have 4 months we my car in the dealer. This dealer is terible.

🗩 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄



1.0 ★☆☆☆☆

**So after a month of owning my car my transit plate has**

May 24, 2022
By Morgan Litwin on DealerRater

So after a month of owning my car my transit plate has expired and after numerous calls I can't get a response so unprofessional I'd recommend a different dealership the front tires were bald and one even blew on me after 4 weeks of owning the car that's in acceptable such a joke not to mention my first finance guy was the biggest d**k on the planet so sad

🗩 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

1.0 ★☆☆☆☆

**Scam Alert !!!!**

May 8, 2022
By Khan from Albany,NY

**FRANCOIS 3982**



They posted cars for lower price and when u go there they have a store ready for you. I went from Albany knowing that the car is available and when I got there the guy was like thar car has issues and we sold it. First why would u tell me in the morning that it's available? Second why was it sold if it has issues and lastly the car is still posted for sale on website. The guy told me to get something else as they have plenty at dealership but of course higher prices. They also have mentioned the carFax report on the website but that is not correct. The car the posted with no accident had accident on Orignal carfax so make sure if u still ended up buying from them get the Orignal carfax to know the Orignal miles and any accidents the car might have.

○ **Dealer response**

Khan,
Thank you for taking the time to bring this negative experience to our attention. It is discouraging to hear that you had anything less than a stellar experience here at Victory Mitsubishi. We would love the chance to talk to you about this situation and make it right. At your earliest convenience, please reach out to Bibi Singh at 718-515-4600 ext 2084.

Show full review ⌄

---

1.0 ★☆☆☆☆

**False advertising if they can do that don't trust**

May 4, 2022
By Sami from Queens

Stay away falls advertising. They state the car is available and then when you get to the location they say it's sold and try to sell you something else. The car they said is sold - still has an add and if you call they tell you is available but when you go there they say is sold.

○ **Dealer response**

Sami,
Thank you for taking the time to bring this negative experience to our attention. It is discouraging to hear that you had anything less than a stellar experience here at Victory Mitsubishi. We would love the chance to talk to you about this situation and make it right. At your earliest convenience, please reach out to Bibi Singh at 718-515-4600 ext 2084.

Show full review ⌄

---

▲ ▲ ▲ ▲ ▲
**FRANCOIS 3983**

1.0 ★☆☆☆☆

**muy mal service**

April 22, 2022
By leticia from brooklyn

tengo 2 semanas de aver comprado mi primer auto y de verdad tengo una pesima
experiencia estas son las 2 primeras semanas y he tenido muchos problemas 1; ellos
mismos hicieron un error grande con el seguro dieron informacion incorrecta que yo
nunca di ejemplo el numero de mi licencia no era la misma que estaba en el seguro
cuando llamo me ponen en espera oh me cuelgan el tel; alguien puede explicarme



○ **Dealer response**

Leticia,
Gracias por traer esto a nuestra atención. Queremos que todos nuestros clientes se
vayan sintiendo que han recibido lo mejor en servicio al cliente. Comuníquese con
nuestra Bibi Singh al 718-515-4600 ext 2084 para que podamos investigar esto por
usted.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Victory Mitsubishi Overcharged me:**

April 9, 2022
By S M Qutubur Rahman from Bronx, NY

They overcharged me I supposed to get MSRP: $ 33,025.00 ( As per the sales person
quote). But the price I got $ 34,995.00. That is $ 1,970.00 more I paid. They told me there
is a hidden charge but couldn?t explain it.

---

○ **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost
importance to us. We apologize for any inconvenience your visit may have caused you
and want you to know we have forwarded your review to the appropriate party to handle
your concerns. You can expect to hear a response from our team shortly. In the
meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

**FRANCOIS 3984**

1.0 ★☆☆☆☆

**Not a way to conduct business! I'd stay away!**

March 24, 2022
By Sebastian from Philadephia

I called up first like i always do and ask if they charge any extra fees. Jasmin assured me there is only a $175 document fee. I said are you sure she replied yes. Other dealers did tell me there exact fees on teh phone!!! Long story sort finace guy added a slick $3200 in dealer fees. Wasted a whole day no apologies nothing. Although the car had damage that was significant no mentioning of that on the phone either!

○ **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄



1.0 ★☆☆☆☆

**Worst experience.**

February 28, 2022
By daetone on DealerRater

Worst experience. They told me that I qualified for a loan but not for the 8k car that I wanted. He told me I needed a better score because the car was older and the bank considered it to be more risky. He then proceeded to try and sell me a more expensive car that I specifically didnt want. He actually told me he can get me a loan I can not afford . I left. Ive been receiving email offers for another model I requested, for cars that cost 30K when they know what my budget is. I just dont understand why I couldnt get the car I wanted.

○ **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle

**FRANCOIS 3985**

your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**I got my first car from this dealership after a while my**

February 25, 2022
By Jay on DealerRater

I got my first car from this dealership after a while my transmission went bad so i came back to change it I recently got my 2nd car from this dealer and it's been by far the worst experience I've had, Guzman who was in charge of our paperwork had me and my cosigner fill out half empty paperwork and he filled the information in to his liking, he even had us check a spot that stated "we want to deny the chance to return the car if something is wrong", after the paperwork went through we ask him for copies of those papers he filled out after we signed they claimed it was faxed over to the "bank" mind you when you fax paperwork you still have the physical copy they couldn't provide those papers to us, and on top of that they added another 9 grand to our loan from what the car originally costed saying it was tax fee's which is outrageous, they made my Co-signer the owner of the car and I'm the cosigner when Im the one with the license my cosigner had a permit, my credit score was better than my cosigner as well so I personally feel like they gotten me a worst rate than what I could've of really gotten just alot of sneaky and fraud going on no communication WOULDNT RECOMMEND DEALERSHIP TO NO ONE

---

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**They sold me a lemon .**

February 17, 2022
By Raiysa on DealerRater

**FRANCOIS 3986**



Victory Mitsubishi Reviews | Cars.com

They sold me a lemon ... don't buy ⬤ don't buy you'll be sorry..

---

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄



---

1.0 ★☆☆☆☆

**AVOID THISFRAUDULENT DEALERSHIP AT ALL COST!!!!!**

February 14, 2022
By S.G from Mount Vernon, New York

ine or turn the heater on, I think there might be transmission issues. And The car tends to wobble as I drive. And I've also noticed that the vehicle was sold to me with dents on the doors and roof, small pieces of chipped paint, and a little bit of rust on the roof. I have not received nor seen a copy of the vehicle history from the dealership, so I DO NOT know if the car has been in an accident and possibly sustained more than cosmetic damage. I don't appreciate being sold a potential lemon and paying a premium price for a used faulty vehicle. My original car of choice is was a 2008 Honda Civic LX that was and still is available as listed on cars.com and their company website. When I arrived at the dealership on 12/31/21, they conveniently could not get me approved for the vehicle, nor get the car of their parking lot. I never even got to see the car. There were then somehow able to get me approved for a vehicle that is 3 times the amount of the car I was originally interested in. They took complete advantage of me a new driver with no experience at a dealership, just to get me in the door and sign a contract. I contacted the company website from January 9th 2022 onwards, called, texted, and emailed the Victory Mitsubishi dealership as well my sale rep. I have only received a few emails with no immediate follow ups nor response to my inquiries. I called the dealership Tuesday, January 11,2022, but I have been put on hold with no response. I then returned to the dealership on 01/19/22 and spoke to a manager named Mark about my concerns. He informed me that I would have to wait until my title comes in to return the car. On 02/14/22 I returned with the title, spoke with a different manager who pulled a bait & switch telling me I can't return the car, and completely contradicting what the previous manager I spoke to said to me. This dealership has also did an false registration with an insurance company in my name in order to get me quoted for a lower monthly premium. I plan on taking all legal actions I can against this fraudulent dealership.

FRANCOIS 3987

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄



1.0 ★☆☆☆☆

**ine or turn the heater on, I think there might be**

February 14, 2022
By S.G on DealerRater

ine or turn the heater on, I think there might be transmission issues. And The car tends to wobble as I drive. And I've also noticed that the vehicle was sold to me with dents on the doors and roof, small pieces of chipped paint, and a little bit of rust on the roof. I have not received nor seen a copy of the vehicle history from the dealership, so I DO NOT know if the car has been in an accident and possibly sustained more than cosmetic damage. I don't appreciate being sold a potential lemon and paying a premium price for a used faulty vehicle. My original car of choice is was a 2008 Honda Civic LX that was and still is available as listed on cars.com and their company website. When I arrived at the dealership on 12/31/21, they conveniently could not get me approved for the vehicle, nor get the car of their parking lot. I never even got to see the car. There were then somehow able to get me approved for a vehicle that is 3 times the amount of the car I was originally interested in. They took complete advantage of me a new driver with no experience at a dealership, just to get me in the door and sign a contract. I contacted the company website from January 9th 2022 onwards, called, texted, and emailed the Victory Mitsubishi dealership as well my sale rep. I have only received a few emails with no immediate follow ups nor response to my inquiries. I called the dealership Tuesday, January 11,2022, but I have been put on hold with no response. I then returned to the dealership on 01/19/22 and spoke to a manager named Mark about my concerns. He informed me that I would have to wait until my title comes in to return the car. On 02/14/22 I returned with the title, spoke with a different manager who pulled a bait & switch telling me I can't return the car, and completely contradicting what the previous manager I spoke to said to me. This dealership has also did an false registration with an insurance company in my name in order to get me quoted for a lower monthly premium. I plan on taking all legal actions I can against this fraudulent dealership.

**FRANCOIS 3988**

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄



1.0 ★☆☆☆☆

**Received a confirmation text in the morning to ensure...**

January 31, 2022
By Oscar5 on DealerRater

Received a confirmation text in the morning to ensure that I was going to show up at the designated time to look at a used car for sale. Drove 1.5 hours to get there and once I check in I was told that the car I was there to see was sold the night prior and was no longer on site. There were no other similar cars on site to look at. Complete waste of time and horrible service model

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

1.0 ★☆☆☆☆

**HORRIBLE!! UNPROFESSIONAL!! Costumer service after...**

January 27, 2022
By Ladydplanning1 on DealerRater

HORRIBLE!! UNPROFESSIONAL!! Costumer service after purchase nonexistent! Would not recommend, I bought a BMW X5

FRANCOIS 3989



💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**STAY AWAY, CLASSIC BAIT AND SWITCH!**

January 27, 2022
By William from Brooklyn, NY

STAY AWAY! BAIT AND SWITCH! Called and confirmed availability of a 2012 Audi A7. Took ~$80, 1 hour long Uber to the dealership and was told by Khan the car had been "sold" earlier that day (a pattern according to earlier reviews on this site). ~$80 Uber home. ~$160 and 3 hrs spent for nothing. Should have read the reviews here first. STAY AWAY!

💬 **Dealer response**

Dear William, thank you for bringing this to our attention. At Victory Mitsubishi we pride ourselves in straightforward, no nonsense, and transparent dealings with our clients. Please reach out to Bibi Singh at bsingh@victorymitsubishi.com so we can look further into the matter.

Show full review ⌄

---

1.0 ★☆☆☆☆

**The worst dealer ever they lying for everything they make...**

January 26, 2022
By iangolemi on DealerRater

The worst dealer ever they lying for everything they make me go from MA 4 hours drive and one day before they where excpecting me and i also call in the morning the car was there but when i get there around noon time they tell me th car was sold and all the people that work there they where very mean all bad attitude never go there The worst dealer ever

**FRANCOIS 3990**



○ **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

1.0 ★☆☆☆☆

**Stay away**

January 15, 2022
By Could have been a new customer from Hillside, NJ

Visiting this place was the worst decision I have made. I drove from Hillside, NJ which took me about 1 hr : 50 mins to be pranked/lyed to by the establishment and resultedto me leaving to prevent any further problems after 10 mins. They never even had the car after they scheduled me to drive there and even confirmed a the hour prior. This experienced wasted my time, money (toll & gas) and energy. This business is very unprofessional and non dependable. I quite pleased that I did even get a chance to see and purchase the vehicle because who knows what other problems I would have experienced. Please work on hiring dependable staff and strengthing better customer service in the work place. I will definitely be leaving my response on different platforms so that others don't have the same experience.

○ **Dealer response**

Thank you for bringing this to our attention. At Victory Mitsubishi we pride ourselves in straightforward, no-nonsense, and transparent dealings with our clients. Please reach out to Bibi Singh at bsingh@victorymitsubishi.com so we can look further into the matter.

Show full review ⌄

1.0 ★☆☆☆☆

**Worst place ever Bad service Mitsubishi need to think...**

January 14, 2022
By Corchito on DealerRater

**FRANCOIS 3991**

Worst place ever Bad service Mitsubishi need to think twice about find good representative on the area . Just don't go there

💬 **Dealer response**

Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact me, Bibi Singh at bsingh@victorymitsubishi.com. We look forward to working together with you to come up with a solution.

Show full review ⌄



---

1.0 ★☆☆☆☆

**This is the worst place ever... they do not care about...**

January 6, 2022
By Mariahlf0309 on DealerRater

This is the worst place ever... they do not care about their customers after the sale is made... they will promise you anything just to convince you and not do any of it once you sign everything. Please make sure you have prove of what they say they'll do to the vehicle because if you don't they won't do it... this is the worst customer service I've ever experienced in my life...

💬 **Dealer response**

Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact me, Bibi Singh at bsingh@victorymitsubishi.com. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**I set an appointment to look at car the night before...**

December 29, 2021
By Jboyd7878 on DealerRater

**FRANCOIS 3992**

I set an appointment to look at car the night before around 10pm. I scheduled an appointment for when they opened at 10am and was told the car was sold but I could buy it for $1,500 more than listed on there website. This was after they discovered I would be paying cash and not financing through them. I understand that you would make more money if I did finance it but that's terrible business... the salesman, sales manager and owner are all snakes.... STAY AS FAR AWAY AS POSSIBLE FROM THESE GUYS



💬 **Dealer response**

Thank you for bringing this to our attention. At Victory Mitsubishi we pride ourselves in straightforward, no nonsense, and transparent dealings with our clients. Please reach out to Bibi Singh at bsingh@victorymitsubishi.com so we can look further into the matter.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Bait and switch**

December 29, 2021
By Jay from New York, NY

I set an appointment to look at car the night before around 10pm. I scheduled an appointment for when they opened at 10am and was told the car was sold but I could buy it for $1,500 more than listed on there website. This was after they discovered I would be paying cash and not financing through them. I understand that you would make more money if I did finance it but that's terrible business... the salesman, sales manager and owner are all snakes.... STAY AS FAR AWAY AS POSSIBLE FROM THESE GUYS

💬 **Dealer response**

Dear Jay, thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact me, Bibi Singh at bsingh@victorymitsubishi.com. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**False Information**

**FRANCOIS 3993**



December 29, 2021
By twizzie1212 from Harlem New York

I spoke with a lady named jasmine on the phone and she made me an appointment for a car they no longer have, wasted 75 dollars in an uber just for them to tell me the car has been sold earlier that day, never go to this dealership or trust the info they give you on the phone.

💬 **Dealer response**

We sincerely apologize for any frustration this process has caused you. We understand how strongly you must feel and would love the opportunity to make it right. If you're open to a discussion, please contact Bibi Singh at bsingh@victorymitsubishi.com. We look forward to hearing from you.

Show full review ⌄

---

1.0 ★☆☆☆☆

**THIS IS HORRIBLE PEOPLE DONT go to this dealership they...**

December 22, 2021
By Jay Duar on DealerRater

THIS IS HORRIBLE PEOPLE DONT go to this dealership they will lying for everything and put you on a 70K contract for a 2013 car. i hope they pay for what they make people go trough.

💬 **Dealer response**

Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact me, Bibi Singh at bsingh@victorymitsubishi.com. We look forward to working together with you to come up with a solution.

Show full review ⌄

---

1.0 ★☆☆☆☆

**i called on 12 15 2021 and they hade a car on line 2006...**

December 16, 2021
By samlazaris on DealerRater

FRANCOIS 3994

i called on 12 15 2021 and they hade a car on line 2006 mercedes benz sl550 i spoke to alexendra she saided the car is here i saided i will be there in the morning to look at it she texted me to confirm my appointment at 10 o clock the next day never had the car want a scam wasted 50 dollars gas and toll from new jersey and the sales man didnt ever know want year the car was they never had that car contacting the better business bureau too dont waste your time with this dealership

💬 **Dealer response**

Thank you for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact me, Bibi Singh at bsingh@victorymitsubishi.com. We look forward to working together with you to come up with a solution.

Show full review ⌄



1.0 ★☆☆☆☆

**Horrible people**

December 15, 2021
By Mr.Deliallisi from New York, NY

This dealership has employees which were very deceitful towards my father. First off, they told my father they had a spare key for the car, which was "never found". They manipulated him on the price of the vehicle and convinced him to sign since he was there for so long and starting to run late for work. My father is only intermediate in speaking English, so you would think they would try to explain the contract as best they could..but instead just focused on the 38k finance making my father think the total price is 38k. We went back four days straight after I found out and were told we couldn't do anything about it, couldn't trade for a different more affordable option, basically we're told to get lost because we signed the contract. Honestly terrible people to the core, liars, deceivers in business. Not how business should be done. Hope they're happy they made off like bandits, because later found the car also had an accident in its history. Good for them.

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

**FRANCOIS 3995**



1.0 ★☆☆☆☆

**Wish I could rate 0. This place is horrible. We were...**

November 27, 2021
By Tina on DealerRater

Wish I could rate 0. This place is horrible. We were lied to and the staff is completely unprofessional. BEWARE

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ˅

---

1.0 ★☆☆☆☆

**0 Stars. Complete scam. Expect 1,300 fees added even if...**

November 22, 2021
By Sdesimonex on DealerRater

0 Stars. Complete scam. Expect 1,300 fees added even if 800 credit. Called 4:00-Me: Is car available and on lot, i'm driving from LI-Manager Mark: yes. Me-drive 1 hour. Sales rep-Car sold 12 that day. Sales rep just finished smoking Pot as he entered showroom, how are you paying, Me-10k down sales rep: do you have 10k with you now. Me: What..If i said yes..def i robbery that night. Avoid at all cost They use the Mitsubishi name as a scam to sell used, beatup, miles turned back cars to the working class. ...shame. Only one Mitsub. on floor. Will notify Mitsubishi asap, and BBB.

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle

**FRANCOIS 3996**

your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

### This had to be the worst experience of my entire life...

November 22, 2021
By Yesenia on DealerRater



This had to be the worst experience of my entire life they way they manipulate you Into getting a car by lying about it. First off let me inform you that they lie about pricing to get you in the dealer even over the phone. I was in the dealer from 1:30 pm to 830pm with my parents that are of age ! I was told a price for a car and when I was about to sign the finance papers it had over $10,000 in extra charges. Then after being manipulated by multiple managers a white male of age who claimed to be the manager was being Super rude where he sat and discussed numbers and tried to convince that I didn't understand the numbers when everything was on the paper, (that the price was correct reiterating that I was saving money by making it sound different). I spoke to 2 other employees one Puerto Rican male that claimed to be a manager and the finance rep Andris Guzman they all tried to covience me that I was crazy when everything was on paper. They lied about the price I made an agreement with. I decided to cancel the transaction they denied canceling the transaction. They informed me that if I left without the car I would still have to pay for the loan and that it would be in my record that I was in too deep to cancel without me even signing the contract. Please be informed that you can CANCEL A TRANSACTION EVEN IF THEY SAY YOU CANT THEY WILL FORCE YOU TO BELIEVE THAT YOU ARE IN TOO DEEP!!!!! IF YOU DO NOT SIGN THE CONTRACT YOU HAVE ALL RIGHT TO CANCEL AND THEY COULD VOID THE TRANSACTION!!!!I had everything ready to go Lisence plate on the and car insurance ready to go until I saw the contract with different pricing. My sales man was Basit Khan. And for the record they tell their customers to write a good reviews for them. So don't believe all those good reviews theirs set ups. Please be aware where you shop there are others dealers right across the street that can help you with better service!!!

Show full review ⌄

---

1.0 ★☆☆☆☆

### Don't go here

November 12, 2021
By Johnson from Bronx ny

They are crooks & they engage in fraudulent activities with insurance and to sale you high priced used cars.. they will scam you unprofessional vultures

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.



Show full review ⌄

---

1.0 ★☆☆☆☆

**After getting a true price from the website and I calling...**

November 1, 2021
By Newnimproved213 on DealerRater

After getting a true price from the website and I calling them confirming the price I get there and try to charge me for thousand dollars extra on top of the total price after taxes they sent me three different salesman's with the same sales pitch nobody there knows what they're talking about they all look like unprofessional bills any out-of-state buyers beware no matter what website this dealer has cars pulsating they will not commit to the original price they will try to charge you thousands of dollars extra in fees I promise please read the fine print before you waste another day like I did with this ridiculous dealership that won't last for another year guaranteed

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

---

1.0 ★☆☆☆☆

**FRANCOIS 3998**

Victory Mitsubishi Reviews - Bronx, NY | Cars.com



### These people live in the nineties, and don't understand...

October 21, 2021
By AG on DealerRater

These people live in the nineties, and don't understand the age of internet and responsibility has come upon them. I inquired about BMW X3 they advertised with low miles, and clean carfax, and good price. I called 4 times to confirm the availability, including 40 min prior to coming to the dealership, and they told me the car was available. That was a lie #1. They most likely never had a car, or if they did would sell it for much more money. I was told the X3 has not come in yet. Lie #2. They told me then "they'll let me know when the BMW arrives". Lie #3. They did show me a selection of nice german cars they have, and of course it turns out, most cars they been through accidents, auctions, and the cars people get rid of in two weeks. WASTE OF TIME! CLASSIC BAIT AND SWITCH!

Show full review ⌄

---

1.0 ★☆☆☆☆

### Horrible I had a very bad experience!!!! Brought a car...

October 21, 2021
By nyjays06 on DealerRater

Horrible I had a very bad experience!!!! Brought a car that I couldn't drive for the first months!!!!!! And the employees are big liars

Show full review ⌄

---

1.0 ★☆☆☆☆

### Worst dealership ever. I can for an Audi Q7 the one I...

October 17, 2021
By Jtaffairs on DealerRater

Worst dealership ever. I can for an Audi Q7 the one I called about was fine day before when I arrive sale person Jean (Lazy and worthless sales men Don't Trust him) And he tells me the suv I came in for has been damaged. They put my in another suv Iclose the deal and as Imwalking around to inspect car I noticed damage. They gave me a "we owe" but everytime I try to call to schedule damage to be fix they don't know what I talking about and now just 3 months after purchase the suv has a leaking housing unit cost

**FRANCOIS 3999**

$1500. Never ever buy from this xxxxxxxx dealer and fiancé guys are shady at best all scam artist selling xxxxxxxxx cars

Show full review ⌄

---

1.0 ★☆☆☆☆

**Made an appointment and called to confirm they had the...**

October 8, 2021
By Billpope261 on DealerRater

Made an appointment and called to confirm they had the car I was looking for before I drove 30 miles to the dealership. Yes didn't have the car, and several other customers who were there when I was experienced the same thing. Typical bait and switch Bronx used car dealer, avoid wasting your time.

Show full review ⌄



---

1.0 ★☆☆☆☆

**sneakiness**

September 27, 2021
By courtney from Rockland, ny

I went to look at the Acura that they had listed on there website. when I got there the girl stated that she was going to run my credit. ( I was up front about my credit.) she then takes me to look at the car and its a Nissan rouge which I was not there for. when I asked what happened to the Acura no one could tell me where the Acura was. they then had two other guys come in to try and convince me to get into this Nissan rouge that I did not want. they he tried to sell me a jeep. again asked about the Acura and that was brushed off. Stay FAR away from this dealership.

💬 **Dealer response**

Dear Courtney, we sincerely apologize for any frustration this process has caused you. We understand how strongly you must feel and would love the opportunity to make it right. If you're open to a discussion, please contact Bibi Singh, Business Manager, at bsingh@victorymitsubishi.com. We look forward to hearing from you.

Show full review ⌄

---

**FRANCOIS 4000**

1.0 ★☆☆☆☆

## This dealership is a complete joke. Gave me the runaround...

September 27, 2021
By Ca1741 on DealerRater

This dealership is a complete joke. Gave me the runaround for 3 days and all I got was no car and points down on my credit. Manager Jimany is an absolute liar and completely unprofessional. PLEASE DO.NOT WASTE YOUR TIME WITH THIS DEALERSHIP

Show full review ⌄



1.0 ★☆☆☆☆

## Wasted my time. Booked an appointment after speaking to...

September 26, 2021
By Estravo425 on DealerRater

Wasted my time. Booked an appointment after speaking to them personally and after coming from NJ the car was sold days ago. Then after waiting they told me srry we didn't update our system. Then gave me poor deal prices on other in inventory even after the inconvenience.

**Rating breakdown** (out of 5):

| | |
|---|---|
| **Customer service** | 1.0 |
| **Buying process** | — |
| **Quality of repair** | — |
| **Overall facilities** | — |
| **Overall experience** | 1.0 |

- **Does not** recommend this dealer
- Shopped for a **used** car

**Worked with:** Natasha Torres

2 people out of 2 found this review helpful.

**FRANCOIS 4001**



Hide full review ∧

---

1.0 ★☆☆☆☆

**What a bunch of thieves. Sent my mother there to buy a...**

September 13, 2021
By josephgresia on DealerRater

What a bunch of thieves. Sent my mother there to buy a car that was advertised at 18295. I called and spoke with Jennifer who said the were no other fees than dmv, taxes and doc fee of 75 dollars. My mom went there, liked the car and at signing they tried to collect $3500 in "dealer fees". Stay away from these guys....Bad news.

Show full review ∨

---

| Prev | | Next |
|------|--|------|

1   **2**   3   4   5   6   ...

40 results per page

---

**Buying & Selling**                                               ∨

**For Dealers**                                                    ∨

**Explore Our Brand**                                             ∨

**Our Company**                                                   ∨

**Our Mobile App**

Download the App Today

Download on the       GET IT ON

FRANCOIS 4002



 

## Connect With Us

  

Terms of Service

Privacy Statement

Do Not Sell My Personal Information

Accessibility Statement

Ad Choices

© 2022 Cars.com. All rights reserved.



**FRANCOIS 4003**

FRANCOIS 4004



Menu



← Victory Mitsubishi

# Victory Mitsubishi

4.1 ★★★★☆ (786 reviews)

📍 4070 Boston rd Bronx, NY 10475 ↗

Visit Victory Mitsubishi ↗

Sales hours:     9:00am to 9:00pm

Service hours:   8:00am to 5:00pm

View all hours ⌄

New (877) 668-1971

Used (877) 668-3187

Service (877) 743-7117

## Reviews

4.1 ★★★★☆ (786 reviews)

A dealership's rating is based on all of their reviews, with more weight given to recent reviews. Includes reviews of Victory Mitsubishi ↗ from DealerRater.

**Want to share your experience with this dealership?**

Write a review

Sort by
Lowest rated ⌄

1.0 ★☆☆☆☆

**FRANCOIS 4005**

**If i could i would give it no stars. Third time around...**

September 7, 2021
By sammyraj on DealerRater

If i could i would give it no stars. Third time around confirmed cars before arriving and wasting time and nada - worst customer service ever. They probably are the worst preowned store in the world. All the people i interacted with were rude and had no explanation of why the cars were not available even when on the phone i confirmed multiple times.



💬 **Consumer response**

Poor service and i dont know why they are in this business

Show full review ⌄

---

1.0 ★☆☆☆☆

**Setup an appointment to see a particular Audi A7 they had...**

September 6, 2021
By mark2gli on DealerRater

Setup an appointment to see a particular Audi A7 they had listed. I drove about an hour and a half, all the way from NJ, and came to find out that the car was supposedly water damaged from the recent storm, which happened days before I setup the appointment, but they decided not to let me know. So I showed up and they try to sit me down to get me to look at their other inventory. Waste of my time and money. Never again with this place.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Dont waste your time with this place!**

September 6, 2021
By Mark from Eatontown, NJ

Setup an appointment to see a particular Audi A7 they had listed. I drove about an hour and a half, all the way from NJ, and came to find out that the car was supposedly water damaged from the recent storm, which happened days before I setup the appointment, but they decided not to let me know. So I showed up and they try to sit me down to get

**FRANCOIS 4006**

me to look at their other inventory. Waste of my time and money. Never again with this place.

---

💬 **Dealer response**

Dear Mark, on behalf of Victory Mitsubishi, I wanted you to know that all feedback we receive is taken into serious consideration. Your business is very important to us, and we like to do what we can to make every experience a positive one. If you are open to discussing any issues you may have had in further detail, please contact me via email at your earliest convenience at bsingh@victorymitsubishi.com. Thank you for alerting me and I look forward to speaking with you soon. Regards, Bibi Singh, Business Manager.



Show full review ⌄

---

1.0 ★☆☆☆☆

**Went here to buy a car they told me they had it and when...**

August 29, 2021
By p.lopez06 on DealerRater

Went here to buy a car they told me they had it and when I got here they did not have.&#129324; it they wasn't apologetic.. Had to walk out because because I was xxxx.. I hate liars just to get a customer.. Told me they had it.. asked them twice

Show full review ⌄

---

1.0 ★☆☆☆☆

**They tell you what you want to hear to get you to buy....**

August 16, 2021
By Ediaz on DealerRater

They tell you what you want to hear to get you to buy. Promise a bunch of things and then dont deliver. Big issue with my car registration and they keep transferring me to someone that can help that isn't even in the office. Tried resolving this issue in person and got dismissed saying someone will contact me the next day and no one called. Spoke to someone named sky saying they are the manager but still couldn't resolve my issue. At this point ima getting too much of a run around so i will begin to seek legal advice.

Show full review ⌄

---

**FRANCOIS 4007**

1.0 ★☆☆☆☆

**This is the worst place to by a used car. My daugther...**

August 3, 2021
By F.Rodriguez on DealerRater

This is the worst place to by a used car. My daugther brought me there to see a used Acura listed at $15k, by internet and they made her buy it at $19.8k. They cheat you.

Show full review ⌄



---

1.0 ★☆☆☆☆

**Can't beat the listed price - & that's because they're...**

July 3, 2021
By Mmmarty03 on DealerRater

Can't beat the listed price - & that's because they're fake. Waited 2 hrs for the numbers guy& he came back with a price $4k higher than list price. Business should be shut down.

Show full review ⌄

---

1.0 ★☆☆☆☆

**SCAMMERS Don't waste your time**

May 27, 2021
By Patrick from New York

Got called by Anastasia to come look at a 2016 x6 bmw red I ask her on the phone will the price change if I use my own bank for financing she said no the price will be 39,995$ plus taxes and registration that's it I came all the way from Longisland New York to the the Bronx and sat with a manager that told me the price will be $39,995 plus taxes and registration and I can use my own outside bank for financing so I agreed to do the deal I waited in the waiting room then the manager I originally spoke to disappeared and another manager pop up telling me the price raised from $39995 to $49,000 he said he has to charge me dealership fee this was so unbelievable but when u go to the Bronx got to expect nothing but a bad experience got to spend money with a dealership that's honest and upfront about pricing very disappointed with this dealership

**FRANCOIS 4008**

💬 **Dealer response**

Dear Patrick, on behalf of Victory Mitsubishi, I wanted you to know that all feedback we receive is taken into serious consideration. Your business is very important to us and we like to do what we can to make every experience a positive one. If you are open to discussing any issues you may have had in further detail, please contact me at (718) 515-4600 ext. 2084 at your earliest convenience. Thank you for alerting me and I look forward to speaking with you soon. Regards, Bibi Singh, Business Manager

Show full review ⌄



1.0 ★☆☆☆☆

**THE WORST**

May 9, 2021
By Dina from Piscataway, NJ

AVOID AVOID AVOID!!!!! Neglected to tell me the car I drove two hours to see is cracked! Showed immaculate pictures and clean Carfax. Tried to sell me a way more expensive one. No apologies for wasting my day, nothing. Plus the finance guy thought I was an idiot who couldn't calculate a simple loan. Quoted me more than 2k over the term of the loan. Please find a normal dealership.

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

1.0 ★☆☆☆☆

**AVOID AVOID AVOID!!!!! Neglected to tell me the car I...**

May 9, 2021
By Dina on DealerRater

AVOID AVOID AVOID!!!!! Neglected to tell me the car I drove two hours to see is cracked! Showed immaculate pictures and clean Carfax. Tried to sell me a way more expensive

**FRANCOIS 4009**

one. No apologies for wasting my day, nothing. Plus the finance guy thought I was an idiot who couldn't calculate a simple loan. Quoted me more than 2k over the term of the loan. Please find a normal dealership.

Show full review ⌄



1.0 ★☆☆☆☆

**An ABSOLUTELY TERRIBLE Customer Experience.**

May 6, 2021
By Durrell LeGrair from Akron, OH

I've contacted them probably close to a dozen times on a particular vehicle. the listing has no pictures. Each time, I've asked for pictures before coming to see the vehicle. I live states away, and it would be foolish to drive hours to the dealership only to see that the car isn't what I thought it was. I've seen other listings on cars.com, and they'd say it was one color, but the pictures show something different. This wouldn't be a huge issue if the drive wasn't so long. I've talked to several of their sales team, with each of them giving different stories. The first time I called, I was told that the car was sold. I waited a couple weeks and called about it again. They confirmed that the car was still in stock. The next couple times I called I was promised pictures, whether by email or text. I never received them. Several calls later, I was told that the car went back to the carmaker for a recall fix, and weren't sure when it would be back. I called back two days later. The car confirmed to be at the dealership. I asked for pictures twice more. I've received nothing. I called just today, looking for Autumn Hanna, asking for pictures again. An associate of hers promised I'd have the pictures by the end of the day. I have yet to receive any pictures. I questions whether they even have--or ever had--the car. It is quite disappointing, as the car was in my range of price, features, colors, and mileage. I was ready to make a purchase if everything worked out, but their terrible customer service just lost them a customer.

💬 **Dealer response**

Thank you for reaching out to us regarding your recent visit. Your concerns are of utmost importance to us. We apologize for any inconvenience your visit may have caused you and want you to know we have forwarded your review to the appropriate party to handle your concerns. You can expect to hear a response from our team shortly. In the meantime, we thank you for your patience and look forward to speaking to you soon.

Show full review ⌄

**FRANCOIS 4010**

1.0 ★☆☆☆☆

**Unprofessional and clueless**

April 19, 2021
By Stay Away from New York, NY

Made an appointment to see a car. Reached the dealership ahead of the agreed upon time only to be told there was no salesperson available and were asked if we could we wait a bit. We waited for over an hour and there was still no salesperson so we finally left. After reading the other reviews on this site, it seems our experience was not the exception and after seeing all the feedback about their hidden fees and other unsavory tactics, I am glad that the salesperson never showed up! Plenty of places to buy a good car - this place isn't worth the time.

💬 **Dealer response**

Thank you for taking the time to bring this negative experience to our attention. It is discouraging to hear that you had anything less than a wonderful experience here at Victory Mitsubishi. Our Business Manager, Bibi Singh would love the chance to talk to you about this situation and make it right. At your earliest convenience, please contact her at 718-515-4600 ext 2084.

Show full review ⌄



1.0 ★☆☆☆☆

**Dishonest Dealer**

April 12, 2021
By AcuraFan from Trenton, NJ

I spoke with them on the phone about a 2009 Acura RDX. I told them I would pay cash, but I wanted a PPI (Pre-Purchase Inspection). They explicitly stated that a PPI would be fine. I tried to give them a deposit, but they said that they could only take deposits in-person. I immediately drove the two hours to their dealership. They had me wait for about ten minutes, then told me that the car had been sold. These things happen sometimes. But I did not trust the people I dealt with at the dealership, so I kept my eye on their website. It is now 12 days later, and the car is still for sale on their web site. The price has increased from $4995 to $6995 in that time. Why wouldn't they sell me the car? Your guess is as good as mine. I was a cash buyer, and they told me that a PPI was fine. If they had said no to a PPI, I would not have wasted a day driving back and forth to their dealership. If they had told me that I had to finance the car, I would have financed it.

**FRANCOIS 4011**



💬 **Dealer response**

On behalf of Victory Mitsubishi, I would like to apologize for your frustrating experience. The situation you have described is not typical for our dealership, and your feedback has been taken into serious consideration. Your business is very important to us and we would like to regain your trust. If you are open to discussing this issue in further detail, please contact me at (718) 515-4600 ext 2084 at your earliest convenience so we can work towards a resolution. Thank you for alerting me to this issue and I look forward to speaking with you soon.

Regards, Bibi Singh, Business Manager

Show full review ⌄

---

1.0 ★☆☆☆☆

**Horrible**

April 10, 2021
By Don't know from Bronx ny

Came in to buy a used car and your salesman his service was horrible I will never come back there again nor will I recommend anybody to come down and buy a car one of the most horrible service I ever receive

---

💬 **Dealer response**

On behalf of Victory Mitsubishi, I would like to apologize for your frustrating experience. Your business is very important to us and we would like to regain your trust. If you are open to discussing this issue in further detail, please contact me at (718) 515-4600 ext 2084 at your earliest convenience so we can work towards a resolution. Thank you for alerting me to this issue and I look forward to speaking with you soon.

Regards, Bibi Singh, Business Manager

Show full review ⌄

---

1.0 ★☆☆☆☆

**Mitsu beat you !!!!!**

April 9, 2021
By Errol from Bridgeport ct

**FRANCOIS 4012**