

Worst place to buy a car , they are all liars. If misrepresentation ever had a face it would be this dealer. STAY AWAYYYYYYYYY. I bought a truck from them in January it was slightly damaged. They said it was a small problem it would take two days to fix , it took them 2 months. Next they rigged the deal for a truck advertised 49,500 , I ended paying over 60,000$$$ all because they jacked the price up and signed me up for a extended warranty I never asked for. And when you thought it was all done ,brought the truck to the dealer it has a bad differential and a transmission is going bad.More down time. I've been trying my best not to write this review because I thought they would do the right thing. The only understand force which I intend on using . Lawyer up and take them to court. They left me no other option. I'll let the judge decide !!

💬 **Dealer response**

Thank you, Errol, for bringing this to our attention. We are concerned about your comments and would like to get in touch with you to discuss this matter further. At Victory Mitsubishi, we take customer reviews very seriously. Please contact me, Bibi Singh, Business Manager at 718-515-4600 ext 2084. We look forward to working together with you to come up with a solution

Show full review ⌄

---

1.0 ★☆☆☆☆

**Scammers**

April 3, 2021
By Jennifer and Nicole from NY

Wanted the pic of a BMW X6 and they gave me the run around. Glad I didn't fall for their gimmick. Very unprofessional. Poor customer service.

💬 **Dealer response**

Hello Jennifer and Nicole, thank you for taking the time to bring this negative experience to our attention. It is discouraging to hear that you had anything less than a stellar experience here at Victory Mitsubishi. Our Business Manager, Bibi Singh would love the chance to talk to you about this situation and make it right. At your earliest convenience, please send your contact information to bsingh@victorymitsubishi.com.

Show full review ⌄

---

1.0 ★☆☆☆☆

**FRANCOIS 4013**

Victory Mitsubishi - Reviews | Cars.com 

**Joseph Gerbino finance director SCAMMER AAA BOLD**

March 19, 2021
By WALTER AND NATALIIA from STAMFORD CT 06906

I leave a review for the seller Mr. Khan a good sell person . Everything was running good my wife have a new credit and apparently she need a co signer , but at the moment appear the approve from the Bank of America , well everybody happy and I ask about $3,000 Fee for extended warranty , and he said if we don't use the warranty the bank will be not approve the loan , my wife love it the car and we believe about the Warranty $3000 fee , I am a loan officer so I decide call the bank of America to verified if the info is true or not , and obviously was a lie , after that we try to get in contact with Joseph but he know that we have 2 days to return the car , well the third day we stop and the dealer and I said tell me in my face , see my eyes and repeat what you said that day , I DON'T CARE SEE YOUR EYES (I xxxx YOU ) YOU BOUGTH VOLUNTARY THE WARRANTY , SO HE IS A LIER , PROFESSIONAL SCAMMER , BE CAREFUL WHEN YOU SIGN THE PAPERS BECAUSE HE IS A LIAR , TO OLD TO BE LIAR , ENJOY YOUR JACKET OR SHOES OR FOOD WITH OUR MONEY , ACCTUALLY YOU DON'T CARE , WHEN I PUT THE REVIEW ABOUT THE SELLER THE OWNER ANSWER THE REVIEW WITH EDUCATION . I DON'T KNOW HOW YOU HAVE SNAKES WORKING FOR YOUR COMPANT , I HOPE YOU ANSWER THIS REVIEW TOO , MERCEDES BENZ 2018 MGA 250 WITHE AND CAMEL INSIDE , PURSHASE 02/15/21 AND TODAY 03/18/21 I RECEIVED THE PLATES BECAUSE I CALLED 8 TIMES OTHERWISE THEY NEVER SENT THE PLATES , I WILL NOT REFERRALLS FOR YOUR COMPANY AND I WILL PUT AND EVERY PAGE THIS REVIEW OF YOUR FINANCE DIRECTOR SCAMMER AAA

---

 **Dealer response**

On behalf of Victory Mitsubishi, I would like to apologize for your frustrating experience during your experience. We are pleased to learn that Kahn was able to help you out, however, we take comments such as yours regarding your finance experience very seriously. The situation you have described is not typical for our dealership, and your feedback has been taken into serious consideration. Your business is very important to us and we would like to regain your trust. If you are open to discussing this issue with me personally in further detail, please contact me at your earliest convenience so we can work towards a resolution. I can be reached at bsingh@victorymitsubishi.com. Thank you for alerting me to this issue as I will look further into it on my end and I look forward to speaking with you soon so that I have your situation first hand. Again we apologize for the frustration and look forward to hearing from you so that I can work on the resolution. Regards,
Bibi Singh, Business Manager

**FRANCOIS 4014**

Show full review ⌄

---

1.0 ★☆☆☆☆

**Lier charge extra hidden fee even when. You ask**

January 8, 2021
By Samuel from Maryland

Scammer Made me travel 4 hrs after we have agreed on price ro get there and the manager said the person I speak with he don't know her, they are internet sales rep, and they don't know them, the Manger charges extra 2500 even when I have cash to pay, please don't go to them new York dealership are scamer

💬 **Dealer response**

Samuel,
Thank you for bringing this to our attention. We want all of our customers to leave with feeling like they've received the utmost in customer service. Please contact our General Manager, Bibi Singh, at bsingh@victorymitsubishi.com, with your contact information, at your convenience, so we can look into this for you.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Poor customer service**

December 5, 2020
By James St. Patrick. from Brooklyn

This car dealership is very Unprofessional and ghetto the salesman seem like their drug dealers on the street you say one number and the next you know it's another number. Stay far away from this dealership. I just want the car not the headaches and games with numbers.

💬 **Dealer response**

James, we strive to give every customer a positive experience and feel we have missed the mark with your visit. Please reach out to Bibi at 718-515-4600 ext 2084 so we can

**FRANCOIS 4015**



discuss your concerns.

Show full review ⌄

---

1.0 ★☆☆☆☆

**WORST EXPERIENCE OF MY LIFE! Don't trust a word**

December 4, 2020
By Eduard M. from New York



If you like to waste your time and get 6K (best case) of added fees as a surprise after you agreed on your price please go there. Unprofessional and full of sleazy salesman and "managers". Please please save yourself time and chose a decent place.

---

💬 **Dealer response**

Eduard, Thank you for your feedback. We absolutely strive to provide our customers with an efficient and professional service experience, so we are disappointed to hear that yours was not up to par. Please contact Bibi at 718-515-4600 ext 2084 to discuss your concerns, as your satisfaction is of utmost importance to us.

Show full review ⌄

---

1.0 ★☆☆☆☆

**dirty cars, not sanitized, worst dealer ever**

December 1, 2020
By Alex from Norwalk

Went there to look at car, representative ask me to fill out application pre - approve form, I've been told that it's just the form and they not gonna check my score until I decide to buy. Few minutes later receive hard inquiry on my score, why would they do that!! I went there just to see the car! Very bad jock. Stay away from this dealership! No respect to customers, liars!!

---

💬 **Dealer response**

Alex, thank you for leaving a review. We are disappointed to hear your experience was not a positive one. Please contact Bibi at 718-515-4600 ext 2084 to discuss your concerns further. Thank you.

Show full review ⌄

**FRANCOIS 4016**

Victory Mitsubishi - 85 reviews - cars.com

1.0 ★☆☆☆☆

## worst experience

November 28, 2020
By Alex from Norwalk

Stay away of this dealership!!! Went there to see the car, rep say I need to fill out pre-approved form in order to show me a car, I asked representative many times if they will check my credit, he says-no it's just pre-approve form, after 10 minus receive message that I have had hard inquiry and -14 points on credit score just for nothing!!!!stay away of this liars!!! Worst dealership experience ever!!

Show full review ∨



1.0 ★☆☆☆☆

## This dealership is a SCAM and really takes advantage of...

November 25, 2020
By ronrodrigez on DealerRater

This dealership is a SCAM and really takes advantage of their customers They tack on extra 'charges' sending the value of the vehicle up, leading you to pay $7000+ over the posted sales price. I saw the vehicle for $24000 online, when I went in, they promised there are only taxes included after asking them 10 times if there are fees. On Kelly blue book, the vehicle is marked to sell between $23,000 and $28,000, as well as other car websites I checked. Please be wary of this place! They had us sign documents and make the payment and then told us they did not have the title. So we had to go pick it up a few days later. I was promised a full tank and full detail of vehicle upon me coming back to pick up the vehicle. When I went to see the vehicle, it looked like they sprayed the vehicle with water and the tank was a little less than 1/4 tank. I asked about the tank being filled up and all of a sudden the company card couldn't be found and one of the guys said ,' well isn't there gas in it?' They refused to put gas in my vehicle after they robbed me of my money. I would think with all the additional charges, they would have a couple of dollars to fill up a vehicle they've just sold and was promised to the customer. Very dishonest and predatory service by this dealership. They need to be taught on professionalism, honesty, integrity and working with the people not against them and robbing them. Their advertisement is also incorrect, the price amount and hidden fees are off the charts. Expect 25-30% charge on top of the listing price. Also the sleazy slime xxxxx "managers" are the worst

## FRANCOIS 4017

Show full review ⌄

---

1.0 ★☆☆☆☆

**All they do is lie. They will never have the car you go...**

November 25, 2020
By DavidM on DealerRater

All they do is lie. They will never have the car you go there to see ready (definitely do not talk to mo the salesman) but tell you multiple times that they do. Then all they do is tell you anything you want to hear. Tell you the price of the car is negotiable and then tell you a price and tell you they cant do anything better then they wouldn't really let me read what i was signing as i was buying the car and as it turns out they charged me 7,000 more for the car on top of a bunch of fees for nothing!! Do not go here unless you want to loose all your money. Worst car dealership in NY. Don't trust any good reviews

Show full review ⌄



---

1.0 ★☆☆☆☆

**RIP OFF FEES - will lie to you that there are no fees...**

November 25, 2020
By David M on DealerRater

RIP OFF FEES - will lie to you that there are no fees after convincing you buying the car and suddenly will add 6K-9K of totally made up fees that they haven't disclosed. Spent 3 days there after driving from Jersey after a final price been promised to me. ALL THE GOOD REVIEWS ARE FAKE. they are asking people to write them good reviews while looking at them doing that. It's one big scam. Also the place is nasty, never has parking, dirty, no one is wearing masks, very unprofessional.

Show full review ⌄

---

1.0 ★☆☆☆☆

**SCAM, Lies and unprofessional business! will waste your...**

November 24, 2020
By daniel mj on DealerRater

**FRANCOIS 4018**

Victory Mitsubishi Reviews | Cars.com



SCAM, Lies and unprofessional business! will waste your time, tell you final price multiple times even if you ask about fees but once you come signing will add between 3500-6000 if you pay cash or finance (before tax). I spent two days there. 3h-4h each time, some of the staff is nice and helpful at the beginning but then I been "supported" by David "manager" and Adam "salesmen" who were really unprofessional. When I asked them multiple times about the final price, they gave me a figure that was ok with me, I drove over an hour and half the next day, I have been treated really poorly and when we agreed on a number (which they weren't flexible at all) they moved me to a shady manager for signing, who suddenly added 5K+ to my total amount (pre tax) for a cash deal and 3500 for financing deal after telling them in advance I was not looking for financing. I feel both cheated and mistreated. Avoid at all costs. I am not even mentioning that no one is wearing masks properly there.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Unprofessional. time wasting. scam prices**

November 24, 2020
By Adam, David from Bronx, NY

SCAM, Lies and unprofessional business! will waste your time, tell you final price multiple times even if you ask about fees but once you come signing will add between 3500-6000 if you pay cash or finance (before tax). I spent two days there. 3h-4h each time, been supported by multiple people who were nice but when dealing with David "manager" and Adam "salesmen" it was a whole different story. When I asked them multiple times about the final price, they gave me a figure that was ok with me, I drove over an hour and half the next day, I have been treated really poorly and when we agreed on a number (which they weren't flexible at all) they moved me to a shady manager for signing, who suddenly added 5K to my total amount (pre tax) for a cash deal and 3500 for financing deal after telling them in advance I was not looking for financing. I feel both cheated and mistreated. Avoid at all costs. I am not even mentioning that no one is wearing masks properly there.

Show full review ⌄

---

1.0 ★☆☆☆☆

**UNETHICAL AND UNPROFESSIONAL ! I have less than 24 hours...**

November 19, 2020
By Rodriguez on DealerRater

FRANCOIS 4019

UNETHICAL AND UNPROFESSIONAL ! I have less than 24 hours with car when I realized they gave me no paperwork to take home. I went personally to review the "contract" and the price was inflated by 3,000. Joseph the finance guy explicitly said that included bank acquisition fees and taxes. LIES ! Acquisition fees are only charged for lease contracts. They just could not explain they simply inflated their advertised price. Managers are arrogant and treat you like they doing us the favor of their time ! How dare they !! Thwy offered me 1 year oil change , one month payment which Stravos said he would use from his COVID relief program. Comes to show how unethical they already are!! I am a female and initially both managers were talking to me in condescending manner until they realized I KNEW WHAT I WAS TALKING ABOUT AND noted their scam! If you buy simply DO NOT SIGN until you review every single detail.! Management is GARBAGE!

Show full review ⌄



1.0 ★☆☆☆☆

**Don't trust em..never going back..**

October 19, 2020
By Truth from Ny

$139 service jumped to $163 just to show a repair cost at $4k....u serious!!!!! Thank God I learned my lesson... dealership are scam artist n rip offff...

💬 **Dealer response**

Hi there, thank you for bringing this to our attention. At Victory Mitsubishi, we pride ourselves in straightforward, no-nonsense, and transparent dealings with our clients. Please reach out to Bibi at 718-515-4600 ext 2084 so we can look further into the matter.

Show full review ⌄

1.0 ★☆☆☆☆

**The worse experience in my all life please dont go**

September 16, 2020
By Yosly Morales from Bronx

Please dont gonto this place they lie they show you a nice face but they the worse dealer ever i will never going to recomend no body to this dealer pleaase if you go read everting and check the prices please it takes 5 days to give you your money back

FRANCOIS 4020



💬 **Dealer response**

Yosly, we apologize for your negative experience. At Victory Mitsubishi, we are committed to fair, honest pricing. We value our customers and truly appreciate the time to share your opinions. Please contact us at bsingh@victorymitsubishi.com at your earliest convenience so we can discuss this issue further and work to change your opinion of our dealership. Again, thank you for taking the time to write this review. We look forward to hearing from you. Respectfully, Bibi

Show full review ⌄

---

1.0 ★☆☆☆☆

**SCAM SCAM SCAM, ALL LIES, HORRIBLE DEALINGS**

August 1, 2020

By Stavros sales manager, Angel Sanchez agent, Reena Singh manager from Bronx, NY

SCAM, SCAM, SCAM************Scam, Scam, Scam****SCAM. Whole team from top to bottom lied in my case. When they invite you for test drive, car Honda Pilot is not ready to drive. It took 2 weeks to fix car, so very unfair at the first step. I should have read reviews before buying car from them. Do not sign any paper with Joseph finance guy in good faith, you will be cheated for 5k. He never discuss car price or other things like prep and premier essential, just put a paper under the glass screen with yellow highlighting to sign. Buyers usually sign in the hope that may be checking credit score or loan option, but in fact he gets sale letter signed without your consent. He lied to me total expenses 27K, but actual was 4K up. Don't sign paper with him without reading like me, you will be cheated, read their reviews. No bonus $1500 as advertised, internet price inflated by $1800 for prep. After the deal they back out from all verbal commitments, In my case sales manager Stavros agreed for new tires and some paint and other agent Angel and manager Reena texted me to put new tires and some paint around car but Stavros simply declined at delivery, I have to change 2 tires within days. All scam and full of lies. They know they have cheated and after deal no one takes your phone call. Must make a complaint to NYC attorney general as I did, BBB and DMV to help other innocent buyers. Scam and full of Lies. Be cautious. If you are happy with their deal then must appreciate them, in my case I got worst experience of my life. Be cautious of their unfair means, all team members are experienced in cheating by 5K a case but buyer is innocent, that makes the difference. Worst as compare to other car dealers in NYC.

Show full review ⌄

---

1.0 ★☆☆☆☆

**FRANCOIS 4021**



### SCAM SCAM SCAM, ALL LIES, HORRIBLE DEALINGS

July 31, 2020
By Singh on DealerRater

SCAM, SCAM, SCAM************Scam, Scam, Scam****SCAM. Whole team from top to bottom lied in my case. When they invite you for test drive, car Honda Pilot is not ready to drive. It took 2 weeks to fix car, so very unfair at the first step. I should have read reviews before buying car from them. Do not sign any paper with Joseph finance guy in good faith, you will be cheated for 5k. He never discuss car price or other things like prep and premier essential, just put a paper under the glass screen with yellow highlighting to sign. Buyers usually sign in the hope that may be checking credit score or loan option, but in fact he gets sale letter signed without your consent. He lied to me total expenses 27K, but actual was 4K up. Don't sign paper with him without reading like me, you will be cheated, read their reviews. No bonus $1500 as advertised, internet price inflated by $1800+ for prep. After the deal they back out from all verbal commitments, In my case sales manager Stavros agreed for new tires and some paint and other agent Angel and manager Reena texted me to put new tires and some paint around car but Stavros simply declined at delivery, I have to change 2 tires within days. All scam and full of lies. They know they have cheated and after deal no one takes your phone call. Must make a complaint to NYC attorney general as I did, BBB and DMV to help other innocent buyers. Scam and full of Lies. Be cautious. If you are happy with their deal then must appreciate them, in my case I got worst experience of my life. Be cautious of their unfair means, all team members are experienced in cheating by 5K a case but buyer is innocent, that makes the difference. Worst as compare to other car dealers in NYC.

Show full review ⌄

---

1.0 ★☆☆☆☆

### Customer

July 28, 2020
By Dphilip from New Jersey

I went to buy an Acura MDX with a confirmation ftaff the vehicle are available per ad, the advertised vehicles were not there , Then i looked for infinity q60 since i went from NJ . From the first convention they asked my social security because of pandemic. Any Q60 was available another parking lot. After showed the car without telling tge price, they asked my social security" part of their sale policy". I was waiting more than 45 minutes after i gave my information. Then i told the front, i am going since no one available to discuss about the car they showed me. Andrew the sale person, he told wait another 15 minutes . Again waited with my 2 kids. Then another person asked to go another cabin.

**FRANCOIS 4022**



The guy told your credit approved. No one talk to me about the car price . Very rude, i was ready to take with advertised price and offered discount in their website. The person told we cannot give you; you are out of state. I asked my personal information. They told they cannot give me back, they need to keep 30 days. I called two days later and spoke to manager my experience with them., her name is Nochole.. She told she will investigate and call back with in 30 minutes. After 2 days no response. Now last 2-3 days i am getting alert about my credit score changes. Please be very careful to give any of your personal information to this dealership .

Show full review ⌄

---

1.0 ★☆☆☆☆

**No stars! From the owner down to the sales men work on...**

July 17, 2020
By Unsatisfied on DealerRater

No stars! From the owner down to the sales men work on your customer service! Everyone here oversells and under-delivers and no one wants to take accountability for what they did/didn't do. #blameItOnCovid

Show full review ⌄

---

1.0 ★☆☆☆☆

**Don't believe the stars**

July 14, 2020
By ARMY VET from NYC

I can't believe this place is even 3.5 stars. These guys are terrible! For one, they are the most money hungry individuals in the world. Find an inexpensive online price, they haggle you up almost 8-10k. Customer service? Forget about it. Rude, disrespectful. Worked with everyone at every level, they're all a hot mess. There was a female who did try to fix things at the end but the damage was already done. And let's not get started on those dealer fees. Listen guys, do yourself a favor, GO SOMEWHERE ELSE. You'll thank me later, or I'll buy your car (*sarcasm) .

Show full review ⌄

---

1.0 ★☆☆☆☆

**FRANCOIS 4023**

**So poor serves**

July 10, 2020
By Sam khajimeto from New york

They try to charge me from everything, first they give me one price then they change it, they said that the price was mistake then they add some fees like $2000

Show full review ⌄



1.0 ★☆☆☆☆

**Run your credit and cant find car**

July 4, 2020
By Aleksandr Dukhin from Vestal

I called and they said the car is available that day. Were looking for the car for 1.5 hours and couldnt find it, in the meantime they ran my credit. I should have known not to give them my info before looking at the car, but I thought they might have run a soft credit check.

Show full review ⌄

1.0 ★☆☆☆☆

**I was there for more than 8 hours just to replace my...**

June 30, 2020
By lil9pac on DealerRater

I was there for more than 8 hours just to replace my front brakes and rotors .... They took about 6 hours just to tell me that was the problem..

Show full review ⌄

1.0 ★☆☆☆☆

**The car was worth 18,000 he charged me 32,000. The car...**

June 27, 2020
By SANAYAVILA77 on DealerRater

The car was worth 18,000 he charged me 32,000. The car have no type of features. Now that I'm trying to trade I can't

**FRANCOIS 4024**



💬 **Dealer response**

Hi Sanayavila77, Hope all is well and thank you for thereview. Please review your contract sale price verses APR ( interest Rate).With challenge credit lenders are willing to give a loan with high APR so you can rebuild your credit.  If you needassistance please reach out to us @ 718-515-4600 .

Show full review ⌄

---

1.0 ★☆☆☆☆

**Customer service is horrible. I will not recommend this...**

June 27, 2020
By Alejandronatalie5 on DealerRater

Customer service is horrible. I will not recommend this place to purchase a vehicle to anyone. Also photos online are completely different than what you see in person

Show full review ⌄



| Prev | | Next |
|------|--|------|

1   2   3   4   5   6   ...

40 results per page

---

**Buying & Selling**                                                                          ⌄

**For Dealers**                                                                               ⌄

**Explore Our Brand**                                                                         ⌄

**Our Company**                                                                               ⌄

**FRANCOIS 4025**

**Our Mobile App**

Download the App Today

 

**Connect With Us**

    



Terms of Service

Privacy Statement

Do Not Sell My Personal Information

Accessibility Statement

Ad Choices

© 2022 Cars.com. All rights reserved.

**FRANCOIS 4026**

FRANCOIS 4027



☰ Menu

← Victory Mitsubishi

# Victory Mitsubishi

4.1 ★★★★☆ (786 reviews)



📍 4070 Boston rd Bronx, NY 10475 ↗

Visit Victory Mitsubishi ↗

Sales hours:     9:00am to 9:00pm

Service hours:   8:00am to 5:00pm

View all hours ⌄

New (877) 668-1971

Used (877) 668-3187

Service (877) 743-7117

# Reviews

4.1 ★★★★☆ (786 reviews)

A dealership's rating is based on all of their reviews, with more weight given to recent reviews. Includes reviews of Victory Mitsubishi ↗ from DealerRater.

**Want to share your experience with this dealership?**

[ **Write a review** ]

| Sort by |
|---|
| Lowest rated ⌄ |

1.0 ★☆☆☆☆

**FRANCOIS 4028**

Victory Mitsubishi reviews | Cars.com

**I never in my lives will be a car in This dealer people...**

June 27, 2020
By romil on DealerRater

I never in my lives will be a car in This dealer people very good unreasonable with customer. Never referred my friend to this dealer

Show full review ⌄



1.0 ★☆☆☆☆

**Really bad customer service , once they receive your...**

June 27, 2020
By Fallou on DealerRater

Really bad customer service , once they receive your money they acting like nothing I went with my father in law got scam for $3000 really bad customer service

💬 **Dealer response**

HiFallou, Please email me you father-in-law name or you info so i can look it up in our system. I don't understand you correctly, what do you mean by "scam" please give me a call @ 718-515-4600 and ask for Reena so we can get a better understanding as of what you are referring to . Thank you i'm looking forward for your call.

Show full review ⌄

1.0 ★☆☆☆☆

**I was sold a black 2011 hyundai car with a bad steering...**

June 18, 2020
By Arroyo1967 on DealerRater

I was sold a black 2011 hyundai car with a bad steering colume. I brought in to fix. Was told it was. Then after 30 days the noise came back. Steering wheel was jerky and told by the bald young fellow who runs place that i went oast my warrenty and nothing they could do TERRIBLE. VICTORY AUTO IS LIKE EVERY OTHER SIDE ROAD CAR DEALER. TERRIBLE I WILL NEVER RETURN AND I SPREAD THE WORD YOU GUYS ARE BAD PEOPLE

Show full review ⌄

**FRANCOIS 4029**

1.0 ★☆☆☆☆

**Be truthful to your clients if they want to buy they will...**

June 12, 2020
By dominic.loppy on DealerRater

Be truthful to your clients if they want to buy they will still buy. Lies burn bridges once the person finds out!!! Won't recommend!!

Show full review ⌄



1.0 ★☆☆☆☆

**Terrible customer service after you purchased the car....**

June 11, 2020
By EVERINNY on DealerRater

Terrible customer service after you purchased the car. Don't waste your time and money there. Worst people to deal with, no one will ever care about you once you leave the showroom.

💬 **Dealer response**

Hi Gustavo, Please give me a call @ 718-515-4600 ext 2084 and ask for Reena .so i can better assist you .Thank you

Show full review ⌄

1.0 ★☆☆☆☆

**It is the garage under Supreme Auto (a sister lot...**

June 9, 2020
By KC on DealerRater

It is the garage under Supreme Auto (a sister lot apparently) Worst experience I have ever had to endure, been giving the run around and I dread to add up the hours spent standing in the car lot on repeat visits and on the phone trying to get answers. I am really starting to believe I have been sold a faulty car. No choice but to get legal advice - buyer beware. Nightmare dealing with these guys.

Show full review ⌄

**FRANCOIS 4030**

Victory Mitsubishi Reviews | cars.com | cars.com

1.0 ★☆☆☆☆

**Promise you one this. It's doesn't happen. Still happy...**

June 2, 2020
By A.rafael1555 on DealerRater

Promise you one this. It's doesn't happen. Still happy with my car though. Plus add $4000 of addition stuff in the invoice. Increase the price of the car and add unknown fee.

Show full review ⌄



1.0 ★☆☆☆☆

**I wouldnt recommend thiaS place to anyone. They sold me...**

June 1, 2020
By TONYRIVERAR on DealerRater

I wouldnt recommend thia S place to anyone. They sold me a car that had messed up parts and after confronting it to them they said they would replace the parts but never did. Horrible customer service.

Show full review ⌄

1.0 ★☆☆☆☆

**Do not buy a car from this guy him and David will sell...**

May 23, 2020
By Jose amezquita on DealerRater

Do not buy a car from this guy him and David will sell you dreams I bought my first car from them was promised to lower my payment from 675 to 335 only make 3 payments of 675 loan is for 66 months then it will get lowered to 335 for the remaining of the loan tried to speak to them to find a solution got rude and didn't care him along with his general manager DO NOT BUY A CAR FROM THIS GUYS THEY WILL RUIN YOUR LIFE I have kids now I can't afford my life due to this fraud they will put that you out a down payment to get you approved this isn't the way I though my first car buying experience will be

Show full review ⌄

**FRANCOIS 4031**

11/22/22, 7:20 PM
Case 1:22-cv-04447-JSR    Document 53-15    Filed 03/15/23    Page 20 of 29
Customer Dealership Reviews | cars.com/dealers/cars.com

1.0 ★☆☆☆☆

**BAD PLEASE DO NOT ATTEMPT TO PURCHASE!!**

May 13, 2020
By BRONX RESIDENT EST.79 from bronx ny

Had to write a review just to warn prospective buyers,I am one of the latest customers who got led astray by ghetto workers masquerading as "professional salesmen". After filling out the pre qualifying application, text to text conversation with a "salesperson",had a price breakdown for the exact amount ,date to come in sign the paperwork. I call to ask about the warranty and was told the car was SOLD by the same person whom i was in contact with for the sale! When asked why i wasnt contacted to notify me the car was sold i was given other cars that were on the market and she couldnt know if the car was sold due to high volume they have!...YOU ARE THE SALES PERSON YOUR SUPPOSED TO KNOW!! Especially if you had a buyer in line to purchase said product!!...THIS IS COMMON SENSE dahiara castillo smh

Show full review ⌄



1.0 ★☆☆☆☆

**This dealership is a total ripe off, stay out of this...**

May 12, 2020
By Emmanuel on DealerRater

This dealership is a total ripe off, stay out of this zone. They will lie to you and take your money. Don't go there.

Show full review ⌄

1.0 ★☆☆☆☆

**It literally sucks they have hungry of money &#129318;&#127995;♂ Get...**

May 3, 2020
By Packing917 on DealerRater

It literally sucks they have hungry of money &#129318;&#127995;♂ Get out!! All they want is your signature on the contract they lie to get it, I made a terrible mistake I already has the car that I bought in there sold because I hate it just because they are scam!

Show full review ⌄

**FRANCOIS 4032**

## 1.0 ★☆☆☆☆

**I had paid for service to my vehicle and the part was...**

March 9, 2020
By savvyprinter on DealerRater

I had paid for service to my vehicle and the part was unavailable, and ended up after almost two months not being available at all. I then was made to drive back to the service center to get my refund. Absolutely ridiculous and horrible service

Show full review ⌄



## 1.0 ★☆☆☆☆

**What a xxx! Fraud, scammer, liar. He doesn't care about...**

March 6, 2020
By IHateVictoryMitstubishi on DealerRater

What a xxx! Fraud, scammer, liar. He doesn't care about customers. He will ruin your credit, give you the run around, sell you crappy cars.

Show full review ⌄

## 1.0 ★☆☆☆☆

**Lied About Everything**

February 25, 2020
By matt.tencer on DealerRater

Everything I was told was a lie until I got to see a contract... I went in making my price point as explicit as possible. I was shown cars that 'met' the price point, but they'll avoid ever saying out loud that the prices shown require a $2500 down payment. Yes, add $2500 to every price you see. Even before shown any cars I was told that prices require financing, but when i said that this wasn't properly advertised the sales manager said he would honor the online price. That was another lie to get me to spend time looking at cars. After finding a car to buy I was told that if I didn't finance there would be a $1431 additional cost, by the sales manager. As if we had not spoken an hour ago about 'honoring the online price'. Must have dreamed that conversation. The sales manager was wearing sunglasses and refused to take them off because of 'allergies'. I do not trust, nor will I do business with someone whom I cannot look in the eyes. Every question I had

**FRANCOIS 4033**



about the shady financials he would answer me with words and writing on a blank piece of paper with a market, as if putting words on paper somehow made them true. The most BLATANT lie was when I asked, "if I finance can I pay off the loan within a month with no pre-payment penalty?". His answer was, "of course, there is no pre-payment penalty in New York and hasn't been for 15 years. He then had the AUDACITY to ask me to enter a gentlemen's agreement to not pay off the loan for 3 months, so he could get his financial reserve from the bank. GTFOH! After they run my credit, I go to the financier's office to see figures on paper. This is where i learned that the prices I had been told all day required the $2500 down payment. Still continue to discuss options because I was in need of a new car I talk about the financing and mention to the financier that I plan to pay it off in a week and am glad there's no pre-payment penalty in NY. His response... "there absolutely is a pre-payment penalty of $300, you should have been told that". $300 is nothing at the scale of car purchases, but to be absolutely lied to every step of the way in the most overt, flagrant manner is despicable. I left because I cannot do business with people as dishonest as the sales folks at Victory Mitsubishi.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Never AGAIN**

February 16, 2020
By Kevin D from Bronx NY

My Review That was posted before this wasn't my doing Starvos ( Manager that u see in the video above ) filled out tthe survey after asking me for my phone to do something for the bank if anyone knows me i don't sepak nor write the way that on that he did on that review Honeslty I'm very unhappy and frustrated with the back and forth all i asked before the paperwork and after the paperwork was sign that whatever we agreed on would be meet and it simply hasn't been meet i purchase this vehicle Feb 3 2020 i came into your establishment at around 12 noon with my girlfriend i didnt leave or sign anything until after 5pm when i advised my salesmen Chris Allen that i have to be at work at a certain time and it still ran over into me being late for work 1st off when i asked to test drive the car it was in the very back with all the other trade ins and repo cars that was in the back i didn't notice any tire problems from then until Mr Allen Drove the car out before test drive i saw condensation in the left head light the tires where low especially the right rear and right front tire and the left rear tire was flat I asked would this be changed he told me yes the serivce department would take care of it I said okay no problem ( only 1 tire was changed 2 tires has still slow leaks since feb 3 ) 2nd the scratches I asked about these before and after paperwork was signed i was told that it would taken out still hasn't been done 3rd when i asked why wasnt i able to see another vehicle Starvos told me this is what you can get ( bullcrap the bank said there was 3

**FRANCOIS 4034**

Case 1:22-cv-04447-JSR   Document 53-15   Filed 03/15/23   Page 23 of 29



different cars i could of gotten into on there lot was only shown 1 not fair to weigh my options and back me into a corner) 4th ive taken this car to the shop to many times to your service department yesterday i called to speak to Chris( Owner Of Victory) your rep Nicole hung up on the phone on me giggling 2x i walk over to the smaller building to talk to a whoever was in charge a manager owner someone who ever at that point i was very frustrated your people hung up the phone im gonna be in the serivce department all day yet again I've called out of work just to make sure this car in proper condition still isn't I'm getting the run around and this and that the car is fine but im back here again at the serivce center. 5th i brought my car in service only 1 tire was replace and 2 tire still leak since i bought the car its making a whole bunch of nosie especially when i put my foot on the brakes my head lights have condensation in them plus starvos made me uncomfortable he took my car out of the shop and told me to take him to court becuase i walked over to the across the street to speak to someone ( i was offer a seat buy someone sitting at there desk im alreadt frustrated and not in the mood because again the passing the buck crap they felt i was aggressive and threatening bullcrap) after the serivce manager told me i have to purchase tires what the xxxx is that plus Starvos took my car out the shop he told me if i left my car there he was calling the bank to say i abandon the car which would default on the loan mess up my credit i have him on recording especially the one when he call my girl i just want 2 new tires and my headlights replace and figure out what my car is making the nosie that it is simple very simple. #NEVERAGAIN Im Contacting #News12Bx #Mitsubishicorporation #BetterBusinessBureau#ConsumerAffairs Also I'm Reaching out to all 3 credit credit bureaus to make sure me and my girlfriend information is proctected just incase due to the threat Starvo had to say we gave the dealership we dont trust them any more.

Show full review ⌄

## 1.0 ★☆☆☆☆

### BUYERS BEWARE!

February 16, 2020
By Jason from Bronx, NY

This dealership is composed of liars and cheats!! I went into the dealership today because of the low-priced cars listed on cars.com. I negotiated with the Manager, I think his name was Jason, a price for a car that I wanted and when I was about to pay for the car, was told that the price was $2,500 higher than we had agreed to. Talk about false representations! I explained to the Manager that it wasn't ethical that they posted cars on their website that were in reality $2,500 less than the selling price - he told me to "read the fine print" and that this disclaimer was "on their website" which it isn't. Before I even drove here, I spoke with a Sales Rep who confirmed that there were "no hidden fees." BUYERS BEWARE.

**FRANCOIS 4035**

Show full review ⌄

---

1.0 ★☆☆☆☆

**Scammers, lie about pricing. DO NOT SIGN ANYTHING**

February 15, 2020
By TB from Fort Lee, NJ

Went to look at a car that was listed online for $16,499. Told them I was not interested in financing the car. They said it would be $2,500 extra if I didn't want to finance, so I agreed to finance. We settled on a price of $15,999. I submitted the credit application and moved into the room with the finance manager. When it came time to sign the paperwork, I noticed the amount was about $3,000 higher than the price we agreed upon and he had written on the paper in front of me. The finance manager said he would get the salesman back. The salesman came back and said he explained to me already that I was being charged $3,000 more than what he wrote on the paper. Of course he didn't! He refused to honor the original deal and I walked out. BE CAREFUL DEALING WITH THIS COMPANY. If I didn't realize the scam they were pulling I would have ended up paying $3k extra!

Show full review ⌄

---

1.0 ★☆☆☆☆

**Well I'm not happy at all because they sold me a car with...**

February 12, 2020
By CESAR.BEST on DealerRater

Well I'm not happy at all because they sold me a car with a scratch an they told me they will pay for the paint and I'm still waiting they lied

Show full review ⌄

---

1.0 ★☆☆☆☆

**Honeslty Just Got my first car a 2018 hunydia elantra...**

February 10, 2020
By kevindawkins on DealerRater

FRANCOIS 4036

Honeslty Just Got my first car a 2018 hunydia elantra with 39007 miles honeslty im not happy with the car the car was way over priced $550 for 72 months which if i stay with the car which im not its 41000gs f***k outta here plus it had to be serivced not once but twice unreal then when i asked for a different vehicle im told by starvors "i mailed the title to you when you get it then come in " its a bunch of bullcrap they didnt even want to consider a different car im call a Attorney this isnt right the car has to go in the shop tomorrow once again thanks victory i didnt really have a victory just headaches and passing the buck.



💬 **Dealer response**

Hi Kevin, Thank you for the review. at the time of purchase, you were very happy with the vehicle of your choice. because of your credit situation this was the best approval the bank offers you at that time. I'm sorry for any inconvenience this may cause Please feel free to call us at 718-515-4600 ask for Reena. Thank you in advance

Show full review ⌄

---

1.0 ★☆☆☆☆

### I wouldn't recommend this dealership to anyone. They tell...

January 17, 2020
By denisebethea123 on DealerRater

I wouldn't recommend this dealership to anyone. They tell you one price and add all of these hidden fees. Poor service warning run run

Show full review ⌄

---

1.0 ★☆☆☆☆

### Liars, scammers, deceitful dealership

January 5, 2020
By GinnyMc from Philadelphia, Pa

What a waste of a day! Let me start by saying, THESE PEOPLE ARE SCAMMERS!!!! First person we met was Chris. Nice guy but knew nothing about the car but it was apparent he wasn't going to be the one we had to negotiate with. We had come with our own financing so that part was already figured out. We had an appointment to see the car, however when we got there, the car was in a totally different lot and the tire was flat so we had to wait for them to fix it, so we could test drive it....something they could have

**FRANCOIS 4037**



done beforehand knowing they had a customer coming in to check out the car. After the test drive, we talked to the finance guy, Jim, and when we said we wanted to negotiate the asking price, in comes Jack. Gruff guy, not personable, but hey, what can you expect from a car salesman. He offered $500 off then another $300 off and said he could do no more and that was a Christmas present…"Merry Christmas". We said not good enough and that we were going to walk. In comes a guy with a vest, who never said his name but after checking the internet, we found out it was Stavros Orsaris, the General Manager for Victory Mitsubishi. Much more personable but more importantly, he was the one who could move the numbers. Funny because when we mentioned the horrible reviews on yelp that we saw, and how we were willing to give a 5 star review if the deal was negotiated in our favor, he said, "No one reads yelp and plus we've changed management." Seems, his name is also in a few other "older" reviews. But ok, guess that's why we didn't get his name at the initial introduction. As we were negotiating to bring the number down, Stavros kept saying, "we can't do that man…it's the principle." After spending about an hour talking and negotiating, we got to a number that we both agreed to. Stavros leaves and then again, in comes, Jim, the finance guy, plugs in some "other"numbers into his computer, and when we told him this was not what we discussed by thousands, he plugged in the number we got from the general manager and he said "Impossible!" and showed us how much money they would lose if they sold the car at the price we negotiated down to. We said, well go ask him, that's what he told us. He leaves and back comes Jack to try and explain why the numbers hadn't actually moved despite our negotiation and increased down payment and another piece, the APR was significantly HIGHER than what we saw on our preapproval. But we understand, these things can vary based on actual numbers we get from the dealer but when we plugged them into our auto finance calculator, it was such a HUGE difference, I had to call. So I called our financer and gave them the numbers we were given and it turns out, the dealer submitted an application for about $5000 more than what needed to be financed!!!!! There were no changes made for the negotiated price, the increased down payment….nothing! Wow! This is when we first realized, this was a scam. They then came back with a bunch of pieces of paper with handwritten numbers and added expenses. We asked them why we were being asked to finance a number that did not include our downpayment being deducted? Jack (if that's really his name) walks away and comes back and says, "he forgot to add the warranty on there….that's the extra money." Still didn't add up. He said, look man, I can only sell the car for XXXXX.00." Let's point out here that the price has gone back up to the actual price that was on the internet, the price we negotiated down from….nothing off. Jack says, "I can only sell the car for this price….nothing less." I'm not sure why he told you that price, but we can't do it. We asked, well, isn't he the General Manager?" Jack says, "we are partners!" At this point he is full on annoyed is practically yelling the monthly payment to us in his showroom. "This is the price. It's already low and I can't go any lower." We asked, well where is Stavros, the GM, can we speak to him again

**FRANCOIS 4038**



Show full review ⌄

---

1.0 ★☆☆☆☆

**Before you go here, READ THIS FROM TOP TO BOTTOM! If you...**

January 4, 2020
By Mcgin on DealerRater

Before you go here, READ THIS FROM TOP TO BOTTOM! If you are currently in a lawsuit with this dealer, we have recordings of their bad business tactics. Will gladly share if needed!!! What a waste of a day! Let me start by saying, THESE PEOPLE ARE SCAMMERS!!!! First person we met was Chris. Nice guy but knew nothing about the car but it was apparent he wasn't going to be the one we had to negotiate with. We had come with our own financing so that part was already figured out. We had an appointment to see the car, however when we got there, the car was in a totally different lot and the tire was flat so we had to wait for them to fix it, so we could test drive it….something they could have done beforehand knowing they had a customer coming in to check out the car. After the test drive, we talked to the finance guy, Jim, and when we said we wanted to negotiate the asking price, in comes Jack. Gruff guy, not personable, but hey, what can you expect from a car salesman. He offered $500 off then another $300 off and said he could do no more and that was a Christmas present…"Merry Christmas". We said not good enough and that we were going to walk. In comes a guy with a vest, who never said his name but after checking the internet, we found out it was Stavros Orsaris, the General Manager for Victory Mitsubishi. Much more personable but more importantly, he was the one who could move the numbers. Funny because when we mentioned the horrible reviews on yelp that we saw, and how we were willing to give a 5 star review if the deal was negotiated in our favor, he said, "No one reads yelp and plus we've changed management." Seems, his name is also in a few other "older" reviews. But ok, guess that's why we didn't get his name at the initial introduction. As we were negotiating to bring the number down, Stavros kept saying, "we can't do that man…it's the principle." After spending about an hour talking and negotiating, we got to a number that we both agreed to. Stavros leaves and then again, in comes, Jim, the finance guy, plugs in some "other"numbers into his computer, and when we told him this was not what we discussed by thousands, he plugged in the number we got from the general manager and he said "Impossible!" and showed us how much money they would lose if they sold the car at the price we negotiated down to. We said, well go ask him, that's what he told us. He leaves and back comes Jack to try and explain why the numbers hadn't actually moved despite our negotiation and increased down payment and another piece, the APR was significantly HIGHER than what we saw on our preapproval. But we understand, these things can vary based on actual numbers we get from the dealer but when we plugged them into our auto finance calculator, it was such a HUGE

**FRANCOIS 4039**



difference, I had to call. So I called our financer and gave them the numbers we were given and it turns out, the dealer submitted an application for about $5000 more than what needed to be financed!!!!! There were no changes made for the negotiated price, the increased down payment....nothing! Wow! This is when we first realized, this was a scam. They then came back with a bunch of pieces of paper with handwritten numbers and added expenses (see picture). We asked them why we were being asked to finance a number that did not include our downpayment being deducted? Jack (if that's really his name) walks away and comes back and says, "he forgot to add the warranty on there....that's the extra money." Still didn't add up. He said, look man, I can only sell the car for XXXXX.00." Let's point out here that the price has gone back up to the actual price that was on the internet, the price we negotiated down from....nothing off. Jack says, "I can only sell the car for this price....nothing less." I'm not sure why he told you that price, but we can't do it. We asked, well, isn't he the General Manager?" Jack says, "we are partners!" At this point he is full on annoyed and is practically yelling the monthly payment to us in his showroom. "This is the price. It's already low and I can't go any lower." We asked, well where is Stavros, the GM, can we speak to him again since he is the one we negotiated with?" Jack says, "he is busy...in with another customer." Stavros never came out. Instead, we went to his office and we have WORD FOR WORD the conversation. It would blow your mind. He told us that we should be a car salesman because we "tricked him" by telling him a price and he went with it. Uh....so you don't know the price of your cars before you step in to negotiate? You negotiated with us, not knowing how far down you were able to negotiate? You were just throwing out numbers with NO IDEA of a bottom line?" And then thought we weren't going to look closely at all the added fees you threw on top of the NON-NEGOTIATED price! You don't need to be a car salesman to know how to read! At this point, it was clear that they just wanted to get rid of us because we saw their bad business tactics. In fact, I said to Jack, "so you guys aren't even going to honor what you negotiated the price to? You know this is bad business right? You said one thing and now, you are going back on your word and are not honoring what you said. That's bad business and we will communicate that Victory Mitsubishi does bad business. His response was, "well people make mistakes and we made a mistake and I'm sorry." Inevitably, we left, no deal, no car. I made sure to make eye contact with one of them on the way out, it happened to be Jack....he looked away immediately. We may not have got the car we came to get, but we saved a whole heck of a lot of money we were about to get scammed out of and at the end of the day Stavros, it's just as you stated, its not all about the money, it's about the principle!

---

💬 **Dealer response**

I apologize for the experience and we understand all your frustrations. We did our absolute best to give you our absolute best on the car of your interest. We had the luxury of welcoming you & your family to our facility today, meanwhile there are several dealers between where you commuted from and our facility. We are grateful to have you give us

**FRANCOIS 4040**

Victory Mitsubishi Reviews El Cordova/cars.com

a shot at earning your business. We offered to retail the car at a number that is substantially lower then what KBB (& other automotive resources that are available to check pricing) states is a great deal. Ultimately, it did not work out, and we apologize that there may have been a misunderstanding on the pricing. The online price is about $24,499 and your offer was $1,500 under an aggressively and already discounted price. Our goal is total satisfaction from our customers, and a positive experience for all that visit our facility. If you should have questions, you can kindly reach out to me, Stavros Orsaris, at 347-593-4394



💬 **Consumer response**

No worries. We wasted enough time speaking with you all. Being told one thing and ultimately going back on your word, it's just bad business. On top of adding charges that changed In amount and name each time someone came to the table to discuss. And the car was still under factory warranty so why would we need to purchase another warranty? I'm guessing the lawsuit regarding the fraudulent "etch" charges has not permanently changed your practices. We didn't get caught up in your scam but other people most likely will. I'll reach out to Sandra in the Attorney General's office myself in case they are missing the fact that you all are still scamming and making unknown additional charges with no explanation. We have what was discussed word for word. As you stated, It's the principle.

Show full review ⌄

---

1.0 ★☆☆☆☆

**RIP off city**

December 31, 2019
By Jose from Bronx

They are a joke .. list one price . When u show up its another.. they will fee u to death.. not honest people. U been warned!

Show full review ⌄

---

1.0 ★☆☆☆☆

**Bait and Switch!**

December 31, 2019
By Jessica Carter from Jefferson, Maine

**FRANCOIS 4041**