Contacted the dealer about a car that was on their webstite for $16,995 spoke to salesperson on the phone about it, applied online for credit told them we would like the vehicle and would be driving from Maine the next day 5.5 hours to purchase. We when arrived vehicle listed on website was now $18,995 they ran my credit and when going over the paperwork vehicle was now $21,495 because they said that all of their prices have already taken into account a $2,500 deposit. They said that info is listed on their website which it is not. Also, they added a $2,200 prep fee for the vehicle so the $16,996 car is now $23,695.00 BUYER BEWARE. They also said the vehicle had been through the shop. All four tires were bald vehicle still had trash and chips in it and would't start due to dead battery.



Show full review ⌄

---

1.0 ★☆☆☆☆

**Audi A3**

December 26, 2019
By Ricky from North Haledon

Before going to dealer, I was in touch with customer service. Since I live a bit far from the dealer I inquired pricing and fees before heading to see car. I was told that the car's price is what's listed on website plus a down payment, which consisted of taxes and documents. I head over to see car and possibly make a purchase. Come to know that if i pay for car in cash it would cost me almost $10,000 more than what the car is. So the one thing I was not told was that the price of car is only if you finance thru them, and additional fees are added. Save yourself a trip and don't waste your time with this place. Angel our sales person was very nice but not knowledgable of the finance part of it. He couldn't even tell us what the price of car was.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Worse dealership I have ever encountered**

December 5, 2019
By MZSAMPAGA on DealerRater

There's really no words to describe how crappy this place was. Unfortunately, I don't have a choice but to keep the car because that's how they do business. First of, the sales guy stephan showed us the wrong car according to his manager. When I first came, I showed this guy my prequalification email from car guru. He took us outside and said

**FRANCOIS 4042**

victory mitsubishi reviews | Cars.com

that they have 2 nissan rogue in the same price range. The first one I saw had leather seats. I asked if he could test drive it he said they need to run our credit first make sure I'm qualified for the loan or something. Next thing you know he was asking me to call my insurance. So I did thinking he wanted a quote he actually wanted me to switch without telling us about the cars, what i was prequalified for. Next thing he left and hd us seat there for 2 hours and more saying the car was getting inspected. Mind you, he didn't even let us test drive the car. Then come the paper signing, everything was like a blur honestly. I was so tired from waiting that I didn't even care and i just wanted to go. So i signed the papers. Then he finally showed us the car and it wasn't the Same one that he showed us initially. And I asked him why it was different he said that car was 2,000 more than what he gave me. So he made the choice without consulting us. Again, i was exhausted from waiting, hungry and cold and they were closing so i Just wanted to get the xxxx out of that place. I was furious that he made the choice didnt even let us test drive the car and everything was just not explained to us fully. They were in a rush to sell a car and get us out of there. I talked to the manager the next day and he explained what They didn't which was okay but at the same time he said I couldn't return the car because i already signed the contract. He gave me 2 yrs oil change to compensate their own mistake which was stupid. Please do not go to this place because they will rip you off. Now i am just praying that the car they gave me will last for a couple of years. This was a nightmare. Me and my husband has decided to try our best to pay it off as quickly as we can to avoid paying a lot of money for financing the car. I hope that this review will help other people to not go to this place to buy their cars. They really should be shut down for how they treat their customers.

Show full review ⌄

---

1.0 ★☆☆☆☆

**5UXKR6C52G0J80082**

November 15, 2019
By John from Bronx

They lie to customers and charge a fee that they call a down payment it's over 2000$ some of the cars have history of accident wheach they hide the info

Show full review ⌄

---

1.0 ★☆☆☆☆

**Don't believe their advertised prices they're all a lie....**

November 5, 2019

**FRANCOIS 4043**



By Luis on DealerRater

Don't believe their advertised prices they're all a lie. Once you see the contract they'll add ridiculously high fees. Terrible experience wouldn't recommend it to anyone. They sold me an overpriced vehicle that gave me 4 different problems in less than a mouth

Show full review ⌄



1.0 ★☆☆☆☆

**false advertising and purposely misleading**

November 3, 2019
By Iraj Kamili from Bedminster, NJ

I called and inquired about a car, I specifically inquired about the pricing and asked if there were any additional fees over the advertised price and I was told no. On Saturday before I drove there I called again to confirm availability and confirmed again that the dealership doesn't charge additional fees. I drove to the dealership, I liked the car and again sat down with the salesman and before anything the salesman again assured me that the dealership advertises rock bottom prices, but they don't charge extra fees. When I got to the finance guy, they finally had to tell me the truth after having lied to me more than once, they do charge another 3,500. Unless you want to be lied to, overcharged, your time wasted you should avoid this dealership. Jack the manager/owner is rude and has no clue how to run a business.

Show full review ⌄

1.0 ★☆☆☆☆

**SCAM ARTISTS**

October 20, 2019
By Misty from Binghamton

Over charged $850 for a dealer fee? In the state on NY a car dealer can only charge you $75 for a dealer fee. They made the mistake and forgot to remove the copy of the original receipt that shows this fee. BBB and state AG have already received a complaint! SCAMMERS!!! Drove 3 hours to pick up a used car including a "certified clean carfax" report with check in hand from my bank after working a deal out over the phone. Waited almost 2 hours before receiving any customer service sales manager had "no idea" about the deal and tried to swindle another deal. Instead he settled for giving me a .25 Lower interest rate to go with their bank, in which they get a kick back from. Was promised a

**FRANCOIS 4044**



$150 check for detailing services they couldn't provide. After driving the car 3 hours back home I noticed some "shaking" called them up and got the run around. Took the car to me trusted mechanic to find out the car has been involved in an accident and although the repairs were done correctly the shaking was coming from 2 of the 4 wheels being slightly bent. After not receiving any help from Victory auto I went ahead and upgraded the wheel and tire package on my own $2500 later. Audi factory wheels are very expensive in case you were wondering why.

Show full review ⌄

1.0 ★☆☆☆☆

**This dealership is a complete joke**

October 4, 2019
By Brad from Dallas Tx

Wanted to inquire about purchasing a BMW. Emailed them questions with no response except an automated inquiry on times to contact me. Called the dealership and spoke to a female (Nicole) who was less than helpful. While on the phone it sounded like a rave was going on in the background. I told her about my email with questions and she said to send them to her. I did, and she said she would call me right back. Still havent heard from them. Clearly they dont want to sell the car. BTW, I google mapped the dealership to see if this was a legitimate dealership and it looked like an auto junk yard from the outside. Glad I didnt buy from here.

Show full review ⌄

1.0 ★☆☆☆☆

**worst place**

August 25, 2019
By DD from New York

Misrepresentation of the price of the vehicle, it was listed for 13.135$ online only to find out when I got there that the car was actually 17.500$

Show full review ⌄

1.0 ★☆☆☆☆

**Bad customer service!!**

FRANCOIS 4045



August 8, 2019
By ROMATV on DealerRater

The worse customer service. Zero respect for your time. The billing lady was charging me $400 more than what I supposed to pay and she was charging me for an oil change that I never requested!!

Show full review ⌄

1.0 ★☆☆☆☆

**Beware this unscrupulous dealer**

June 28, 2019
By Cash not good enough from CT

Unless you want/need to finance a vehicle from them, don't bother wasting your time here. They literally DONT WANT TO SELL TO A CASH BUYER!! They just want to rip off ignorant people and/or those with bad credit to squeeze even more money out of a sale through interest and finance charges. I offered full price for a vehicle, straight cash with two completely different people at this dealership. One was through email, the next was over the phone and I can't even get an email back or a return phone call despite being promised as such both times by both people. What other expenses is there? They just don't want to move a vehicle because they like how it looks in the lot? I'd expect this from a smaller non-affiliated dealership because the car business is often shady unfortunately, but from what seems to be a legitimate Mitsubishi franchise? This was ridiculous. Mitsubishi's North American office will probably be shocked and undoubtedly concerned too. I'm going to be sure to let them know. Bad business practices plain and simple.

Show full review ⌄

1.0 ★☆☆☆☆

**Worst dealer ever**

June 12, 2019
By BAD4UNENE on DealerRater

Stay as far away as possible. This place is a rip off. Not cusomer focused at all very rude employees and management. The WORST i was ripped off like you wont believe. While they were trying to right their wrong

Show full review ⌄

**FRANCOIS 4046**

Case 1:22-cv-04447-JSR    Document 53-16    Filed 03/15/23    Page 6 of 30

1.0 ★☆☆☆☆

**estafadores**

June 3, 2019
By Fabio from Nyc

Cuidado con esto estafadores me robaron 6000 dólares me dieron un precio y después
que firme todo los papeles me salió 6000 dólares más aparte de los taxes el dealer fee
que supuesta mente era grati que solo tenía que pagar taxes y Los Gatos de motors y
vehículo Mucho cuidados con los managers joe el caco pelado que es ladron y mentiroso
mas grande de ese dealer

Show full review ⌄



1.0 ★☆☆☆☆

**Unprofessional car dealer**

May 26, 2019
By Meera Somuri from Cheshire, CT

We took an appointment for today at 3PM to look at a range rover car.We took the appt a
week ago. So we checked this morning and they said its available and the dealer said to
us she is waiting for us. So we came here by 3.15 with 2 little kids and after coming they
said the car got sold away in the morning. They shud have at least called us and
informed us so that we wud not have traveled this far. We traveled 2 hours to look at the
car and finally went back. Very very unprofessional dealer. Will not visit them again. I
heard couple of reviews the same way. I think they do this to bring customers and later
let them buy another car. But this is not the correct way of doing business by telling lies
to customers. We went there with 2 little kids and not easy to travel that far with 2 kids.
Very unprofessional

💬 **Dealer response**

Hi Meera , Thank you for your review. We are a very high volume dealership our inventory
changes on a daily basis.. I do apologize for the inconvenience this may cause you please
give me a call at 718-515-4600 ask for Reena .

Show full review ⌄

1.0 ★☆☆☆☆

**FRANCOIS 4047**

### Unprofessional dealership

May 26, 2019
By meerachowdary on DealerRater

We took an appointment for today at 3PM to look at a range rover car.We took the appt a week ago. So we checked this morning and they said its available and the dealer said to us she is waiting for us. So we came here by 3.15 with 2 little kids and after coming they said the car got sold away in the morning. They shud have at least called us and informed us so that we wud not have traveled this far. We traveled 2 hours to look at the car and finally went back. Very very unprofessional dealer. Will not visit them again. I heard couple of reviews the same way. I think they do this to bring customers and later let them buy another car. But this is not the correct way of doing business by telling lies to customers. We went there with 2 little kids and not easy to travel that far with 2 kids. Very unprofessional

Show full review ⌄



---

1.0 ★☆☆☆☆

### Worst

May 25, 2019
By Nicole from Newyork, NY

We took an appointment for today at 3PM to look at a range rover car.We took the appt a week ago. So we checked this morning and they said its available and the dealer said to us she is waiting for us. So we came here by 3.15 and after coming they said the car got sold away in the morning. They shud have at least called us and informed us so that we wud not have traveled this far. We traveled 2 hours to look at the car and finally went back. Very very unprofessional dealer. Will not visit them again.

---

💬 **Dealer response**

Hi Nicole this is a duplicat review i already respond to the other one

Show full review ⌄

[ **Prev** ]  [ **Next** ]

1   2   3   4   5   6   ...



**FRANCOIS 4048**



## Buying & Selling ⌄

## For Dealers ⌄

## Explore Our Brand ⌄

## Our Company ⌄

**Our Mobile App**

Download the App Today

**Connect With Us**

    

Terms of Service

Privacy Statement

Do Not Sell My Personal Information

Accessibility Statement

Ad Choices

© 2022 Cars.com. All rights reserved.

**FRANCOIS 4049**

Victory Mitsubishi Reviews | Cars.com

**FRANCOIS 4050**



☰ Menu

← Victory Mitsubishi

# Victory Mitsubishi

4.1 ★★★★☆ (786 reviews)



📍 4070 Boston rd Bronx, NY 10475 ↗

Visit Victory Mitsubishi ↗

Sales hours:      9:00am to 9:00pm

Service hours:   8:00am to 5:00pm

View all hours ⌄

New (877) 668-1971

Used (877) 668-3187

Service (877) 743-7117

## Reviews

4.1 ★★★★☆ (786 reviews)

A dealership's rating is based on all of their reviews, with more weight given to recent reviews. Includes reviews of Victory Mitsubishi ↗ from DealerRater.

**Want to share your experience with this dealership?**

[ **Write a review** ]

Sort by
Lowest rated                                                     ⌄

1.0 ★☆☆☆☆

**FRANCOIS 4051**

**I don't recommend this place**

May 21, 2019
By Calichero on DealerRater

I was highly disappointed with my experience with this dealership. They advertised a car for 27.995 online, and throughout the transaction never told me that the price of the car was much higher. I found out a week later that I over paid about $7,000. I went back to the dealer and I got kicked out after I confronted the manager. Joe Trick me with the numbers he made me believe I was buying for 28 he sold it to me for 35

Show full review ⌄



---

1.0 ★☆☆☆☆

**The worst dealer ever**

May 17, 2019
By Ptam on DealerRater

This had to be my worse experience with a dealer. I agree with salesman on price to a car. I don't even try to negotiate a better price and just when salesman and I agree to a deal, he disappears and the "manager" comes over. The manager tells me the salesman made a "mistake" and he can't give me the price we agreed to. The manager quotes various prices and really wants me to finance the car, despite the fact I told the salesman the deal was all cash. The manager says the only way he can make money is of I finance the car. When I refuse to finance, he gives me prices well above what was reasonable and what other dealers I shopped at quoted for the used 2015 Jeep I was looking to buy. Bottom line, I did buy the car, 2 years newer and for $2000 less than this dealer wanted. The manager must have thought I was a complete idiot but you would have to be an idiot to buy from this dealership. Buyer beware when dealing with this place.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Stay Away, my worst nightmare**

May 3, 2019
By Sharlene from Wallingford, CT

This review is long overdue, I am truly truly regretting the fact that I didn't listen to prior reviews. Stay FAR AWAY from this place. I saw a car online and decided to drive to NY to purchase, I was so upset when I arrived to notice that the inside of the car was dirty. The

FRANCOIS 4052

Victory Mitsubishi reviews from cars.com

owner smooth talked me into saying they would clean it and take care of me. I was so nervous I remember balling my eyes out in the lobby, the process went so quickly and sooner or later, they had their shady salesmen take me outside to take a picture in front of the car. Victory Mitsubishi completely ripped me off by selling me a lemon. I bought a Mitsubishi Outlander Sport and 20 minutes after driving off the lot, the check engine light came on and it was smoking! The owner and Chris Stavros told me to drive all the way back to their dealership to get it fixed. The owner screamed at me on the phone and told me that "he knew I'd be a problem and that I can just return the car". After deciding that I wanted to return it, he said "oh that offer is no longer on the table". Week after week, more issues arise (windows not working, tail light went out, broken lights in the back). They still have not fixed those issues. I'm working on legal action against this dealership and have reported them multiple times. Even though my car was a 2015 model and it has SO many issues, I wouldn't even suggest buying a new car from this place, you wouldn't get quality service if something ever went wrong. If you're still thinking about even inquiring about a car, ask them why they have so many bad reviews. I asked Stavros the same question and he practically stumbled on his words to answer. Stay away people.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Stay away from this dealership**

April 24, 2019
By Ali from Michigan

Stay away from this Dealership they all crooks and unprofessional.I called and spoke with Reena Singh regarding BMW 20016 X6 she finalized the price for 34995$ she transferred me to the financial services with Anthony goes by Tony and he added the state tax to it so the total was abt 37300$ I agreed for the price and gave him permission to pull my credit report,the next day I called to check and he told me am approved and asked me when am coming to pick up the car after him and Alex Letta took 1000$ deposits from my acct which I signed the agreement for that . The next day I called to tell them when am traveling from Michigan to New York to pick up the car but I noticed the price on line was changed from 34995$ to 37995 $ Alex answered the call and he told me the price is 37995$ plus taxes plus dealer fees and that's the moment I felt I've been deceived by them and he denied that Tony gave me the previous price as final.I was very upset since they charged me deposit first and then they pulled my credit report second.they held my money for more than 10 days ignoring me calling every day to get my money back all were very not professional and hung up on me several times because they already know my number.finally Alex answers and he told me the problem was the expiration date on my card was placed mistakenly omg what a professional manGer and financial officer they have . This company is a trash and I want to post this because I got hurt and

**FRANCOIS 4053**



deceived by this dealership and they never apologized very rude . I wish if I can post pics I would show everyone the price pics before I applied to the loan and after .

Show full review ⌄

---

1.0 ★☆☆☆☆

**purchase used vehicle online**

April 22, 2019

By Harry from Florida

What in the world are they in the business for , they don't want to sell u a car. Pathetic sales and managers . Sick of trying to buy the car from them

Show full review ⌄



---

1.0 ★☆☆☆☆

**Disgusting**

April 13, 2019

By sammyjr1 on DealerRater

After applying and qualifying for an offer, the finance manager and 1 of the dealership managers tried to sell me an insurance which I didn't take because car was still under factory warranty. As they saw they couldn't get me, they asked for more $ down even though the offer was approved as applied for. After agreeing monthly payments didn't drop, I asked to see the screen, and the asking price was up again. I caught the finance manager bumping numbers about 3 times. Little did she know Math is my favorite subject. After, the manager "Dan" came to try and convince me, and we ended up cursing each other as he showed no respect towards me. As I was there, 2 other fights broke out in the lobby from management, as clients were sitting. Very unprofessional environment.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Not satisfied**

April 3, 2019

By Nazim on DealerRater

I trade a car r from them and 2 days later they called me and told me I need to pay them more $5000. I retuned my car and still they didn't gave me money back.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Horrible**

April 1, 2019
By ChrissyRose on DealerRater

Worst experience ever. Wasted 3 hours of time. The woman on the phone, Cynthia, said we were approved for $0 down and made a big deal about getting into the bronx all the way from Brooklyn in order to get this "amazing" deal that was set in stone supposedly. She was nowhere to be found at the building and we find out she has no authority to promise those kinds of deals over the phone and online. First they sent us to the wrong address and then it started from there. Warren showed us the cars as the boss xxxxxxxxx his other customers. We waited patiently for 3 hours and after all that, the other salesman with tattoos whom I didn't get his name, gave us a deal of $0 down, $439/month with a 11% interest rate. We accepted and he called over Warren for us to get our insurance going. 2 minutes after the call to geico was made, the boss turns around and says they cant give us the deal the man in tattoos already made with us. We had to cancel the insurance immediately. The boss kept saying i need one more day or give me 10 mins. I felt played. They were full of excuses each time. They should not advertise $0 down if they cant do it. They wasted 3 hours of my time, I had my 1 &1/2 year old running around and they had me rush out to the bronx for nothing. This is the worst establishment and best believe every department I can think of is getting a complaint call. They think raising my voice was an issue. Like I was supposed to be ok that they kept lying about the deal. After 2 hours they should have been honest and told me they couldn't help and that they are full of xxxxxxxx. Karma will come. 0 Starz all around. Never go here. Just turn away.

Show full review ⌄

---

1.0 ★☆☆☆☆

**I was car-fished, should have known better**

March 26, 2019
By Tiguan buyer (bought elsewhere) from Boston, MA

**FRANCOIS 4055**



Victory Mitsubishi Reviews & Cars.com

I was shopping for a 3-year old off-lease VW Tiguan SEL. Victory had 2 low-mileage ones in stock, one blue and one black. Comparatively high priced, but absolutely beautiful cars, clean carafes, etc. So I chance the 3 hour drive on a Sunday morning, arriving at their opening time of 10am. First off, they are not morning people, no salespeople get there at 10, it was closer to 11:30 before I saw they VWs. VWs are not on their main "high-line" lot, but they seemed to have a lot of really nice-condition expensive cars there. Wen we walked across the street and around the corner it was a different world. From 20 feet away you could see road rash on the wheels, large scrapes down the side, and other nicks and scratches. On all 5 Tiguans they had, not just the SELs. When I pointed this out to the nice salesperson (who was true nice, polite, and seemed like a great guy), he said that their condition was reflected in their prices. Keep in mind these were some of the highest-priced Tiguans in the area. I was pretty shocked, realized I was an idiot for driving to the Bronx and expecting something vastly different, and I went home (not before the sales manager tried to interest me in a high-line car, though, no surprise). They followed up and I wrote back that I didn't appreciate being car-fished (yes, it's a dad joke), and they got offended. They told me they use stock images for all of their new cars. I pointed out these cars were all 3 years old and they didn't respond. Not sure if they will change their practices to put actual photos on line, if I had seen actual photos (including very dirty interiors) I might have come prepared to negotiate and put some $$$ into cosmetics. As it was, I thought I was paying more for more, but it wasn't so.

Show full review ⌄



---

1.0 ★☆☆☆☆

**Dealership is trash**

February 9, 2019

By Tanner from Oklahoma city

I've been in contact with this dealership for the past 3 days. I called on the first day and told them I was out of state and was wanting to buy a car they had and ship it to me. I LITERALLY HAD A BLANK CHECK. All I asked was for someone, ANYONE, to give me an out--the-door price so i could fill out my check and fly in to sign the paperwork. They wouldn't even give me the time of day, the customer service was non existent and the sales manager was a complete xxxxxx. Was told I'd be receiving a call back in the next 5-10 minutes at least 10 times. Finally got a hold of someone after my 15th phone call that told me the car was sold 3 days ago so basically these people wasted my time and didn't care at all. I'm fairly certain they never sold the car and they're just tired of me leaving messages. This dealership is garbage.

Show full review ⌄

**FRANCOIS 4056**



1.0 ★☆☆☆☆

**Dealership is trash**

February 8, 2019
By Tannerlessing on DealerRater

I've been in contact with this dealership for the past 3 days. I called on the first day and told them I was out of state and was wanting to buy a car they had and ship it to me. I LITERALLY HAD A BLANK CHECK. All I asked was for someone, ANYONE, to give me an out--the-door price so i could fill out my check and fly in to sign the paperwork. They wouldn't even give me the time of day, the customer service was non existent and the sales manager was a complete xxxxxx. Was told I'd be receiving a call back in the next 5-10 minutes at least 10 times. Finally got a hold of someone after my 15th phone call that told me the car was sold 3 days ago so basically these people wasted my time and didn't care at all. I'm fairly certain they never sold the car and they're just tired of me leaving messages. This dealership is garbage.

Show full review ⌄

1.0 ★☆☆☆☆

**Absolute worse**

January 12, 2019
By Alex from New jersey

They contacted me at least 5 times saying car is ready to look at and test drive, Drove 50 miles car was not even there &#8220; at the shop or other lot&#8221; No regard for your time and intelligence. Do not go there.

💬 **Dealer response**

Hi Alex, Thank you choosing Victory Mitsubishi. We sincerely apologize for the inconvenience. Please give us a call so we can better assist you.. Thank you R. Singh

Show full review ⌄

1.0 ★☆☆☆☆

**WORST DEALERSHIP IN NEW YORK**

FRANCOIS 4057

December 19, 2018
By Michael Chambers from Bridgeport, CT

They only exist to just take your money then screw you over. Once you drive your car off the lot forget about getting any assistance afterwards

---

💬 **Dealer response**

Hi Michael, Thank you choosing Victory Mitsubishi. Please give us a call so we can better assist you.. Thank you R. Singh

Show full review ⌄



---

1.0 ★☆☆☆☆

**Greatly Disappointing**

December 8, 2018
By Busybuyer on DealerRater

My husband called ahead to check on a car, and we were told to come in, it was available to view. After driving almost 1 1/2 hours to get there, we were then told that the car was "being serviced." What's worse, is that the salesman said that it had been in the service area for four days. We wasted time, gas, tolls and our evening. To top it off, we were not offered any other cars to look at that might be the same or a similar model. Nada. Would not go there again.

Show full review ⌄

---

1.0 ★☆☆☆☆

**Bad experience**

October 25, 2018
By Bella from Cortlandt Manor NY

This is the first bad review I have ever written. When I called to set up the appointment I specified that I would only be interested in a test drive and financial information, once arrived I told that to the salesman and anyone else I encountered. The people at this dealership tried to get me to buy this car on the spot so intensely it was uncomfortable since I told them countless times I was not leaving with that car today. Once my cousin said it then they listened and wouldn&#8217;t give me any financial information such as final cost of the car or what my apr % would be, if I had gotten the numbers I would have been back the following day for the vechicle! This is my first time buying a car through a

**FRANCOIS 4058**

dealership I just wanted to understand the numbers and have 12 hours to consider it. The salesman was extremely inappropriate describing his sex life and how he was untouchable at this establishment along with not knowing any information about the car I came to see. I had my cousin come with me who is male and the entire time they would only speak to him even though this car was for me I saved and worked hard to be able to afford it and they would only refer to me as &#8220; her &#8220;. There was one incredibly kind man who came over at one point to help who&#8217;s name is Joseph and he was truly great if I had dealt with him I would have bought the car. I left there disgusted.



💬 **Dealer response**

hello, bella, this is joseph the manager that spoke to you when you where here, id first like to say im extremally sorry that you feel this way, and I will personally address this situation you may of had with the rep, if there is anyway I can fix this issue please give me a call at the dealership
718-515-4600 joseph

Show full review ⌄

---

1.0 ★☆☆☆☆

**False Advertising**

October 2, 2018
By Michael K. Alexander from New Orleans, La.

This dealership does false advertisement online. The prices you see are after 20% down. You don&#8217;t find that out until you call. My wife and I talked to someone named Denise. We told her we was pre-qualified for the advertised price of the car which was 18995.00. This was when we was informed the advertised price was after 20% down. Do not do business we this dealership. This type of behavior is promoted in this industry and this dealership is a prefect example of predatory sales.

💬 **Dealer response**

Hello Michael, firstly im sorry you may of had a bad experience, id like to know how you come to this idea as false advertising, we in no shape or form do these type of things in our organization, our prices are true and lowest in the industry, we spoke with Denise about this situation, she gave you your total out the door price, with tax title and tags, and your shipping fees to new Orleans, we have our conversations recorded, you forget to leave out the very low number you offered us on this vehicle, again we are sorry it

didn&apos;t work out for you and your wife. we wish you the very best in your car
shopping experience

Show full review ⌄

---

1.0 ★☆☆☆☆

**I went to buy a car**

September 27, 2018
By Camille from Bronx, NY

I saw a vehicle at their website, called and spoke with sales person. She scheduled me
for a test drive and she even called me the night before to confirm my appointment with
her. I drove early morning from Baltimore to the Bronx, NY only to be told they
don&#8217;t have the car. Not that the car was sold the b4 , they didn&#8217;t have a
clue as to whether they had the car or not. One of the salesperson took me around trying
to convince me buy something else, I was like I didn&#8217;t come here to buy anything.
He brought sales manager to tell me they&#8217;re sorry. They are sorry after driving for
almost 3.5 hrs. I was highly disappointed

💬 **Dealer response**

Hi Camille, Thank you choosing Victory Mitsubishi. Please give us a call so we can better
assist you.. Thank you R. Singh

Show full review ⌄

---

1.0 ★☆☆☆☆

**Very unprofessional**

August 22, 2018
By dioncasimone on DealerRater

Tried to speak to someone in service , they hung up on me ! Finally was able to make an
appointment , once i arrived , my appointment was not scheduled by the employee ! The
whole experience was very unprofessional . My car mileage is still under the warranty
and the employee gave me the run around about having my car checked out ! I've been
having issues with this car and each time someone checks it out , they come up with
excuses as to why it's not operating right but won't offer a solution or fix it . So over it and
honestly can't wait till i no Longer own this car .



**FRANCOIS 4060**

Show full review ⌄

1.0 ★☆☆☆☆

## Worst Servcie Ever. DO NOT GO.

May 18, 2018
By redcobol from Bronx

Warning, Most terrible service. If you want your car damaged then pay for repairs you don&apos;t need. DO NOT GO. Take pictures and video and get names and be prepared to complain to police, DA and consumer affairs. Credit unions should not give credit to do business with them.



Show full review ⌄

1.0 ★☆☆☆☆

## Refusing to refund monies from cancellation of VMP

January 29, 2018
By Sanchia C. on DealerRater

Terrible experience! I called to cancel the vehicle maintenance plan on my car a couple days after I purchased it. I was told by freddy that I need to come in to sign some papers.I went the next day to sign the papers and he denied telling me to come in. According to him I need the title(of the vehicle I just bought) in order to cancel and then he just walked away. The next day I called and spoke with a manager name Leteisha. She agreed with me that a title is not required to cancel. She then transferred me to freddy, who spouted the same crap and hang up the phone on me. My next step was to contact the contract company, Premier Dealer Services. After a couple of back and forths, they informed me that Victory Auto has not forwarded the contract to them yet, but if they do they will return it. Diane, a supervisor at Premier Dealer Services called Victory Auto and spoke with a manager name Jade .She told Jade not to send the contract in and to refund me the full amount .Jade called me and promise to mail the check to the auto financer the following friday. A few weeks passed and the check was not mailed out. I called and ask for Jade only to be told she no longer works at Victory Auto. I was then transferred to Susan, who promised to look into the matter and call me back. She never did. I called her a couple days later and she claimed she has the check, but her manager has to sign it, and he wasn't there right now. Her inability to 'find' the manager went on for several days. Finally, one evening I called her and she told me she overnighted it. This, however turned out to be a lie, as it was not received by the Finance CO. I called her back and she gave me some lame excuses, then we were back to finding the

**FRANCOIS 4061**

manager to sign the check. I decided to to email Theo a General Manger at Victory Auto to see if he could assist me in getting my refund. He responded that he will be in training all day, but will contact me the next day.Two days later I send a reminder email, he responded that he has forwarded the email to the appropriate dept and they should contact me soon. Of course they didn't. I called and asked for the manager in that dept. Maria S. but the receptionist could not locate her. I asked to speak to Susan but was told she no longer works there.

Show full review ⌄



1.0 ★☆☆☆☆

**Transmission died and no resolve given from owner**

January 17, 2018
By N.Evans on DealerRater

DO NOT purchase a vehicle from Victory Auto Group located at 4101 Boston Road BX NY as well as 4070 Boston Road BX NY. The do not service, check or inspect their vehicles before purchase. I was sold a 2010 Dodge Journey on 10/11/2017 and the check engine light was reset and the vehicle was given to me with an inspection sticker scraped from a different vehicle and placed on mine with an inspection of 3/2017. I have been to their service center over 15 times for numerous issues with the vehicle such as check engine light, car stalling/cutting off on highway and multiple times while driving in the middle of the street, no heat in -2 degree weather, holes in tires, steering suspension, senors replacement, no airbag on passenger side, window button not working, brakes and rotors no good, false inspection on car. Finally the transmission went while in their custody on a test drive. I have spoken to the owner Chris who has failed to come to a resolution to this problem as I am spending money on uber, Insurance and a car note for a car that I can not drive. Edwin the financial guy is in on the bad dal. DON'T TRUST THEM. They scam every buyer!!! They have over 30 cars that are brought back daily and they can not service because they do not have educated mechanics that are truthful on the real issues. The waiting room is always packed and they cant answer to every service request/car that comes in. They will also half fix an item and tell other staff you will be back in less than a week. The paperwork they provide to you is also a fraud. CHECK YOUR MILLAGE and warranty agreement as well as the price for the warranty. They do not car about customer satisfaction only getting rid of problem cars and assuming no responsibility for the vehicle.

Show full review ⌄

1.0 ★☆☆☆☆

**FRANCOIS 4062**



### SCAM - online asking price is $2,500 less than reality

July 1, 2017
By jbrozena22 on DealerRater

They quote a price on their website (and every used car aggregator. They call it their 'asking price'. However, when you finally get to their showroom they inform you that the price is actually $2,500 more than what was listed. They are using false advertisement to scam the aggregators into driving them business, then just hoping that after having made the trek to their showroom you will suck it up and agree to pay the extra $2,500. A complete scam. I wasted 4 hours getting to and from this place. The owner claimed that 'all dealerships are doing this'. Definitely not someone I'd want to do business with ever.

Show full review ⌄

---

1.0 ★☆☆☆☆

### worst Experience

January 22, 2016
By Junn on DealerRater

This person from orange County has to be a employee of victory Auto group. I can tell you from experience that this is the worst place to buy a car. S T A Y A W A Y FROM THIS CAR DEALER . Please

Show full review ⌄

---

1.0 ★☆☆☆☆

### Victory Mitsubishi Bronx cars victory motors Bronx Suzuki

February 17, 2015
By JohnPaul on DealerRater

Watch out for the hidden 10% down required and not advertised on the Internet price... Read the fine print... Also this dealership is part of Bronx Suzuki aka Bronx cars horrible business practices --- read the reviews before you buy from them and if you did buy contact the attorney general the bbb and consumer affairs they're on the radar

Show full review ⌄

---

1.0 ★☆☆☆☆

**FRANCOIS 4063**





### Never buy a car at victory auto group or you will regret it

October 29, 2014
By Junn on DealerRater

Worst experience I ever had in a car dealership, everything from price of the car and having to go back to have them change the motor oil and brakes , air filter and all fluids that they said they had done. Everything was lies that would come out of their mouth. I am stuck with this car and that is my fault. All I ask is to everyone out who wants to buy a car to please stay away from victory auto group once you step in its going to be a living xxxx and a night mare. Junn Ortiz

Show full review ⌄

---

1.0 ★☆☆☆☆

### This dealership is a huge scam!!!!!!!! I called Rose...

March 25, 2013
By onemean on DealerRater

This dealership is a huge scam!!!!!!!! I called Rose before I left my house (ninety minutes away and 15.00 in tolls) to confirm the car was there. I gave her my number and then asked her to double check and call me back. She called back and assured me the car was on premises. When I arrived, your manager told me I must have seen the car from a different dealership and was laughing. I told him I saw it on Craigslist he went on Craigslist and tried to hide the posting from me. After I showed him the ad on Craigslist he kept on laughing saying it was an honest mistake. How pathetic this dealership is and will not last long in this day and age of social media. I will be sure to blast this dealership on every site possible. I should have read all the negative reviews and low down tactics this dealership employs before I wasted my money and time.

Show full review ⌄

---

1.2 ★☆☆☆☆

### The Worst experience

November 15, 2019
By Robernard Jean on DealerRater

The customer experience was okay, the sales experience great ofcourse and after the maintenance portion where they fix any issue with the car, horriBLE. I've already gone 3 times week over week for the same problem. I continue to have patience, but every time I

FRANCOIS 4064



go they take 4 hrs to attempt to resolve my same issue. From a customers point of view, they do a great job selling you the vehicle, but after when you have an issue their customer service skills are terrible as well as the warranty and maintenance team. I wish I never bought this car at this point.

Show full review ⌄

---

1.2 ★☆☆☆☆

**Terrible just avoid.**

July 18, 2019
By Markmoore21 on DealerRater

Purchased a vehicle and the car broke down 3 times with in 24 hours of the purchase once in front of the dealer. I was told to have my attorney contact theirs if I did not like their return policy.

Show full review ⌄

---

1.2 ★☆☆☆☆

**Basic maintance**

July 11, 2019
By bekie215 on DealerRater

I left very unhappy the serviceman didn't rotate tires I had to tell him I'm not even sure he did the actual oil change showed me some filters he supposedly change but they looked almost new it's not the first time I've had problems with these people they say they did something and had not done it also as soon as I left my windshield wiper light came on so they didn't check my fluids horrible

Show full review ⌄

---

1.2 ★☆☆☆☆

**Cheat people out of money**

April 21, 2019
By Marek s on DealerRater

23000 with 5000down.plus tax plus you now other stuff so it should be let say 25000 totall. Minus 5000 deposit so i should be financing about 20000$ right no thats not how

**FRANCOIS 4065**



it is there the they charge 25000 plus 1995 so they call it downpayment but get this its it does not goes for your car total. Normally downpayment is minus from the car price not there they even accounted my loan paymen from tax that i would have to pay and that magic 2000 that you have to give them for getting you credit. That i did not need So the tottal without my down payment came out to be 31400. Plus 5000 downpayment so the car cost 36000$ for 23000 dolar car wheach i had 5000 cash and a already had loan thru chase dont go there please or you are going to get white collar robbed i will call every corporate mitsubishi office and bbb to file complaint of how this people misuse mitsubishi name



Show full review ⌄

---

1.3 ★★✫☆☆

**Horrible**

September 29, 2020
By Joshua from Bronx New York

Lied about the process to get me in and than lied about the price of the car after that they didn't wanna fix the marks in the front horrible experience wouldn't recommend them to my worst enemy

---

💬 **Dealer response**

Hi Joshua, Please give me a call so i can assist you. Thank you Reena 718-515-4600 ext 2084

Show full review ⌄

---

1.3 ★★✫☆☆

**Stavros is the biggest piece of crap**

January 18, 2020
By Never Shop At Victory Auto from Bronx NY

Scammers and liars. DO NOT DO BUSINESS WITH THEM. The general manager is a con artist and so is everyone else there.

Show full review ⌄

---

★★✫☆☆                                        **FRANCOIS 4066**



1.4 ★★☆☆☆

## Waste of time and gas

August 11, 2021
By Pedro from Carteret, NJ

This car dealer make me come all the way from NJ to NY to tell me that the car I was ready to purchase it's not available, waste of my time and gas, and they try to sell you something else , they advertise y nice car good price but they don't have them, that is just a bait! Do not go there! Not a good place!

💬 **Dealer response**

Dear Pedro, we sincerely apologize for any frustration this process has caused you. We understand how strongly you must feel and would love the opportunity to make it right. If you're open to a discussion, please contact our Business Manager, Bibi Singh, at bsingh@victorymitsubishi.com. We look forward to hearing from you.

Show full review ⌄



1.4 ★★☆☆☆

## I went to buy an Acura MDX with a confirmation from staff...

July 28, 2020
By Degyphilip on DealerRater

I went to buy an Acura MDX with a confirmation from staff the vehicle are available per ad, the advertised vehicles were not there , Then i looked for infinity q60 since i went from NJ . From the first convention they asked my social security because of pandemic. Any Q60 was available another parking lot. After showed the car without telling tge price, they asked my social security" part of their sale policy". I was waiting more than 45 minutes after i gave my information. Then i told the front, i am going since no one available to discuss about the car they showed me. Andrew the sale person, he told wait another 15 minutes . Again waited with my 2 kids. Then another person asked to go another cabin. The guy told your credit approved. No one talk to me about the car price . Very rude, i was ready to take with advertised price and offered discount in their website. The person told we cannot give you; you are out of state. I asked my personal information. They told they cannot give me back, they need to keep 30 days. I called two days later and spoke to manager my experience with them., her name is Nochole.. She told she will investigate and call back with in 30 minutes. After 2 days no response. Now last 2-3 days i am getting alert about my credit score changes. Please be very careful to give any of your personal information to this dealership .

**FRANCOIS 4067**

Show full review ∨

---

1.4 ★★☆☆☆

**Hate this place, awful customer service, no people skills.**

July 22, 2019
By Dlrrtr123 on DealerRater

Victoria is the head of the service department. She makes it very clear that she hates her job and has no customer service skills at all. She goes out of her way to be rude. Management does not care. They probably encourage her to be an xxxxxxx.



Show full review ∨

---

1.4 ★★☆☆☆

**Horrible dealership**

April 15, 2019
By Maar on DealerRater

They post one price online and then try to change price once you walk in. I had to argue up a storm for them to honor online price. Soooo much miscommunication between sales person, manager, and finance person. The personnel were very friendly and patient ill give them that but Ive bought many used and new cars from numerous dealerships in new york thru out the years and this place is beyond trash.

Show full review ∨

---

1.5 ★★☆☆☆

**Me and my wife came all the way from Philadelphia to see...**

August 8, 2021
By Kanishka Wijesekara on DealerRater

Me and my wife came all the way from Philadelphia to see and test drive their 2020 Mitsubishi Outlander Sport SE that had a clean free Carfax. Shania Frazier setup the appointment over the phone and promised we'd be able to see the car. A guy called Michael checked us in and he and Shania kept us waiting for 2.5 hours for a non-existent car at the dealership! It's all a lie here. Do not fall for their Carfax single picture ads! They

**FRANCOIS 4068**

lure you there and try to sell you their choice of a vehicle. The whole setup is corrupted here. DO NOT GO HERE TO BE RIPPED OFF OF YOUR TIME AND MONEY!!!!

Show full review ⌄

---

1.5 ★★☆☆☆

**Among us not being explained correctly about payments and...**

July 20, 2021
By Becarlo118 on DealerRater



Among us not being explained correctly about payments and billing and how much everything will come up to they also tried to sell me the second key to my car. They wanted to charge me $400 for a second key. I reached out to the manager and the manager never answered back. Therefore I was only given one key to my car and was misinformed about all the billing I was very disappointed

Show full review ⌄

---

1.5 ★★☆☆☆

**The real truth**

November 8, 2020
By Omari from Bronx, NY

After repeatedly telling them not to run my credit with any banks because i was already pre approved by MCU they ran my credit with 11 banks

💬 **Dealer response**

Omari, thank you for bringing this to our attention. At Victory Mitsubishi, we pride ourselves in straightforward, no-nonsense, and transparent dealings with our clients. Please reach out to Bibi at 718-515-4600 ext 2084 so we can look further into the matter.

Show full review ⌄

---

1.5 ★★☆☆☆

**BEWARE they're all liars.**

FRANCOIS 4069



November 8, 2019
By Luis from Brooklyn NY

BEWARE all their "sale", "internet sale", "limited time offer" are all strategies they use to get you over there after they run your credit they'll show you the contract with the car being sold for a higher price than advertised and on top of that they add very high fees. Went there to look at a car that was "for sale" at 24k after I saw the contract it went up to 36k. Stay away from these liars, don't waste your time.

Show full review ⌄

| Prev | Next |

1    2    3    4    5    6    ...

40 results per page

## Buying & Selling    ⌄

## For Dealers    ⌄

## Explore Our Brand    ⌄

## Our Company    ⌄

**Our Mobile App**

Download the App Today



**Connect With Us**

     

**FRANCOIS 4070**

Terms of Service

Privacy Statement

Do Not Sell My Personal Information

Accessibility Statement

Ad Choices

© 2022 Cars.com. All rights reserved.



**FRANCOIS 4071**