September 8, 2021

FROM: Farah Jean Francois
         145 W. 111th Street, Apt. 8
         New York, NY 10026

TO:      Credit Collection Services
         725 Canton Street
         Norwood, MA 02062

         Progressive Max Insurance Company
         6300 Wilson Mills Rd
         Cleveland, OH, 44143-2182

Subject: Credit Collection Services File Number 05 0848 33739 / 05 0856 66943

To whom it may concern,

        I received the enclosed letters from Credit Collection Services on behalf of Progressive
Max Insurance Company date December 6, 2020 and March 30, 2021 attempting to collect
alleged debts of $3,908.66 and $2,476.40 respectively. In short, this debt arose from identity
theft committed against me, specifically the Vehicle and corresponding insurance in question
was fraudulently purchased in my name. I have enclosed these letters.

        Please see the enclosed documents. Most importantly, on July 26, 2021, Capital One
Auto Finance wrote to me to confirm that my claim of identity theft was valid, that they would
request the trade line be deleted from my credit reports, and that I am not liable for the Vehicle
and corresponding account. I have enclosed this letter for your review.

        Additionally, I have enclosed the New York eCourts record showing the arrest of the man
who committed the identity theft against me, the identity theft affidavit I sent to Capital One, and
my police report.

        Again, this debt was not incurred by me and thus I am not liable for it in any way. Please
respond to this letter in writing confirming that you will not be making any further efforts to
collect the debt and understand that I am not liable for it. Do not call me in regards to these
debts.

Regards,

**FRANCOIS 185**

Farah Jean Francois

Attachments:
      1) Copy of Your December 6, 2020 and March 30, 2021 Letters to Me
      2) Copy of July 26, 2021 Capital One Auto Finance Investigation Results
      3) eCourts Record of Arrest
      4) Identity Theft Affidavit
      5) Police Report



# CREDIT COLLECTION SERVICES

725 Canton Street, Norwood, MA 02062
Self-service: www.ccspayment.com
Monday - Friday: 8:00AM-8:00PM, Saturday: 9:00AM-5:30PM, ET

**CALL CENTER: (617) 581-1051**

00666 1 MB 0.436 T 3
FRANCOIS FA JEAN
2914 FARRAGUT RD # 3
BROOKLYN NY 11210-1536

Date: 12/06/20
File Number: 05 0848 33739
Pin Number: 55952
938948432-0000-07-31-JU
CANCEL DATE: 10/24/2020

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| PROGRESSIVE MAX INSURANCE COMPANY | $3,908.66 |

According to our client, the above referenced amount remains unpaid. As a result, your account has been placed with this office for collection. We look forward to working with you to resolve this matter. Thank you.

**Federal Law:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Our NYC Department of Consumer Affairs (DCA) license number is 1004218. Our return call supervisor is Bradford Collins. If you prefer, you may request a customer service agent who speaks Spanish. A translation and description of commonly-used debt collection terms is available in multiple languages on the Department's website, www.nyc.gov/dca.



**SELF-SERVICE WEBSITE:** You can activate email messaging, upload correspondence, request telephone calls to stop, pay by check, Visa, MasterCard, Discover, arrange a payment plan, and more at our secure website: **www.ccspayment.com.**



**CALL CENTER:** You can receive personal attention from a Customer Service Agent during the hours referenced at the top of this notice: (617) 581-1051.



**MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your check payable to: PROGRESSIVE MAX INSURANCE COMPANY.

D321-NY

---

File Number: 05 0848 33739
Pin Number: 55952
FRANCOIS FA JEAN

**AMOUNT OF THE DEBT:**
**$3,908.66**

Do not mail post-dated checks. You can call (617) 581-1051 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.

# Go Green

We offer secure email messaging, as well as the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at: www.ccspayment.com.

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

**FRANCOIS 187**

598880021084833739003908660



# CREDIT COLLECTION SERVICES

725 Canton Street, Norwood, MA 02062.
Self-service: www.ccspayment.com
Monday - Friday: 8:00AM-8:00PM, Saturday: 9:00AM-5:30PM, ET

**CALL CENTER: (617) 581-1051**


00928 1 MB 0.447 T 3
FRANCOIS FA JEAN
2914 FARRAGUT RD # 3
BROOKLYN NY 11210-1536

Date: 03/30/21
File Number: 05 0856 66943
Pin Number: 22891
938948432-0000-07-31-JU
CANCEL DATE: 09/28/2020

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| PROGRESSIVE MAX INSURANCE COMPANY | $2,476.40 |

Thank you for your attention at this time. As of 03/30/21, our records indicate that your past-due account remains unpaid. Please respond to this notice.

Please remit payment by mail (together with the payment stub portion of this notice), by telephone, or by visiting our self-service website @ www.ccspayment.com. If you would like to make suitable payment arrangements, our Customer Service Agents are available at (617) 581-1051. Let's work together to resolve this matter. Thank you.

Once full payment has been posted by this office, your account will be closed and returned to your creditor as paid-in-full. We are required to make the following statement: This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.


**SELF-SERVICE WEBSITE:** You can activate email messaging, upload correspondence, request telephone calls to stop, pay by check, Visa, MasterCard, Discover, arrange a payment plan, and more at our secure website: www.ccspayment.com.


**CALL CENTER:** You can receive personal attention from a Customer Service Agent during the hours referenced at the top of this notice: (617) 581-1051.


**MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your check payable to: PROGRESSIVE MAX INSURANCE COMPANY.


**MAIL OR FAX CORRESPONDENCE:** You can mail correspondence to: CCS P.O. Box 607, Norwood, MA 02062-0607 or fax to: (617) 658-5710. You can include a copy of this notice to avoid processing delays.

0011 - NY

---

| File Number: 05 0856 66943 | PLEASE PAY THIS AMOUNT: |
| Pin Number: 22891 | $2,476.40 |
| **FRANCOIS FA JEAN** | |

NYC Dept. of Consumer Affairs License Number 1004218
Return call supervisor: Bradford Collins

Do not mail post-dated checks. You can call (617) 581-1051 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.



We offer secure email messaging, as well as the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at: www.ccspayment.com.

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

**FRANCOIS 188**

59700001608566694300247 6404



July 26, 2021

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-227-3863

# YOUR FRAUD CLAIM RESOLUTION

FARAH JEAN FRANCOIS
145 W 111 ST APT 8
NEW YORK NY 10026

SNGL
8800008980

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

I am writing to you about an identity theft investigation where you are named as a victim. We have confirmed that this claim is valid. Capital One Auto Finance is requesting that the trade line be deleted from your Equifax, Trans Union, Experian, and Innovis credit bureau reports. Please retain this letter as confirmation that you are not liable for the above referenced account.

If you have any questions please contact our Risk Management Department at **1-800-227-3863, option 7, extension 275-9133**, Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

ED W
Fraud Specialist
Risk Management Department
Capital One Auto Finance



Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LID1_10015

**FRANCOIS 189**

# New York State Unified Court System

## WebCriminal

## Case Details - Summary

### CASE INFORMATION

| | |
|---|---|
| Court: | **Kings Criminal Court** |
| Case #: | **CR-010390-21KN** |
| Defendant: | **Laforest, Emmanuel** |

### Defendant

| | |
|---|---|
| Name: | **Laforest, Emmanuel** |
| Birth Year: | **1989** |

### Incident and Arrest

**Incident**

| | |
|---|---|
| Date: | **June 29, 2020** |
| CTN: | **69537179P** |

**Arrest**

| | |
|---|---|
| Date & Time: | **January 11, 2021 10:00** |
| Arrest #: | **K21601440** |

**Officer**

| | |
|---|---|
| Agency: | **NYPD** |
| Command: | |

### Attorney Information

**Defense Attorney**
No Defense Attorney Information on File

**Assistant District Attorney**

| | |
|---|---|
| Name: | **Kings County District Attorney,** |
| Assigned: | **April 28, 2021** |

### Next Appearance

FRANCOIS 190

Case Details - Summary

Date:    **July 12, 2021**
Time:    **09:00 AM**
Court:   **Kings Criminal Court**
Part:    **DAT-D**

2/2

https://iapps.courts.state.ny.us/webcrim_attorney/Detail?which=case&docketNumber=k29jbPxlKyNiju88Bc3/sw==&courtType=L&countyId=Mx3NDQ8QLq7VMaHuMnNJWw==&docketId=c1UpDC2vsu4...

**FRANCOIS 191**



September 19, 2020

# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, _Farah Jean Fran__ Affiant, whose home address is _2914 Farragut Road_ in the city of _Brooklyn_, county of _Kings_, state of _NEW York_, Social Security Number, REDACTED, driver's license number and state of issue REDACTED after being duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # XXXXXXXXX6242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.

Signed this _25_ day of _09-23_, 20_20_

Signature of Affiant

_FARAH JEAN FRANCOIS_
Printed Name

State of _Brooklyn_
County of _KINGS_

Sworn to and subscribed before me, the undersigned Notary Public, for the state of _NEW YORK_, on the _23_ day of _September_, 202_2_ by _FARAH JEAN FRANCOIS_ who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this _23_ day of _September_, 20_20_

Notary Public
State of _NEW YORK_

SEAL

DAVID LORDE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LO6200830
Qualified in Kings County
Commission Expires Oct. 15, 2017 2021

---

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

## FRANCOIS 192

Fraud Questionnaire_10007



September 19, 2020

# FRAUD QUESTIONNAIRE

Name: Farah Jean Francois

Address: 2914 Farragut Road, APT 3 Brooklyn, NY 11210

Home Phone: 917-291-5009   Email Address: Jeanfrancoisfarah09@gmail.com

Previous Address: 145 West 111 Street Apt 8 NEW york, NY 10026.com

Signature SAMPLE 1: Farah Jean Francois

Signature SAMPLE 2: Farah Jean Francois

Signature SAMPLE 3: Farah Jean Francois

Social Security Number: REDACTED   of Birth: REDACTED   License #: REDACTED

State of Issue: NY   Has your Drivers License been stolen? ☑ Yes ☐ No   If Yes, Date: I don't remember

## TELL US ABOUT YOUR SITUATION:

**1. Types of Identity Theft you have experienced (check all that apply):**

☑ Loans
☐ Internet or Email
☐ Securities or Other Investments

☐ Checking or Savings Accounts
☐ Credit Cards
☑ Other

☐ Government Documents or Benefits
☐ Phone or Utilities

**2. What Happened:**
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐ Contacted by Loan Company
☑ Mail Service Disrupted
☐ Check(s) Bounced
☐ Noticed Funds Missing from Bank Account
☐ Contacted by Police or Other Law Enforcement
☐ Don't know
☐ Other

☐ Contacted by Debt Collector
☐ Credit Card/New Checks Not Received
☐ Phone Service Disrupted

☑ Noticed Credit Report Inaccuracies
☐ Denied Credit, Employment, Other
☐ Not Permitted to Open Bank Account

☐ Noticed Unauthorized Charges on Account Statement
☐ Civil Suit Filed or Court Judgment Entered Against You

When did that first indication happen? (MM/DD/YYYY) 09-16-20

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY) I don't Know

What was the total dollar value of the identity theft? $ Loans From You For Auto Finance
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $ 29,462.81

**3. Dealership Information (NOTE: No. 3 must be completed if you are alleging Dealership Misrepresentation)**
Dealership Name: _____

Dealership Address: _____

Name and telephone numbers of every individual with whom you were in contact at the dealership:

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

**FRANCOIS 193**

Fraud Questionnaire_10007



September 19, 2020

# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

_____

### 4. Thief's Identity

Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: EMMANUEL LAFOREST _____ Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

_____

Any other information you have about the person who committed the identity theft:

_____

_____

### 5. Contacts:

Which of the following credit bureaus have you called to report the fraud?

☐ Equifax        (800) 525-6285        ☑ Experian        (888) 397-3742 (Opt 5)        ☐ None
☐ Trans Union    (800) 680-7289        ☐ Innovis         (800) 540-2505

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)

☐ Equifax    ☑ Experian    ☐ Trans Union    ☐ Innovis    ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)

☐ Equifax    ☑ Experian    ☐ Trans Union    ☐ Innovis    ☐ None

Have you contacted the affected banks and/or creditors?
☐ All ☑ Some ☐ None

Have you contacted the police?
☑ Yes ☐ No  Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☑ Yes ☐ No

### 6. Comments:

Tell us anything else you think it would be helpful for us to know:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

**FRANCOIS 194**

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 07-15)

*DET. NIEH - 718-851-5554*

Date: 9/25/2020

Welcome to _70 PCT_   _154 LAWRENCE AVE_   718-851-5511 EXT: 0
　　　　　　(Command)　　　(Address)　　　　　　　　　　(Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: _2020-070-6119_   Accident Report No.: _____   Aided Report No.: _____

Reported to: _PO_  _CHIU_ _____   Date of Occurrence: _6/29/20_  Time: _1200_
　　　　(Rank)　(Name)　　　(Shield No.)

Location of Occurrence: _2914 FARAGUT RD_

Crime: _ID THEFT_

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number _____ . Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

### COURTESY — PROFESSIONALISM — RESPECT

### REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

**FRANCOIS 195**

v-78B (12/07)

New York State Department of Motor Vehicles

# REPORT OF LOST, STOLEN OR CONFISCATED MOTOR VEHICLES ITEMS

**Please read the information on the back of this form.**

The following item(s) have been reported:

☒ Lost  ☐ Stolen/destroyed **as result of a crime**

☒ Confiscated or surrendered to police to comply with S/R order

| | | ☐ Driver License | ☐ Non-Driver ID | ☐ Learner Permit |
|---|---|---|---|---|
| | | ☐ License Plate(s) | ☐ Registration Sticker | |

| Number of Plates | ☐ One<br>☒ Two | Plate Number/License or Client ID<br>JSE 8212 | Type of Registration/<br>License Class | Expiration Date | Date Reported to Police |
|---|---|---|---|---|---|

| Lost, Stolen or Confiscated: | | | |
|---|---|---|---|

Name of Licensee/Registrant  Jean Francois Farah

Address of Licensee/Registrant  2914 Farragut Rd # 3 Brooklyn NY 11210

Agency/Precinct

Address  54 Lawrence Ave

Police Agency  NPD

| Rank & Shield or<br>Tax I.D. No. 961660 /16853 | Case<br>Number 2020-010-00614 | Date 09/21/21 |
|---|---|---|

Signature of Officer ♦

November 22, 2021

FROM: Farah Jean Francois
       2914 Farragut Rd. #3
       Brooklyn, NY 11210

**VIA Certified Mail Return Receipt Requested**
TO:   Transworld Systems Inc.
       PO Box 15094
       Wilmington, Delaware 19850

       MTA Bridges and Tunnels
       Triborough Bridge and Tunnel Authority
       2 Broadway, 24th Floor
       New York, NY 10004

Subject: Violations T022030756551-00001, -00002, -00003, -00004, -00005, T022034296751-00001, T032029697624-00001, -00002, T022030756569-00001

To whom it may concern,

    This letter is in response to calls from Transworld attempting to collect a debt owed to MTA Bridges and Tunnels arising from the above-listed violations. In short, these violations (and accordingly the debt incurred) arose from identity theft committed against me, specifically the Vehicle that committed the violations in question was fraudulently purchased in my name.

    On June 29, 2020, without my knowledge, my brother-in-law Emmanuel Laforest fraudulently purchased a 2017 BMW 5 Series, VIN #WBAJA7C38HG904646 ("the Vehicle") using my stolen driver's license and identity. Mr. Laforest admitted to the fraud, and accordingly I was able to have the Vehicle financer, Capital One, confirm that the account was fraudulent and that I was not liable for the Vehicle in a July 26, 2021 Letter. On September 16, 2020, I filled out a fraud questionnaire provided to me by Capital One, and on September 23, 2020 I filled out a fraud affidavit, also provided by Capital One. On September 25, 2020, I filed a police report with the New York Police Department regarding the identity theft. On January 11, 2021, Mr. Laforest was arrested by the NYPD for the theft. And most recently on September 21, 2021, I obtained a Report of Lost, Stolen or Confiscated Motor Vehicle Items from the NYPD. Please see the enclosed documents showing the identity theft committed against me.

    Again, this debt was not incurred by me and thus I am not liable for it in any way. Do not call me anymore in regards to this debt.

**I am not requesting validation as it has already been determined the Vehicle at issue was fraudulently purchased – I am demanding you immediately cease collection in compliance with the law, and provide me with confirmation that you will cease collection by December 8, 2021.**

Regards,

Farah Jean-Francois

Attachments:
      1) Violations from MTA Bridges and Tunnels
      2) Fraudulent Agreement for Purchase of the Vehicle
      3) July 26, 2020 Letter Confirming Fraud
      4) Fraud Questionnaire
      5) Fraud Affidavit
      6) September 25, 2020 Police Report
      7) Arrest record for Emmanuel Laforest
      8) NYPD Report of Lost, Stolen or Confiscated Motor Vehicles Items

**MTA** Bridges and Tun.

# NOTICE OF VIOLATION ENFORCEMENT ACTION

| Notice Date: | | 09/28/2020 | |
|---|---|---|---|
| **Total Due if received by 10/28/2020** | | **Total Due if received after 10/28/2020** | |
| Toll(s) Due: | $76.00 | Toll(s) Due: | $76.00 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $500.00 |
| **Total Due:** | $76.00 | **Total Due:** | $576.00 |

01200
FARAH JEANFRANCOIS
2914 FARRAGUT RD 3
BROOKLYN, NY 11210

Our records indicate that the vehicle bearing E-ZPass Tag number listed below crossed an MTA Bridges and Tunnels (MTA B&T) Facility without payment of the Toll(s). To avoid further action for the violation transaction(s) detailed, please pay the Total Tolls(s) Due by **10/28/2020** as instructed in the Payment Options below.

Public Authorities Law § 553 and 21 NYCRR §§ 1020.7, 1021.3 & 1023.7 prohibit vehicular crossings except upon payment of tolls at the place and time and in the manner established by MTA Bridges and Tunnels (legal name, Triborough Bridge and Tunnel Authority).

**Failure to respond to this Notice of Violation in a timely manner may result in the imposition of an administrative violation fee of up to $100 per unpaid Toll, referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14 or exclusion from MTA B&T Facilities under 21 NYCRR 1020.7.**

VIOLATION TRANSACTION(S)* Facility Codes are available at www.e-zpassny.com/en/about/plazas.shtml

| Violation Number | E-ZPass Tag # | License Plate | Facility | Lane | Date | Time | Toll(s) | Fee(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| T022030756551-00001 | 005037424З2 | NY JSE8212 | VNB | 002 | 08/16/20 | 12:09:01 | $19.00 | $0.00 | $19.00 |
| T022030756551-00002 | 005037424З2 | NY JSE8212 | RKB | 010 | 08/17/20 | 02:19:56 | $9.50 | $0.00 | $9.50 |
| T022030756551-00003 | 005037424З2 | NY JSE8212 | VNB | 002 | 08/21/20 | 20:28:55 | $19.00 | $0.00 | $19.00 |
| T022030756551-00004 | 005037424З2 | NY JSE8212 | VNB | 002 | 08/22/20 | 19:17:03 | $19.00 | $0.00 | $19.00 |
| T022030756551-00005 | 005037424З2 | NY JSE8212 | BWB | 001 | 08/25/20 | 15:20:34 | $9.50 | $0.00 | $9.50 |
| | | | | | | | $76.00 | $0.00 | $76.00 |



## Dispute/Payment Options

| Online | Phone |
|---|---|
|  |  |
| e-zpassny.com/payviolation | 1-800-333-8655 |
| Mail | Cash Payments |
|  |  |
| See Back of Notice | e-zpassny.com/retailerlocator |

Receive Code 12555

----------------------DETACH COUPON BELOW----------------------

**FARAH JEANFRANCOIS**

Violations Processing Center     Violation #: T022030756551-00001
PO BOX 15186
Albany, NY 12212-5186

Payment Instructions (or go to www.e-zpassny.com/payviolation):

☐ Check or Money Order Enclosed

☐ Credit Card Payment (VISA, AMEX, Discover, MasterCard)

| Notice Date: | | 09/28/2020 | |
|---|---|---|---|
| **Total Due if received by 10/28/2020** | | **Total Due if received after 10/28/2020** | |
| Toll(s) Due: | $76.00 | Toll(s) Due: | $76.00 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $500.00 |
| **Total Due:** | $76.00 | **Total Due:** | $576.00 |

| | | | | | | | | | / | | | | Payment Enclosed: $ | |

Credit Card Number                                              Expiration Date

☐ Bank Account Payment

Bank Routing Number                    Bank Account Number

I authorize The MTA Bridges and Tunnels (MTA B&T) to immediately make a one-time charge to my credit card or bank account supplied for the amount shown above.

Authorized Signature _____     Date _____

Receive Code 12555

2200802203075L551000000000FRANCOIS 199000000000000000007L007

TBA1

**MTA Bridges and Tunnels**

# NOTICE OF VIOLATION ENFORCEMENT ACTION

00756
FARAH JEANFRANCOIS
2914 FARRAGUT RD 3
BROOKLYN, NY 11210

| Notice Date: | 10/13/2020 | | |
|---|---|---|---|
| Total Due if received by 11/12/2020 | | Total Due if received after 11/12/2020 | |
| Toll(s) Due: | $9.50 | Toll(s) Due: | $9.50 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $100.00 |
| Total Due: | $9.50 | Total Due: | $109.50 |

Our records indicate that the vehicle bearing E-ZPass Tag number listed below crossed an MTA Bridges and Tunnels (MTA B&T) Facility without payment of the Toll(s). To avoid further action for the violation transaction(s) detailed, please pay the Total Toll(s) Due by 11/12/2020 as instructed in the Payment Options below.

Public Authorities Law § 553 and 21 NYCRR §§ 1020.7, 1021.3 & 1023.7 prohibit vehicular crossings except upon payment of tolls at the place and time and in the manner established by MTA Bridges and Tunnels (legal name, Triborough Bridge and Tunnel Authority).

Failure to respond to this Notice of Violation in a timely manner may result in the imposition of an administrative violation fee of up to $100 per unpaid Toll, referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14 or exclusion from MTA B&T Facilities under 21 NYCRR 1020.7.

## VIOLATION TRANSACTION(S)* Facility Codes are available at www.e-zpassny.com/en/about/plazas.shtml

| Violation Number | E-ZPass Tag # | License Plate | Facility | Lane | Date | Time | Toll(s) | Fee(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| T022034296751-00001 | 00503742432 | NY JSE8212 | RKM | 001 | 09/11/20 | 21:40:04 | $9.50 | $0.00 | $9.50 |
| | | | | | | | $9.50 | $0.00 | $9.50 |



### Dispute/Payment Options

Online

e-zpassny.com/payviolation

Phone
1-800-333-8655

Mail

See Back of Notice

Cash Payments
e-zpassny.com/retailerlocator

Receive Code 12555

-------------------------------- DETACH COUPON BELOW --------------------------------

FARAH JEANFRANCOIS

Violations Processing Center    Violation #: T022034296751-00001
PO BOX 15186
Albany, NY 12212-5186

Payment Instructions (or go to www.e-zpassny.com/payviolation):

☐ Check or Money Order Enclosed

☐ Credit Card Payment (VISA, AMEX, Discover, MasterCard)

| Notice Date: | 10/13/2020 | | |
|---|---|---|---|
| Total Due if received by 11/12/2020 | | Total Due if received after 11/12/2020 | |
| Toll(s) Due: | $9.50 | Toll(s) Due: | $9.50 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $100.00 |
| Total Due: | $9.50 | Total Due: | $109.50 |

Credit Card Number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ / ☐☐  Expiration Date

Payment Enclosed: $ ☐

☐ Bank Account Payment

☐☐☐☐☐☐☐☐☐ ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
Bank Routing Number          Bank Account Number

I authorize The MTA Bridges and Tunnels (MTA B&T) to immediately make a one-time charge to my credit card or bank account supplied for the amount shown above.
Authorized Signature _____ Date _____

Receive Code 12555

**FRANCOIS 200**

2200802203429675100000000000000000010032E0E00000000000000000009500

TBA1

# NOTICE OF TOLL(S) DUE



PORT
AUTHORITY
NY NJ
AIR LAND RAIL SEA

| | |
|---|---|
| Notice Date: | 09/28/2020 |
| Toll(s) Due: | $32.00 |
| Fee(s) Due: | $100.00 |
| Total Due: | $132.00 |

01569
FARAH JEANFRANCOIS
2914 FARRAGUT RD 3
BROOKLYN, NY 11210

Our records indicate that the vehicle bearing the license plate listed below passed through The Port Authority of NY and NJ toll plaza without payment of the Toll(s). To avoid further action for the transaction(s) detailed, please pay the Total Due by 10/13/2020 as instructed in the Payment Options below.

Failure to respond to this Notice of Toll(s) Due (in a timely manner) may result in the imposition of an administrative fee of $50 per unpaid Toll(s), referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14 or by the equivalent department of your home State under Vehicle and Traffic Law § 518.

New York Unconsolidated Laws (Section 6802) and New Jersey Statutes Annotated (32:1-154.2) prohibit vehicular crossings except upon payment of toll(s) and other charges as prescribed by The Port Authority of NY and NJ and declare that it is unlawful for any person to refuse to pay, or to evade or attempt to evade payment of such toll(s) and other charges.

**TOLL TRANSACTION(S) - Plaza Codes are available at www.e-zpassny.com/en/about/plazas.shtml**

| Transaction Number | E-ZPass Tag # | License Plate | Plaza | Lane | Date | Time | Toll | Fee | Total |
|---|---|---|---|---|---|---|---|---|---|
| T032029697624-00001 | 00503742432 | NY JSE8212 | BB | 04 | 08/20/20 | 20:35:42 | $16.00 | $50.00 | $66.00 |
| T032029697624-00002 | 00503742432 | NY JSE8212 | BB | 02 | 08/21/20 | 13:06:16 | $16.00 | $50.00 | $66.00 |
| | | | | | | TOTAL AMOUNT DUE | $32.00 | $100.00 | $132.00 |



## Dispute/Payment Options

| Online | Phone |
|---|---|
|  |  |
| www.e-zpassny.com/paytoll | 1-844-826-8400 |
| Mail / Dispute | Avoid Mailings by Joining E-ZPass |
|  | E-ZPass® |
| See Bottom / Back of Notice | Visit: www.e-zpass.com |

NOTE: A fee of up to $25 may be assessed for any declined bank account payment or check returned for non-payment.

--------------------------------DETACH COUPON BELOW--------------------------------

FARAH JEANFRANCOIS

Violations Processing Center   Transaction #: T032029697624-00001
PO BOX 15186
Albany, NY 12212-5186

Payment Instructions (or go to www.e-zpassny.com/paytoll):

| | |
|---|---|
| Notice Date: | 09/28/2020 |
| Toll(s) Due: | $32.00 |
| Fee(s) Due: | $100.00 |
| Total Due: | $132.00 |

☐ Check Or Money Order Enclosed

☐ Credit Card Payment (VISA, AMEX, Discover, MasterCard)

Credit Card Number          Expiration Date          Payment Enclosed: $

☐ Bank Account Payment

Bank Routing Number          Bank Account Number

I authorize The Port Authority of NY and NJ to immediately make a one-time charge to my credit card or bank account supplied for the amount shown above.

Authorized Signature _____ Date _____

PAA2

**FRANCOIS 201**

**MTA Bridges and Tunnels**

# NOTICE OF VIOLATION ENFORCEMENT ACTION

FARAH JEANFRANCOIS
2914 FARRAGUT RD 3
BROOKLYN, NY 11210

| Notice Date: | | 09/28/2020 | |
|---|---|---|---|
| **Total Due if received by 10/28/2020** | | **Total Due if received after 10/28/2020** | |
| Toll(s) Due: | $9.50 | Toll(s) Due: | $9.50 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $100.00 |
| **Total Due:** | $9.50 | **Total Due:** | $109.50 |

Our records indicate that the vehicle bearing E-ZPass Tag number listed below crossed an MTA Bridges and Tunnels (MTA B&T) Facility without payment of the Toll(s). To avoid further action for the violation transaction(s) detailed, please pay the Total Toll(s) Due by **10/28/2020** as instructed in the Payment Options below.

Public Authorities Law § 553 and 21 NYCRR §§ 1020.7, 1021.3 & 1023.7 prohibit vehicular crossings except upon payment of tolls at the place and time and in the manner established by MTA Bridges and Tunnels (legal name, Triborough Bridge and Tunnel Authority).

**Failure to respond to this Notice of Violation in a timely manner may result in the imposition of an administrative violation fee of up to $100 per unpaid Toll, referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14 or exclusion from MTA B&T Facilities under 21 NYCRR 1020.7.**

VIOLATION TRANSACTION(S)* Facility Codes are available at www.e-zpassny.com/en/about/plazas.ahtml

| Violation Number | E-ZPass Tag # | License Plate | Facility | Lane | Date | Time | Toll(s) | Fee(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| T022030756569-00001 | 00503742432 | NY JSFR212 | RWR | 005 | 08/26/20 | 09:42:20 | $9.50 | $0.00 | $9.50 |
| | | | | | | | $9.50 | $0.00 | $9.50 |



## Dispute/Payment Options

| Online | Phone |
|---|---|
|  |  |
| e-zpassny.com/payviolation | 1-800-333-8655 |
| Mail | Cash Payments |
|  |  |
| See Back of Notice | e-zpassny.com/retailerlocator |

-------------------------DETACH COUPON BELOW-------------------------

FARAH JEANFRANCOIS

Violations Processing Center    Violation #: T022030756569-00001
PO BOX 15186
Albany, NY 12212-5186

Payment Instructions (or go to www.e-zpassny.com/payviolation):

☐ Check or Money Order Enclosed

☐ Credit Card Payment (VISA, AMEX, Discover, MasterCard)

| Notice Date: | | 09/28/2020 | |
|---|---|---|---|
| **Total Due if received by 10/28/2020** | | **Total Due if received after 10/28/2020** | |
| Toll(s) Due: | $9.50 | Toll(s) Due: | $9.50 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $100.00 |
| **Total Due:** | $9.50 | **Total Due:** | $109.50 |

Credit Card Number     Expiration Date     Payment Enclosed: $

☐ Bank Account Payment

Bank Routing Number     Bank Account Number

I authorize The MTA Bridges and Tunnels (MTA B&T) to immediately make a one-time charge to my credit card or bank account supplied for the amount shown above.

Authorized Signature _____    Date _____



**FRANCOIS 202**

TBA1

**Ictory Mitsubishi**
4070 Boston Road
Bronx, New York 10475

Tel.: 718.515.4600
Fax: 718.515.6905
NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

DATE: 06/29/20

JH JEAN FRANCOIS

BUS TEL. N/A

RES. TEL. (347)896-5054

2914 FARRAGUT BROOKLYN, NY 11210

SALESMAN HOUSE SALES REP

...contract for the purchase of the following motor vehicle subject to the conditions and specifications.
...er set forth in this agreement, and to the ADDITIONAL TERMS AND CONDITIONS on the reverse side.

Did you learn about Victory Mitsubishi through:
Radio-T/V ☐   Newspaper ☐   Recommendation ☐

| MODEL YEAR | MAKE | MODEL TYPE | MODEL NO. | | | | STOCK NO. |
|---|---|---|---|---|---|---|---|
| 2017 | BMW | 5 SERIES | 175B | ☐ NEW  ☐ DEMO  ☒ USED  ☐ LEASE | | | 3385 |

| EXTERIOR COLOR | INTERIOR TRIM | SERIAL NO. | ESTIMATED DELIVERY DATE |
|---|---|---|---|
| GRAY | | WBAJA7C38HG904646 | 05/29/20 |

IF THE NEW MOTOR VEHICLE HAS NOT BEEN DELIVERED IN ACCORDANCE WITH THIS CONTRACT WITHIN 30 DAYS FOLLOWING THE ESTIMATED DELIVERY DATE, THE CONSUMER HAS THE RIGHT TO CANCEL THE CONTRACT AND TO RECEIVE A FULL REFUND, UNLESS THE DELAY IN DELIVERY IS ATTRIBUTABLE TO THE CONSUMER.

PLACE OF DELIVERY

### COST OF VEHICLE

| | |
|---|---|
| COST OF VEHICLE | 31,995 00 |

**IMPORTANT NOTICE TO USED CAR BUYER**

**DEALER INSTALLED EQUIPMENT AND SERVICES**

| | | |
|---|---|---|
| | | 31,995 00 |
| INTERSTATE (STAR AUTO) | | 3,000 00 |

| | | | |
|---|---|---|---|
| TOTAL | | $ | 34,995 00 |
| LESS TRADE-IN CREDIT | | | N/A |
| CASH PRICE | | $ | 34,995 00 |
| SALES TAX | 8.875 % | | 3,105 81 |
| NYS REQUIRED TIRE RECYCLING FEE ($2.50 PER TIRE) | | $ | N/A |
| | | $ | |
| REGISTRATION FEE (ESTIMATE) | | | 75 00 |
| | | | 250 00 |
| INSPECTION FEE | | | 37 00 |
| OTHER - ITEMIZE | | | N/A |
| TOTAL CASH PRICE DELIVERED | | $ | 34,995 00 |
| LESS DEPOSIT  ☐ CASH  ☐ CHECK  ☐ CHARGE | | | 9,000 00 |
| PLUS BALANCE OWING ON TRADE-IN | | | N/A |
| AMOUNT DUE IN CASH OR CERTIFIED CHECK BEFORE TITLED | | $ | 29,462 81 |

### DESCRIPTION OF TRADE-IN

| YEAR | MAKE | MODEL |
|---|---|---|
| N/A | N/A | N/A |

| SERIAL NO. | | |
|---|---|---|
| N/A | | |

| ADD'L DER. | / / | $ |
| ADD'L DER. | / / | $ |

BUYER IS NOT REQUIRED TO OBTAIN CREDIT LIFE INSURANCE COVERAGE

NO AUTOMOBILE INSURANCE COVERAGE IS INCLUDED

UNPAID BALANCE   $

**FRANCOIS 203**

**MITSUBISHI MOTORS**
Drive your Ambition

**Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475
Tel.: 718.515.4600
Fax: 718.515.6905

NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

| DATE | | INVOICE NO. | STOCK NO. | KEY |
|---|---|---|---|---|
| 06/29/20 | | | 3385 | • |
| | | Salesman Number | | • |

| DESCRIPTION | COST | ACCT NO. | SALE | KEY |
|---|---|---|---|---|
| PRICE | | | 31,995.00 | • |
| | | | | • |

SOLD TO  FARAH JEAN FRANCOIS
ADDRESS  2914 FARRAGUT
BROOKLYN, NY 11210

| | | | | |
|---|---|---|---|---|
| INTERSTATE (STAR AUTO | | | 3,000.00 | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |

SALESMAN HOUSE SALES REP          CUST.#
N/A                               YESSICA VALLEJO

| YEAR | MAKE | MODEL | NEW OR USED | KEY NUMBERS |
|---|---|---|---|---|
| 2017 | BMW | 5 SERIES | USED | N/A |

| COLOR | MILEAGE | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|
| GRAY | 24,580 | WBAJA7C38HG904646 |

FACTORY OPTIONS

PRIOR USE CERTIFICATION (required by vehicle and traffic law 417-a if
the principal prior use of the vehicle was as a police vehicle, taxicab, rental
vehicle or driver education vehicle). The principal prior use of this vehicle
may have been as: a police vehicle _____ , a taxicab _____ , a
rental vehicle _____ , or a driver education vehicle _____ .

DEALER OPTIONS

| | | |
|---|---|---|
| USED RETAIL | | - |
| USED WHOLESALE | | - |
| RECONDITIONING | | |
| **CAR DEAL NO.** | | |
| SALES TAX | 8.875 % | 3,105.81 |
| LICENSE & TITLE | | 250.00 |
| N.Y. STATE INSPECTION FEE | | 37.00 |
| ***TIRE DISPOSAL FEE | | N/A |
| *DEALER OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CERTIFICATES OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES BY APPLICABLE.) THIS IS NOT A DMV FEE *$45.00* | | 75.00 |
| | TOTAL CASH PRICE | 38,462.81 |
| FINANCING | | 13,863.19 |
| INSURANCE | | N/A |
| | TOTAL TIME PRICE | 52,326.00 |

MV-50#

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE
SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY
IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER
ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION
WITH THE SALE OF SAID PRODUCTS.

**A. USED VEHICLE CERTIFICATE OF ADEQUACY**
"IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, DEALER NAMED ABOVE CERTIFIES
THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFAC-
TORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY."

**IMPORTANT NOTICE TO USED CAR BUYER**
(A) STATE LAW REQUIRES THAT SELLER OR SECOND HAND CARE CERTIFY IN WRITING TO THE BUYER
THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (B) THIS CERTIFICATION IS A GUARANTEE
THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (C) YOU HAVE A RIGHT TO REQUEST THE
DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH
DOES NOT COMPLY WITH THIS CERTIFICATION. (D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF
CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004, COMPLAINT PHONE: DIAL 311

| | | | |
|---|---|---|---|
| S E T L Y M E N T | DEPOSIT | | 9,000.00 • |
| | CASH ON DELIVERY | | 9,000.00 |
| | N/A | | N/A |
| | USED CAR ALLOWANCE WARRANTY MONTHS DOLLARS 72° 6017½ MONTH | | N/A |
| | | | 43,326.00 |
| | | TOTAL | 29,462.81 |
| PAY OFF BAL. OWING TO FINANCE CO | | | N/A - |
| INCENTIVE | | | N/A • |
| CONTRACTS IN TRANSIT | | | N/A • |
| CAPITAL ONE AUTO FINANCE | | | • |

USED CAR TRADES

| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| BODY COLOR | | VALUE OF TRADE | STOCK NO. | | |
|---|---|---|---|---|---|
| N/A | | N/A | N/A | | • |

THE OPTIONAL DEALER REGISTRATION OR TITLE APPLICATION PROCESSING FEE ($75.00 MAXIMUM) AND SPECIAL PLATE PROCESSING FEE ($5.00 MAXIMUM) ARE NOT NEW YORK STATE OR DEPARTMENT OF MOTOR VEHICLES FEES. UNLESS A LIEN IS BEING RECORDED ON THE DEALER ISSUED NUMBER PLATES YOU MAY SUBMIT YOUR OWN APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE OR FOR A SPECIAL OR DISTINCTIVE PLATE TO ANY MOTOR VEHICLE ISSUING OFFICE. **THE $345 DELIVER FEE REPRESENTS COST IN PREPARING YOUR VEHICLE AND ALL NECESSARY PAPERWORK AND ADDITIONAL DEALER PROFIT. THIS FEE IS NOT MANDATED OR IMPOSED BY THE STATE OF NEW YORK *** NEW YORK STATE LAW REQUIRES US TO ACCEPT AND MANAGE WAST TIRES FORM VEHICLES IN EXCHANGE FOR AN EQUAL NUMBER OF NEW TIRES THAT WE SELL OR INSTALL. WE ARE REQUIRED TO CHARGE A SEPARATE AND DISTINCT WASTE TIRE MANAGEMENT AND RECYCLING FEE OF $2.50 FOR EACH NEW TIRE WE SELL. ANY ADDITIONAL TIRE MANAGEMENT RECYCLING COSTS ARE INCLUDED IN THE ADVERTISED PRICE OF THE NEW TIRE.

**FRANCOIS 204**

ADDITIONAL TERMS AND CONDITIONS

1. As used in this Order the terms (a) 'Dealer' shall mean Victory Mitsubishi, et. al (b) 'Purchaser' shall mean the party executing this Order as such on the face hereof and (c) 'Manufacturer' shall mean the corporation or other business entity that manufactured the vehicle or chassis, it being understood by Purchaser and Dealer that Dealer is in no respect the agent of Manufacturer that Dealer and Purchaser are the sole parties to this Order and that reference to Manufacturer herein is for the purpose of explaining generally certain contractual relationships existing between Dealer and Manufacturer with respect to new motor vehicles.

2. If this Order is cancelled and a used vehicle has been traded in as a part of the consideration for such motor vehicle, such used vehicle shall be returned to Purchaser upon payment of a reasonable charge for storage and repairs (if any) or, if such used vehicle has been previously sold by Dealer, Dealer will refund the wholesale value of the vehicle as set forth in the current Galves Listing or any other accepted guide used within the industry, less any expenses incurred by Dealer. Bank financing arranged through this dealership may involve rates different from and greater than those available directly from banks. Various incidental items such as Extended Service Agreements may be sold by this Dealership to the Purchaser in conjunction with the sale of this vehicle. The amount charged to the Purchaser by this Dealership may be greater than this Dealership's cost. In addition, this Dealership may assist the Purchaser in acquiring financing, and various other items form third parties which are incidental to the acquisition of a vehicle, in which case this Dealership may receive payment from such third parties.

3. If the used motor vehicle which has been traded in as a part of the consideration for the vehicle ordered hereunder is not to be delivered to Dealer until delivery to Purchaser of such vehicle, the used motor vehicle shall be reappraised at that time and such reappraised value shall determine the allowance made for such used motor vehicle. If such reappraised value is lower than the original allowance therefor shown on the front of this Order, Purchaser may if dissatisfied therewith, cancel this Order, provided, however, that such right to cancel is exercised prior to the delivery of the motor vehicle ordered hereunder to the Purchaser and surrender of the used motor vehicle to Dealer.

4. Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used vehicle traded in as a part of the consideration for motor vehicle ordered hereunder at the time of delivery of such used vehicle to Dealer. Purchaser warrants any such used vehicle to be his property free and clear of all liens and encumbrances except as otherwise noted on the front of this Order.

5. Unless the Order shall have been canceled by Purchaser under and in accordance with the provisions of paragraph 3 or 13, Dealer shall have the right, upon failure or refusal of Purchaser to accept delivery of the vehicle ordered hereunder and to comply with the terms of this Order to retain as liquidated damages any cash deposit made by Purchaser, or such portion thereof as is stated on the front of this contract, and, in the event a used vehicle has been traded in as a part of the consideration for the vehicle ordered hereunder, to sell such used vehicle and reimburse himself out of the proceeds of such sale for the expenses specified in paragraph 2 above and for such other expenses and losses as Dealer may incur or suffer as a result of such failure or refusal by Purchaser. Purchaser acknowledges that the retention of the deposit may not satisfy the buyer's obligation with respect to cancellation fee.

6. The delivery date stated on the front of this Order is an estimate only, and Dealer shall not be liable for failure to deliver or delay in delivering the vehicle covered by this Order where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer.

7. The cash price for the vehicle specified on the face of this Order includes reimbursement for Federal excise taxes, but does not include sales taxes, use taxes or occupational taxes based on sales volume (Federal, State or Local). Purchaser assumes and agrees to pay, unless prohibited by law, any such sales, use or occupational taxes imposed on or applicable to the transaction covered by this Order, regardless of which party may have primary tax liability therefor.

8. DEALER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE VEHICLE DESCRIBED ON THE FACE HEREOF EXCEPT AS A SPECIFICALLY PROVIDED IN WRITING ON THIS CONTRACT OR IN A SEPARATE WRITING FURNISHED TO PURCHASER BY DEALER, OR UNDER THE LAWS OF THE STATE OF NEW YORK. THE APPLICABILITY OF AN EXISTING MANUFACTURER'S WARRANTY TO THE VEHICLE COVERED BY THIS ORDER, IF ANY, SHALL BE DETERMINED BY PURCHASER SOLELY FROM THE TERMS OF SUCH WARRANTY AND DEALER MAKES NO REPRESENTATIONS WITH RESPECT THERETO.

9. The purchaser, before or at the time of delivery of the vehicle covered by this Order will execute such other forms of agreement or document as may be required by the terms and conditions of payment indicated on the front of this Order.

10. This agreement shall be interpreted under and governed by the laws of the State of New York and in the event of litigation same shall be instituted only in a court of competent jurisdiction in the State and County of New York, at the place where Dealer has its main office and the defendant shall waive lack of jurisdiction of such court as a defense. If any provision hereof or the application of any provisions to any person or circumstances is held invalid or unenforceable, the remainder hereof and the application of such remaining provisions to other persons or circumstances shall remain valid and enforceable.

11. The parties to this agreement together with their heirs, distributees, successors or assigns waive all right to a trial by jury in any proceeding, action or counterclaim thereto pertaining to any matter whatsoever arising out of or in any way connected with this Agreement or any other Agreement related thereto, except that Purchaser does not waive any right to a trial by jury in any proceeding or action arising out of or in connection with any retail installment contract.

12. Purchaser acknowledges and consents that Dealer may not currently have lawful title to the vehicle, and that it may require as much as three months or more for Dealer to obtain title. In the event that by reason of Dealer's fault Dealer is unable to obtain title within 90 business days, Purchaser shall be entitled to receive, at Dealer's option, a refund of all monies paid by Purchaser or an equivalent replacement vehicle, less a reasonable deduction for mileage and damage to vehicle.

13. IF FINANCING FOR THIS VEHICLE IS TO BE ARRANGED BY DEALER, THIS ORDER MAY BE CANCELLED AND ANY DEPOSIT REFUNDED UPON WRITTEN REQUEST OF PURCHASER IF SUCH FINANCING CANNOT BE ARRANGED WITHIN TEN BUSINESS DAYS.

Terms of Warranty as required by New York State Law

"I", "me" and "my" refer to the Buyer, "You" and "your" refer to the Seller. You warrant that you will repair or replace, without cost to me, the failure of a covered part on the vehicle described in the agreement between you and me on the following conditions:

(1) Term and possible overlapping manufacturer's warranty. If the vehicle has 36,000 miles or less, the warranty shall be 90 days or 4,000 miles. If the vehicle has more than 36,000 miles but less than 80,000 miles, the warranty shall be 60 days or 3,000 miles. If the vehicle has more than 80,000 miles but less than 100,000 miles the warranty shall be 30 days or 1,000 miles, whichever comes first. The mileage is shown on the agreement between you and me. If the vehicle is covered by a new car warranty from its manufacturer, that warranty will be my only remedy while it shall continue and this warranty from you shall be effective for the period of time between the expiration of the manufacturer's warranty and the remaining term of this warranty, if any. The term of this warranty is extended for periods during which the vehicle is in the possession of you or your agent for repairs and/or during which repair services are not available because of war, invasion, strike, fire, flood, or other natural disaster.

(2) Vehicles covered. This warranty only applies to a used passenger vehicle (excluding motorcycles, motor homes and off-road vehicles) with a purchased price of at least $1,500.00. This warranty does not apply to classic cars registered pursuant to Section 401 of the Vehicles and Traffic Law.

(3) Parts covered by this warranty. The following parts only are covered:

(a) Engine. All lubricated parts, water, and fuel pumps, manifolds, engine block, cylinder head, rotary engine housing, flywheels;

(b) Transmission. Transmission case, internal parts, torque converter;

(c) Drive Axle. Front and rear axle housings, internal parts, axle and propeller shafts, universal joints;

(d) Brakes. Master and wheel cylinders, vacuum assist booster, hydraulic lines, fittings and disk brake calipers;

(e) Radiator;

(f) Steering. Steering gear housing, all internal parts, power steering pump, valve body, pinion and rack;

(g) Alternator, generator, starter, ignition system (except battery).

(4) Items not covered. This Warranty does not cover:

(a) failure of covered parts caused by lack of customary maintenance, collision, abuse, negligence, theft, vandalism, fire or other casualty, or damage from the environment, or if the odometer has been stopped or altered so that the vehicle's actual mileage cannot be readily determined or if a covered part has been altered so as to cause it or another part to fail.

(b) maintenance services and parts used in connection with such services such as seals, gaskets, fluids, oil or grease unless required in connection with a repair of a covered part;

(c) tune up;

(d) failure resulting from racing or competition, towing a trailer or another vehicle (unless vehicle purchased is equipped for this as recommended by the manufacturer);

(e) failure if the vehicle is used to carry passengers for hire or rented to someone else;

(f) repair to valves and/or rings to correct low compression and/or oil consumption which are considered normal wear.

(5) Limitation of damages. You shall not be held responsible for property damage arising or allegedly arising out of the failure of a covered part and agree that you will not be liable to me for the loss of the use of the vehicle, the loss of time, inconvenience, commercial loss, incidental, consequential or special damages.

(6) Who may enforce the warranty. This warranty may be enforced by me, or if the vehicle is transferred to my spouse or child, by my spouse or child. No other person may enforce this warranty.

(7) Other warranties. This warranty is in lieu of any other express warranty by you. ALL IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY LIMITED TO THE SAME TERM AS THIS WARRANTY. Some states do not allow limitations on how long an implied warranty lasts or do not allow the exclusion or limitation of incidental or consequential damages. Some of the above limitations or exclusions may not apply to you. This limited warranty gives you specific legal rights and you may also have other rights which vary from state to state.

(8) Notice of warranty claims. To make a claim under this warranty, I must notify you of the claim within the specified warranty period.

DEALER MAY CANCEL THIS CONTRACT IF VEHICLE DESCRIBED ON THE REVERSE SIDE HAS NOT BEEN PAID FOR IN FULL AND ACCEPTED BY PURCHASER WITHIN 3 DAYS OF THE DELIVERY DATE SPECIFIED ON REVERSE SIDE. CUSTOMER DEPOSIT WILL IN THIS CASE BE REFUNDED IN FULL.

KD812768 Q

**FRANCOIS 205**

# ℒℒAW 553-NY-B-A-eps 10/18

## RETAIL INSTALMENT CONTRACT
## SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number _____   Contract Number _____

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| FARAH JEAN FRANCOIS<br>2914 FARRAGUT<br>BROOKLYN, NY 11210<br>KINGS | N/A<br>-<br>N/A | VICTORY MITSUBISHI<br>4070 Boston Rd<br>BRONX, NY 10475 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2017 | BMW 5 SERIES | WBAJA7C38HG904646 | Personal, family, or household unless otherwise indicated below<br>☐ business  ☐ agricultural  ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 9,000.00 |
|---|---|---|---|---|
| 13.66 % | $ 13,863.19 | $ 29,462.81 | $ 43,326.00 | $ 52,326.00 |

(e) means an estimate

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X N/A

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 601.75 | Monthly beginning<br>07/29/20 |
| N/A | N/A | N/A |

Or As Follows: N/A

**GAP Waiver Notice**
☒ If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you were to prepay the contract in full (less any refunds we get for cancelling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due payments and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __1.00__ or __5__ % of the part of the payment that is late, whichever is __greater__.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**WARRANTIES**

The following paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the Lemon Laws or, for used vehicles, under the certificate of sanicibility that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle you bought in New York City.

Unless the Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making no warranties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.

The following notice only applies to used vehicles bought in New York City:

### IMPORTANT NOTICE TO BUYER

(A) STATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.

(D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. COMPLAINT PHONE: (212) 639-9675.

Buyer Signs X _____   Co-Buyer Signs X N/A **FRANCOIS 206**

**ITEMIZATION OF AMOUNT FINANCED**

1  Cash Price (including $ 3,105.81 ____ sales tax) ............ $ ____ 35,100.81 (1)

2  Total Downpayment =

Your trade-in is a ____ N/A
    Year   Make   Model   Vehicle Identification No.

| | |
|---|---|
| Gross Trade-In Allowance | $ ____ N/A |
| Less Prior Credit or Lease Balance (e) | $ ____ N/A |
| Equals Net Trade In | $ ____ N/A |
| + Cash | $ ____ 9,000.00 |
| + Other N/A | $ ____ N/A |
| + Other N/A | $ ____ N/A |

(If total downpayment is negative, enter "0" and see 4I below) ............ $ ____ 9,000.00 (2)

3  Unpaid Balance of Cash Price (1 minus 2) ............ $ ____ 26,100.81 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

A  Cost of Optional Credit Insurance

Paid to Insurance Company or Companies

| | | |
|---|---|---|
| Life | $ ____ N/A | |
| Disability | $ ____ N/A | $ ____ N/A |
| B Vendor's Single Interest Insurance Paid to Insurance Company | | $ ____ N/A |
| C Other Optional Insurance Paid to Insurance Company or Companies | | $ ____ N/A |

D  Fees Paid to Government Agencies

| | | |
|---|---|---|
| to NY STATE | for INSPECTION | $ ____ 37.00 |
| to N/A | for N/A | $ ____ N/A |
| to N/A | for N/A | $ ____ N/A |

E  Government Taxes Not Included in Cash Price ............ $ ____ N/A

F  Government License and/or Registration Fees

LIC & REG FEES ............ $ ____ 250.00

G  Government Certificate of Title Fees ............ $ ____ N/A

H  Government Waste Tire Management Fee ............ $ ____ N/A

I  Other Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to N/A | for Prior Credit or Lease Balance (e) | $ ____ N/A |
| to VICTORY MITSUBISHI | for DOC FEE | $ ____ 75.00 |
| to INTERSTATE (STAR AUTO) | for SERVICE CONTRACT | $ ____ 3,000.00 |
| to N/A | for N/A | $ ____ N/A |
| to N/A | for N/A | $ ____ N/A |
| to N/A | for N/A | $ ____ N/A |
| to N/A | for N/A | $ ____ N/A |
| to N/A | for N/A | $ ____ N/A |
| to N/A | for N/A | $ ____ N/A |
| to N/A | for N/A | $ ____ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf ............ $ ____ 3,362.00 (4)

5  Amount Financed (3 + 4) ............ $ ____ 29,462.81 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before ____ N/A ____, Year ____ N/A ____, SELLER'S INITIALS N/A

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** ____ N/A ____ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

Returned Check Charge: You agree to pay a charge of $ 20 ____ if any check you give us is dishonored.

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A ____ N/A

Type of Insurance ____ Term

Premium $ ____ N/A

Insurance Company Name

N/A

Home Office Address

N/A

☐ N/A ____ N/A

Type of Insurance ____ Term

Premium $ ____ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A ____ N/A
Buyer Signature ____ Date

X N/A ____ N/A
Co-Buyer Signature ____ Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**FRANCOIS 207**

**NO COOLING OFF PERIOD UNLESS YOU HAVE A CONTRACT CANCELLATION OPTION**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales. It also does not apply if you buy a used vehicle from a Seller-Creditor located in New York City and you did not decline your option to cancel. The laws of New York City provide a two-day cancellation option if you buy a used vehicle. This cancellation option is subject to certain conditions. See the NYC Used Car Contract Cancellation Option agreement for details.

☐ If checked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at the time the Balloon Payment is due:

a) ☐ You may pay your Balloon Payment when due.

b) ☐ You may refinance the Balloon Payment. See paragraph 1.e. below for details.

c) ☐ You may sell the vehicle back to us. See paragraph 1.e. below for details. If you exercise this option, $ __N/A__ per mile for each mile in excess of __N/A__ miles shown on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 2 of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
If the actual payoff amount is more than the amount shown in 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor.

**Buyer Signature X** N/A                                         **Co-Buyer Signature X** N/A

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**

   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

   e. **Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed above. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked above, you have the following options.

      *Pay in Full.* You may pay the Balloon Payment in full when due.

      *Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be

fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.

*Sell Back.* You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described on this page. You must take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no liens other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown above. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

* Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.

* Repair all mechanical defects.

* Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

## 2. YOUR OTHER PROMISES TO US

**a. If the vehicle is damaged, destroyed, or missing.** The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked.

You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing. The terms and conditions of your liability if the vehicle is damaged, destroyed, or missing are described in a separate document you sign. The document is a part of this contract.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**

You give us a security interest in:
* The vehicle and all parts or goods put on it;
* All money or goods received (proceeds) for the vehicle;
* All insurance, maintenance, service, or other contracts we finance for you; and
* All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**

You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:

* You do not pay any payment on time;
* You give false, incomplete, or misleading information on a credit application;
* You start a proceeding in bankruptcy or one is started against you or your property; or
* You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an instalment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4.** **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**5.** **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6.** **APPLICABLE LAW**
Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

---

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X_____   Co-Buyer Signs X N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

NOTICE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank space. 2. You are entitled to a completely filled in copy of the agreement. 3. Under the law, you have a right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. 4. According to law, you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.

RETAIL INSTALMENT CONTRACT

Buyer Signs X_____   Date _06/29/20_   Co-Buyer Signs X N/A _____   Date __N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X_____ N/A _____   Address _____ N/A

Seller signs VICTORY MITSUBISHI _____   Date _06/29/20_   By X_____   Title __N/A

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE          (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse          ☒ Assigned without recourse          ☐ Assigned with limited recourse

Seller VICTORY MITSUBISHI          By          Title

ILAW   FORM NO. 553-NY-B-eps (REV. 10/18)   ©2018 The Reynolds and Reynolds Company. THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.          LAW 553-NY-B-eps 10/18 v1   Page 6 of 6



**Capital**One

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-227-3863

# YOUR FRAUD CLAIM RESOLUTION

FARAH JEAN FRANCOIS
145 W 111 ST APT B
NEW YORK NY 10026

SHBL
##########

Account Number:      REDACTED
Vehicle:             17 BMW 5-SERIES
VIN:                 WBAJA7C38HG904646

Dear FARAH JEAN FRANCOIS,

I am writing to you about an identity theft investigation where you are named as a victim. We have confirmed that this claim is valid. Capital One Auto Finance is requesting that the trade line be deleted from your Equifax, Trans Union, Experian, and Innovis credit bureau reports. Please retain this letter as confirmation that you are not liable for the above referenced account.

If you have any questions please contact our Risk Management Department at 1-800-227-3863, option 7, extension 275-9133, Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

ED W
Fraud Specialist
Risk Management Department
Capital One Auto Finance



Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LID1_10015

**FRANCOIS 212**

Page 1 of 1



September 19, 2020

# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, Farah Jean Francois, Affiant, whose home address is 2914 Farragut Road in the city of Brooklyn, county of Kings, state of NEW York, Social Security Number, REDACTED, driver's license number and state of issue REDACTED after being duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # XXXXXXXXX6242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.

Signed this ___ day of 09-23, 2020.

_____
Signature of Affiant

FARAH JEAN FRANCOIS
Printed Name

State of Brooklyn
County of KINGS

Sworn to and subscribed before me, the undersigned Notary Public for the state of NEW YORK, on the 23 day of September, 2020 by FARAH JEAN FRANCOIS who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this 23 day of September, 2020.

_____
Notary Public
State of NEW YORK

SEAL

DAVID LORDE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LO6200830
Qualified in Kings County
Commission Expires Oct. 15, 2021

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

## FRANCOIS 213

September 19, 2020



**Capital**One
Auto Finance

# FRAUD QUESTIONNAIRE

Name: Farah Jean Francois

Address: 2914 Farragut Road, APT 3 Brooklyn, NY 11210

Home Phone: 917-291-5009     Email Address: Jeanfrancoisfarah09@mail.om

Previous Address: 145 West 111 Street Apt 8 NEW york, NY 10026.

Signature SAMPLE 1: Farah Jean-Francois

Signature SAMPLE 2: Farah Jean Francois

Signature SAMPLE 3: Farah Jean Francois

Social Security Number: REDACTED   of Birth: REDACTED   rs License #: REDACTED

State of Issue: NY   Has your Drivers License been stolen? ☑ Yes ☐ No  If Yes, Date: I don't remember

## TELL US ABOUT YOUR SITUATION:

1. Types of Identity Theft you have experienced (check all that apply):
☑ Loans                          ☐ Checking or Savings Accounts        ☐ Government Documents or Benefits
☐ Internet or Email              ☐ Credit Cards                        ☐ Phone or Utilities
☐ Securities or Other Investments ☑ Other

2. What Happened:
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐/Contacted by Loan Company       ☐ Contacted by Debt Collector            ☑ Noticed Credit Report Inaccuracies
☑ Mail Service Disrupted          ☐ Credit Card/New Checks Not Received     ☐ Denied Credit, Employment, Other
☐ Check(s) Bounced                ☐ Phone Service Disrupted                ☐ Not Permitted to Open Bank Account
☐ Noticed Funds Missing from Bank Account         ☐ Noticed Unauthorized Charges on Account Statement
☐ Contacted by Police or Other Law Enforcement    ☐ Civil Suit Filed or Court Judgment Entered Against You
☐ Don't know
☐ Other _____

When did that first indication happen? (MM/DD/YYYY)  09-16-20

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY)  I don't Know

What was the total dollar value of the identity theft? $  Loans From you For Auto Finance
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $  29,462.81

3. Dealership Information (NOTE:  No. 3 must be completed if you are alleging Dealership Misrepresentation)
Dealership Name: _____

Dealership Address: _____

Name and telephone numbers of every individual with whom you were in contact at the dealership:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

**FRANCOIS 214**

Fraud Questionnaire_10007



September 19, 2020

# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

## 4. Thief's Identity

Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: EMMANUEL LAFOREST                    Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

Any other information you have about the person who committed the identity theft:

_____

## 5. Contacts:

Which of the following credit bureaus have you called to report the fraud?

| ☐ Equifax | (800) 525-6285 | ☑ Experian | (888) 397-3742 (Opt 5) | ☐ None |
| ☐ Trans Union | (800) 680-7289 | ☐ Innovis | (800) 540-2505 | |

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)

☐ Equifax    ☑ Experian    ☐ Trans Union    ☐ Innovis    ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)

☐ Equifax    ☑ Experian    ☐ Trans Union    ☐ Innovis    ☐ None

Have you contacted the affected banks and/or creditors?
☐ All  ☑ Some  ☐ None

Have you contacted the police?
☑ Yes  ☐ No  Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☑ Yes  ☐ No

## 6. Comments:

Tell us anything else you think it would be helpful for us to know:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

**FRANCOIS 215**

Fraud Questionnaire_10007

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 07-15)

DET. NIEH - 718-851-5559

Date: 9/25/2020

Welcome to _70 PCT_      _154 LAWRENCE AVE_      718-851-5511 EXT: 0
(Command)      (Address)      (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

2020-070-6119

Complaint Report No.: _____   Accident Report No.: _____   Aided Report No.: _____

Reported to: _PO_  _CHIU_ _____   Date of Occurrence: _6/29/20_  Time: _1200_
(Rank)  (Name)      (Shield No.)

Location of Occurrence: _2914 FARAGUT RD_

Crime: _ID THEFT_

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number _____ . Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

## COURTESY — PROFESSIONALISM — RESPECT

## REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

**FRANCOIS 216**

# New York State Unified Court System

WebCriminal

## Case Details – Summary

### CASE INFORMATION

Court:       **Kings Criminal Court**
Case #:      **CR-010390-21KN**
Defendant:   **Laforest, Emmanuel**

### Defendant

Name:        **Laforest, Emmanuel**
Birth Year:  **1989**

### Incident and Arrest

**Incident**
Date:        **June 29, 2020**
CJTN:        **69537179P**

**Arrest**
Date & Time: **January 11, 2021 10:00**
Arrest #:    **K21601440**

**Officer**
Agency:      **NYPD**
Command:

### Attorney Information

**Defense Attorney**
No Defense Attorney Information on File

**Assistant District Attorney**
Name:        **Kings County District Attorney,**
Assigned:    **April 28, 2021**

### Next Appearance

N-78B (12/07)

New York State Department of Motor Vehicles

## REPORT OF LOST, STOLEN OR CONFISCATED MOTOR VEHICLES ITEMS

**Please read the information on the back of this form.**

The following item(s) have been reported:

☐ Driver License  ☐ Non-Driver ID  ☐ Learner Permit

☐ License Plate(s)  ☐ Registration/Sticker

☐ Lost  ☐ Stolen/destroyed **as result of a crime**

☐ Confiscated or surrendered to police to comply with S/R order

Number of Plates  ☐ One  ☒ Two

Lost, Stolen or Confiscated:

| Plate Number/License or Client ID | Type of Registration/ License Class | Expiration Date | Date Reported to Police |
|---|---|---|---|
| JSE 8212 | | | |

Name of Licensee/ Registrant: Jean Francois Farah

Address of Licensee/ Registrant: 2914 Farragut Rd # 3 Brooklyn NY 11210

Agency/Precinct: 54 C AVENUE AVE

Address: 54 Lawrence Ave

Rank & Shield or Tax I.D. No. 967670 /16853

Case Number 2020-070-00614

Date 09/21/21

Police Agency: NPD

Signature of Officer:

FRANCOIS 218

February 25, 2022

FROM: Farah Jean Francois
2914 Farragut Rd. #3
Brooklyn, NY 11210

**VIA Certified Mail Return Receipt Requested**

TO:   New York State Department of Motor Vehicles
Division of Field Investigation
6 Empire State Plaza, Room 431
Albany, NY 12228

Subject: Request for Illegal Registration indicator on vehicle and plates and removal of my name from the DMV records listing me as the registrant for the vehicle.

To whom it may concern,

I am requesting that an "Illegal Registration" indicator be placed on the 2017 BMW 5 Series, NY Plate # JSE8212, VIN #WBAJA7C38HG904646 and that my name, Farah Jean Francois, be removed from the DMV records listing me as the registrant for the Vehicle. I was the victim of fraud and identity theft that resulted in this Vehicle being illegally registered in my name.

On June 29, 2020, without my knowledge, my brother-in-law Emmanuel Laforest fraudulently purchased a 2017 BMW 5 Series, VIN #WBAJA7C38HG904646 ("the Vehicle") using my stolen driver's license and identity. Mr. Laforest admitted to the fraud, and accordingly I was able to have the Vehicle financer, Capital One, confirm that the account was fraudulent and that I was not liable for the Vehicle in a July 26, 2021 Letter. On September 16, 2020, I filled out a fraud questionnaire provided to me by Capital One, and on September 23, 2020 I filled out a fraud affidavit, also provided by Capital One. On September 25, 2020, I filed a police report with the New York Police Department regarding the identity theft. On January 11, 2021, Mr. Laforest was arrested by the NYPD for the theft. On September 21, 2021, I obtained a Report of Lost, Stolen or Confiscated Motor Vehicle Items from the NYPD. And most recently I received confirmation from the DMV that the #JSE8212 plate had been surrendered. Please see the enclosed documents showing the identity theft committed against me.

However, I believe that my name may still be associated with the Vehicle, so that is why I am requesting that an "Illegal Registration" indicator be placed on it and that my name be removed from the DMV records listing me as the registrant for the Vehicle.

**FRANCOIS 219**

Regards,

Farah Jean-Francois

Attachments:
      1) Violations from MTA Bridges and Tunnels
      2) Fraudulent Agreement for Purchase of the Vehicle
      3) July 26, 2020 Letter Confirming Fraud
      4) Fraud Questionnaire
      5) Fraud Affidavit
      6) September 25, 2020 Police Report
      7) Arrest record for Emmanuel Laforest
      8) NYPD Report of Lost, Stolen or Confiscated Motor Vehicles Items
      9) Plate Surrender Document

Bridges and Tun.

# NOTICE OF VIOLATION ENFORCEMENT ACTION

01200
FARAH JEANFRANCOIS
2914 FARRAGUT RD 3
BROOKLYN, NY 11210

| Notice Date: | | 09/28/2020 | |
|---|---|---|---|
| **Total Due if received by 10/28/2020** | | **Total Due if received after 10/28/2020** | |
| Toll(s) Due: | $76.00 | Toll(s) Due: | $76.00 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $500.00 |
| **Total Due:** | $76.00 | **Total Due:** | $576.00 |

Our records indicate that the vehicle bearing E-ZPass Tag number listed below crossed an MTA Bridges and Tunnels (MTA B&T) Facility without payment of the Toll(s). To avoid further action for the violation transaction(s) detailed, please pay the Total Toll(s) Due by **10/28/2020** as instructed in the Payment Options below.

Public Authorities Law § 553 and 21 NYCRR §§ 1020.7, 1021.3 & 1023.7 prohibit vehicular crossings except upon payment of tolls at the place and time and in the manner established by MTA Bridges and Tunnels (legal name, Triborough Bridge and Tunnel Authority).

**Failure to respond to this Notice of Violation in a timely manner may result in the imposition of an administrative violation fee of up to $100 per unpaid Toll, referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14 or exclusion from MTA B&T Facilities under 21 NYCRR 1020.7.**

VIOLATION TRANSACTION(S)* Facility Codes are available at www.e-zpassny.com/en/about/plazas.shtml

| Violation Number | E-ZPass Tag # | License Plate | Facility | Lane | Date | Time | Toll(s) | Fee(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| T022030756551-00001 | 00503742432 | NY JSE8212 | VNB | 002 | 08/16/20 | 12:09:01 | $19.00 | $0.00 | $19.00 |
| T022030756551-00002 | 00503742432 | NY JSE8212 | RKB | 010 | 08/17/20 | 02:19:56 | $9.50 | $0.00 | $9.50 |
| T022030756551-00003 | 00503742432 | NY JSE8212 | VNB | 002 | 08/21/20 | 20:28:55 | $19.00 | $0.00 | $19.00 |
| T022030756551-00004 | 00503742432 | NY JSE8212 | VNB | 002 | 08/22/20 | 19:17:03 | $19.00 | $0.00 | $19.00 |
| T022030756551-00005 | 00503742432 | NY JSE8212 | BWB | 001 | 08/25/20 | 15:20:34 | $9.50 | $0.00 | $9.50 |
| | | | | | | | $76.00 | $0.00 | $76.00 |



## Dispute/Payment Options

Online



e-zpassny.com/payviolation

Phone



1-800-333-8655

Mail



See Back of Notice

Cash Payments



e-zpassny.com/retailerlocator

-----------------------------DETACH COUPON BELOW-----------------------------

FARAH JEANFRANCOIS

Violations Processing Center    Violation #: T022030756551-00001
PO BOX 15186
Albany, NY 12212-5186

Payment Instructions (or go to www.e-zpassny.com/payviolation):

☐ Check or Money Order Enclosed

☐ Credit Card Payment (VISA, AMEX, Discover, MasterCard)

| Notice Date: | | 09/28/2020 | |
|---|---|---|---|
| **Total Due if received by 10/28/2020** | | **Total Due if received after 10/28/2020** | |
| Toll(s) Due: | $76.00 | Toll(s) Due: | $76.00 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $500.00 |
| **Total Due:** | $76.00 | **Total Due:** | $576.00 |

Credit Card Number          Expiration Date          Payment Enclosed: $

☐ Bank Account Payment

Bank Routing Number          Bank Account Number

I authorize The MTA Bridges and Tunnels (MTA B&T) to immediately make a one-time charge to my credit card or bank account supplied for the amount shown above.

Authorized Signature _____    Date _____

FRANCOIS 221

TBA1

**MTA Bridges and Tunnels**

# NOTICE OF VIOLATION ENFORCEMENT ACTION

00756
FARAH JEANFRANCOIS
2914 FARRAGUT RD 3
BROOKLYN, NY 11210

| Notice Date: | | 10/13/2020 | |
|---|---|---|---|
| **Total Due if received by 11/12/2020** | | **Total Due if received after 11/12/2020** | |
| Toll(s) Due: | $9.50 | Toll(s) Due: | $9.50 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $100.00 |
| Total Due: | $9.50 | Total Due: | $109.50 |

Our records indicate that the vehicle bearing E-ZPass Tag number listed below crossed an MTA Bridges and Tunnels (MTA B&T) Facility without payment of the Toll(s). To avoid further action for the violation transaction(s) detailed, please pay the Total Toll(s) Due by 11/12/2020 as instructed in the Payment Options below.

Public Authorities Law § 553 and 21 NYCRR §§ 1020.7, 1021.3 & 1023.7 prohibit vehicular crossings except upon payment of tolls at the place and time and in the manner established by MTA Bridges and Tunnels (legal name, Triborough Bridge and Tunnel Authority).

Failure to respond to this Notice of Violation in a timely manner may result in the imposition of an administrative violation fee of up to $100 per unpaid Toll, referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14 or exclusion from MTA B&T Facilities under 21 NYCRR 1020.7.

VIOLATION TRANSACTION(S)* Facility Codes are available at www.e-zpassny.com/en/about/plazas.shtml

| Violation Number | E-ZPass Tag # | License Plate | Facility | Lane | Date | Time | Toll(s) | Fee(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| T022034296751-00001 | 00503742432 | NY JSE8212 | RKM | 001 | 09/11/20 | 21:40:04 | $9.50 | $0.00 | $9.50 |
| | | | | | | | $9.50 | $0.00 | $9.50 |



### Dispute/Payment Options

Online

e-zpassny.com/payviolation

Phone

1-800-333-8655

Mail

Cash Payments

See Back of Notice

e-zpassny.com/retailerlocator

-------------------------------DETACH COUPON BELOW-------------------------------

FARAH JEANFRANCOIS

Violations Processing Center   Violation #: T022034296751-00001
PO BOX 15186
Albany, NY 12212-5186

Payment Instructions (or go to www.e-zpassny.com/payviolation):

☐ Check or Money Order Enclosed

☐ Credit Card Payment (VISA, AMEX, Discover, MasterCard)

| Notice Date: | | 10/13/2020 | |
|---|---|---|---|
| **Total Due if received by 11/12/2020** | | **Total Due if received after 11/12/2020** | |
| Toll(s) Due: | $9.50 | Toll(s) Due: | $9.50 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $100.00 |
| Total Due: | $9.50 | Total Due: | $109.50 |

Credit Card Number | Expiration Date

Payment Enclosed: $

☐ Bank Account Payment

Bank Routing Number | Bank Account Number

I authorize The MTA Bridges and Tunnels (MTA B&T) to immediately make a one-time charge to my credit card or bank account supplied for the amount shown above.

Authorized Signature _____   Date _____

**FRANCOIS 222**



2200802203429675100000000000000010032020000075000000000000000004500

TBA1

# NOTICE OF TOLL(S) DUE



PORT
AUTHORITY
NY NJ
AIR LAND RAIL SEA

| Notice Date: | 09/28/2020 |
|---|---|
| Toll(s) Due: | $32.00 |
| Fee(s) Due: | $100.00 |
| Total Due: | $132.00 |

01569
FARAH  JEANFRANCOIS
2914 FARRAGUT RD 3
BROOKLYN, NY 11210

Our records indicate that the vehicle bearing the license plate listed below passed through The Port Authority of NY and NJ toll plaza without payment of the Toll(s).  To avoid further action for the transaction(s) detailed, please pay the Total Due by 10/13/2020 as instructed in the Payment Options below.

**Failure to respond to this Notice of Toll(s) Due (in a timely manner) may result in the imposition of an administrative fee of $50 per unpaid Toll(s), referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14 or by the equivalent department of your home State under Vehicle and Traffic Law § 518.**

New York Unconsolidated Laws (Section 6802) and New Jersey Statutes Annotated (32:1-154.2) prohibit vehicular crossings except upon payment of toll(s) and other charges as prescribed by The Port Authority of NY and NJ and declare that it is unlawful for any person to refuse to pay, or to evade or attempt to evade payment of such toll(s) and other charges.

**TOLL TRANSACTION(S) - Plaza Codes are available at www.e-zpassny.com/en/about/plazas.shtml**

| Transaction Number | E-ZPass Tag # | License Plate | Plaza | Lane | Date | Time | Toll | Fee | Total |
|---|---|---|---|---|---|---|---|---|---|
| T032029697624-00001 | 00503742432 | NY JSE8212 | BB | 04 | 08/20/20 | 20:35:42 | $16.00 | $50.00 | $66.00 |
| T032029697624-00002 | 00503742432 | NY JSE8212 | BB | 02 | 08/21/20 | 13:06:16 | $16.00 | $50.00 | $66.00 |
| | | | | | | TOTAL AMOUNT DUE | $32.00 | $100.00 | $132.00 |



## Dispute/Payment Options

| Online | Phone |
|---|---|
|  |  |
| www.e-zpassny.com/paytoll | 1-844-826-8400 |
| Mail / Dispute | Avoid Mailings by Joining E-ZPass |
|  |  E-ZPass |
| See Bottom / Back of Notice | Visit: www.e-zpassny.com |

NOTE: A fee of up to $25 may be assessed for any declined bank account payment or check returned for non-payment.

------------------------DETACH COUPON BELOW------------------------

FARAH JEANFRANCOIS

Violations Processing Center    Transaction #: T032029697624-00001
PO BOX 15186
Albany, NY 12212-5186

Payment Instructions (or go to www.e-zpassny.com/paytoll):

| Notice Date: | 09/28/2020 |
|---|---|
| Toll(s) Due: | $32.00 |
| Fee(s) Due: | $100.00 |
| Total Due: | $132.00 |

☐  Check Or Money Order Enclosed

☐  Credit Card Payment (VISA, AMEX, Discover, MasterCard)

Credit Card Number                                    Expiration Date

Payment Enclosed:  $

☐  Bank Account Payment

Bank Routing Number                    Bank Account Number

I authorize The Port Authority of NY and NJ to immediately make a one-time charge to my credit card or bank account supplied for the amount shown above

Authorized Signature _____    Date _____

PAA2

**FRANCOIS 223**

**MTA Bridges and Tunnels**

# NOTICE OF VIOLATION ENFORCEMENT ACTION

01201
FARAH JEANFRANCOIS
2914 FARRAGUT RD 3
BROOKLYN, NY 11210

| Notice Date: | | 09/28/2020 | |
|---|---|---|---|
| **Total Due if received by 10/28/2020** | | **Total Due if received after 10/28/2020** | |
| Toll(s) Due: | $9.50 | Toll(s) Due: | $9.50 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $100.00 |
| **Total Due:** | $9.50 | **Total Due:** | $109.50 |

Our records indicate that the vehicle bearing E-ZPass Tag number listed below crossed an MTA Bridges and Tunnels (MTA B&T) Facility without payment of the Toll(s). To avoid further action for the violation transaction(s) detailed, please pay the Total Toll(s) Due by **10/28/2020** as instructed in the Payment Options below.

Public Authorities Law § 553 and 21 NYCRR §§ 1020.7, 1021.3 & 1023.7 prohibit vehicular crossings except upon payment of tolls at the place and time and in the manner established by MTA Bridges and Tunnels (legal name, Triborough Bridge and Tunnel Authority).

**Failure to respond to this Notice of Violation in a timely manner may result in the imposition of an administrative violation fee of up to $100 per unpaid Toll, referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14 or exclusion from MTA B&T Facilities under 21 NYCRR 1020.7.**

VIOLATION TRANSACTION(S)* Facility Codes are available at www.e-zpassny.com/en/about/plazas.shtml

| Violation Number | E-ZPass Tag # | License Plate | Facility | Lane | Date | Time | Toll(s) | Fee(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| T022030756569-00001 | 00503742432 | NY JSE8212 | BWB | 005 | 08/26/20 | 09:42:20 | $9.50 | $0.00 | $9.50 |
| | | | | | | | $9.50 | $0.00 | $9.50 |



## Dispute/Payment Options

| Online | Phone |
|---|---|
|  | |
| e-zpassny.com/payviolation | 1-800-333-8655 |
| Mail | Cash Payments |
|  |  |
| See Back of Notice | e-zpassny.com/retailerlocator |

Receive Code 12555

--------------------------------DETACH COUPON BELOW--------------------------------

FARAH JEANFRANCOIS

Violations Processing Center    Violation #: T022030756569-00001
PO BOX 15186
Albany, NY 12212-5186

Payment Instructions (or go to www.e-zpassny.com/payviolation):

☐ Check or Money Order Enclosed

☐ Credit Card Payment (VISA, AMEX, Discover, MasterCard)

| Notice Date: | | 09/28/2020 | |
|---|---|---|---|
| **Total Due if received by 10/28/2020** | | **Total Due if received after 10/28/2020** | |
| Toll(s) Due: | $9.50 | Toll(s) Due: | $9.50 |
| Fee(s) Due: | $0.00 | Fee(s) Due: | $100.00 |
| **Total Due:** | $9.50 | **Total Due:** | $109.50 |

Credit Card Number        Expiration Date        Payment Enclosed: $

☐ Bank Account Payment

Bank Routing Number        Bank Account Number

I authorize The MTA Bridges and Tunnels (MTA B&T) to immediately make a one-time charge to my credit card or bank account supplied for the amount shown above.

Authorized Signature _____    Date _____

FRANCOIS 224

Receive Code 12555



TBA1

DET  NIEH —  718-851-5554

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 07-15)

Date: 9/25/2020

Welcome to ___70 PCT___   ___154 LAWRENCE AVE___   718-851-5511 EXT:0
            (Command)        (Address)                          (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

                    2020-070-6119

Complaint Report No.: _____   Accident Report No.: _____   Aided Report No.: _____

Reported to: ___PO___ ___CHIU___ _____   Date of Occurrence: ___6/29/20___ Time: ___1240___
            (Rank)   (Name)    (Shield No.)

Location of Occurrence: ___2914 FARAGUT RD___ _____

Crime: ___ID THEFT___

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number _____ . Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

### COURTESY — PROFESSIONALISM — RESPECT

### REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

**FRANCOIS 225**

**Ictory Mitsubishi**
4070 Boston Road
Bronx, New York 10475

Tel.: 718.515.4600
Fax: 718.515.6905
NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

DATE: 06/29/20

**+H JEAN FRANCOIS**  BUS TEL. N/A   RES. TEL. (347)995-5054

2914 FARRAGUT BROOKLYN, NY 11210   SALESMAN HOUSE SALES REP

contract for the purchase of the following motor vehicle subject to the conditions and specifications
ier set forth in this agreement, and to the ADDITIONAL TERMS AND CONDITIONS on the reverse side.

Did you learn about Victory Mitsubishi through:
Radio-T.V. ☐   Newspaper ☐   Recommendation ☐

| IDEL YEAR | MAKE | MODEL TYPE | MODEL NO. | ☐ NEW ☐ DEMO ☒ USED ☐ LEASE | STOCK NO. |
|---|---|---|---|---|---|
| 2017 | BMW | 5 SERIES | 175B | | 3385 |

| EXTERIOR COLOR | INTERIOR TRIM | SERIAL NO. | ESTIMATED DELIVERY DATE |
|---|---|---|---|
| GRAY | | WBAJA7C38HG904646 | 06/29/20 |

IF THE NEW MOTOR VEHICLE HAS NOT BEEN DELIVERED IN ACCORDANCE WITH THIS CONTRACT WITHIN 30 DAYS FOLLOWING THE ESTIMATED DELIVERY DATE, THE CONSUMER HAS THE RIGHT TO CANCEL THE CONTRACT AND TO RECEIVE A FULL REFUND, UNLESS THE DELAY IN DELIVERY IS ATTRIBUTABLE TO THE CONSUMER.

PLACE OF DELIVERY

| | COST OF VEHICLE | | 31,995 | 00 |
|---|---|---|---|---|
| | DEALER INSTALLED EQUIPMENT AND SERVICES | | 31,995 | 00 |
| | INTERSTATE (STAR AUTO) | | 3,000 | 00 |
| | TOTAL | $ | 34,995 | 00 |
| | LESS TRADE-IN CREDIT | | N/A | |
| | CASH PRICE | $ | 34,995 | 00 |
| | SALES TAX      8.875 % | | 3,105 | 81 |
| | NYS REQUIRED TIRE RECYCLING FEE ($2.50 PER TIRE) | $ | N/A | |
| | REGISTRATION FEE (ESTIMATE) | | 250 | 00 |
| | INSPECTION FEE | | 37 | 00 |
| | OTHER - ITEMIZE | | N/A | |
| | TOTAL CASH PRICE DELIVERED | $ | 34,995 | 00 |
| | LESS DEPOSIT   ☐ CASH   ☐ CHECK   ☐ CHARGE | | 9,000 | 00 |
| | PLUS BALANCE OWING ON TRADE-IN | | N/A | |
| | AMOUNT DUE IN CASH OR CERTIFIED CHECK BEFORE TITLED | $ | 29,462 | 81 |

"Dealer's optional fee for processing application
for registration and/or certificate of title, and for
securing special or distinctive plates (if
applicable). THIS IS NOT A DMV FEE *$75.00*"

75 00

IMPORTANT NOTICE TO USED-CAR BUYER

(a) STATE LAW REQUIRES THAT SELLERS OF SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (b) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
(c) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.
(d) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, N.Y., N.Y. 10004, COMPLAINT PHONE: 311.

CANCELLATION STATEMENT
IF THIS CONTRACT IS CANCELLED BY ME WITHOUT YOUR CONSENT, I UNDERSTAND I SHALL BE LIABLE FOR LIQUIDATED DAMAGES IN ACCORDANCE WITH PARAGRAPH THREE (3) ON REVERSE SIDE.

PREFERENCE STATEMENT
IF THE VEHICLE IS NOT IN STOCK OR AVAILABLE LOCALLY THEN PARAGRAPH XX (6) ON THE REVERSE SIDE AMONG THE CONTRACTS. I HAVE READ, HAD EXPLAINED AND UNDERSTAND PARAGRAPH (6)

X_____ INITIALS

IF YOU AGREE TO ASSIST ME IN OBTAINING FINANCING FOR ANY PORTION OF THIS AGREEMENT THEN THIS CONTRACT IS NON-BINDING IN ACCORDANCE WITH REGULATION "Z" UNTIL ALL TRUTH IN LENDING DISCLOSURES HAVE BEEN GIVEN TO AND ARE ACCEPTED BY ME.

"The optional dealer registration or title application processing fee ($75.00 maximum) and special plate processing fee ($5.00 maximum) are not New York State or Department of Motor Vehicles fees. Unless a lien is being recorded or the dealer issued number plates, you may submit your own application for registration and/or certificate of title or for a special or distinctive plate to any motor vehicle issuing office.

PRIOR USE CERTIFICATION (required by Vehicle and Traffic Law 417-A if principal prior use of the vehicle were as a police vehicle, taxicab, driver education vehicle or rental vehicle). The principal prior use of this vehicle was a police vehicle_____, a taxicab_____, a driver education vehicle_____, or a rental vehicle_____.

| DESCRIPTION OF TRADE-IN | | | |
|---|---|---|---|
| YEAR | MAKE | MODEL | |
| N/A | N/A | N/A | |
| SERIAL NO. | | | |
| | N/A | | |
| ADD'L DER. | / | / | $ |
| ADD'L DER. | / | / | $ |

BUYER IS NOT REQUIRED TO OBTAIN CREDIT LIFE INSURANCE COVERAGE

I/O AUTOMOBILE INSURANCE COVERAGE IS INCLUDED

UNPAID BALANCE   $

CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLE ONLY
"The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale."

SPECIAL NOTICE TO CONSUMER
IF, UNDER THE LAW OF THE STATE OF NEW YORK CONTROLLING THE SALE OF USED MOTOR VEHICLES, YOU SHOULD BE ENTITLED TO A REFUND IN CONNECTION WITH THIS TRANSACTION, THE VALUE OF ANY VEHICLE YOU MAY HAVE TRADED-IN (IF YOU TRY SELLER CHOOSES NOT TO RETURN IT TO YOU) SHALL NOT BE THE VALUE LISTED IN THIS DOCUMENT, INSTEAD, THE VALUE WILL BE DETERMINED BASED ON THE NATIONAL AUTO DEALERS ASSOCIATION USED CAR GUIDE WHOLESALE VALUE OR OTHER GUIDE APPROVED BY THE COMMISSIONER OF MOTOR VEHICLES, AND ADJUSTED FOR MILEAGE, IMPROVEMENTS AND ANY MAJOR PHYSICAL OR MECHANICAL DEFECTS.

THE AMOUNT INDICATED ON THIS SALES CONTRACT OF LEASE AGREEMENT FOR REGISTRATION AND TITLE FEES IS AN ESTIMATE. IN SOME INSTANCES, IT MAY EXCEED THE ACTUAL FEES DUE THE COMMISSIONER OF MOTOR VEHICLES. THE DEALER WILL AUTOMATICALLY REFUND AND/OR ADJUST ANY AMOUNT CHARGED IN EXCESS OF THE ACTUAL FEES.

THE FRONT AND BACK OF THIS CONTRACT COMPRISE THE ENTIRE AGREEMENT AFFECTING THIS PURCHASE AND NO OTHER AGREEMENT OR UNDERSTANDING OF ANY NATURE CONCERNING SAME HAS BEEN MADE OR ENTERED INTO, OR WILL BE RECOGNIZED. I HEREBY CERTIFY THAT NO CREDIT HAS BEEN EXTENDED TO ME FOR THE PURCHASE OF THE MOTOR VEHICLE EXCEPT AS APPEARS IN WRITING ON THE FACE OF THIS AGREEMENT. IF THIS CONTRACT IS CANCELLED BY ME WITHOUT YOUR CONSENT, I UNDERSTAND I SHALL BE LIABLE TO THE SELLER LIQUIDATED DAMAGES IN ACCORDANCE WITH PARAGRAPH THREE (3) OF REVERSE SIDE. ANY PLAN WILL NOT BE OBTAINED UNTIL KNOWN. IS MADE TO BY DEALER. I HAVE READ THE MATTER PRINTED ON THE BACK HEREOF AND AGREE TO IT AS A PART OF THIS CONTRACT THE SAME AS IF IT WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT I AM OF LEGAL AGE TO EXECUTE BINDING CONTRACTS IN THIS STATE.

APPROVED_____   SIGNED_____

**MITSUBISHI MOTORS**
Drive your Ambition

**Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475
Tel.: 718.515.4600
Fax: 718.515.6905

NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

| DATE | INVOICE NO. | STOCK NO. | KEY |
|------|-------------|-----------|-----|
| 06/29/20 | | 3385 | 1 |

| DESCRIPTION | COST | ACCT NO. | SALE | KEY |
|-------------|------|----------|------|-----|
| PRICE | | | 31,995.00 | |
| | | | | |
| INTERSTATE (STAR AUTO) | | | 3,000.00 | |
| N/A | | | N/A | |
| N/A | | | N/A | |
| N/A | | | N/A | |
| N/A | | | N/A | |

SOLD TO   FARAH JEAN FRANCOIS
ADDRESS   2914 FARRAGUT
          BROOKLYN, NY 11210

SALESMAN  HOUSE SALES REP     CUST.#
N/A                           YESSICA VALLEJO

| YEAR | MAKE | MODEL | NEW OR USED | KEY NUMBERS |
|------|------|-------|-------------|-------------|
| 2017 | BMW | 5 SERIES | USED | N/A |

| COLOR | MILEAGE | VEHICLE IDENT. OR SERIAL NO. |
|-------|---------|------------------------------|
| GRAY | 24,580 | WBAJA7C38HG904646 |

FACTORY OPTIONS

PRIOR USE CERTIFICATION (required by vehicle and traffic law 417-a if the principal prior use of the vehicle was as a police vehicle, taxicab, rental vehicle or driver education vehicle). The principal prior use of this vehicle may have been as: a police vehicle _____, a taxicab _____, a rental vehicle _____, or a driver education vehicle _____.

DEALER OPTIONS

MV-50#

AMY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

**A. USED VEHICLE CERTIFICATE OF ADEQUACY**
"IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, DEALER NAMED ABOVE CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFACTORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY."

**IMPORTANT NOTICE TO USED CAR BUYER**
[A] STATE LAW REQUIRES THAT SELLER OR SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. [B] THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. [C] YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION. [D] THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004, COMPLAINT PHONE DIAL 311.

| USED CAR TRADED | | | |
|------|------|------|------|
| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. |
| N/A | N/A | N/A | N/A |

BODY COLOR  N/A

| DESCRIPTION | COST | ACCT NO. | SALE | KEY |
|-------------|------|----------|------|-----|
| USED RETAIL | | | | |
| USED WHOLESALE | | | | |
| RECONDITIONING | | | | |
| **CAR DEAL NO.** | | | | |
| SALES TAX | 8.875 % | | 3,105.81 | |
| LICENSE & TITLE | | | 250.00 | |
| N.Y. STATE INSPECTION FEE | | | 37.00 | |
| ***TIRE DISPOSAL FEE | | | N/A | |
| *DEALER OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CERTIFICATES OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES (IF APPLICABLE.) THIS IS NOT A DMV FEE "$45.00" | | | 75.00 | |
| | | TOTAL CASH PRICE | 38,462.81 | |
| FINANCING | | | 13,863.19 | |
| INSURANCE | | | N/A | |
| | | TOTAL TIME PRICE | 52,326.00 | |
| DEPOSIT | | | 9,000.00 | |
| CASH ON DELIVERY | | | 9,000.00 | |
| N/A | | | N/A | |
| USED CAR ALLOWANCE PAYMENTS | | | N/A | |
| 72 @ 601.00 MONTHLY DOLLARS PER MONTH | | | 43,326.00 | |
| | | TOTAL | 29,462.81 | |
| PAY OFF BAL OWING TO FINANCE CO | | | N/A | |
| INCENTIVE | | | N/A | |
| CONTRACTS IN TRANSIT | | | N/A | |
| CAPITAL ONE AUTO FINANCE | | | | |
| | | | | |
| | | | | |
| | | | | |
| VALUE OF TRADE | STOCK NO. | N/A | | |

THE OPTIONAL DEALER REGISTRATION OR TITLE APPLICATION PROCESSING FEE ($75.00 MAXIMUM) AND SPECIAL PLATE PROCESSING FEE ($25.00 MAXIMUM) ARE NOT NEW YORK STATE OR DEPARTMENT OF MOTOR VEHICLES FEES. UNLESS A LIEN IS BEING RECORDED OR THE DEALER ISSUED NUMBER PLATES YOU MAY SUBMIT YOUR OWN APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE OR FOR A SPECIAL OR DISTINCTIVE PLATE TO ANY MOTOR VEHICLE ISSUING OFFICE. **THE $340 DELIVER FEE REPRESENTS COST IN PREPARING YOUR VEHICLE AND ALL NECESSARY PAPERWORK AND ADDITIONAL DEALER PROFIT. THIS FEE IS NOT MANDATED OR IMPOSED BY THE STATE OF NEW YORK *** NEW YOUR STATE LAW REQUIRES US TO ACCEPT AND MANAGE WAST TIRES FORM VEHICLES IN EXCHANGE FOR AN EQUAL NUMBER OF NEW TIRES THAT WE SELL OR INSTALL. WE ARE REQUIRED TO CHARGE A SEPARATE AND DISTINCT WASTE TIRE MANAGEMENT AND RECYCLING FEE OF $2.50 FOR EACH NEW TIRE WE SELL. ANY ADDITIONAL TIRE MANAGEMENT RECYCLING COSTS ARE INCLUDED IN THE ADVERTISED PRICE OF THE NEW TIRE.

ADDITIONAL TERMS AND CONDITIONS

1. As used in this Order the terms (a) 'Dealer' shall mean Victory Mitsubishi, et. al (b) 'Purchaser' shall mean the party executing this Order as such on the face hereof and (c) 'Manufacturer' shall mean the corporation or other business entity that manufactured the vehicle or chassis, it being understood by Purchaser and Dealer that Dealer is in no respect the agent of Manufacturer that Dealer and Purchaser are the sole parties to this Order and that reference to Manufacturer herein is for the purpose of explaining generally certain contractual relationships existing between Dealer and Manufacturer with respect to new motor vehicles.

2. If this Order is cancelled and a used vehicle has been traded in as a part of the consideration for such motor vehicle, such used vehicle shall be returned to Purchaser upon payment of a reasonable charge for storage and repairs (if any) or, if such used vehicle has been previously sold by Dealer, Dealer will refund the wholesale value of the vehicle as set forth in the current Galves Listing or any other accepted guide used within the industry, less any expenses incurred by Dealer. Bank financing arranged through this dealership may involve rates different from and greater than those available directly from banks. Various incidental items such as Extended Service Agreements may be sold by this Dealership to the Purchaser in conjunction with the sale of this vehicle. The amount charged to the Purchaser by this Dealership may be greater than this Dealership's cost. In addition, this Dealership may assist the Purchaser in acquiring financing, and various other items form third parties which are incidental to the acquisition of a vehicle, in which case this Dealership may receive payment from such third parties.

3. If the used motor vehicle which has been traded in as a part of the consideration for the vehicle ordered hereunder is not to be delivered to Dealer until delivery to Purchaser of such vehicle, the used motor vehicle shall be reappraised at that time and such reappraised value shall determine the allowance made for such used motor vehicle. If such reappraised value is lower than the original allowance therefor shown on the front of this Order, Purchaser may if dissatisfied therewith, cancel this Order, provided, however, that such right to cancel is exercised prior to the delivery of the motor vehicle ordered hereunder to the Purchaser and surrender of the used motor vehicle to Dealer.

4. Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used vehicle traded in as a part of the consideration for motor vehicle ordered hereunder at the time of delivery of such used vehicle to Dealer. Purchaser warrants any such used vehicle to be his property free and clear of all liens and encumbrances except as otherwise noted on the front of this Order.

5. Unless the Order shall have been canceled by Purchaser under and in accordance with the provisions of paragraph 3 or 13, Dealer shall have the right, upon failure or refusal of Purchaser to accept delivery of the vehicle ordered hereunder and to comply with the terms of this Order to retain as liquidated damages any cash deposit made by Purchaser, or such portion thereof as is stated on the front of this contract, and, in the event a used vehicle has been traded in as a part of the consideration for the vehicle ordered hereunder, to sell such used vehicle and reimburse himself out of the proceeds of such sale for the expenses specified in paragraph 2 above and for such other expenses and losses as Dealer may incur or suffer as a result of such failure or refusal by Purchaser. Purchaser acknowledges that the retention of the deposit may not satisfy the buyer's obligation with respect to cancellation fee.

6. The delivery date stated on the front of this Order is an estimate only, and Dealer shall not be liable for failure to deliver or delay in delivering the vehicle covered by this Order where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer.

7. The cash price for the vehicle specified on the face of this Order includes reimbursement for Federal Excise taxes, but does not include sales taxes, use taxes or occupational taxes based on sales volume (Federal, State or Local). Purchaser assumes and agrees to pay, unless prohibited by law, any such sales, use or occupational taxes imposed on or applicable to the transaction covered by this Order, regardless of which party may have primary tax liability therefor.

8. DEALER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE VEHICLE DESCRIBED ON THE FACE HEREOF EXCEPT AS A SPECIFICALLY PROVIDED IN WRITING ON THIS CONTRACT OR IN A SEPARATE WRITING FURNISHED TO PURCHASER BY DEALER, OR UNDER THE LAWS OF THE STATE OF NEW YORK. THE APPLICABILITY OF AN EXISTING MANUFACTURER'S WARRANTY TO THE VEHICLE COVERED BY THIS ORDER, IF ANY, SHALL BE DETERMINED BY PURCHASER SOLELY FROM THE TERMS OF SUCH WARRANTY AND DEALER MAKES NO REPRESENTATIONS WITH RESPECT THERETO.

9. The purchaser, before or at the time of delivery of the vehicle covered by this Order will execute such other forms of agreement or document as may be required by the terms and conditions of payment indicated on the front of this Order.

10. This agreement shall be interpreted under and governed by the laws of the State of New York and in the event of litigation same shall be instituted only in a court of competent jurisdiction in the State and County of New York, at the place where Dealer has its main office and the defendant shall waive lack of jurisdiction of such court as a defense. If any provision hereof or the application of any provisions to any person or circumstances is held invalid or unenforceable, the remainder hereof and the application of such remaining provisions to other persons or circumstances shall remain valid and enforceable.

11. The parties to this agreement together with their heirs, distributors, successors or assigns waive all right to a trial by jury in any proceeding, action or counterclaim thereto pertaining to any matter whatsoever arising out of or in any way connected with this Agreement or any other Agreement related thereto, except that Purchaser does not waive any right to a trial by jury in any proceeding or action arising out of or in connection with any retail installment contract.

12. Purchaser acknowledges and consents that Dealer may not currently have lawful title to the vehicle, and that it may require as much as three months or more for Dealer to obtain title. In the event that by reason of Dealer's fault Dealer is unable to obtain title within 90 business days, Purchaser shall be entitled to receive, at Dealer's option, a refund of all monies paid by Purchaser or an equivalent replacement vehicle, less a reasonable deduction for mileage and damage to vehicle.

13. IF FINANCING FOR THIS VEHICLE IS TO BE ARRANGED BY DEALER, THIS ORDER MAY BE CANCELLED AND ANY DEPOSIT REFUNDED UPON WRITTEN REQUEST OF PURCHASER IF SUCH FINANCING CANNOT BE ARRANGED WITHIN TEN BUSINESS DAYS.

*Terms of Warranty as required by New York State Law*

"I", "me" and "my" refer to the Buyer, "You" and "your" refer to the Seller. You warrant that you will repair or replace, without cost to me, the failure of a covered part on the vehicle described in the agreement between you and me on the following conditions:

[1] Term and possible overlapping manufacturer's warranty. If the vehicle has 36,000 miles or less, the warranty shall be 90 days or 4,000 miles. If the vehicle has more than 36,000 miles but less than 80,000 miles, the warranty shall be 60 days or 3,000 miles. If the vehicle has more than 80,000 miles but less than 100,000 miles the warranty shall be 30 days or 1,000 miles, whichever comes first. The mileage is shown on the agreement between you and me. If the vehicle is covered by a new car warranty from its manufacturer, that warranty will be my only remedy while it shall continue and this warranty from you shall be effective for the period of time between the expiration of the manufacturer's warranty and the remaining term of this warranty, if any. The term of this warranty is extended for periods during which the vehicle is in the possession of you or your agent for repairs and/or during which repair services are not available because of war, invasion, strike, fire, flood, or other natural disaster.

[2] Vehicles covered. This warranty only applies to a used passenger vehicle (excluding motorcycles, motor homes and off-road vehicles) with a purchased price of at least $1,500.00. This warranty does not apply to classic cars registered pursuant to Section 401 of the Vehicles and Traffic Law.

[3] Parts covered by this warranty. The following parts only are covered:

(a) Engine. All lubricated parts, water, and fuel pump, manifolds, engine block, cylinder head, rotary engine housing, flywheels;

(b) Transmission. Transmission case, internal parts, torque converter;

(c) Drive Axle. Front and rear axle housings, internal parts, axle and propeller shafts, universal joints;

(d) Brakes. Master and wheel cylinders, vacuum assist booster, hydraulic lines, fittings and disk brake calipers;

(e) Radiator;

(f) Steering. Steering gear housing, all internal parts, power steering pump, valve body, pinion and rack;

(g) Alternator, generator, starter, ignition system (except battery).

[4] Items not covered. This Warranty does not cover:

(a) failure of covered parts caused by lack of customary maintenance, collision, abuse, negligence, theft, vandalism, fire or other casualty, or damage from the environment, or if the odometer has been stopped or altered so that the vehicle's actual mileage cannot be readily determined or if a covered part has been altered so as to cause it or another part to fail.

(b) maintenance services and parts used in connection with such services such as seals, gaskets, fluids, oil or grease unless required in connection with a repair of a covered part;

(c) tune up;

(d) failure resulting from racing or competition, towing a trailer or another vehicle (unless vehicle purchased is equipped for this as recommended by the manufacturer);

(e) failure if the vehicle is used to carry passengers for hire or rented to someone else;

(f) repair to valves and/or rings to correct low compression and/or oil consumption which are considered normal wear

[5] Limitation of damages. You shall not be held responsible for property damage arising or allegedly arising out of the failure of a covered part and agree that you will not be liable to me for the loss of the use of the vehicle, the loss of time, inconvenience, commercial loss, incidental, consequential or special damages.

[6] Who may enforce the warranty. This warranty may be enforced by me, or if the vehicle is transferred to my spouse or child, by my spouse or child. No other person may enforce this warranty.

[7] Other warranties. This warranty is in lieu of any other express warranty by you. ALL IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY LIMITED TO THE SAME TERM AS THIS WARRANTY. Some states do not allow limitations on how long an implied warranty lasts or do not allow the exclusion or limitation of incidental or consequential damages. Some of the above limitations or exclusions may not apply to you. This limited warranty gives you specific legal rights and you may also have other rights which vary from state to state.

[8] Notice of warranty claims. To make a claim under this warranty, I must notify you of the claim within the specified warranty period.

DEALER MAY CANCEL THIS CONTRACT & VEHICLE DESCRIBED ON THE REVERSE SIDE HAS NOT BEEN PAID FOR IN FULL AND ACCEPTED BY PURCHASER WITHIN 3 DAYS OF THE DELIVERY DATE SPECIFIED ON REVERSE SIDE. CUSTOMER DEPOSIT WILL IN THIS CASE BE REFUNDED IN FULL.

FOE12766 Q

**FRANCOIS 228**

# *LAW* 553-NY-B-A-eps 10/18

## RETAIL INSTALMENT CONTRACT
## SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number _____   Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| FARAH JEAN FRANCOIS | N/A | VICTORY MITSUBISHI |
| 2914 FARRAGUT | | 4070 Boston Rd |
| BROOKLYN, NY 11210 | | BRONX, NY 10475 |
| KINGS | N/A | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2017 | BMW 5 SERIES | WBAJA7C38HG904846 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $9,000.00 is |
|---|---|---|---|---|
| 13.66 % | $ 13,863.19 | $ 29,462.81 | $ 43,326.00 | $ 52,326.00 |

(e) means an estimate

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X N/A

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 601.75 | Monthly beginning 07/29/20 |
| N/A | N/A | N/A |

Or As Follows:  N/A

**GAP Waiver Notice**
K) If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you were to prepay the contract in full (less any refunds we get for cancelling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due payments and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __1.00__ or __5__ % of the part of the payment that is late, whichever is __greater__.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### WARRANTIES

The following paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the Lemon Laws or, for used vehicles, under the certificate of serviceability that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle you bought in New York City.

Unless the Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making no warranties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.

The following notice only applies to used vehicles bought in New York City:

### IMPORTANT NOTICE TO BUYER

(A) STATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
(B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
(C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.
(D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. COMPLAINT PHONE: (212) 639-9675.

Buyer Signs X _____   Co-Buyer Signs X N/**FRANCOIS 229**

## ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (Including $ 3,105.81 sales tax) ................................... $ 35,100.81 (1)

2 Total Downpayment =

Your trade-in is a _____ N/A _____
    Year    Make    Model    Vehicle Identification No.

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Prior Credit or Lease Balance (e) | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | 5,000.00 |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |

(If total downpayment is negative, enter "0" and see 4I below) .......... $ 5,000.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) ................................... $ 26,100.81 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance
Paid to Insurance Company or Companies

| | | |
|---|---|---|
| Life | $ N/A | |
| Disability | $ N/A | |

B Vendor's Single Interest Insurance Paid to Insurance Company ........ $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies ... $ N/A

D Fees Paid to Government Agencies

| | | | |
|---|---|---|---|
| to NY STATE | for INSPECTION | $ | 37.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

E Government Taxes Not Included in Cash Price ............................ $ N/A

F Government License and/or Registration Fees

LIC & REG FEES ........................................................... $ 250.00

G Government Certificate of Title Fees ....................................... $ N/A

H Government Waste Tire Management Fee ................................ $ N/A

I Other Charges (Seller must identify who is paid and describe purpose)

| | | | |
|---|---|---|---|
| to N/A | for Prior Credit or Lease Balance (e) | $ | N/A |
| to VICTORY MITSUBISHI | for DOC FEE | $ | 75.00 |
| to INTERSTATE (STAR AUTO) | for SERVICE CONTRACT | $ | 3,000.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf ........ $ 3,362.00 (4)

5 Amount Financed (3 + 4) .................................................. $ 29,462.81 (5)

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
_____ N/A _____ , Year ___N/A___ , SELLER'S INITIALS N/A

---

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** ___N/A___ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

**Returned Check Charge:** You agree to pay a charge of $ 20 if any check you give us is dishonored.

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:

#### Optional Credit Insurance

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ N/A                        N/A

    Type of Insurance             Term

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

☐ N/A                        N/A

    Type of Insurance             Term

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

**X** N/A                        N/A

Buyer Signature                       Date

**X** N/A                        N/A

Co-Buyer Signature                   Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

---

Buyer Signs X _____ Co-Buyer Signs X N/A

**FRANCOIS 230**

**NO COOLING OFF PERIOD UNLESS YOU HAVE A CONTRACT CANCELLATION OPTION**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales. It also does not apply if you buy a used vehicle from a Seller-Creditor located in New York City and you did not decline your option to cancel. The laws of New York City provide a two-day cancellation option if you buy a used vehicle. This cancellation option is subject to certain conditions. See the NYC Used Car Contract Cancellation Option agreement for details.

☐ If checked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at the time the Balloon Payment is due:

a) ☐ You may pay your Balloon Payment when due.

b) ☐ You may refinance the Balloon Payment. See paragraph 1.e. below for details.

c) ☐ You may sell the vehicle back to us. See paragraph 1.e. below for details. If you exercise this option, $ __N/A__ per mile for each mile in excess of __N/A__ miles shown on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 2 of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
If the actual payoff amount is more than the amount shown in 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor.

Buyer Signature X N/A                                    Co-Buyer Signature X N/A

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed above. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked above, you have the following options.

*Pay in Full.* You may pay the Balloon Payment in full when due.

*Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.

*Sell Back.* You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described on this page. You must take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no liens other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown above. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

* Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.
* Repair all mechanical defects.
* Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

2. **YOUR OTHER PROMISES TO US**

   a. **If the vehicle is damaged, destroyed, or missing.** The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked.

   You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing. The terms and conditions of your liability if the vehicle is damaged, destroyed, or missing are described in a separate document you sign. The document is a part of this contract.

   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   c. **Security Interest.**

   You give us a security interest in:

   • The vehicle and all parts or goods put on it;
   • All money or goods received (proceeds) for the vehicle;
   • All insurance, maintenance, service, or other contracts we finance for you; and
   • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

   d. **Insurance you must have on the vehicle.**

   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

   If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:

   • You do not pay any payment on time;
   • You give false, incomplete, or misleading information on a credit application;
   • You start a proceeding in bankruptcy or one is started against you or your property; or
   • You break any agreements in this contract.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an installment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La Información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **APPLICABLE LAW**
Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

---

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

### ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

---

**FRANCOIS 233**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X_____   Co-Buyer Signs X N/A_____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

NOTICE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank space. 2. You are entitled to a completely filled in copy of the agreement. 3. Under the law, you have a right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. 4. According to law, you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.

RETAIL INSTALMENT CONTRACT

Buyer Signs X_____   Date 06/29/20   Co-Buyer Signs X N/A_____   Date ___ N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X_____ N/A _____   Address _____ N/A _____

Seller signs VICTORY MITSUBISHI   Date 06/29/20   By X_____   Title ___ N/A

| Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
| --- | --- |
| ☐ Assigned with recourse   ☒ Assigned without recourse | ☐ Assigned with limited recourse |

| Seller VICTORY MITSUBISHI | By | Title |
| --- | --- | --- |

ILAW FORM NO. 553-NY-B-A-eps (REV. 10/18)
©2018 The Reynolds and Reynolds Company. THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**FRANCOIS 234**

LAW 553-NY-B-A-eps 10/18 v1   Page 6 of 6



September 19, 2020

# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, Farah Jean Francois, Affiant, whose home address is 2914 Farragut Road in the city of Brooklyn, county of Kings, state of NEW york, Social Security Number REDACTED, driver's license number and state of issue REDACTED after being duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # XXXXXXXXX6242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.

Signed this ___ day of 09-23, 2020

Signature of Affiant

FARAH JEAN FRANCOIS
Printed Name

State of Brooklyn
County of Kings

Sworn to and subscribed before me, the undersigned Notary Public, for the state of NEW YORK, on the 23 day of September, 2020 by FARAH JEAN FRANCOIS who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this 23 day of September, 20 20

SEAL

Notary Public
State of NEW YORK

DAVID LORDE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LO6250000
Qualified in Kings County
Commission Expires Oct. 15, 2021

---

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

## FRANCOIS 235



September 19, 2020

# FRAUD QUESTIONNAIRE

Name: Farah Jean Francois

Address: 2914 Farragut Road, APT 3 Brooklyn, NY 11210

Home Phone: 917-291-5009   Email Address: Jeanfrancisofarah09@gmail.com

Previous Address: 145 West 111 Street Apt 8 NEW york, NY 10026

Signature SAMPLE 1: Farah Jean Francois

Signature SAMPLE 2: Farah Jean Francois

Signature SAMPLE 3: Farah Jean Francois

Social Security Number REDACTED   e of Bir REDACTED   ers License # REDACTED

State of Issue: NY   Has your Drivers License been stolen? ☑ Yes ☐ No   If Yes, Date: I don't remember

## TELL US ABOUT YOUR SITUATION:

**1. Types of Identity Theft you have experienced (check all that apply):**
☑ Loans
☐ Internet or Email
☐ Securities or Other Investments
☐ Checking or Savings Accounts
☐ Credit Cards
☑ Other
☐ Government Documents or Benefits
☐ Phone or Utilities

**2. What Happened:**
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐ Contacted by Loan Company
☑ Mail Service Disrupted
☐ Check(s) Bounced
☐ Noticed Funds Missing from Bank Account
☐ Contacted by Police or Other Law Enforcement
☐ Don't know
☐ Other _____

☐ Contacted by Debt Collector
☐ Credit Card/New Checks Not Received
☐ Phone Service Disrupted

☑ Noticed Credit Report Inaccuracies
☐ Denied Credit, Employment, Other
☐ Not Permitted to Open Bank Account
☐ Noticed Unauthorized Charges on Account Statement
☐ Civil Suit Filed or Court Judgment Entered Against You

When did that first indication happen? (MM/DD/YYYY) 09-16-20

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY) I don't Know

What was the total dollar value of the identity theft? $ Loans From you For Auto Finance
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $ 29,462.81

**3. Dealership Information (NOTE: No. 3 must be completed if you are alleging Dealership Misrepresentation)**
Dealership Name: _____

Dealership Address: _____

Name and telephone numbers of every individual with whom you were in contact at the dealership:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

**FRANCOIS 236**

September 19, 2020


Auto Finance

# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

_____

**4. Thief's Identity**
Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: EMMANUEL LAFOREST _____ Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

_____

Any other information you have about the person who committed the identity theft:

_____

_____

**5. Contacts:**
Which of the following credit bureaus have you called to report the fraud?
☐ Equifax      (800) 525-6285      ☑ Experian      (888) 397-3742 (Opt 5)      ☐ None
☐ Trans Union  (800) 680-7289      ☐ Innovis       (800) 540-2505

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)
☐ Equifax      ☑ Experian      ☐ Trans Union      ☐ Innovis      ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)
☐ Equifax      ☑ Experian      ☐ Trans Union      ☐ Innovis      ☐ None

Have you contacted the affected banks and/or creditors?
☐ All   ☑ Some   ☐ None

Have you contacted the police?
☑ Yes   ☐ No   Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☑ Yes   ☐ No

**6. Comments:**
Tell us anything else you think it would be helpful for us to know:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

## FRANCOIS 237

Fraud Questionnaire_10007



# Capital One

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-227-3863

# YOUR FRAUD CLAIM RESOLUTION

FARAH JEAN FRANCOIS
145 W 111 ST APT 8
NEW YORK NY 10026

SMG1
888888888

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | W8AJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

I am writing to you about an identity theft investigation where you are named as a victim. We have confirmed that this claim is valid. Capital One Auto Finance is requesting that the trade line be deleted from your Equifax, Trans Union, Experian, and Innovis credit bureau reports. Please retain this letter as confirmation that you are not liable for the above referenced account.

If you have any questions please contact our Risk Management Department at **1-800-227-3863, option 7, extension 275-9133**, Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

ED W
Fraud Specialist
Risk Management Department
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LID1_10015

**FRANCOIS 238**

Page 1 of 1

6/11/2021

Case Details - Summary

# New York State Unified Court System

WebCriminal

## Case Details - Summary

### CASE INFORMATION

| | |
|---|---|
| Court: | **Kings Criminal Court** |
| Case #: | **CR-010390-21KN** |
| Defendant: | **Laforest, Emmanuel** |

### Defendant

| | |
|---|---|
| Name: | **Laforest, Emmanuel** |
| Birth Year: | **1989** |

### Incident and Arrest

**Incident**

| | |
|---|---|
| Date: | **June 29, 2020** |
| CITN: | **69537179P** |

**Arrest**

| | |
|---|---|
| Date & Time: | **January 11, 2021 10:00** |
| Arrest #: | **K21601440** |

**Officer**

| | |
|---|---|
| Agency: | **NYPD** |
| Command: | |

### Attorney Information

**Defense Attorney**
No Defense Attorney Information on File

**Assistant District Attorney**

| | |
|---|---|
| Name: | **Kings County District Attorney,** |
| Assigned: | **April 28, 2021** |

### Next Appearance

**FRANCOIS 239**

MV-78B (12/07)

New York State Department of Motor Vehicles

## REPORT OF LOST, STOLEN OR CONFISCATED MOTOR VEHICLES ITEMS

**Please read the information on the back of this form.**

The following item(s) have been reported:

☑ Lost  ☐ Stolen/destroyed **as result of a crime**

☑ Confiscated or surrendered to police to comply with S/R order

|  | ☐ Driver License | ☐ Non-Driver ID | ☐ Learner Permit |
| --- | --- | --- | --- |
|  | ☐ License Plate(s) | ☐ Registration Sticker |  |
|  | Type of Registration/ License Class | Expiration Date | Date Reported to Police |

Number of Plates  ☐ One  ☑ Two

Plate Number/License or Client ID Number: JSE 8212

Lost, Stolen or Confiscated:

Name of Licensee/ Registrant: Jean Francois Farah

Address of Licensee/ Registrant: 2914 Farragut Rd # 3 Brooklyn NY 11210

Agency/Precinct: 154 Lawrence Ave   Case Number 2020-070-00614

Address: 

Rank & Shield or Tax I.D. No. 916850/16853   Date 09/21/21

Police Agency: NPD

Signature of Officer ♦

**FRANCOIS 240**



New York State
Department of Motor Vehicles



New York State
Department of Motor Vehicles

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

TO REMOVE THIS VEHICLE FROM POLICY
SUBMIT COPY TO INSURANCE COMPANY
PLATE SURRENDER

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|-----|------|-------------|
| JSE8212 | PAS | 2017 | BMW | 05/29/22 |

JEANFRANCOIS, FARAH
2914 FARRAGUT RD 3
BROOKLYN          NY     11210

VIN          WBAJA7C38HG904646
SURRENDER DATE        09/25/20
ITEMS SURRENDERED     STOLEN PLATES
                      *DUPLICATE*

9740257G    JAN 11 2022
YUR HLM9D9

9740257G

FS-6T (1/21)   COMMISSIONER OF MOTOR VEHICLES      PART 1

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|-----|------|-------------|
| JSE8212 | PAS | 2017 | BMW | 05/29/22 |

VIN          WBAJA7C38HG904646
SURRENDER DATE        09/25/20
ITEMS SURRENDERED     STOLEN PLATES
                      *DUPLICATE*

JEANFRANCOIS, FARAH
2914 FARRAGUT RD 3
BROOKLYN          NY     11210

9740257G  JAN 11 2022
YUR HLM9D9        20220111145833

9740257G

FS-6T (1/21)   COMMISSIONER OF MOTOR VEHICLES      PART 2