December 22, 2022

---

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT DISTRICT OF NEW YORK
-------------------------------------------X
FARAH JEAN FRANCOIS,

          PLAINTIFF,

  -against-     Case No.:
              1:22-CV-4447JSB


VICTORY AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI,
SPARTAN AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI,
STAVROS ORSARIS, YESSICA VALLEJO,
DAVID PEREZ, DIANE ARGYROPOULOS, and
PHILIP ARGYROPOULOS,
             DEFENDANTS.
-------------------------------------------X

      DATE: December 22, 2022
      TIME: 11:09 A.M.

    DEPOSITION of the Non-Party
Witness, PAPITO VLADIMIR MOMPLAISIR, taken
by the Defendant, pursuant to a Court Order
and to the Federal Rules of Civil
Procedure, held via Zoom conference call,
before Endi Sheri, a Notary Public of the
State of New York.

---

## Page 2

1
2 APPEARANCES:
3
4 THE LAW OFFICE OF AHMAD KESHAVARZ
   Attorneys for the Plaintiff
5   FARAH JEAN FRANCOIS
   16 Court Street, #2600
6   Brooklyn, New York 11241
   BY: AHMAD KESHAVARZ, ESQ.
7   Ahmad@NewYorkConsumerAttorney.com
8
   NICHOLAS GOODMAN & ASSOCIATES PLLC
9   Attorneys for the Defendants
   VICTORY AUTO GROUP LLC d/b/a
10  VICTORY MITSUBISHI,
   SPARTAN AUTO GROUP LLC d/b/a
11  VICTORY MITSUBISHI,
   STAVROS ORSARIS, YESSICA VALLEJO,
12  DAVID PEREZ, DIANE ARGYROPOULOS, and
   PHILIP ARGYROPOULOS,
13  333 Park Avenue South, Ste 3A
   New York, New York 10010
14  BY: NICHOLAS GOODMAN, ESQ.
   Ngoodman@ngoodmanlaw.com
15
16
       *   *   *
17
18
19
20
21
22
23
24
25

---

## Page 3

1
2    F E D E R A L   S T I P U L A T I O N S
3
4       IT IS HEREBY STIPULATED
5 AND AGREED by and between (among) counsel
6 for the respective parties herein, that
7 filing and sealing be and the same are
8 hereby waived.
9
10       IT IS FURTHER STIPULATED
11 AND AGREED that all objections, except as
12 to the form of the question, shall be
13 reserved to the time of the trial.
14
15       IT IS FURTHER STIPULATED
16 AND AGREED that the within deposition may
17 be sworn to and signed before any officer
18 authorized to administer an oath, with the
19 same force and effect as if signed and
20 sworn to before the Court.
21    *   *   *   *
22
23
24
25

---

## Page 4

1
2 VIDEO STIPULATIONS.
3
4
5 IT IS HEREBY STIPULATED AND AGREED by and
6 between counsel for all parties present
7 that this deposition is being conducted by
8 Videoconference, that the Court Reporter,
9 all counsel, and the witness are
10 all in separate remote locations and
11 participating via Videoconference
12 (LegalView/Zoom/WebEx) meeting
13 under the control of Lexitas Court
14 Reporting Service, that the officer
15 administering the oath to the witness need
16 witness shall be sworn in remotely by the
17 Court Reporter after confirming the
18 witness's identity, that this
19 Videoconference will not be recorded in
20 any manner, and that any recording without
21 the express written consent of all parties
22 shall be considered unauthorized, in
23 violation of law, and shall not be used for
24 any purpose in this litigation or
25 otherwise.

---

1 (Pages 1 to 4)

December 22, 2022

Page 5

```
1
2    IT IS FURTHER STIPULATED that exhibits may
3    be marked by the attorney presenting the
4    exhibit to the witness, and that a copy of
5    any exhibit presented to a witness shall be
6    emailed to or otherwise in possession of
7    all counsel prior to any questioning
8    of a witness regarding the exhibit in
9    question. All parties shall bear their own
10   costs in the conduct of this deposition by
11   Videoconference.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
1              P. MOMPLAISIR
2        When was that?
3        A.   Maybe 20-something years ago.
4    Maybe 25, 30 years ago.  A long, long, long
5    time ago.
6        Q.   What was the context of that?
7    What was that about?
8        A.   I had an accident.
9        Q.   Okay.
10       Was that deposition in
11   New York?
12       A.   In New York, yes.
13       Q.   Okay.
14       You were the plaintiff in a
15   case, you sued somebody?
16       A.   Yes.
17       Q.   Okay.
18       In that case you gave testimony
19   under oath, similar to what we are doing
20   here today?
21       A.   Not on Zoom.  We didn't have
22   Zoom on that time.
23       Q.   Well, those were the days, huh?
24       A.   Yeah.
25       Q.   Yeah.  So I'll change.  So let
```

Page 6

```
1              P. MOMPLAISIR
2    P A P I T O   V L A D I M I R
3    M O M P L A I S I R, called as a witness,
4    having been first duly sworn by a Notary
5    Public of the State of New York, was
6    examined and testified as follows:
7    EXAMINATION BY
8    MR. GOODMAN:
9        THE COURT REPORTER:  Please
10   state your name for the record.
11       THE WITNESS:  Papito Vladimir
12   Momplaisir.
13       THE COURT REPORTER:  Please
14   state your address.
15       THE WITNESS:  145th West, Apt.
16   8, New York, New York 10026.
17       Q.   Good morning, Mr. Momplaisir.
18   I hope I'm pronouncing that correctly.  My
19   name is Nicholas Goodman.  I represent the
20   defendants in the case that were sued by
21   Farah Jean Francois.
22       Have you ever been deposed
23   before?
24       A.   Yes.
25       Q.   Okay.
```

Page 8

```
1              P. MOMPLAISIR
2    me ask you some preliminary questions.  You
3    know something about it if you remember
4    from 25, 30 years ago.
5        First of all, is English your
6    native language?
7        A.   No, it's not.
8        Q.   What is?
9        A.   Creole-French.  Creole and
10   French.
11       Q.   Okay.
12       Do you have any trouble
13   understanding me so far today?
14       A.   No.  I speak good English.
15       Q.   Okay.
16       Have you taken any medications
17   in the last 24 hours?
18       A.   None whatsoever.
19       Q.   Okay.
20       Consumed any alcohol in the
21   last 24 hours?
22       A.   I do not drink.
23       Q.   Any recreational drugs in the
24   last 24 hours?
25       A.   I do not drink or smoke or do
```

2 (Pages 5 to 8)

Page 9

```
 1              P. MOMPLAISIR
 2   any drugs.
 3        Q.   Okay.
 4             So some rules of the
 5   deposition, you may remember from when you
 6   did it when you had your accident case.
 7   You have to answer every question out loud.
 8   The court reporter cannot take down
 9   gestures, nods of the head and so forth.
10             Do you understand that?
11        A.   Yes, I understand.
12        Q.   Okay.
13             If you don't understand a
14   question it's really important that you
15   tell us, tell me or Mr. Keshavarz, in that,
16   if he's asking the question that you don't
17   understand the question.  Okay?
18        A.   Got you.
19        Q.   Do you understand that?
20        A.   Understand.
21        Q.   Would you agree that if you
22   answer a question without telling us that
23   you did not understand the question, that
24   it will be reasonable to assume that you
25   did understand the question?
```

Page 10

```
 1              P. MOMPLAISIR
 2        A.   Understand you.
 3        Q.   Okay.
 4             Also, you can take a break at
 5   any time.  I don't expect to be too long.
 6   But this is not a marathon, so you know, if
 7   you need the bathroom or a glass of water
 8   or something just let us know.  Okay?
 9        A.   Okay.  Perfect.  That's good.
10        Q.   All right.
11             Just tell me what is your
12   understanding of why you're here today?
13        A.   I'm here because I went with my
14   niece to a dealer, because she -- someone
15   bought a car using her credit and bought a
16   car under her name.
17        Q.   Okay.
18             Would you agree with me that
19   you're here today to help her with her
20   case, your niece?
21             MR. KESHAVARZ:  Objection to
22   form.
23        A.   I'm here today --
24             MR. KESHAVARZ:  Wait, wait,
25   just pause for a second between the
```

Page 11

```
 1              P. MOMPLAISIR
 2   question and when you answer.
 3             Objection to the form of the
 4   question.  You don't need to worry
 5   about what that means.  Objection to
 6   the form of the question.  Go ahead.
 7             MR. GOODMAN:  Okay.
 8        Q.   Well, you want her to win her
 9   case, correct?
10             MR. KESHAVARZ:  Objection to
11   form.
12        Q.   You can answer.
13        A.   I don't know what you mean by
14   that.
15        Q.   Well, do you believe that your
16   testimony will assist your niece, Farah
17   Jean Francois to prevail, to win in her
18   lawsuit?
19             MR. KESHAVARZ:  Objection to
20   form.
21        Q.   You can answer.
22        A.   I really don't understand what
23   you mean.  Can you rephrase your question
24   please?
25        Q.   You want her to win the case,
```

Page 12

```
 1              P. MOMPLAISIR
 2   don't you?
 3             MR. KESHAVARZ:  Objection to
 4   form.
 5        Q.   You can answer.
 6        A.   I don't know if I want her to
 7   win.  I want her out -- I want her to be
 8   out of debt, you know, not to have this
 9   debt.
10        Q.   Well, what is the debt that you
11   understand she has?
12        A.   She has -- somebody bought a
13   car under her name.  All of those things
14   are in her credit.  Her credit is messed
15   up.
16        Q.   Yeah.  How is her credit messed
17   up?  What's your understanding of how her
18   credit is messed up?
19        A.   This is what I understand.
20   What I understand is that someone bought a
21   car, went to a dealer without her knowing
22   and bought a car under her name.  And it's
23   under her name.  Either way you put it,
24   somebody used her ID and buy a car, you
25   know?  You know, here, if you don't have
```

Page 13

P. MOMPLAISIR
1
2    credit you don't have anything.
3        Q.   Right.
4        A.   When you owe a lot of money,
5    that's really hard.
6        Q.   Okay.
7            Do you believe that she owes a
8    lot of money on that car?
9        A.   I don't believe -- not really
10   her, whomever.  You know, why does she have
11   to pay for something she didn't do?
12       Q.   What is she paying for that she
13   didn't do?
14       A.   I mean, you know, when you owe
15   the money, either way you look at it the
16   money has to be paid.
17       Q.   Okay.
18       A.   BMW under your name.
19       Q.   Okay.
20       A.   You have to.
21       Q.   Do you believe that the BMW is
22   still under her name today?
23       A.   I do not know.
24       Q.   Do you know the amount of money
25   that she -- that you think that she owes

Page 14

P. MOMPLAISIR
1
2    when you say she has a debt?
3        A.   I know -- I'm not sure exactly
4    how much money, but I know it's a lot of
5    money.  I don't remember the numbers.  I --
6    I -- that was a long time ago.  That was in
7    2020.
8        Q.   Okay.
9            So you believe that your
10   testimony today will help her get out of
11   the debt that you think she has, correct?
12           MR. KESHAVARZ:  Objection to
13       the form of the question.  Go ahead.
14       Q.   You can answer.
15       A.   I don't know how to answer you
16   because is it really -- that's not really
17   her debt, but it's under her name.  You
18   know, let's say somebody bought a car under
19   your name, and you don't know anything
20   about it.  How will you feel?
21       Q.   Okay.  Well, I'm not here to
22   answer your questions.  It really goes the
23   other way.
24           But my question to you is, you
25   believe that she has a debt that she owes

Page 15

P. MOMPLAISIR
1
2    money, and you believe that your testimony
3    will help her get out of that debt, is that
4    fair?
5            MR. KESHAVARZ:  Objection,
6        form.
7        Q.   You can answer.
8        A.   I really tell you that -- the
9    only thing I could tell you is, if she --
10   if someone, even the dealer needs to pay
11   the debt for her to have no debt.  That's
12   the only way, you know, that she could do
13   something.  I don't -- I really don't
14   understand what you're trying to get at.
15   But to me, it's the same question you keep
16   asking.
17       Q.   Well, I'm not getting an
18   answer, that's the problem.  So she's your
19   niece, correct?  Right?
20       A.   Mh-hm.  Mh-hm.
21       Q.   You have to say yes.
22       A.   Yes.
23       Q.   Okay.
24           You don't want your niece to be
25   in debt, do you?

Page 16

P. MOMPLAISIR
1
2            MR. KESHAVARZ:  Objection,
3        form.
4        Q.   You can answer.
5        A.   Nobody wants to be in debt sir.
6        Q.   Well, I'm asking you, the
7    straight question I'm asking you is, you
8    don't want your niece to be in debt, do
9    you?
10           MR. KESHAVARZ:  Objection,
11       form.
12       Q.   You can answer.
13       A.   Okay.  Well, I wouldn't like
14   her to be in debt, of course.  No one --
15   you will not wish any of those things on no
16   one.
17       Q.   Okay.
18           And if you can help her get out
19   of debt, you will do that, correct?
20       A.   No, I wouldn't do that.
21           MR. KESHAVARZ:  Objection,
22       form.
23       A.   I will tell the truth.
24       Q.   Okay.  All right.  Let me --
25   what did you do -- tell us what you did to

4 (Pages 13 to 16)

Page 17

P. MOMPLAISIR

1
2   prepare for your deposition, this testimony
3   here today?
4           MR. KESHAVARZ:  Wait.  He's not
5   asking for what was said between us.
6   It's just what did you do.
7           MR. GOODMAN:  Well, hold on a
8   second Ahmad.
9           Are you representing that you
10  are counsel to representing
11  Mr. Momplaisir as his attorney?
12          MR. KESHAVARZ:  For his
13  deposition, yes.
14          MR. GOODMAN:  For his
15  deposition, yes.  Okay.  I don't
16  believe that creates a privilege
17  issue, a privilege protection.  But
18  in any event, let's proceed.
19      Q.   Mr. Momplaisir, what -- did you
20  review any documents in preparation for
21  your deposition today?
22          MR. KESHAVARZ:  You can answer.
23      Q.   You can answer.
24      A.   Did I review any what?
25      Q.   Documents.

Page 18

P. MOMPLAISIR

1
2       A.   Like what?
3       Q.   I don't know like what.  You
4   have to tell me.
5           Did you look at any papers in
6   preparation for your deposition today?
7       A.   Papers, no.
8       Q.   Pardon?
9       A.   Papers, I did not look at any
10  papers.
11      Q.   Okay.
12      A.   I look at -- I look at things
13  that I -- things that I have on my phone
14  that the -- the appointments and stuff like
15  that.
16      Q.   Okay.
17          So tell me everything you
18  looked at, whether it was on your phone or
19  whatever it was.  You just said you looked
20  at things, what were those things?
21      A.   The appointment that we had
22  with Mitsubishi.
23      Q.   Okay.
24          What else?
25      A.   A few pictures.  That's it.  No

Page 19

P. MOMPLAISIR

1
2   more.
3       Q.   Okay.
4           When you said you looked at the
5   appointment you had with Mitsubishi, what
6   did you look at specifically to see that
7   appointment?
8       A.   It's in my phone.  It was in my
9   phone.
10      Q.   Okay.
11          What is in your phone, was
12  there a message?
13      A.   A message.  A message.
14      Q.   Okay.
15          What is your phone number?
16      A.   917-865-2542.
17      Q.   Okay.
18          That was your phone number in
19  September of 2020?
20      A.   That was my phone number since
21  1995.
22      Q.   Wow.  Okay.
23          Who is the provider, the
24  carrier that provides your cell phone?
25  That's a cell phone I understand, correct?

Page 20

P. MOMPLAISIR

1
2       A.   Yes.  That's a cell phone.
3       Q.   Who's the provider, Verizon,
4   T-Mobile?
5       A.   Right now or before?  At that
6   time I think it was Sprint.
7           MR. KESHAVARZ:  It was what?
8           THE WITNESS:  Sprint.
9           MR. GOODMAN:  Sprint.
10          THE WITNESS:  Sprint Mobile.
11      Q.   That was September 2020, was
12  Sprint?
13      A.   Yes.  September 2020 was
14  Sprint.  Yes.
15      Q.   What is it now?
16      A.   Now, it's T-Mobile because
17  Sprint bought T-Mobile.  No, it's T-Mobile
18  bought Sprint.  Sorry.
19      Q.   Okay.
20          So do you have your cell phone
21  with you now?
22      A.   I'm using it right now to talk
23  to you.
24      Q.   Oh.  Okay.  Can you -- I'm
25  going to ask you to preserve what you say

5 (Pages 17 to 20)

Page 21

P. MOMPLAISIR
1
2  you looked at to prepare for the
3  deposition, that appointment with the
4  dealership.
5      A.   Mh-hm.
6      Q.   Okay?
7      A.   Okay.
8      Q.   Are you talking, is there one
9  message or more than one message that
10  concerns this appointment?
11     A.   Maybe -- maybe one, maybe two.
12  Not too many.
13     Q.   Okay.
14          What were the dates of those
15  appointments?
16     A.   Hold on one second.  I have one
17  on September 20, that they sent a message
18  to -- no, that's not mine.  September 24,
19  2020.
20          MR. KESHAVARZ:  What was the
21     month?
22          THE WITNESS:  September 24,
23     2020 at 4:25 p.m.
24     Q.   Okay.
25          Who did that come from?

Page 22

P. MOMPLAISIR
1
2      A.   I -- it says, my name is Amber
3  at Victory Mitsubishi.
4      Q.   I'm sorry.  Can you repeat
5  that?  My name is?
6      A.   Amber at Victory Mitsubishi.
7      Q.   What are you looking at right
8  now Mr. Momplaisir?  You're looking at
9  something, what is it?
10     A.   I'm looking at my computer.
11     Q.   At your computer?
12     A.   Mh-hm.
13     Q.   Okay.
14          So what is on your computer as
15  opposed to what is on your phone --
16     A.   Same thing.
17     Q.   -- about this appointment?
18     A.   Same thing.
19     Q.   Okay.
20          So September 24th 2020, my name
21  is Amber at Victory Mitsubishi.  What else
22  does it say?
23     A.   I'm reaching out to you to see
24  if you're still in the market for a
25  vehicle.  If you are, you could call me at

Page 23

P. MOMPLAISIR
1
2  718-569-0078.  Have a good day and I look
3  forward to hearing from you.  In the
4  meantime you can take a look at our
5  inventory.  And she sent me like a link.
6      Q.   Had you previously sent any
7  text message or email to Victory
8  Mitsubishi?
9      A.   I don't think so.  I think I've
10  called them using my number and they have
11  used that maybe to send a message back to
12  me.
13     Q.   Okay.
14          So when was it that you called
15  using your number?
16     A.   I cannot remember exactly, the
17  exact date because the -- you know, the --
18  I'm not going to find that on my phone.
19  But I remember I call before that.
20     Q.   Okay.
21          Why did you call before that?
22     A.   Well, we were trying to get an
23  appointment to see -- to find out what
24  happened to her.
25     Q.   Okay.

Page 24

P. MOMPLAISIR
1
2          So -- and, you don't have any
3  record in your phone of that call --
4      A.   No.
5      Q.   -- that you made?
6      A.   It's two years ago sir.
7      Q.   Okay.
8          How many times did you call to
9  get the -- make the appointment?
10     A.   Two times.
11     Q.   Two?
12     A.   Mh-hm.
13     Q.   Okay.
14          What you read to us that came
15  in on September 24th, that -- well, I'll
16  let it speak for itself on the record.
17          Was that actually an
18  appointment for you to come in?
19     A.   No.
20     Q.   Was that the same --
21     A.   No.
22     Q.   Okay.  I'm sorry.  Go ahead.
23     A.   I think that's a message that
24  they send you after you call them or
25  something.  After they have your phone

6 (Pages 21 to 24)

Page 25

P. MOMPLAISIR

1
2   number they send you those messages.
3       Q.   Right.  I'm sorry.
4       A.   That --
5       Q.   I'm sorry.
6       A.   That's what my understanding
7   is.  You know, maybe after you went there
8   or you talked to them, they sent you a
9   message back.
10      Q.   That's like a solicitation,
11  correct?  They're trying to sell you a car?
12      A.   Yeah.  But after you call
13  that's what they call -- that's what they
14  do.
15      Q.   Right.
16      A.   Maybe a robot call.  Maybe --
17  you know, I don't know what they do.  I do
18  not know.
19      Q.   Okay.  That's fine.
20           Did there come a time however
21  that you actually received a message that
22  you had an appointment at a specific day in
23  time to come to the dealership?
24      A.   I kind of lost that.  I don't
25  know where.  I did, but I don't know where

Page 26

P. MOMPLAISIR

1
2   I have that.
3       Q.   Where was it when you had it,
4   it was on your phone?
5       A.   It was on my phone, but you
6   know, remember, I had to change phone.  I
7   had to change the carrier.  I was looking
8   for it.  I couldn't find it.
9       Q.   Okay.
10           Why were you looking for it?
11      A.   I was looking for it.  I had to
12  look for it.
13      Q.   Why did you have to look for
14  it?
15      A.   Because when they ask questions
16  I need know what to answer.
17      Q.   Okay.
18           So in preparation for this
19  deposition you went to your phone and
20  looked for -- tell me what you looked for?
21      A.   I was looking for the
22  appointment that I made because I was the
23  one that made the appointment for Farah for
24  the first time.
25      Q.   Okay.  So all right.  We are

Page 27

P. MOMPLAISIR

1
2   going to get to the first time, etcetera.
3           Have you now told us everything
4   that you did in terms of looking at either
5   documents -- you said you did not look at
6   documents -- but messages or any other
7   electronically stored information in
8   preparation for this deposition?
9           MR. KESHAVARZ:  Objection to
10      form.
11      Q.   You can answer.
12      A.   I looked at some pictures.
13      Q.   Okay.
14           Well, other than pictures, have
15  you told us everything else that you looked
16  at?
17      A.   Pictures and the messages.
18  That's it.
19      Q.   Okay.
20      A.   I don't have anymore thing.  I
21  don't -- I don't have all those
22  information.  You understand?  I only know
23  what I know.
24      Q.   No, I get it.
25           Did you take any pictures of

Page 28

P. MOMPLAISIR

1
2   documents while you were at the dealership
3   in September of 2020?
4       A.   No.  Not me.  No.  Not me.
5       Q.   Okay.
6       A.   I was there just to support,
7   not to -- you know?  I was there to
8   support, not to do anything.  Not even to
9   talk.  I was just there with her.  I was
10  the -- unfortunately, I was there with her.
11  That's why I'm here right now.
12      Q.   Okay.  I appreciate it.  It's
13  unfortunate.  It's unfortunate for all of
14  us this thing.
15      A.   Yeah.
16      Q.   So the pictures that you just
17  mentioned, what pictures did you review in
18  preparation for this deposition?
19      A.   Pictures of -- of the father,
20  the son and somebody.  I don't know.
21      Q.   Okay.
22           How do you know they were the
23  father and son?
24      A.   I was there, remember?
25      Q.   Well --

7 (Pages 25 to 28)

Page 29

P. MOMPLAISIR

1
2      A.   But I don't know if the father
3   is the son.  The son say -- the guy said,
4   that's my father.  So I figure if you told
5   me that's your father, that's your father.
6      Q.   Okay.
7           So the guy who you say said
8   that's my father, describe him.
9      A.   That was a long time ago.  That
10  was about two and a half years ago, sir.
11     Q.   That's okay.  You seem to
12  remember other things from then.
13     A.   I remember --
14     Q.   What --
15     A.   I remember, but I don't
16  remember everything.
17     Q.   Okay.  We'll figure it out.
18     A.   I don't remember.
19     Q.   How tall was he?
20     A.   Taller than me.
21     Q.   Taller than you.  How tall are
22  you?
23     A.   I'm about 5'5 and a half, 5'6.
24  Somewhere around that.
25     Q.   Fair to say he was over 6 feet?

Page 30

P. MOMPLAISIR

1
2      MR. KESHAVARZ:  Objection to
3   the form of the question.
4      A.   I cannot tell you that.
5      Q.   Was he about 6 feet 2 inches?
6      MR. KESHAVARZ:  Objection to
7   the form of the question.
8      A.   I --
9      Q.   How much did he weigh?
10     A.   I don't know that.
11     Q.   Approximately?
12     A.   I do not know.
13     Q.   Did he weigh more than you?
14     A.   I think so.
15     Q.   Okay.
16          How much do you weigh?
17     A.   I weigh about 149.
18     Q.   Okay.
19          What was his skin color?
20     MR. KESHAVARZ:  Objection to
21  form.
22     Q.   Pardon?
23     A.   Skin color?  Light skin.
24     Q.   Light, like is he a white man,
25  a black man, a Hispanic man?

Page 31

P. MOMPLAISIR

1
2      A.   He's not black.
3      Q.   Okay.
4           What was he if he wasn't black?
5      A.   Light skin.
6      Q.   Light skin like me?
7      A.   Uh -- you're a little bit
8   lighter I think.
9      Q.   What did you say?  I'm lighter
10  or he's lighter?
11     A.   You're a little bit lighter.  I
12  think you're a little bit lighter, but --
13  sir, it was two and a half years ago.
14     Q.   Yeah.  I appreciate that.
15  Okay.  So you said you saw the photographs.
16  You said -- your testimony was, father and
17  son.  So we just talked about what person
18  you're saying, even though it's two and a
19  half years ago, was the son.  Did you also
20  meet the -- what you're saying was the
21  father?  The person you're saying was the
22  father?
23     A.   Yes.
24     Q.   Okay.  Describe him.
25     A.   Light skin.  I can't tell you a

Page 32

P. MOMPLAISIR

1
2   lot about him.
3      Q.   Okay.
4           How tall was he?
5      A.   All I know they both were
6   taller than me.
7      Q.   Both taller than you?
8      A.   Yeah.  Both taller than me.
9      Q.   Okay.
10          How about, how much did he
11  weigh?
12     A.   That, I don't know.  I don't
13  know sir.
14     Q.   Do you think more than you?
15     A.   I don't think so.  Yeah.
16     Q.   Okay.
17          Either one of them wear
18  glasses?
19     A.   I don't know.
20     Q.   Either one of them have a
21  beard, facial hair?
22     A.   I don't remember.
23     Q.   Okay.
24          Either one of them was bold?
25     A.   I'm not sure.

8 (Pages 29 to 32)

| Page 33 | Page 35 |

**Page 33**

P. MOMPLAISIR

```
1              P. MOMPLAISIR
2      Q.   All right.
3            Either one of them was wearing
4   a hat?
5      A.   I'm not sure.
6      Q.   All right.
7            So when did you look at those
8   photos that you say you looked at to
9   prepare for your deposition today?
10     A.   Yesterday.
11     Q.   Okay.
12           So who showed them to you?
13     A.   I was talking to counselor.
14     Q.   This man here, that's on the
15  screen, Mr. Ahmad Keshavarz?
16     A.   Yes.  Mr. Ahmad.  Yes.
17     Q.   So when is the first time you
18  spoke to him ever?
19           MR. KESHAVARZ:  It's just a
20     date that he's asking.
21     A.   I don't know the date.  Maybe
22  -- no.  To you?  Couple of weeks ago.
23  Couple of weeks.  I talked to your partner.
24     Q.   Okay.  Well, just, let's focus
25  just on Mr. Keshavarz.  You first spoke to
```

**Page 34**

P. MOMPLAISIR

```
1              P. MOMPLAISIR
2   him two weeks ago?
3      A.   No, not him.  I think his
4   partner.
5      Q.   Okay.
6            Was his partner's name Emma
7   Caterine?
8      A.   Yes, I think so.
9      Q.   Emma?
10     A.   Emma.  Yes.
11     Q.   Okay.
12           That was about two weeks ago.
13  How long was that conversation?
14     A.   Maybe five minutes, no more.
15     Q.   Okay.
16           What was the content?  What did
17  she say to you, what did you say to her?
18           MR. KESHAVARZ:  Objection.
19     Don't answer that.  Attorney client
20     privilege.
21           MR. GOODMAN:  Well, there was a
22     deposition two weeks ago.  And I
23     don't know that you were representing
24     him as a deponent two weeks ago.
25           MR. KESHAVARZ:  I represent
```

**Page 35**

P. MOMPLAISIR

```
1              P. MOMPLAISIR
2   him.
3            MR. GOODMAN:  Okay.  Mark
4      please -- Ms. Reporter, mark that for
5      a ruling.  I don't believe that
6      privilege applies here.
7            MR. KESHAVARZ:  Well, if you
8      want, we can get the court on the
9      line as well.
10           MR. GOODMAN:  Well, we are
11     going to finish the deposition first
12     and then we'll talk to the court.
13           MR. KESHAVARZ:  I'm not going
14     to have the defendant come back
15     again.
16           MR. GOODMAN:  I'll -- you know,
17     let me continue please.
18     Q.   When is the next time after two
19  weeks ago that you spoke to Emma?
20     A.   Emma, the date that we are
21  supposed to have the deposition, that we
22  did not have it.
23     Q.   Okay.
24     A.   I don't remember -- I don't
25  remember --
```

**Page 36**

P. MOMPLAISIR

```
1              P. MOMPLAISIR
2      Q.   Okay.  All right.
3      A.   -- exactly.
4      Q.   During the course of either one
5   of those discussions were you shown these
6   photographs that you are talking about?
7      A.   No.
8      Q.   Okay.
9            Then when is the first time you
10  actually spoke to Mr. Keshavarz?
11     A.   Is it two days ago?  Two days
12  ago.
13     Q.   Okay.
14           Was it during that conversation
15  that he showed you the photographs?
16     A.   No.
17     Q.   Okay.
18           When was it that he showed you
19  the photographs?
20     A.   Yesterday.
21           MR. KESHAVARZ:  Well --
22     A.   Yesterday.
23     Q.   Okay.
24           Did he show you anything else
25  other than photographs yesterday?
```

9 (Pages 33 to 36)

Page 37

P. MOMPLAISIR
1
2      A.   The photos of the texts that I
3   -- that I had.
4      Q.   The photos of the texts that
5   you had?
6      A.   Mh-hm.
7      Q.   Okay.
8          What did those texts say?
9      A.   The appointments.
10     Q.   Is that what you read to us --
11     A.   Yes.
12     Q.   -- in this deposition?
13     A.   Yes.
14     Q.   Was that the only text that you
15   showed him and discussed with him?
16     A.   There was another text, but it
17   wasn't -- I did it, but I didn't do it
18   under my name.  I did it under Eddie.  This
19   is for the second time.
20     Q.   Did it under what?  I'm sorry.
21     A.   I did it under another name.
22   Not my name.
23     Q.   Okay.
24          What do you mean by you it did
25   it under another name?

Page 38

P. MOMPLAISIR
1
2      A.   So I did -- when I called back
3   to get another appointment I didn't say my
4   name was Papito, I said my name as Eddie.
5      Q.   Okay.
6          Who did you call -- you did
7   that on a phone call?
8      A.   On phone call, that's how you
9   get appointment at that time from there.
10     Q.   Okay.
11          So you called back --
12     A.   They must have a log.  They
13   must have a log.
14     Q.   You called back on your phone
15   and said your name was Eddie to --
16     A.   I don't remember if it was my
17   phone or on any other phone, but I did call
18   and say my name was Eddie.
19     Q.   Okay.
20          What other phone would it have
21   been, you said -- or any other phone?
22     A.   My house phone --
23     Q.   What's the number of your house
24   phone?
25     A.   212-663-2917.

Page 39

P. MOMPLAISIR
1
2      Q.   Okay.
3          Who provides the service for
4   that number?
5      A.   I think it's Spectrum.
6      Q.   Okay.
7          When was it that you made that
8   second call under the name Eddie?
9      A.   I don't have dates.  I don't
10   dates.  I don't the dates.  Because the
11   calls I don't have.
12     Q.   Okay.
13          Had you already been to the
14   dealership when you made that second call?
15     A.   I'm not sure, but I'm pretty
16   sure that it might have been after because
17   that's the second -- that's the second
18   call.  Yeah.
19     Q.   Okay.  All right.
20          So back to -- so you had a
21   conversation with Mr. Keshavarz, I believe
22   you said two days ago, did I get that
23   correct?
24     A.   No, no, no, no.
25     Q.   Well, you tell me.

Page 40

P. MOMPLAISIR
1
2      A.   We talk yesterday.
3      Q.   Okay.
4          Before yesterday, did you talk
5   to him?
6      A.   Did I talk?  It's -- I think I
7   talked to Emma about the date.  Not with
8   him.  I think I talked to Emma about the
9   date.
10     Q.   I'm asking -- my question now
11   is him, talking to him, only him.  Don't
12   worry about Emma.
13     A.   Him?  I think, like I told you,
14   I think that was two days ago.  That's it.
15     Q.   Two days ago?
16     A.   Mh-hm.
17     Q.   And that's when he showed you
18   the photographs?  I thought you said that
19   was yesterday.
20     A.   Yesterday he showed me the
21   photographs.  I think I talked to him
22   briefly about when the deposition.  That's
23   it.
24     Q.   Then yesterday you had a longer
25   conversation that included the photographs?

10  (Pages 37 to 40)

| Page 41 |
| --- |

P. MOMPLAISIR

2     A.   Not a longer conversation.
3  Usual conversation when -- what did you
4  remember -- about that, like that.  That's
5  it.
6     Q.   Okay.
7          Well, what did he say to you
8  and what did you say to him?
9          MR. KESHAVARZ:  Objection.
10    A.   I --
11         MR. KESHAVARZ:  Wait, wait.
12     Don't answer that question.  Attorney
13     client privilege.
14         MR. GOODMAN:  Okay.
15     Ms. Reporter, can you mark that for a
16     ruling, please?
17    Q.   You mentioned previously your
18  niece, and your niece's name is Farah Jean
19  Francois, is that correct?
20    A.   Yes, it is.
21    Q.   Okay.
22         She is your niece because she
23  is the daughter of whom?  Who is she the
24  daughter of related to you?
25    A.   Not like that.  Not like that.

| Page 43 |
| --- |

P. MOMPLAISIR

2    Q.   Okay.  Fair enough.  Fair
3  enough.
4         How long have you known Farah
5  Jean Francois, your niece?
6    A.   Long time.
7    Q.   Let me go back a second.
8         Are you a native of Haiti?
9    A.   Yes, I am.
10    Q.   Okay.
11         When did you come to the United
12  States?  When did you immigrate to United
13  States?
14    A.   Long time ago.  Long, long,
15  long time ago.  More than 30 years.
16    Q.   Okay.
17         Are you a citizen of the United
18  States?
19    A.   No, I'm not.
20    Q.   Okay.
21         What is your citizenship --
22  well, your status right now?
23    A.   My status, I'm a legal
24  resident.
25    Q.   You have a Green Card?

| Page 42 |
| --- |

P. MOMPLAISIR

2  Her grandmother is my mother's grand -- is
3  my mother's cousin.  So this is grandmother
4  to grandmother, cousin, but she from
5  mother's side.
6    Q.   Oh --
7    A.   She called me uncle.
8    Q.   Hold on.  Hold on.
9    A.   It's like a long way down the
10  line uncle.  It's complicated.
11    Q.   No, I understand.  I'm going to
12  try to undo the complication the best I
13  can, which is probably not very good but.
14  So if I got it correctly, your grandmother
15  and her grandmother are first cousins?
16    A.   Exactly.
17    Q.   Okay.
18         So she descended from her
19  grandmother?
20    A.   To her mother to her.
21    Q.   To her mother to her.  And you
22  came down the line of your grandmother, but
23  whatever that relationship is you're using
24  the term niece to describe it, correct?
25    A.   Exactly.

| Page 44 |
| --- |

P. MOMPLAISIR

2    A.   Yes, I do.
3    Q.   Are you employed?
4    A.   Yes, I am.
5    Q.   What is your employment?
6    A.   I own my own business,
7  Momplaisir Inc.
8    Q.   What is the business of
9  Momplaisir Inc?
10    A.   It's a shipping company.
11    Q.   What does it ship?
12    A.   Everything from letters to
13  boxes to whatever.  It's a shipping
14  company.  So we do shipping.
15    Q.   Where -- do you ship to one
16  particular location?
17    A.   Mostly Haiti.
18    Q.   Okay.
19         So you're shipping items from
20  the United States to Haiti?
21    A.   Exact.
22    Q.   Are you receiving shipments
23  from Haiti to the United States?
24    A.   Sometimes.
25    Q.   How long have you been in

11 (Pages 41 to 44)

December 22, 2022

Page 45

P. MOMPLAISIR
1
2  business as Momplaisir Inc.?
3      A.   Since 1999.
4      Q.   Okay.
5           Any reason in all those years
6  you did not choose to become a citizen of
7  the United States?
8      A.   Not really.
9      Q.   Okay.  I think you didn't have
10  an exact year.  Let me ask it again.  If
11  I'm repeating, I'm sorry.
12          The date -- the year that you
13  immigrated to the United States?
14      A.   I don't have the exact date,
15  but I -- it was a long time ago.  That's
16  all I could tell you.
17      Q.   Well, was it say, early 1990s?
18  It's about 30 years ago.
19      A.   Yeah.  More -- a little bit
20  more than that I think.
21      Q.   So --
22      A.   Let's say around 30 years.
23      Q.   More than 30 years?  Okay.
24      A.   More than 30 years.
25      Q.   My question is, before those 30

Page 46

P. MOMPLAISIR
1
2  years, had you already met your niece,
3  Farah Jean Francois -- you're calling her
4  niece -- in Haiti?
5      A.   Not before I come here, after.
6      Q.   Okay.
7           So when did you first meet her?
8      A.   You know, we see each other,
9  not really meet, hi, how are you, things
10  like that when I was in Haiti.
11      Q.   Okay.
12      A.   I used to go to Haiti almost
13  every week sir.
14      Q.   Okay.
15          What had you going back and
16  forth to Haiti every week?
17      A.   I used to go almost every week.
18  I didn't say every week.  Almost.
19      Q.   All right.
20      A.   Because of the shipping
21  business.
22      Q.   Okay.  All right.
23          So you would see her in Haiti?
24      A.   Mh-hm.
25      Q.   When you went almost every

Page 47

P. MOMPLAISIR
1
2  week --
3      A.   Almost every week.  Like I
4  would say every two, three weeks I would
5  see her because of the business.
6      Q.   Okay.
7           Have you ever been arrested?
8      A.   Never in my life.
9      Q.   Okay.
10      A.   I never even dream about it.
11      Q.   Well, that would be a
12  nightmare.
13      A.   Exactly.
14      Q.   So do you know when Farah, your
15  niece, let's just call her your niece, came
16  to the United States for the first time?
17      A.   I can't remember the exact
18  date.  But -- I can't remember the year
19  either, but it's more -- wow.
20      Q.   If I told you 2014, would that
21  refresh your recollection?
22      A.   '14?  I can't remember exact
23  date -- the exact date.  But I remember she
24  came around -- around eight to ten years
25  ago.  Around -- around there.

Page 48

P. MOMPLAISIR
1
2      Q.   Okay.
3           When she came eight to ten
4  years ago, did she stay with you?
5      A.   She stayed in my house.  Yes.
6  For a while.
7      Q.   Stayed in your house.  Okay.
8  Do you remember when she came that she had
9  some trouble with law enforcement at the
10  airport concerning packages of cocaine?
11      A.   I think so, yeah.
12      Q.   You remember that?
13      A.   Of course I remember.
14      Q.   Okay.
15          Did you help her deal with that
16  situation?
17      A.   I was -- I'm the one who always
18  helping any family members.  It's not only
19  her.  It's everybody.
20      Q.   Okay.
21          But my question was --
22          MR. GOODMAN:  And I move to
23  strike the nonresponsive portion.
24      Q.   My question is, did you help
25  her with that particular situation with law

12  (Pages 45 to 48)

December 22, 2022

Page 49

P. MOMPLAISIR

1
2   enforcement?
3       A.   I was there too, you know?  But
4   there was another uncle, he passed away
5   now, that was more into it.  But I was
6   there.  I was there -- I was there, help
7   out.  Yeah.
8       Q.   Okay.
9            Who was the uncle that was more
10  into it?
11      A.   There's another uncle named
12  Andre.  A-N-D-R-E.
13      Q.   E --
14      A.   He helped too.  But I was --
15  A-N-D-R-E.
16      Q.   E-N-D-R-E?
17      A.   A-N-D-R-E.
18      Q.   Andre.  I'm sorry.
19      A.   Yeah.  Andre.
20      Q.   Okay.  So --
21      A.   Can you move please?  Because
22  you're taking a little bit of long time.
23      Q.   I'm sorry.
24      A.   You're taking a lot of time.
25  Can you please, you know?

Page 50

P. MOMPLAISIR

1
2       Q.   Well, I learn my lessons from
3   Mr. Keshavarz as how to draw out
4   depositions.  So we could be here for a
5   long time.
6            MR. KESHAVARZ:  This is from
7       our agreement.  This deposition --
8            MR. GOODMAN:  This deposition
9       will end by 2:00 p.m., we are not
10      going to go past two.
11      A.   Okay.
12      Q.   All right?  Now, if you need a
13  break, all you have to do is say so, and we
14  can take a break.
15      A.   No.  Let's try to finish
16  because -- you know, I have other things to
17  do.  Let's try to finish.
18      Q.   Okay.  We all do.  All right.
19           So when she arrived, your
20  niece, she stayed in your apartment, is
21  that correct?
22      A.   Yeah.  For a while.  Yes.
23      Q.   How long was a while?
24      A.   Think until she got married.
25      Q.   When did she get married?

Page 51

P. MOMPLAISIR

1
2       A.   Can't remember the date sir.
3       Q.   All right.
4            Was that apartment the same
5   address you gave us at the beginning?
6       A.   Yes.
7       Q.   145 W 111th?
8       A.   Yes, sir.
9       Q.   All right.
10           Does she live there today?
11      A.   No.
12      Q.   Okay.
13           When was it that she moved
14  away?
15      A.   When she got married.
16      Q.   Okay.
17           And that was when?  Maybe I
18  asked that, but when?
19      A.   I don't remember the date.
20      Q.   Okay.
21           After she got married and moved
22  out, was there a time that she came back,
23  moved back?
24      A.   No.
25      Q.   Is there a time that she spent

Page 52

P. MOMPLAISIR

1
2   anytime there whether --
3       A.   Well, she passed by, of course.
4       Q.   No, but I mean stayed there,
5   like slept --
6       A.   No, no, no.
7       Q.   Okay.
8       A.   She was married.
9       Q.   Do you know if she's still
10  married today?
11      A.   Yes.  She's still married.
12      Q.   Okay.
13      A.   How is that going, that's
14  another story --
15      Q.   What?  I'm sorry?  I didn't
16  hear that.
17      A.   I said, how it's going, I don't
18  know.  But that's another story.  But she's
19  still married.
20      Q.   Well, she's pregnant now,
21  right?
22      A.   I don't know sir.  That's
23  personal.  I don't know that.
24      Q.   You don't know that?
25      A.   No, I don't know that.

13 (Pages 49 to 52)

December 22, 2022

Page 53

P. MOMPLAISIR
1
2    Q.   Okay.
3         Do you know her husband?
4    A.   Yes.
5    Q.   What's his name?
6    A.   Laforest.
7    Q.   First name?
8    A.   His first name is -- I call him
9    Laforest.
10   Q.   Okay.
11        When is the last time you spoke
12   with him?
13   A.   The last time I talked to him
14   was a long time ago.
15   Q.   Okay.
16        What did you talk to him about?
17   A.   Not really talk, hi, how are
18   you.  I was with Farah that day and we say
19   -- we talk, hi, how are you and that's it.
20   Q.   Okay.
21        Now, do you know Emmanuel
22   Laforest?
23   A.   No.
24   Q.   Do you know Stanley Laforest's
25   brother?

Page 54

P. MOMPLAISIR
1
2    A.   Yeah.  Yeah.  Stanley.  No, no,
3    no.  I don't know him at all.
4    Q.   Okay.
5         What do you know about his
6    participation in the issue, the problem
7    with the BMW and Farah?
8    A.   I think that's the -- I think,
9    according to the dealer, that he was the
10   one coming and bought the car.  According
11   to the dealer.
12   Q.   Okay.
13        What about according to Farah?
14   A.   According to Farah she did not
15   know anything.  She didn't know anything at
16   all --
17   Q.   Okay.
18   A.   -- about when that happened.
19   Q.   When is the first time that
20   Farah talked to you about the problem with
21   the BMW?
22   A.   I don't have the exact date.
23   But she received a letter.  She received a
24   letter in mail that she was getting
25   tickets.

Page 55

P. MOMPLAISIR
1
2    Q.   Okay.
3    A.   She was asking me what happened
4    to those -- she had tickets.  And I was
5    like how you got so many tickets.  You
6    know, I was telling her -- you know -- you
7    know, you have to be more -- you know, you
8    can't be getting tickets.  That's wasting
9    money.  And she was like, no, I don't get
10   tickets like that.  You know?  And I was
11   like, but I never really looked at the
12   plates of the car.  You know, because I was
13   like, oh, man, you should -- they had --
14   they had like speeding tickets.  You know,
15   those cameras, those speed camera thing?
16        So she was telling me -- well,
17   I was telling her, hey, you cannot be doing
18   this, getting those tickets.  And I was
19   like -- then she showed me.  I met her, she
20   showed me the papers.  And when I looked at
21   the papers, and I was like, BMW?  Do you
22   have a BMW?  And she was like, BMW?  No.  I
23   don't know anything about a BMW.  Then from
24   there I told her let me check.
25   Q.   All right.  So --

Page 56

P. MOMPLAISIR
1
2    MR. GOODMAN:  Move to strike
3    the nonresponsive portion.
4    Q.   Yeah.  Mr. Momplaisir, this
5    conversation that you just recited to us,
6    when did that happen?
7    A.   That happened one time I was
8    dropping her at her house on -- in
9    Brooklyn.
10   Q.   Okay.
11        What was the address of that
12   house?
13   A.   I know it's on Farragut.  I
14   cannot tell you exactly.  I know it's very
15   close to Nostrand, Nostrand Avenue.  It's
16   right around this area.  I don't know
17   the exact, exact, exact address.  But I
18   know Nostrand.
19   Q.   Okay.  All right.
20        Are you saying that she
21   actually showed you copies of tickets?
22   A.   Huh?  Can you repeat that
23   please?  Hold on.  Hold on one second.
24   Yes.  Can you repeat the question please?
25   Q.   Yeah.

14  (Pages 53 to 56)

December 22, 2022

Page 57

```
 1              P. MOMPLAISIR
 2        Is it your testimony that she
 3   actually showed you copies of tickets,
 4   speeding tickets, camera tickets, whatever
 5   it was?
 6        A.   Yeah.  She show -- yes, yes.
 7        Q.   How many?
 8        A.   I can't remember.
 9        Q.   Okay.
10             And she had received all of
11   those tickets in the mail?
12        A.   In the mail.
13        Q.   At that house on Farragut Road?
14        A.   Yes, exact.
15        Q.   Okay.
16             Did she show you any other mail
17   that she received at Farragut Road
18   concerning the BMW, other than tickets?
19        A.   After that I think she showed
20   me a title.  A title.
21        Q.   Okay.
22        A.   And the title --
23        Q.   When was this?  I think you
24   said it was when you were dropping her off.
25   But what's the --
```

Page 58

```
 1              P. MOMPLAISIR
 2        A.   I don't have the date sir.  I
 3   don't have date.
 4        Q.   Okay.
 5             Well, was it August of 2020,
 6   was it July of --
 7        A.   I don't have date.
 8        Q.   Was it before you went to the
 9   dealership?
10        A.   Before the dealership, that's
11   how come we go to the dealership.
12        Q.   Okay.
13        A.   I was just helping out.  I --
14   you know?
15        Q.   Okay.
16             Before I forget, what's your
17   date of birth?
18        A.   10/26/1967.
19        Q.   And your Social Security
20   Number?
21        A.   My Social Security Number?
22        Q.   Yes.
23        A.   Why's that relevant?
24        Q.   It's relevant.  There's a
25   number of reasons.  I don't need to
```

Page 59

```
 1              P. MOMPLAISIR
 2   describe all of them.  But we need your
 3   number.
 4        A.   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.
 5        Q.   Okay.
 6             As of today, do you own a motor
 7   vehicle, a car?
 8        A.   Yes, I do.
 9        Q.   Okay.
10             What is the make and model?
11        A.   A Benz, '19 -- year C300,
12   coupe.
13        Q.   Nice.
14        A.   Yeah.
15        Q.   How long have you owned that?
16        A.   Not too long.  I always drive
17   Benz.
18        Q.   Okay.  Well -- this one is --
19        A.   This one is --
20        Q.   Go ahead.  Go ahead.
21        A.   This one is not too long ago.
22   About seven, eight months.
23        Q.   All right.
24             Did you own a vehicle in
25   September of 2020?
```

Page 60

```
 1              P. MOMPLAISIR
 2        A.   September of 2020?  September
 3   of 2020?  I think so.  I have all kind of
 4   cars I'm driving.  It's not a problem.  I
 5   don't have car problems.
 6        Q.   Okay.
 7             But you had some car available
 8   to you to drive in September of 2020?
 9        A.   Yes.
10        Q.   Correct?
11        A.   Yes, I did.  Of course.
12        Q.   Let me ask this question.  You
13   went to the Victory Mitsubishi dealership
14   in September of 2020, correct?
15        A.   Yes, I did.
16        Q.   Okay.
17             How did you get there?
18        A.   The first time I think we went
19   in Farah's car.
20        Q.   Okay.
21        A.   The second time I met her
22   there.
23        Q.   Okay.
24             The first -- so you went there
25   twice, correct?
```

15 (Pages 57 to 60)

Page 61

P. MOMPLAISIR

1
2      A.   Yes.
3      Q.   You're sure of that?
4      A.   I'm pretty positively sure.
5      Q.   Okay.
6           The first time you drove with
7  her was anybody else with you?
8      A.   No.
9      Q.   Okay.
10          What car did you drive in to
11 get there the first time?
12     A.   Can't remember which one.
13     Q.   Okay.
14          Where did you park the car?
15     A.   Outside.
16     Q.   But where outside?
17     A.   In the street.  In the street.
18     Q.   On the street?
19     A.   On the street near the dealer.
20     Q.   What street was it?
21     A.   I don't know.
22     Q.   Did you park legally or did you
23 get a ticket for that parking?
24     A.   No, no, no.  Legally.
25     Q.   Okay.

Page 62

P. MOMPLAISIR

1
2      A.   There's a lot of parking there
3  in the Bronx.
4      Q.   How long were you in the
5  dealership all together on that first trip?
6      A.   About maybe I would say three
7  hours.  Around two, three hours.
8      Q.   Okay.
9           I want you to -- do you know
10 the address of the dealership that you went
11 to?
12     A.   I know the address.  I been
13 there.  But to know it offhand, no.
14 Offhand, no.
15     Q.   Okay.
16     A.   I know it, but I don't have it
17 offhand.
18     Q.   Okay.
19          So could you please describe
20 the building that you went into?
21     A.   It's a glass building with a
22 parking on the -- on the -- you could --
23 there's a car -- there's a bunch of cars on
24 the left hand side, it looks like a parking
25 lot, where they put cars and stuff like

Page 63

P. MOMPLAISIR

1
2  that.  Then they have -- you know, they --
3  on this side they have a bunch of -- a
4  bunch of -- a bunch of -- how I say?  A
5  bunch of rooms, I think is where the people
6  -- the people stay, the dealers.
7      Q.   Okay.
8           So you went into that building
9  with a bunch of rooms, is that correct?
10     A.   They have a bunch of room on
11 the side and they have a big open space,
12 you know --
13     Q.   Okay.
14     A.   -- like all car dealers.
15     Q.   Okay.  So tell me --
16     A.   Dealers --
17     Q.   Tell me where did you go?  Did
18 you enter into a building there?
19     A.   I enter -- I don't think so --
20 it's not a building.  It's an -- if you
21 want to call it building?  Yes.  But I
22 don't think it's big building, like tall
23 building like Manhattan, no, no, no.
24     Q.   No.
25     A.   Small.  Small thing.

Page 64

P. MOMPLAISIR

1
2      Q.   The dealership, did you enter
3  the dealership?
4      A.   Yes.
5      Q.   With Farah?
6      A.   With Farah, yes.
7      Q.   Okay.
8           Did you talk to anybody in the
9  dealership?
10     A.   I talked to -- I don't remember
11 the name, but I talked to a lady, saying
12 that we had an appointment.
13     Q.   Did you talk to the lady or did
14 Farah talk to the lady or both of you talk
15 to the lady?
16     A.   Both of us that day we had an
17 appointment.  Yes.
18     Q.   Okay.
19          What did the lady say to you?
20     A.   Have a seat, we'll get to you.
21     Q.   Okay.
22          Did there come a time that you
23 talked to somebody else other than that
24 lady?
25     A.   Yes.

16 (Pages 61 to 64)

December 22, 2022

| Page 65 |
| --- |

P. MOMPLAISIR

1
2    Q.   Who was that?
3    A.   Some -- a guy that she refer us
4  to.
5    Q.   Okay.
6         Can you describe that guy?
7    A.   It's a light skin guy.  That's
8  all I remember.  I cannot remember more.
9    Q.   Was it one of the guys that you
10  saw in the photographs that Mr. Keshavarz
11  showed you?
12    A.   No, no.
13    Q.   Okay.
14         Other than light skin, how tall
15  was he?
16    A.   Everybody over there was taller
17  than me, that I know.
18    Q.   Okay.  You're not that short.
19    A.   5'5 and a half, 5'6?  I'm
20  short.  I'm very short.
21    Q.   All right.  I'll take your word
22  for it.
23         Other than he was taller than
24  you, can you describe him?  Did he have a
25  beard, facial hair?

| Page 66 |
| --- |

P. MOMPLAISIR

1
2    A.   I cannot describe him, no.
3    Q.   You can't describe him?
4    A.   No.
5    Q.   Okay.
6         Was there anybody there that
7  you would describe as 6 feet 2 inches tall?
8    A.   In the whole place?
9    Q.   That you saw.  No, not in the
10  whole place.  That you and Farah interacted
11  with, and this is on the first visit.
12    A.   I cannot tell you that.  I
13  don't know.  I cannot remember.
14    Q.   Okay.  All right.
15         So you had an interaction with
16  this other individual that the woman
17  referred you to, correct?
18    A.   Yes.
19    Q.   Did you talk to that -- you
20  called him guy, that guy.  Did you talk,
21  you, personally, talk to the guy?
22    A.   Well, it wasn't really me
23  talking.  You understand?
24    Q.   Well, that's what I'm asking.
25  Did you talk or did you just stand there

| Page 67 |
| --- |

P. MOMPLAISIR

1
2  and Farah did all the talking?
3    A.   I think I said a few things and
4  Farah said a few things.  Farah was asking
5  that she wanted to see the papers that she
6  signed.
7    Q.   Okay.
8    A.   That's about it.  And he said
9  have a seat.  I'm a little bit busy.  I'll
10  get back to you guys.
11    Q.   Okay.
12         Was that inside an office?
13    A.   No.
14    Q.   Did have --
15    A.   It was in the waiting.  The
16  waiting area.
17    Q.   Okay.
18         So he said have a seat, I'm
19  busy.  Did he come back at some point?
20    A.   Yes.
21    Q.   What did he say at that point?
22    A.   Well, guys, the department that
23  supposed to give you those answers are
24  closed right now.  If you don't mind, you
25  could come back in a couple of days.

| Page 68 |
| --- |

P. MOMPLAISIR

1
2    Q.   Okay.
3         What did Farah say to him?
4    A.   Farah said, after all that time
5  we waited and you -- now you're going to
6  tell us the office is closed.  We've been
7  here for like more than three hours, you
8  know?  And the guy said, well, I'm sorry,
9  but the department is closed.  You guys
10  have to come back another day.
11    Q.   Okay.
12         Did he say anything about the
13  documents you need are in a different
14  facility, in a different building?
15    A.   He said the department.
16    Q.   Did he --
17    A.   Was --
18    Q.   Did he say the department is in
19  a different building?
20    A.   I don't know.  All he said was
21  the department was closed.
22    Q.   Was closed.  Okay.
23    A.   The department we are supposed
24  go was not open.  We have to come back in
25  two days.

17  (Pages 65 to 68)

December 22, 2022

Page 69

P. MOMPLAISIR
1
2  Q.  Okay.
3       So what time was it that he
4  said that?  What time of day was it?
5  A.  It was afternoon.  Because they
6  were about to close.  It was afternoon.
7  Had to be afternoon.
8  Q.  Well, I mean, when you say
9  afternoon, was it 5:00 o'clock, 6:00
10 o'clock, 7:00 o'clock?
11 A.  Well, around that time.  Around
12 that time.  I'm not sure of the time
13 because, you know, it's not like something
14 I was taking notes for everything.  You
15 understand?  It's something that happened.
16 I went and helped.  That's it.
17 Q.  Okay.
18      Was Farah taking notes?
19 A.  I don't think so.  No one was
20 taking notes.
21 Q.  No one was taking notes.  Okay.
22      After that what happened next?
23 A.  After?
24 Q.  You left?
25 A.  We left the dealership, yes.

Page 70

P. MOMPLAISIR
1
2  Q.  Okay.
3  A.  And we make another appointment
4  and went back in.
5  Q.  When you say we made another
6  appointment, was it you, was it Farah?
7  A.  Yeah.  Because, you know, at
8  that time she was like no, you have to go
9  with me.  You have to go with me.
10 Q.  Okay.
11      The date that you just
12 described, everything you just described --
13 A.  I -- I --
14 Q.  -- what was the date of that?
15 You have to let me finish before you
16 answer.  That was one of the rules.  Maybe
17 I didn't say it.  But she can't take down
18 two people at the same time.
19      What was the date of that, the
20 visit that you just described?
21 A.  I don't have dates.  I don't
22 remember those dates.  It was a long time
23 ago.  All I remember -- I don't remember
24 dates.
25 Q.  Okay.

Page 71

P. MOMPLAISIR
1
2  Was it September of 2020?
3  A.  I do not remember dates.  But I
4  think on the appointment -- I think it was
5  the 24th or something.
6  Q.  That appointment you told us
7  about earlier, was that an appointment --
8  was that the first appointment or the
9  second appointment?
10 A.  The one that I just described
11 to you?
12 Q.  No.  The one on the phone that
13 you read to us.  The September 24th.
14 A.  I'm not sure.  I think one is
15 -- I'm not -- I don't know.
16 Q.  Okay.
17 A.  One is the first appointment.
18 The second one is the second.  I don't know
19 -- I don't know the dates.
20 Q.  But you only had one
21 appointment on your phone, right?
22 A.  Yes.
23 Q.  And that was September 24th?
24 A.  But I did two.  But I don't
25 remember when the other one is.  I cannot

Page 72

P. MOMPLAISIR
1
2  find the other one.
3  Q.  The other one is not on your
4  phone --
5  A.  No.
6  Q.  -- only September 24th?
7  A.  Yes.
8  Q.  All right.
9       So you made a second
10 appointment.  And in the second
11 appointment, I believe you said, correct me
12 if I'm wrong, that you drove yourself to
13 the dealership and you met --
14 A.  Yes.
15 Q.  -- Farah at the dealership,
16 right?
17 A.  Yes.
18 Q.  You don't remember the make and
19 model of your car that you drove there that
20 day, the second one?
21 A.  Not really.
22 Q.  Was a Benz, right?  You always
23 drive a Benz?
24 A.  No, no, no.  It wasn't a Benz
25 at that time.  No.

18  (Pages 69 to 72)

December 22, 2022

Page 73

P. MOMPLAISIR

1
2     Q.   I thought you said you always
3  drive a Benz?
4     A.   Yeah, I do.  But it wasn't a
5  Benz at that time.
6     Q.   Okay.
7          You don't know what it was?
8     A.   What car was I driving that
9  day?  I don't remember what car I was
10 driving that day.  I do not remember.  But
11 I remember going.
12    Q.   Okay.
13         You met Farah there.  Did you
14 go into that same building or space that
15 you went into the first time?
16    A.   Same building, yes.
17    Q.   Who was the first person that
18 you or Farah talked to?
19    A.   The secretary.
20    Q.   Okay.
21         What was the conversation with
22 the secretary?
23    A.   We were here before, we talked
24 to someone and they said to come back in a
25 couple of days and this is why we come

Page 74

P. MOMPLAISIR

1
2  back.  She wanted to see the papers that
3  they say she signed.
4     Q.   Okay.
5          What happened next?  Did you
6  talk to anybody else?
7     A.   Next?  No.  She -- go sit down,
8  we'll get to you.  That's next.
9     Q.   Okay.
10    A.   So we went to sit down.  After
11 a while, was taking a long time.  Then --
12 then Farah starting to get a little bit --
13 you know, aggravated.  You know?  Because
14 of the situation.  And then she start
15 talking a little bit loud.  Then they tell
16 her, oh, oh, we coming.  We coming now.
17 Just one minute and you going to talk to
18 someone.  Then --
19    Q.   When you said she started
20 talking, she was aggravated and talking
21 loud --
22    A.   She was talking loud.  Why --
23    Q.   To who?  To who?
24    A.   I'm sorry.  To the lady.  To
25 the secretary.

Page 75

P. MOMPLAISIR

1
2     Q.   Okay.  All right.
3          And then somebody said?
4     A.   The secretary said, just go sit
5  down.  I'll get you somebody right now.
6     Q.   All right.
7          Did she do that?
8     A.   Yes.
9     Q.   Who did she get?
10    A.   She get the guy who said it's
11 the son of the owner.
12    Q.   All right.
13         Well, when did you say I'm the
14 son of the owner?
15    A.   When we get inside.  We went to
16 the office and he talk to us.  After a
17 while, he said, well, I think I have to get
18 my dad on this.
19    Q.   Okay.
20         What was the conversation --
21 before that, what was the conversation with
22 this individual?
23    A.   Oh, I'm sorry.
24    Q.   What he said?
25    A.   We were talking about that

Page 76

P. MOMPLAISIR

1
2  there's a car that's under her name.  She
3  wants to see the papers that she signed.
4     Q.   Okay.
5     A.   That was the conversation.  But
6  at that time they were waiting.  They had
7  all the information right there on the
8  folder.
9     Q.   On the what?
10    A.   On the folder.
11    Q.   Folder?
12    A.   Mh-hm.
13    Q.   Where was the folder?
14    A.   On the desk.
15    Q.   So you're saying that the
16 folder was already on the desk when you
17 came --
18    A.   Yes.
19    Q.   -- to the office?
20    A.   Yes.
21    Q.   Okay.
22         What was in the folder?
23    A.   The folder --
24         MR. KESHAVARZ:  Objection to
25 form.

Page 77

```
 1              P. MOMPLAISIR
 2      Q.   Go ahead.  You can answer.
 3      A.   In the folder was I think
 4 information about the sale of the car.
 5      Q.   Okay.
 6           Did you see what was in the
 7 folder?
 8      A.   Yes.
 9      Q.   Okay.
10           Describe to me what you saw.
11      A.   I saw the registration of the
12 car and I saw a few -- a few other papers
13 that -- you know, when you sell the car,
14 all those papers?  They were there in that
15 folder.
16      Q.   Did you personally look at
17 those papers?  Did you --
18      A.   Yes.
19      Q.   Did you put them in your hand
20 and look at them and read them?
21      A.   Yes.
22      Q.   Okay.
23           So what was the discussion that
24 you had while you were looking at those
25 papers?
```

Page 78

```
 1              P. MOMPLAISIR
 2      A.   Well, it was -- how will I
 3 explain this to you?  It was like a little
 4 bit of jokes, a little bit of this.
 5 Talking about themselves, what they do.
 6 And -- I'm talking about the son and the
 7 father talking.  They were talking.
 8      Q.   Well, you're saying --
 9      A.   They're talking -- you know,
10 trying to break the ice.
11      Q.   Okay.
12           But now you're saying the
13 father, did there come a point that this
14 person that you're saying -- said --
15 identified as the father, come into the
16 office?
17      A.   Yeah.  He went -- he went.  He
18 said -- after he told us that's a little
19 bit too much for me, I have to get my dad
20 on this.  He went and get the guy and said
21 that's my dad and present himself and we
22 talked.
23      Q.   Okay.
24           Now, September of 2020, that's
25 when this was, right?
```

Page 79

```
 1              P. MOMPLAISIR
 2      A.   I cannot tell you when sir.  I
 3 don't have -- I'm not good -- I don't the
 4 date.
 5      Q.   Well, based on that appointment
 6 you read to us --
 7      A.   Based on the appointments, yes.
 8 It was based on the appointment.
 9      Q.   Okay.
10      A.   The second appointment.
11      Q.   Right.  So that was during
12 Covid, right?
13      A.   Yes.
14      Q.   There was plexi-glass up in the
15 office?
16      A.   In the office?  Plexi
17      Q.   Where you were talking to these
18 people.
19      A.   We had mask on.  So I don't
20 remember the other details.  I don't think
21 they had glass.  No.  I don't think so.  On
22 the table you're talking about or?
23      Q.   Yeah.
24      A.   No, no.  I don't think so.
25      Q.   Between you and the person --
```

Page 80

```
 1              P. MOMPLAISIR
 2      A.   I don't think so.
 3      Q.   -- that you were talking to?
 4 Plexi-glass?
 5      A.   I think everybody was wearing a
 6 mask.
 7      Q.   Okay.
 8           Everybody was wearing a mask,
 9 correct?
10      A.   I think so.  I was wearing the
11 mask.
12      Q.   What about --
13      A.   I don't think the father and
14 son was wearing a mask.  I don't think so.
15      Q.   You don't think so?
16      A.   No.  I don't think so.
17      Q.   Describe generally how many
18 people were around inside that dealership?
19 Not in the office.  Just generally around.
20      A.   Generally, they had a few
21 people.  A few people.  A few.
22      Q.   Okay.
23      A.   People buying cars, people
24 waiting for -- signing things, people
25 waiting for -- they had a few people.
```

December 22, 2022

Page 81

P. MOMPLAISIR
1
2     Q.   All right.
3     A.   Not too many.  But they had a
4   few people.
5     Q.   So you're in this office and
6   you're talking now to two people, correct?
7     A.   Well, before we were talking to
8   the son.  Then the son go and get his
9   father.
10    Q.   Right.  Okay.
11         There was a folder you said and
12   you looked at papers inside the folder,
13   right?
14    A.   Yeah.  That's when -- that's
15   when the dad was in.  He was showing us the
16   papers.  So as soon -- he was showing the
17   papers and Farah put -- Farah took a few
18   pictures.  And then he took the folder away
19   from us.
20    Q.   Okay.
21         Do you have copies of those
22   photographs that she -- that you say she
23   took of the documents?
24    A.   No.
25    Q.   Okay.

Page 82

P. MOMPLAISIR
1
2     A.   I don't.
3         MR. GOODMAN:  Continue to call
4     for the production of those
5     photographs and all the other items
6     that are outstanding that would
7     identify documents, if any, that were
8     photographed that day.
9     Q.   All right.  Mr. Momplaisir,
10   what -- so after looking at those documents
11   what happened next?
12    A.   After we looked he said that --
13   before that -- before that, the son go out
14   and talk to a guy in the outside.  And when
15   he come back he told the dad the name of
16   the guy.
17    Q.   What was that name?
18    A.   I don't know.  I don't
19   remember.
20    Q.   Who was that supposed to be,
21   that guy?
22    A.   A black guy.  A black guy
23   outside.  He was one of those -- how will I
24   call him?  The guy who sell cars.  A
25   salesman.

Page 83

P. MOMPLAISIR
1
2     Q.   So the salesman was a black
3   guy?
4     A.   Yeah.  A black guy.  Yes.
5     Q.   Okay.
6     A.   The salesman.  So I don't know
7   the reason he went to talk to him.  And
8   then when he come back, he told his dad the
9   name.  But exactly, I don't know why.  But
10   then I was like, why is he telling his dad
11   the guy's name.
12    Q.   Okay.
13    A.   They did not have that
14   conversation with us, why.
15    Q.   But you understand that the
16   name was the name of the black guy?
17    A.   Yeah.  Because he went to talk
18   to the guy.
19    Q.   The salesman, the black guy?
20    A.   Yeah, yeah.  Black guy,
21   salesman.
22    Q.   So what happened next?  You
23   looked at some documents in the folder --
24    A.   We looked at some documents.
25   And I think Farah took a picture, either

Page 84

P. MOMPLAISIR
1
2   the registration or something.  And he
3   said, no, no, no, you guys cannot take
4   pictures.  And he took the folder away from
5   us.
6     Q.   Okay.
7         Then what happened next?
8     A.   Next he said, well, that -- he
9   was worried about paying for the car.
10    Q.   Who?  I'm sorry.
11    A.   The owner.
12    Q.   Was more worried, what do you
13   mean by that?
14    A.   To me, he was worried.  He
15   said, oh, you know what?  We can make your
16   problems go away.  We could pay the car.
17   And -- you know, get us the title.
18    Q.   They asked you to get the
19   title, right?
20    A.   Yeah.  Get the title with them.
21    Q.   Okay.
22         They asked that to Farah also,
23   correct?
24    A.   No, not to me.  To Farah.  Of
25   course.

21 (Pages 81 to 84)

Page 85

P. MOMPLAISIR
1
2   Q.   To Farah.  Right.
3   A.   But I was there too so.
4   Q.   Okay.
5        They asked her to get the title
6   to them --
7   A.   Yeah.
8   Q.   -- so that they could fix this
9   problem, right?
10  A.   Exactly.
11  Q.   Right.  But Farah never gave
12  them the title, did she?
13       MR. KESHAVARZ:  Objection to
14  form.
15  Q.   Do you know whether Farah ever
16  delivered the title to the dealership?
17  A.   No.
18  Q.   Do you know that she refused to
19  deliver the title, even though they asked
20  and told her that would help resolve the
21  problem?
22  A.   Not because of that.
23       MR. KESHAVARZ:  Objection to
24  form.
25  A.   Not because of that.  Not

Page 86

P. MOMPLAISIR
1
2   because of that.
3   Q.   Not because of what?
4   A.   Because the dealer -- the
5   dealer is a dealer, they must have all the
6   paperwork.  They cannot -- they have all
7   those things.  If they wanted to they could
8   have done it.  I think it was a way of
9   playing her around.  That was my thinking.
10  Q.   Right.
11       MR. GOODMAN:  Move to strike
12  the nonresponsive.
13  Q.   Other than asking for the
14  title, what else -- was there anything else
15  in the conversation that you remember?
16  A.   She ask him, how -- how did you
17  sell someone a car under my name while I
18  wasn't there.
19  Q.   Yeah.  And what was the answer?
20  A.   The dad said that -- you know,
21  it was pandemic, and they came in with your
22  ID.  And we though you give him your ID to
23  come in and buy the car.
24  Q.   Okay.
25       What else did the -- what's the

Page 87

P. MOMPLAISIR
1
2   rest of the conversation that you remember?
3   A.   Then he say something that make
4   no sense to us.  He say, oh, you know, it
5   was the pandemic, everybody was wearing a
6   mask.  And we say that make no sense.  And
7   he said, oh, anyway, a man will come here
8   with your ID, we thought that you gave him
9   the ID to come and buy the car.
10  Q.   Okay.
11       And did you know who Emmanuel
12  was at that time?
13  A.   No, No.  I did not.
14  Q.   Well, you saw the name --
15  A.   Well, I don't know.
16  Q.   You saw the name Laforest,
17  correct?
18  A.   Yeah, of course.
19  Q.   And you knew that this was
20  Emmanuel Laforest --
21  A.   No, no, no.  She knew him.
22  Farah knew him.
23  Q.   Right.
24  A.   Yeah.
25  Q.   And you knew that -- you also

Page 88

P. MOMPLAISIR
1
2   knew her husband, Stanley Laforest, right?
3   A.   Stanley.  Yeah, yeah, of
4   course.
5   Q.   So you recognize the name
6   Laforest?
7   A.   Yes, I did.
8   Q.   And you know that Emmanuel
9   Laforest was Stanley Laforest's brother,
10  correct?
11  A.   No.  I did not know.  I know --
12  I asked Farah, who is that?
13  Q.   And what did she say?
14  A.   She told me that's Stanley's
15  brother.
16  Q.   And did she tell you that he
17  lived at the same address that she lived at
18  with Stanley?
19  A.   No.  She -- no.
20  Q.   Okay.
21       What happened next?  What's the
22  next part of the conversation, if there was
23  any?
24  A.   The next part was like, okay,

22 (Pages 85 to 88)

December 22, 2022

Page 89

P. MOMPLAISIR

1
2  guys, get me the title and I will pay for
3  the car.
4      Q.   Okay.
5          And what was the response?
6  What did Farah say in response to that?
7      A.   In response to that, what did
8  she say?  She said something to the effect
9  of, all right, I will call you.  Something
10  like that.  But when she left, they been
11  calling her.  They keep calling.  Someone
12  keep calling from the -- from the thing.
13      Q.   How do you know that?
14      A.   She told me.
15      Q.   Okay.
16          Did she tell you that the
17  dealership recovered the BMW, that they got
18  it back?
19      A.   No, no.
20      Q.   Okay.
21      A.   We don't know that.  I don't
22  know.  Myself, I don't know that, if the
23  car is back.  Because all the time they
24  were calling.  They were saying that --
25  they were asking him to bring the car in

Page 90

P. MOMPLAISIR

1
2  and stuff like that.
3      Q.   Okay.
4          But she never told you that
5  they brought -- that he brought the car
6  back?
7      A.   No.  I don't know that part.
8  No.
9      Q.   And she never --
10      A.   By that time she was more
11  worried about the credit, the money that
12  she owes, all those things under her name.
13  She was worried about that than the car.
14      Q.   Okay.
15          But she never told you, they
16  got the car back, and they just --
17      A.   No.
18      Q.   -- need the title to get this
19  all taken care of?
20      A.   No.
21      Q.   Never told you that?
22      A.   No, no.
23      Q.   Okay.
24          Is there anything else about
25  your second, what you say was your second

Page 91

P. MOMPLAISIR

1
2  trip to the dealership -- you're sure there
3  were two trips, right?
4      A.   Only for me, yes.  Two trips.
5      Q.   Okay.
6          Second one, anything else that
7  happened there, any other conversation that
8  happened there that you haven't already
9  told us?
10          MR. KESHAVARZ:  Objection to
11  form.
12      A.   I doubt it.  I told you that
13  all he said about the -- about the cars and
14  everything.  That's it.
15      Q.   Okay.
16          What's the next conversation
17  you had with Farah about this situation
18  after you left the dealership?
19      A.   What she's going to do.
20      Q.   What was she going to do?
21      A.   They -- she didn't really
22  exactly know what to do.
23      Q.   Did you advise her on what to
24  do?
25      A.   Yeah.  I advise her to check

Page 92

P. MOMPLAISIR

1
2  her -- you know, try to get -- to see how
3  bad is her credit.  And check Experian,
4  check TransUnion, check everybody -- Credit
5  Karma, to see what she could find out.
6  That was my advice to her.
7      Q.   Okay.
8          Did she tell you what she found
9  out?
10      A.   Well, she found out that she
11  owed a lot of money to Capital One.
12      Q.   Did she ever tell you that
13  Capital One said, you don't owe us the
14  money anymore?
15      A.   No, no, no.
16      Q.   Did she ever tell you that?
17      A.   No.
18      Q.   Did she ever tell you that her
19  credit score actually went up after this
20  happened --
21      A.   No.
22      Q.   -- this event with the BMW?
23      A.   No.
24      Q.   She didn't tell you that?  What
25  did she tell you about her credit score?

23 (Pages 89 to 92)

December 22, 2022

| Page 93 |
| --- |

P. MOMPLAISIR

1
2      A.   The credit score, all I was
3   telling her -- I was explaining to her how
4   to get it back up.
5      Q.   Okay.
6      A.   I was telling her to go put
7   money in the bank and -- well, go put money
8   in the bank and borrow money against it.
9   That's a way of getting your credit up.
10   And I was telling her instead of making one
11   payment, make two payments.  That's another
12   way of putting your credit up.  I was
13   telling her things to do.
14      Q.   Did she do those things, do you
15   know?
16      A.   I remember -- I remember she
17   did -- I don't know when, but I remember
18   she did the deposit.  Deposit like a
19   thousand dollars and borrow again the
20   thousand dollars.  I remember she did those
21   things.
22      Q.   When did she do that?
23      A.   I don't -- I don't know dates.
24   But she did it.
25      Q.   Did you advise her to go to the

| Page 95 |
| --- |

P. MOMPLAISIR

1
2      Q.   The end of the case?
3      A.   The end of the case?  I don't
4   know.
5      Q.   Do you think -- is the case
6   still going on?
7      A.   I do not know because -- you
8   know -- I -- remember, I'm kind of a little
9   bit busy too.
10      Q.   Mh-hm.
11      A.   I don't remember those.  I
12   don't remember.  I don't have that
13   information.
14      Q.   Did you advise her to hire an
15   attorney?
16      A.   Yes.
17      Q.   When was that?
18      A.   A long time ago.  Since the
19   thing happened.
20      Q.   Was it in 2020 -- the year
21   2020?
22      A.   At the time the thing happened
23   I told her I think you need an attorney.
24      Q.   Okay.
25           Do you know whether she got --

| Page 94 |
| --- |

P. MOMPLAISIR

1
2   police about Emmanuel Laforest?
3      A.   Yes.
4      Q.   Do you know if she did?
5      A.   I know she went to the police
6   and explained to them what happened.
7      Q.   Okay.
8           Did she tell you that the
9   police filed a case against Emmanuel
10   Laforest?
11      A.   I think they did.  But I'm not
12   sure.  I'm not sure exactly.  But I think
13   they did.
14      Q.   Okay.
15           Do you know why she dropped
16   that case against Emmanuel Laforest?
17           MR. KESHAVARZ:  Objection to
18   form.
19      Q.   You can answer.
20      A.   Dropped?  I don't know.  I
21   don't know about that.
22      Q.   Okay.
23           She never talked to you about
24   that case?
25      A.   Dropping the case?  No.

| Page 96 |
| --- |

P. MOMPLAISIR

1
2   when she got hired an attorney?
3      A.   No.  I don't know the time.
4      Q.   Okay.
5           When is the last time you
6   talked to Farah Francois?
7      A.   Yesterday.
8      Q.   What did you talk about?
9      A.   How she was doing.
10      Q.   Okay.
11           Did you tell her I'm going to
12   be a witness in your case tomorrow?
13      A.   Yes.
14      Q.   Okay.
15           Did you talk to her about what
16   your testimony would be?
17      A.   No.
18      Q.   Not at all?
19      A.   No.  We -- I just said, you
20   know, I know what's going on.  I was there.
21   That's it -- about it.
22      Q.   Did she tell you anything about
23   her current credit situation?
24      A.   No.
25      Q.   Did she tell you anything about

24 (Pages 93 to 96)

December 22, 2022

| Page 97 |
| --- |

P. MOMPLAISIR

1
2 the claims that she has for money that she
3 said she lost as a result of this incident?
4     A.   No.
5     Q.   Okay.
6          Do you know what Farah Francois
7 wants out of this case?
8     A.   I really do not know.  Maybe to
9 clean her credit up, I guess.
10     Q.   Okay.
11          Do you know how much money --
12     A.   Because money --
13     Q.   Do you know how much money
14 she's looking for?
15     A.   No, I don't know sir.
16     Q.   Okay.
17          Did she tell you that the
18 dealership had offered her money to settle
19 this case?
20     A.   I think she mentioned something
21 like that.
22     Q.   What did she say about it?
23     A.   I think she mentioned something
24 about like $5,000 or something.
25     Q.   Okay.  Go ahead.

| Page 98 |
| --- |

P. MOMPLAISIR

1
2     A.   Something like that.  I don't
3 remember exactly.  Because I was --
4     Q.   When was it --
5     A.   I was --
6     Q.   When did she mention that to
7 you?
8     A.   Not too long ago.  Not too long
9 ago.
10     Q.   Well, not too long ago,
11 meaning, the last few weeks?
12     A.   Yeah.  The last few weeks.
13 Yes.
14     Q.   Okay.
15          What did she say about that?
16     A.   I was like -- she didn't say
17 much.  She was at work.
18     Q.   Okay.
19          Did she say how much she
20 wanted, if $5,000 was enough?
21     A.   No.  I don't know.  She never
22 mentioned money.  We never talked about
23 money.
24     Q.   Okay.
25          When you were in that office in

| Page 99 |
| --- |

P. MOMPLAISIR

1
2 the dealership, you were inside an office
3 that had a closing door?
4     A.   Yes.  You know those glass
5 doors?  Yeah.
6     Q.   Okay.
7          Were you sitting down, standing
8 up, something else?
9     A.   Sitting down.
10     Q.   Okay.
11          I want to make sure that we --
12 I know all the number of people that you
13 spoke to.  Let's go back to the first
14 visit.  That was the receptionist and then
15 a guy, that you described as taller than
16 you, and that was it, just those two
17 people?  Correct?
18     A.   Yes.  Yes.
19     Q.   And on the second visit, it was
20 the receptionist and the two individuals
21 that you're saying identified themselves as
22 father and son, correct?
23     A.   Yes.
24     Q.   Nobody else, correct?
25     A.   Us talking to other people?

| Page 100 |
| --- |

P. MOMPLAISIR

1
2 No.  Me?  No.
3     Q.   They talked to the black
4 salesman, but you didn't actually talk to
5 him, right?
6     A.   No.  I did not talk.
7     Q.   Okay.
8          MR. GOODMAN:  Give me a minute.
9     I may be finished.  But I need a
10     second here.
11          Actually, let's take a five
12     minute break.  Please.  And we'll be
13     back.
14          (Whereupon, a short recess was
15     taken.)
16     Q.   So other than your work with
17 Momplaisir Inc., the shipping company that
18 you described to us earlier, do you have
19 any other source of income?
20     A.   Yes.  I'm a -- I play music.
21 Sometimes I do Uber.  And I sell and resell
22 stuff.  You know, I do a lot of things.
23     Q.   Okay.
24          What music do you play?
25     A.   Haitian music.  I'm from Haiti.

25  (Pages 97 to 100)

December 22, 2022

Page 101

P. MOMPLAISIR

1
2     Q.   Where do you play that music?
3     A.   I'm a ghostwriter.
4     Q.   A what?
5     A.   I'm a ghostwriter.
6     Q.   Ghostwriter?
7     A.   Yes.  I write music for the
8  stars.
9     Q.   Okay.
10        But do you -- you say you play
11 music?
12    A.   Yeah, yeah.  I play keyboard.
13 Yes.
14    Q.   Play keyboard.  Okay.
15        You do that with other people
16 or alone?
17    A.   Sometimes.
18    Q.   Okay.
19        You generate some income from
20 doing that?
21    A.   Of course.
22    Q.   All right.
23        When is the last time you drove
24 for Uber?
25    A.   When was that in?  I think

Page 102

P. MOMPLAISIR

1
2  yesterday I did a few hours.
3     Q.   Okay.
4     A.   Couple of hours yesterday.
5     Q.   Okay.
6        Did you -- did Farah Francois
7  ever drive for Uber?
8     A.   I don't know.
9     Q.   How about for Lyft?
10    A.   I don't know.
11    Q.   How --
12    A.   I don't think so.
13    Q.   Okay.
14    A.   I don't think so.  She was
15 working for TD Bank when all those things
16 happened.
17    Q.   Okay.
18        How long have you been driving
19 for Uber?
20    A.   Oh, I had my license for a long
21 time.
22    Q.   Okay.
23        But how long is a long time?
24    A.   About, I will say on and off
25 about six years.

Page 103

P. MOMPLAISIR

1
2     Q.   That's on and off for Uber for
3  six years?
4     A.   On and off for Uber, yeah.  On
5  and off.
6     Q.   Okay.
7        How about, do you also drive
8  for Lyft?
9     A.   No.  Never.
10    Q.   Any other delivery service
11 other --
12    A.   No, no, no.
13    Q.   -- than Uber?
14    A.   I don't have to do it.
15    Q.   Okay.  Any other --
16    A.   Financially -- financially I'm
17 very -- I'm okay.
18    Q.   Okay.
19        So we talked about your
20 shipping company, Uber, music.  Anything
21 else?  You said you do a lot of things.
22    A.   I do a lot of things.  I sell
23 hair.  I do a lot of stuff.  A lot, a lot
24 of stuff.  Financially I'm perfect.  I
25 don't have any problem.

Page 104

P. MOMPLAISIR

1
2     Q.   What do you mean you sell hair?
3     A.   I sell hair.  You want any --
4  you know, woman hair, like human hair.
5     Q.   Okay.
6        How long have you been doing
7  that?
8     A.   Long time.
9     Q.   Okay.
10        Anything else you want to tell
11 us about?
12    A.   Yeah, yeah.  I do -- I do a lot
13 of stuff, but it's not related to anything.
14 Financially -- you want to know if
15 financially I'm secure?  Yes, I am.
16    Q.   Okay.
17        What is your highest level of
18 education?
19    A.   Music diploma.  I have music
20 engineer -- music engineering.
21    Q.   When did you receive that?
22 What is that, a degree or?
23    A.   19 -- a long time ago.  1995.
24 That was -- let me see.  Before AT&T.
25 Before I worked for AT&T.  Yeah.  It was in

26 (Pages 101 to 104)

December 22, 2022

Page 105

P. MOMPLAISIR

1
2   the 1990s, closer to 2000.  Something like
3   that.
4       Q.   Was that a degree, a
5   certificate?
6       A.   It's a diploma I guess.
7       Q.   From an educational
8   institution --
9       A.   Education, yes, yes.
10      Q.   In the US?
11      A.   In US, yes.
12      Q.   In New York City?
13      A.   In New York City, yes.
14      Q.   Have you ever lived anywhere in
15  the US, other than New York City?
16      A.   When I retired at 33 I went to
17  Florida.
18      Q.   You -- what did you say?  You
19  retired at 33?
20      A.   When I retired at 33 I went to
21  Florida.
22      Q.   You retired at 33?
23      A.   Yes.
24      Q.   Okay.
25          When did you go to Florida?

Page 106

P. MOMPLAISIR

1
2       A.   Huh?
3       Q.   You went to Florida when you
4   were 33 years old?
5       A.   Yeah.
6       Q.   And then you came back here at
7   some point?
8       A.   I couldn't take Florida.  Too
9   slow for me.
10      Q.   Okay.
11          How long were you in Florida?
12      A.   A year.  And the business,
13  remember, the business is still there.  So
14  I say a year.  One place -- we had offices
15  in Florida and stuff like that.  I was
16  trying to see if I could -- you know -- but
17  Florida was not for me.
18      Q.   Okay.
19          You said, you mentioned that
20  you worked for AT&T, when was that?
21      A.   In between when I was going to
22  school and stuff like that I worked for
23  AT&T.  Right after I got my diploma I
24  worked for AT&T.
25      Q.   For how long did you work for

Page 107

P. MOMPLAISIR

1
2   AT&T?
3       A.   Five, six years.
4       Q.   What was your position there?
5       A.   Bilingual operator.
6       Q.   Okay.
7           And that ended -- what?  Around
8   the year 2000 or so?
9       A.   Yeah.  Well, before that.
10  Before.  Maybe a little bit before that.
11      Q.   Before 9/11?
12      A.   No.  After 9/11.  I think after
13  9/11.
14      Q.   Okay.
15          That address that you gave us
16  on 145th -- I'm sorry --
17      A.   Yes.  I been there all my life.
18  Yes.
19      Q.   Even when you were in Miami?
20      A.   Yeah.
21      Q.   You kept that address?
22      A.   Of course.
23      Q.   Okay.
24          Do you own that or rent it
25  or --

Page 108

P. MOMPLAISIR

1
2       A.   No.
3       Q.   -- something else?
4       A.   Rent, rent, rent.
5       Q.   Okay.
6           Who lives there now?
7       A.   Irrelevant.
8       Q.   Irrelevant?
9       A.   No, I don't want to answer
10  that.
11          MR. KESHAVARZ:  It's a
12  non-party witness in this case.  It's
13  personal issues which are boarder
14  line abusive.  So if there's a reason
15  why this is even ballpark relevant --
16          MR. GOODMAN:  Well, of course
17  it's relevant.  You should know that.
18  The issue certainly has to do with
19  Farah Francois' own testimony about
20  her residential testimony.
21          MR. KESHAVARZ:  Well, then ask
22  him if Farah Francois lives there,
23  but don't -- not like if anybody
24  lives there.
25          MR. GOODMAN:  That's perfectly

27 (Pages 105 to 108)

December 22, 2022

Page 109

                    P. MOMPLAISIR
1
2      legitimate.
3          Q.   Sir, you can answer the
4      question sir.
5              MR. KESHAVARZ:  No.  Wait.
6      That's getting into a personal matter
7      for a non-party witness.  Obviously
8      he feels uncomfortable --
9              MR. GOODMAN:  Okay.  Well, you
10     represent him.  So he's now a
11     represented witness.  Look, Ahmad,
12     you know the rules.  It's objection
13     to form.  That's all you're allowed.
14             MR. KESHAVARZ:  No.  Unless
15     it's abusive.
16             MR. GOODMAN:  Okay.  That's not
17     abusive.  We can -- if you want to
18     mark it for a ruling, we'll mark it
19     for a ruling.
20             MR. KESHAVARZ:  If you want to
21     ask if Farah lives there, that's
22     fine.
23             MR. GOODMAN:  No.
24             MR. KESHAVARZ:  Ask him if
25     Emmanuel lives there, that's fine.

Page 110

                    P. MOMPLAISIR
1
2              MR. GOODMAN:  No.
3          Q.   My question is, with whom do
4      you reside at that residence?
5              MR. KESHAVARZ:  Objection.
6          Q.   You don't have to name --
7          A.   No, no.  I'll answer.  Not a
8      problem.  Me, my mother and somebody who
9      work for us.
10         Q.   Okay.
11             And when is the last time Farah
12     Francois slept at that apartment?
13         A.   Can't remember.
14         Q.   Okay.
15             But was it after -- you know
16     that there came a time that she left
17     Brooklyn, correct?
18         A.   She's by aunt when she left.
19         Q.   Okay.
20             Who's her aunt?
21         A.   You have to ask her.
22         Q.   You don't know?
23         A.   Father's side.
24         Q.   But you don't know who it is?
25         A.   That's her father's side.

Page 111

                    P. MOMPLAISIR
1
2          Q.   No, I'm asking if you know who
3      it is?
4          A.   No.  You have to ask her.
5          Q.   Okay.
6              Where is that?  What address is
7      that?
8          A.   She lives on 719 West 180th
9      Street.  180.  Yeah.  It's -- I'm not sure
10     of the zip code, but I know it's between
11     Broadway and Fort Washington.
12         Q.   That's in Manhattan, correct?
13         A.   That's in Manhattan, yes.
14         Q.   Okay.
15             Did you graduate from high
16     school?
17         A.   Yes.  I graduate from high
18     school here in New York City.  Yes.
19         Q.   What --
20         A.   New York City high school.
21         Q.   What high school?  What was the
22     name of it?
23         A.   Brandeis High School.
24         Q.   Brandeis High School.  What
25     year was that?

Page 112

                    P. MOMPLAISIR
1
2          A.   I don't remember.  Long time
3      ago sir.
4          Q.   So you -- how much schooling
5      did you have in the United States as
6      opposed to Haiti?
7          A.   I came here when I was 12.
8      They skipped me a grade.  I graduated when
9      I was 18.  Haiti, I start school at three.
10     Three to twelve.  That's about nine years.
11     From here I think I did three years here in
12     high school.  That's about 12 years all
13     together.
14         Q.   Okay.
15             The first day that you went to
16     the dealership with Farah what was the
17     weather like that day?
18         A.   I think good weather.  I don't
19     remember.  I don't remember exactly.  But I
20     think the weather was okay.
21         Q.   What about the second day?
22         A.   I don't remember, but I think
23     it was okay.
24             MR. GOODMAN:  Okay.  I have no
25     further question.

                            28  (Pages 109 to 112)

December 22, 2022

| Page 113 |
|---|

1          P. MOMPLAISIR
2          MR. KESHAVARZ:  Okay.  I have a
3     couple of questions.  And I'm
4     emailing an exhibit to the --
5          THE WITNESS:  Can you talk a
6     little bit louder, please?  Because I
7     cannot hear you.
8          MR. KESHAVARZ:  I just emailed
9     -- can you hear me better now?
10         THE WITNESS:  Yeah, yeah.  Go
11    ahead.
12         MR. KESHAVARZ:  I just emailed
13    an exhibit to the court reporter and
14    to the opposing counsel.
15    EXAMINATION BY
16    MR. KESHAVARZ
17       Q.   And I emailed it to you a
18    couple of minutes ago.  Can you look at
19    your email please?
20       A.   Yes.
21       Q.   Okay.
22            Can you open up the email,
23    there's a document called Papito Depo
24    Exhibit 1, do you see that?
25       A.   Yes.

| Page 114 |
|---|

1          P. MOMPLAISIR
2          MR. GOODMAN:  Counsel, I see a
3     Francois Supplemental doc production
4     1.  I don't see a Papito exhibit.
5          MR. KESHAVARZ:  I sent that to
6     you at 1:00 p.m.  It was just sent to
7     you.
8          MR. GOODMAN:  I know.  That's
9     what I just opened.  Hold on.  Let me
10    look again.
11         MR. KESHAVARZ:  It's
12    bate-stamped, but the file is called
13    Papito Depo Exhibit 1.
14         MR. GOODMAN:  Okay.  Yeah.
15         THE WITNESS:  It's the same
16    thing.  It says Papito Depo Exhibit
17    1.
18         MR. GOODMAN:  That's name of
19    the document, but the actual exhibit
20    is bate-stamped Francois Supplemental
21    Doc Production 1, correct?
22         MR. KESHAVARZ:  Yes.  1-4.
23         I would like to have the court
24    reporter mark this as Mompaisir
25    Exhibit 1.

| Page 115 |
|---|

1          P. MOMPLAISIR
2          THE WITNESS:  Cannot hear.
3          MR. KESHAVARZ:  Have you gotten
4     the email yet?
5          THE COURT REPORTER:  The email
6     that I got is pictures.
7          MR. KESHAVARZ:  Yes.  And it's
8     -- when you're finished marking it
9     Madam Court Reporter, I'll explain
10    it.
11         THE COURT REPORTER:  Give me
12    one second.  I'll mark it now.
13         (Whereupon, an off-the-record
14    discussion was held.)
15         (Whereupon, photographs were
16    marked as Momplaisir Depo Exhibit 1
17    for identification as of this date by
18    the Reporter.)
19       Q.   Mr. Momplaisir, are you able to
20    look at that document?  Well, can you look
21    at the document that I just emailed you
22    called Papito Depo Exhibit 1?  Can you open
23    that file?
24       A.   Yes, yes.  I opened the file.
25       Q.   Okay.

| Page 116 |
|---|

1          P. MOMPLAISIR
2          Is it four pages of
3     photographs?
4        A.   Yes.
5        Q.   On the lower right hand side of
6     the first picture it says Francois Supp Doc
7     Production 1, do you see that?
8        A.   Yes.
9        Q.   I'll represent this is Francois
10    Supp Doc Production 1-4.
11       A.   Yes.
12       Q.   I want you to look at the
13    picture and tell me if you can identify any
14    of the people in the photos?
15       A.   The first three is the father
16    and the son.
17       Q.   Do you remember which is the
18    father and which one is the son?
19       A.   No.
20       Q.   Are you sure he is the father
21    -- the people who identified themselves as
22    the father and the son when you went to the
23    dealership the second time, are you sure
24    that's these two people?
25         MR. GOODMAN:  Object to form.

29 (Pages 113 to 116)

December 22, 2022

Page 117

P. MOMPLAISIR

1
2     A.   Those two, yes.  Those two,
3  yes.
4          MR. KESHAVARZ:  That's all I
5  have.
6  REEXAMINATION BY
7  MR. GOODMAN:
8     Q.   Mr. Momplaisir, can you tell me
9  how it is that you can recognize these
10 photographs, but when I asked you
11 previously to describe the father and son,
12 you could not do it?
13         MR. KESHAVARZ:  Objection,
14     form.
15    Q.   You can answer.
16         MR. KESHAVARZ:  Objection,
17     form.
18    A.   No.  I mean, the picture looks
19 like them.  Yes.  Looks like the person I
20 talked to.
21    Q.   Okay.
22         The people you talked to, so
23 your testimony is the person -- you talked
24 to two people, both of them --
25    A.   Those two people.  Looks like

Page 119

P. MOMPLAISIR

1
2  You're free to go.
3          (Whereupon, at 1:06 P.M., the
4  Examination of this witness was
5  concluded.)
6
7           o       o       o       o
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 118

P. MOMPLAISIR

1
2  those two people.
3     Q.   And both of them had a beard at
4  the time that you talked to them, correct?
5     A.   I don't remember.
6     Q.   Okay.
7          And one of them was bald when
8  you talked to him, correct?
9     A.   I don't remember.
10    Q.   Okay.
11    A.   But the face look familiar.
12    Q.   Okay.
13         So the first two pictures, they
14 look like the same person.  One of them has
15 a beard, the other one doesn't.  On the day
16 you say you saw them, did the guy have a
17 beard or not?
18         MR. KESHAVARZ:  Objection,
19     form.
20    A.   I don't remember.  But it looks
21 -- those two look familiar.
22    Q.   They look familiar.  Okay.
23         MR. GOODMAN:  I have nothing
24     else.
25         MR. KESHAVARZ:  All right.

Page 120

P. MOMPLAISIR

1
2  D E C L A R A T I O N
3
4          I hereby certify that having been
5  first duly sworn to testify to the truth, I
6  gave the above testimony.
7
8          I FURTHER CERTIFY that the foregoing
9  transcript is a true and correct transcript
10 of the testimony given by me at the time
11 and place specified hereinbefore.
12
13
14
   _____
15    PAPITO VLADIMIR MOMPLAISIR
16
17
18 Subscribed and sworn to before me
19 this _____ day of _____ 20___.
20
21
   _____
22    NOTARY PUBLIC
23
24
25

Lexitas Court Reporting
800-678-0166

December 22, 2022

## Page 121

```
 1              P. MOMPLAISIR
 2         E X H I B I T S
 3    EXHIBITS
 4
 5    EXHIBIT  EXHIBIT          PAGE
 6    NUMBER   DESCRIPTION
 7    1    Photographs        115
 8
 9
10     (Exhibits retained by Court Reporter.)
11
12            I N D E X
13
14    EXAMINATION BY           PAGE
15    MR. GOODMAN           6, 117
16    MR. KESHAVARZ          113
17
18
19     INFORMATION AND/OR DOCUMENTS REQUESTED
20    INFORMATION AND/OR DOCUMENTS    PAGE
21    Photographs and documents      82
22
23
24
25
```

## Page 123

```
 1              P. MOMPLAISIR
 2         C E R T I F I C A T E
 3
 4    STATE OF NEW YORK      )
                             : SS.:
 5    COUNTY OF RICHMOND     )
 6
 7        I, ENDI SHERI, a Notary Public for
 8    and within the State of New York, do hereby
 9    certify:
10        That the witness whose examination is
11    hereinbefore set forth was duly sworn and
12    that such examination is a true record of
13    the testimony given by that witness.
14        I further certify that I am not
15    related to any of the parties to this
16    action by blood or by marriage and that I
17    am in no way interested in the outcome of
18    this matter.
19        IN WITNESS WHEREOF, I have hereunto
20    set my hand this 22nd day of December 2022.
21
22
23        _____Endi Sheri_____
               ENDI SHERI
24
25
```

## Page 122

```
 1              P. MOMPLAISIR
 2       QUESTIONS MARKED FOR RULINGS
 3    PAGE LINE QUESTION
 4    34  16  "What was the content?  What did
 5    she say to you, what did you say to her?"
 6    41  7  "Well, what did he say to you and
 7    what did you say to him?"
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    ERRATA SHEET FOR: PAPITO VLADIMIR MOMPLAISIR
      PAPITO VLADIMIR MOMPLAISIR, being duly sworn, deposes and
      says: I have reviewed the transcript of my
 2    proceeding taken on 12/22/2022. The following
 3    changes are necessary to correct my testimony.
 4    _____
 5    PAGE LINE   CHANGE          REASON
 6    ----|----|----------------|-----------
 7    ----|----|----------------|-----------
 8    ----|----|----------------|-----------
 9    ----|----|----------------|-----------
10    ----|----|----------------|-----------
11    ----|----|----------------|-----------
12    ----|----|----------------|-----------
13    ----|----|----------------|-----------
14    ----|----|----------------|-----------
15    ----|----|----------------|-----------
16    ----|----|----------------|-----------
17    ----|----|----------------|-----------
18    ----|----|----------------|-----------
19    ----|----|----------------|-----------
20    ----|----|----------------|-----------
21    ----|----|----------------|-----------
22    ----|----|----------------|-----------
23        Witness Signature:_____
      Subscribed and sworn to, before me
24    this ___ day of _____, 20 ___.
      _____    _____
25    (NOTARY PUBLIC)     MY COMMISSION EXPIRES
```

Lexitas Court Reporting
800-678-0166

December 22, 2022

[Page 125]

**A**

**A-N-D-R-E (3)**
49:12,15,17
**A.M (1)**
1:15
**able (1)**
115:19
**abusive (3)**
108:14 109:15
109:17
**accident (2)**
7:8 9:6
**action (1)**
123:16
**actual (1)**
114:19
**address (10)**
6:14 51:5
56:11,17
62:10,12
88:18 107:15
107:21 111:6
**administer (1)**
3:18
**administerin...**
4:15
**advice (1)**
92:6
**advise (4)**
91:23,25 93:25
95:14
**afternoon (4)**
69:5,6,7,9
**against- (1)**
1:6
**aggravated (2)**
74:13,20
**ago (37)**
7:3,4,5 8:4
14:6 24:6
29:9,10 31:13
31:19 33:22
34:2,12,22,24
35:19 36:11

36:12 39:22
40:14,15
43:14,15
45:15,18
47:25 48:4
53:14 59:21
70:23 95:18
98:8,9,10
104:23 112:3
113:18
**agree (2)**
9:21 10:18
**AGREED (4)**
3:5,11,16 4:5
**agreement (1)**
50:7
**ahead (8)**
11:6 14:13
24:22 59:20
59:20 77:2
97:25 113:11
**Ahmad (6)**
2:4,6 17:8
33:15,16
109:11
**Ahmad@Ne...**
2:7
**airport (1)**
48:10
**alcohol (1)**
8:20
**allowed (1)**
109:13
**Amber (3)**
22:2,6,21
**amount (1)**
13:24
**AND/OR (2)**
121:19,20
**Andre (3)**
49:12,18,19
**answer (27)**
9:7,22 11:2,12
11:21 12:5

14:14,15,22
15:7,18 16:4
16:12 17:22
17:23 26:16
27:11 34:19
41:12 70:16
77:2 86:19
94:19 108:9
109:3 110:7
117:15
**answers (1)**
67:23
**anybody (5)**
61:7 64:8 66:6
74:6 108:23
**anymore (2)**
27:20 92:14
**anytime (1)**
52:2
**anyway (1)**
87:7
**apartment (3)**
50:20 51:4
110:12
**applies (1)**
35:6
**appointment... (1)**
18:21 19:5,7
21:3,10 22:17
23:23 24:9,18
25:22 26:22
26:23 38:3,9
64:12,17 70:3
70:6 71:4,6,7
71:8,9,17,21
72:10,11 79:5
79:8,10
**appointment...**
18:14 21:15
37:9 79:7
**appreciate (2)**
28:12 31:14
**Approximat...**
30:11

**Apt (1)**
6:15
**area (2)**
56:16 67:16
**ARGYROP...**
1:11,11 2:12
2:12
**arrested (1)**
47:7
**arrived (1)**
50:19
**asked (7)**
51:18 84:18,22
85:5,19 88:12
117:10
**asking (13)**
9:16 15:16
16:6,7 17:5
33:20 40:10
55:3 66:24
67:4 86:13
89:25 111:2
**assist (1)**
11:16
**ASSOCIAT... (1)**
2:8
**assume (1)**
9:24
**AT&T (6)**
104:24,25
106:20,23,24
107:2
**attorney (7)**
5:3 17:11
34:19 41:12
95:15,23 96:2
**Attorneys (2)**
2:4,9
**August (1)**
58:5
**aunt (2)**
110:18,20
**authorized (1)**
3:18

**AUTO (4)**
1:8,9 2:9,10
**available (1)**
60:7
**Avenue (2)**
2:13 56:15

**B**

**B (1)**
121:2
**back (29)**
23:11 25:9
35:14 38:2,11
38:14 39:20
43:7 46:15
51:22,23
67:10,19,25
68:10,24 70:4
73:24 74:2
82:15 83:8
89:18,23 90:6
90:16 93:4
99:13 100:13
106:6
**bad (1)**
92:3
**bald (1)**
118:7
**ballpark (1)**
108:15
**bank (3)**
93:7,8 102:15
**based (3)**
79:5,7,8
**bate-stampe...**
114:12,20
**bathroom (1)**
10:7
**bear (1)**
5:9
**beard (5)**
32:21 65:25
118:3,15,17
**beginning (1)**

December 22, 2022

[Page 126]

51:5
**believe (11)**
11:15 13:7,9
13:21 14:9,25
15:2 17:16
35:5 39:21
72:11
**Benz (7)**
59:11,17 72:22
72:23,24 73:3
73:5
**best (1)**
42:12
**better (1)**
113:9
**big (2)**
63:11,22
**Bilingual (1)**
107:5
**birth (1)**
58:17
**bit (14)**
31:7,11,12
45:19 49:22
67:9 74:12,15
78:4,4,19
95:9 107:10
113:6
**black (11)**
30:25 31:2,4
82:22,22 83:2
83:4,16,19,20
100:3
**blood (1)**
123:16
**BMW (11)**
13:18,21 54:7
54:21 55:21
55:22,22,23
57:18 89:17
92:22
**boarder (1)**
108:13
**bold (1)**

32:24
**borrow (2)**
93:8,19
**bought (9)**
10:15,15 12:12
12:20,22
14:18 20:17
20:18 54:10
**boxes (1)**
44:13
**Brandeis (2)**
111:23,24
**break (5)**
10:4 50:13,14
78:10 100:12
**briefly (1)**
40:22
**bring (1)**
89:25
**Broadway (1)**
111:11
**Bronx (1)**
62:3
**Brooklyn (3)**
2:6 56:9
110:17
**brother (3)**
53:25 88:9,15
**brought (2)**
90:5,5
**building (12)**
62:20,21 63:8
63:18,20,21
63:22,23
68:14,19
73:14,16
**bunch (7)**
62:23 63:3,4,4
63:5,9,10
**business (7)**
44:6,8 45:2
46:21 47:5
106:12,13
**busy (3)**

67:9,19 95:9
**buy (3)**
12:24 86:23
87:9
**buying (1)**
80:23

--- C ---

**C (4)**
2:2 120:2
123:2,2
**C300 (1)**
59:11
**call (23)**
1:21 22:25
23:19,21 24:3
24:8,24 25:12
25:13,16 38:6
38:7,8,17
39:8,14,18
47:15 53:8
63:21 82:3,24
89:9
**called (11)**
6:3 23:10,14
38:2,11,14
42:7 66:20
113:23
114:12
115:22
**calling (5)**
46:3 89:11,11
89:12,24
**calls (1)**
39:11
**camera (2)**
55:15 57:4
**cameras (1)**
55:15
**Capital (2)**
92:11,13
**car (37)**
10:15,16 12:13
12:21,22,24

13:8 14:18
25:11 54:10
55:12 59:7
60:5,7,19
61:10,14
62:23 63:14
72:19 73:8,9
76:2 77:4,12
77:13 84:9,16
86:17,23 87:9
89:3,23,25
90:5,13,16
**Card (1)**
43:25
**care (1)**
90:19
**carrier (2)**
19:24 26:7
**cars (6)**
60:4 62:23,25
80:23 82:24
91:13
**case (19)**
1:6 6:20 7:15
7:18 9:6
10:20 11:9,25
94:9,16,24,25
95:2,3,5
96:12 97:7,19
108:12
**Caterine (1)**
34:7
**cell (4)**
19:24,25 20:2
20:20
**certainly (1)**
108:18
**certificate (1)**
105:5
**certify (4)**
120:4,8 123:9
123:14
**change (4)**
7:25 26:6,7

124:5
**changes (1)**
124:3
**check (5)**
55:24 91:25
92:3,4,4
**choose (1)**
45:6
**citizen (2)**
43:17 45:6
**citizenship (1)**
43:21
**City (5)**
105:12,13,15
111:18,20
**Civil (1)**
1:20
**claims (1)**
97:2
**clean (1)**
97:9
**client (2)**
34:19 41:13
**close (2)**
56:15 69:6
**closed (5)**
67:24 68:6,9
68:21,22
**closer (1)**
105:2
**closing (1)**
99:3
**cocaine (1)**
48:10
**code (1)**
111:10
**color (2)**
30:19,23
**come (22)**
21:25 24:18
25:20,23
35:14 43:11
46:5 58:11
64:22 67:19

67:25 68:10
68:24 73:24
73:25 78:13
78:15 82:15
83:8 86:23
87:7,9
**coming (3)**
54:10 74:16,16
**COMMISSI...**
124:25
**company (4)**
44:10,14
  100:17
  103:20
**complicated ...**
42:10
**complication...**
42:12
**computer (3)**
22:10,11,14
**concerning (2)**
48:10 57:18
**concerns (1)**
21:10
**concluded (1)**
119:5
**conduct (1)**
5:10
**conducted (1)**
4:7
**conference (1)**
1:21
**confirming (1)**
4:17
**consent (1)**
4:21
**considered (1)**
4:22
**Consumed (1)**
8:20
**content (2)**
34:16 122:4
**context (1)**
7:6

**continue (2)**
35:17 82:3
**control (1)**
4:13
**conversation...**
34:13 36:14
  39:21 40:25
  41:2,3 56:5
  73:21 75:20
  75:21 76:5
  83:14 86:15
  87:2 88:23
  91:7,16
**copies (3)**
56:21 57:3
  81:21
**copy (1)**
5:4
**correct (31)**
11:9 14:11
  15:19 16:19
  19:25 25:11
  39:23 41:19
  42:24 50:21
  60:10,14,25
  63:9 66:17
  72:11 80:9
  81:6 84:23
  87:17 88:10
  99:17,22,24
  110:17
  111:12
  114:21 118:4
  118:8 120:9
  124:3
**correctly (2)**
6:18 42:14
**costs (1)**
5:10
**counsel (7)**
3:5 4:6,9 5:7
  17:10 113:14
  114:2
**counselor (1)**

33:13
**COUNTY (1)**
123:5
**coupe (1)**
59:12
**couple (7)**
33:22,23 67:25
  73:25 102:4
  113:3,18
**course (11)**
16:14 36:4
  48:13 52:3
  60:11 84:25
  87:18 88:4
  101:21
  107:22
  108:16
**court (18)**
1:2,19 2:5 3:20
  4:8,13,17 6:9
  6:13 9:8 35:8
  35:12 113:13
  114:23 115:5
  115:9,11
  121:10
**cousin (2)**
42:3,4
**cousins (1)**
42:15
**Covid (1)**
79:12
**creates (1)**
17:16
**credit (16)**
10:15 12:14,14
  12:16,18 13:2
  90:11 92:3,4
  92:19,25 93:2
  93:9,12 96:23
  97:9
**Creole (1)**
8:9
**Creole-Fren...**
8:9

**current (1)**
96:23

———————
**D**
———————
**D (4)**
3:2 6:2 120:2
  121:12
**d/b/a (4)**
1:8,9 2:9,10
**dad (8)**
75:18 78:19,21
  81:15 82:15
  83:8,10 86:20
**date (24)**
1:14 23:17
  33:20,21
  35:20 40:7,9
  45:12,14
  47:18,23,23
  51:2,19 54:22
  58:2,3,7,17
  70:11,14,19
  79:4 115:17
**dates (10)**
21:14 39:9,10
  39:10 70:21
  70:22,24 71:3
  71:19 93:23
**daughter (2)**
41:23,24
**DAVID (2)**
1:11 2:12
**day (17)**
23:2 25:22
  53:18 64:16
  68:10 69:4
  72:20 73:9,10
  82:8 112:15
  112:17,21
  118:15
  120:19
  123:20
  124:24
**days (9)**

7:23 36:11,11
  39:22 40:14
  40:15 67:25
  68:25 73:25
**deal (1)**
48:15
**dealer (9)**
10:14 12:21
  15:10 54:9,11
  61:19 86:4,5
  86:5
**dealers (3)**
63:6,14,16
**dealership (25)**
21:4 25:23
  28:2 39:14
  58:9,10,11
  60:13 62:5,10
  64:2,3,9
  69:25 72:13
  72:15 80:18
  85:16 89:17
  91:2,18 97:18
  99:2 112:16
  116:23
**debt (15)**
12:8,9,10 14:2
  14:11,17,25
  15:3,11,11,25
  16:5,8,14,19
**December (2)**
1:14 123:20
**defendant (2)**
1:19 35:14
**defendants (3)**
1:12 2:9 6:20
**degree (2)**
104:22 105:4
**deliver (1)**
85:19
**delivered (1)**
85:16
**delivery (1)**
103:10

December 22, 2022

[Page 128]

department (...
67:22 68:9,15
68:18,21,23
Depo (5)
113:23 114:13
114:16
115:16,22
deponent (1)
34:24
deposed (1)
6:22
deposes (1)
124:1
deposit (2)
93:18,18
deposition (23)
1:17 3:16 4:7
5:10 7:10 9:5
17:2,13,15,21
18:6 21:3
26:19 27:8
28:18 33:9
34:22 35:11
35:21 37:12
40:22 50:7,8
depositions (1)
50:4
descended (1)
42:18
describe (13)
29:8 31:24
42:24 59:2
62:19 65:6,24
66:2,3,7
77:10 80:17
117:11
described (6)
70:12,12,20
71:10 99:15
100:18
DESCRIPTI...
121:6
desk (2)
76:14,16

details (1)
79:20
DIANE (2)
1:11 2:12
different (3)
68:13,14,19
diploma (3)
104:19 105:6
106:23
discussed (1)
37:15
discussion (2)
77:23 115:14
discussions (1)
36:5
DISTRICT (3)
1:2,2,2
doc (4)
114:3,21 116:6
116:10
document (4)
113:23 114:19
115:20,21
documents (...
17:20,25 27:5
27:6 28:2
68:13 81:23
82:7,10 83:23
83:24 121:19
121:20,21
doing (5)
7:19 55:17
96:9 101:20
104:6
dollars (2)
93:19,20
door (1)
99:3
doors (1)
99:5
doubt (1)
91:12
draw (1)
50:3

dream (1)
47:10
drink (2)
8:22,25
drive (7)
59:16 60:8
61:10 72:23
73:3 102:7
103:7
driving (4)
60:4 73:8,10
102:18
dropped (2)
94:15,20
dropping (3)
56:8 57:24
94:25
drove (4)
61:6 72:12,19
101:23
drugs (2)
8:23 9:2
duly (4)
6:4 120:5
123:11 124:1

———————
E
———————

E (10)
2:2,2 3:2,2
49:13 120:2
121:2,12
123:2,2
E-N-D-R-E (1)
49:16
earlier (2)
71:7 100:18
early (1)
45:17
Eddie (5)
37:18 38:4,15
38:18 39:8
education (2)
104:18 105:9
educational (1)

105:7
effect (2)
3:19 89:8
eight (3)
47:24 48:3
59:22
either (10)
12:23 13:15
27:4 32:17,20
32:24 33:3
36:4 47:19
83:25
electronicall...
27:7
email (5)
23:7 113:19,22
115:4,5
emailed (5)
5:6 113:8,12
113:17
115:21
emailing (1)
113:4
Emma (8)
34:6,9,10
35:19,20 40:7
40:8,12
Emmanuel (8)
53:21 87:11,20
88:8 94:2,9
94:16 109:25
employed (1)
44:3
employment ...
44:5
ended (1)
107:7
Endi (3)
1:22 123:7,23
enforcement ...
48:9 49:2
engineer (1)
104:20
engineering (...

104:20
English (2)
8:5,14
enter (3)
63:18,19 64:2
ERRATA (1)
124:1
ESQ (2)
2:6,14
etcetera (1)
27:2
event (2)
17:18 92:22
everybody (6)
48:19 65:16
80:5,8 87:5
92:4
exact (12)
23:17 44:21
45:10,14
47:17,22,23
54:22 56:17
56:17,17
57:14
exactly (13)
14:3 23:16
36:3 42:16,25
47:13 56:14
83:9 85:10
91:22 94:12
98:3 112:19
examination ...
6:7 113:15
119:4 121:14
123:10,12
examined (1)
6:6
exhibit (15)
5:4,5,8 113:4
113:13,24
114:4,13,16
114:19,25
115:16,22
121:5,5

December 22, 2022

**exhibits (3)**
5:2 121:3,10
**expect (1)**
10:5
**Experian (1)**
92:3
**EXPIRES (1)**
124:25
**explain (2)**
78:3 115:9
**explained (1)**
94:6
**explaining (1)**
93:3
**express (1)**
4:21

---
**F**
---
**F (2)**
3:2 123:2
**face (1)**
118:11
**facial (2)**
32:21 65:25
**facility (1)**
68:14
**fair (4)**
15:4 29:25
43:2,2
**familiar (3)**
118:11,21,22
**family (1)**
48:18
**far (1)**
8:13
**Farah (49)**
1:3 2:5 6:21
11:16 26:23
41:18 43:4
46:3 47:14
53:18 54:7,13
54:14,20 64:5
64:6,14 66:10
67:2,4,4 68:3

68:4 69:18
70:6 72:15
73:13,18
74:12 81:17
81:17 83:25
84:22,24 85:2
85:11,15
87:22 88:12
89:6 91:17
96:6 97:6
102:6 108:19
108:22
109:21
110:11
112:16
**Farah's (1)**
60:19
**Farragut (3)**
56:13 57:13,17
**father (21)**
28:19,23 29:2
29:4,5,5,8
31:16,21,22
78:7,13,15
80:13 81:9
99:22 116:15
116:18,20,22
117:11
**father's (2)**
110:23,25
**Federal (1)**
1:20
**feel (1)**
14:20
**feels (1)**
109:8
**feet (3)**
29:25 30:5
66:7
**figure (2)**
29:4,17
**file (3)**
114:12 115:23
115:24

**filed (1)**
94:9
**filing (1)**
3:7
**financially (5)**
103:16,16,24
104:14,15
**find (5)**
23:18,23 26:8
72:2 92:5
**fine (3)**
25:19 109:22
109:25
**finish (4)**
35:11 50:15,17
70:15
**finished (2)**
100:9 115:8
**first (30)**
6:4 8:5 26:24
27:2 33:17,25
35:11 36:9
42:15 46:7
47:16 53:7,8
54:19 60:18
60:24 61:6,11
62:5 66:11
71:8,17 73:15
73:17 99:13
112:15 116:6
116:15
118:13 120:5
**five (3)**
34:14 100:11
107:3
**fix (1)**
85:8
**Florida (8)**
105:17,21,25
106:3,8,11,15
106:17
**focus (1)**
33:24
**folder (15)**

76:8,10,11,13
76:16,22,23
77:3,7,15
81:11,12,18
83:23 84:4
**following (1)**
124:2
**follows (1)**
6:6
**force (1)**
3:19
**foregoing (1)**
120:8
**forget (1)**
58:16
**form (26)**
3:12 10:22
11:3,6,11,20
12:4 14:13
15:6 16:3,11
16:22 27:10
30:3,7,21
76:25 85:14
85:24 91:11
94:18 109:13
116:25
117:14,17
118:19
**Fort (1)**
111:11
**forth (3)**
9:9 46:16
123:11
**forward (1)**
23:3
**found (2)**
92:8,10
**four (1)**
116:2
**Francois (16)**
1:3 2:5 6:21
11:17 41:19
43:5 46:3
96:6 97:6

102:6 108:22
110:12 114:3
114:20 116:6
116:9
**Francois' (1)**
108:19
**free (1)**
119:2
**French (1)**
8:10
**further (6)**
3:10,15 5:2
112:25 120:8
123:14

---
**G**
---
**generally (3)**
80:17,19,20
**generate (1)**
101:19
**gestures (1)**
9:9
**getting (6)**
15:17 54:24
55:8,18 93:9
109:6
**ghostwriter (3)**
101:3,5,6
**give (4)**
67:23 86:22
100:8 115:11
**given (2)**
120:10 123:13
**glass (4)**
10:7 62:21
79:21 99:4
**glasses (1)**
32:18
**go (29)**
11:6 14:13
24:22 43:7
46:12,17
50:10 58:11
59:20,20

December 22, 2022

[Page 130]

63:17 68:24
70:8,9 73:14
74:7 75:4
77:2 81:8
82:13 84:16
93:6,7,25
97:25 99:13
105:25
113:10 119:2
**goes (1)**
14:22
**going (19)**
20:25 23:18
27:2 35:11,13
42:11 46:15
50:10 52:13
52:17 68:5
73:11 74:17
91:19,20 95:6
96:11,20
106:21
**good (7)**
6:17 8:14 10:9
23:2 42:13
79:3 112:18
**Goodman (34)**
2:8,14 6:8,19
11:7 17:7,14
20:9 34:21
35:3,10,16
41:14 48:22
50:8 56:2
82:3 86:11
100:8 108:16
108:25 109:9
109:16,23
110:2 112:24
114:2,8,14,18
116:25 117:7
118:23
121:15
**gotten (1)**
115:3
**grade (1)**

112:8
**graduate (2)**
111:15,17
**graduated (1)**
112:8
**grand (1)**
42:2
**grandmothe...**
42:2,3,4,14,15
42:19,22
**Green (1)**
43:25
**GROUP (4)**
1:8,9 2:9,10
**guess (2)**
97:9 105:6
**guy (25)**
29:3,7 65:3,6,7
66:20,20,21
68:8 75:10
78:20 82:14
82:16,21,22
82:22,24 83:3
83:4,16,18,19
83:20 99:15
118:16
**guy's (1)**
83:11
**guys (6)**
65:9 67:10,22
68:9 84:3
89:2

――――――――
**H**

**H (1)**
121:2
**hair (7)**
32:21 65:25
103:23 104:2
104:3,4,4
**Haiti (12)**
43:8 44:17,20
44:23 46:4,10
46:12,16,23

100:25 112:6
112:9
**Haitian (1)**
100:25
**half (5)**
29:10,23 31:13
31:19 65:19
**hand (4)**
62:24 77:19
116:5 123:20
**happen (1)**
56:6
**happened (18)**
23:24 54:18
55:3 56:7
69:15,22 74:5
82:11 83:22
84:7 88:22
91:7,8 92:20
94:6 95:19,22
102:16
**hard (1)**
13:5
**hat (1)**
33:4
**head (1)**
9:9
**hear (4)**
52:16 113:7,9
115:2
**hearing (1)**
23:3
**held (2)**
1:21 115:14
**help (8)**
10:19 14:10
15:3 16:18
48:15,24 49:6
85:20
**helped (2)**
49:14 69:16
**helping (2)**
48:18 58:13
**hereinbefore...**

120:11 123:11
**hereunto (1)**
123:19
**hey (1)**
55:17
**hi (3)**
46:9 53:17,19
**high (7)**
111:15,17,20
111:21,23,24
112:12
**highest (1)**
104:17
**hire (1)**
95:14
**hired (1)**
96:2
**Hispanic (1)**
30:25
**hold (7)**
17:7 21:16
42:8,8 56:23
56:23 114:9
**hope (1)**
6:18
**hours (8)**
8:17,21,24
62:7,7 68:7
102:2,4
**house (7)**
38:22,23 48:5
48:7 56:8,12
57:13
**huh (3)**
7:23 56:22
106:2
**human (1)**
104:4
**husband (2)**
53:3 88:2

――――――――
**I**

**ice (1)**
78:10

**ID (5)**
12:24 86:22,22
87:8,9
**identificatio...**
115:17
**identified (3)**
78:15 99:21
116:21
**identify (2)**
82:7 116:13
**identity (1)**
4:18
**immigrate (1)**
43:12
**immigrated (...**
45:13
**important (1)**
9:14
**inches (2)**
30:5 66:7
**incident (1)**
97:3
**included (1)**
40:25
**income (2)**
100:19 101:19
**individual (2)**
66:16 75:22
**individuals (1)**
99:20
**information ...**
27:7,22 76:7
77:4 95:13
121:19,20
**inside (5)**
67:12 75:15
80:18 81:12
99:2
**institution (1)**
105:8
**interacted (1)**
66:10
**interaction (1)**
66:15

December 22, 2022

[Page 131]

**interested (1)**
123:17
**inventory (1)**
23:5
**Irrelevant (2)**
108:7,8
**issue (3)**
17:17 54:6
108:18
**issues (1)**
108:13
**items (2)**
44:19 82:5

**——— J ———**
**Jean (7)**
1:3 2:5 6:21
11:17 41:18
43:5 46:3
**jokes (1)**
78:4
**July (1)**
58:6

**——— K ———**
**Karma (1)**
92:5
**keep (3)**
15:15 89:11,12
**kept (1)**
107:21
**Keshavarz (...**
2:4,6 9:15
10:21,24
11:10,19 12:3
14:12 15:5
16:2,10,21
17:4,12,22
20:7 21:20
27:9 30:2,6
30:20 33:15
33:19,25
34:18,25 35:7
35:13 36:10
36:21 39:21

41:9,11 50:3
50:6 65:10
76:24 85:13
85:23 91:10
94:17 108:11
108:21 109:5
109:14,20,24
110:5 113:2,8
113:12,16
114:5,11,22
115:3,7 117:4
117:13,16
118:18,25
121:16
**keyboard (2)**
101:12,14
**kind (3)**
25:24 60:3
95:8
**knew (5)**
87:19,21,22,25
88:2
**know (153)**
8:3 10:6,8
11:13 12:6,8
12:25,25
13:10,14,23
13:24 14:3,4
14:15,18,19
15:12 18:3
23:17 25:7,17
25:17,18,25
25:25 26:6,16
27:22,23 28:7
28:20,22 29:2
30:10,12 32:5
32:12,13,19
33:21 34:23
35:16 46:8
47:14 49:3,25
50:16 52:9,18
52:22,23,24
52:25 53:3,21
53:24 54:3,5

54:15,15 55:6
55:6,7,7,10
55:12,14,23
56:13,14,16
56:18 58:14
61:21 62:9,12
62:13,16 63:2
63:12 65:17
66:13 68:8,20
69:13 70:7
71:15,18,19
73:7 74:13,13
77:13 78:9
82:18 83:6,9
84:15,17
85:15,18
86:20 87:4,11
87:15 88:8,11
88:11 89:13
89:21,22,22
90:7 91:22
92:2 93:15,17
93:23 94:4,5
94:15,20,21
95:4,7,8,25
96:3,20,20
97:6,8,11,13
97:15 98:21
99:4,12
100:22 102:8
102:10 104:4
104:14
106:16
108:17
109:12
110:15,22,24
111:2,10
114:8
**knowing (1)**
12:21
**known (1)**
43:4

**——— L ———**

**L (5)**
3:2,2 6:2,3
120:2
**lady (7)**
64:11,13,14,15
64:19,24
74:24
**Laforest (11)**
53:6,9,22
87:16,20 88:2
88:6,9 94:2
94:10,16
**Laforest's (2)**
53:24 88:9
**language (1)**
8:6
**law (4)**
2:4 4:23 48:9
48:25
**lawsuit (1)**
11:18
**learn (1)**
50:2
**left (7)**
62:24 69:24,25
89:10 91:18
110:16,18
**legal (1)**
43:23
**legally (2)**
61:22,24
**LegalView/Z...**
4:12
**legitimate (1)**
109:2
**lessons (1)**
50:2
**let's (9)**
14:18 17:18
33:24 45:22
47:15 50:15
50:17 99:13
100:11
**letter (2)**

54:23,24
**letters (1)**
44:12
**level (1)**
104:17
**Lexitas (1)**
4:13
**license (1)**
102:20
**life (2)**
47:8 107:17
**light (7)**
30:23,24 31:5
31:6,25 65:7
65:14
**lighter (5)**
31:8,9,10,11
31:12
**line (6)**
35:9 42:10,22
108:14 122:3
124:5
**link (1)**
23:5
**litigation (1)**
4:24
**little (14)**
31:7,11,12
45:19 49:22
67:9 74:12,15
78:3,4,18
95:8 107:10
113:6
**live (1)**
51:10
**lived (3)**
88:18,18
105:14
**lives (6)**
108:6,22,24
109:21,25
111:8
**LLC (4)**
1:8,9 2:9,10

December 22, 2022

[Page 132]

| | | | | |
|---|---|---|---|---|
| **location (1)** | 83:23,24 | **Manhattan (3)** | 4:12 | 20:10 |
| 44:16 | **looking (11)** | 63:23 111:12 | **members (1)** | **model (2)** |
| **locations (1)** | 22:7,8,10 26:7 | 111:13 | 48:18 | 59:10 72:19 |
| 4:10 | 26:10,11,21 | **manner (1)** | **mention (1)** | **Mompaisir (1)** |
| **log (2)** | 27:4 77:24 | 4:20 | 98:6 | 114:24 |
| 38:12,13 | 82:10 97:14 | **marathon (1)** | **mentioned (6)** | **Momplaisir (...** |
| **long (40)** | **looks (5)** | 10:6 | 28:17 41:17 | 1:18 6:1,12,17 |
| 7:4,4,4 10:5 | 62:24 117:18 | **mark (7)** | 97:20,23 | 7:1 8:1 9:1 |
| 14:6 29:9 | 117:19,25 | 35:3,4 41:15 | 98:22 106:19 | 10:1 11:1 |
| 34:13 42:9 | 118:20 | 109:18,18 | **message (11)** | 12:1 13:1 |
| 43:4,6,14,14 | **lost (2)** | 114:24 | 19:12,13,13 | 14:1 15:1 |
| 43:14,15 | 25:24 97:3 | 115:12 | 21:9,9,17 | 16:1 17:1,11 |
| 44:25 45:15 | **lot (15)** | **marked (3)** | 23:7,11 24:23 | 17:19 18:1 |
| 49:22 50:5,23 | 13:4,8 14:4 | 5:3 115:16 | 25:9,21 | 19:1 20:1 |
| 53:14 59:15 | 32:2 49:24 | 122:2 | **messages (3)** | 21:1 22:1,8 |
| 59:16,21 62:4 | 62:2,25 92:11 | **market (1)** | 25:2 27:6,17 | 23:1 24:1 |
| 70:22 74:11 | 100:22 | 22:24 | **messed (3)** | 25:1 26:1 |
| 95:18 98:8,8 | 103:21,22,23 | **marking (1)** | 12:14,16,18 | 27:1 28:1 |
| 98:10 102:18 | 103:23,23 | 115:8 | **met (5)** | 29:1 30:1 |
| 102:20,23,23 | 104:12 | **marriage (1)** | 46:2 55:19 | 31:1 32:1 |
| 104:6,8,23 | **loud (4)** | 123:16 | 60:21 72:13 | 33:1 34:1 |
| 106:11,25 | 9:7 74:15,21 | **married (8)** | 73:13 | 35:1 36:1 |
| 112:2 | 74:22 | 50:24,25 51:15 | **Mh-hm (10)** | 37:1 38:1 |
| **longer (2)** | **louder (1)** | 51:21 52:8,10 | 15:20,20 21:5 | 39:1 40:1 |
| 40:24 41:2 | 113:6 | 52:11,19 | 22:12 24:12 | 41:1 42:1 |
| **look (24)** | **lower (1)** | **mask (6)** | 37:6 40:16 | 43:1 44:1,7,9 |
| 13:15 18:5,9 | 116:5 | 79:19 80:6,8 | 46:24 76:12 | 45:1,2 46:1 |
| 18:12,12 19:6 | **Lyft (2)** | 80:11,14 87:6 | 95:10 | 47:1 48:1 |
| 23:2,4 26:12 | 102:9 103:8 | **matter (2)** | **Miami (1)** | 49:1 50:1 |
| 26:13 27:5 | _____ | 109:6 123:18 | 107:19 | 51:1 52:1 |
| 33:7 77:16,20 | **M** | **mean (9)** | **mind (1)** | 53:1 54:1 |
| 109:11 | **M (3)** | 11:13,23 13:14 | 67:24 | 55:1 56:1,4 |
| 113:18 | 6:2,3,3 | 37:24 52:4 | **mine (1)** | 57:1 58:1 |
| 114:10 | **Madam (1)** | 69:8 84:13 | 21:18 | 59:1 60:1 |
| 115:20,20 | 115:9 | 104:2 117:18 | **minute (3)** | 61:1 62:1 |
| 116:12 | **mail (4)** | **meaning (1)** | 74:17 100:8,12 | 63:1 64:1 |
| 118:11,14,21 | 54:24 57:11,12 | 98:11 | **minutes (2)** | 65:1 66:1 |
| 118:22 | 57:16 | **means (1)** | 34:14 113:18 | 67:1 68:1 |
| **looked (15)** | **making (1)** | 11:5 | **Mitsubishi (...** | 69:1 70:1 |
| 18:18,19 19:4 | 93:10 | **medications ...** | 1:9,10 2:10,11 | 71:1 72:1 |
| 21:2 26:20,20 | **man (6)** | 8:16 | 18:22 19:5 | 73:1 74:1 |
| 27:12,15 33:8 | 30:24,25,25 | **meet (3)** | 22:3,6,21 | 75:1 76:1 |
| 55:11,20 | 33:14 55:13 | 31:20 46:7,9 | 23:8 60:13 | 77:1 78:1 |
| 81:12 82:12 | 87:7 | **meeting (1)** | **Mobile (1)** | 79:1 80:1 |

81:1 82:1,9
83:1 84:1
85:1 86:1
87:1 88:1
89:1 90:1
91:1 92:1
93:1 94:1
95:1 96:1
97:1 98:1
99:1 100:1,17
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1,16,19
116:1 117:1,8
118:1 119:1
120:1,15
121:1 122:1
123:1 124:1,1
**money (22)**
13:4,8,15,16
13:24 14:4,5
15:2 55:9
90:11 92:11
92:14 93:7,7
93:8 97:2,11
97:12,13,18
98:22,23
**month (1)**
21:21
**months (1)**
59:22
**morning (1)**
6:17
**mother (3)**
42:20,21 110:8
**mother's (3)**
42:2,3,5
**motor (1)**
59:6

**move (4)**
48:22 49:21
56:2 86:11
**moved (3)**
51:13,21,23
**music (10)**
100:20,24,25
101:2,7,11
103:20
104:19,19,20

———— **N** ————

**N (4)**
2:2 3:2 120:2
121:12
**name (43)**
6:10,19 10:16
12:13,22,23
13:18,22
14:17,19 22:2
22:5,20 34:6
37:18,21,22
37:25 38:4,4
38:15,18 39:8
41:18 53:5,7
53:8 64:11
76:2 82:15,17
83:9,11,16,16
86:17 87:14
87:16 88:5
90:12 110:6
111:22
114:18
**named (1)**
49:11
**native (2)**
8:6 43:8
**near (1)**
61:19
**necessary (1)**
124:3
**need (11)**
4:15 10:7 11:4
26:16 50:12

58:25 59:2
68:13 90:18
95:23 100:9
**needs (1)**
15:10
**never (12)**
47:8,10 55:11
85:11 90:4,9
90:15,21
94:23 98:21
98:22 103:9
**New (17)**
1:2,23 2:6,13
2:13 6:5,16
6:16 7:11,12
105:12,13,15
111:18,20
123:4,8
**Ngoodman@...**
2:14
**Nice (1)**
59:13
**Nicholas (3)**
2:8,14 6:19
**niece (15)**
10:14,20 11:16
15:19,24 16:8
41:18,22
42:24 43:5
46:2,4 47:15
47:15 50:20
**niece's (1)**
41:18
**nightmare (1)**
47:12
**nine (1)**
112:10
**nods (1)**
9:9
**non-party (3)**
1:17 108:12
109:7
**nonresponsi...**
48:23 56:3

86:12
**Nostrand (3)**
56:15,15,18
**Notary (5)**
1:22 6:4
120:22 123:7
124:25
**notes (4)**
69:14,18,20,21
**number (14)**
19:15,18,20
23:10,15 25:2
38:23 39:4
58:20,21,25
59:3 99:12
121:6
**numbers (1)**
14:5

———— **O** ————

**O (4)**
3:2 6:2,3 120:2
**o'clock (3)**
69:9,10,10
**oath (3)**
3:18 4:15 7:19
**Object (1)**
116:25
**objection (27)**
10:21 11:3,5
11:10,19 12:3
14:12 15:5
16:2,10,21
27:9 30:2,6
30:20 34:18
41:9 76:24
85:13,23
91:10 94:17
109:12 110:5
117:13,16
118:18
**objections (1)**
3:11
**Obviously (1)**

109:7
**off-the-recor...**
115:13
**offered (1)**
97:18
**offhand (3)**
62:13,14,17
**office (12)**
2:4 67:12 68:6
75:16 76:19
78:16 79:15
79:16 80:19
81:5 98:25
99:2
**officer (2)**
3:17 4:14
**offices (1)**
106:14
**oh (10)**
20:24 42:6
55:13 74:16
74:16 75:23
84:15 87:4,7
102:20
**okay (275)**
6:25 7:9,13,17
8:11,15,19
9:3,12,17
10:3,8,9,17
11:7 13:6,17
13:19 14:8,21
15:23 16:13
16:17,24
17:15 18:11
18:16,23 19:3
19:10,14,17
19:22 20:19
20:24 21:6,7
21:13,24
22:13,19
23:13,20,25
24:7,13,22
25:19 26:9,17
26:25 27:13

December 22, 2022

[Page 134]

27:19 28:5,12
28:21 29:6,11
29:17 30:15
30:18 31:3,15
31:24 32:3,9
32:16,23
33:11,24 34:5
34:11,15 35:3
35:23 36:2,8
36:13,17,23
37:7,23 38:5
38:10,19 39:2
39:6,12,19
40:3 41:6,14
41:21 42:17
43:2,10,16,20
44:18 45:4,9
45:23 46:6,11
46:14,22 47:6
47:9 48:2,7
48:14,20 49:8
49:20 50:11
50:18 51:12
51:16,20 52:7
52:12 53:2,10
53:15,20 54:4
54:12,17 55:2
56:10,19 57:9
57:15,21 58:4
58:12,15 59:5
59:9,18 60:6
60:16,20,23
61:5,9,13,25
62:8,15,18
63:7,13,15
64:7,18,21
65:5,13,18
66:5,14 67:7
67:11,17 68:2
68:11,22 69:2
69:17,21 70:2
70:10,25
71:16 73:6,12
73:20 74:4,9

75:2,19 76:4
76:21 77:5,9
77:22 78:11
78:23 79:9
80:7,22 81:10
81:20,25 83:5
83:12 84:6,21
85:4 86:24
87:10 88:16
88:21,25 89:4
89:15,20 90:3
90:14,23 91:5
91:15 92:7
93:5 94:7,14
94:22 95:24
96:4,10,14
97:5,10,16,25
98:14,18,24
99:6,10 100:7
100:23 101:9
101:14,18
102:3,5,13,17
102:22 103:6
103:15,17,18
104:5,9,16
105:24
106:10,18
107:6,14,23
108:5 109:9
109:16
110:10,14,19
111:5,14
112:14,20,23
112:24 113:2
113:21
114:14
115:25
117:21 118:6
118:10,12,22

**old (1)**
106:4
**open (4)**
63:11 68:24
113:22

115:22
**opened (2)**
114:9 115:24
**operator (1)**
107:5
**opposed (2)**
22:15 112:6
**opposing (1)**
113:14
**Order (1)**
1:19
**ORSARIS (2)**
1:10 2:11
**outcome (1)**
123:17
**outside (4)**
61:15,16 82:14
82:23
**outstanding ...**
82:6
**owe (3)**
13:4,14 92:13
**owed (1)**
92:11
**owes (4)**
13:7,25 14:25
90:12
**owned (1)**
59:15
**owner (3)**
75:11,14 84:11

―――――――――
**P**
**P (124)**
2:2,2 3:2 6:1,2
6:2,3 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1

26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1

114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
**p.m (4)**
21:23 50:9
114:6 119:3
**packages (1)**
48:10
**PAGE (5)**
121:5,14,20
122:3 124:5
**pages (1)**
116:2
**paid (1)**
13:16
**pandemic (2)**
86:21 87:5
**papers (16)**
18:5,7,9,10
55:20,21 67:5
74:2 76:3
77:12,14,17
77:25 81:12
81:16,17
**paperwork (1)**
86:6
**Papito (11)**
1:18 6:11 38:4
113:23 114:4
114:13,16
115:22
120:15 124:1
124:1
**Pardon (2)**
18:8 30:22
**park (3)**
2:13 61:14,22
**parking (4)**
61:23 62:2,22
62:24
**part (3)**
88:23,25 90:7

December 22, 2022

[Page 135]

participating...
4:11
participation...
54:6
particular (2)
44:16 48:25
parties (5)
3:6 4:6,21 5:9
123:15
partner (2)
33:23 34:4
partner's (1)
34:6
passed (2)
49:4 52:3
pause (1)
10:25
pay (4)
13:11 15:10
84:16 89:2
paying (2)
13:12 84:9
payment (1)
93:11
payments (1)
93:11
people (24)
63:5,6 70:18
79:18 80:18
80:21,21,23
80:23,24,25
81:4,6 99:12
99:17,25
101:15
116:14,21,24
117:22,24,25
118:2
PEREZ (2)
1:11 2:12
perfect (2)
10:9 103:24
perfectly (1)
108:25
person (8)

31:17,21 73:17
78:14 79:25
117:19,23
118:14
personal (3)
52:23 108:13
109:6
personally (2)
66:21 77:16
PHILIP (1)
1:11 2:12
phone (32)
18:13,18 19:8
19:9,11,15,18
19:20,24,25
20:2,20 22:15
23:18 24:3,25
26:4,5,6,19
38:7,8,14,17
38:17,20,21
38:22,24
71:12,21 72:4
photographe...
82:8
photographs...
31:15 36:6,15
36:19,25
40:18,21,25
65:10 81:22
82:5 115:15
116:3 117:10
121:7,21
photos (4)
33:8 37:2,4
116:14
picture (4)
83:25 116:6,13
117:18
pictures (12)
18:25 27:12,14
27:17,25
28:16,17,19
81:18 84:4
115:6 118:13

place (4)
66:8,10 106:14
120:11
plaintiff (3)
1:4 2:4 7:14
plates (1)
55:12
play (6)
100:20,24
101:2,10,12
101:14
playing (1)
86:9
please (14)
6:9,13 11:24
35:4,17 41:16
49:21,25
56:23,24
62:19 100:12
113:6,19
Plexi (1)
79:16
plexi-glass (2)
79:14 80:4
PLLC (1)
2:8
point (4)
67:19,21 78:13
106:7
police (3)
94:2,5,9
portion (2)
48:23 56:3
position (1)
107:4
positively (1)
61:4
possession (1)
5:6
pregnant (1)
52:20
preliminary ...
8:2
preparation ...

17:20 18:6
26:18 27:8
28:18
prepare (3)
17:2 21:2 33:9
present (2)
4:6 78:21
presented (1)
5:5
presenting (1)
5:3
preserve (1)
20:25
pretty (2)
39:15 61:4
prevail (1)
11:17
previously (3)
23:6 41:17
117:11
prior (1)
5:7
privilege (5)
17:16,17 34:20
35:6 41:13
probably (1)
42:13
problem (8)
15:18 54:6,20
60:4 85:9,21
103:25 110:8
problems (2)
60:5 84:16
Procedure (1)
1:21
proceed (1)
17:18
proceeding (1)
124:2
production (5)
82:4 114:3,21
116:7,10
pronouncing...
6:18

protection (1)
17:17
provider (2)
19:23 20:3
provides (2)
19:24 39:3
Public (5)
1:22 6:5
120:22 123:7
124:25
purpose (1)
4:24
pursuant (1)
1:19
put (6)
12:23 62:25
77:19 81:17
93:6,7
putting (1)
93:12

_____
**Q**
question (30)
3:12 5:9 9:7,14
9:16,17,22,23
9:25 11:2,4,6
11:23 14:13
14:24 15:15
16:7 30:3,7
40:10 41:12
45:25 48:21
48:24 56:24
60:12 109:4
110:3 112:25
122:3
questioning (1)
5:7
questions (5)
8:2 14:22
26:15 113:3
122:2

_____
**R**
R (6)
2:2 3:2 6:2,3

December 22, 2022

[Page 136]

120:2 123:2
**reaching (1)**
22:23
**read (5)**
24:14 37:10
71:13 77:20
79:6
**really (17)**
9:14 11:22
13:5,9 14:16
14:16,22 15:8
15:13 45:8
46:9 53:17
55:11 66:22
72:21 91:21
97:8
**reason (4)**
45:5 83:7
108:14 124:5
**reasonable (1)**
9:24
**reasons (1)**
58:25
**receive (1)**
104:21
**received (5)**
25:21 54:23,23
57:10,17
**receiving (1)**
44:22
**receptionist (...**
99:14,20
**recess (1)**
100:14
**recited (1)**
56:5
**recognize (2)**
88:5 117:9
**recollection (...**
47:21
**record (4)**
6:10 24:3,16
123:12
**recorded (1)**

4:19
**recording (1)**
4:20
**recovered (1)**
89:17
**recreational ...**
8:23
**REEXAMIN...**
117:6
**refer (1)**
65:3
**referred (1)**
66:17
**refresh (1)**
47:21
**refused (1)**
85:18
**regarding (1)**
5:8
**registration (...**
77:11 84:2
**related (3)**
41:24 104:13
123:15
**relationship ...**
42:23
**relevant (4)**
58:23,24
108:15,17
**remember (63)**
8:3 9:5 14:5
23:16,19 26:6
28:24 29:12
29:13,15,16
29:18 32:22
35:24,25
38:16 41:4
47:17,18,22
47:23 48:8,12
48:13 51:2,19
57:8 61:12
64:10 65:8,8
66:13 70:22
70:23,23 71:3

71:25 72:18
73:9,10,11
79:20 82:19
86:15 87:2
93:16,16,17
93:20 95:8,11
95:12 98:3
106:13
110:13 112:2
112:19,19,22
116:17 118:5
118:9,20
**remote (1)**
4:10
**remotely (1)**
4:16
**rent (4)**
107:24 108:4,4
108:4
**repeat (3)**
22:4 56:22,24
**repeating (1)**
45:11
**rephrase (1)**
11:23
**reporter (14)**
4:8,17 6:9,13
9:8 35:4
41:15 113:13
114:24 115:5
115:9,11,18
121:10
**Reporting (1)**
4:14
**represent (4)**
6:19 34:25
109:10 116:9
**represented ...**
109:11
**representing...**
17:9,10 34:23
**REQUESTE...**
121:19
**resell (1)**

100:21
**reserved (1)**
3:13
**reside (1)**
110:4
**residence (1)**
110:4
**resident (1)**
43:24
**residential (1)**
108:20
**resolve (1)**
85:20
**respective (1)**
3:6
**response (3)**
89:5,6,7
**rest (1)**
87:2
**result (1)**
97:3
**retained (1)**
121:10
**retired (4)**
105:16,19,20
105:22
**review (3)**
17:20,24 28:17
**reviewed (1)**
124:2
**RICHMON...**
123:5
**right (60)**
10:10 13:3
15:19 16:24
20:5,22 22:7
25:3,15 26:25
28:11 33:2,6
36:2 39:19
43:22 46:19
46:22 50:12
50:18 51:3,9
52:21 55:25
56:16,19

59:23 65:21
66:14 67:24
71:21 72:8,16
72:22 75:2,5
75:6,12 76:7
78:25 79:11
79:12 81:2,10
81:13 82:9
84:19 85:2,9
85:11 86:10
87:23 88:2
89:9 91:3
100:5 101:22
106:23 116:5
118:25
**Road (2)**
57:13,17
**robot (1)**
25:16
**room (1)**
63:10
**rooms (2)**
63:5,9
**rules (4)**
1:20 9:4 70:16
109:12
**ruling (4)**
35:5 41:16
109:18,19
**RULINGS (1)**
122:2

─────────────
**S**
─────────────
**S (5)**
2:2 3:2,2 6:3
121:2
**sale (1)**
77:4
**salesman (6)**
82:25 83:2,6
83:19,21
100:4
**saw (9)**
31:15 65:10

December 22, 2022

[Page 137]

66:9 77:10,11
77:12 87:14
87:16 118:16
**saying (11)**
31:18,20,21
56:20 64:11
76:15 78:8,12
78:14 89:24
99:21
**says (4)**
22:2 114:16
116:6 124:2
**school (9)**
106:22 111:16
111:18,20,21
111:23,24
112:9,12
**schooling (1)**
112:4
**score (3)**
92:19,25 93:2
**screen (1)**
33:15
**sealing (1)**
3:7
**seat (3)**
64:20 67:9,18
**second (26)**
10:25 17:8
21:16 37:19
39:8,14,17,17
43:7 56:23
60:21 71:9,18
71:18 72:9,10
72:20 79:10
90:25,25 91:6
99:19 100:10
112:21
115:12
116:23
**secretary (4)**
73:19,22 74:25
75:4
**secure (1)**

104:15
**Security (2)**
58:19,21
**see (18)**
19:6 22:23
23:23 46:8,23
47:5 67:5
74:2 76:3
77:6 92:2,5
104:24
106:16
113:24 114:2
114:4 116:7
**sell (8)**
25:11 77:13
82:24 86:17
100:21
103:22 104:2
104:3
**send (3)**
23:11 24:24
25:2
**sense (2)**
87:4,6
**sent (6)**
21:17 23:5,6
25:8 114:5,6
**separate (1)**
4:10
**September (...**
19:19 20:11,13
21:17,18,22
22:20 24:15
28:3 59:25
60:2,2,8,14
71:2,13,23
72:6 78:24
**service (3)**
4:14 39:3
103:10
**set (2)**
123:11,20
**settle (1)**
97:18

**seven (1)**
59:22
**SHEET (1)**
124:1
**Sheri (3)**
1:22 123:7,23
**ship (2)**
44:11,15
**shipments (1)**
44:22
**shipping (7)**
44:10,13,14,19
46:20 100:17
103:20
**short (4)**
65:18,20,20
100:14
**show (3)**
36:24 57:6,16
**showed (12)**
33:12 36:15,18
37:15 40:17
40:20 55:19
55:20 56:21
57:3,19 65:11
**showing (2)**
81:15,16
**shown (1)**
36:5
**side (7)**
42:5 62:24
63:3,11
110:23,25
116:5
**Signature (1)**
124:23
**signed (5)**
3:17,19 67:6
74:3 76:3
**signing (1)**
80:24
**similar (1)**
7:19
**sir (15)**

16:5 24:6
29:10 31:13
32:13 46:13
51:2,8 52:22
58:2 79:2
97:15 109:3,4
112:3
**sit (3)**
74:7,10 75:4
**sitting (2)**
99:7,9
**situation (5)**
48:16,25 74:14
91:17 96:23
**six (3)**
102:25 103:3
107:3
**skin (8)**
30:19,23,23
31:5,6,25
65:7,14
**skipped (1)**
112:8
**slept (2)**
52:5 110:12
**slow (1)**
106:9
**Small (2)**
63:25,25
**smoke (1)**
8:25
**Social (2)**
58:19,21
**solicitation (1)**
25:10
**somebody (9)**
7:15 12:12,24
14:18 28:20
64:23 75:3,5
110:8
**son (18)**
28:20,23 29:3
29:3 31:17,19
75:11,14 78:6

80:14 81:8,8
82:13 99:22
116:16,18,22
117:11
**soon (1)**
81:16
**sorry (15)**
20:18 22:4
24:22 25:3,5
37:20 45:11
49:18,23
52:15 68:8
74:24 75:23
84:10 107:16
**source (1)**
100:19
**South (1)**
2:13
**SOUTHERN...**
1:2
**space (2)**
63:3 73:14
**SPARTAN (2)**
1:9 2:10
**speak (2)**
8:14 24:16
**specific (1)**
25:22
**specifically (1)**
19:6
**specified (1)**
120:11
**Spectrum (1)**
39:5
**speed (1)**
55:15
**speeding (2)**
55:14 57:4
**spent (1)**
51:25
**spoke (6)**
33:18,25 35:19
36:10 53:11
99:13

**Sprint (8)**
20:6,8,9,10,12
  20:14,17,18
**SS (1)**
123:4
**stand (1)**
66:25
**standing (1)**
99:7
**Stanley (6)**
53:24 54:2
  88:2,3,9,19
**Stanley's (1)**
88:14
**stars (1)**
101:8
**start (2)**
74:14 112:9
**started (1)**
74:19
**starting (1)**
74:12
**state (6)**
1:23 6:5,10,14
  123:4,8
**States (10)**
1:2 43:12,13
  43:18 44:20
  44:23 45:7,13
  47:16 112:5
**status (2)**
43:22,23
**STAVROS (2)**
1:10 2:11
**stay (2)**
48:4 63:6
**stayed (4)**
48:5,7 50:20
  52:4
**Ste (1)**
2:13
**STIPULAT...**
3:4,10,15 4:5
  5:2

**STIPULATI...**
4:2
**stored (1)**
27:7
**story (2)**
52:14,18
**straight (1)**
16:7
**street (7)**
2:5 61:17,17
  61:18,19,20
  111:9
**strike (3)**
48:23 56:2
  86:11
**stuff (9)**
18:14 62:25
  90:2 100:22
  103:23,24
  104:13
  106:15,22
**Subscribed (2)**
120:18 124:23
**sued (2)**
6:20 7:15
**Supp (2)**
116:6,10
**Supplementa...**
114:3,20
**support (2)**
28:6,8
**supposed (4)**
35:21 67:23
  68:23 82:20
**sure (16)**
14:3 32:25
  33:5 39:15,16
  61:3,4 69:12
  71:14 91:2
  94:12,12
  99:11 111:9
  116:20,23
**sworn (9)**
3:17,20 4:16

6:4 120:5,18
  123:11 124:1
  124:23

———————
**T**
———————
**T (7)**
3:2,2 6:2 120:2
  121:2 123:2,2
**T-Mobile (4)**
20:4,16,17,17
**table (1)**
79:22
**take (10)**
9:8 10:4 23:4
  27:25 50:14
  65:21 70:17
  84:3 100:11
  106:8
**taken (5)**
1:18 8:16
  90:19 100:15
  124:2
**talk (28)**
20:22 28:9
  35:12 40:2,4
  40:6 53:16,17
  53:19 64:8,13
  64:14,14
  66:19,20,21
  66:25 74:6,17
  75:16 82:14
  83:7,17 96:8
  96:15 100:4,6
  113:5
**talked (24)**
25:8 31:17
  33:23 40:7,8
  40:21 53:13
  54:20 64:10
  64:11,23
  73:18,23
  78:22 94:23
  96:6 98:22
  100:3 103:19

117:20,22,23
  118:4,8
**talking (22)**
21:8 33:13
  36:6 40:11
  66:23 67:2
  74:15,20,20
  74:22 75:25
  78:5,6,7,7,9
  79:17,22 80:3
  81:6,7 99:25
**tall (6)**
29:19,21 32:4
  63:22 65:14
  66:7
**taller (8)**
29:20,21 32:6
  32:7,8 65:16
  65:23 99:15
**TD (1)**
102:15
**tell (37)**
9:15,15 10:11
  15:8,9 16:23
  16:25 18:4,17
  26:20 30:4
  31:25 39:25
  45:16 56:14
  63:15,17
  66:12 68:6
  74:15 79:2
  88:17 89:16
  92:8,12,16,18
  92:24,25 94:8
  96:11,22,25
  97:17 104:10
  116:13 117:8
**telling (9)**
9:22 55:6,16
  55:17 83:10
  93:3,6,10,13
**ten (2)**
47:24 48:3
**term (1)**

42:24
**terms (1)**
27:4
**testified (1)**
6:6
**testify (1)**
120:5
**testimony (15)**
7:18 11:16
  14:10 15:2
  17:2 31:16
  57:2 96:16
  108:19,20
  117:23 120:6
  120:10
  123:13 124:3
**text (3)**
23:7 37:14,16
**texts (3)**
37:2,4,8
**thing (11)**
15:9 22:16,18
  27:20 28:14
  55:15 63:25
  89:12 95:19
  95:22 114:16
**things (21)**
12:13 16:15
  18:12,13,20
  18:20 29:12
  46:9 50:16
  67:3,4 80:24
  86:7 90:12
  93:13,14,21
  100:22
  102:15
  103:21,22
**think (65)**
13:25 14:11
  20:6 23:9,9
  24:23 30:14
  31:8,12 32:14
  32:15 34:3,8
  39:5 40:6,8

December 22, 2022

[Page 139]

40:13,14,21
45:9,20 48:11
50:24 54:8,8
57:19,23 60:3
60:18 63:5,19
63:22 67:3
69:19 71:4,4
71:14 75:17
77:3 79:20,21
79:24 80:2,5
80:10,13,14
80:15,16
83:25 86:8
94:11,12 95:5
95:23 97:20
97:23 101:25
102:12,14
107:12
112:11,18,20
112:22
**thinking (1)**
86:9
**thought (3)**
40:18 73:2
87:8
**thousand (2)**
93:19,20
**three (8)**
47:4 62:6,7
68:7 112:9,10
112:11
116:15
**ticket (1)**
61:23
**tickets (13)**
54:25 55:4,5,8
55:10,14,18
56:21 57:3,4
57:4,11,18
**time (69)**
1:15 3:13 7:5
7:22 10:5
14:6 20:6
25:20,23

26:24 27:2
29:9 33:17
35:18 36:9
37:19 38:9
43:6,14,15
45:15 47:16
49:22,24 50:5
51:22,25
53:11,13,14
54:19 56:7
60:18,21 61:6
61:11 64:22
68:4 69:3,4
69:11,12,12
70:8,18,22
72:25 73:5,15
74:11 76:6
87:12 89:23
90:10 95:18
95:22 96:3,5
101:23
102:21,23
104:8,23
110:11,16
112:2 116:23
118:4 120:10
**times (2)**
24:8,10
**title (13)**
57:20,20,22
84:17,19,20
85:5,12,16,19
86:14 89:2
90:18
**today (14)**
7:20 8:13
10:12,19,23
13:22 14:10
17:3,21 18:6
33:9 51:10
52:10 59:6
**told (19)**
27:3,15 29:4
40:13 47:20

55:24 71:6
78:18 82:15
83:8 85:20
88:14 89:14
90:4,15,21
91:9,12 95:23
**tomorrow (1)**
96:12
**transcript (3)**
120:9,9 124:2
**TransUnion ...**
92:4
**trial (1)**
3:13
**trip (2)**
62:5 91:2
**trips (2)**
91:3,4
**trouble (2)**
8:12 48:9
**true (2)**
120:9 123:12
**truth (2)**
16:23 120:5
**try (4)**
42:12 50:15,17
92:2
**trying (5)**
15:14 23:22
25:11 78:10
106:16
**twelve (1)**
112:10
**twice (1)**
60:25
**two (37)**
21:11 24:6,10
24:11 29:10
31:13,18 34:2
34:12,22,24
35:18 36:11
36:11 39:22
40:14,15 47:4
50:10 62:7

68:25 70:18
71:24 81:6
91:3,4 93:11
99:16,20
116:24 117:2
117:2,24,25
118:2,13,21

_____
**U**

**U (1)**
3:2
**Uber (8)**
100:21 101:24
102:7,19
103:2,4,13,20
**Uh (1)**
31:7
**unauthorize...**
4:22
**uncle (5)**
42:7,10 49:4,9
49:11
**uncomfortab...**
109:8
**understand (...**
9:10,11,13,17
9:19,20,23,25
10:2 11:22
12:11,19,20
15:14 19:25
27:22 42:11
66:23 69:15
83:15
**understandi...**
8:13 10:12
12:17 25:6
**undo (1)**
42:12
**unfortunate ...**
28:13,13
**unfortunatel...**
28:10
**United (10)**
1:2 43:11,12

43:17 44:20
44:23 45:7,13
47:16 112:5
**Usual (1)**
41:3

_____
**V**

**V (1)**
6:2
**VALLEJO (2)**
1:10 2:11
**vehicle (3)**
22:25 59:7,24
**Verizon (1)**
20:3
**Victory (11)**
1:8,9,10 2:9,10
2:11 22:3,6
22:21 23:7
60:13
**VIDEO (1)**
4:2
**Videoconfer...**
4:8,11,19 5:11
**violation (1)**
4:23
**visit (4)**
66:11 70:20
99:14,19
**Vladimir (5)**
1:18 6:11
120:15 124:1
124:1

_____
**W**

**W (1)**
51:7
**wait (6)**
10:24,24 17:4
41:11,11
109:5
**waited (1)**
68:5
**waiting (5)**
67:15,16 76:6

80:24,25
**waived (1)**
3:8
**want (18)**
11:8,25 12:6,7
12:7 15:24
16:8 35:8
62:9 63:21
99:11 104:3
104:10,14
108:9 109:17
109:20
116:12
**wanted (4)**
67:5 74:2 86:7
98:20
**wants (3)**
16:5 76:3 97:7
**Washington ...**
111:11
**wasn't (6)**
31:4 37:17
66:22 72:24
73:4 86:18
**wasting (1)**
55:8
**water (1)**
10:7
**way (9)**
12:23 13:15
14:23 15:12
42:9 86:8
93:9,12
123:17
**we'll (6)**
29:17 35:12
64:20 74:8
100:12
109:18
**We've (1)**
68:6
**wear (1)**
32:17
**wearing (6)**

33:3 80:5,8,10
80:14 87:5
**weather (3)**
112:17,18,20
**week (6)**
46:13,16,17,18
47:2,3
**weeks (10)**
33:22,23 34:2
34:12,22,24
35:19 47:4
98:11,12
**weigh (5)**
30:9,13,16,17
32:11
**went (29)**
10:13 12:21
25:7 26:19
46:25 58:8
60:13,18,24
62:10,20 63:8
69:16 70:4
73:15 74:10
75:15 78:17
78:17,20 83:7
83:17 92:19
94:5 105:16
105:20 106:3
112:15
116:22
**West (2)**
6:15 111:8
**whatsoever (1)**
8:18
**WHEREOF ...**
123:19
**white (1)**
30:24
**Why's (1)**
58:23
**win (4)**
11:8,17,25
12:7
**wish (1)**

16:15
**witness (26)**
1:18 4:9,15,16
5:4,5,8 6:3,11
6:15 20:8,10
21:22 96:12
108:12 109:7
109:11 113:5
113:10
114:15 115:2
119:4 123:10
123:13,19
124:23
**witness's (1)**
4:18
**woman (2)**
66:16 104:4
**word (1)**
65:21
**work (4)**
98:17 100:16
106:25 110:9
**worked (4)**
104:25 106:20
106:22,24
**working (1)**
102:15
**worried (5)**
84:9,12,14
90:11,13
**worry (2)**
11:4 40:12
**wouldn't (2)**
16:13,20
**wow (2)**
19:22 47:19
**write (1)**
101:7
**written (1)**
4:21
**wrong (1)**
72:12

_____
**X**
_____

**X (4)**
1:3,12 121:2
121:12

_____
**Y**
_____

**yeah (52)**
7:24,25 12:16
25:12 28:15
31:14 32:8,15
39:18 45:19
48:11 49:7,19
50:22 54:2,2
56:4,25 57:6
59:14 70:7
73:4 78:17
79:23 81:14
83:4,17,20,20
84:20 85:7
86:19 87:18
87:24 88:3,3
91:25 98:12
99:5 101:12
101:12 103:4
104:12,12,25
106:5 107:9
107:20 111:9
113:10,10
114:14
**year (9)**
45:10,12 47:18
59:11 95:20
106:12,14
107:8 111:25
**years (23)**
7:3,4 8:4 24:6
29:10 31:13
31:19 43:15
45:5,18,22,23
45:24 46:2
47:24 48:4
102:25 103:3
106:4 107:3
112:10,11,12
**YESSICA (2)**

1:10 2:11
**yesterday (12)**
33:10 36:20,22
36:25 40:2,4
40:19,20,24
96:7 102:2,4
**York (17)**
1:2,23 2:6,13
2:13 6:5,16
6:16 7:11,12
105:12,13,15
111:18,20
123:4,8

_____
**Z**
_____

**zip (1)**
111:10
**Zoom (3)**
1:21 7:21,22

_____
**0**
_____

**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 ...**
59:4

_____
**1**
_____

**1 (10)**
113:24 114:4
114:13,17,21
114:25
115:16,22
116:7 121:7
**1-4 (2)**
114:22 116:10
**1:00 (1)**
114:6
**1:06 (1)**
119:3
**1:22-CV-444...**
1:6
**10/26/1967 (1)**
58:18
**10010 (1)**
2:13
**10026 (1)**
6:16

December 22, 2022

[Page 141]

**11:09 (1)**
1:15
**111th (1)**
51:7
**11241 (1)**
2:6
**113 (1)**
121:16
**115 (1)**
121:7
**117 (1)**
121:15
**12 (2)**
112:7,12
**12/22/2022 (1)**
124:2
**14 (1)**
47:22
**145 (1)**
51:7
**145th (2)**
6:15 107:16
**149 (1)**
30:17
**16 (2)**
2:5 122:4
**18 (1)**
112:9
**180 (1)**
111:9
**180th (1)**
111:8
**19 (2)**
59:11 104:23
**1990s (2)**
45:17 105:2
**1995 (2)**
19:21 104:23
**1999 (1)**
45:3

_____
**2**

**2 (2)**
30:5 66:7

**2:00 (1)**
50:9
**20 (3)**
21:17 120:19
124:24
**20-somethin...**
7:3
**2000 (2)**
105:2 107:8
**2014 (1)**
47:20
**2020 (18)**
14:7 19:19
20:11,13
21:19,23
22:20 28:3
58:5 59:25
60:2,3,8,14
71:2 78:24
95:20,21
**2022 (2)**
1:14 123:20
**212-663-291...**
38:25
**22 (1)**
1:14
**22nd (1)**
123:20
**24 (5)**
8:17,21,24
21:18,22
**24th (6)**
22:20 24:15
71:5,13,23
72:6
**25 (2)**
7:4 8:4
**2600 (1)**
2:5

_____
**3**

**30 (8)**
7:4 8:4 43:15
45:18,22,23

45:24,25
**33 (5)**
105:16,19,20
105:22 106:4
**333 (1)**
2:13
**34 (1)**
122:4
**3A (1)**
2:13

_____
**4**

**4:25 (1)**
21:23
**41 (1)**
122:6

_____
**5**

**5'5 (2)**
29:23 65:19
**5'6 (2)**
29:23 65:19
**5,000 (2)**
97:24 98:20
**5:00 (1)**
69:9

_____
**6**

**6 (4)**
29:25 30:5
66:7 121:15
**6:00 (1)**
69:9

_____
**7**

**7 (1)**
122:6
**7:00 (1)**
69:10
**718-569-007...**
23:2
**719 (1)**
111:8

_____
**8**

**8 (1)**
6:16
**82 (1)**
121:21

_____
**9**

**9/11 (3)**
107:11,12,13
**917-865-254...**
19:16