

**Dealertrack F&I**
TECHNOLOGY THAT DRIVES YOU.



# Digital Contracting User Guide

A step-by-step guide on how to submit
a Digital Contract on Dealertrack uniFI®



COX AUTOMOTIVE

**SUBPOENA RESPONSES 575**

DTI_000067

## Section 1 | Start Contract

### Select Contract

1. Once Credit Approval is received, select **Contract** from the navigation tabs to view all lender approvals.

2. Once you select a Lender you will be brought to the **Funding Package Page** to start your Digital Contract.

3. Under **Funding Package**, select **Start Contract** or **Import from DMS**.

   - **Start Contract** – This is how you will manually start a Digital Contracting form.

     If you started in **Deal Calculator,** all of the deal information will be automatically transferred to the contract.

   - **Import from DMS** – This will pre-fill most information in your contract from your DMS.

     You must first push the deal from your DMS to Dealertrack, then click the **Import from DMS** button to complete the transfer.





**Spot Contract**

You can also create a contract without lender approval first. Click on **Create** from the drop-down menu, then choose **Spot Contract**.



**Integration**

Digital Contracting integrates with the following DMS partners:

- Dealertrack DMS
- Reynolds & Reynolds
- CDK
- CDK Lease

Dealertrack F&I

**SUBPOENA RESPONSES 576**

DTI_000068

## Section 1 | Start Contract

### Fill out Applicant Information

Enter the Buyer/Co-Buyer information. This information
will be pre-filled if it was entered in the Deal Jacket or
from the DMS Import.



**Did you know?**

**Real-Time Error Display**

The screen will note in red any missing or invalid
data. This will help you correct any data entry
errors before you can proceed to the next screen.

### Fill out Vehicle Information

Review or enter any missing vehicle information
that is required here.

**Trade-In Vehicle?**

**If you have a trade-in vehicle, select the Yes
radio button.**

- Manually enter Trade-In Vehicle information.
- If you're importing from your DMS, the trade-in
  information will be automatically transferred.





Dealertrack F&I

**SUBPOENA RESPONSES 577**

DTI_000069

## Section 1 | Start Contract

### Fill out Finance Page

Depending on the type of deal (Retail, Lease or Balloon), you will be prompted to complete different finance details and validation rules.

- If the deal was previously started in the **Deal Calculator**, all values will be automatically transferred to the Finance page.
- Confirm that the **Total Amount Financed** matches in each field.

*If you're importing from your DMS, all values will be automatically transferred to the Finance page.*



**Did you know?**

If Aftermarket Products are pre-selected in **Menu** or from the **Aftermarket Network**, they will be pre-filled in the Aftermarket Section of the Finance page.



**Values should equal**

**Federal Truth**



**Insurance & Aftermarket Products**

Dealertrack F&I

**SUBPOENA RESPONSES 578**

DTI_000070

## Section 1 | Start Contract

## Submit for Verification

1. Click **Submit for Verification.**

2. You will see notice
   **Waiting for Lender Response** message.

3. The page will automatically refresh once the lender has responded. Once the lender has **Verified** the application, you can proceed to **Digital Showroom** to start the signing process.



Waiting for lender response

Verified

**SUBPOENA RESPONSES 579**

DTI_000071

## Section 2 | Digital Showroom Signing

# Once verified, login to Digital Showroom

Go to **https://showroom.dealertrack.com** and sign into Digital Showroom with your Dealertrack User ID and password.

If you are already logged in to Dealertrack.com you will be taken directly to the screen to enter your PIN number.

**For an optimal Digital Signing experience, we recommend the following:**

Hardware Requirements: 9-inch or larger tablet with an integrated camera
Required Browser: Google Chrome

- Create a PIN the first time you sign in and record it in a safe place. It will be your PIN for all Digital Showroom sign-ins from this point forward.

- You will be prompted to enter a pin code every time you login to Digital Showroom.




**SUBPOENA RESPONSES 580**

DTI_000072

## Section 2 | Digital Showroom Signing

### Setup Electronic Signature

1. Select the deal you will be signing from your list of open contracts from the Customer List.

2. You will be taken to the screen below. Click the **Start** link under **Sign** to begin the signing process.







Dealertrack F&I

**SUBPOENA RESPONSES 581**

DTI_000073

## Section 2 | Digital Showroom Signing

### Setup Electronic Signature

3. You will now be able to sign all documents that require a signature.

4. You will see a check mark next to each document that needs to be signed.

5. Once ready to sign, please click the **Pen** at the bottom of the page.

6. Select **Buyer/Co-Buyer** (if applicable) and **Dealer** names that are required to sign the contract.



If one of the buyers is not available to sign at the moment, they may sign the deal within **5 days** from start of contract.





Dealertrack F&I

**SUBPOENA RESPONSES 582**

DTI_000074

## Section 2 | Digital Showroom Signing

### Setup Electronic Signature

7. The buyer will be prompted to read and agree to the **eSign Disclosures and Consent form**.

8. Click any signature field to create your signature, or click the **Start** button on the bottom right.



The button will dynamically change to the next step, so you can always tap it to advance to the next signature area, document or signer.





Dealertrack F&I

**SUBPOENA RESPONSES 583**

DTI_000075

## Section 2 | Digital Showroom Signing

### Setup Electronic Signature

9. The buyer can add their signatures to the field by signing the tablet with their finger. Once signed, click **Adopt and Sign**. Continue to tap and sign all prompted fields.

- Depending on your deal type, the dealer may be required to sign one or more documents.

- For some contracts, the dealer is required to enter a title using the on-screen keyboard.

**Tap & Sign**

Signatures need to be captured once in a signing session! After the buyer has signed once, all subsequent signatures automatically pre-fill with just a tap.

You have now completed the signing process!





Dealertrack F&I

**SUBPOENA RESPONSES 584**

DTI_000076

## Section 3 | Document Capture

### Capture additional documents

Last step is to capture any additional documents that must be included with the Funding package.

1.  Click on the document that is required by the lender.

**For an optimal experience, we recommend the following:**

Hardware Requirements: 9-inch or larger tablet with an integrated camera
Required Browser: Google Chrome

2.  Choose document to be uploaded by clicking the **+ (plus)** sign.



Additional documents that are **not listed** can be added by clicking on the + (plus) sign on the bottom right. Select the type of document you will be uploading from the drop-down box. If not listed, choose **other**.



Dealertrack F&I

**SUBPOENA RESPONSES 585**

DTI_000077

## Section 3 | Document Capture

### Capture additional documents

3. After you've clicked the **+ (plus)** sign, click the **Camera** button to capture the first page of the document.

4. Click the **+ (plus)** sign and camera for every page that needs to be uploaded.

5. Some of the documents may be printed on two sides; be sure to capture both sides.

6. Once all required documents have been signed and uploaded, you are now ready to submit for **Funding.**



**Did you know?**

You can use the crop, rotate and brightness buttons on the bottom to clean up the document prior to saving it.



Dealertrack F&I

**SUBPOENA RESPONSES 586**

DTI_000078

## Section 4 | Submit for Funding

### Submit Funding Package for Approval

1. Select the documents you want to send to the lender, then click the **Submit for Funding** button.

2. You will be prompted to confirm the documents you want to send to the lender.

3. A confirmation screen will let you know that the documents were submitted.

4. Documents that were successfully sent will be marked **Submitted**.

**You have now completed the process of submitting documents to your lender.**









Dealertrack F&I

**SUBPOENA RESPONSES 587**

DTI_000079

# Section 4 │ Submit for Funding

## Submit Funding Package for Approval

If you prefer, you can complete the submission process from your desktop.

When all of your required documents are signed and uploaded, click on the **Submit for Funding** button from the **Funding Package Page**.





Dealertrack F&I

**SUBPOENA RESPONSES 588**

DTI_000080

## Section 4 | Submit for Funding

### Submit Funding Package for Approval

Once you Submitted for Funding through Digital Showroom or on your desktop, you will get a confirmation that the deal was either **Booked** or **Funded**.



**Note:** If there is more information or documents required by the lender to fund the deal, you will be notified on this screen as well.

## You have now successfully submitted a Digital Contract on Dealertrack uniFI®



COX AUTOMOTIVE

**SUBPOENA RESPONSES 589**

DTI_000081



**SUBPOENA RESPONSES 590**

DTI_000082

# GET THE MOST OUT OF
# Dealertrack uniFI®

Start, Structure, Finance and Transact
the deal all in one online deal jacket.



## Efficiency

Gain more insight into your customers and
business from one system. Use fewer keystrokes
and reenter less data to save time and create a
more efficient workflow.

## Profitability

Work more deals and increase profit with a faster
and more efficient workflow. Increase add-on sales
with a customer-friendly F&I process.

## Customer Experience

With streamlined dealer workflows, you'll significantly
reduce customer wait times, which means more time
for more customers — and bigger profits.

Dealertrack F&I

**SUBPOENA RESPONSES 591**

DTI_000083

Dealertrack uniFI®

# GETTING STARTED



- Accessing Leads
    - Getting to your leads
    - Understanding the details in the lead
- DMS Integration – Pick up deals from your DMS
- Credit Applications
    - Credit Application Layouts
    - Credit Application Settings – Taxes and Fees Setup
    - Credit Bureaus
- Bookout
    - Integrated Bookout Values in the Credit App
    - Vehicle Valuation Process
- Locate Deals
- Deal Status
- Deal Jacket
- Requesting Payoff Quotes
- Compliance
    - Running Compliance – Red Flags/OFAC
    - Compliance Actions
    - Compliance Activity
- Document Storage
- Deal Calculator
- Menu Selling
- Accelerated Title®



Dealertrack F&I

**SUBPOENA RESPONSES 592**

DTI_000084



## GETTING TO
## YOUR LEADS

Click the Leads tab, located on the blue navigation bar.

All leads will appear here, whether from pre-approved providers or your Digital Retailing enabled-website.

**SEARCH & FILTER**

**LEAD TYPE**

4 | Dealertrack uniFI® User Guide

Dealertrack F&I

**SUBPOENA RESPONSES 593**

DTI_000085

# UNDERSTANDING THE
# **DETAILS IN THE LEAD**

Depending on where the lead came from there will be different information available. You can quickly and easily pre-fill a deal jacket from the lead detail screen.

**PRE-FILL DEAL JACKET**

**TRADE-IN INFORMATION**

**PAYMENT INFORMATION**

**F&I PRODUCT INFORMATION**

**BASIC LEAD DETAILS**



Dealertrack F&I

**SUBPOENA RESPONSES 594**

DTI_000086

# A STREAMLINED
# **CREDIT APPLICATION** PROCESS

Click Create in the top navigation bar.
Next, click Credit Application.

Here, you can search for an existing customer
and avoid duplicate entries. Create a new
customer or quickly import a deal.



**CREATE TAB**

**TRANSFER DEAL
DATA FROM DMS**

Dealertrack F&I

**SUBPOENA RESPONSES 595**

DTI_000087

# AN EFFICIENT
# **CREDIT APPLICATION** PROCESS

The multi-page credit application will remain the default view and has 3 different sections:

1. Applicant    2. Vehicle & Finance    3. Select Lenders

You can easily switch to a single page credit application and drive through the process faster.



**LINK TO A 'SINGLE PAGE CREDIT APPLICATION'**

Dealertrack F&I

**SUBPOENA RESPONSES 596**

DTI_000088

# CREDIT APPLICATION SETTINGS
## TAXES & FEES SETUP

To access the Settings page, click the gear icon — located on the top right of the screen.

1. You can now select your vehicle default. If you're predominately a Used store, click 'Used'.

2. In the 'Taxes and Fees' section, choose your state and enter in the tax rate. The tax rate will be multiplied by the cash selling price and the calculation will be done for you.

3. Then enter your applicable fees and click 'Save'.



Dealertrack F&I

SUBPOENA RESPONSES 597

DTI_000089

# THE DEALS PAGE —
## YOUR GATEWAY TO EVERY DEAL



**CUSTOMER
DEAL JACKETS:**

Each customer has a
deal jacket - with all deal
information associated
for that customer.

**LOCATE DECISIONS
ON YOUR DEALS:**

All app status and contract
status details can be found
in one view.

**CUSTOMIZE
YOUR VIEW:**

Filter your deals to
show the most pertinent
information, including:

* Created date
* Status of deals
* Dealership user
* Deal type

**SEARCH YOUR
ENTIRE NETWORK:**

Locate a specific customer
and pick up right where you
left off.

**IMMEDIATE VISIBILITY
INTO CURRENT DEALS:**

Hover over status icons
to view the most recent
updates for your deals.
Click on the status pop-up
to take you directly to the
page you want work on:

* Credit Bureau, Credit
  App, Desking, Menu,
  and Contract Screen

**WALK ME THROUGH:**

Use the **Walk Me Through**
feature when you need
additional guidance.

Dealertrack F&I

**SUBPOENA RESPONSES 598**

DTI_000090

# LOCATING & REVIEWING
## DEAL STATUS

While still on the Deals page, you can easily click on App Status or Contract Status to get a view of where all your deals are in the funding process.



**APP STATUS**



**CONTRACT STATUS**

**SUBPOENA RESPONSES 599**

DTI_000091

# EFFICIENCY INSIDE THE
## DEAL JACKET

After clicking into a customer name, you enter the deal jacket...

Here, in one centralized location, you can see all the latest activity around the customer.

The header section within each deal jacket helps make those everyday credit actions much faster—while also providing a summary of the deal.

**EASILY ACCESS OTHER PARTS OF THE DEAL**

**MAKE CHANGES TO THE APPLICATION**

**COPY AN APPLICATION**

**VIEW VEHICLE & DEAL INFORMATION**



15 | Dealertrack uniFI® User Guide

Dealertrack F&I

# REQUESTING
## PAYOFF QUOTES

Easily request a payoff quote
through Dealertrack.com and
receive an accurate payoff
amount directly from your lenders.

Click the 'Lenders' tab then
click 'Payoff Quotes'.

**LENDERS**



Dealertrack F&I

**SUBPOENA RESPONSES 601**

DTI_000093

# ACCELERATED **TITLE**®

Accelerated Title speeds the payoff and title release process to as fast as 4-6 days, expediting the process from weeks to days!*

## GET YOUR PAYOFF QUOTE



## ACCESS INSIGHTS AND ACCURACY



## 24/7 STATUS TRACKING



You can search for a saved Payoff Quote, or click the **Obtain a Payoff Quote** button to start a new one. Proceed to enter payoff details.

View full title details electronically and gain unparalleled insights for increased confidence in the deal, as well as receive accurate payoff amounts, based upon the date of your choosing. Click the **Payoff** button to proceed to the payment screen and click **Submit** to complete the Accelerated Title transaction.

Even after the transaction is complete you have 24/7 visibility and transparency into payment and title status. Know when to expect title delivery, and quickly identify where all trade-ins stand for turnover directly on the platform… without having to call the Lender.

Subscription required.
*Based on average industry timeframe for vehicle title release and vehicle payoff process of 10+ days, as determined by Dealertrack data.

**SUBPOENA RESPONSES 602**

DTI_000094

Dealertrack F&I

# INNOVATION
## THROUGH INTEGRATION

Dealertrack is a leading provider of digital solutions to the automotive retail industry. Our integrated and intuitive approach to products and services makes your workflows more efficient, transparent, and profitable. From Digital Retailing tools that bridge the gap between the online and in-store experience to the largest lender network in North America, we help enable the transformation of auto retailing through a comprehensive solution set spanning DMS, Fixed Operations, Sales and F&I, and Registration and Titling.

### Dealertrack, Inc.

3400 New Hyde Park Road
North Hills, New York 11040

888.600.8760
www.dealertrack.com

COX AUTOMOTIVE

DTI_000095