## Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2         CIVIL ACTION NO:  1:22-cv-4447-JSR
 3
        FARAH JEAN FRANCOIS,              :
 4              Plaintiff,                :
           vs.                            :
 5                                        :
        VICTORY AUTO GROUP, LLC, d/b/a    :
 6      VICTORY SPARTAN AUTO GROUP,       :
        LLC, d/b/a VICTORY MITSUBISHI,    :
 7      STAVROS ORSARIS, YESSICA          :
        VALLEJO, DAVID PEREZ, DIANE       :
 8      ARGYROPOULOS and PHILIP           :
        ARGYROPOULOS,                     :
 9              Defendants.               :
        - - - - - - - - - - - - - - - -
10
11      Remote Deposition of JAMI SINGER taken in the
12   above-mentioned matter before Michelle Gruendel, a
13   Certified Court Reporter and Notary Public of the
14   State of New Jersey, taken remotely via Zoom on
15   December 13, 2022 commencing at 3:35 p.m.
16
17
18
19
20
21
22            ESQUIRE DEPOSITION SOLUTIONS
                1384 Broadway, 22nd Floor
23              New York, New York 10018
                     212-687-8010
24
25
```

## Page 2

```
 1   A P P E A R A N C E S:  (VIA ZOOM)
 2       LAW OFFICE OF AHMAD KESHAVARZ
         BY:  EMMA CATERINE, ESQ.
 3           16 Court Street, Suite 2600
             Brooklyn, New York 11241
 4           917-945-9848
             E-MAIL: Emma@newyorkconsumerattorney.com
 5           For the Plaintiff, Farah Jean Francois
 6
         NICHOLAS GOODMAN & ASSOCIATES, PLLC
 7       BY:  NICHOLAS GOODMAN, ESQ.
             333 Park Avenue S
 8           New York, New York 10010
             212-227-9003
 9           E-MAIL: NGoodman@NGoodmanlaw.com
             For the Defendants, Victory Auto Group, LLC,
10           d/b/a Victory Spartan Auto Group, LLC, d/b/a
             Victory Mitsubishi
11
     A L S O   P R E S E N T:  (VIA ZOOM)
12
         ROBERT CALVERT, NEW YORK NOTARY
13
         AHMAD KESHAVARZ, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                  I N D E X
 2    WITNESS          EXAMINATION BY         PAGE
      JAMI SINGER      MS. CATERINE           4, 34
 3                     MR. GOODMAN            15, 35
 4
 5
 6                  E X H I B I T S
 7    NUMBER          DESCRIPTION             PAGE
     NO EXHIBITS
 8   MARKED
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1   JAMI SINGER, having been first duly sworn according
 2   to law, testified as follows:
 3   DIRECT EXAMINATION BY MS. CATERINE:
 4      Q.  All right.  Miss Singer, where do you reside?
 5      A.  Brooklyn, New York.
 6      Q.  Okay.  What is your phone number?
 7      A.  347-401-4158.
 8      Q.  And what is your e-mail address?
 9      A.  JamiSinger@gmail.com.
10      Q.  Okay.  What do you know about the Victory
11   Mitsubishi dealership in the Bronx?
12          MR. GOODMAN:  Object to form.
13      Q.  So throughout the deposition Mr. Goodman is
14   going to be -- might be making some objections,
15   like objection to form.  You're still required to
16   answer the question even after he makes those
17   objections.
18      A.  Okay.
19          I didn't know where -- I didn't know of them
20   at all until, until Emanuel LaForest asked me, can
21   I use your Social when you're there, when I'm there
22   to see if I could get the car under you as a -- as
23   you as my co-signer.
24      Q.  Okay.  Have you ever been to the dealership
25   in person?
```



Page 5

1   A. No.
2   Q. Okay. Did you have a car on May 30th, 2020?
3   A. What do you mean?
4   Q. Did you own or lease a car in May, on
5  May 30th of 2020?
6   A. No.
7   Q. Were you interested in buying a car around
8  that time?
9   A. No.
10   Q. Okay. Do you know Farah Jean Francois?
11   A. No.
12   Q. How do you know Emanuel LaForest?
13   A. We used to date.
14   Q. And around when did you date?
15   A. 2016 and we became friends.
16   Q. And when did Mr. LaForest ask you -- around
17  when did Mr. LaForest ask you if he could use your
18  Social Security number?
19   A. In May, 2020.
20   Q. And did he -- how did he ask you that? Was
21  it over a phone call? Was it through text message?
22   A. Text message.
23   Q. Text message.
24      Do you still have those text messages?
25   A. No.

Page 6

1   Q. Okay. And prior to him asking you for your
2  Social Security number had he talked to you about
3  getting a car?
4   A. He did, and he said he was trying to get it
5  under his name and nobody -- and not anybody else.
6  I said --
7      (Technical interruption. The court reporter
8      seeks clarification.)
9   A. What was I saying? He was trying to get the
10  car under his name and not put it under anybody
11  else's Social and he just asked if he could use
12  mine and just do a co-signer on the, on the car.
13   Q. Was that the first time he had ever asked you
14  to co-sign on something or had he asked you to do
15  that ever before?
16   A. He asked me before, but I went with him to go
17  get the car.
18   Q. I see. And what dealership was that, if you
19  remember?
20   A. Major World.
21   Q. Major World in Queens?
22   A. Yes.
23   Q. And around when did you go to Major World
24  with him?
25   A. I would say, like, March, 2019.

Page 7

1   Q. Okay. When he texted you asking for your
2  Social Security number, do you know if he was
3  already at the dealership or was this before he
4  went to the dealership?
5   A. He, he was actually sitting down with the
6  guy, the -- to do the financing.
7   Q. Okay. And did he tell you that over text
8  message or did he tell you that later?
9   A. Text messages.
10   Q. Okay. Did he ask you for your driver's
11  license in addition to your Social Security number?
12   A. Yes.
13   Q. Okay. And after you provided the driver's
14  license and Social Security number to him did he
15  tell you if he was able to get the car?
16   A. He told me --
17      MR. GOODMAN: Objection to form.
18   A. He told me that I wasn't able to do it with
19  him and that was the last thing I heard.
20   Q. Okay. Were you employed on May 30th, 2020?
21   A. Yes.
22   Q. And what were you doing at that time for
23  work?
24   A. I worked for Northwell Health.
25   Q. And what did you do for Northwell Health?

Page 8

1   A. I'm in the billing -- the revenue cycle, so I
2  verify insurances and authorizations for patients.
3   Q. And around this time on May 30th, 2020 did
4  you ever work on Saturdays?
5   A. No.
6   Q. Okay. And I think I may have asked this
7  before, but have you ever been inside the Victory
8  Mitsubishi dealership, even if you were just there
9  with a friend, for example, who was buying a
10  vehicle and you weren't buying a vehicle?
11   A. No, have not.
12   Q. Okay. Do you know a woman named Yessica
13  Vallejo?
14   A. No.
15   Q. In the year 2020 did you attempt to purchase
16  any cars for yourself or co-signing for another
17  person besides what we talked about with Emanuel
18  LaForest?
19   A. No.
20   Q. What were you doing on the morning of
21  May 30th, 2020?
22   A. I was with my family.
23   Q. And is your family in Brooklyn?
24   A. Yes, and Long Island.
25   Q. Okay. Do you remember if you were in



Page 9

1  Brooklyn or Long Island on May 30th?
2     A. No, I don't.
3     Q. That's fine. It is a long time ago, I
4  understand.
5        Generally on Saturdays during this time
6  period, May 30th, 2020, you know, this is right
7  after the pandemic started, what were you doing on
8  Saturdays at that time, generally speaking?
9     A. We just started getting my family together
10 and we were just hanging out inside the house,
11 probably. I'm not too sure, but I do have pictures
12 of my family, me with them, so that's how I know.
13    Q. I see. So you have pictures dated from
14 May 30th, around that time?
15    A. Yes.
16    Q. Okay. And do you remember what you were
17 doing specifically that day? Was it just hanging
18 out?
19    A. I was with my nieces and my nephews, so when
20 I'm with my nieces and my nephews I'm only with
21 them. Like, I don't leave. I don't run out of the
22 house to leave them in the house. I just hang out
23 with them, cause I'm the cool aunt, the fun aunt.
24    Q. How many nieces and nephews do you have?
25    A. Quite a few.

Page 10

1     Q. So were you with them the whole day on
2  May 30th?
3     A. Yes.
4     Q. Did you have dinner with them?
5     A. Yes.
6     Q. Do you remember what you had for dinner?
7     A. No.
8        MR. GOODMAN: Objection. Come on.
9     Q. And on the night of May 30th, 2020 were you
10 at your own home? Were you at a family member's
11 home? Do you remember?
12    A. Either my home or a family member's home. I
13 don't remember.
14    Q. Okay. When did you learn that Mr. LaForest
15 had purchased a vehicle from Victory Mitsubishi?
16    A. I had no idea.
17    Q. In the year 2020 did you ever see Mr.
18 LaForest driving a vehicle?
19    A. No.
20    Q. Did you see Mr. LaForest at all in person in
21 the year 2020?
22    A. No.
23    Q. Did you know that Mr. LaForest was arrested
24 in connection to the purchase of this vehicle?
25    A. I didn't until a few days later.

Page 11

1     Q. A few days after he was arrested?
2     A. I didn't until a few days after.
3     Q. And was he the one who told you about it?
4     A. He just told me there was an issue with the
5  car that he just got and that's all he said.
6     Q. Okay. And when did you find out about this
7  lawsuit?
8     A. The day your office called me.
9     Q. I see.
10       MR. GOODMAN: For the record, can the
11 record reflect Mr. Keshavarz just waved, made some
12 kind of waving gesture like that with the -- and
13 smiled. I'm not sure what the meaning is, but I'd
14 just like that --
15       MR. KESHAVARZ: Do you remember who you
16 spoke with?
17       THE WITNESS: You.
18       MR. GOODMAN: Let's have one attorney
19 ask the questions.
20       MR. KESHAVARZ: All right.
21       MR. GOODMAN: Now he's laughing
22 uproariously.
23       MR. KESHAVARZ: Mystery solved. Thanks.
24    Q. So the day that Mr. LaForest texted you
25 saying -- asking if he could use your Social

Page 12

1  Security number and driver's license to purchase a
2  vehicle, you said that was in May of 2020, correct?
3     A. Yes.
4     Q. And did you respond to him on the same day
5  with your Social Security number and a picture of
6  your driver's license?
7     A. Yes.
8     Q. Okay. Did Mr. LaForest ever mention trying
9  to purchase a vehicle with your Social Security
10 number and driver's license in September of 2020?
11    A. No.
12    Q. All right. I am going to attempt to share
13 the screen now. Everyone wish me luck because I am
14 very technologically inept.
15       Miss Singer, can you see what's on the screen
16 right now?
17    A. Yes.
18    Q. Okay. My first question is, do you recognize
19 this phone number, starting with 347?
20    A. Maybe it was one of the text free apps I
21 used. Maybe I did. I don't remember.
22    Q. Okay. If you don't, if you don't know,
23 that's fine. Just -- we don't want you to guess at
24 anything. Just say what you know.
25    A. All right.



Page 13

1  Q. And I can zoom in more if you would like me
2  to, but is this a picture of your driver's license
3  on the screen?
4  A. Yes.
5  Q. Okay. And this number right here ending with
6  2305, is that your Social Security number?
7  A. Correct.
8       MS. CATERINE: Okay. I would just like
9  to reflect for the record that I was showing the
10 witness Exhibit 25, Bates stamped Defendants 70
11 through 72.
12 Q. Let's see if I could figure out how to do
13 this.
14       Okay. Miss Singer, has Victory Mitsubishi
15 ever contacted you by phone for any reason?
16 A. No.
17 Q. Has Victory Mitsubishi ever contacted you by
18 e-mail for any reason?
19 A. No.
20 Q. Have you ever received any letters from
21 Victory Mitsubishi?
22 A. No.
23 Q. And you said that you went to Major World
24 in -- with Mr. LaForest in March of 2019?
25 A. Yes.

Page 14

1  Q. Did you go to any other car dealerships with
2  Mr. LaForest?
3  A. No.
4  Q. And do you remember what day it was in May of
5  2020 that you texted with Mr. LaForest?
6  A. I'm not too sure what day.
7  Q. Do you remember what day of the week it was?
8  A. No.
9  Q. Do you remember if it was towards the end of
10 the month or towards the beginning of the month?
11 A. I'm not too sure.
12 Q. Okay. And you said you were with your
13 nephews and nieces on May 30th, 2020, correct?
14 A. Yes.
15 Q. Were you babysitting them or were you with
16 more family members? What was it? I'm sorry.
17 A. I was with more family members.
18 Q. I see. Do you still have those pictures from
19 May 30th of 2020?
20 A. Yes.
21 Q. Okay. Could you provide those pictures to
22 us?
23 A. Sure, but I'm not in them. It's just
24 pictures of my nieces and nephews that I took.
25 Q. I see. Taken with your phone?

Page 15

1  A. Yes.
2  Q. I see.
3       MS. CATERINE: Okay. I don't have any
4  more questions for this witness. Mr. Goodman, do
5  you have any questions now?
6       MR. GOODMAN: Yeah, I do.
7  CROSS EXAMINATION BY MR. GOODMAN:
8  Q. Good afternoon, Miss Singer. Again, my name
9  is Nicholas Goodman and I do represent the
10 defendants in the case that Farah Jean Francois
11 brought against them, the reason you're here today.
12      You said at the beginning of your testimony
13 you reside in Brooklyn, New York. Could you give
14 us your street address, please?
15 A. REDACTED
16 Q. Okay. How long have you lived at that
17 address?
18 A. 31 years.
19 Q. Okay. And what is your date of birth?
20 A. REDACTED
21 Q. Okay. Thank you.
22      You gave a phone number, that was
23 347-301-4158. Did I get that correct?
24 A. No. It's 347-401-4158.
25 Q. Okay. Glad I asked.

Page 16

1       Is that the same number that you used --
2  strike that.
3       Is that a cell phone number, I assume?
4  A. Yes.
5  Q. Is that the same number you were using in May
6  of 2020?
7  A. Yes.
8  Q. And who is your cell phone provider? Who is
9  it today?
10 A. Verizon.
11 Q. And who was it in May of 2020? I'm sorry.
12 A. Verizon.
13 Q. Yeah. You break up sometimes. Sorry about
14 that.
15      Do you have the same actual phone, the same
16 piece of hardware today that you had in May of
17 2020?
18 A. No.
19 Q. Okay. What happened to that phone that you
20 did have in May of 2020?
21 A. I got a new phone.
22 Q. All right. Now, you testified about some
23 pictures that you have of your nieces from May 30th
24 of 2020. Are they -- and you said they're on your
25 phone. They're on your current phone; is that



Page 17

```
 1   correct?
 2      A.  Yes.
 3          MS. CATERINE:  Objection to form.
 4      Q.  Okay.  So they transferred over from your old
 5   phone to the -- they were taken -- strike that.
 6          Those pictures were taken on your cell phone,
 7   correct?
 8      A.  Yes, and it was saved to my Google drive, my
 9   Google photos, and that's why I still have it.
10      Q.  Okay.  So when Miss Caterine asked you
11   questions about May 30th of 2020, you already knew
12   that you had pictures from that exact date,
13   correct?
14      A.  Yes.
15      Q.  So you must have looked for them before
16   today, correct?
17      A.  Yes.
18      Q.  And is that something that Miss Caterine or
19   Mr. Keshavarz asked you to do?
20      A.  No.
21      Q.  How did you come about looking for those
22   photographs before today's deposition?
23      A.  I was looking for photos of my cousin who
24   recently passed away in March of 2020.
25      Q.  Okay.  And how did you come to find those
```

Page 18

```
 1   exact photos on that exact day, May 30th of 2020?
 2      A.  Because I was looking at the videos for my
 3   nieces and nephews that they made.
 4      Q.  Okay.  So before -- you also testified that
 5   you don't know the day that Mr. LaForest texted you
 6   about your Social Security number and your driver's
 7   license, right?
 8      A.  Correct.
 9      Q.  So you don't know if that was May 30th or
10   not, correct?
11          MS. CATERINE:  Objection to form.
12      Q.  I'm sorry.  What was the answer?
13      A.  Correct.
14      Q.  And you don't know if that was a Saturday or
15   any other day of the week, correct?
16          MS. CATERINE:  Objection to form.
17      Q.  What was the answer?
18      A.  Correct.
19      Q.  But somehow at this deposition you knew
20   exactly what you were doing on May 30th of 2020,
21   right?
22          MS. CATERINE:  Objection to form.
23      Q.  You can answer.
24      A.  When my cousin passed away I spent time with
25   my nieces and my nephews and my family --
```

Page 19

```
 1      Q.  Okay.
 2      A.  -- almost every single weekend.
 3      Q.  Okay.  But somehow you were fixated on the
 4   May 30th in this deposition, right?
 5      A.  I guess, but no.
 6      Q.  That's not something that Mr. Keshavarz ever
 7   suggested to you, right?
 8      A.  No.
 9      Q.  Is that what you're saying?
10      A.  Yes.
11      Q.  When is the first time you spoke to Mr.
12   Keshavarz?
13      A.  The week he called me to see if I could do
14   this, do this deposition.
15      Q.  When was that?
16      A.  Two weeks ago, I believe.
17      Q.  Okay.
18      A.  I'm not -- I don't really remember.
19      Q.  And tell me about that conversation.  What
20   did he say to you?  What did you say to him?
21      A.  He was just asking me if I ever went down to
22   the dealership, if I gave Emanuel LaForest the okay
23   to use my Social and, my Social Security number and
24   my driver's license and I said yes and then he --
25   and then that was it.
```

Page 20

```
 1      Q.  Okay.  That's the whole conversation you had
 2   with him?
 3      A.  And how do I know Emanuel LaForest.  That was
 4   it.
 5      Q.  Okay.  Did he ever suggest the date of
 6   May 30th, 2020?
 7      A.  No.
 8      Q.  He never said that day?
 9      A.  No.
10      Q.  Okay.
11      A.  I only know that because of the Credit Karma
12   thing that was on my -- when I looked at my Credit
13   Karma, that's when I saw the credit run.
14      Q.  Okay.  When you say he asked you about
15   whether you had given your Social Security number
16   and driver's license to Emanuel LaForest, you said
17   you had, correct?
18      A.  Yes.
19      Q.  And you were okay with that, you gave Emanuel
20   LaForest your permission to use your Social
21   Security number and driver's license, correct?
22          MS. CATERINE:  Objection --
23      A.  Correct.
24          MS. CATERINE:  -- to form.
25      Q.  Again, for some reason when you speak Emma
```



Page 21

1  steps over the witness. Was the answer yes?
2     A. Yes.
3     Q. Okay. So you were willing to co-sign the
4  loan with Mr. LaForest in May of 2020 for the
5  purchase of the vehicle, correct?
6     A. Correct.
7     Q. And you, in fact, had previously done that at
8  Major World in 2019, I believe you said?
9     A. Yes. I went with him.
10    Q. Right. And you -- were you a co-signer on
11 the vehicle loan, on the financing for the vehicle
12 that was the purchased at Major World?
13       MS. CATERINE: Objection to form.
14    Q. Okay. That's what's happening. I don't know
15 what the problem is, but go ahead.
16    A. Yes.
17    Q. Are you still obligated for payments on that
18 loan?
19    A. No.
20    Q. What happened to that loan?
21    A. From what he told me was that they -- he
22 traded in that car.
23    Q. Okay. When did he tell you that?
24    A. In the Summertime of 2019.
25    Q. Okay. And what bank or financial institution

Page 22

1  financed that purchase of that vehicle?
2     A. I believe Credit -- Capital One.
3     Q. Okay. Did you ever receive any
4  correspondence or documentation from Capital One
5  about that loan?
6     A. I don't remember.
7     Q. Okay. Did you ever get anything from Capital
8  One that said the loan was terminated or rescinded
9  or paid off?
10    A. I don't remember.
11    Q. Okay. And you mentioned that -- strike that.
12       Other than the conversation you told us about
13 with Mr. Keshavarz did you have any other
14 conversations with him?
15    A. No.
16    Q. When is the first time you spoke to Miss
17 Caterine?
18    A. Today.
19    Q. Okay. Did you speak to anyone else from
20 their office, Law Office of Ahmad Keshavarz?
21    A. No.
22    Q. All right. Could you tell us now, what is
23 your present relationship with Emanuel LaForest?
24    A. Just friends.
25    Q. Best friends, okay.

Page 23

1     A. Just friends. Just friends.
2     Q. Just friends or best friends?
3     A. Just, J-U-S-T.
4     Q. Just friends, okay.
5        Where does he live now?
6     A. I don't know.
7     Q. Okay. What's his phone number today?
8     A. I would have to look in my phone for that.
9     Q. Yeah. Could you do that, please?
10    A. It is 718-213-0288.
11       MS. CATERINE: Could we just have the
12 record reflect that she was reading that from her
13 phone, please?
14    Q. Okay. When is the last time you saw Mr.
15 LaForest in person?
16    A. 2021.
17    Q. What month in 21?
18    A. I don't remember.
19    Q. Okay. When is the last time you spoke with
20 Mr. LaForest?
21    A. I would say I just spoke to him yesterday and
22 then before that a few times here and there.
23    Q. What did you speak to him about yesterday?
24    A. How's his job going and just to check-up on
25 him.

Page 24

1     Q. Okay. Is it your testimony you haven't
2  spoken to him about this case?
3     A. No.
4     Q. He never brought that up, right?
5     A. No.
6     Q. Okay. Are you aware of Mr. LaForest's
7  criminal convictions?
8        MS. CATERINE: Objection to form.
9     A. No.
10    Q. You know he's been convicted of crimes,
11 correct?
12       MS. CATERINE: Objection to form.
13    A. When we first started dating he was in jail
14 but that was about it. That's all I know.
15    Q. When did he get out of jail?
16    A. April, 2017.
17    Q. How did it come about that you began dating
18 him while he was in jail?
19       MS. CATERINE: Objection to form.
20    A. He wasn't in jail when we started dating. He
21 was out of jail when we started dating and then he
22 ended up going to jail.
23    Q. Okay. How long was he in jail?
24    A. From December to April.
25    Q. Okay. Do you know why he was in jail?



Page 25

1   A.  No.
2   Q.  Okay.  So you said -- you used the term
3  dating at various points.  Did there come a point
4  when you stopped dating Mr. LaForest and became
5  just friends?
6   A.  Yes.  In December, 2018.
7   Q.  Okay.  So when you co-signed the loan with
8  him at Major World you were just friends, correct?
9   A.  Yes.
10   Q.  I didn't hear an answer.
11   A.  Yes.
12   Q.  Okay.  Now, did you ever -- when you were
13  dating did you ever live together with Mr.
14  LaForest?
15   A.  No.
16   Q.  Did you ever visit him at his address on
17  Farragut Road in Brooklyn?
18   A.  Yes.
19   Q.  How many times did you visit there?
20   A.  While we were dating?
21   Q.  Yes.
22   A.  All the time.
23   Q.  Okay.  Did you sleep over there?  Spend the
24  night there?
25   A.  Like twice.

Page 26

1   Q.  Okay.  And when you say all the time, was
2  that once a week?  Twice a week?  You tell me.
3   A.  We were together almost all the time.
4   Q.  Okay.  Including at that address, correct?
5   A.  Yes.
6   Q.  All right.  Who else lived there, at that
7  address?
8   A.  His parents, brother, aunt, cousin,
9  grandparents.
10   Q.  Okay.  Was his brother Stanley LaForest?
11   A.  Yes.
12   Q.  Okay.  Do you know him?
13   A.  Yes.
14   Q.  When is the last time you spoke to him?
15   A.  A while ago.
16   Q.  Okay.  And do you know Mr. LaForest's wife?
17   A.  No.
18   Q.  Okay.  Was his wife there, at that Farragut
19  Road address when you were there with Mr. LaForest,
20  Emanuel LaForest?
21   A.  No.
22   Q.  Okay.  Now -- strike that.
23       Is it your testimony that Mr. LaForest never
24  told you that he actually purchased a vehicle on
25  May 30th of 2020, or in May --

Page 27

1       MS. CATERINE:  Objection to form.
2   Q.  -- of 2020?
3   A.  Correct.  I was never told.
4   Q.  Okay.  Did he ever -- did you ever get a ride
5  in his BMW vehicle?
6   A.  No.  No.
7   Q.  Okay.  And then he later told you, you said,
8  correct me if I'm wrong, that there had been a
9  problem with the vehicle and he had been arrested,
10  correct?
11       MS. CATERINE:  Objection to form.
12   A.  No.  He didn't tell me anything to it.
13   Q.  I didn't get the answer.
14   A.  He told me he was arrested but he didn't tell
15  me anything regarding to why he was arrested.
16   Q.  I thought you said it was about the vehicle,
17  there was a problem with the purchase of the
18  vehicle?
19   A.  No.
20   Q.  Okay.  When you said he told you he was --
21  had been arrested, when was that?
22   A.  I don't even remember.  I don't remember.
23   Q.  Okay.  Did he tell you that in person?
24   A.  No.
25   Q.  How did he tell you that?

Page 28

1   A.  He called me.
2   Q.  He called you on the phone?
3   A.  Yeah.
4   Q.  Okay.  And what did you do in response to
5  being told that he had been arrested?
6   A.  I said okay, are you okay, and then that was
7  it.
8   Q.  Okay.  Did he ask you for any money for bail,
9  anything like that?
10   A.  No.
11   Q.  Okay.  Now, you also, you mentioned that he,
12  Emanuel LaForest had asked you for your driver's
13  license.  Did he ask for your -- for you to send
14  him, text him a photograph of your driver's license
15  or just a driver's license number or what?
16   A.  He asked me to send him the photo of my
17  driver's license.
18   Q.  Okay.  And he also asked for your Social
19  Security number?
20   A.  Correct.
21   Q.  Didn't he already have that from before, at
22  Major World?
23   A.  No.
24   Q.  Okay.  Had you ever entered into any other
25  loan or financial arrangement with Mr. LaForest?



Page 29

1   A.  No.
2   Q.  Okay.  And you said that when he texted you
3   from -- on May 30th he was, what you said was
4   "sitting with the guy".  How do you know it was a
5   guy?
6   A.  I was just saying that he was just sitting
7   with the -- because I forgot the word, how to do
8   it -- the sales rep.
9   Q.  Okay.  So you don't know if the sales rep was
10  a man or a woman?
11  A.  Correct.
12      MS. CATERINE:  Objection to form.
13  Q.  You don't know the name of the sales rep?
14  A.  No.
15  Q.  What did Mr. LaForest text you -- you didn't
16  have an actual conversation with him that day, did
17  you?
18  A.  No.
19  Q.  Or did you?
20      Okay.  Did he text you any, anything else
21  other than the question or the request that you
22  send him your Social Security number and a photo of
23  your driver's license?
24  A.  No.
25  Q.  Okay.  That was it?  Your testimony is you

Page 30

1   don't know what happened after that?
2   A.  No, I don't.
3   Q.  Okay.  What's your understanding of why
4   you're here today?
5   A.  They explained to me that something with the
6   dealership, how somebody was -- how Francis,
7   whatever her name is, is -- Farah, that somebody --
8   wow, I can't even talk right now.  That the car was
9   purchased under her and she wasn't there and they
10  just wanted to know if I was there and my Social
11  and driver's license was also used.
12  Q.  Okay.  So all that was explained to you by
13  Mr. Keshavarz?
14  A.  Yes.
15  Q.  So you did have more of a conversation with
16  him than you told us before --
17      MS. CATERINE:  Objection to form.
18  Q.  -- correct?
19  A.  He just explained to me why and that I
20  needed -- that the testimony.  That was it.
21  Q.  Okay.  Have you ever been arrested yourself?
22  A.  No.
23      MS. CATERINE:  Objection to form.
24  Q.  Did you graduate from high school?
25  A.  Yes.

Page 31

1   Q.  Where was that?
2   A.  Abraham Lincoln High School.
3   Q.  Okay.  Have you had any education after high
4   school?
5   A.  Yes.  I'm in college now.
6   Q.  Which college?
7   A.  I'm doing on-line school, Ashworth.
8   Q.  What's it called?
9   A.  It's called Ashworth.
10  Q.  Ashworth, okay.
11      Other than that, do you have any
12  certifications, nursing or health care or anything
13  in that regard?
14  A.  No.  I just been working.
15  Q.  Okay.  Who's your employer?
16  A.  Northwell.
17  Q.  And how long have you been with Northwell?
18  A.  Since January of 2019.
19  Q.  Okay.  And when did you graduate Abraham
20  Lincoln High School?
21  A.  2009.
22  Q.  What did you do between 2009 and January,
23  2019?
24  A.  I was in and out of Kingsborough.  I would go
25  and then I would stop.  I would work.  I always

Page 32

1   worked.  I either worked two jobs or one job.
2   Q.  Okay.  What kind of work?
3   A.  I did -- I was working at Party City, Lowe's,
4   then I worked at an after-school program and then I
5   started working in the health care.  I started
6   doing phys -- I became a physical therapy aide and
7   then went into, then went into dermatology and then
8   went to pain management and now I'm at North,
9   Northwell Health.
10  Q.  Right.  Have you ever been married?
11  A.  Nope.
12  Q.  Do you have any children?
13  A.  No.
14  Q.  The last time you saw Emanuel LaForest, where
15  was that?
16  A.  In Flatbush.
17  Q.  Was it that Farragut Road address, that 2940
18  Farragut --
19  A.  No.
20  Q.  -- Road?
21      No, okay.
22      And he told you he had been arrested.  Did he
23  ever tell you what happened to his case?
24  A.  He never told me nothing about the case.
25  Q.  Okay.  So did he ever tell that you Farah



Page 33

1  Francois had approved his purchase of a vehicle
2  after the fact, after he had purchased it?
3       MS. CATERINE:  Objection --
4   A.  No.
5       MS. CATERINE:  -- to form.
6   Q.  Okay.  Give me one second here.
7   A.  Just a quick question.  Do you know how much
8  longer is this gonna be?
9   Q.  I'm not gonna be more than a minute here.
10  A.  Oh, okay.
11  Q.  I can't speak for Miss Caterine.
12      MS. CATERINE:  I probably just have one
13 more question for you once Mr. Goodman is done and
14 then you'll be free to go.
15      THE WITNESS:  Okay.  No problem.
16  Q.  Okay.  Miss Singer, do you own a motor
17 vehicle today?
18  A.  No.
19  Q.  Okay.  And you did not on May -- in May of
20 2020, either?
21  A.  Correct.
22  Q.  Okay.  You have a driver's license, I think
23 we saw a picture of it, correct?
24  A.  Correct.
25  Q.  Okay.  Do you ever use that driver's license

Page 34

1  for purposes of driving a motor vehicle?
2   A.  Yes.  I'm under my dad's policy.
3   Q.  Okay.  So you have access to your dad's car?
4   A.  Yes.
5   Q.  Where does your dad live?
6   A.  With me.
7   Q.  So you have -- who do you live with there?
8   A.  My mom and dad.
9   Q.  Okay.  And was that the same in May of 2020,
10 that you had access to your dad's car?
11  A.  Yes.
12  Q.  What kind of vehicle is that?
13  A.  A Jeep Compass.
14  Q.  Did you ever give Mr. LaForest a ride in your
15 Jeep Compass, your dad's Jeep Compass?
16  A.  Yes.
17  Q.  When was that?
18  A.  Years ago.
19  Q.  Okay.
20  A.  Probably 2019.
21  Q.  I have no more questions.
22 REDIRECT EXAMINATION BY MS. CATERINE:
23  Q.  Okay.  Miss Singer, just following up, you
24 mentioned something about Credit Karma to Mr.
25 Goodman when he was asking you questions.  Could

Page 35

1  you explain that?
2       MR. GOODMAN:  Objection to form.
3   A.  When -- I forget.  I don't know how to say
4  his name.  When Mr. --
5   Q.  Keshavarz.
6   A.  Keshavarz, when he called me he asked me --
7  when he was asking me the question, I said I just
8  have the Credit Karma report and that's when I know
9  what date my credit was ran from Victory.
10  Q.  Okay.  And was that date May 30th, 2020?
11  A.  Yes.
12  Q.  And so based on your credit being run on
13 May 30th, 2020 do you think your text messages with
14 Emanuel LaForest were on or around May 30th, 2020?
15      MR. GOODMAN:  Object to form.
16  A.  I think, yes.
17  Q.  Okay.  No more questions.  Thank you, so
18 much, Miss Singer.
19  A.  Thank you.
20 RECROSS EXAMINATION BY MR. GOODMAN:
21  Q.  Miss Singer, I have one more question.
22  A.  Okay.
23  Q.  When did you pull the Credit Karma report?
24  A.  The day I got the phone call.
25  Q.  Right.  So that's something Mr. Keshavarz put

Page 36

1  you up to, correct?
2       MS. CATERINE:  Objection to form.
3       MR. KESHAVARZ:  Objection.  Form.
4       MR. GOODMAN:  Yeah.  You're not
5  participating, Ahmad.  Please be quiet.
6   Q.  Did you -- is that correct?  That's something
7  he asked you to do?
8       MS. CATERINE:  Objection to form.
9   A.  Not -- no.
10  Q.  What do you mean not, no?
11  A.  He didn't.  I asked -- he asked if it was ran
12 and I said I don't know and then I looked myself.
13  Q.  Okay.  That's fine.
14    Thank you.  No more questions.
15      MS. CATERINE:  All right.  Thank you,
16 Miss Singer.  Have a good day.
17      MR. KESHAVARZ:  Thank you for your time.
18      (At 4:23 p.m. proceedings were
19      concluded.)



Page 37
```
 1                    CERTIFICATE
 2
 3          I, MICHELLE GRUENDEL, a Certified Court
 4   Reporter and Notary Public of the State of New
 5   Jersey, do hereby certify that the foregoing is a
 6   true and accurate transcript of the testimony as
 7   taken stenographically and digitally at the time,
 8   place and on the date hereinbefore set forth, to
 9   the best of my ability.
10          I DO FURTHER CERTIFY that I am neither a
11   relative nor employee nor attorney nor counsel of
12   any of the parties to this action, and that I am
13   neither a relative nor employee of such attorney or
14   counsel, and that I am not financially interested
15   in the action.
16
17
18
19
            MICHELLE GRUENDEL, C.C.R.
20          C.C.R. License No. 30X100190500
            Notary Public of the
21          State of New Jersey
22
23
24
25
```

Page 38
```
 1                    J U R A T
 2
 3          I have read my testimony in the
 4   foregoing transcript and believe it to
 5   be true and correct to the best of my
 6   knowledge and belief.
 7
 8   _____   _____
 9    Witness                          DATE
10
11
12   SUBSCRIBED and SWORN to before me this_____
13   day of _____, 2022, in the
14   jurisdiction aforesaid.
15   _____   _____
16    My Commission Expires       Notary Public
17
18
19
20
21
22
23
24
25
```

Page 39
```
 1                    E R R A T A
 2
 3      I wish to make the following changes, for
 4   the following reasons:
 5
 6   PAGE LINE
 7   ____ ____     CHANGE:_____
 8                 REASON:_____
 9   ____ ____     CHANGE:_____
10                 REASON:_____
11   ____ ____     CHANGE:_____
12                 REASON:_____
13   ____ ____     CHANGE:_____
14                 REASON:_____
15   ____ ____     CHANGE:_____
16                 REASON:_____
17   ____ ____     CHANGE:_____
18                 REASON:_____
19   ____ ____     CHANGE:_____
20                 REASON:_____
21
22   _____        _____
23   WITNESS' SIGNATURE                    DATE
24
25
```

