July 26, 2021



Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-227-3863

# YOUR FRAUD CLAIM RESOLUTION

FARAH JEAN FRANCOIS
145 W 111 ST APT 8
NEW YORK NY 10026

7892

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

I am writing to you about an identity theft investigation where you are named as a victim. We have confirmed that this claim is valid. Capital One Auto Finance is requesting that the trade line be deleted from your Equifax, Trans Union, Experian, and Innovis credit bureau reports. Please retain this letter as confirmation that you are not liable for the above referenced account.

If you have any questions please contact our Risk Management Department at **1-800-227-3863**, **option 7, extension 275-9133**, Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

ED W
Fraud Specialist
Risk Management Department
Capital One Auto Finance

---

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LID1_10015

Page 1 of 1

CLI0060A  6056  2992  204    24 210724  PAGE 00001  OF 00001  COAFMAN00007892

## SUBPOENA RESPONSES 135

December 14, 2020

# Capital One®

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-227-3863

# YOUR FRAUD CLAIM RESOLUTION

FARAH JEAN FRANCOIS
2914 FARRAGUT RD APT 3
BROOKLYN NY 11210-1536

7526

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

I am writing to you about an identity theft investigation where you are named as a victim. We have confirmed that this claim is valid. Capital One Auto Finance is requesting that the trade line be deleted from your Equifax, Trans Union, Experian, and Innovis credit bureau reports. Please retain this letter as confirmation that you are not liable for the above referenced account.

If you have any questions please contact our Risk Management Department at **1-800-227-3863**, **option 7, extension 275-9133**, Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

ED W
Fraud Specialist
Risk Management Department
Capital One Auto Finance

---

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LID1_10015

Page 1 of 1

CLB0809A 6056 2092 204 24 201212 PAGE 00001 OF 00001 COAFMAN00007526

## SUBPOENA RESPONSES 136

CONFIDENTIAL

COAF_Francois_00000002

November 12, 2020



Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-227-3863

# YOUR FRAUD CLAIM IS CLOSED

|ᵈ|ⁱ|ₐ|ₐ|ⁿ|ⁱ|ᵘⁱⁱⁱⁱⁱ|ᵈ|ⁱₐₐₐⁿₐ|ⁱₐ|ⁱⁱ|ⁱ|ⁱⁱⁱ|ₐⁱⁱ|ⁱ|ⁱₐⁱₐ|ₐ|ⁱⁱ|ⁱ|ⁱⁱⁱⁱ|

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

7780

| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

We have investigated your fraud/identity theft claim and have determined that the claim is not valid based on the information provided to us for our review.

However, if you still believe you are the victim of fraud/identity theft, you may resubmit your claim. If you choose to resubmit your claim, please be sure to include the following documentation:

- A copy of your valid Driver's License or Government-issued Identification
- Completed and Notarized Affidavit of Fictitious Account (see enclosed)
- Completed Fraud Questionnaire (see enclosed)
- A copy of the Police Report filed that lists either Capital One Auto Finance's ("COAF") account number or the Vehicle Identification Number (VIN)
- A copy of your Social Security card

Please return the requested documentation to the following address, or you can fax it to us at **1-888-287-1162, ATTN: Risk Management**.

ATTN: COAF Risk Management
Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

We understand that this can be a difficult and stressful time, but we're here to help. We recommend that you place a fraud alert on your credit bureau reports if you have not already done so. If you have questions, or need additional information, please do not hesitate to contact us at **1-800-227-3863, option 7, extension 275-9133**, Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

ED W
Fraud Specialist
Risk Management Department
Capital One Auto Finance

---

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

CLI0803A  6056  2030  204    97  201111  PAGE 00001  OF 00004  COAFMAN00007780

## SUBPOENA RESPONSES 137

CONFIDENTIAL

COAF_Francois_00000003

November 12, 2020



# FRAUD QUESTIONNAIRE

Name:

Address:

Home Phone: _____     Email Address:

Previous Address:

Signature SAMPLE 1:

Signature SAMPLE 2:

Signature SAMPLE 3:

Social Security Number: _____    Date of Birth: _____    Drivers License #:

State of Issue: _____  Has your Drivers License been stolen? ☐ Yes ☐ No  If Yes, Date:

**TELL US ABOUT YOUR SITUATION:**

**1. Types of Identity Theft you have experienced (check all that apply):**

☐ Loans                              ☐ Checking or Savings Accounts        ☐ Government Documents or Benefits
☐ Internet or Email                  ☐ Credit Cards                        ☐ Phone or Utilities
☐ Securities or Other Investments    ☐ Other

**2. What Happened:**
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐ Contacted by Loan Company          ☐ Contacted by Debt Collector           ☐ Noticed Credit Report Inaccuracies
☐ Mail Service Disrupted             ☐ Credit Card/New Checks Not Received    ☐ Denied Credit, Employment, Other
☐ Check(s) Bounced                   ☐ Phone Service Disrupted                ☐ Not Permitted to Open Bank Account
☐ Noticed Funds Missing from Bank Account           ☐ Noticed Unauthorized Charges on Account Statement
☐ Contacted by Police or Other Law Enforcement      ☐ Civil Suit Filed or Court Judgment Entered Against You
☐ Don't know
☐ Other

When did that first indication happen? (MM/DD/YYYY)

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY)

What was the total dollar value of the identity theft? $
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $

**3. Dealership Information (NOTE: No. 3 must be completed if you are alleging Dealership Misrepresentation)**
Dealership Name:

Dealership Address:

Name and telephone numbers of every individual with whom you were in contact at the dealership:

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LIDA_10018

CONFIDENTIAL

COAF_Francois_00000004

November 12, 2020

**Capital**One®

# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

_____

### 4. Thief's Identity
Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: _____     Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

_____

Any other information you have about the person who committed the identity theft:

_____

_____

### 5. Contacts:
Which of the following credit bureaus have you called to report the fraud?
☐ Equifax       (800) 525-6285       ☐ Experian       (888) 397-3742 (Opt 5)       ☐ None
☐ Trans Union   (800) 680-7289       ☐ Innovis        (800) 540-2505

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)
☐ Equifax       ☐ Experian       ☐ Trans Union       ☐ Innovis       ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)
☐ Equifax       ☐ Experian       ☐ Trans Union       ☐ Innovis       ☐ None

Have you contacted the affected banks and/or creditors?
☐ All ☐ Some ☐ None

Have you contacted the police?
☐ Yes ☐ No  Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☐ Yes ☐ No

### 6. Comments:
Tell us anything else you think it would be helpful for us to know:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LIDA_10018

CLR0609A  6036  2000  204     07  201111  PAGE 00003  OF 00004  COAFMAN00007700
**SUBPOENA RESPONSES 139**

CONFIDENTIAL

COAF_Francois_00000005

November 12, 2020



# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, _____, Affiant, whose home address is _____ in the city of

_____, county of _____, state of _____, Social

Security Number, _____, driver's license number and state of issue _____, after being

duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # 6206274466242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.

Signed this _____ day of _____, 20____.

_____
Signature of Affiant

_____
Printed Name

State of _____:
County of _____:

Sworn to and subscribed before me, the undersigned Notary Public, for the state of _____, on the _____ day of _____, 20____ by _____ who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this _____ day of _____, 20____

_____
Notary Public

SEAL                                                State of _____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LIDA_10018

CONFIDENTIAL                                                COAF_Francois_00000006

October 16, 2020



Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-227-3863

# YOUR FRAUD CLAIM

ևիզ|ևիազ|ևնիզզ|ևիզ|ևնիզիի|ֈ||ֈիզ|ֈ|ֈ||իզ|ֈ||ֈ|իզ||ֈ

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536          7580

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

We are contacting you today regarding your recent fraud claim. You may have reported this account to us as fraud/identity theft, or we may have received notice of potentially fraudulent activity on this account. In order to facilitate our investigation, please complete and return the following documentation to us:

- A copy of your valid Driver's License or Government-issued Identification
- Completed and Notarized Affidavit of Fictitious Account (see enclosed)
- Completed Fraud Questionnaire (see enclosed)
- A copy of the Police Report filed that lists either Capital One Auto Finance's ("COAF") account number or the Vehicle Identification Number (VIN)
- A copy of your Social Security card

Please return the requested documentation to the following address, or you can fax it to us at **1-888-287-1162, ATTN: Risk Management.**

ATTN: COAF Risk Management
Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

We understand that this can be a difficult and stressful time, but we're here to help. If you have questions, or need additional information, please do not hesitate to contact us at **1-800-227-3863, option 7, extension 275-9133**, Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

Risk Management Department
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

CLS0609A 6056 2000 204 07 201616 PAGE 00001 OF 00004 COAFMAN00007580

## SUBPOENA RESPONSES 141

CONFIDENTIAL

COAF_Francois_00000007

October 16, 2020



# FRAUD QUESTIONNAIRE

Name: _____

Address: _____

Home Phone: _____   Email Address: _____

Previous Address: _____

Signature SAMPLE 1: _____

Signature SAMPLE 2: _____

Signature SAMPLE 3: _____

Social Security Number: _____   Date of Birth: _____   Drivers License #: _____

State of Issue: _____   Has your Drivers License been stolen? ☐ Yes ☐ No   If Yes, Date: _____

## TELL US ABOUT YOUR SITUATION:

**1. Types of Identity Theft you have experienced (check all that apply):**

☐ Loans                              ☐ Checking or Savings Accounts      ☐ Government Documents or Benefits
☐ Internet or Email                  ☐ Credit Cards                       ☐ Phone or Utilities
☐ Securities or Other Investments    ☐ Other

**2. What Happened:**
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐ Contacted by Loan Company          ☐ Contacted by Debt Collector        ☐ Noticed Credit Report Inaccuracies
☐ Mail Service Disrupted             ☐ Credit Card/New Checks Not Received ☐ Denied Credit, Employment, Other
☐ Check(s) Bounced                   ☐ Phone Service Disrupted            ☐ Not Permitted to Open Bank Account
☐ Noticed Funds Missing from Bank Account        ☐ Noticed Unauthorized Charges on Account Statement
☐ Contacted by Police or Other Law Enforcement   ☐ Civil Suit Filed or Court Judgment Entered Against You
☐ Don't know
☐ Other _____

When did that first indication happen? (MM/DD/YYYY) _____

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY) _____

What was the total dollar value of the identity theft? $ _____
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $ _____

**3. Dealership Information (NOTE:  No. 3 must be completed if you are alleging Dealership Misrepresentation)**
Dealership Name: _____

Dealership Address: _____

Name and telephone numbers of every individual with whom you were in contact at the dealership:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

CLR0609A  6036  2000  204   07  201616  PAGE 00002  OF  00004  COAFMAN00007500

## SUBPOENA RESPONSES 142

CONFIDENTIAL

COAF_Francois_00000008



# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

_____

**4. Thief's Identity**
Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: _____  Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

_____

Any other information you have about the person who committed the identity theft:

_____

_____

**5. Contacts:**
Which of the following credit bureaus have you called to report the fraud?
☐ Equifax        (800) 525-6285       ☐ Experian       (888) 397-3742 (Opt 5)       ☐ None
☐ Trans Union    (800) 680-7289       ☐ Innovis        (800) 540-2505

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)
☐ Equifax        ☐ Experian       ☐ Trans Union       ☐ Innovis       ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)
☐ Equifax        ☐ Experian       ☐ Trans Union       ☐ Innovis       ☐ None

Have you contacted the affected banks and/or creditors?
☐ All ☐ Some ☐ None

Have you contacted the police?
☐ Yes ☐ No  Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☐ Yes ☐ No

**6. Comments:**
Tell us anything else you think it would be helpful for us to know:

_____

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

CLR0609A  6036  2000  204    07  201916  PAGE 00003  OF 00004  COAFMAN00007500

CONFIDENTIAL

COAF_Francois_00000009



# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, _____, Affiant, whose home address is _____ in the city of

_____, county of _____, state of _____, Social

Security Number, _____, driver's license number and state of issue _____, after being

duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # 6206274466242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.

Signed this _____ day of _____ , 20 _____ .

Signature of Affiant

Printed Name

State of _____ :
County of _____ :

Sworn to and subscribed before me, the undersigned Notary Public, for the state of _____ , on the _____ day of _____ , 20 _____ by _____ who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this _____ day of _____ , 20 _____ .

Notary Public
State of _____

SEAL

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

CLR0609A  5056  2000  204    07  201616  PAGE 00004  OF 00004  COAFMAN00007500
## SUBPOENA RESPONSES 144

October 14, 2020

**Capital**One®

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-227-3863

# YOUR FRAUD CLAIM

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

We are contacting you today regarding your recent fraud claim.  You may have reported this account to us as fraud/identity theft, or we may have received notice of potentially fraudulent activity on this account.  In order to facilitate our investigation, please complete and return the following documentation to us:

- A copy of your valid Driver's License or Government-issued Identification
- Completed and Notarized Affidavit of Fictitious Account (see enclosed)
- Completed Fraud Questionnaire (see enclosed)
- A copy of the Police Report filed that lists either Capital One Auto Finance's ("COAF") account number or the Vehicle Identification Number (VIN)
- A copy of your Social Security card

Please return the requested documentation to the following address, or you can fax it to us at **1-888-287-1162, ATTN: Risk Management.**

ATTN: COAF Risk Management
Capital One Auto Finance
7933 Preston Road
Plano, TX  75024

We understand that this can be a difficult and stressful time, but we're here to help.  If you have questions, or need additional information, please do not hesitate to contact us at **1-800-227-3863, option 7, extension 275-9133,** Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

Risk Management Department
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

Page 1 of 4

## SUBPOENA RESPONSES 145

CONFIDENTIAL



# FRAUD QUESTIONNAIRE

Name: _____

Address: _____

Home Phone: _____ Email Address: _____

Previous Address: _____

Signature SAMPLE 1: _____

Signature SAMPLE 2: _____

Signature SAMPLE 3: _____

Social Security Number: _____ Date of Birth: _____ Drivers License #: _____

State of Issue: _____ Has your Drivers License been stolen? ☐ Yes ☐ No  If Yes, Date: _____

**TELL US ABOUT YOUR SITUATION:**

**1. Types of Identity Theft you have experienced (check all that apply):**
☐ Loans                              ☐ Checking or Savings Accounts          ☐ Government Documents or Benefits
☐ Internet or Email                  ☐ Credit Cards                          ☐ Phone or Utilities
☐ Securities or Other Investments    ☐ Other

**2. What Happened:**
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐ Contacted by Loan Company          ☐ Contacted by Debt Collector           ☐ Noticed Credit Report Inaccuracies
☐ Mail Service Disrupted             ☐ Credit Card/New Checks Not Received    ☐ Denied Credit, Employment, Other
☐ Check(s) Bounced                   ☐ Phone Service Disrupted               ☐ Not Permitted to Open Bank Account
☐ Noticed Funds Missing from Bank Account        ☐ Noticed Unauthorized Charges on Account Statement
☐ Contacted by Police or Other Law Enforcement   ☐ Civil Suit Filed or Court Judgment Entered Against You
☐ Don't know
☐ Other _____

When did that first indication happen? (MM/DD/YYYY) _____

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY) _____

What was the total dollar value of the identity theft? $ _____
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $ _____

**3. Dealership Information (NOTE: No. 3 must be completed if you are alleging Dealership Misrepresentation)**
Dealership Name: _____

Dealership Address: _____

Name and telephone numbers of every individual with whom you were in contact at the dealership:
_____
_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

## SUBPOENA RESPONSES 146



# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

_____

**4. Thief's Identity**
Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: _____     Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

_____

Any other information you have about the person who committed the identity theft:

_____

_____

**5. Contacts:**
Which of the following credit bureaus have you called to report the fraud?

☐ Equifax          (800) 525-6285          ☐ Experian          (888) 397-3742 (Opt 5)          ☐ None
☐ Trans Union      (800) 680-7289          ☐ Innovis           (800) 540-2505

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)
☐ Equifax          ☐ Experian          ☐ Trans Union          ☐ Innovis          ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)
☐ Equifax          ☐ Experian          ☐ Trans Union          ☐ Innovis          ☐ None

Have you contacted the affected banks and/or creditors?
☐ All ☐ Some ☐ None

Have you contacted the police?
☐ Yes ☐ No  Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☐ Yes ☐ No

**6. Comments:**
Tell us anything else you think it would be helpful for us to know:

_____

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

## SUBPOENA RESPONSES 147

CONFIDENTIAL                    COAF_Francois_00000013

**Capital**One®

# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, _____, Affiant, whose home address is _____ in the city of

_____, county of _____, state of _____, Social

Security Number, _____, driver's license number and state of issue _____, after being

duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # 6206274466242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. **FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.**

Signed this _____ day of _____, 20_____.

_____
Signature of Affiant

_____
Printed Name

State of _____ :
County of _____ :

Sworn to and subscribed before me, the undersigned Notary Public, for the state of _____, on the _____ day of _____, 20_____ by _____ who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this _____ day of _____, 20_____.

SEAL

_____
Notary Public
State of _____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

## SUBPOENA RESPONSES 148

CONFIDENTIAL

October 13, 2020



Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-946-0332

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN NY 11210-1536                    726

| | | |
|---|---|---|
| Account | : | REDACTED |
| Collateral | : | 17/BMW/5-SERIES |
| VIN | : | WBAJA7C38HG904646 |
| Date of Contract | : | 06/29/20 |

### NOTICE OF DEFAULT AND RIGHT TO CURE

| | | |
|---|---|---|
| LAST DAY FOR PAYMENT | : | 10/28/20 |
| AMOUNT DUE NOW | : | $963.66 |

This is notice that you have failed to comply with the terms and conditions of the above-referenced account by failing to make payments when they were due.

You may cure your default by paying the amount due and sending that payment to **Capital One Auto Finance at PO Box 60511, City of Industry, CA 91716-0511** by 10/28/20. If you pay $963.66 by 10/28/20, you may continue with the terms and conditions of your contract. If you do not pay the amount due, we may exercise our rights under the law.  These rights include, but are not limited to, the right to accelerate the debt, repossess the collateral and obtain a repossession title. They also include the right, in many instances, to hold you personally responsible for any difference between the amount the collateral brings at sale and the remaining balance.

If you are a Servicemember or are entering military service, you may be entitled to protection under the Servicemembers Civil Relief Act ("SCRA").  SCRA provides protection under installment contracts for the purchase of motor vehicles, in addition to other types of protections.  For questions regarding your eligibility under the SCRA, please contact us at the phone number below.

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

If you have any questions, please contact us at **1-800-946-0332**, Monday through Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time, or write to us at the above address. We look forward to resolving this matter and maintaining our relationship with you in the future.

Capital One Auto Finance

---

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

COLR4850 6056 2006 204   07 201613 PAGE 00001 OF 00001 COAFCOR00000726

**SUBPOENA RESPONSES 149**

CONFIDENTIAL                                                                                     COAF_Francois_00000015



Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# Your journey begins here.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

505

**YOUR ACCOUNT INFORMATION**

| | |
|---|---|
| Account Number: | REDACTED |
| Monthly Payment: | $601.75 |
| First Payment Due On: | 7/29/20 |
| Term: | 72 months |

Dear Farah Jean Francois,

Congrats on your new vehicle and welcome to **Capital One Auto Finance**®. We're committed to providing you the first-class service you'd expect from us. Let's get started

### Set Up Your Account

Enroll online at www.capitalone.com/autoenroll for the easiest and fastest way to manage your account 24/7:



· Make payments
· See your balance and due date
· Customize your due date
· And lots more

Again, welcome to **Capital One Auto Finance**. If you have any questions, please call us at 1-800-946-0332.

Sincerely,

Capital One Auto Finance

P.S. Please see the reverse side for important disclosures.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

**SUBPOENA RESPONSES 150**

CONFIDENTIAL

## Important Disclosures and Information

**Late Fee Disclosure:** Your account is subject to late fees. We have changed the late fee terms on your account from your original contract in your favor. This change either reduces the amount you may be charged for a late fee, gives you more time to make a payment before a late fee is assessed, and/or caps the total amount of late fees you may pay over the life of your account. Please refer to your original contract, which you should have recently received, to review your original late fee terms. Your new late fee terms are as follows:

A grace period of 10 days applies to your account, which is the amount of time you are permitted to make a payment after your installment payment due date before a late fee is assessed. Please note, the grace period does not affect your installment payment due date, and interest continues to accrue on a daily basis. Your late fee will be 5.00% of any unpaid amount of your installment payment not to exceed $40.00. The maximum total amount of late fees you will be charged over the life of your account is $500.

**Phone Authorization for Electronic Payments:**
1 - You may authorize us to initiate one-time or recurring payment(s) that will be electronically debited from your bank account by phone at **1-800-946-0332**.
2 - Confirmation of your phone authorization for recurring payments will be sent to you by mail.
3 - Your authorization for one-time payment(s) will remain in effect until your payment(s) is electronically debited from your bank account, or until you direct us to stop it.
4 - You may make an electronic payment at no cost by either going online at www.capitalone.com, using our automated phone service at **1-800-946-0332**, or speaking with an agent at **1-800-946-0332**.
5 - If you wish to modify or cancel your payment(s), please call us at **1-800-946-0332**, Monday through Friday, from 9:00 a.m. to 8:00 p.m. Eastern Time. Any change to your one-time payment(s) must be completed by 5:00 p.m. Eastern Time on the payment date. Any change to your DirectPay payment must be received 3 business days before your payment date to be effective for this month; otherwise, the change will be effective starting next month.

**Electronic Authorization:** Each time you send us a check, you authorize us to make a one-time electronic debit from your bank account for the amount of the check. This authorization applies to all checks received. If we cannot process the one-time electronic debit, you authorize us to debit your bank account using the original check, a paper draft, or other item. When we use information from your check to make a one-time electronic debit from your bank account, funds may be withdrawn from your bank account as soon as the same day you make, or we receive, your payment. You will not receive your check back from your financial institution.

**Your Contact and Insurance Information:** As a condition of your finance contract, please remember to keep us informed of any address or telephone number changes. You must also keep your vehicle insured for physical damage during the term of the finance contract with a minimum policy term of six months.

**Contract Provisions:** If your contract contains an arbitration, waiver of jury trial, or confession of judgment provision, please be advised that Capital One Auto Finance does not enforce these provisions. Additionally we agree to not rely on any predispute arbitration agreement to stop you from being part of a class action case in court. You may file a class action in court, or you may be a member of a class action filed by someone else.

**For Customers Enrolled in Insurance Coverage Option:** If you have separately purchased an insurance coverage option, any due date change does not extend to your insurance policy. If you decide to extend your coverage after the expiration date listed on your insurance policy or certificate, then it is your full responsibility to notify us.

**Important Information About Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. All disputes must be sent in writing to the following address:

ATTN: COAF Credit Bureau Dispute
Capital One Auto Finance
PO Box 259407
Plano, TX 75025-9407

**Contact Information:** If you wish to speak with customer service representative, you may do so by calling **1-800-946-0332**, Monday through Friday, from 9:00 a.m. to 8:00 p.m. Eastern Time.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

**SUBPOENA RESPONSES 151**

CONFIDENTIAL                                                                        COAF_Francois_00000017

September 19, 2020

**Capital**One®
**Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# YOUR ACCOUNT STATUS

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

Thank you for recently contacting us to validate your account status. Below is the account information you requested, which is valid as of 9/21/2020. Please note, should any transactions post to your account or the status of your account change, this notice may no longer be valid.

- **Account Status:**
    Days Past Due: 21
    Past Due Amount: $301.75
    Late Fees: $30.08
    Total Due: $331.83
- **Payment Amount: $601.75**
- **Account Balance: $29,179.95**
- **10 Day Payoff: $29,596.14**
- **Maturity Date: 06/29/2026**

If you have any questions, please contact us at **1-800-946-0332**, Monday through Friday, from 9:00 a.m. to 8:00 p.m. Eastern Time.

Sincerely,

Capital One Auto Finance

**HOW TO MAKE A PAYMENT**


PAY ONLINE
www.capitalone.com


PAY BY PHONE
1-800-946-0332


PAY BY MAIL
Capital One Auto Finance
PO Box 60511,City of Industry, CA 91716-0511

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Account Status_10005

Page 1 of 1

## SUBPOENA RESPONSES 152

CONFIDENTIAL

COAF_Francois_00000018

September 19, 2020

**Capital**One®
**Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-227-3863

# YOUR FRAUD CLAIM

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

We are contacting you today regarding your recent fraud claim.  You may have reported this account to us as fraud/identity theft, or we may have received notice of potentially fraudulent activity on this account.  In order to facilitate our investigation, please complete and return the following documentation to us:

- A copy of your valid Driver's License or Government-issued Identification
- Completed and Notarized Affidavit of Fictitious Account (see enclosed)
- Completed Fraud Questionnaire (see enclosed)
- A copy of the Police Report filed that lists either Capital One Auto Finance's ("COAF") account number or the Vehicle Identification Number (VIN)
- A copy of your Social Security card

Please return the requested documentation to the following address, or you can fax it to us at **1-888-287-1162, ATTN: Risk Management.**

ATTN: COAF Risk Management
Capital One Auto Finance
7933 Preston Road
Plano, TX  75024

We understand that this can be a difficult and stressful time, but we're here to help.  If you have questions, or need additional information, please do not hesitate to contact us at **1-800-227-3863, option 7, extension 275-9133,** Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

Risk Management Department
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NF8 Funding, Inc.

Fraud Questionnaire_10007

Page 1 of 4

## SUBPOENA RESPONSES 153

CONFIDENTIAL

COAF_Francois_00000019



# FRAUD QUESTIONNAIRE

Name: _____

Address: _____

Home Phone: _____   Email Address: _____

Previous Address: _____

Signature SAMPLE 1: _____

Signature SAMPLE 2: _____

Signature SAMPLE 3: _____

Social Security Number: _____   Date of Birth: _____   Drivers License #: _____

State of Issue: _____   Has your Drivers License been stolen? ☐ Yes ☐ No   If Yes, Date: _____

**TELL US ABOUT YOUR SITUATION:**

**1. Types of Identity Theft you have experienced (check all that apply):**
☐ Loans                                    ☐ Checking or Savings Accounts        ☐ Government Documents or Benefits
☐ Internet or Email                        ☐ Credit Cards                        ☐ Phone or Utilities
☐ Securities or Other Investments          ☐ Other

**2. What Happened:**
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐ Contacted by Loan Company               ☐ Contacted by Debt Collector              ☐ Noticed Credit Report Inaccuracies
☐ Mail Service Disrupted                   ☐ Credit Card/New Checks Not Received      ☐ Denied Credit, Employment, Other
☐ Check(s) Bounced                         ☐ Phone Service Disrupted                  ☐ Not Permitted to Open Bank Account
☐ Noticed Funds Missing from Bank Account          ☐ Noticed Unauthorized Charges on Account Statement
☐ Contacted by Police or Other Law Enforcement     ☐ Civil Suit Filed or Court Judgment Entered Against You
☐ Don't know
☐ Other _____

When did that first indication happen? (MM/DD/YYYY) _____

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY) _____

What was the total dollar value of the identity theft? $ _____
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $ _____

**3. Dealership Information (NOTE: No. 3 must be completed if you are alleging Dealership Misrepresentation)**
Dealership Name: _____

Dealership Address: _____

Name and telephone numbers of every individual with whom you were in contact at the dealership:

_____
_____

---

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

## SUBPOENA RESPONSES 154

CONFIDENTIAL

September 19, 2020

**Capital**One®
**Auto Finance**

# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

_____

## 4. Thief's Identity
Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: _____    Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

_____

Any other information you have about the person who committed the identity theft:

_____

_____

## 5. Contacts:
Which of the following credit bureaus have you called to report the fraud?
☐ Equifax        (800) 525-6285        ☐ Experian    (888) 397-3742 (Opt 5)        ☐ None
☐ Trans Union    (800) 680-7289        ☐ Innovis     (800) 540-2505

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)
☐ Equifax        ☐ Experian        ☐ Trans Union        ☐ Innovis        ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)
☐ Equifax        ☐ Experian        ☐ Trans Union        ☐ Innovis        ☐ None

Have you contacted the affected banks and/or creditors?
☐ All ☐ Some ☐ None

Have you contacted the police?
☐ Yes ☐ No  Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☐ Yes ☐ No

## 6. Comments:
Tell us anything else you think it would be helpful for us to know:

_____

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

## SUBPOENA RESPONSES 155

September 19, 2020

**Capital**One®
**Auto Finance**

# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, _____, Affiant, whose home address is _____ in the city of

_____, county of _____, state of _____, Social

Security Number, _____, driver's license number and state of issue _____, after being

duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # 6206274466242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.

Signed this _____ day of _____, 20_____.

_____
Signature of Affiant

_____
Printed Name

State of _____:
County of _____:

Sworn to and subscribed before me, the undersigned Notary Public, for the state of _____, on the _____ day of _____, 20_____ by _____ who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this _____ day of _____, 20_____.

SEAL

_____
Notary Public
State of _____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

## SUBPOENA RESPONSES 156

CONFIDENTIAL

September 19, 2020

**Capital**One®
**Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-946-0332

# YOUR ACCOUNT PAYOFF INFORMATION

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |
| 10-Day Payoff: | $29,596.14 |
| Good-Through Date: | 9/29/2020 |

Dear FARAH JEAN FRANCOIS,

Thank you for contacting us about paying off your Capital One Auto Finance account for your 17 BMW 5-SERIES. **As of 9/19/2020, the 10-day payoff amount for your account is $29,596.14 with a Per Diem of $10.89.** Your payoff quote is good until 9/29/2020, unless the financial status of your account changes. Below is additional important information about paying off your account.

**Making Your Payoff**
We offer several options for you to pay off your account. The third page contains details for these payment options. You can also make your payoff online; just log into your account online at www.capitalone.com. Please note, the method by which you pay off your account affects the timing of your title/lien release (see the second page).

If you are mailing your payoff, please be sure to send your payoff to the correct address (see the third page). Payoffs submitted to the incorrect address could result in processing delays, which may result in additional charges to your account. Capital One Auto Finance is not responsible for delays caused by payoffs submitted to the incorrect address.

**Cancelling Your Automatic Recurring Payments**
If you are enrolled in Capital One Auto Finance's automatic recurring DirectPay payment program or another automatic bill payment service through your financial institution, please take a moment to cancel these payments prior to submitting your payoff. Failure to cancel these payments may result in your account being overpaid.

Please note, you must cancel your DirectPay payments with us at least 3 business days before they are scheduled to draft. We will automatically cancel your DirectPay program once your account is paid off if you have not already done so.

**Refunding Your Credit Balance**
If your account is overpaid, we will refund the credit balance on your account back to you. A refund check will be mailed to you within 15 business days of receiving your account payoff.

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

10 Day Payoff_10001

**SUBPOENA RESPONSES 157**

CONFIDENTIAL

COAF_Francois_00000023

September 19, 2020

**Capital**One®
**Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# YOUR ACCOUNT PAYOFF INFORMATION

## Releasing the Lien/Title

We will release the lien and/or vehicle title according to the applicable laws in the state where your vehicle is titled. The following processing guidelines will apply based on whether the payoff was made with certified or non-certified funds:

- **Certified Funds Payoff** - If you pay by dealer or cashier's check, Money Gram, Western Union, or cash at a Capital One Bank; Capital One will begin the lien release process the next business day after receipt of certified funds.
- **Non-Certified Funds Payoff** - If you pay by personal or business check, online, phone, or check paid at a Capital One Bank; to ensure the funds clear, it may take up to five business days after the receipt of the uncertified funds before Capital One begins the lien release process.

## Receiving Your Lien Release and/or Title

Please allow for applicable mailing time after the lien and/or title has been released. Some states may hold your title electronically, and their mailing times may vary (see the following).

- If your vehicle is titled in the following states: AZ, CA, CO, FL, GA, IA, ID, LA, MA, NC, NE, NV, OH, PA, SC, SD, TX, VA, and WA, the State may hold your title electronically. The State will mail your title once Capital One Auto Finance sends its release. Please contact your state for its mailing time.
- If your vehicle is titled in FL or OH, the state may hold your title electronically. You will need to visit a local title issuing office or contact your state's website to obtain your title.
- If your paper title is held by Capital One Auto Finance, or you are requesting a release of lien, we will mail the document to the address we have on file. To expedite this request, you may provide your FedEx account number to have the document sent at your own expense. You can sign up for a FedEx account by visiting their website at http://www.fedex.com/us/oadr.

We appreciate the opportunity to provide you with the information you need. If you have any questions about paying off your account, feel free to call us at **1-800-946-0332**, Monday through Friday, from 9:00 a.m. to 8:00 p.m. Eastern Time, and we'll be happy to help you.

Sincerely,

Capital One Auto Finance

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

10 Day Payoff_10001

## SUBPOENA RESPONSES 158

CONFIDENTIAL

COAF_Francois_00000024

September 19, 2020



**Capital One Auto Finance**
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# PAYMENT OPTIONS

 **Online Payment**

Visit us online at **www.capitalone.com** and make a payment using your online account. You can also view other account details.

 **Capital One Mobile App**

Download the Capital One app today, available for both Apple and Android devices, for mobile access to your account to make a payment on the go. Let your fingers do the walking anytime, anywhere!

 **Pay By Phone**

Call us at **1-800-946-0332** to make an electronic payment using your checking account or debit card through our automated phone service or with a live agent who will be happy to assist you!

**Pay By Mail**

Make your check out to "Capital One Auto Finance," include your account number, 6206274466242, on the check, and mail it to:

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

 **Overnight Pay By Mail**

For faster receipt of your payment, make your check out to "Capital One Auto Finance," include your account number, 6206274466242, on the check, and overnight mail it to:

ATTN: PAYOFF
Capital One Auto Finance
2525 Corporate Place
2nd Floor, Suite #250
Monterey Park, CA 91754

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

10 Day Payoff_10001

## SUBPOENA RESPONSES 159

CONFIDENTIAL

COAF_Francois_00000025

September 19, 2020



Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-946-0332

# PAYMENT OPTIONS

MoneyGram* allows you to send certified funds directly to Capital One Auto Finance. Simply provide the following information when making your MoneyGram Payment:



| | |
|---|---|
| Receive Code: | 1776 |
| Company Name: | Capital One Auto Finance |
| City: | Plano |
| State: | TX |
| Account Number: | REDACTED |

Western Union* allows you to send certified funds directly to Capital One Auto Finance. Simply provide the following information when making your Western Union Payment:

**WESTERN|ᴵ**
**UNION|**

| | |
|---|---|
| Code City: | CAPAUTO |
| State: | TX |
| Account Number: | REDACTED the two letter state abbreviation for your state of residence |

Transfer funds directly from your bank account to ours. You will have to provide your bank the following information for a successful wire transfer. Keep in mind, *while bank transfers are certified funds, they may take a minimum of 72 business hours to post to your account.*



**Bank Wire/**
**Wire Transfer**

| | |
|---|---|
| Bank Name: | Bank of America |
| Bank Address: | Global Client Services |
| | CA4-701-10-57 |
| | 1655 Grant St. |
| | Concord, CA 94520 |
| ABA Routing Number: | 026009593 |
| Account Name: | Capital One Auto Finance Account |
| Account Number: | REDACTED |
| Address: | 7933 Preston Road |
| | Plano, TX 75024 |
| Reference: | Your last name and account number, REDACTED |

*Capital One does not provide, endorse, or guarantee any third-party product, service, information, or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

10 Day Payoff_10001                                                                 Page 4 of 4

## SUBPOENA RESPONSES 160

CONFIDENTIAL                                                         COAF_Francois_00000026

September 19, 2020

**Capital**One®
**Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-227-3863

# YOUR FRAUD CLAIM

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

We are contacting you today regarding your recent fraud claim.  You may have reported this account to us as fraud/identity theft, or we may have received notice of potentially fraudulent activity on this account.  In order to facilitate our investigation, please complete and return the following documentation to us:

- A copy of your valid Driver's License or Government-issued Identification
- Completed and Notarized Affidavit of Fictitious Account (see enclosed)
- Completed Fraud Questionnaire (see enclosed)
- A copy of the Police Report filed that lists either Capital One Auto Finance's ("COAF") account number or the Vehicle Identification Number (VIN)
- A copy of your Social Security card
- Completed SSA-89 Form (see enclosed)

Please return the requested documentation to the following address, or you can fax it to us at **1-888-287-1162, ATTN: Risk Management.**

ATTN: COAF Risk Management
Capital One Auto Finance
7933 Preston Road
Plano, TX  75024

We understand that this can be a difficult and stressful time, but we're here to help.  If you have questions, or need additional information, please do not hesitate to contact us at **1-800-227-3863, option 7, extension 275-9133,** Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

Risk Management Department
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

Page 1 of 6

## SUBPOENA RESPONSES 161

**Capital**One®
**Auto Finance**

# FRAUD QUESTIONNAIRE

Name: _____

Address: _____

Home Phone: _____   Email Address: _____

Previous Address: _____

Signature SAMPLE 1: _____

Signature SAMPLE 2: _____

Signature SAMPLE 3: _____

Social Security Number: _____   Date of Birth: _____   Drivers License #: _____

State of Issue: _____   Has your Drivers License been stolen? ☐ Yes ☐ No   If Yes, Date: _____

**TELL US ABOUT YOUR SITUATION:**

**1. Types of Identity Theft you have experienced (check all that apply):**
☐ Loans                                 ☐ Checking or Savings Accounts        ☐ Government Documents or Benefits
☐ Internet or Email                      ☐ Credit Cards                        ☐ Phone or Utilities
☐ Securities or Other Investments        ☐ Other

**2. What Happened:**
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐ Contacted by Loan Company            ☐ Contacted by Debt Collector           ☐ Noticed Credit Report Inaccuracies
☐ Mail Service Disrupted               ☐ Credit Card/New Checks Not Received    ☐ Denied Credit, Employment, Other
☐ Check(s) Bounced                     ☐ Phone Service Disrupted               ☐ Not Permitted to Open Bank Account
☐ Noticed Funds Missing from Bank Account        ☐ Noticed Unauthorized Charges on Account Statement
☐ Contacted by Police or Other Law Enforcement   ☐ Civil Suit Filed or Court Judgment Entered Against You
☐ Don't know
☐ Other _____

When did that first indication happen? (MM/DD/YYYY) _____

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY) _____

What was the total dollar value of the identity theft? $ _____
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $ _____

**3. Dealership Information (NOTE: No. 3 must be completed if you are alleging Dealership Misrepresentation)**
Dealership Name: _____

Dealership Address: _____

Name and telephone numbers of every individual with whom you were in contact at the dealership:

_____
_____

---

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

## SUBPOENA RESPONSES 162

September 19, 2020

**Capital**One®
**Auto Finance**

# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

_____

**4. Thief's Identity**
Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: _____     Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

_____

Any other information you have about the person who committed the identity theft:

_____

_____

**5. Contacts:**
Which of the following credit bureaus have you called to report the fraud?
☐ Equifax          (800) 525-6285          ☐ Experian     (888) 397-3742 (Opt 5)          ☐ None
☐ Trans Union    (800) 680-7289          ☐ Innovis      (800) 540-2505

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)
☐ Equifax          ☐ Experian          ☐ Trans Union          ☐ Innovis          ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)
☐ Equifax          ☐ Experian          ☐ Trans Union          ☐ Innovis          ☐ None

Have you contacted the affected banks and/or creditors?
☐ All ☐ Some ☐ None

Have you contacted the police?
☐ Yes ☐ No  Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☐ Yes ☐ No

**6. Comments:**
Tell us anything else you think it would be helpful for us to know:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

**SUBPOENA RESPONSES 163**

September 19, 2020

**Capital**One®
**Auto Finance**

# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, _____, Affiant, whose home address is _____ in the city of

_____, county of _____, state of _____, Social

Security Number, _____, driver's license number and state of issue _____, after being

duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # 6206274466242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

**3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.**

Signed this _____ day of _____ , 20 _____ .

_____
Signature of Affiant

_____
Printed Name

State of _____ :
County of _____ :

Sworn to and subscribed before me, the undersigned Notary Public, for the state of _____ , on the _____ day of _____ , 20____ by _____ who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this _____ day of _____ , 20____ .

_____
Notary Public
SEAL                                                        State of _____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

## SUBPOENA RESPONSES 164

CONFIDENTIAL                                    COAF_Francois_00000030

Form **SSA-89** (02-2018)
Discontinue Previous Editions
Social Security Administration

OMB No.0960-0760

## Authorization for the Social Security Administration (SSA)
## To Release Social Security Number (SSN) Verification

| Printed Name: | Date of Birth: | Social Security Number: |
|---|---|---|

I want this information released because I am conducting the following business transaction:

To secure or maintain auto financing.

Reason (s) for using CBSV: (Please select all that apply)

☐ Mortgage Service        ☐ Banking Service

☐ Background Check        ☐ License Requirement

☐ Credit Check            ☒ Other

with the following company ("the Company"):

Company Name:    Capital One Auto Finance

Company Address:   7933 Preston Road, Plano, TX 75024

I authorize the Social Security Administration to verify my name and SSN to the Company and/or the Company's Agent, if applicable, for the purpose I identified.

The name and address of the Company's Agent is:
Equifax, 11432 Lackland Road, St. Louis, MO 63146

I am the individual to whom the Social Security number was issued or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare and affirm under the penalty of perjury that the information contained herein is true and correct. I acknowledge that if I make any representation that I know is false to obtain information from Social Security records, I could be found guilty of a misdemeanor and fined up to $5,000.

**This consent is valid only for 90 days from the date signed, unless indicated otherwise by the individual named above. If you wish to change this timeframe, fill in the following:**

**This consent is valid for_____ days from the date signed. _____ (Please initial.)**

| Signature: | Date Signed: |
|---|---|

Relationship (if not the individual to whom the SSN was issued):

**Contact information of individual signing authorization:**

**Address:**

**City/State/ZIP:**

**Phone Number:**

**SUBPOENA RESPONSES 165**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a) and 1106 of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from releasing information to a designated company or company's agent.

We will use the information to verify your name and Social Security number (SSN). In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of routine uses is available in our Privacy Act System of Records Notice (SORN) 60-0058, entitled Master Files of SSN Holders and SSN Applications. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to complete the form. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD  21235-6401. *Send to this address only comments relating to our time estimate, not the completed form.*

------------------------------------------------------------TEAR OFF------------------------------------------------------------

**NOTICE TO NUMBER HOLDER**

The Company and/or its Agent have entered into an agreement with SSA that, among other things, includes restrictions on the further use and disclosure of SSA's verification of your SSN. To view a copy of the entire model agreement, visit http://www.ssa.gov/cbsv/docs/SampleUserAgreement.pdf.

**SUBPOENA RESPONSES 166**

CONFIDENTIAL                                                                                      COAF_Francois_00000032

September 19, 2020

**Capital**One®
**Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# YOUR ACCOUNT PAYOFF INFORMATION

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |
| 10-Day Payoff: | $29,596.14 |
| Good-Through Date: | 9/29/2020 |

Dear FARAH JEAN FRANCOIS,

Thank you for contacting us about paying off your Capital One Auto Finance account for your 17 BMW 5-SERIES. **As of 9/19/2020, the 10-day payoff amount for your account is $29,596.14 with a Per Diem of $10.89.** Your payoff quote is good until 9/29/2020, unless the financial status of your account changes. Below is additional important information about paying off your account.

## Making Your Payoff
We offer several options for you to pay off your account. The third page contains details for these payment options. You can also make your payoff online; just log into your account online at www.capitalone.com. Please note, the method by which you pay off your account affects the timing of your title/lien release (see the second page).

If you are mailing your payoff, please be sure to send your payoff to the correct address (see the third page). Payoffs submitted to the incorrect address could result in processing delays, which may result in additional charges to your account. Capital One Auto Finance is not responsible for delays caused by payoffs submitted to the incorrect address.

## Cancelling Your Automatic Recurring Payments
If you are enrolled in Capital One Auto Finance's automatic recurring DirectPay payment program or another automatic bill payment service through your financial institution, please take a moment to cancel these payments prior to submitting your payoff. Failure to cancel these payments may result in your account being overpaid.

Please note, you must cancel your DirectPay payments with us at least 3 business days before they are scheduled to draft. We will automatically cancel your DirectPay program once your account is paid off if you have not already done so.

## Refunding Your Credit Balance
If your account is overpaid, we will refund the credit balance on your account back to you. A refund check will be mailed to you within 15 business days of receiving your account payoff.

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

10 Day Payoff_10001

Page 1 of 4

**SUBPOENA RESPONSES 167**

CONFIDENTIAL

COAF_Francois_00000033

September 19, 2020

**Capital**One®
**Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-946-0332

# YOUR ACCOUNT PAYOFF INFORMATION

## Releasing the Lien/Title

We will release the lien and/or vehicle title according to the applicable laws in the state where your vehicle is titled.  The following processing guidelines will apply based on whether the payoff was made with certified or non-certified funds:

- **Certified Funds Payoff** - If you pay by dealer or cashier's check, Money Gram, Western Union, or cash at a Capital One Bank; Capital One will begin the lien release process the next business day after receipt of certified funds.
- **Non-Certified Funds Payoff** - If you pay by personal or business check, online, phone, or check paid at a Capital One Bank; to ensure the funds clear, it may take up to five business days after the receipt of the uncertified funds before Capital One begins the lien release process.

## Receiving Your Lien Release and/or Title

Please allow for applicable mailing time after the lien and/or title has been released.  Some states may hold your title electronically, and their mailing times may vary (see the following).

- If your vehicle is titled in the following states: AZ, CA, CO, FL, GA, IA, ID, LA, MA, NC, NE, NV, OH, PA, SC, SD, TX, VA, and WA, the State may hold your title electronically.  The State will mail your title once Capital One Auto Finance sends its release.  Please contact your state for its mailing time.
- If your vehicle is titled in FL or OH, the state may hold your title electronically.  You will need to visit a local title issuing office or contact your state's website to obtain your title.
- If your paper title is held by Capital One Auto Finance, or you are requesting a release of lien, we will mail the document to the address we have on file.  To expedite this request, you may provide your FedEx account number to have the document sent at your own expense.  You can sign up for a FedEx account by visiting their website at http://www.fedex.com/us/oadr.

We appreciate the opportunity to provide you with the information you need.  If you have any questions about paying off your account, feel free to call us at **1-800-946-0332**, Monday through Friday, from 9:00 a.m. to 8:00 p.m. Eastern Time, and we'll be happy to help you.

Sincerely,

Capital One Auto Finance

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

10 Day Payoff_10001

## SUBPOENA RESPONSES 168

CONFIDENTIAL

COAF_Francois_00000034

September 19, 2020



Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# PAYMENT OPTIONS

 **Online Payment**   Visit us online at **www.capitalone.com** and make a payment using your online account. You can also view other account details.

 **Capital One Mobile App**   Download the Capital One app today, available for both Apple and Android devices, for mobile access to your account to make a payment on the go. Let your fingers do the walking anytime, anywhere!

 **Pay By Phone**   Call us at **1-800-946-0332** to make an electronic payment using your checking account or debit card through our automated phone service or with a live agent who will be happy to assist you!

 **Pay By Mail**   Make your check out to "Capital One Auto Finance," include your account number, 6206274466242, on the check, and mail it to:

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

**Overnight Pay By Mail**   For faster receipt of your payment, make your check out to "Capital One Auto Finance," include your account number, 6206274466242, on the check, and overnight mail it to:

ATTN: PAYOFF
Capital One Auto Finance
2525 Corporate Place
2nd Floor, Suite #250
Monterey Park, CA 91754

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

10 Day Payoff_10001

**SUBPOENA RESPONSES 169**

CONFIDENTIAL

COAF_Francois_00000035

September 19, 2020



## PAYMENT OPTIONS

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-946-0332

---

MoneyGram* allows you to send certified funds directly to Capital One Auto Finance. Simply provide the following information when making your MoneyGram Payment:



| | |
|---|---|
| Receive Code: | 1776 |
| Company Name: | Capital One Auto Finance |
| City: | Plano |
| State: | TX |
| Account Number: | REDACTED |

---

Western Union* allows you to send certified funds directly to Capital One Auto Finance. Simply provide the following information when making your Western Union Payment:

**WESTERN|** ˡ
**UNION|** |

| | |
|---|---|
| Code City: | CAPAUTO |
| State: | TX |
| Account Number: | REDACTED the two letter state abbreviation for your state of residence |

---

Transfer funds directly from your bank account to ours. You will have to provide your bank the following information for a successful wire transfer. Keep in mind, *while bank transfers are certified funds, they may take a minimum of 72 business hours to post to your account.*



**Bank Wire/
Wire Transfer**

| | |
|---|---|
| Bank Name: | Bank of America |
| Bank Address: | Global Client Services |
| | CA4-701-10-57 |
| | 1655 Grant St. |
| | Concord, CA 94520 |
| ABA Routing Number: | 026009593 |
| Account Name: | Capital One Auto Finance Account |
| Account Number: | REDACTED |
| Address: | 7933 Preston Road |
| | Plano, TX 75024 |
| Reference: | Your last name and account number, REDACTED |

---

*Capital One does not provide, endorse, or guarantee any third-party product, service, information, or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

---

10 Day Payoff_10001

Page 4 of 4

## SUBPOENA RESPONSES 170

CONFIDENTIAL

COAF_Francois_00000036



**Auto Finance**

July 9, 2020

Capital One Auto Finance
P.O. Box 60511
City of Industry, CA 91716-0511
1-800-946-0332

# Activate your account and make
# an online payment.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN NY 112101536

606

| YOUR ACCOUNT INFORMATION | |
|---|---|
| Account Number: | REDACTED |
| Monthly Payment: | $601.75 |
| First Payment Due On: | 7/29/20 |
| Term: | 72 months |

Dear FARAH JEAN FRANCOIS,

Your payment is due on 7/29/20.  Don't forget, you can easily make your payment online.

**How to Activate Your Account**

1  Visit capitalone.com/autoenroll

2  Fill in your information

3  You're done! You can now make an online payment.

Thanks for being a part of Capital One Auto Finance®.

Sincerely,

Capital One

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and
NFB Funding, Inc.

188350734

Reminder_150

Page 1 of 1

COLR485D 6056  2000  204  97 200709  PAGE 00001  OF 00001  COAFCOR00000006
**SUBPOENA RESPONSES 171**

CONFIDENTIAL

COAF_Francois_00000037



Capital One Auto Finance
P.O. Box 60511
City of Industry, CA 91716-0511
1-800-946-0332

# Activate your auto account today.

ılı.|ıl.ıllılllll|ı.ıl.l.l.l.l|ıll.ılı.ıuı.ıl.l.l.ılll|ıl.ı.l.ıılıı
FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN NY 11210-1536                    668

**YOUR ACCOUNT INFORMATION**

| Account Number: | REDACTED |
| Monthly Payment: | $601.75 |
| First Payment Due On: | 7/29/20 |
| Term: | 72 months |

Dear Farah Jean Francois,

Congratulations on your new car and welcome to **Capital One Auto Finance®**. Accounts at **Capital One** can be managed online, so log in to activate yours today.

**How to Activate Your Account**

1  Visit capitalone.com/autoenroll

2  Fill in your information

3  You're done!

Thanks for being a part of Capital One Auto Finance.

Sincerely,

Capital One

P.S. Please see the reverse side for important disclosures.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

WL_002

Page 1 of 2

CONFIDENTIAL

COAF_Francois_00000038

## Important Disclosures and Information

**Late Fee Disclosure:** Your account is subject to late fees. We have changed the late fee terms on your account from your original contract in your favor. This change either reduces the amount you may be charged for a late fee, gives you more time to make a payment before a late fee is assessed, and/or caps the total amount of late fees you may pay over the life of your account. Please refer to your original contract, which you should have recently received, to review your original late fee terms. Your new late fee terms are as follows:

A grace period of 10 days applies to your account, which is the amount of time you are permitted to make a payment after your installment payment due date before a late fee is assessed. Please note, the grace period does not affect your installment payment due date, and interest continues to accrue on a daily basis. Your late fee will be 5.00% of any unpaid amount of your installment payment not to exceed $40.00. The maximum total amount of late fees you will be charged over the life of your account is $500.

**Phone Authorization for Electronic Payments:**
1 - You may authorize us to initiate one-time or recurring payment(s) that will be electronically debited from your bank account by phone at **1-800-946-0332**.
2 - Confirmation of your phone authorization for recurring payments will be sent to you by mail.
3 - Your authorization for one-time payment(s) will remain in effect until your payment(s) is electronically debited from your bank account, or until you direct us to stop it.
4 - You may make an electronic payment at no cost by either going online at www.capitalone.com, using our automated phone service at **1-800-946-0332**, or speaking with an agent at **1-800-946-0332**.
5 - If you wish to modify or cancel your payment(s), please call us at **1-800-946-0332**, Monday through Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time. Any change to your one-time payment(s) must be completed by 5:00 p.m. Eastern Time on the payment date. Any change to your DirectPay payment must be received 3 business days before your payment date to be effective for this month; otherwise, the change will be effective starting next month.

**Electronic Authorization:** Each time you send us a check, you authorize us to make a one-time electronic debit from your bank account for the amount of the check. This authorization applies to all checks received. If we cannot process the one-time electronic debit, you authorize us to debit your bank account using the original check, a paper draft, or other item. When we use information from your check to make a one-time electronic debit from your bank account, funds may be withdrawn from your bank account as soon as the same day you make, or we receive, your payment. You will not receive your check back from your financial institution.

**Your Contact and Insurance Information:** As a condition of your finance contract, please remember to keep us informed of any address or telephone number changes. You must also keep your vehicle insured for physical damage during the term of the finance contract with a minimum policy term of six months.

**Contract Provisions:** If your contract contains an arbitration, waiver of jury trial, or confession of judgment provision, please be advised that Capital One Auto Finance does not enforce these provisions. Additionally we agree to not rely on any predispute arbitration agreement to stop you from being part of a class action case in court. You may file a class action in court, or you may be a member of a class action filed by someone else.

**For Customers Enrolled in Insurance Coverage Option:** If you have separately purchased an insurance coverage option, any due date change does not extend to your insurance policy. If you decide to extend your coverage after the expiration date listed on your insurance policy or certificate, then it is your full responsibility to notify us.

**Important Information About Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. All disputes must be sent in writing to the following address:

ATTN: COAF Credit Bureau Dispute
Capital One Auto Finance
PO Box 259407
Plano, TX 75025-9407

**Contact Information:** If you wish to speak with customer service representative, you may do so by calling **1-800-946-0332**, Monday through Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

WL_002

**SUBPOENA RESPONSES 173**

CONFIDENTIAL

COAF_Francois_00000039



| Account Number: | REDACTED |
|---|---|
| Vehicle: | 17 BMW 5-SERIES |
| **ACCOUNT STATUS** | **PAST DUE** |

# YOUR MONTHLY AUTO STATEMENT
Statement Date: 12/08/2020



FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

**Get caught up fast by setting up a payment plan today.**

We can help you get your account back on track and help avoid potential late fees. Call us at 1-800-946-0332 to set up a plan that works for you.

## STATEMENT INFO

| | |
|---|---|
| Current Payment Due: | $601.75 |
| Past Due: | $2,107.00 |
| Late Fees: | $90.24 |

| **Total Due:** | **$2,798.99** |
|---|---|
| Payment Due Date: | 12/29/2020 |

## ACCOUNT INFO

| | |
|---|---|
| Principal Balance: | $29,179.95 |
| Payoff Amount: | $30,527.55 |
| Payoff Good Through: | 12/18/2020 |

## TRANSACTION HISTORY
Transactions between 11/09/2020 - 12/07/2020

| Date | Description | Total |
|---|---|---|

You have no transactions during this period.

---

Please detach and return the portion below with your payment.

**PAYMENT OPTIONS**

Pay or manage your account using our mobile app or online at www.capitalone.com  |  Pay by phone 1-800-946-0332



- Make checks payable to Capital One Auto Finance. Include your account number on check. **Don't send cash.**
- Send your check with payment coupon in envelope provided.
- Don't staple or paper clip your check to payment coupon.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| Account Number: | REDACTED |
|---|---|
| Total Due: | $2,798.99 |
| Due Date: | 12/29/2020 |
| Amount Enclosed: | $ |



## PAY ON THE GO.
Pay your bill securely and review transactions online or with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

**SUBPOENA RESPONSES 174**

CONFIDENTIAL

COAF_Francois_00000040

**IMPORTANT DISCLOSURES AND INSTRUCTIONS**

To the extent that you have filed for protection under federal bankruptcy law, you may not be personally liable for the unpaid balance of this loan. This statement is not an attempt to collect a debt and is being provided for informational purposes ONLY.

**1. Payment Options:**
- **Pay Online:** Enroll or sign into your account at www.capitalone.com to make a payment or setup a recurring payment plan.
- **Pay by Phone:** Call 1-800-946-0332 to make a one-time payment or set up a recurring payment plan using our automated phone service 24/7, or through an agent Monday - Friday 8:00 a.m. to 9:00 p.m. ET and Saturday 8:00 a.m. to 6:00 p.m. ET.
- **Pay by Mail:** Follow the mailing instructions on the payment coupon on the front of this statement. Please allow at least 5 business days (Monday - Saturday, except holidays) for postal delivery. Payments will be credited to your account effective the day your payment was received at our payment processing center.

**2. Electronic Authorization:** Each time you send us a check, you authorize us to use information from your check to make a one-time electronic debit from your bank account for the amount of the check. This authorization applies to all checks received. If we cannot process the one-time electronic debit, you authorize us to debit your bank account using the original check, a paper draft, or other item. When we use information from your check to make a one-time electronic debit from your checking account, funds may be withdrawn from your bank account as soon as the same day you make, or we receive your payment. You will not receive your check back from your financial institution.

**3. Late Fees:** Please remember, making your monthly payments in full and on time is important to avoid delinquency. If you are past due on your account you may be assessed late fees in accordance with your contract.

**4. Paying Your Account Ahead:** Your account can be paid ahead up to 3 months. Please note that interest continues to accrue daily during this time.

**5. Payoff Amount:** Your payoff amount may change if any transactions are posted to your account before the good-through date. If you pay the Payoff Amount before your good-through date, your account may be overpaid. The credit balance will be refunded back to you. If you pay the Payoff Amount shown after your good-through date, your account may not be paid off as you may have incurred additional interest and/or fees. You will receive a statement for the remaining balance prior to your next due date.

**6. Payoff Instructions:** Submit your payoff amount via any of our normal payment options, see below for how this will impact when Capital One will begin processing your release in accordance with state required timelines.
- **Certified Funds Payoff:** If you pay by dealer or cashier's check, Money Gram, Western Union, or cash at a Capital One Bank; Capital One will begin the lien release process the next business day after receipt of the certified funds.
- **Non-Certified Funds Payoff:** If you pay by personal or business check, online, phone, or check paid at a Capital One Bank; to ensure the funds clear, it may take up to five business days after the receipt of the uncertified funds before Capital One begins the lien release process.

**7. Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. All disputes must be sent in writing to the following address: ATTN: COAF Credit Bureau Dispute. Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Please detach and return the portion below with your payment.

---

## CHANGE OF ADDRESS
(Please print using blue or black ink)

**Current Address:**
FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

New Address

City                State          Zip

Home Phone          Alternate Phone



**SUBPOENA RESPONSES 175**



| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| **ACCOUNT STATUS** | **PAST DUE** |

# YOUR MONTHLY AUTO STATEMENT
Statement Date: 11/09/2020



**Get caught up fast by setting up a payment plan today.**

We can help you get your account back on track and help avoid potential late fees. Call us at 1-800-946-0332 to set up a plan that works for you.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

## STATEMENT INFO

| | |
| --- | --- |
| Current Payment Due: | $601.75 |
| Past Due: | $1,505.25 |
| Late Fees: | $90.24 |

| **Total Due:** | **$2,197.24** |
| Payment Due Date: | 11/29/2020 |

## ACCOUNT INFO

| | |
| --- | --- |
| Principal Balance: | $29,179.95 |
| Payoff Amount: | $30,211.72 |
| Payoff Good Through: | 11/19/2020 |

## TRANSACTION HISTORY
Transactions between 10/08/2020 - 11/08/2020

| Date | Description | Late Fees | | Total |
| --- | --- | --- | --- | --- |
| 11/08/2020 | Late Fees Assessed | $30.08 | = | $30.08 |
| 10/09/2020 | Late Fees Assessed | $30.08 | = | $30.08 |
| | | | | $60.16 |

---

Please detach and return the portion below with your payment.

**PAYMENT OPTIONS**

Pay or manage your account using our mobile app or online at www.capitalone.com | Pay by phone 1-800-946-0332



- Make checks payable to Capital One Auto Finance. Include your account number on check. **Don't send cash.**
- Send your check with payment coupon in envelope provided.
- Don't staple or paper clip your check to payment coupon.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| Account Number: | REDACTED |
| Total Due: | $2,197.24 |
| Due Date: | 11/29/2020 |
| Amount Enclosed: | $ |



## PAY ON THE GO.
Pay your bill securely and review transactions online or with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.



Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

1  1291 272 00911 6242100100021972465

CONFIDENTIAL

COAF_Francois_00000042

**IMPORTANT DISCLOSURES AND INSTRUCTIONS**

To the extent that you have filed for protection under federal bankruptcy law, you may not be personally liable for the unpaid balance of this loan.  This statement is not an attempt to collect a debt and is being provided for informational purposes ONLY.

**1. Payment Options:**
- **Pay Online:** Enroll or sign into your account at www.capitalone.com to make a payment or setup a recurring payment plan.
- **Pay by Phone:** Call 1-800-946-0332 to make a one-time payment or set up a recurring payment plan using our automated phone service 24/7, or through an agent Monday - Friday 8:00 a.m. to 9:00 p.m. ET and Saturday 8:00 a.m. to 6:00 p.m. ET.
- **Pay by Mail:** Follow the mailing instructions on the payment coupon on the front of this statement. Please allow at least 5 business days (Monday - Saturday, except holidays) for postal delivery. Payments will be credited to your account effective the day your payment was received at our payment processing center.

**2. Electronic Authorization:** Each time you send us a check, you authorize us to use information from your check to make a one-time electronic debit from your bank account for the amount of the check. This authorization applies to all checks received. If we cannot process the one-time electronic debit, you authorize us to debit your bank account using the original check, a paper draft, or other item. When we use information from your check to make a one-time electronic debit from your checking account, funds may be withdrawn from your bank account as soon as the same day you make, or we receive your payment. You will not receive your check back from your financial institution.

**3. Late Fees:** Please remember, making your monthly payments in full and on time is important to avoid delinquency. If you are past due on your account you may be assessed late fees in accordance with your contract.

**4. Paying Your Account Ahead:** Your account can be paid ahead up to 3 months. Please note that interest continues to accrue daily during this time.

**5. Payoff Amount:** Your payoff amount may change if any transactions are posted to your account before the good-through date. If you pay the Payoff Amount before your good-through date, your account may be overpaid. The credit balance will be refunded back to you. If you pay the Payoff Amount shown after your good-through date, your account may not be paid off as you may have incurred additional interest and/or fees. You will receive a statement for the remaining balance prior to your next due date.

**6. Payoff Instructions:** Submit your payoff amount via any of our normal payment options, see below for how this will impact when Capital One will begin processing your release in accordance with state required timelines.
- **Certified Funds Payoff:** If you pay by dealer or cashier's check, Money Gram, Western Union, or cash at a Capital One Bank; Capital One will begin the lien release process the next business day after receipt of the certified funds.
- **Non-Certified Funds Payoff:** If you pay by personal or business check, online, phone, or check paid at a Capital One Bank; to ensure the funds clear, it may take up to five business days after the receipt of the uncertified funds before Capital One begins the lien release process.

**7. Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. All disputes must be sent in writing to the following address: ATTN: COAF Credit Bureau Dispute. Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Please detach and return the portion below with your payment.

**CHANGE OF ADDRESS**
(Please print using blue or black ink)
Current Address:
FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

New Address



City          State          Zip

Home Phone          Alternate Phone

**SUBPOENA RESPONSES 177**



| Account Number: | REDACTED |
| --- | --- |
| Vehicle: | 17 BMW 5-SERIES |
| **ACCOUNT STATUS** | **PAST DUE** |

# YOUR MONTHLY AUTO STATEMENT
Statement Date: 10/08/2020



FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

**Get caught up fast by setting up a payment plan today.**

We can help you get your account back on track and help avoid potential late fees. Call us at 1-800-946-0332 to set up a plan that works for you.

## STATEMENT INFO

| Current Payment Due: | $601.75 |
| --- | --- |
| Past Due: | $903.50 |
| Late Fees: | $30.08 |

| **Total Due:** | **$1,535.33** |
| --- | --- |
| Payment Due Date: | 10/29/2020 |

## ACCOUNT INFO

| Principal Balance: | $29,179.95 |
| --- | --- |
| Payoff Amount: | $29,803.06 |
| Payoff Good Through: | 10/18/2020 |

## TRANSACTION HISTORY
Transactions between 09/08/2020 - 10/07/2020

| Date | Description | Interest | Late Fees | | Total |
| --- | --- | --- | --- | --- | --- |
| 09/11/2020 | Payment Received | -$300.00 | $0.00 | = | -$300.00 |
| 09/08/2020 | Late Fees Assessed | $0.00 | $30.08 | = | $30.08 |
| | | | | | -$269.92 |

---

Please detach and return the portion below with your payment.

| **PAYMENT OPTIONS** | |
| --- | --- |
| Pay or manage your account using our mobile app or online at www.capitalone.com | Pay by phone 1-800-946-0332 |



- Make checks payable to Capital One Auto Finance. Include your account number on check. **Don't send cash.**
- Send your check with payment coupon in envelope provided.
- Don't staple or paper clip your check to payment coupon.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| Account Number: | REDACTED |
| --- | --- |
| Total Due: | $1,535.33 |
| Due Date: | 10/29/2020 |
| Amount Enclosed: | $ |





## PAY ON THE GO.
Pay your bill securely and review transactions online or with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

1 1 201 272 A 00441 6242100100015353363

## SUBPOENA RESPONSES 178

CONFIDENTIAL

COAF_Francois_00000044

**IMPORTANT DISCLOSURES AND INSTRUCTIONS**

To the extent that you have filed for protection under federal bankruptcy law, you may not be personally liable for the unpaid balance of this loan.  This statement is not an attempt to collect a debt and is being provided for informational purposes ONLY.

**1. Payment Options:**
- **Pay Online:** Enroll or sign into your account at www.capitalone.com to make a payment or setup a recurring payment plan.
- **Pay by Phone:** Call 1-800-946-0332 to make a one-time payment or set up a recurring payment plan using our automated phone service 24/7, or through an agent Monday - Friday 8:00 a.m. to 9:00 p.m. ET and Saturday 8:00 a.m. to 6:00 p.m. ET.
- **Pay by Mail:** Follow the mailing instructions on the payment coupon on the front of this statement. Please allow at least 5 business days (Monday - Saturday, except holidays) for postal delivery. Payments will be credited to your account effective the day your payment was received at our payment processing center.

**2. Electronic Authorization:** Each time you send us a check, you authorize us to use information from your check to make a one-time electronic debit from your bank account for the amount of the check. This authorization applies to all checks received. If we cannot process the one-time electronic debit, you authorize us to debit your bank account using the original check, a paper draft, or other item. When we use information from your check to make a one-time electronic debit from your checking account, funds may be withdrawn from your bank account as soon as the same day you make, or we receive your payment. You will not receive your check back from your financial institution.

**3. Late Fees:** Please remember, making your monthly payments in full and on time is important to avoid delinquency. If you are past due on your account you may be assessed late fees in accordance with your contract.

**4. Paying Your Account Ahead:** Your account can be paid ahead up to 3 months. Please note that interest continues to accrue daily during this time.

**5. Payoff Amount:** Your payoff amount may change if any transactions are posted to your account before the good-through date. If you pay the Payoff Amount before your good-through date, your account may be overpaid. The credit balance will be refunded back to you. If you pay the Payoff Amount shown after your good-through date, your account may not be paid off as you may have incurred additional interest and/or fees. You will receive a statement for the remaining balance prior to your next due date.

**6. Payoff Instructions:** Submit your payoff amount via any of our normal payment options, see below for how this will impact when Capital One will begin processing your release in accordance with state required timelines.
- **Certified Funds Payoff:** If you pay by dealer or cashier's check, Money Gram, Western Union, or cash at a Capital One Bank; Capital One will begin the lien release process the next business day after receipt of the certified funds.
- **Non-Certified Funds Payoff:** If you pay by personal or business check, online, phone, or check paid at a Capital One Bank; to ensure the funds clear, it may take up to five business days after the receipt of the uncertified funds before Capital One begins the lien release process.

**7. Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. All disputes must be sent in writing to the following address: ATTN: COAF Credit Bureau Dispute, Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Please detach and return the portion below with your payment.

---

## CHANGE OF ADDRESS
(Please print using blue or black ink)

**Current Address:**
FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536



New Address

City                    State              Zip

Home Phone              Alternate Phone

**SUBPOENA RESPONSES 179**

CONFIDENTIAL                                                                    COAF_Francois_00000045



| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| **ACCOUNT STATUS** | **PAST DUE** |

# YOUR MONTHLY AUTO STATEMENT
Statement Date: 09/08/2020

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536



**Get caught up fast by setting up a payment plan today.**

We can help you get your account back on track and help avoid potential late fees. Call us at 1-800-946-0332 to set up a plan that works for you.

## STATEMENT INFO

| | |
| --- | --- |
| Current Payment Due: | $601.75 |
| Past Due: | $601.75 |
| Late Fees: | $0.00 |
| **Total Due:** | **$1,203.50** |
| Payment Due Date: | 09/29/2020 |

## ACCOUNT INFO

| | |
| --- | --- |
| Principal Balance: | $29,179.95 |
| Payoff Amount: | $29,746.26 |
| Payoff Good Through: | 09/18/2020 |

## TRANSACTION HISTORY
Transactions between 08/08/2020 - 09/07/2020

| Date | Description | Total |
| --- | --- | --- |

You have no transactions during this period.

Please detach and return the portion below with your payment.

**PAYMENT OPTIONS**

Pay or manage your account using our mobile app or online at www.capitalone.com | Pay by phone 1-800-946-0332



- Make checks payable to Capital One Auto Finance. Include your account number on check. **Don't send cash.**
- Send your check with payment coupon in envelope provided.
- Don't staple or paper clip your check to payment coupon.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| Account Number: | REDACTED |
| Total Due: | $1,203.50 |
| Due Date: | 09/29/2020 |
| Amount Enclosed: | $ |



## PAY ON THE GO.
Pay your bill securely and review transactions online or with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

1 L291 272 A00 44 b2421001000120350b1

**SUBPOENA RESPONSES 180**

CONFIDENTIAL

COAF_Francois_00000046

# IMPORTANT DISCLOSURES AND INSTRUCTIONS

To the extent that you have filed for protection under federal bankruptcy law, you may not be personally liable for the unpaid balance of this loan. This statement is not an attempt to collect a debt and is being provided for informational purposes ONLY.

1. **Payment Options:**
   - **Pay Online:** Enroll or sign into your account at www.capitalone.com to make a payment or setup a recurring payment plan.
   - **Pay by Phone:** Call 1-800-946-0332 to make a one-time payment or set up a recurring payment plan using our automated phone service 24/7, or through an agent Monday - Friday 8:00 a.m. to 9:00 p.m. ET and Saturday 8:00 a.m. to 6:00 p.m. ET.
   - **Pay by Mail:** Follow the mailing instructions on the payment coupon on the front of this statement. Please allow at least 5 business days (Monday - Saturday, except holidays) for postal delivery. Payments will be credited to your account effective the day your payment was received at our payment processing center.

2. **Electronic Authorization:** Each time you send us a check, you authorize us to use information from your check to make a one-time electronic debit from your bank account for the amount of the check. This authorization applies to all checks received. If we cannot process the one-time electronic debit, you authorize us to debit your bank account using the original check, a paper draft, or other item. When we use information from your check to make a one-time electronic debit from your checking account, funds may be withdrawn from your bank account as soon as the same day you make, or we receive your payment. You will not receive your check back from your financial institution.

3. **Late Fees:** Please remember, making your monthly payments in full and on time is important to avoid delinquency. If you are past due on your account you may be assessed late fees in accordance with your contract.

4. **Paying Your Account Ahead:** Your account can be paid ahead up to 3 months. Please note that interest continues to accrue daily during this time.

5. **Payoff Amount:** Your payoff amount may change if any transactions are posted to your account before the good-through date. If you pay the Payoff Amount before your good-through date, your account may be overpaid. The credit balance will be refunded back to you. If you pay the Payoff Amount shown after your good-through date, your account may not be paid off as you may have incurred additional interest and/or fees. You will receive a statement for the remaining balance prior to your next due date.

6. **Payoff Instructions:** Submit your payoff amount via any of our normal payment options, see below for how this will impact when Capital One will begin processing your release in accordance with state required timelines.
   - **Certified Funds Payoff:** If you pay by dealer or cashier's check, Money Gram, Western Union, or cash at a Capital One Bank; Capital One will begin the lien release process the next business day after receipt of the certified funds.
   - **Non-Certified Funds Payoff:** If you pay by personal or business check, online, phone, or check paid at a Capital One Bank; to ensure the funds clear, it may take up to five business days after the receipt of the uncertified funds before Capital One begins the lien release process.

7. **Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. All disputes must be sent in writing to the following address: ATTN: COAF Credit Bureau Dispute. Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Please detach and return the portion below with your payment.

## CHANGE OF ADDRESS
(Please print using blue or black ink)

**Current Address:**
FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536



New Address

City          State          Zip

Home Phone          Alternate Phone

## SUBPOENA RESPONSES 181



| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| **ACCOUNT STATUS** | CURRENT |

# YOUR MONTHLY AUTO STATEMENT
Statement Date: 08/08/2020



MAKE A PAYMENT OR TO VIEW
**SCHEDULED PAYMENTS VISIT**
www.capitalone.com

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

## STATEMENT INFO

| | |
|---|---|
| Current Payment Due: | $601.75 |
| Past Due: | $0.00 |
| Late Fees: | $0.00 |

| **Total Due:** | **$601.75** |
|---|---|
| Payment Due Date: | 08/29/2020 |

## ACCOUNT INFO

| | |
|---|---|
| Principal Balance: | $29,179.95 |
| Payoff Amount: | $29,408.65 |
| Payoff Good Through: | 08/18/2020 |

## TRANSACTION HISTORY
Transactions between 07/08/2020 - 08/07/2020

| Date | Description | Principal | Interest | | Total |
|---|---|---|---|---|---|
| 07/28/2020 | Payment Received | -$282.86 | -$318.89 | = | -$601.75 |

---

Please detach and return the portion below with your payment.

**PAYMENT OPTIONS**

Pay or manage your account using our mobile app or online at www.capitalone.com    |    Pay by phone 1-800-946-0332



- Make checks payable to Capital One Auto Finance. Include your account number on check. **Don't send cash.**
- Send your check with payment coupon in envelope provided.
- Don't staple or paper clip your check to payment coupon.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

| Account Number: | REDACTED |
|---|---|
| Total Due: | $601.75 |
| Due Date: | 08/29/2020 |
| Amount Enclosed: | $ |



## PAY ON THE GO.
Pay your bill securely and review transactions online or with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

1 1 0012342100100006017563

CONFIDENTIAL

COAF_Francois_00000048

**IMPORTANT DISCLOSURES AND INSTRUCTIONS**

To the extent that you have filed for protection under federal bankruptcy law, you may not be personally liable for the unpaid balance of this loan. This statement is not an attempt to collect a debt and is being provided for informational purposes ONLY.

**1. Payment Options:**
- **Pay Online:** Enroll or sign into your account at www.capitalone.com to make a payment or setup a recurring payment plan.
- **Pay by Phone:** Call 1-800-946-0332 to make a one-time payment or set up a recurring payment plan using our automated phone service 24/7, or through an agent Monday - Friday 8:00 a.m. to 9:00 p.m. ET and Saturday 8:00 a.m. to 6:00 p.m. ET.
- **Pay by Mail:** Follow the mailing instructions on the payment coupon on the front of this statement. Please allow at least 5 business days (Monday - Saturday, except holidays) for postal delivery. Payments will be credited to your account effective the day your payment was received at our payment processing center.

**2. Electronic Authorization:** Each time you send us a check, you authorize us to use information from your check to make a one-time electronic debit from your bank account for the amount of the check. This authorization applies to all checks received. If we cannot process the one-time electronic debit, you authorize us to debit your bank account using the original check, a paper draft, or other item. When we use information from your check to make a one-time electronic debit from your checking account, funds may be withdrawn from your bank account as soon as the same day you make, or we receive your payment. You will not receive your check back from your financial institution.

**3. Late Fees:** Please remember, making your monthly payments in full and on time is important to avoid delinquency. If you are past due on your account you may be assessed late fees in accordance with your contract.

**4. Paying Your Account Ahead:** Your account can be paid ahead up to 3 months. Please note that interest continues to accrue daily during this time.

**5. Payoff Amount:** Your payoff amount may change if any transactions are posted to your account before the good-through date. If you pay the Payoff Amount before your good-through date, your account may be overpaid. The credit balance will be refunded back to you. If you pay the Payoff Amount shown after your good-through date, your account may not be paid off as you may have incurred additional interest and/or fees. You will receive a statement for the remaining balance prior to your next due date.

**6. Payoff Instructions:** Submit your payoff amount via any of our normal payment options, see below for how this will impact when Capital One will begin processing your release in accordance with state required timelines.
- **Certified Funds Payoff:** If you pay by dealer or cashier's check, Money Gram, Western Union, or cash at a Capital One Bank; Capital One will begin the lien release process the next business day after receipt of the certified funds.
- **Non-Certified Funds Payoff:** If you pay by personal or business check, online, phone, or check paid at a Capital One Bank; to ensure the funds clear, it may take up to five business days after the receipt of the uncertified funds before Capital One begins the lien release process.

**7. Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. All disputes must be sent in writing to the following address: ATTN: COAF Credit Bureau Dispute, Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Please detach and return the portion below with your payment.

**CHANGE OF ADDRESS**
(Please print using blue or black ink)
**Current Address:**
FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

New Address



City          State          Zip

Home Phone          Alternate Phone

**SUBPOENA RESPONSES 183**



| Account Number: | REDACTED |
|---|---|
| Vehicle: | 17 BMW 5-SERIES |
| ACCOUNT STATUS | CURRENT |

# YOUR MONTHLY AUTO STATEMENT
Statement Date: 07/08/2020

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536

MAKE A PAYMENT OR TO VIEW
**SCHEDULED PAYMENTS VISIT**
www.capitalone.com



## STATEMENT INFO

| Current Payment Due: | $601.75 |
|---|---|
| Past Due: | $0.00 |
| Late Fees: | $0.00 |

| **Total Due:** | **$601.75** |
|---|---|
| Payment Due Date: | 07/29/2020 |

## ACCOUNT INFO

| Principal Balance: | $29,462.81 |
|---|---|
| Payoff Amount: | $29,671.73 |
| Payoff Good Through: | 07/18/2020 |

## TRANSACTION HISTORY
Transactions between 06/29/2020 - 07/07/2020

| Date | Description | | Principal | | Total |
|---|---|---|---|---|---|
| 06/29/2020 | Amount Financed | | $29,462.81 | = | $29,462.81 |

---

Please detach and return the portion below with your payment.

**PAYMENT OPTIONS**

Pay or manage your account using our mobile app or online at www.capitalone.com    |    Pay by phone 1-800-946-0332



- Make checks payable to Capital One Auto Finance. Include your account number on check. **Don't send cash.**
- Send your check with payment coupon in envelope provided.
- Don't staple or paper clip your check to payment coupon.

FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536



| Account Number: | REDACTED |
|---|---|
| Total Due: | $601.75 |
| Due Date: | 07/29/2020 |
| Amount Enclosed: | $ |

## PAY ON THE GO.
Pay your bill securely and review transactions online or with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

1 1 291 292 00 41 6242100100006017563

CONFIDENTIAL

COAF_Francois_00000050

# IMPORTANT DISCLOSURES AND INSTRUCTIONS

**To the extent that you have filed for protection under federal bankruptcy law, you may not be personally liable for the unpaid balance of this loan. This statement is not an attempt to collect a debt and is being provided for informational purposes ONLY.**

**1. Payment Options:**
- **Pay Online:** Enroll or sign into your account at www.capitalone.com to make a payment or setup a recurring payment plan.
- **Pay by Phone:** Call 1-800-946-0332 to make a one-time payment or set up a recurring payment plan using our automated phone service 24/7, or through an agent Monday - Friday 8:00 a.m. to 9:00 p.m. ET and Saturday 8:00 a.m. to 6:00 p.m. ET.
- **Pay by Mail:** Follow the mailing instructions on the payment coupon on the front of this statement. Please allow at least 5 business days (Monday - Saturday, except holidays) for postal delivery. Payments will be credited to your account effective the day your payment was received at our payment processing center.

**2. Electronic Authorization:** Each time you send us a check, you authorize us to use information from your check to make a one-time electronic debit from your bank account for the amount of the check. This authorization applies to all checks received. If we cannot process the one-time electronic debit, you authorize us to debit your bank account using the original check, a paper draft, or other item. When we use information from your check to make a one-time electronic debit from your checking account, funds may be withdrawn from your bank account as soon as the same day you make, or we receive your payment. You will not receive your check back from your financial institution.

**3. Late Fees:** Please remember, making your monthly payments in full and on time is important to avoid delinquency. If you are past due on your account you may be assessed late fees in accordance with your contract.

**4. Paying Your Account Ahead:** Your account can be paid ahead up to 3 months. Please note that interest continues to accrue daily during this time.

**5. Payoff Amount:** Your payoff amount may change if any transactions are posted to your account before the good-through date. If you pay the Payoff Amount before your good-through date, your account may be overpaid. The credit balance will be refunded back to you. If you pay the Payoff Amount shown after your good-through date, your account may not be paid off as you may have incurred additional interest and/or fees. You will receive a statement for the remaining balance prior to your next due date.

**6. Payoff Instructions:** Submit your payoff amount via any of our normal payment options, see below for how this will impact when Capital One will begin processing your release in accordance with state required timelines.
- **Certified Funds Payoff:** If you pay by dealer or cashier's check, Money Gram, Western Union, or cash at a Capital One Bank; Capital One will begin the lien release process the next business day after receipt of the certified funds.
- **Non-Certified Funds Payoff:** If you pay by personal or business check, online, phone, or check paid at a Capital One Bank; to ensure the funds clear, it may take up to five business days after the receipt of the uncertified funds before Capital One begins the lien release process.

**7. Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. All disputes must be sent in writing to the following address: ATTN: COAF Credit Bureau Dispute. Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407.

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

*Please detach and return the portion below with your payment.*

## CHANGE OF ADDRESS
(Please print using blue or black ink)

**Current Address:**
FARAH JEAN FRANCOIS
2914 FARRAGUT RD
BROOKLYN, NY 11210-1536



New Address

City          State          Zip

Home Phone          Alternate Phone

## SUBPOENA RESPONSES 185

CONFIDENTIAL

COAF_Francois_00000051


**Auto Finance**

## Transaction History Report (as of 9/15/2022 )

| Account #: | REDACTED | | Period: | 06/29/2020 | - | 09/15/2022 |
|---|---|---|---|---|---|---|

**Loan Bal:** $29,179.95

| Date | Description | Debit | Credit |
|---|---|---|---|
| 12/09/2020 | Late Charge assessment | $30.08 | |
| 11/08/2020 | Late Charge assessment | $30.08 | |
| 10/09/2020 | Late Charge assessment | $30.08 | |
| 09/11/2020 | Capital One auto loan payment. | | $300.00 |
| 09/08/2020 | Late Charge assessment | $30.08 | |
| 07/28/2020 | Capital One auto loan payment. | | $601.75 |

*Page 1 of 1*

**SUBPOENA RESPONSES 186**

CONFIDENTIAL

2024

DCN   30029749



R01
APP ID - 188350734
Alt ID -

AB - 100191372016000381530077085025596
IN DATE - 2020-07-02, 03:57:54
IN - arilla.kelly, PRE - dwilson30
TITLE - N, White out - N

SUBPOENA RESPONSES 187

CONFIDENTIAL

CONFIDENTIAL

COAF_Francois_00000054

COAF_Frances_00000055
CONFIDENTIAL

SUBPOENA RESPONSES 189

IMAGE ID - 56967108

*56967108*

C2024, R01

APP ID - 188350734
IN - 2020-06-29, 17:16:06

CONFIDENTIAL

COAF_Francois_00000056

7/1/2020                                                    Contract Details - Print

# Dealertrack

## Capital One Auto Finance

**Capital One**   $ Booked                                        Victory Mitsubishi 647415

### Applicant(s)                                    Vehicle

| | | | |
|---|---|---|---|
| Applicant Name | FARAH JEAN FRANCOIS | N/U/D | USED |
| Co-Applicant Name | – | Year/Make/Model | 2017/BMW/5-SERIES |
| Work Number | (212) 245-5877 | Trim | Sedan 4D 530xi AWD |
| Home Number | (347) 995-5054 | VIN # | WBAJA7C38HG904646 |

### Financing Information                          Funding Documents

| | | | |
|---|---|---|---|
| Amount Financed | $29,462.61 | | – |
| Term | 72 mos | **Stipulations** | |
| Dealer Fee | $290.00 | | – |
| Dealer Participation | $1,420.84 | **Comments** | |
| Net To Dealer | $29,172.61 | | – |
| Reference Link | Click here to update directly in Dealer Navigator | | |

### Reference

| | | |
|---|---|---|
| App ID | 188350734 | |
| Relationship Manager | Relationship Manager: Redacted | |
| Ph | (888) 396-2623 Ext. 8323 | |
| Fax | (888) 722-5186 | |
| Funding Manager | – | |
| Ph | (800) 945-9875 Ext. 8324 | |
| Fax | (888) 722-5186 | |

SUBPOENA RESPONSES 191

CONFIDENTIAL

COAF_Francois_00000057

CONFIDENTIAL

COAF_Frances_0000058

SUBPOENA RESPONSES 192

1/1

https://www2.dealertrack.com/dealjackets/31020001220254900/deals/31020001280934958/decisions/contract/1134302/details/?format=print



# FAX COVER SHEET

To:       Capital One Auto Finance

Fax:      null

From:     FARAH JEAN FRANCOIS

Pages:

Date:     06/29/2020

Ref #:    188350734

Dealer #: 40906

SUBPOENA RESPONSES 193

CONFIDENTIAL

9/10/22 3:55 PM

# LAW 553-NY-B-A-eps 10/18

## RETAIL INSTALMENT CONTRACT
## SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number ____________ Contract Number ____________

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| FARAH JEAN FRANCOIS<br>2914 FARRAGUT<br>BROOKLYN, NY 11210<br>KINGS | N/A<br>N/A | VICTORY MITSUBISHI<br>4070 Boston Rd<br>BRONX, NY 10475 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2017 | BMW 5 SERIES | WBAJA7C38HG904646 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 9,000.00 is |
|---|---|---|---|---|
| 13.66 % | $ 13,863.19 | $ 29,462.81 | $ 43,326.00 | $ 52,326.00 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 601.75 | Monthly beginning 07/29/20 |
| N/A | N/A | N/A |

Or As Follows:
N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 1.00 or 5 % of the part of the payment that is late, whichever is greater.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X ____________

Co-Buyer Signs X N/A

**GAP Waiver Notice**
☒ If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you were to prepay the contract in full (less any refunds we get for cancelling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due payments and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

SUBPOENA RESPONSES 195

of $ _____ or _____ % of the part or the payment that is late, whichever is $ _____.

Prepayment. If you pay early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**WARRANTIES**
The following paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the Lemon Laws or, for used vehicles, under the certificate of serviceability that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle you bought in New York City.

Unless the Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making no warranties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.

The following notice only applies to used vehicles bought in New York City:

**IMPORTANT NOTICE TO BUYER**

(A) STATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.

(D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. COMPLAINT PHONE: (212) 639-9675.

Buyer Signs X _____    Co-Buyer Signs X N/A

LAW 553-NY-B-A-aps 10/18 v1    Page 1 of 6

SUBPOENA RESPONSES 196

CONFIDENTIAL

COAF_Finance_00000082

# LAW 553-NY-B-A-eps 10/18

## RETAIL INSTALMENT CONTRACT
## SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number _____   Contract Number _____

| Name and Address ng County and Zip Code) JEAN FRANCOIS RRAGUT LYN, NY 11210 | Co-Buyer Name and Address (Including County and Zip Code) N/A . N/A | Seller-Creditor (Name and Address) VICTORY MITSUBISHI 4070 Boston Rd BRONX, NY 10475 |

e Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on nder the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and e Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending ures below are part of this contract.

| sed/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
| SED | 2017 | BMW 5 SERIES | WBAJA7C38HG904646 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ _____ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 9,000.00 , is |
| i.66 % | $ 13,863.19 | $ 29,462.81 | $ 43,326.00 | $ 52,326.00 |

(e) means an estimate

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X N/A

### Payment Schedule Will Be:

| umber of ayments | Amount of Payments | When Payments Are Due |
| 72 | 601.75 | Monthly beginning 07/29/20 |
| N/A | N/A | N/A |

Follows:
N/A

**GAP Waiver Notice**
☒ If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you were to prepay the contract in full (less any refunds we get for cancelling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due payments and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

arge. If payment is not received in full within __10__ days after it is due, you will pay a late charge 1.00 or 5 % of the part of the payment that is late, whichever is greater .

nent. If you pay early, you will not have to pay a penalty.

y Interest. You are giving a security interest in the vehicle being purchased.

al Information: See this contract for more information including information about nonpayment, any required repayment in full before the scheduled date and security interest.

**NTIES**
wing paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the Lemon Laws or, for used vehicles, a certificate of serviceability that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle you bought in New York City.
he Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making nties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.
wing notice only applies to used vehicles bought in New York City:

### IMPORTANT NOTICE TO BUYER
TATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE ONDITION AT THE TIME OF SALE.
HIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
OU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE AR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.
HIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. OMPLAINT PHONE: (212) 639-9675.

gns X _____ Co-Buyer Signs X N/A

LAW 553-NY-B-A-eps 10/18 v1   Page 1 of 6

CONFIDENTIAL

COAF_Francois_00000063

Buyer N
(includi
FARAH .
2914 FA
BROOKl
KINGS

You, the
credit u
Finance
Disclosi

New/U:

U:

AN
PERC
F
The
your
a ye

1:

Your |
Nι
Pι

Or As

Late Ch
of $ ___
Prepayn
Security
Additior
default, ι

WARRA
The follo
under the
Unless t
no warri
The follo

(A)  ST
     CC
(B)  TH
(C)  YC
     CA
(D)  TH
     CC

Buyer Si

CONFIDENTIAL

COAF_Francois_00000064

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ ____3,105.81____ sales tax)  $ ____35,100.81 (1)

2 Total Downpayment =
   Your trade-in is a _____ N/A
   
   | Year | Make | Model | Vehicle Identification No. |
   |---|---|---|---|

   Gross Trade-In Allowance  $ ____ N/A
   Less Prior Credit or Lease Balance (e)  $ ____ N/A
   Equals Net Trade In  $ ____9,000.00
   + Cash  $ ____ N/A
   + Other N/A  $ ____ N/A
   + Other N/A  $ ____ N/A

   (If total downpayment is negative, enter "0" and see 4l below)  $ ____9,000.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2)  $ ____26,100.81 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance
     Paid to Insurance Company or Companies
     Life  $ ____ N/A
     Disability  $ ____ N/A
   B Vendor's Single Interest Insurance Paid to Insurance Company  $ ____ N/A
   C Other Optional Insurance Paid to Insurance Company or Companies  $ ____ N/A
   D Fees Paid to Government Agencies
     to NY STATE  for INSPECTION  $ ____37.00
     to N/A  for N/A  $ ____ N/A
     to N/A  for N/A  $ ____ N/A
     Government Taxes Not Included in Cash Price  $ ____ N/A
   E Government License and/or Registration Fees  $ ____ N/A
   F LIC & REG FEES  $ ____250.00
   G Government Certificate of Title Fees  $ ____ N/A
   H Government Waste Tire Management Fee  $ ____ N/A
   I Other Charges (Seller must identify who is paid and describe purpose)
     to N/A  for Prior Credit or Lease Balance (e)  $ ____ N/A
     to VICTORY MITSUBISHI  for DOC FEE  $ ____75.00
     to INTERSTATE (STAR AUTO)  for SERVICE CONTRACT  $ ____3,000.00
     to N/A  for N/A  $ ____ N/A
     to N/A  for N/A  $ ____ N/A
     to N/A  for N/A  $ ____ N/A
     to N/A  for N/A  $ ____ N/A
     to N/A  for N/A  $ ____ N/A
     to N/A  for N/A  $ ____ N/A
     Total Other Charges and Amounts Paid to Others on Your Behalf  $ ____3,362.00 (4)

5 Amount Financed (3 + 4)  $ ____29,462.81 (5)

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name
N/A

Home Office Address
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A  Type of Insurance ____ N/A  ____ N/A
                                                    Term
Premium $ ____ N/A
Insurance Company Name
N/A
Home Office Address
N/A

☐ N/A  Type of Insurance ____ N/A  ____ N/A
                                                    Term
Premium $ ____ N/A
Insurance Company Name
N/A
Home Office Address
N/A

Your optional insurance is not required to obtain credit. Your

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ N/A _____, Year _____ N/A _____, SELLER'S INITIALS N/A _____

decision to buy or not buy any other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ N/A _____ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

X N/A
_____
Buyer Signature          N/A   Date

X N/A
_____
Co-Buyer Signature       N/A   Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay a charge of $ 20 if any check you give us is dishonored.

Buyer Signs X _____   Co-Buyer Signs X N/A

LAW 553-NY-B-A-eps 10/18 v1   Page 2 of 6

SUBPOENA RESPONSES 200
CONFIDENTIAL
CCAF_Franrom_00000066

**ATION OF AMOUNT FINANCED**

| | | | |
|---|---|---|---|
| n Price (including $ 3,105.81 sales tax) | | | $ 35,100.81 (1) |
| Downpayment = | | | |
| Your trade-in is a N/A (Year / Make / Model / Vehicle Identification No.) | | | |
| Gross Trade-In Allowance | | $ N/A | |
| Less Prior Credit or Lease Balance (e) | | $ N/A | |
| Equals Net Trade In | | $ N/A | |
| + Cash | | $ 9,000.00 | |
| + Other N/A | | $ N/A | |
| + Other N/A | | $ N/A | |
| (If total downpayment is negative, enter "0" and see 4I below) | | | $ 9,000.00 (2) |
| id Balance of Cash Price (1 minus 2) | | | $ 26,100.81 (3) |
| r Charges Including Amounts Paid to Others on Your Behalf | | | |
| er may keep part of these amounts): | | | |
| ost of Optional Credit Insurance | | | |
| aid to Insurance Company or Companies | | | |
| ife | $ N/A | | |
| isability | $ N/A | $ N/A | |
| endor's Single Interest Insurance Paid to Insurance Company | | $ N/A | |
| ther Optional Insurance Paid to Insurance Company or Companies | | $ N/A | |
| ees Paid to Government Agencies | | | |
| to NY STATE for INSPECTION | | $ 37.00 | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| overnment Taxes Not Included in Cash Price | | $ N/A | |
| overnment License and/or Registration Fees | | | |
| IC & REG FEES | | $ 250.00 | |
| overnment Certificate of Title Fees | | $ N/A | |
| overnment Waste Tire Management Fee | | $ N/A | |
| ther Charges (Seller must identify who is paid and describe purpose) | | | |
| to N/A for Prior Credit or Lease Balance (e) | | $ N/A | |
| to VICTORY MITSUBISHI for DOC FEE | | $ 75.00 | |
| to INTERSTATE (STAR AUTO) for SERVICE CONTRACT | | $ 3,000.00 | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| to N/A for N/A | | $ N/A | |
| otal Other Charges and Amounts Paid to Others on Your Behalf | | | $ 3,362.00 (4) |
| unt Financed (3 + 4) | | | $ 29,462.81 (5) |

: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

NDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI e for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI e is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the e company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the **the cost of this insurance is $** N/A and is also shown in Item 4B of the Itemization of Amount Financed. rage is for the initial term of the contract.

**ed Check Charge:** You agree to pay a charge of $ 20 if any check you give us is dishonored.

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A (Type of Insurance) N/A (Term)

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

☐ N/A (Type of Insurance) N/A (Term)

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A — Buyer Signature — N/A Date

X N/A — Co-Buyer Signature — N/A Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

gns X [signature] Co-Buyer Signs X N/A

**ITEMIZ**

1 Cash
2 Total

3 Unp
4 Othe
 (Sell
 A C
  F
  L
  C
 B V
 C C
 D F

 E C
 F C
  L
 G C
 H C
 I C

 T
5 Amo

**OPTION**

☐ VEI
insuranc
insuranc
Insuran
Creditor,
The cov

**Return**

Buyer Si

CONFIDENTIAL

COAF_Francois_00000068

## NO COOLING OFF PERIOD UNLESS YOU HAVE A CONTRACT CANCELLATION OPTION

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales. It also does not apply if you buy a used vehicle from a Seller-Creditor located in New York City and you did not decline your option to cancel. The laws of New York City provide a two-day cancellation option if you buy a used vehicle. This cancellation option is subject to certain conditions. See the NYC Used Car Contract Cancellation Option agreement for details.

☐ If checked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at the time the Balloon Payment is due:

a) ☐ You may pay your Balloon Payment when due.

b) ☐ You may refinance the Balloon Payment. See paragraph 1.e. below for details.

c) ☐ You may sell the vehicle back to us. See paragraph 1.e. below for details. If you exercise this option, $ _____ N/A _____ per mile for each mile in excess of _____ N/A _____ miles shown on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 2 of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
If the actual payoff amount is more than the amount shown in 2 you, must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor.

Buyer Signature X N/A                                    Co-Buyer Signature X N/A

## OTHER IMPORTANT AGREEMENTS

1.  **FINANCE CHARGE AND PAYMENTS**

    a.  **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

    b.  **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

    c.  **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

    d.  **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.

**Sell Back.** You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described on this page. You must take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no liens other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not

e. **Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed above. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked above, you have the following options.

*Pay in Full.* You may pay the Balloon Payment in full when due.

*Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be

Buyer Signs X _____ Co-Buyer Signs X N/A

to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown above. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

- Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.
- Repair all mechanical defects.
- Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

*LAW 553-NY-B-A-sps 10/18 v1   Page 3 of 6*

SUBPOENA RESPONSES 204

**NO COOLING OFF PERIOD UNLESS YOU HAVE A CONTRACT CANCELLATION OPTION**
 law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you
only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you
ge your mind. This notice does not apply to home solicitation sales. It also does not apply if you buy a used
:le from a Seller-Creditor located in New York City and you did not decline your option to cancel. The laws of
York City provide a two-day cancellation option if you buy a used vehicle. This cancellation option is subject
rtain conditions. See the NYC Used Car Contract Cancellation Option agreement for details.

:cked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at
 the Balloon Payment is due:

☐ You may pay your Balloon Payment when due.

☐ You may refinance the Balloon Payment. See paragraph 1.e. below for details.

☐ You may sell the vehicle back to us. See paragraph 1.e. below for details. If you exercise this option, $ ___N/A___ per mile for each mile in excess of ___N/A___ miles
own on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

 Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 2 of the
ion of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
:tual payoff amount is more than the amount shown in 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2
ill refund to you any overage Seller receives from your prior lienholder or lessor.

Signature X N/A                                       Co-Buyer Signature X N/A

## R IMPORTANT AGREEMENTS

### INANCE CHARGE AND PAYMENTS

. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

. **Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed above. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked above, you have the following options.

  *Pay in Full.* You may pay the Balloon Payment in full when due.

  *Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be

igns X [signature]   [signature] Co-Buyer Signs X N/A

fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.

*Sell Back.* You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described on this page. You must take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no liens other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown above. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

* Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.
* Repair all mechanical defects.
* Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

*LAW 553-NY-B-A-eps 10/18 v1   Page 3 of 6*

CONFIDENTIAL

COAF_Francois_00000071

State
may
chan
vehic
New'
to ce

☐ If che
the time
a)
b)
c)
sh

Trade-I
Itemizat
If the ac
Seller w

Buyer

**OTHE**

1.   F
a

b

c

d

e

Buyer S

CONFIDENTIAL

COAF_Francois_00000072

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

## 2. YOUR OTHER PROMISES TO US

**a.** **If the vehicle is damaged, destroyed, or missing.** The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked.

You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing. The terms and conditions of your liability if the vehicle is damaged, destroyed, or missing are described in a separate document you sign. The document is a part of this contract.

**b.** **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c.** **Security Interest.**

You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d.** **Insurance you must have on the vehicle.**

You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the

---

If you pay late, we may also take the steps described below.

**You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

**c.** **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

**d.** **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you. If we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e.** **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an installment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

**f.** **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney.

SUBPOENA RESPONSES 287

vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, **we** will tell you which type and the charge you must pay. **The** charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e.** **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

**3.** **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a.** **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

Buyer Signs X _____ / _____ Co-Buyer Signs x N/A

---

fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g.** **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

LAW 553-NY-B-A-eps 10/18 v1   Page 4 of 6

CONFIDENTIAL

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at our expense prior to your sale of the vehicle to us.

## OUR OTHER PROMISES TO US

. **If the vehicle is damaged, destroyed, or missing.** The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked.

You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing. The terms and conditions of your liability if the vehicle is damaged, destroyed, or missing are described in a separate document you sign. The document is a part of this contract.

. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

. **Security Interest.**

You give us a security interest in:
* The vehicle and all parts or goods put on it;
* All money or goods received (proceeds) for the vehicle;
* All insurance, maintenance, service, or other contracts we finance for you; and
* All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

. **Insurance you must have on the vehicle.**

You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

## YOU PAY LATE OR BREAK YOUR OTHER PROMISES

. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

igns X _(signature)_    Co-Buyer Signs X N/A

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:
* You do not pay any payment on time;
* You give false, incomplete, or misleading information on a credit application;
* You start a proceeding in bankruptcy or one is started against you or your property; or
* You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an instalment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

CONFIDENTIAL

COAF_Francois_00000075

2.   Y
     a

     b

     c

     d

     e

3.   If
     a

Buyer Si

CONFIDENTIAL

COAF_Francois_00000075

## 4. SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 5.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

## 6. APPLICABLE LAW

Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of the vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

CONFIDENTIAL
GCAP_Frances_0000077

Buyer Signs X

Co-Buyer Signs X N/A

LAW 553-NY-B-A-eps 10/18 v1     Page 5 of 6

CONFIDENTIAL

COAF_Francois_00000078

## SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. APPLICABLE LAW

Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

---

E: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR D ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS OF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

receding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other , Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) ave have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

### ARBITRATION PROVISION
#### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

HER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL. A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON Y CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL BITRATIONS.

COVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT U AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

aim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of m or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase dition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this :t) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on vidual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration ation, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. y get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

ors shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and licable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to m or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is s under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. hosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration his Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

d we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed ealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover icle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This ion Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action s deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to nforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

gns X _____ Co-Buyer Signs X N/A

*LAW 553-NY-B-A-eps 10/18 v1*   Page 5 of 6

CONFIDENTIAL
COAF_Frances_00000079

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.     Buyer Signs X ~~[signature]~~     Co-Buyer Signs X N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

**NOTICE TO BUYER: 1.** Do not sign this agreement before you read it or if it contains any blank space. **2.** You are entitled to a completely filled in copy of the agreement. **3.** Under the law, you have a right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. **4.** According to law, you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.**

**RETAIL INSTALMENT CONTRACT**

Buyer Signs X ~~[signature]~~     Date ~~6/29/20~~ Co-Buyer Signs X N/A     Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ N/A _____ Address _____ N/A _____

Seller signs VICTORY MITSUBISHI     Date ~~6/29/20~~ By X _____     Title N/A

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE     (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse     ☒ Assigned without recourse     ☐ Assigned with limited recourse

Seller VICTORY MITSUBISHI     By _____     Title _____

SUBPOENA RESPONSES 215

COAF_Frances_00000081

CONFIDENTIAL

CONFIDENTIAL

GGAF_Francoi_00000082

LAW 553-NY-B-A-eps 10/18 v1    Page 6 of 6

**LAW** FORM NO. 553-NY-B-A-eps (REV. 10/18)
©2018 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

SUBPOENA RESPONSES 216

*Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract* *retain its right to receive a part of the Finance Charge.*

HIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing must sign it. No oral changes are binding.   Buyer Signs **X** _Touroh_ _tourion_ _____ Co-Buyer Signs **X**N/A
art of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may he time for making some payments without extending the time for making others.
rest of this contract for other important agreements.

CE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank space. 2. You are entitled to a letely filled in copy of the agreement. 3. Under the law, you have a right to pay off in advance the full amount due. If you , you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain nstances obtain a rebate of the credit service charge. 4. According to law, you have the privilege of purchasing the ance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

gree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free e it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision ge 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.

**IL INSTALMENT CONTRACT**
Signs **X**_____ _____ Date _6/29/20_ Co-Buyer Signs **X**N/A _____ Date __N/A__

rs and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

ner signs here **X** _____N/A_____ Address _____ N/A
ine VICTORY MITSUBISHI _____ Date _6/29/20_ By **X** _____

ssigns its interest in this contract to CAPITAL ONE AUTO FINANCE _____ (Assignee) under the terms of Seller's agreement(s) with Assignee.

Assigned with recourse     [X] Assigned without recourse     ☐ Assigned with limited recourse

VICTORY MITSUBISHI _____ By _____ Title _____

FORM NO. 553-NY-B-A-eps (REV. 10/18)
©2018 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

*LAW 553-NY-B-A-eps 10/18 v1   Page 6 of 6*

CONFIDENTIAL

COAF_Francois_00000083

The
and

HOW TI
and we
If any pa
extend t
See the

NOTI(
comp
do so
circur
insur:

You a
to tak
on pa

RETA

Buyer

Co-Buye
have to

Other ov

Seller si

Seller :

☐

Seller

*ILA*

CONFIDENTIAL

COAF_Francois_00000084

## ler Name: Victory Mitsubishi

Dealer Phone #: 718-515-4600
Dealer Fax #: 718-515-4600

**ASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.**

**RUCTIONS:**
ay apply for credit in your name alone, whether or not you are married.
ease indicate whether you are applying for ☒ Individual Credit ☐ Joint Credit ☐ Community Property State ☐ Business Application
If you are applying for individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis of repayment of
the credit requested, complete only Section A.
I If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

_____ Applicant                          _____ Co-Applicant
a are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse
sign this application only if s/he wishes to be a Co-Applicant.

### APPLICANT INFORMATION

| ame | First Name | | | Middle Initial | Social Security Number | | Birth Date |
|---|---|---|---|---|---|---|---|
| N FRANCOIS | FARAH | | | | REDACTED | | REDACTED |

| as | | | Apt # / Suite # | P.O. Box | Rural Route | City | | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| FARRAGUT RD | | | | | | BROOKLYN | | NY | 11210 |

| Phone | Cell Phone | Residential Status | | | | Time at Address | | | |
|---|---|---|---|---|---|---|---|---|---|
| )995-5054 | | ☐ Homeowner ☐ Rent ☒ Family ☐ Other | | | | 10 Yrs. ___ Mos. | Rent/Mtg. Pmt. $ 0.00 | | |

| Address | | | | Driver's License No. | | Driver's License State | | Time at Previous Address | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yrs. ___ Mos. | |

| us Full Address (if less than 2 years) | | | Apt # / Suite # | P.O. Box | Rural Route | City | | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| yer Name | | | Employment Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| _S WHOLE FOOD | | | ☒ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other | | | | | |

| | Salary Type | | Occupation | | Length of Employment | Work Phone Number * |
|---|---|---|---|---|---|---|
| 0 | ☐ Weekly ☐ Bi-Weekly ☐ Monthly ☒ Annually | | MANAGER | | 6 Yrs. 5 Mos. | (212)245-5877 |

| us Employer Name | | | Previous Employment Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other | | | | | |

| us Occupation | | Length of Employment | | Previous Work Phone Number |
|---|---|---|---|---|
| | | Yrs. ___ Mos. | | |

y, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| income (Monthly) | Source of Other Income | By Signing you certify that the income entered on this Credit Application is accurate. |
|---|---|---|
| | | x _[signature]_ |

ents

## AGREEMENT

ords "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You
stand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this
ation and any other application submitted to us and information about you whether or not the application is approved. You certify that the information
application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal
ies. The words "you," "your" and "yours" mean each person submitting this application. You authorize us to submit this application and any other
ation submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance
e Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of
g your request to apply for credit. This application will be reviewed by the dealer and such financial institutions.
gree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the
sed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may
one or more consumer credit reports on you at any time during the term of your financing.. If you ask, you will be told whether a credit report was
sted, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that the dealer and the
ial institutions may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide such dealer and
ial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history
considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction.
nderstand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and
telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

onsent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone
ar(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this
ction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive
arketing/sales calls and text messages as provided below.

onsent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on
f of dealer (or any financing source to which dealer assigns my contract) at the following number(s) (347)995-5054
ling any cell phone numbers. You understand that this consent is not a condition of purchase or credit.

                You opt in ☐                                    You do not opt in ☐

ature of Applicant for election above: _____

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent.

*BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.*

x _[signature]_

3
APPLICANT'S SIGNATURE                    DATE
saletrack, Inc. All rights reserved.        DT 6/17                        Printed on   06/18/2020 16:53

CONFIDENTIAL                                          COAF_Francois_00000085

Dea

PLEA
INSTF
You m
(1) Pl
(2) E

(3) ☐

* If you
must s

A. A
Last N
JEAN
Addre:
2914
Home
(347
E-Mail

Previo:

Emplo:
NULI
Salary
6500
Previo:

Previo:

Alimon
Other I

Comm

The w
unders
applic:
on the
penalt
applic:
with th
fulfillin
You ai
propos
obtain
reque:
financi
financi
each o
You ui
record

You cc
numbe
transa
telema
You c
behal
incluc

Signa



CONFIDENTIAL

SUBPOENA RESPONSES 220

COAF_Frances_00000086

## FEDERAL NOTICES

JNT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT If applicable to your credit transaction, to help the government inding of terrorism and money laundering activities, Federal law requires financial institutions to obtain, verify, and record information that each person who opens an account. What this means for you: When you open an account, you will be asked for your name, address, date of birth, information to identify you. You may also be asked to see your driver's license or other identifying documents.

## STATE NOTICES

s Residents:  An applicant, if married, may apply for a separate account.

d Tennessee Residents:  You must have physical damage insurance covering loss or damage to the vehicle for the term of the contract.  For a i must also have the liability insurance as described in the lease.  You may purchase required insurance through any insurance agent or broker and insurance company that is reasonably acceptable to us. You are not required to deal with any of our affiliates when choosing an agent, broker or our choice of a particular insurance agent, broker or insurer will not affect our credit decision, so long as the insurance provides adequate coverage surer who meets our reasonable requirements.

ipshire Residents: If you are applying for a balloon payment contract, you are entitled, if you ask, to receive a written estimate of the monthly amount for refinancing the balloon payment in accord with the creditor's existing refinance programs.  You would be entitled to receive the estimate u enter into a balloon payment contract.  A balloon contract is an installment sales contract with a final scheduled payment that is at least twice the l one of the earlier scheduled equal periodic installment payments.

t Residents:  In connection with your application for credit, a consumer report may be obtained from a consumer reporting agency (credit bureau). s extended, the party or parties extending credit or holding such credit may order additional consumer reports in connection with any update, r extension of the credit. If you ask, you will be told whether a consumer report was requested and, if so, the name and address of any consumer agency (credit bureau) from which such credit report was obtained.

idents:  Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this

land Residents: Consumer reports may be requested in connection with this application.  Buyer has the right of free choice in selecting an insurer insurance required in connection with this transaction subject to our reasonable approval in accordance with applicable law.

Residents: You authorize us and any financial institution with which this credit application is shared, and each of their respective employees or obtain and verify information about you (including one or more credit reports, information about your employment and banking and credit ips) that they may deem necessary or appropriate in evaluating your credit application. If your credit application is approved and credit is granted, authorize the parties granting credit or holding your account, and their respective employees and agents, to obtain additional credit reports and rmation about you in connection with reviewing the account, increasing the available credit on the account (if applicable), taking collection on the or for any other legitimate purpose.

Wisconsin Residents: No provision of any marital property agreement, any unilateral statement under Wis. Stat § 766.59 or any court decree 66.70 applied to marital property adversely affects our interest unless you furnish a copy of the agreement, statement, or court decree or we have nwledge of such adverse provision before credit is granted. If you are making this credit application individually and not jointly with your spouse, Section A about yourself and Section B about your non-applicant spouse.  Your non-applicant spouse should not sign the credit application if you ng for individual credit.

esitertrack, Inc. All rights reserved.     DT 6/17     Printed on  06/18/2020 16:53

SUBPOENA RESPONSES 221

CONFIDENTIAL     COAF_Francois_00000087

IMPORTA
fight the fi
identifies -
and other

California

Maine an
lease, you
from any
insurer. Y
with an in

New Ham
payment :
before you
amount of

New Yorl
If credit is
renewal o
reporting :

Ohio Res
reporting
law.

Rhode Is
to provide

Vermont
agents, to
relationsh
you also :
other infor
account, c

Married V
under § 7
actual kno
complete
are applyi

CONFIDENTIAL

COAP_Francois_00000088

| | USE ONLY | | DEALER SECTION | | | | | |
|---|---|---|---|---|---|---|---|---|

| | Vehicle Type | Mileage | Product Type | | Stock Number | | Source | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | USED | 24580 | Retail | | | | | | | Certified Pre Owned ☐ |

| Make | | | Model | | | Trim | | | VIN |
|---|---|---|---|---|---|---|---|---|---|
| BMW | | | 5 Series | | | 530i xDrive Sedan | | | WBAJA7C38HG90464€ |

| Cash Selling Price | Sales Tax | T & L | Cash Down | Front-End Fees | Rebate | Net Trade | Acq Fee | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|
| 32500 | 2800 | 250 | 9000 | 0 | 0 | | | 26550 |

| Health Ins. | Credit Life Insurance | | Gap | | Service Plan | | Back-End Fees | Est. Amt. Financed 26550 |
|---|---|---|---|---|---|---|---|---|

| | Invoice/Wholesale Value 31700 | Wholesale Source NADA | Retail Value | Retail Source NADA | Estimated Payment | Requested APR |
|---|---|---|---|---|---|---|

| ookout ☐ | Bookout Date | Lender Program |
|---|---|---|

Iptions

| Information | | | |
|---|---|---|---|
| Make | | Model | | Trim |
| If | | Monthly Payment | |

3
salertrack, Inc. All rights reserved.

DT 6/17

Printed on   06/18/2020 16:53

CONFIDENTIAL

COAF_Francois_00000089

**FOR**

Dealer #
647415

Year
2017

Term
72

Accident/

MSRP

Vehicle B

Vehicle C

TRADE-I

Year

Lienholde

CONFIDENTIAL

COAF_Francois_00000090

**Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475
Tel.: 718.515.4600
Fax: 718.515.6905

**MITSUBISHI MOTORS**
Drive your Ambition

NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

SOLD TO  FARAH JEAN FRANCOIS
ADDRESS  2914 FARRAGUT
BROOKLYN, NY 11210

SALESMAN HOUSE SALES REP          CUST.#
N/A                                YESSICA VALLEJO

| YEAR | MAKE | MODEL | NEW OR USED | KEY NUMBERS |
|------|------|-------|-------------|-------------|
| 2017 | BMW | 5 SERIES | USED | N/A |

| COLOR | MILEAGE | VEHICLE IDENT. OR SERIAL NO. |
|-------|---------|------------------------------|
| GRAY | 24,580 | WBAJA7C38HG904646 |

FACTORY OPTIONS

PRIOR USE CERTIFICATION (required by vehicle and traffic law 417-a if the principal prior use of the vehicle was as a police vehicle, taxicab, rental vehicle or driver education vehicle). The principal prior use of this vehicle may have been as: a police vehicle _____ , a taxicab _____ , a rental vehicle _____ , or a driver education vehicle _____ .

DEALER OPTIONS

MV-50#

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS (FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

A. USED VEHICLE CERTIFICATE OF ADEQUACY
"IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, DEALER NAMED ABOVE CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFAC-TORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY."

IMPORTANT NOTICE TO USED CAR BUYER
(A) STATE LAW REQUIRES THAT SELLERS ON SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION. (D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004, COMPLAINT PHONE: DIAL 311

USED CAR TRADED

| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. |
|------|------|-------|------------------------------|
| N/A | N/A | N/A | N/A |

BODY COLOR N/A

* THE OPTIONAL DEALER REGISTRATION OR TITLE APPLICATION PROCESSING FEE ($75.00 MAXIMUM) AND SPECIAL PLATE PROCESSING FEE ($5.00 MAXIMUM) ARE NOT NEW YORK STATE OR DEPARTMENT OF MO-TOR VEHICLES FESS. UNLESS A LIEN IS BEING RECORDED OR THE DEALER ISSUED NUMBER PLATES YOU MAY SUBMIT YOUR OWN APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE OR FOR A SPECIAL OR DISTINCTIVE PLATE TO ANY MOTOR VEHICLE ISSUING OFFICE. **THE $349 DELIVER FEE REPRESENTS COST IN PREPARING YOUR VEHICLE AND ALL NECESSARY PAPERWORK AND ADDITIONAL DEALER PROFIT. THIS FEE IS NOT MANDATED OR IMPOSED BY THE STATE OF NEW YORK *** NEW YOUR STATE LAW REQUIRES US TO ACCEPT AND MANAGE WAST TIRES FORM VEHICLES IN EXCHANGE FOR AN EQUAL NUMBER OF NEW TIMES THAT WE SELL OR INSTALL. WE ARE REQUIRED TO CHARGE A SEPARATE AND DISTINCT WASTE TIRE MANAGEMENT AND RECYCLING FEE OF $2.50 FOR EACH NEW TIRE WE SELL. ANY ADDITIONAL TIRE MANAGEMENT RECYCLING COSTS ARE INCLUDED IN THE ADVERTISED PRICE OF THE NEW TIRE.

| | DATE | | INVOICE NO. | STOCK NO. | KEY |
|---|------|---|-------------|-----------|-----|
| | 06/29/20 | | | 3385 | i |
| | | Salesman Number | | | * |

| DESCRIPTION | COST | ACCT NO. | SALE | KEY |
|-------------|------|----------|------|-----|
| PRICE | | | 31,995.00 | - |
| | | | | - |
| INTERSTATE (STAR AUTO) | | | 3,000.00 | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| | | | | * |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| USED RETAIL | | | | - |
| USED WHOLESALE | | | | - |
| RECONDITIONING | | | | - |
| CAR DEAL NO. | | | | |
| SALES TAX | 8.875 % | | 3,105.81 | |
| LICENSE & TITLE | | | 250.00 | |
| N.Y. STATE INSPECTION FEE | | | 37.00 | - |
| ***TIRE DISPOSAL FEE | | | N/A | |
| *DEALER OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CER-TIFICATE OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES SIF APPLICABLE.) THIS IS NOT A DMV FEE *$65.00* | | | 75.00 | - |
| | | | | * |
| | | TOTAL CASH PRICE | 38,462.81 | |
| FINANCING | | | 13,863.19 | |
| INSURANCE | | | N/A | |
| | | TOTAL TIME PRICE | 52,326.00 | |

| S E T T L E M E N T | DEPOSIT | | | 9,000.00 | * |
| | CASH ON DELIVERY | | | 9,000.00 | |
| | N/A | | | N/A | |
| | USED CAR ALLOWANCE PAYMENTS MONTHS DOLLARS | | | N/A | |
| | 72° 6017 %/MONTH | | | 43,326.00 | |
| | | | TOTAL | 29,462.81 | |
| PAY OFF BAL. OWING TO FINANCE CO | | | | N/A | - |
| INCENTIVE | | | | N/A | * |
| CONTRACTS IN TRANSIT | | | | N/A | * |
| CAPITAL ONE AUTO FINANCE | | | | | * |
| | | | | | * |
| | | | | | * |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| VALUE OF TRADE | STOCK NO. | | | | * |
| N/A | N/A | | | | * |

CONFIDENTIAL

COAF_Frances_00000082

**New York State Department of Motor Vehicles**

**RETAIL CERTIFICATE OF SALE RECEIPT**

**No. E022948292020**



### TYPE OF SALE
■ Used   ☐ Demo   ☐ Salvage

### .E INFORMATION:
■ COO Review Required

| Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| BMW | 5 SERIES | 4DSD | GY | N/A | 3542 | G | 4 | 5 |

| Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|
| J A 7 C 3 8 H G 9 0 4 6 4 6   1 | | 3875733 | 05-30-2020 | 7090068 |

| mit Number | Number of Dealer Plate Loaned N/A | Lease Buyout (Insp. Not Required) ☐ | Selling Price $35595 |
|---|---|---|---|

### ER INFORMATION:
Y MITSUBISHI, 4070 BOSTON ROAD, BRONX, NY, 10475, Bronx

### HASER INFORMATION:
| EAN FRANCOIS, 2914 FARRAGUT, BROOKLYN, NY, 11210 | Date of Sale: 05-30-2020 |

### OWNER INFORMATION:
| DECORE, 1824 ST CLAIR LANE, BARTLETT, IL, 43026, ate Title (17158691334) | Date of Purchase: 02-28-2020 |

### ETER DISCLOSURE STATEMENT:
nd state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth mileage may result in fines and/or imprisonment.

tify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle ribed above.

ify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING |
| 0 | 0 | 2 | 4 | 5 | 8 | 6 |
(no tenths)

ify that, to the best of my knowledge, this odometer reading is "NOT ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY."**

ur odometer reading at: | verifiny.com/check | Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

### ER CERTIFICATION
The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle t with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and a service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and es due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to 210.45 of the Penal Law.

| t (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
| | VICTORY MITSUBISHI | 6/29/20 | 7123426 |

### HASER CONFIRMATION
al odometer history for this vehicle, if available, can be found at: verifiny.com/check
ng, the purchaser affirms the odometer reading on this receipt is accurate.

| \SER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
| | FARAH JEAN FRANCOIS | 6/29/20 | 81-4895257 |

nticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 1

New

**VEHICI**

Year

2017

Vehicle I

| W | B | A |

Plate/Per

JSE8212

**DEALE**

VICTORY

**PURCI**

FARAH J

**PRIOR**

PETER F
Out Of St

**ODOM**

Federal a
about the

■ I cerl
desc

☐ I cerl

☐ I cerl

Check yo

**DEALE**

*I certify:*
compiled
adequat
local tax
Section .

DEALEF

**PURCI**

Addition:
By signir

PURCH/



The authe

CONFIDENTIAL

COAF_Francois_00000094

# ictory Mitsubishi

70 Boston Rd
:ONX NY 10475
one:   (718) 515-4600


dealertrack technologies

## ADA® Wholesale Value (Trade) Details

okout Date: 6/29/2020 4:01:22 PM

ide:  NADA June 2020, EASTERN Edition.

### hicle Information

17 BMW 5 SERIES SEDAN 4D 530XI AWD

| N: WBAJA7C38HG904646   Stock No: N/A | Condition: Clean | $26,575 |
|---|---|---|

#### tional Equipment

| | |
|---|---|
| ptive Cruise Control | w/pkg |
| d Spot Monitor | w/pkg |
| ision Avoidance System | $175 |
| led Front Seats | $250 |
| er Assist Plus Pkg. | $900 |
| e Departure Warning | w/pkg |
| senger Seat Memory | $0 |
| iolesale Value with Options | $27,900 |
| eage Adjustment (24580 miles) | $3,500 |
| DA ® Wholesale Value | $31,400 |

Printed On:    6/29/2020

lodified By:   N/A

lodified:     N/A

ight 2020 by NADA Services Corporation. All Rights Reserved. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations
ry based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction
parties to the transaction. This pricing is intended for the use of the individual generating this pricing only and shall not be sold to another party NADA
es Corporation and Dealertrack assume no responsibility for errors or omissions.

CONFIDENTIAL

V
40
BF
Ph

N/
Bc
Gu

Vel
20
Vit

Op
Ada
Blin
Coll
Coc
Driv
Lan
Pas
Wh
Mili

NA

Last N
Last N
Copyri
will va
or the
Servic

CONFIDENTIAL
COAF_Frances_00000096

**NEW YORK / STATE OF / MOTOR VEHICLE**

| Department of Motor Vehicles | VEHICLE REGISTRATION/ TITLE APPLICATION FOR DEALER SALES |
|---|---|

This form is available at dmv.ny.gov

**Office Use Only** — Class / Three of Name

Batch File No.

☐ Orig ☐ Activity   ☐ Renewal   ☐ Lease Buyout
☐ Dup ☐ Activity W/RR ☐ Renew W/RR ☐ Sales Tax with Title

**TO:** ☒ REGISTER A VEHICLE   ☐ RENEW A REGISTRATION   ☐ GET A TITLE ONLY
☐ CHANGE A REGISTRATION   ☐ REPLACE LOST OR DAMAGED ITEMS   ☐ TRANSFER PLATES

**Plate Number**

NE OF PRIMARY REGISTRANT (Last, First, Middle or Business Name)   Registrant Type ☐ Individual   ☐ Co-Registrants   ☐ Corp/Organization

ANCOIS, FARAH JEAN

| NYS driver license ID number of PRIMARY REGISTRANT ☐ No CID | DATE OF BIRTH | GENDER |
|---|---|---|
| REDACTED | REDACTED | Male ☐   Female ☐ |

NE OF CO-REGISTRANT (Last, First, Middle)

| NYS driver license ID number of CO-REGISTRANT ☐ No CID | DATE OF BIRTH Month Day Year | GENDER Male ☐ Female ☐ |
|---|---|---|

AME CHANGE? ☐ YES ☒ NO   ADDRESS CHANGE? ☐ YES ☒ NO

**TELEPHONE NUMBER** Area Code ( 347 )995-5054   **MOBILE TELEPHONE NUMBER** Area Code ( )

MER NAME (If name was changed you must present proof)

**EMAIL** alpo0220@gmail.com

ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL (Include Street Number and Name, Rural Delivery or box number. This address will be on the document.)

| | Apt. No. | City or Town | State | Zip Code | County of Residence |
|---|---|---|---|---|---|
| 14 FARRAGUT | | BROOKLYN | N Y | 11210 | |

E ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS.  (DO NOT GIVE A P.O. BOX.)

| | Apt. No. | City or Town N/A | State N/A | Zip Code N/A | KINGS |
|---|---|---|---|---|---|

| CLE IDENTIFICATION NUMBER | VEHICLE DESCRIPTION | Body Type (mark one) |
|---|---|---|
| WBAJA7C38HG904646 | Year 2017   Make BMW | ☐ 2-Door ☐ 4-Door ☐ Pick-up ☐ Van |

Type of Power (Fuel)
Color 2   GRAY   Unladen Weight

☐ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

☐ Convertible ☐ Suburban/SUV ☐ Trailer
☐ Motorcycle ☐ Tow ☐ Other _____

For trailers & commercial vehicles   Adult Seating Capacity (Including driver)
ers   Maximum Gross Weight

Odometer Reading in Miles
24580

**Office Use Only** Mileage Brand  A  E  N

For commercial vehicles
Axles   Distance

NGES: Describe any vehicle changes and the reasons for the changes.  (SUBMIT NYS TITLE IF ISSUED)

OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.

driver license number of OWNER   NAME OF CURRENT OWNER(s) (Last, First, Middle)

**DATE OF BIRTH** Month Day Year

CID   NAME OF CO-OWNER →

**GENDER** Male ☐ Female ☐

DDRESS WHERE OWNER GETS MAIL (include the Street Number and Name, Rural Delivery or box number)

| | Apt. No. | City or Town | State | Zip Code | County |
|---|---|---|---|---|---|

(Signature of owner or authorized person, and signature of co-owner if applicable)   (Date)

**DEALER USE ONLY - LIEN FILING - Alterations are not allowed in the lienholder section below**

one → ☐ There are no liens   ☐ I am filing for the lienholder(s) listed below

| Filing Code | Lienholder Name | Lienholder Mailing Address (number, street, city, state, zip code) |
|---|---|---|
| 64660 | CAPITAL ONE AUTO FINANCE | PO BOX 660068 SACRAMENTO, CA 95866 |

**NEW YORK DEALERS ONLY**

sue plates to this vehicle? Plate Number   Reg. Class   Date Temp Issued   Facility ID Number 7123426
I Yes ☒ No

CERTIFICATION: I certify that all information provided on this application is true.
ponsibility for the integrity of the papers delivered to the Motor Vehicles office.   (Signature of Seller or Authorized Representative)

**OFFICE USE ONLY**

| | | | New Class | Ins. Co. Code | | | Special Conditions |
|---|---|---|---|---|---|---|---|
| Status | Value ($) | Rate | Out of State | Jurisdiction | | Audit | AT BV CF CO EO EX FL |
| | | | | | | | IO NE NF NR NU OP OV |
| | | Issuance State | Title | Lien | Lien Number | | Lien Release | PA PI PK RC RE SC SO |
| | | | | | | | SP SR SS SV TE TL TO |
| nitted | | | | | | | TP TR TX XR X6 WO |
| | State | | | Stop/Response/Scoff Law | | | Approved By   Date |

AL (10/19)   **COMPLETE BOTH SIDES**   PAGE 1 OF 2

CONFIDENTIAL   COAF_Francois_00000097

I WANT

1 NAM
FR

NAM

N

FOR

THE
29'
THI
N/A

2 VEHI

Color

Cylin

CHA

3 If the
NYS

☐ No

THE A

Choose

Lien

Did you is

DEALER
I take res

New
Plate
Sales Tax

Prior
Owner
Proof Subr

Reg/Title

MV-82DE

CONFIDENTIAL

COAF_Francois_00000098

DITIONAL VEHICLE INFORMATION ⟶ *QUESTIONS 1-3 MUST BE COMPLETED.*

Has the vehicle been wrecked, destroyed, or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and to make the vehicle legal to operate on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss?

☐ No  ☐ Yes - (If you marked Yes the vehicle must have an anti-theft examination before it is registered. The title that is issued will have the statement "Rebuilt Salvage" on it.)

Is this vehicle registered for your personal use? ☐ Yes  ☐ No
*If you marked "Yes", go to the next question (question 3) . If you marked "No", check any of these boxes that apply:*

☐ This vehicle is a passenger vehicle that will be used for hire with a driver and will be operated in the following location(s):

 ☐ New York City (NYC)  ☐ A jurisdiction that is not NYC that regulates taxis  ☐ A jurisdiction that does not regulate taxis

☐ This vehicle is used as a contracted carrier.

☐ This vehicle is a passenger vehicle that is rented without a driver.

☐ This vehicle requires a permit for **commercial operation.** (Mark the box of the type of permit that was issued and write the permit number on the line.) ☐ NYS DOT Permit No. _____  ☐ Federal DOT Permit No. _____

☐ The government owns this vehicle.

☐ This vehicle is used as (mark one) ☐ an ambulance  ☐ an ambulette  ☐ a hearse or invalid coach
 If payment is received to carry passengers, mark this box ☐

☐ This vehicle is used exclusively as a **hearse** . If payment is received to carry passengers, mark this box.☐

☐ This vehicle is a commercial tow truck with a gross vehicle weight rating of at least 8,600 pounds.

☐ This vehicle is used only as a **farm vehicle.** *(form MV-260F, Part 1, must be attached)*

☐ This vehicle is used only as an agricultural truck or agricultural trailer.

☐ This vehicle is subject to the Department of Transportation inspection requirements for the carriers that transport passengers. (For more information, refer to form MV-82.1P, "Inspection Requirements for Carriers Transporting Passengers".)

Has this vehicle been modified from the original manufacturer specifications? ☐ Yes  ☐ No   If "Yes", describe the modifications:

_____

Was this vehicle altered to increase the capacity beyond that provided by the manufacturer by method of extended chassis, lengthened wheel base, or a lengthened seating area?  ☐ Yes ☐ No

If YES, do you have the required Federal Alterer's Safety Certification (normally found on the door jamb)?  ☐ Yes ☐ No

* If your vehicle was altered or stretched to increase the passenger capacity, you must present to the DMV issuing office a photograph or copy of all labels or plates (normally put on the driver's side door). If the vehicle was altered or stretched and now has an adult seating capacity of 11 or more adults (including the driver), you must show the original NYS DOT Inspection Receipt OR a NYS DOT Exemption Letter.

This vehicle is a **pick-up truck** with an unladen weight that is a maximum of 6,000 pounds. This vehicle is never used for commercial purposes and does not have advertising on any part of it. I want (mark one): ☐ Passenger Plates  ☐ Commercial Plates

**ERTIFICATION:** I certify that the information I have given on this application and on any documentation provided in support of this plication is true and complete. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the quired New York State inspection, or has qualified for a time extension (Form UV-1077) and will be inspected within 10 days. I also rtify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic w. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I ve plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these ates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also thorizes use of my credit card.*

**ARNING:** Intentionally making a false statement or providing false or misleading information in connection with this application is a criminal offense that may subject you to prosecution under the law.

nt Name Here ▶ FARAH JEAN FRANCOIS
_____
(Print Name in Full - if registering for a corporation, print your full name and title)

Sign Here ▶ *Farah J Francois*
_____
(Sign Here)

Print Additional Name Here ▶ _____
(Print Name in Full)

ditional Signature Sign Here ▶ _____
(Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

AL (10/19)                                                                 PAGE 2 OF 2

CONFIDENTIAL