CONFIDENTIAL

COAF_Francois_00000100

**Star Auto** Vehicle Service Contract **Application Page** | Contract No. 700050896 | VQ

**:ANT**

| | | | |
|---|---|---|---|
| FARAH JEAN    FRANCOIS | Co-Applicant Name: | | |
| 2914 FARRAGUT | Cty: BROOKLYN | State: NY | Zip: 11210 |
| francois@gmail.com | Phone: (347) 995-5054 | | |

| | | |
|---|---|---|
| VICTORY MITSUBISHI | Seller Code: | 34816 |
| 4070 BOSTON RD | Cty: BRONX | State: NY | Zip: 10475 |
| | Phone: (718) 515-2277 | |

**: CAPITAL ONE AUTO FINANCE**

**.E**

| 017 | Make: BMW | Model: 530 XI | Number of Cylinders: 4 | Vehicle Class: 6 | VIN: WBAJA7C38HG904646 |
|---|---|---|---|---|---|

| ner's Warranty Date: 01/01/2017 | Manufacturer's Warranty Term: 48 Months | 50,000 Miles | Present Odometer Reading: 24,580 |
|---|---|---|---|

| Date: 6/29/20 | Contract Purchase Date: 6/29/20 | Contract Purchase Price: $3,000·00 | O Contract to be financed |
|---|---|---|---|

| :: 250 | Coverage Type: PROGRAM |
|---|---|

**atures**
**ral    TRBO 4X4**

: under this Contract begins at the Contract purchase date. See Terms & Conditions
'act Period" for details regarding how Your Contract term is measured.

**CONTRACT TERM: 36 Months / 60,000 Miles**

**ED COVERAGE**

**IAMOND**

ENTAL BENEFIT UPGRADE   Optional coverage increases benefit to $50 per day up to a maximum of 6 days and $300 plus parts delay benefit of $35 per day up to maximum of 5 days. Surcharge applies.

I acknowledge that the information contained above is, to the best of my knowledge, true; I understand that authorization from the Administrator must be received before any repairs are performed under this Service Contract; Coverage is not afforded to a Business/Commercial Use Vehicle, Vehicle equipped with: 4 Wheel Drive/AWD, Diesel, Turbo/Supercharger, Snow plow or Lift kit/Tire modification unless the corresponding box(es) above are selected and purchased.

YES ☐   I understand that in order to maintain Coverage under this Contract, I must have my Vehicle serviced as indicated under "Vehicle Maintenance Requirements" in the Contract as defined in Item 7. Terms and Conditions.
Customer Initials

ase of this Contract is a separate consideration from the purchase price of the Vehicle and is not a requirement to purchase the Vehicle, or to obtain financing. The implied warranty of ability on the Vehicle is not waived if this Contract has been purchased within ninety days of the purchase date of the Vehicle from a seller who also sold the Vehicle covered by this Contract.

acknowledge and accept the provisions of the "Arbitration" clause as stated in Item 10. of the Terms and Conditions.

acknowledge that state-specific disclosure language where applicable will be included with my Identification Card and become part of this Contract. I understand this language is also available to vw.inds.com/states. If You do not receive Your Identification Card within 60 days, phone the customer service number listed below. I hereby declare that I have read the terms of this Application lerstand and accept all the provisions therein.

| Forrah j Francois | 6/29/20 | | 6/29/20 | Yess |
|---|---|---|---|---|
| t's Signature | Date | Seller Representative's Signature | Date | Salesperson Code |

erstand to file a claim in the event I have a Failure, I am to follow the instructions listed under the section entitled "What You Should do in the Event of a Failure".
NO PAYMENT FOR REPAIRS WILL BE MADE WITHOUT PRIOR AUTHORIZATION FROM THE ADMINISTRATOR

Administered by:   Interstate National Dealer Services, Inc., 6120 Powers Ferry Rd. NW, Suite 200, Atlanta, GA 30339
Customer Service: 800-942-0400
www.inds.com

63654




:2/16

Distribution: WHITE/Administrator; YELLOW/Dealer; PINK/Lienholder; 2nd WHITE/Applicant

CONFIDENTIAL

COAF_Francois_00000101

**APPLI(**

Name:

Address:

E-Mail
address:

**SELLER**

Name:

Address:

E-Mail
address:

Lienholde

**VEHIC(**

Year: 2

Manufactu
In-Service

Vehicle
Purchase [

Deductibl

Vehicle In
and optior
coverage:

Coverage
"t. Conti

**SELECT**

D

○ CAR F

**YES**

☐
Customer
Initials

The purcl
merchan

I hereby

I hereby
me at w
and I und

Applican





VQ-904 DA(

CONFIDENTIAL

COAF_Francois_00000102

ictory Mitsubishi

70 Boston Rd
:ONX NY 10475
one:   (718) 515-4600


dealertrack technologies

## ADA® Retail Value (Retail) Details

ookout Date: 6/29/2020 4:01:22 PM

uide:  NADA June 2020, EASTERN Edition.

### hicle Information

17 BMW 5 SERIES SEDAN 4D 530XI AWD

| | |
|---|---|
| N: WBAJA7C38HG904646   Stock No: N/A | $30,125 |

### tional Equipment

| | |
|---|---|
| ptive Cruise Control | w/pkg |
| d Spot Monitor | w/pkg |
| ision Avoidance System | $200 |
| led Front Seats | $275 |
| er Assist Plus Pkg. | $1,000 |
| e Departure Warning | w/pkg |
| senger Seat Memory | $0 |
| tail Value with Options | $31,600 |
| eage Adjustment (24580 miles) | $3,500 |
| DA ® Retail Value | $35,100 |

| | |
|---|---|
| Printed On: | 6/29/2020 |

lodified By:   N/A

lodified:   N/A

ght 2020 by NADA Services Corporation, All Rights Reserved. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations
ry based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction
parties to the transaction. This pricing is intended for the use of the individual generating this pricing only and shall not be sold to another party NADA
es Corporation and Dealertrack assume no responsibility for errors or omissions.

CONFIDENTIAL

COAP_Francois_00000103

V
40
BF
Ph

N/
B(
G(

Ve
20

VII

Op

Ada
Bln
Col
Coc
Driv
Lan
Pas

Re
Mil

NA

Last M

Last M

Copyri
will va
or the
Servic

CONFIDENTIAL

COAF_Francois_00000104

**Star Auto** *Vehicle Service Contract Application Page*    Contract No. 700050896    VQ

**APPLICANT**

| Name | FARAH JEAN    FRANCOIS | | | | |
| Address | 2914 FARRAGUT | City | BROOKLYN | State | NY | Zip | 11210 |
| Email | francois@gmail.com | Phone | (347) 995-5054 | | | | |

**SELLER**

| Name | VICTORY MITSUBISHI | | | 34818 | |
| Address | 4070 BOSTON RD | City | BRONX | State | NY | Zip | 10475 |
| Phone | (718) 515-2277 | | | | |
| Lienholder | CAPITAL ONE AUTO FINANCE | | | | |

**VEHICLE**

| Year 2017 | Make BMW | Model 530 XI | | 4 | | 6 | VIN WBAJA7C58HG904846 |
| 01/01/2017 | | 48 | | 50,000 | | 24,580 |
| 6/26/30 | | 6/26/30 | | $3,000.00 | ○ |
| 250 | Program PROGRAM | | | |
| TRBO 4X4 | | | | |

CONTRACT TERM:  36 Months / 60,000 Miles

**SELECTED COVERAGE**

DIAMOND

YES    ○

YES    ○

francis j francois  6/26/30        6/26/30    Yass

I understand as this is a loan in the event I have a failure, I am to follow...

Administered by ...

CONFIDENTIAL
COAF_Francois_00000105

IMAGE ID - 56967108

*56967108*

C2024, R01

APP ID - 188350734
IN - 2020-06-29, 17:16:06

SUBPOENA RESPONSES 240

CONFIDENTIAL

CONFIDENTIAL

COAF_Francois_00000107



**Capital One** Auto Finance

# FAX COVER SHEET

To:       Capital One Auto Finance

Fax:      null

From:     FARAH JEAN FRANCOIS

Pages:

Date:     06/29/2020

Ref #:    188350734

Dealer #: 40906

SUBPOENA RESPONSES 242

CONFIDENTIAL

COAF_Francois_00000109

# LAW 553-NY-B-A-eps 10/18

## RETAIL INSTALMENT CONTRACT
### SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number _____   Contract Number _____

| Name and Address ng County and Zip Code) JEAN FRANCOIS RRAGUT LYN, NY 11210 | Co-Buyer Name and Address (Including County and Zip Code) N/A . N/A | Seller-Creditor (Name and Address) VICTORY MITSUBISHI 4070 Boston Rd BRONX, NY 10475 |
|---|---|---|

Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on nder the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending ures below are part of this contract.

| sed/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| SED | 2017 | BMW 5 SERIES | WBAJA7C38HG904646 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ _____ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| NNUAL ENTAGE ATE cost of credit as arly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 9,000.00   is |
|---|---|---|---|---|
| .66   % | $ 13,863.19 | $ 29,462.81 | $ 43,326.00 | $ 52,326.00 |

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X N/A

**Payment Schedule Will Be:**                                            (e) means an estimate

| umber of ayments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 601.75 | Monthly beginning 07/29/20 |
| N/A | N/A | N/A |

Follows:
        N/A

GAP Waiver Notice
☒ If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you were to prepay the contract in full (less any refunds we get for cancelling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due payments and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

arge. If payment is not received in full within __10__ days after it is due, you will pay a late charge 1.00 __ or __5__ % of the part of the payment that is late, whichever is _greater_ .

nent. If you pay early, you will not have to pay a penalty.
Interest. You are giving a security interest in the vehicle being purchased.
al Information: See this contract for more information including information about nonpayment, ny required repayment in full before the scheduled date and security interest.

NTIES
wing paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the Lemon Laws or, for used vehicles, a certificate of serviceability that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle you bought in New York City.
he Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making anties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.
aing notice only applies to used vehicles bought in New York City:

### IMPORTANT NOTICE TO BUYER
TATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE ONDITION AT THE TIME OF SALE.
HIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
OU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE AR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.
HIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. OMPLAINT PHONE: (212) 639-9675.

gns X _____ Co-Buyer Signs X N/A _____          LAW 553-NY-B-A-eps 10/18 v1    Page 1 of 6

CONFIDENTIAL                                    COAF_Francois_00000119

Buyer !
(Includi
FARAH :
2914 FA
BROOKI
KINGS

You, the
credit ui
Finance
Disclosi

New/Us

U:

AN
PERC
F
The
your
a ye

1:

Your

Ni
Pi

Or As

Late Ch
of $ ___
Prepayn
Security
Additior
default, :

WARRA
The follo
under th
Unless t
no warri
The follo

(A)  S1
        C(
(B)  Tr
(C)  Y(
        C/
(D)  Tr
        C(

Buyer Si

CONFIDENTIAL

COAF_Francois_00008111

## ...ATION OF AMOUNT FINANCED

...n Price (including $ 3,105.81 sales tax) ... $ 35,100.81 (1)

...Downpayment =

Your trade-in is a N/A
Year    Make    Model    Vehicle Identification No.

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Prior Credit or Lease Balance (e) | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | 9,000.00 |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |

(If total downpayment is negative, enter "0" and see 4I below)   $ 9,000.00 (2)

...id Balance of Cash Price (1 minus 2)   $ 26,100.81 (3)

...r Charges including Amounts Paid to Others on Your Behalf
...er may keep part of these amounts):

...ost of Optional Credit Insurance
...aid to Insurance Company or Companies

| | | | |
|---|---|---|---|
| ...ife | $ | N/A | |
| ...isability | $ | N/A | |
| ...endor's Single Interest Insurance Paid to Insurance Company | | | $ N/A |
| ...ther Optional Insurance Paid to Insurance Company or Companies | | | $ N/A |

...ees Paid to Government Agencies

| | | |
|---|---|---|
| to NY STATE | for INSPECTION | $ 37.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| ...iovernment Taxes Not Included in Cash Price | | $ N/A |

...iovernment License and/or Registration Fees

| | |
|---|---|
| ...IC & REG FEES | $ 250.00 |
| ...iovernment Certificate of Title Fees | $ N/A |
| ...iovernment Waste Tire Management Fee | $ N/A |

...ther Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to N/A | for Prior Credit or Lease Balance (e) | $ N/A |
| to VICTORY MITSUBISHI | for DOC FEE | $ 75.00 |
| to INTERSTATE (STAR AUTO) | for SERVICE CONTRACT | $ 3,000.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |

...otal Other Charges and Amounts Paid to Others on Your Behalf   $ 3,362.00 (4)

...unt Financed (3 + 4)   $ 29,462.81 (5)

...: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
N/A , Year N/A . SELLER'S INITIALS N/A

...NDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI
...e for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI
...e is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the
...ce company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the
...the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed.
...rage is for the initial term of the contract.

...ed Check Charge: You agree to pay a charge of $ 20 if any check you give us is dishonored.

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:

### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name
N/A
Home Office Address
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ N/A                                    N/A
Type of Insurance            Term
Premium $ N/A
Insurance Company Name
N/A
Home Office Address
N/A

☐ N/A                                    N/A
Type of Insurance            Term
Premium $ N/A
Insurance Company Name
N/A
Home Office Address
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X N/A                                    N/A
Buyer Signature                    Date
X N/A                                    N/A
Co-Buyer Signature                Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

---

gns X [signature] Co-Buyer Signs X N/A

LAW 553-NY-B-A-eps 10/18 v1   Page 2 of 6

CONFIDENTIAL                                    COAF_Francois_00000112

ITEMIZ
1  Casl
2  Total

3  Unp
4  Oth
   (Sell
   A  C
      F
      L
      C
   B  V
   C  C
   D  F

   E  C
   F  C
      L
   G  C
   H  C
   I  C

                    I
5  Amo

OPTION

☐  VEI
insuranc
insuranc
Insuran
Creditor,
The cov

Return

Buyer Si

CONFIDENTIAL

COAF_Francois_00000113

**NO COOLING OFF PERIOD UNLESS YOU HAVE A CONTRACT CANCELLATION OPTION**
law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you ge your mind. This notice does not apply to home solicitation sales. It also does not apply if you buy a used :le from a Seller-Creditor located in New York City and you did not decline your option to cancel. The laws of York City provide a two-day cancellation option if you buy a used vehicle. This cancellation option is subject rtain conditions. See the NYC Used Car Contract Cancellation Option agreement for details.

ocked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at the Balloon Payment is due:

☐ You may pay your Balloon Payment when due.

☐ You may refinance the Balloon Payment. See paragraph 1.e. below for details.

☐ You may sell the vehicle back to us. See paragraph 1.e. below for details. If you exercise this option, $ ___N/A___ per mile for each mile in excess of ___N/A___ miles

own on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

i Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 2 of the ion of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
tual payoff amount is more than the amount shown in 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2 ill refund to you any overage Seller receives from your prior lienholder or lessor.

Signature X N/A _____   Co-Buyer Signature X N/A _____

## R IMPORTANT AGREEMENTS

### INANCE CHARGE AND PAYMENTS

- **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
- **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
- **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
- **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
- **Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed above. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked above, you have the following options.

  *Pay in Full.* You may pay the Balloon Payment in full when due.

  *Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be

fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.

*Sell Back.* You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described on this page. You must take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no liens other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown above. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

- Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.
- Repair all mechanical defects.
- Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

gns X _____   _____ Co-Buyer Signs X N/A

*LAW 553-NY-B-A-eps 10/18 v1   Page 3 of 6*

CONFIDENTIAL

State
may
chan
vehic
New
to ce

☐ If che
the time
a)
b)
c)
sh

Trade-I
Itemizat
If the ac
Seller w

Buyer

**OTHE**

1.   F
     a

     b

     c

     d

     e

Buyer Si

CONFIDENTIAL

COAF_Francois_00008115

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

## OUR OTHER PROMISES TO US

**. If the vehicle is damaged, destroyed, or missing.**
The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked.

You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing. The terms and conditions of your liability if the vehicle is damaged, destroyed, or missing are described in a separate document you sign. The document is a part of this contract.

**. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**. Security Interest.**
You give us a security interest in:
* The vehicle and all parts or goods put on it;
* All money or goods received (proceeds) for the vehicle;
* All insurance, maintenance, service, or other contracts we finance for you; and
* All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This security payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

## ² YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:
* You do not pay any payment on time;
* You give false, incomplete, or misleading information on a credit application;
* You start a proceeding in bankruptcy or one is started against you or your property; or
* You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an instalment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

gns X _____    _____ Co-Buyer Signs X N/A  _____

SUBPOENA RESPONSES 250

CONFIDENTIAL

2. Y
a

b

c

d

e

3. II
a

Buyer Si

CONFIDENTIAL

COAF_Francois_00000117

## SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6.  **APPLICABLE LAW**
    Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

E: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR D ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS OF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

receding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other , Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) ave against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

### ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

HER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL. A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON Y CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL BITRATIONS.

:COVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT U AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

aim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of m or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase 5tion of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this :t) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not  to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on vidual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration ation, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. y get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

ors shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and plicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to m or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is s under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. hosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration his Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

d we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed sated to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover icle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This ion Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action s deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be nforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

gna X _____ Co-Buyer Signs X N/A _____

LAW 553-NY-B-eps 10/18 v1   Page 5 of 6

SUBPOENA RESPONSES 252

CONFIDENTIAL

COAP_Francois_00000118

4.

5.

NOTIC
COUL
HERE

The p
cases
may h

1. EIT
2. IF
   AN
   AR
3. DIS
   YO

Any cla
the clai
or con
contrac
subject
an indi
Associa
You ma
Arbitrat
the app
the clai
or case
require
frivolou
If the c
under t
by the
You an
or appe
the veh
Arbitrat
rights,
be une

Buyer Si

CONFIDENTIAL

COAF_Francois_00008119

*Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract* *retain its right to receive a part of the Finance Charge.*

HIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing must sign it. No oral changes are binding.     Buyer Signs X _____  _____     Co-Buyer Signs X N/A

art of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may he time for making some payments without extending the time for making others.

rest of this contract for other important agreements.

CE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank space. 2. You are entitled to a letely filled in copy of the agreement. 3. Under the law, you have a right to pay off in advance the full amount due. If you , you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain nstances obtain a rebate of the credit service charge. 4. According to law, you have the privilege of purchasing the ance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

gree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free e it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision ge 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.

IL INSTALMENT CONTRACT

Signs X _____  _____     Date _6/29/20_ Co-Buyer Signs X N/A _____     Date __N/A__

rs and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

| | | | |
|---|---|---|---|
| ner signs here X | N/A | Address | N/A |
| ng VICTORY MITSUBISHI | Date 6/29/20 | By X | Title N/A |

ssigns its interest in this contract to CAPITAL ONE AUTO FINANCE     (assigned under the terms of Seller's agreement(s) with Assignee.

Assigned with recourse          [X] Assigned without recourse          ☐ Assigned with limited recourse

VICTORY MITSUBISHI          By          Title

FORM NO. 553-NY-B-A-eps (REV. 10/18) ©2018 The Reynolds and Reynolds Company THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

*LAW 553-NY-B-A-eps 10/18 v1     Page 6 of 6*

CONFIDENTIAL

The
and

HOW Ti
and we
If any pa
extend t
See the

NOTIC
comp
do so
circur
insura

You a
to tak
on pa

RETA

Buyer

Co-Buye
have to

Other ov

Seller si

Seller :

Seller

CONFIDENTIAL

COAF_Francois_00000121

ler Name: Victory Mitsubishi

Dealer Phone #: 718-515-4600
Dealer Fax #: 718-515-4600

SE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.

IUCTIONS:
ay apply for credit in your name alone, whether or not you are married.
ease indicate whether you are applying for ☒ Individual Credit ☐ Joint Credit ☐ Community Property State ☐ Business Application
If you are applying for individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis of repayment of
the credit requested, complete only Section A.
If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

|  | Applicant | Co-Applicant |
| --- | --- | --- |

are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse
ign this application only if she wishes to be a Co-Applicant.

**PPLICANT INFORMATION**

| ame | First Name | Middle Initial | Social Security Number | Birth Date |
| --- | --- | --- | --- | --- |
| N FRANCOIS | FARAH | | REDACTED | |

| is | | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FARRAGUT RD | | | | | BROOKLYN | NY | 11210 |

| Phone | Cell Phone | Residential Status | Time at Address | |
| --- | --- | --- | --- | --- |
| )995-5054 | | ☐ Homeowner ☐ Rent ☒ Family ☐ Other | 10 Yrs. ____ Mos. | Rent/Mtg. Pmt. $ 0.00 |

| Address | | Driver's License No. | Driver's License State | Time at Previous Address |
| --- | --- | --- | --- | --- |
| | | | | Yrs. ____ Mos. |

| us Full Address (if less than 2 years) | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
| --- | --- | --- | --- | --- | --- | --- |

| yer Name | Employment Type |
| --- | --- |
| S WHOLE FOOD | ☒ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| 0 | Salary Type | Occupation | Length of Employment | Work Phone Number * |
| --- | --- | --- | --- | --- |
| 0 | ☐ Weekly ☐ Bi-Weekly ☐ Monthly ☒ Annually | MANAGER | 6 Yrs. 5 Mos. | (212)245-5877 |

| us Employer Name | Previous Employment Type |
| --- | --- |
| | ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| us Occupation | Length of Employment | Previous Work Phone Number |
| --- | --- | --- |
| | Yrs. ____ Mos. | |

y, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| ncome (Monthly) | Source of Other Income | By Signing you certify that the income entered on this Credit Application is accurate. |
| --- | --- | --- |
| | | X _(signature)_ |
| ents | | |

## AGREEMENT

ords "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You
stand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this
ation and any other application submitted to us and information about you whether or not the application is approved. You certify that the information
application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal
les. The words "you," "your" and "yours" mean each person submitting this application. You authorize us to submit this application and any other
ation submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance
e Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of
g your request to apply for credit. This application will be reviewed by the dealer and such financial institutions.
gree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the
sed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may
one or more consumer credit reports on you at any time during the term of your financing.. if you ask, you will be told whether a credit report was
sted, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that the dealer and the
ial institutions may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide such dealer and
ial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history
considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction.
nderstand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and
telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

onsent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone
er(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this
ction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive
rketing/sales calls and text messages as provided below.

onsent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on
f of dealer (or any financing source to which dealer assigns my contract) at the following number(s) (347)995-5054
ling any cell phone numbers. You understand that this consent is not a condition of purchase or credit.

|  | You opt in ☐ | | You do not opt in ☐ |
| --- | --- | --- | --- |

ature of Applicant for election above: _____

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent.

*BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.*

X _(signature)_

| 3 | APPLICANT'S SIGNATURE | DATE |
| --- | --- | --- |
| eslertrack, Inc. All rights reserved. | | DT 6/17 |

Printed on   06/18/2020 16:53

CONFIDENTIAL

COAP_Francois_00000122

Dea

PLE/
INSTF
You m
(1) P
(2) E.

(3) □

* If yo
must

A. /
Last N
JEAl
Addres
2914
Home
(347
E-Mail

Previo

Emplo
NUL
Salary
6500
Previo

Previo

Alien
Other I

Comm

The w
unden
applic
on the
penalt
applic
with th
fulfillin
You a
propo
obtain
reque:
financ
financ
each c
You u
record

You cc
numbe
transa
telema
You c
behal
incluc

Signa



Page 1 of
© 2017 D.

CONFIDENTIAL

COAF_Fxxxxx_00000123

## FEDERAL NOTICES

NT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT If applicable to your credit transaction, to help the government
anding of terrorism and money laundering activities, Federal law requires financial institutions to obtain, verify, and record information that
each person who opens an account. What this means for you: When you open an account, you will be asked for your name, address, date of birth,
information to identify you. You may also be asked to see your driver's license or other identifying documents.

## STATE NOTICES

ι Residents:  An applicant, if married, may apply for a separate account.

d Tennessee Residents:  You must have physical damage insurance covering loss or damage to the vehicle for the term of the contract.  For a
ι must also have the liability insurance as described in the lease.  You may purchase required insurance through any insurance agent or broker and
insurance company that is reasonably acceptable to us. You are not required to deal with any of our affiliates when choosing an agent, broker or
our choice of a particular insurance agent, broker or insurer will not affect our credit decision, so long as the insurance provides adequate coverage
surer who meets our reasonable requirements.

ιpshire Residents: If you are applying for a balloon payment contract, you are entitled, if you ask, to receive a written estimate of the monthly
ιmount for refinancing the balloon payment in accord with the creditor's existing refinance programs.  You would be entitled to receive the estimate
ι enter into a balloon payment contract.  A balloon contract is an installment sales contract with a final scheduled payment that is at least twice the
ι one of the earlier scheduled equal periodic installment payments.

ι Residents:  In connection with your application for credit, a consumer report may be obtained from a consumer reporting agency (credit bureau).
ι extended, the party or parties extending credit or holding such credit may order additional consumer reports in connection with any update,
ι extension of the credit. If you ask, you will be told whether a consumer report was requested and, if so, the name and address of any consumer
agency (credit bureau) from which such credit report was obtained.

ιldents:  Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit
agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this

land Residents: Consumer reports may be requested in connection with this application.  Buyer has the right of free choice in selecting an insurer
ι insurance required in connection with this transaction subject to our reasonable approval in accordance with applicable law.

Residents: You authorize us and any financial institution with which this credit application is shared, and each of their respective employees or
ι obtain and verify information about you (including one or more credit reports, information about your employment and banking and credit
ιps) that they may deem necessary or appropriate in evaluating your credit application. If your credit application is approved and credit is granted,
ιuthorize the parties granting credit or holding your account, and their respective employees and agents, to obtain additional credit reports and
ιmation about you in connection with reviewing the account, increasing the available credit on the account (if applicable), taking collection on the
ιr for any other legitimate purpose.

Wisconsin Residents: No provision of any marital property agreement, any unilateral statement under Wis. Stat § 766.59 or any court decree
66.70 applied to marital property adversely affects our interest unless you furnish a copy of the agreement, statement, or court decree or we have
ιwledge of such adverse provision before credit is granted. If you are making this credit application individually and not jointly with your spouse,
Section A about yourself and Section B about your non-applicant spouse.  Your non-applicant spouse should not sign the credit application if you
ng for individual credit.

IMPORTA
fight the fi
identifies
and other

Californi:

Maine an
lease, you
from any
insurer. Y
with an in:

New Han
payment ;
before yo:
amount of

York
If credit is
renewal o
reporting :

Ohio Res
reporting
law.

Rhode Is:
to provide

Vermont
agents, to
relationsh
you also r
other info:
account, :

Married V
under § 7:
actual kn:
complete
are applyi

CONFIDENTIAL

COAF_Frannon_00000125

| USE ONLY | DEALER SECTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | Vehicle Type | Mileage | Product Type | | Stock Number | | Source | | | Certified Pre Owned ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| j | USED | 24580 | Retail | | | | | | | |

| Make | | Model | | Trim | | | VIN | |
|---|---|---|---|---|---|---|---|---|
| BMW | | 5 Series | | 530i xDrive Sedan | | | WBAJA7C38HG90464f | |

| Cash Selling Price | Sales Tax | T & L | Cash Down | Front-End Fees | Rebate | Net Trade | Acq Fee | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|
| 32500 | 2800 | 250 | 9000 | 0 | 0 | | | 26550 |

| Health Ins. | Credit Life Insurance | | Gap | | Service Plan | | Back-End Fees | Est. Amt. Financed |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 26550 |

| | Invoice/Wholesale Value | Wholesale Source | Retail Value | Retail Source | | Estimated Payment | Requested APR | |
|---|---|---|---|---|---|---|---|---|
| | 31700 | NADA | | NADA | | | | |

| ookout ☐ | Bookout Date | Lender Program |
|---|---|---|
| | | |

iptions

| Information | | | |
|---|---|---|---|
| Make | | Model | Trim |
| rf | | Monthly Payment | |

3
safetrack, Inc. All rights reserved.

DT 6/17

Printed on  08/18/2020 16:53

CONFIDENTIAL

COAF_Francois_00000126

FOR

Dealer #

647415

Year

2017

Term

72

Accident/

MSRP

Vehicle B

Vehicle C

TRADE I

Year

Lienhold

CONFIDENTIAL

COAF_Francois_00000127

**MITSUBISHI MOTORS**
Drive your Ambition

**Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475
Tel.: 718.515.4600
Fax: 718.515.6905

NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

| DATE | | | INVOICE NO. | STOCK NO. | KEY |
|---|---|---|---|---|---|
| 06/29/20 | | | | 3385 | 1 |
| | | Salesman Number | | | * |
| DESCRIPTION | COST | ACCT NO. | | SALE | KEY |
| PRICE | | | | 31,995.00 | - |

SOLD TO   FARAH JEAN FRANCOIS
ADDRESS  2914 FARRAGUT
BROOKLYN, NY 11210

| | COST | ACCT NO. | SALE | KEY |
|---|---|---|---|---|
| INTERSTATE (STAR AUTO) | | | 3,000.00 | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |

SALESMAN HOUSE SALES REP           CUST.#
N/A                                    YESSICA VALLEJO

| YEAR | MAKE | MODEL | NEW OR USED | KEY NUMBERS |
|---|---|---|---|---|
| 2017 | BMW | 5 SERIES | USED | N/A |

| COLOR | MILEAGE | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|
| GRAY | 24,580 | WBAJA7C38HG904646 |

FACTORY OPTIONS

PRIOR USE CERTIFICATION (required by vehicle and traffic law 417-a if
the principal prior use of the vehicle was as a police vehicle, taxicab, rental
vehicle or driver education vehicle). The principal prior use of this vehicle
may have been as: a police vehicle _____ , a taxicab _____ , a
rental vehicle _____ , or a driver education vehicle _____ .

DEALER OPTIONS

| | | | | |
|---|---|---|---|---|
| USED RETAIL | | | | - |
| USED WHOLESALE | | | | - |
| RECONDITIONING | | | | - |
| CAR DEAL NO. | | | | |
| SALES TAX | 8.875 % | | 3,105.81 | |
| LICENSE & TITLE | | | 250.00 | |
| N.Y. STATE INSPECTION FEE | | | 37.00 | - |
| ***TIRE DISPOSAL FEE | | | N/A | |
| *DEALER OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES (IF APPLICABLE.) THIS IS NOT A DMV FEE *$45.00* | | | 75.00 | - |

| | TOTAL CASH PRICE | 38,462.81 |
|---|---|---|
| FINANCING | | 13,863.19 |
| INSURANCE | | N/A |
| | TOTAL TIME PRICE | 52,326.00 |

MV-50#

-farwa Burath-

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE
SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY
IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER
ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION
WITH THE SALE OF SAID PRODUCTS.

| | | | | |
|---|---|---|---|---|
| DEPOSIT | | | 9,000.00 | * |
| CASH ON DELIVERY | | | 9,000.00 | |
| N/A | | | N/A | |
| LESS CAP ALLOWANCE PAYMENTS | | | N/A | |
| MONTHS   DOLLARS | | | | |
| 72 @ 601.75/MONTH | | | 43,326.00 | |

**A. USED VEHICLE CERTIFICATE OF ADEQUACY**
"IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, DEALER NAMED ABOVE CERTIFIES
THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFAC-
TORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY."

**IMPORTANT NOTICE TO USED CAR BUYER**
(a) STATE LAW REQUIRES THAT SELLER OR SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER
THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (B) THIS CERTIFICATION IS A GUARANTEE
THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (C) YOU HAVE A RIGHT TO REQUEST THE
DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH
DOES NOT COMPLY WITH THIS CERTIFICATION. (D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF
CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004, COMPLAINT PHONE: DIAL 311

| | TOTAL | 29,462.81 |
|---|---|---|
| ARE OFF BAL. OWING TO FINANCE CO | | N/A | - |
| INCENTIVE | | N/A | * |
| CONTRACTS IN TRANSIT | | N/A | * |
| CAPITAL ONE AUTO FINANCE | | | * |
| | | | * |
| | | | * |
| | | | - |
| | | | - |

| | USED CAR TRADED | | |
|---|---|---|---|
| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. |
| N/A | N/A | N/A | N/A |

BODY
COLOR  N/A

| URGE OF TRADE | STOCK NO. | |
|---|---|---|
| | N/A | * |

*THE OPTIONAL DEALER REGISTRATION OR TITLE APPLICATION PROCESSING FEE ($75.00 MAXIMUM) AND SPECIAL PLATE PROCESSING FEE ($5.00 MAXIMUM) ARE NOT NEW YORK STATE OR DEPARTMENT OF MO-
TOR VEHICLES FEES. UNLESS A LIEN IS BEING RECORDED OR THE DEALER ISSUED NUMBER PLATES YOU MAY SUBMIT YOUR OWN APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE OR FOR A SPECIAL
OR DISTINCTIVE PLATE TO ANY MOTOR VEHICLE ISSUING OFFICE. **THE $3##9 DELIVER FEE REPRESENTS COST IN PREPARING YOUR VEHICLE AND ALL NECESSARY PAPERWORK AND ADDITIONAL DEALER PROFIT.
THIS FEE IS NOT MANDATED OR IMPOSED BY THE STATE OF NEW YORK *** NEW YOUR STATE LAW REQUIRES US TO ACCEPT AND MANAGE WAST TIRES FORM VEHICLES IN EXCHANGE FOR AN EQUAL NUMBER OF
NEW TIRES THAT WE SELL OR INSTALL. WE ARE REQUIRED TO CHARGE A SEPARATE AND DISTINCT WASTE TIRE MANAGEMENT AND RECYCLING FEE OF $2.50 FOR EACH NEW TIRE WE SELL. ANY ADDITIONAL TIRE
MANAGEMENT RECYCLING COSTS ARE INCLUDED IN THE ADVERTISED PRICE OF THE NEW TIRE.

CONFIDENTIAL

COAF_Francois_00000128

CONFIDENTIAL

COAF_Francois_00000129

New York State Department of Motor Vehicles

RETAIL CERTIFICATE OF SALE RECEIPT

No. E022948292020

| TYPE OF SALE |
|---|
| ■ Used ☐ Demo ☐ Salvage |

☐ COO Review Required

## .E INFORMATION:

| Make | Model | Body Type | Color1 | Color2 | Weight (Unladen) | Fuel Type | Cylinders | Adult Seating Capacity |
|---|---|---|---|---|---|---|---|---|
| BMW | 5 SERIES | 4DSD | GY | N/A | 3542 | G | 4 | 5 |

| Identification Number | | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|---|---|---|---|---|---|
| J A 7 C 3 8 H G 9 0 4 6 4 6 | | 1 | 3875733 | 05-30-2020 | 7090068 |

| mit Number | Number of Dealer Plate Loaned | | Loase Buyout (Insp. Not Required) | Selling Price |
|---|---|---|---|---|
| | N/A | ☐ | | $35595 |

## ER INFORMATION:

/ MITSUBISHI, 4070 BOSTON ROAD, BRONX, NY, 10475, Bronx

## HASER INFORMATION:

| EAN FRANCOIS, 2914 FARRAGUT, BROOKLYN, NY, 11210 | Date of Sale |
|---|---|
| | 05-30-2020 |

## OWNER INFORMATION:

| DECORE, 1824 ST CLAIR LANE, BARTLETT, IL, 43026, ate Title (17158691334) | Date of Purchase |
|---|---|
| | 02-28-2020 |

## ETER DISCLOSURE STATEMENT:

nd state laws require that you state the mileage of the vehicle described on the certificate, when transferring ownership. Failure to do so, or not telling the truth mileage may result in fines and/or imprisonment.

lify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle ribed above.

ify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

| ODOMETER READING | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 4 | 5 | 8 | 6 |
| (no tenths) | | | | | | |

ily that, to the best of my knowledge, this odometer reading is "NOT ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ur odometer reading at: verifiny.com/check     Processing States with questions about this eMV-50 may contact 1 833 VERIFI NY (1 833 837-4346)

## ER CERTIFICATION

The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle t with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and a service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and es due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to 210.45 of the Penal Law.

| t (or authorized representative) - (SIGN full name) | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|---|---|---|---|
| | VICTORY MITSUBISHI | 6/29/20 | 7123426 |

## HASER CONFIRMATION

if odometer history for this vehicle, if available, can be found at: verifiny.com/check
ig, the purchaser affirms the odometer reading on this receipt is accurate.

| \SER - (SIGN full name) | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|---|---|---|---|
| | FARAH JEAN FRANCOIS | 6/29/20 | 81-4895257 |

nticity of this document can be verified at verifiny.com/check

*Any change or Alteration voids this receipt*

Customer copy

Page 1 of 1

SUBPOENA RESPONSES 264

☐ New

**VEHICI**

Year

2017
Vehicle I

| W | B | A |

Plate/Per

JSE8212

**DEALE**

VICTOR'

**PURCI**

FARAH J

**PRIOR**

PETER F
Out Of St

**ODOM**

Federal a
about the

☑ I cert
desc

☐ I cert

☐ I cert

Check yo

**DEALE**

*I certify:*
compile
adequat
local tax
Section

DEALEF

**PURCI**

Additions
By signir

PURCH/

The authe

CONFIDENTIAL

COAF_Francois_00000131

**ictory Mitsubishi**

70 Boston Rd
:ONX NY 10475
one:   (718) 515-4600



dealertrack technologies

**\DA® Wholesale Value (Trade) Details**

ookout Date: 6/29/2020 4:01:22 PM

uide:  NADA June 2020, EASTERN Edition.

---

**hicle Information**

17 BMW 5 SERIES SEDAN 4D 530XI AWD

| | | |
|---|---|---|
| N: WBAJA7C38HG904646  Stock No: N/A | Condition: Clean | $26,575 |

| **tional Equipment** | |
|---|---|
| ptive Cruise Control | w/pkg |
| d Spot Monitor | w/pkg |
| ision Avoidance System | $175 |
| led Front Seats | $250 |
| er Assist Plus Pkg. | $900 |
| e Departure Warning | w/pkg |
| senger Seat Memory | $0 |
| iolesale Value with Options | $27,900 |
| eage Adjustment (24580 miles) | $3,500 |
| DA ® Wholesale Value | $31,400 |

Printed On:   6/29/2020

---

Iodified By:   N/A

Iodified:      N/A

ight 2020 by NADA Services Corporation. All Rights Reserved. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations
ry based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction
parties to the transaction. This pricing is intended for the use of the individual generating this pricing only and shall not be sold to another party NADA
es Corporation and Dealertrack assume no responsibility for errors or omissions.

CONFIDENTIAL

COAP_Francois_00000132

V
40
BF
Ph

N/
Bc
Gl

Vel
20
VI
Op
Ada
Blin
Coll
Coc
Driv
Lan
Pas

Wh
Mil

NA

Last M
Last M
Copyri
will va
or the
Servic

CONFIDENTIAL

COAF_Francois_00000133

| EW YORK Department of | VEHICLE REGISTRATION/ | Office Use Only | | Class |
| Motor Vehicles | TITLE APPLICATION FOR | Batch File No. | | Three of Name |
| | DEALER SALES | ☐ Orig ☐ Activity ☐ Renewal ☐ Lease Buyout | | |
| | This form is available at dmv.ny.gov | ☐ Dup ☐ Activity W/RR ☐ Renew W/RR ☐ Sales Tax with Title | | |

**TO:**

| [X] REGISTER A VEHICLE | ☐ RENEW A REGISTRATION | ☐ GET A TITLE ONLY | Plate Number |
| ☐ CHANGE A REGISTRATION | ☐ REPLACE LOST OR DAMAGED ITEMS | ☐ TRANSFER PLATES | |

IE OF PRIMARY REGISTRANT (Last, First, Middle or Business Name)     Registrant Type ☐ Individual   ☐ Co-Registrants   ☐ Corp/Organization

ANCOIS, FARAH JEAN

| NYS driver license ID number of PRIMARY REGISTRANT ☐ No CID | DATE OF BIRTH | GENDER |
| 2 5 3 5 5 2 6 2 4 | Month Day Year REDACTED | Male ☐   Female ☐ |

IE OF CO-REGISTRANT (Last, First, Middle)

| NYS driver license ID number of CO-REGISTRANT ☐ No CID | DATE OF BIRTH | GENDER |
| | Month Day Year | Male ☐   Female ☐ |

| | TELEPHONE NUMBER | MOBILE TELEPHONE NUMBER |
| | Area Code | Area Code |
| AME CHANGE? ☐ YES ☒ NO   ADDRESS CHANGE? ☐ YES ☒ NO | ( 347)995-5054 | ( ) |

IMER NAME (If name was changed you must present proof))     EMAIL

alpo0220@gmail.com

ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL (Include Street Number and Name, Rural Delivery or box number. This address will be on the document.)

| 14 FARRAGUT | Apt. No. | City or Town BROOKLYN | State N Y | Zip Code 11210 | County of Residence |

ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS     (DO NOT GIVE A.P.O. BOX.)

| | Apt. No. | City or Town N/A | State N/A | Zip Code N/A | KINGS |

| CLE IDENTIFICATION NUMBER | VEHICLE DESCRIPTION | Body Type (mark one) |
| WBAJA7C38HG904646 | Year 2017   Make BMW | ☐ 2-Door ☐ 4-Door ☐ Pick-up ☐ Van |

| 1 GRAY | Color 2 | Unladen Weight | Type of Power (Fuel) ☐ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None | ☐ Convertible ☐ Suburban/SUV ☐ Trailer ☐ Motorcycle ☐ Tow ☐ Other ___ |

| lers | For trailers & commercial vehicles Maximum Gross Weight | Adult Seating Capacity (including driver) | Odometer Reading in Miles 24580 | Office Use Only Mileage Brand A E N | For commercial vehicles Axles   Distance |

NGES: Describe any vehicle changes and the reasons for the changes.  (SUBMIT NYS TITLE IF ISSUED)

OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.

| driver license number of OWNER   NAME OF CURRENT OWNER(s) (Last, First, Middle) | DATE OF BIRTH |
| | Month Day Year |
| CID   NAME OF CO-OWNER → | GENDER   Male ☐   Female ☐ |

DDRESS WHERE OWNER GETS MAIL   (Include the Street Number and Name, Rural Delivery or box number)

| | Apt. No. | City or Town | State | Zip Code | County |

(Signature of owner or authorized person, and signature of co-owner if applicable)     (Date)

**DEALER USE ONLY - LIEN FILING - Alterations are not allowed in the lienholder section below**

one → ☐ There are no liens   ☐ I am filing for the lienholder(s) listed below

| Filing Code | Lienholder Name | Lienholder Mailing Address (number, street, city, state, zip code) |
| 64660 | CAPITAL ONE AUTO FINANCE | PO BOX 660068 SACRAMENTO, CA 95866 |

**NEW YORK DEALERS ONLY**

| sue plates to this vehicle? | Plate Number | Reg. Class | Date Temp Issued | Facility ID Number |
| I Yes  ☒ No | | | | 7123426 |

CERTIFICATION: I certify that all information provided on this application is true.
ponsibility for the integrity of the papers delivered to the Motor Vehicles office.

(Signature of Seller or Authorized Representative)

**OFFICE USE ONLY**

| | | New Class | Ins. Co. Code | | Special Conditions |
| Status | Value ($) | Rate | Out of State | Jurisdiction | Audit | AT  BV  CF  CO  EO  EX  FL |
| | | Issuance State | Title | Lien | Lien Number | Lien Release | IO  NE  NF  NR  NU  OP  OV |
| nilted | | | | | | PA  PI  PK  RC  RE  SC  SO |
| | | | | | | SP  SR  SS  SV  TE  TL  TO |
| | State | | Stop/Response/Scoff Law | | | TP  TR  TX  XR  X6  WO |
| | | | | | | Approved By          Date |

AL (10/19)     COMPLETE BOTH SIDES     PAGE 1 OF 2

CONFIDENTIAL     SUBPOENA RESPONSES 268     COAF_Francois_00000134

I WANT

1 NAM
FR.

NAM

N

FOR

THE
29

THI
N/A

2 VEHI

Color
C

Cylin

CHA

3 If the
NYS

☐ No

THE A

Choose

Lier

Did you is

C

DEALER
I take res

New
Plate
Sales Tax

Prior
Owner

Proof Subr

Reg/Title

MV-82DE

CONFIDENTIAL

COAF_Francois_00000135

DITIONAL VEHICLE INFORMATION ——→ *QUESTIONS 1-3 MUST BE COMPLETED.*

Has the vehicle been wrecked, destroyed, or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and to make the vehicle legal to operate on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss?

☐ No  ☐ Yes - (If you marked **Yes** the vehicle must have an anti-theft examination before it is registered. The title that is issued
will have the statement "Rebuilt Salvage" on it.)

Is this vehicle registered for your personal use? ☐ Yes  ☐ No
*If you marked "Yes", go to the next question (question 3) . If you marked "No", check any of these boxes that apply:*

☐ This vehicle is a passenger vehicle that will be used for hire with a driver and will be operated in the following location(s):

   ☐ New York City (NYC)   ☐ A jurisdiction that is not NYC that regulates taxis   ☐ A jurisdiction that does not regulate taxis

☐ This vehicle is used as a contracted carrier.

☐ This vehicle is a passenger vehicle that is rented without a driver.

☐ This vehicle requires a permit for **commercial operation.** (Mark the box of the type of permit that was issued and write the permit
   number on the line.) ☐ NYS DOT Permit No. _____   ☐ Federal DOT Permit No. _____

☐ The government owns this vehicle.

☐ This vehicle is used as (mark one) ☐ an ambulance   ☐ an ambulette   ☐ a hearse or invalid coach
   If payment is received to carry passengers, mark this box. ☐

☐ This vehicle is used exclusively as a **hearse**   If payment is received to carry passengers, mark this box. ☐

☐ This vehicle is a **commercial tow truck** with a gross vehicle weight rating of at least 8,600 pounds.

☐ This vehicle is used only as a **farm vehicle.** *(form MV-260F, Part 1, must be attached)*

☐ This vehicle is used only as an **agricultural truck or agricultural trailer.**

☐ This vehicle is subject to the Department of Transportation inspection requirements for the carriers that transport passengers.
   (For more information, refer to form MV-82.1P, "Inspection Requirements for Carriers Transporting Passengers".)

Has this vehicle been modified from the original manufacturer specifications? ☐ Yes   ☐ No   If "Yes", describe the modifications:

_____

_____

Was this vehicle altered to increase the capacity beyond that provided by the manufacturer by method of extended chassis, lengthened
wheel base, or a lengthened seating area?   ☐ Yes ☐ No

If **YES**, do you have the required Federal Alterer's Safety Certification (normally found on the door jamb)?   ☐ Yes ☐ No

\* If your vehicle was altered or stretched to increase the passenger capacity, you must present to the DMV issuing office a photograph or copy
of all labels or plates (normally put on the driver's side door). If the vehicle was altered or stretched and now has an adult seating capacity of
11 or more adults (including the driver), you must show the original NYS DOT Inspection Receipt OR a NYS DOT Exemption Letter.

This vehicle is a **pick-up truck** with an unladen weight that is a maximum of 6,000 pounds. This vehicle is never used for commercial
purposes and does not have advertising on any part of it.  I want (mark one): ☐ Passenger Plates ☐ Commercial Plates

ERTIFICATION: I certify that the information I have given on this application and on any documentation provided in support of this
plication is true and complete. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the
quired New York State inspection, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also
rtify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic
w. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I
ve plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these
ates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also
thorizes use of my credit card.*

/ARNING: **Intentionally making a false statement or providing false or misleading information in connection with this application is a criminal
offense that may subject you to prosecution under the law.**

nt Name Here ⬥ FARAH JEAN FRANCOIS
_____
(Print Name in Full - If registering for a corporation, print your full name and title)

Sign Here ⬥ *Farah  J  francois*
_____
(Sign Here)

Print Additional Name Here ⬥
_____
(Print Name in Full)

ditional Signature Sign Here ⬥
_____
(Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

IAL (10/19)

CONFIDENTIAL

COAF_Francois_00000139

CONFIDENTIAL

**Star Auto** Vehicle Service Contract Application Page

Contract No. 700050896

VQ

ANT

| FARAH JEAN   FRANCOIS | Co-Applicant Name: | | | |
|---|---|---|---|---|
| 2914 FARRAGUT | City: BROOKLYN | State: NY | Zip: 11210 |
| francois@gmail.com | Phone: (347) 995-5054 | | | |

| VICTORY MITSUBISHI | | Seller Code: | 34816 |
|---|---|---|---|
| 4070 BOSTON RD | City: BRONX | State: NY | Zip: 10475 |
| | Phone: (718) 515-2277 | | |

: CAPITAL ONE AUTO FINANCE

| E | | | | | | |
|---|---|---|---|---|---|---|
| 017 | Make: BMW | Model: 530 XI | Number of Cylinders: 4 | Vehicle Class: 6 | VIN: WBAJA7C38HG904646 | |
| ner's Warranty Date: 01/01/2017 | | Manufacturer's Warranty Term: 48 Months | | 50,000 Miles | Present Odometer Reading: 24,580 |
| late: 6/29/20 | Contract Purchase Date: 6/29/20 | | Contract Purchase Price: $3,000.00 | | ○ Contract to be financed |
| :: 250 | Coverage Type: PROGRAM | | | | |

tures
al    TRBO 4X4

: under this Contract begins at the Contract purchase date. See Terms & Conditions
'act Period" for details regarding how Your Contract term is measured.

**CONTRACT TERM: 36 Months / 60,000 Miles**

**ED COVERAGE**

IAMOND

ENTAL BENEFIT UPGRADE   Optional coverage increases benefit to $50 per day up to a minimum of 6 days and $300 plus parts delay benefit of $35 per day up to maximum of 5 days. Surcharge applies.

I acknowledge that the information contained above is, to the best of my knowledge, true; I understand that authorization from the Administrator must be received before any repairs are performed under this Service Contract; Coverage is not afforded to a Business/Commercial Use Vehicle, Vehicle equipped with: 4 Wheel Drive/AWD, Diesel, Turbo/Supercharger, Snow plow or Lift Kit/Tire modification unless the corresponding box(es) above are selected and purchased.

**YES**  ☐  Customer Initials

I understand that in order to maintain Coverage under this Contract, I must have my Vehicle serviced as indicated under "Vehicle Maintenance Requirements" in the Contract as defined in item 7. Terms and Conditions.

tase of this Contract is a separate consideration from the purchase price of the Vehicle and is not a requirement to purchase the Vehicle, or to obtain financing. The implied warranty of tability on the Vehicle is not waived if this Contract has been purchased within ninety days of the purchase date of the Vehicle from a seller who also sold the Vehicle covered by this Contract.

acknowledge and accept the provisions of the "Arbitration" clause as stated in Item 10. of the Terms and Conditions.

acknowledge that state-specific disclosure language where applicable will be included with my Identification Card and become part of this Contract. I understand this language is also available to vw.inds.com/states. If You do not receive Your Identification Card within 60 days, phone the customer service number listed below. I hereby declare that I have read the terms of this Application lerstand and accept all the provisions therein.

| t's Signature | Date 6/29/20 | Seller Representative's Signature | Date 6/29/20 | Yess   Salesperson Code |
|---|---|---|---|---|

erstand to file a claim in the event I have a Failure, I am to follow the instructions listed under the section entitled "What You Should do in the Event of a Failure".
NO PAYMENT FOR REPAIRS WILL BE MADE WITHOUT PRIOR AUTHORIZATION FROM THE ADMINISTRATOR

Administered by:   Interstate National Dealer Services, Inc., 6120 Powers Ferry Rd. NW, Suite 200, Atlanta, GA 30339
Customer Service: 800-942-0400
www.inds.com

63654


:2/16

Distribution: WHITE/Administrator;   YELLOW/Dealer;   PINK/Lienholder;   2nd WHITE/Applicant

CONFIDENTIAL

COAF_Francois_00000138

APPLI(

Name: |

Address:

E-Mail
address:

**SELLEF**

Name:

Address: .

E-Mail
address:

Lienholder

**VEHICl**

Year: 2

Manufactu
In-Service

Vehicle
Purchase [

Deductibl

Vehicle In
and optioc
coverage:

Coverage
"t. Contr

**SELECT**

D

○ CAR R

**YES**

☐
Customer
Initials

The purch
merchan

I hereby

I hereby
me at wi
and I und

Applican



I und



VQ-904 DA(

CONFIDENTIAL

COAF_Francois_00000139

ictory Mitsubishi

70 Boston Rd
:ONX NY 10475
one:   (718) 515-4600



dealertrack technologies·

## ADA® Retail Value (Retail) Details

ookout Date: 6/29/2020 4:01:22 PM

uide:  NADA June 2020, EASTERN Edition.

### hicle Information

17 BMW 5 SERIES SEDAN 4D 530XI AWD

| | |
|---|---|
| N: WBAJA7C38HG904646   Stock No: N/A | $30,125 |

### tional Equipment

| | |
|---|---|
| ptive Cruise Control | w/pkg |
| d Spot Monitor | w/pkg |
| ision Avoidance System | $200 |
| led Front Seats | $275 |
| er Assist Plus Pkg. | $1,000 |
| e Departure Warning | w/pkg |
| senger Seat Memory | $0 |
| tail Value with Options | $31,600 |
| eage Adjustment (24580 miles) | $3,500 |
| DA ® Retail Value | $35,100 |

| | | |
|---|---|---|
| | Printed On: | 6/29/2020 |

lodified By:   N/A

lodified:   N/A

ight 2020 by NADA Services Corporation. All Rights Reserved. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations ry based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction parties to the transaction. This pricing is intended for the use of the individual generating this pricing only and shall not be sold to another party NADA es Corporation and Dealertrack assume no responsibility for errors or omissions.

CONFIDENTIAL

COAP_Francois_00000140

V
40
BF
Ph

N/
Bo
Go

Ve
20

VII

Op
Ada
Bln
Coll
Coc
Driv
Lan
Pas

Re
Mil

NA

Last M

Last M

Copyr
will va
or the
Servic

CONFIDENTIAL

COAF_Francois_00000141

2024

DCN   30029749



R01
APP ID - 188350734
Alt ID -

AB - 100191372016000381530077085025559 6
IN DATE - 2020-07-02, 03:57:54
IN - arilla.kelly, PRE - dwilson30
TITLE - N, White out - N

SUBPOENA RESPONSES 276

CONFIDENTIAL

COAF_Francois_00000143

# Dealertrack *dt*

## Capital One Auto Finance

**CapitalOne**  $ Booked                                   Victory Mitsubishi 647415

### Applicant(s)                          Vehicle

| | | | |
|---|---|---|---|
| Applicant Name | FARAH JEAN FRANCOIS | N/U/D | USED |
| Co-Applicant Name | – | Year/Make/Model | 2017/BMW/5-SERIES |
| Work Number | (212) 245-5877 | Trim | Sedan 4D 530xi AWD |
| Home Number | (347) 995-5054 | VIN # | WBAJA7C38HG904646 |

### Financing Information                 Funding Documents

| | |
|---|---|
| Amount Financed | $29,462.81 |
| Term | 72 mos |
| Dealer Fee | $290.00 |
| Dealer Participation | $1,420.84 |
| Net To Dealer | $29,172.81 |
| Reference Link | Click here to update directly In Dealer Navigator |

**Stipulations**

–

**Comments**

–

### Reference

| | |
|---|---|
| App ID | 188350734 |
| Relationship Manager | Redacted |
| Ph | (888) 396-2623 Ext. 8323 |
| Fax | (888) 722-5186 |
| Funding Manager | – |
| Ph | (800) 945-9875 Ext. 8324 |
| Fax | (888) 722-5186 |

SUBPOENA RESPONSES 278

CONFIDENTIAL

CONFIDENTIAL

COAF_Frances_0000145

SUBPOENA RESPONSES 279

1/1

https://ww2.dealertrack.com/dealjackets/31020001220254909/deals/31020001280934954/decisions/contract/11343028/details/?formatprint

# *iLAW* 553-NY-B-A-eps 10/18

## RETAIL INSTALMENT CONTRACT
## SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number _____   Contract Number _____

| Buyer Name and Address (Including County and Zip Code) FARAH JEAN FRANCOIS 2914 FARRAGUT BROOKLYN, NY 11210 KINGS | Co-Buyer Name and Address (Including County and Zip Code) N/A - N/A | Seller-Creditor (Name and Address) VICTORY MITSUBISHI 4070 Boston Rd BRONX, NY 10475 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2017 | BMW 5 SERIES | WBAJA7C38HG904646 | Personal, family, or household unless otherwise indicated below ☐ business  ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 9,000.00 |
|---|---|---|---|---|
| 13.66 % | $ 13,863.19 | $ 29,462.81 | $ 43,326.00 | $ 52,326.00 |

(e) means an estimate

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X N/A

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 601.75 | Monthly beginning 07/29/20 |
| N/A | N/A | N/A |
| Or As Follows: | N/A | |

**GAP Waiver Notice**
☒ If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you were to prepay the contract in full (less any refunds we get for cancelling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due payments and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

Late Charge. If payment is not received in full within  10  days after it is due, you will pay a late charge

SUBPOENA RESPONSES 280

COAF_Florance_0000147
CONFIDENTIAL

or $ \_\_\_\_\_ or \_\_\_ % of the part of the payment that is late, whichever is \_\_\_\_\_ .

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**WARRANTIES**

The following paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the Lemon Laws or, for used vehicles, under the certificate of serviceability that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle you bought in New York City.

Unless the Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making no warranties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.

The following notice only applies to used vehicles bought in New York City:

**IMPORTANT NOTICE TO BUYER**

(A) STATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.

(D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. COMPLAINT PHONE: (212) 639-9675.

Buyer Signs X _____   Co-Buyer Signs X N/A

LAW 553-NY-B-A-aps 10/18 v1   Page 1 of 6

SUBPOENA RESPONSES 281

COAF_Franoco_0000148

CONFIDENTIAL

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ ___3,105.81___ sales tax)                                                $ ___35,100.81___ (1)

2 Total Downpayment =

Your trade-in is a ___ Year ___ Make ___ Model ___ N/A ___ Vehicle Identification No.

    Gross Trade-In Allowance                                                                $ ___N/A___

    Less Prior Credit or Lease Balance (e)                                          $ ___N/A___

    Equals Net Trade In                                                                         $ ___9,000.00___

    + Cash                                                                                             $ ___N/A___

    + Other N/A                                                                                       $ ___N/A___

    + Other N/A                                                                                       $ ___9,000.00___ (2)

    (If total downpayment is negative, enter "0" and see 4i below)

3 Unpaid Balance of Cash Price (1 minus 2)                                                      $ ___26,100.81___ (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

    (Seller may keep part of these amounts):

    A Cost of Optional Credit Insurance

       Paid to Insurance Company or Companies

       Life ___ N/A                                                                           $ ___N/A___

       Disability ___ N/A                                                                  $ ___N/A___

    B Vendor's Single Interest Insurance Paid to Insurance Company            $ ___N/A___

    C Other Optional Insurance Paid to Insurance Company or Companies     $ ___N/A___

    D Fees Paid to Government Agencies

       to N/A STATE ___ for INSPECTION                                          $ ___37.00___

       to N/A ___ for N/A                                                             $ ___N/A___

       to N/A ___ for N/A                                                             $ ___N/A___

       Government Taxes Not Included in Cash Price                           $ ___N/A___

    F Government License and/or Registration Fees

       LIC & REG FEES                                                                    $ ___250.00___

    G Government Certificate of Title Fees                                               $ ___N/A___

    H Government Waste Tire Management Fee                                          $ ___N/A___

    I Other Charges (Seller must identify who is paid and describe purpose)

       to N/A ___ for Prior Credit or Lease Balance (e)                       $ ___N/A___

       to VICTORY MITSUBISHI ___ for DOC FEE                                  $ ___75.00___

       to INTERSTATE (STAR AUTO) ___ for SERVICE CONTRACT        $ ___3,000.00___

       to N/A ___ for N/A                                                             $ ___N/A___

       to N/A ___ for N/A                                                             $ ___N/A___

       to N/A ___ for N/A                                                             $ ___N/A___

       to N/A ___ for N/A                                                             $ ___N/A___

       to N/A ___ for N/A                                                             $ ___N/A___

       to N/A ___ for N/A                                                             $ ___N/A___

       Total Other Charges and Amounts Paid to Others on Your Behalf      $ ___3,362.00___ (4)

5 Amount Financed (3 + 4)                                                                               $ ___29,462.81___ (5)

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer  ☐ Co-Buyer  ☐ Both

☐ Credit Disability: ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:

    Credit Life $ N/A

    Credit Disability $ N/A

    Insurance Company Name

    N/A

    Home Office Address

    N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A ___ N/A ___ N/A

    Type of Insurance ___ Term

Premium $ ___ N/A

Insurance Company Name

N/A

Home Office Address

N/A

☐ N/A ___ N/A ___ N/A

    Type of Insurance ___ Term

Premium $ ___ N/A

Insurance Company Name

N/A

Home Office Address

N/A

COAF_Finance_0000149

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item b, is paid in full on or before ___ N/A ___, ___ Year ___. N/A ___, . **SELLER'S INITIALS** N/A ___

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ ___ N/A ___ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**Returned Check Charge:** You agree to pay a charge of $ __20__. If any check you give us is dishonored.

decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X N/A _____    N/A
Buyer Signature                    Date

X N/A _____    N/A
Co-Buyer Signature                 Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

Buyer Signs X [signature]   Co-Buyer Signs X N/A

LAW 553-NY-B-A-aps 10/18 v1   Page 2 of 6

SUBPOENA RESPONSES 283

## NO COOLING OFF PERIOD UNLESS YOU HAVE A CONTRACT CANCELLATION OPTION

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales. It also does not apply if you buy a used vehicle from a Seller-Creditor located in New York City and you did not decline your option to cancel. The laws of New York City provide a two-day cancellation option if you buy a used vehicle. This cancellation option is subject to certain conditions. See the NYC Used Car Contract Cancellation Option agreement for details.

☐ If checked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at the time the Balloon Payment is due:

a) ☐ You may pay your Balloon Payment when due.

b) ☐ You may refinance the Balloon Payment. See paragraph 1.e. below for details.

c) ☐ You may sell the vehicle back to us. See paragraph 1.e. below for details. If you exercise this option, $ _____ N/A _____ per mile for each mile in excess of _____ N/A _____ miles shown on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 2 of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
If the actual payoff amount is more than the amount shown in 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor.

Buyer Signature X N/A                    Co-Buyer Signature X N/A

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a.  **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b.  **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c.  **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d.  **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.

**Sell Back.** You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described on this page. You must take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no liens other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not

COAF_Finance_0000150

CONFIDENTIAL

BN159

COAF_Finance_0000151

CONFIDENTIAL

e. **Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed above. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked above, you have the following options.

*Pay in Full.* You may pay the Balloon Payment in full when due.

*Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be

Buyer Signs X _____  Co-Buyer Signs X N/A

to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown above. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

- Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.
- Repair all mechanical defects.
- Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing, trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

LAW 553-NY-B-A-eps 10/18 v1    Page 3 of 6

SUBPOENA RESPONSES 285

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

## 2. YOUR OTHER PROMISES TO US

**a.** **If the vehicle is damaged, destroyed, or missing.** The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked.

You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing. The terms and conditions of your liability if the vehicle is damaged, destroyed, or missing are described in a separate document you sign. The document is a part of this contract.

**b.** **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c.** **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d.** **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. We may either buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the

If you pay late, we may also take the steps described below.

**b.** **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

**c.** **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

**d.** **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you. If we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e.** **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an installment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

**f.** **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney
SUBPOENA RESPONSES 286

vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

Buyer Signs X _____   Co-Buyer Signs x N/A

fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

LAW 553-NY-B-A-aps 10/18 v1   Page 4 of 6

SUBPOENA RESPONSES 287

## 4. SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

## 6. APPLICABLE LAW

Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of the vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5,000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

Buyer Signs X  Co-Buyer Signs X N/A

LAW 553-NY-B-A-app 10/18 v1   Page 5 of 6

CONFIDENTIAL

COAF_Francois_00000155

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X _Jason J. [signature]_   Co-Buyer Signs X N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

**NOTICE TO BUYER: 1.** Do not sign this agreement before you read it or if it contains any blank space. **2.** You are entitled to a completely filled in copy of the agreement. **3.** Under the law, you have a right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. **4.** According to law, you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.

**RETAIL INSTALMENT CONTRACT**

Buyer Signs X _Jason J. [signature]_   Date _6/29/20_   Co-Buyer Signs X N/A   Date _____   N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   N/A   Address _____   N/A

Seller signs VICTORY MITSUBISHI   Date _6/29/20_   By X _[signature]_   Title _____

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE   (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse

Seller: VICTORY MITSUBISHI   By _____   Title _____

SUBPOENA RESPONSES 290

CONFIDENTIAL

LAW 553-NY-B-A-eps 10/18 v1   Page 6 of 6

**LAW** FORM NO. 553-NY-B-A-eps (REV 10/18)

©2018 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

SUBPOENA RESPONSES 291



# FAX COVER SHEET

**To:**                          **From:** COAF Notary Imaging

**Company:**                     **Date:** 12/14/20 9:21:23 AM

**Fax Number:** 8774308901       **Pages (Including cover):** 2

**Re:** 0188350734 FARAH JEAN FRANCOIS

**Notes:**

```
<div dir="ltr"><br><br><div class="gmail_quote"><div dir="ltr"
class="gmail_attr">---------- Forwarded message ---------<br>From:
<strong class="gmail_sendername" dir="auto">Edward Welsh</strong>
<span dir="auto">&lt;<a
href="mailto:ed.welsh@capitalone.com">ed.welsh@capitalone.com</a>&gt
;</span><br>Date: Fri, Dec 11, 2020 at 9:21 AM<br>Subject: COAF
Notarized Affidavit of Fictitious Account 6206274466242<br>To: COAF
Notary Imaging (Shared) &lt;<a
href="mailto:coafnotaryimaging@capitalone.com">coafnotaryimaging@cap
italone.com</a>&gt;<br></div><br><br><div dir="ltr"><br></div>
</div></div>
```

SUBPOENA RESPONSES 292

CONFIDENTIAL                                    COAF_Francois_00000158

***The information contained in the facsimile message is confidential information intended only for use to the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify me by telephone and return the original message to me at the above address via the U.S. Postal Service.

Date Sent:          12/14/20 9:21:23 AM
Number of Pages
including Coversheet: 2

SUBPOENA RESPONSES 293
CONFIDENTIAL

Dec 14 2020 09:22:04 CST 18667220410                    MSS# 10B2170334-006-1                    Page 002 Of 002

**CapitalOne**
Auto Finance

# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, Frank Jean Francois, Affiant, whose home address is 2944 Farragut Road, in the city of Brooklyn, county of Kings, state of NEW York. Social Security Number REDACTED, driver's license number and state of issue REDACTED, being duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # XXXXXXXX6242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.

Signed this ____ day of 02-23 , 2022

_____
Signature of Affiant

FRANK JEAN FRANCOIS
Printed Name

State of Brooklyn
County of Kings

Sworn to and subscribed before me, the undersigned Notary Public, for the state of New York , on the 23 day of September , 2022 by FRANK JEAN FRANCOIS who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this 23 day of September , 20 20 .

SUBPOENA RESPONSES 294

COAF_Francois_00000180

SEAL

DAVID LORDE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LO6390830
Qualified in Kings County
Commission Expires Oct. 15, 2017

Notary Public,
State of _____ New York

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

SUBPOENA RESPONSES 295


**Capital One**
**Auto Finance**

September 19, 2020

# AFFIDAVIT OF FICTITIOUS ACCOUNT

I, Farah Jean Francois Affiant, whose home address is 2914 Farragut Road in the city of Brooklyn county of Kings state of NEW york Social Security Number, REDACTED , driver's license number and state of issu REDACTED after being duly sworn, DEPOSES AND SAYS:

1. I state that the Retail Installment Contract # XXXXXXXX6242 for the purchase of a 17 BMW 5-SERIES (the "Collateral"), VIN# WBAJA7C38HG904646 that was entered into with Capital One Auto Finance on 06/29/2020 was not signed/endorsed by me nor was it done with my knowledge and/or consent. I further state that the signatures appearing on said Retail Installment Contract are forgeries and were not made by me or authorized by me. I have not received any benefit or value as a result of said Retail Installment Contract. I further testify, declare, and depose that at no time did I have possession of the Collateral listed on said Retail Installment Contract, nor did I have any knowledge of the location of said Collateral.

2. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any competent tribunal, office, or person in any legal proceeding, civil or criminal, which is now pending or which may hereafter be instituted in connection with the matter contained in the Affidavit.

3. FURTHER, I UNDERSTAND THAT MAKING A FALSE SWORN STATEMENT IS SUBJECT TO FEDERAL AND/OR STATE STATUTES AND MAY BE PUNISHABLE BY FINES AND/OR IMPRISONMENT ACCORDING TO THE LAWS OF MY STATE.

Signed this ___ day of 09-23 , 2020

Signature of Affiant

FARAH JEAN FRANCOIS
Printed Name

State of Brooklyn :
County of KINGS :

Sworn to and subscribed before me, the undersigned Notary Public, for the state of NEW YORK , on the 23 day of September , 2020 by FARAH JEAN FRANCOIS who is personally known to me or satisfactorily proved to me to be the person whose name is subscribed to the within instrument.

GIVEN under my hand and seal this 23 day of September , 2020

Notary Public
State of NEW YORK

SEAL

DAVID LORDE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LO6290830
Qualified in Kings County
Commission Expires Oct. 15, 2017 2021

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.



September 19, 2020

**Auto Finance**

# FRAUD QUESTIONNAIRE

Name: Farah Jean Francois

Address: 2914 Farragut Road, APT 3 Brooklyn, NY 11210

Home Phone: 917-291-5097    Email Address: Jeanfrancoisfarah09@gms.0.0

Previous Address: 145 West 111 Street Apt 8 NEW York, NY 10026.0.0

Signature SAMPLE 1: Farah Jean-Francois

Signature SAMPLE 2: Farah Jean Francois

Signature SAMPLE 3: Farah Jean Francois

Social Security Number: REDACTED

State of Issue: NY    Has your Drivers License been stolen? ☑ Yes ☐ No  If Yes, Date: I don't remember

## TELL US ABOUT YOUR SITUATION:

**1. Types of Identity Theft you have experienced (check all that apply):**

☑ Loans              ☐ Checking or Savings Accounts     ☐ Government Documents or Benefits
☐ Internet or Email  ☐ Credit Cards                      ☐ Phone or Utilities
☐ Securities or Other Investments   ☑ Other

**2. What Happened:**
What was your first indication that you might be a victim of identity theft? (check all that apply):

☐ Contacted by Loan Company   ☐ Contacted by Debt Collector          ☑ Noticed Credit Report Inaccuracies
☑ Mail Service Disrupted       ☐ Credit Card/New Checks Not Received   ☐ Denied Credit, Employment, Other
☐ Check(s) Bounced             ☐ Phone Service Disrupted              ☐ Not Permitted to Open Bank Account
☐ Noticed Funds Missing from Bank Account      ☐ Noticed Unauthorized Charges on Account Statement
☐ Contacted by Police or Other Law Enforcement ☐ Civil Suit Filed or Court Judgment Entered Against You
☐ Don't know
☐ Other _____

When did that first indication happen? (MM/DD/YYYY) 09-16-20

When did the identity theft first occur (i.e. when was the first account opened)? (MM/DD/YYYY) I don't Know

What was the total dollar value of the identity theft? $ Loans From you For Auto Finance
(example: $1,000 in credit card charges + a $10,000 car loan = $11,000 total dollar value.)

How much money, if any, have you had to pay as a result of identity theft? $ 29,462.81

**3. Dealership Information (NOTE: No. 3 must be completed if you are alleging Dealership Misrepresentation)**
Dealership Name: _____

Dealership Address: _____

Name and telephone numbers of every individual with whom you were in contact at the dealership:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007          **SUBPOENA RESPONSES 297**

September 19, 2020



# FRAUD QUESTIONNAIRE

Please describe the Dealership Misrepresentation that allegedly occurred (add additional sheets if necessary):

_____

_____

## 4. Thief's Identity
Please provide any information you may have about the identity thief, including his or her name, and any addresses or phone number the identity thief may have used.

Name: EMMANUEL LAFOREST _____ Phone: _____

Address: _____

Other addresses or phone numbers used by the identity thief:

_____

_____

Any other information you have about the person who committed the identity theft:

_____

_____

## 5. Contacts:
Which of the following credit bureaus have you called to report the fraud?
☐ Equifax  (800) 525-6285  ☑ Experian  (888) 397-3742 (Opt 5)  ☐ None
☐ Trans Union  (800) 680-7289  ☐ Innovis  (800) 540-2505

Which credit report have you placed a "Fraud Alert" on? (Check all that apply)
☐ Equifax  ☑ Experian  ☐ Trans Union  ☐ Innovis  ☐ None

From which credit bureaus have you ordered your credit report? (Check all that apply)
☐ Equifax  ☑ Experian  ☐ Trans Union  ☐ Innovis  ☐ None

Have you contacted the affected banks and/or creditors?
☐ All ☑ Some ☐ None

Have you contacted the police?
☑ Yes ☐ No  Case Number: _____

Do you authorize the release of documents and information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed the fraud?
☑ Yes ☐ No

## 6. Comments:
Tell us anything else you think it would be helpful for us to know:

_____

_____

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

Fraud Questionnaire_10007

**SUBPOENA RESPONSES 298**

CONFIDENTIAL

COAF_Francois_00000164



## QUESTIONS

Many inquiries can be resolved by calling 311. (Outside NYC, call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY, available 24 hours a day, 7 days a week). If your inquiry can NOT be resolved by calling, then please follow the instructions below.

## TO DISPUTE THE VIOLATION

Check the appropriate box and RETURN THIS PAGE WITH COPIES OF ANY REQUIRED DOCUMENTS in the enclosed envelope to: NYC Department of Finance, Parking Violations, Hearing by Mail Unit, P.O. Box 29021 Cadman Plaza Station, Brooklyn, NY 11202-9021. **Please make sure that the City's name and address can be seen through the envelope window.** (If our return envelope is not large enough to hold all of your documents, then please use your own envelope).

If your claim does not fall into one of the categories listed, refer to HEARING PROCEDURES on REVERSE side of this page.

## COMMON DEFENSES

☐ **PREVIOUSLY PAID OR MISAPPLIED PAYMENT DEFENSE:**

First check nyc.gov/finance or call 311 to determine the current amount due for the violations listed on this notice. Depending on the status, do one of the following:

1. If the full amount of the violation is still due, meaning the fine amount plus any existing penalty(ies), then check your records to see if your previous payment was for the same violation number(s) listed on this notice. (The violation number(s) are listed on the back of your cancelled check, money order, cashier receipt and on the confirmation receipt when paying online). If payment was for the same violation, was for the full fine amount and was received by Finance in the required time (within 30 days from the parking violation date or the date of the red light or bus lane notice), then send a photocopy of the front and back of your cancelled check or money order (NOT the money order receipt), or a copy of the cashier's receipt. Please do NOT send your original cancelled check. NOTE: If you paid by credit or debit card online, then please send us a copy of your confirmation receipt or your credit or debit card statement showing this transaction. If you paid by credit or debit card in person, then send us a copy of the cashier's receipt.

2. If only penalties are due, it means that your payment was received late. The penalty amount IS DUE AND MUST BE PAID. Payment must reach us by the due date listed on page 1. Continued failure to remit this amount in a timely manner may cause the entry of a default judgment.

☐ **NOT MY CAR DEFENSE:**

First call 311 to determine if we made a clerical error (your vehicle does not match the description of the vehicle on the violation). If an error was made, you must send A COPY OF YOUR VEHICLE REGISTRATION and a letter of explanation. If no error was made, then full payment is still due within the required time. See page 2 for payment instructions.

☐ **VEHICLE WAS STOLEN/OR PLATE(S) WAS STOLEN OR LOST/OR VEHICLE WAS SOLD DEFENSE: (This defense must be done by mail or in person. DO NOT CALL).**

Enclose a copy of either 1) the Police Stolen Vehicle Report or the Police Stolen/Lost Plate(s) Report obtainable at the police precinct where the theft/loss was reported, or 2) provide proof of sale including name and address of the new owner and (if applicable), proof of insurance cancellation or transfer for that vehicle or proof of plate surrender. (Voluntary Surrender of Plate(s) Report can be obtained from your local DMV). NOTE: If you are submitting either of the police reports or proof of sale to support your claim, then ONLY the violations listed on the notice issued on or after the date you made the official report or sold your vehicle may be dismissed. If a violation was issued PRIOR to the report date and you are disclaiming responsibility, then we require a fully detailed statement plus the subsequent police report(s), as well as proof of insurance cancellation when applicable.

## FOR PARKING VIOLATIONS ONLY:

☐ **BROKEN METER DEFENSE:** (For Violation Code 34 Only-Expired Meter).
    OR
☐ **FAST METER DEFENSE:** (For Violation Code 34 Only-Expired Meter).

First call 311 to determine if we received your previously submitted claim. If we did not receive it, then check the applicable box and return this page.

**SUBPOENA RESPONSES 299**

CONFIDENTIAL

COAF_Francois_00000165

Form **SSA-89** (02-2018)                                                                                    Page 2 o

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a) and 1106 of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from releasing information to a designated company or company's agent.

We will use the information to verify your name and Social Security number (SSN). In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of routine uses is available in our Privacy Act System of Records Notice (SORN) 60-0058, entitled Master Files of SSN Holders and SSN Applications. Additional information and a full listing of all our SORN are available on our website at www.socialsecurity.gov/fola/bluebook.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to complete the form. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD  21235-6401. **Send to this address** only **comments relating to our time estimate, not the completed form.**

----------------------------------------TEAR OFF----------------------------------------

**NOTICE TO NUMBER HOLDER**

The Company and/or its Agent have entered into an agreement with SSA that, among other things, includes restrictions on the further use and disclosure of SSA's verification of your SSN. To view a copy of the entire model agreement, visit http://www.ssa.gov/cbsv/docs/SampleUserAgreement.pdf.

**SUBPOENA RESPONSES 300**

Form SSA-89 (02-2018)
Discontinue Previous Editions
Social Security Administration

Page 1 of

OMB No.0960-0760

## Authorization for the Social Security Administration (SSA)
## To Release Social Security Number (SSN) Verification

Printed Name: FARAH Jean FRANCOIS

Date of Birth: REDACTED

Social Security Number: REDACTED

I want this information released because I am conducting the following business transaction:

To secure or maintain auto financing.

Reason (s) for using CBSV: (Please select all that apply)

☐ Mortgage Service          ☐ Banking Service
☐ Background Check          ☐ License Requirement
☒ Credit Check              ☒ Other

with the following company ("the Company"):

Company Name:    Capital One Auto Finance

Company Address:   7933 Preston Road, Plano, TX 75024

I authorize the Social Security Administration to verify my name and SSN to the Company and/or the Company's Agent, if applicable, for the purpose I identified.

The name and address of the Company's Agent is:
Equifax, 11432 Lackland Road, St. Louis, MO 63146

I am the individual to whom the Social Security number was issued or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare and affirm under the penalty of perjury that the information contained herein is true and correct. I acknowledge that if I make any representation that I know is false to obtain information from Social Security records, I could be found guilty of a misdemeanor and fined up to $5,000.

**This consent is valid only for 90 days from the date signed, unless indicated otherwise by the individual named above. If you wish to change this timeframe, fill in the following:**

This consent is valid for 90 days from the date signed. FJF (Please initial.)

Signature: Farah Jean Francois   Date Signed: 09-21-2020

Relationship (if not the individual to whom the SSN was issued):

**Contact information of individual signing authorization:**

Address: 2914 Farragut Road, Apt 3

City/State/ZIP: Brooklyn, NY 11210

Phone Number: 917-291- **SUBPOENA RESPONSES 301**

CONFIDENTIAL                                    COAF_Francois_00000167

‹ Gmail ..ıl LTE    10:21 AM

🔒 usa.experian.com

 **Contact info**
8900 FREEPORT PKWY
IRVING, TX 75063
(800) 274-6622

**Is everything correct?**
If you don't recognize this information you can
contact the lender directly or dispute a hard
inquiry by phone or email

**US BANK DS NORTHEAST**     ︿
All Banks - non specific

Inquiry date: **Jun 29, 2020**
Removal date: **Jun 29, 2022**

 **Contact info**
205 W 4TH ST STE 700
CINCINNATI, OH 45202
(303) 626-9369

**Is everything correct?**
If you don't recognize this information you can
contact the lender directly or dispute a hard
inquiry by phone or email

**CAPITAL ONE AUTO FIN**     ︿
Auto Financing Companies

Inquiry date: **May 30, 2020**
Removal date: **May 30, 2022** RESPONSES 302

CONFIDENTIAL
COAF_Francois_00000168

10:20 AM

🔒 usa.experian.com

 **Contact info**
205 W 4TH ST STE 700
CINCINNATI, OH 45202
(303) 626-9369

**Is everything correct?**
If you don't recognize this information you can
contact the lender directly or dispute a hard
inquiry by phone or email

**AMPS/VICTORY MITSUBISH**    ︿
Automobile Dealers, Used

Inquiry date: **May 30, 2020**
Removal date: **May 30, 2022**

 **Contact info**
4070 BOSTON RD
BRONX, NY 10475
(718) 515-4660

**Is everything correct?**
If you don't recognize this information you can
contact the lender directly or dispute a hard
inquiry by phone or email

**TD BANK N.A.**    ﹀
All Banks - non specific

Inquiry date: **Jan 27, 2020**
Removal date: **Jan 27, 2022**

**SUBPOENA RESPONSES 303**

CONFIDENTIAL

COAF_Francois_00000169


Good job! Experian has no collections on file for you as of

**Sep 14, 2020**

# You have 9 inquiries

 These lenders have accessed your credit file:

**CAPITAL ONE AUTO FIN**
Auto Financing Companies

Inquiry date: **Jun 29, 2020**
Removal date: **Jun 29, 2022**

✉ **Contact info**
PO BOX 259407
PLANO, TX 75025
(800) 946-0332

**Is everything correct?**
If you don't recognize this information you can
contact the lender directly or dispute a hard
inquiry by phone or email

**NISSAN MOTOR ACCEPTANC**
Auto Financing Companies

Inquiry date: **Jun 29, 2020**


CONFIDENTIAL    COAF_Francois_00000170

🔒 usa.experian.com

**Paid Off: 0%**

Balance on Aug 31, 2020                    Loan Amount
**$29,561**                                          **$29,462**

---

| $ |  **Payment Info**

Status
**Current**

Status date
**Aug 2020**

Past due amount
-

Original loan amount
**$29,462**

Monthly payment
**$601**

Late payments
-

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 |   |   |   |   |   |   | ● | ● | ● |   |   |   |

● On Time                    Data Unavailable

---

**SUBPOENA RESPONSES 305**

≡  Additional info

COAF_Francois_00000171

🔒 usa.experian.com

 These lenders have accessed your credit file:

---

**CAPITAL ONE AUTO FIN**    ⌄
Auto Financing Companies

Inquiry date: **Jun 29, 2020**
Removal date: **Jun 29, 2022**

---

**NISSAN MOTOR ACCEPTANC**    ⌃
Auto Financing Companies

Inquiry date: **Jun 29, 2020**
Removal date: **Jun 29, 2022**

 **Contact info**
8900 FREEPORT PKWY
IRVING, TX 75063
(800) 274-6622

**Is everything correct?**
If you don't recognize this information you can
contact the lender directly or dispute a hard
inquiry by phone or email

---

**US BANK DS NORTHEAST**    ⌄
All Banks - non specific

Inquiry date: **Jun 29, 2020**
Removal date: **Jun 29, 2022**

**SUBPOENA RESPONSES 306**

🔒 usa.experian.com

## US BANK DS NORTHEAST    ⌄
All Banks - non specific

Inquiry date: **Jun 29, 2020**
Removal date: **Jun 29, 2022**

## CAPITAL ONE AUTO FIN    ⌄
Auto Financing Companies

Inquiry date: **May 30, 2020**
Removal date: **May 30, 2022**

## ALLY FINANCIAL    ⌃
Auto Financing Companies

Inquiry date: **May 30, 2020**
Removal date: **May 30, 2022**

 **Contact info**
3010 W AGUA FRIA FWY STE
PHOENIX, AZ 85027
(866) 462-2770

**Is everything correct?**
If you don't recognize this information you can
contact the lender directly or dispute a hard
inquiry by phone or email

## US BANK DS NORTHEAST    ⌄
All Banks - non specific

Inquiry date: **May 30, 2020**

**SUBPOENA RESPONSES 307**

CONFIDENTIAL

COAF_Francois_00000173

🔒 usa.experian.com

 **Additional info**

Responsibility
**Individual**

Terms
**72 Months**

Company sold

-

Original creditor

-

Comments

-

Your statements

-

---

 **Contact**

PO BOX 259407
PLANO, TX 75025
(800) 946-0332

### Is everything correct?

If inaccurate information appears on your report,
you can contact the lender directly to have it
corrected, or let us know online or by mail.

**SUBPOENA RESPONSES 308**

CONFIDENTIAL                                                        COAF_Francois_00000174

🔒 usa.experian.com

**2** closed accounts    ⌄

 **1** auto account
Total balance: **$29,561**

| CAPITAL ONE AUTO FINAN    ⌃ |
| --- |
| **$29,561**
Balance updated **Aug 31, 2020**
payment history |

 **Account Info**
Tap labels for more details

Account number
**620627XXXXXXXXXXX**

Account status
**Open**

Date opened
**Jun 29, 2020**

Account type
**Auto Loan**

**Paid Off: 0%**

Balance on Aug 31, 2020                    Loan Amount
**$29,561**    **SUBPOENA RESPONSES 309**    **$29,462**

CONFIDENTIAL    COAF_Francois_00000175

Gmail LTE    10:20 AM

🔒 usa.experian.com

---

## US BANK DS NORTHEAST    ⌄
All Banks - non specific

Inquiry date: **Jun 29, 2020**
Removal date: **Jun 29, 2022**

---

**CAPITAL ONE AUTO FIN**    ⌃
Auto Financing Companies

Inquiry date: **May 30, 2020**
Removal date: **May 30, 2022**

---

 **Contact info**
PO BOX 259407
PLANO, TX 75025
(800) 946-0332

### Is everything correct?
If you don't recognize this information you can
contact the lender directly or dispute a hard
inquiry by phone or email

---

**ALLY FINANCIAL**    ⌃
Auto Financing Companies

Inquiry date: **May 30, 2020**
Removal date: **May 30, 2022**

---

 **Contact info**
3010 W AGUA FRIA FWY STE
PHOENIX, AZ 85027

**SUBPOENA RESPONSES 310**

CONFIDENTIAL    COAF_Francois_00000176



**Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475

Tel.: 718.515.4600
Fax: 718.515.6905
NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

DATE: 06/29/20

BUYER: FARAH JEAN FRANCOIS    BUS. TEL. N/A    RES. TEL. (347)995-5054

ADDRESS: 2914 FARRAGUT BROOKLYN, NY 11210    SALESMAN: HOUSE SALES REP

I hereby contract for the purchase of the following motor vehicle subject to the conditions and specifications as further set forth in this agreement, and to the ADDITIONAL TERMS AND CONDITIONS on the reverse side.

Did you learn about Victory Mitsubishi through:
Radio-TV ☐    Newspaper ☐    Recommendation ☐

| MODEL YEAR | MAKE | MODEL TYPE | MODEL NO. | ☐ NEW  ☐ DEMO  ☒ USED  ☐ LEASE | STOCK NO. |
|---|---|---|---|---|---|
| 2017 | BMW | 5 SERIES | 175B | | 3385 |

| EXTERIOR COLOR | INTERIOR TRIM | SERIAL NO. | ESTIMATED DELIVERY DATE |
|---|---|---|---|
| GRAY | | WBAJA7C38HG904648 | 05/29/20 |

IF THE NEW MOTOR VEHICLE HAS NOT BEEN DELIVERED IN ACCORDANCE WITH THIS CONTRACT WITHIN 30 DAYS FOLLOWING THE ESTIMATED DELIVERY DATE, THE CONSUMER HAS THE RIGHT TO CANCEL THE CONTRACT AND TO RECEIVE A FULL REFUND, UNLESS THE DELAY IN DELIVERY IS ATTRIBUTABLE TO THE CONSUMER.    PLACE OF DELIVERY

**IMPORTANT NOTICE TO USED CAR BUYER**

(a) STATE LAW REQUIRES THAT SELLERS OF SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(b) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(c) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.

(d) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, N.Y. N.Y. 10004, COMPLAINT PHONE: 311.

**CANCELLATION STATEMENT**

IF THIS CONTRACT IS CANCELLED BY ME WITHOUT YOUR CONSENT, I UNDERSTAND I SHALL BE LIABLE FOR LIQUIDATED DAMAGES IN ACCORDANCE WITH PARAGRAPH THREE (3) ON REVERSE SIDE.

**PREFERENCE STATEMENT**

IF THE VEHICLE IS NOT IN STOCK OR AVAILABLE LOCALLY THEN PARAGRAPH SIX (6) ON THE REVERSE SIDE AMENDS THIS CONTRACT. I HAVE READ, HAD EXPLAINED AND UNDERSTAND PARAGRAPH (6).

X_____ INITIALS

IF YOU AGREE TO ASSIST ME IN OBTAINING FINANCING FOR ANY PORTION OF THIS AGREEMENT THEN THIS CONTRACT IS NON-BINDING IN ACCORDANCE WITH REGULATION "Z" UNTIL ALL TRUTH IN LENDING DISCLOSURES HAVE BEEN GIVEN TO AND ARE ACCEPTED BY ME.

*The optional dealer registration or title application processing fee ($75.00 maximum) and special plate processing fee ($5.00 maximum) are not New York State or Department of Motor Vehicles fees. Unless a lien is being reserved or the dealer issued number plates, you may submit your own application for registration and/or certificate of title or for a special or distinctive plate to any motor vehicle issuing office.

PRIOR USE CERTIFICATION (required by Vehicle and Traffic Law 417-A if principal prior use of the vehicle were as a police vehicle, taxicab, driver education vehicle or rental vehicle). The principal prior use of this vehicle was a police vehicle_____, a taxicab_____, a driver education vehicle_____ or a rental vehicle_____

| COST OF VEHICLE | | 31,995 | 00 |
|---|---|---|---|

It is our aim to make you 100% Satisfied, for that reason VICTORY MITSUBISHI relies upon Carfax for the history of all our Inventory and - have received a copy VICTORY MITSUBISHI assumes no responsibilities of any undisclosed and/or accidents that might have been performed to the vehicle prior to purchase. When purchasing a used vehicle one should assume previous repairs were made.
X_____

| DEALER INSTALLED EQUIPMENT AND SERVICES | | 31,995 | 00 |
|---|---|---|---|
| INTERSTATE (STAR AUTO) | | 3,000 | 00 |

| TOTAL | $ | 34,995 | 00 |
|---|---|---|---|
| LESS TRADE-IN CREDIT | | N/A | |
| CASH PRICE | $ | 34,995 | 00 |
| SALES TAX    8.875 % | | 3,105 | 81 |
| NYS REQUIRED TIRE RECYCLING FEE ($2.50 PER TIRE) | $ | N/A | |
| "Dealer's optional fee for processing application for registration and/or certificate of title, and for reserving special or distinctive plates (if applicable). THIS IS NOT A DMV FEE *$75.00* | $ | — | |
| REGISTRATION FEE (ESTIMATE) | | 75 | 00 |
| REGISTRATION FEE | | 250 | 00 |
| INSPECTION FEE | | 37 | 00 |
| OTHER - ITEMIZE | | N/A | |
| TOTAL CASH PRICE DELIVERED | $ | 34,995 | 00 |
| LESS DEPOSIT  ☐ CASH  ☐ CHECK  ☐ CHARGE | | 9,000 | 00 |
| PLUS BALANCE OWING ON TRADE-IN | | N/A | |
| AMOUNT DUE IN CASH OR CERTIFIED CHECK BEFORE TITLED | $ | 29,462 | 81 |

**DESCRIPTION OF TRADE-IN**

| YEAR | MAKE | MODEL |
|---|---|---|
| N/A | N/A | N/A |

| SERIAL NO. | |
|---|---|
| N/A | |

| ADD'L DEP. | / / | $ |
|---|---|---|
| ADD'L DEP. | / / | $ |

BUYER IS NOT REQUIRED TO OBTAIN CREDIT LIFE INSURANCE COVERAGE

NO AUTOMOBILE INSURANCE COVERAGE IS INCLUDED

UNPAID BALANCE    $

CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLE ONLY
"The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in this contract of sale."

**SPECIAL NOTICE TO CONSUMER**

IF, UNDER THE LAW OF THE STATE OF NEW YORK CONTROLLING THE SALE OF USED MOTOR VEHICLES, YOU SHOULD BE ENTITLED TO A REFUND IN CONNECTION WITH THIS TRANSACTION, THE VALUE OF ANY VEHICLE YOU MAY HAVE TRADED-IN (IF YOU THE SELLER CHOOSE) NOT TO RETAIN IT IF YOU SO DESIRE, SHALL NOT BE THE VALUE LISTED IN THIS DOCUMENT, INSTEAD, THE VALUE WILL BE DETERMINED BASED ON THE NADA CLEAN-TRADE ASSOCIATION USED CAR GUIDE WHOLESALE VALUE OR OTHER BLUE BOOK APPENDED BY THE COMMISSIONER OF MOTOR VEHICLES, AND ADJUSTED FOR MILEAGE, IMPROVEMENTS AND ANY MAJOR PHYSICAL OR MECHANICAL DEFECTS.

THE AMOUNT INDICATED ON THIS SALES CONTRACT OR LEASE AGREEMENT FOR REGISTRATION AND TITLE FEES (I AN ESTIMATE. IN SOME INSTANCES, IT MAY EXCEED THE ACTUAL FEES DUE THE COMMISSIONER OF MOTOR VEHICLES. THE DEALER WILL AUTOMATICALLY AND WITHIN SIXTY DAYS OF SECURING SUCH REGISTRATION AND TITLE REFUND ANY AMOUNT OVERPAID FOR SUCH FEES.

THE FRONT AND BACK OF THIS CONTRACT COMPRISE THE ENTIRE AGREEMENT AFFECTING THIS PURCHASE AND NO OTHER AGREEMENT OR UNDERSTANDING OR ANY NATURE CONCERNING SAME HAS BEEN MADE OR ENTERED INTO, OR WILL BE RECOGNIZED. I HEREBY CERTIFY THAT NO CREDIT HAS BEEN EXTENDED TO ME FOR THE PURCHASE OF THIS MOTOR VEHICLE EXCEPT AS APPEARS IN WRITING ON THE FACE OF THIS AGREEMENT. IF THIS CONTRACT IS CANCELLED BY ME WITHOUT YOUR CONSENT, I UNDERSTAND I SHALL BE LIABLE TO YOU FOR LIQUIDATED DAMAGES IN ACCORDANCE WITH PARAGRAPH THREE (3) ON REVERSE SIDE. NEW PLATES WILL NOT BE ORDERED UNTIL VEHICLE IS PAID FOR IN FULL. I HAVE READ THE MATTER PRINTED ON THE BACK HEREOF AND AGREE TO IT AS A PART OF THIS CONTRACT THE SAME AS IF IT WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT I AM OF LEGAL AGE TO EXECUTE BINDING CONTRACTS IN THIS STATE.

APPROVED _____
THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED MANAGER

SIGNED _____    BUYER _____

CONFIDENTIAL    COAF_Francois_00000177

## ADDITIONAL TERMS AND CONDITIONS

1. As used in this Order the terms (a) 'Dealer' shall mean Victory Mitsubishi, et. al (b) 'Purchaser' shall mean the party executing this Order as such on the face hereof and (c) 'Manufacturer' shall mean the corporation or other business entity that manufactured the vehicle or chassis, it being understood by Purchaser and Dealer that Dealer is in no respect the agent of Manufacturer that Dealer and Purchaser are the sole parties to this Order and that reference to Manufacturer herein is for the purpose of explaining generally certain contractual relationships existing between Dealer and Manufacturer with respect to new motor vehicles.

2. If this Order is cancelled and a used vehicle has been traded in as a part of the consideration for such motor vehicle, such used vehicle shall be returned to Purchaser upon payment of a reasonable charge for storage and repairs (if any) or, if such used vehicle has been previously sold by Dealer, Dealer will refund the wholesale value of the vehicle as set forth in the current Galves Listing or any other accepted guide used within the industry, less any expenses incurred by Dealer. Bank financing arranged through this dealership may involve rates different from and greater than those available directly from banks. Various incidental items such as Extended Service Agreements may be sold by this Dealership to the Purchaser in conjunction with the sale of this vehicle. The amount charged to the Purchaser by this Dealership may be greater than this Dealership's cost. In addition, this Dealership may assist the Purchaser in acquiring financing, and various other items form third parties which are incidental to the acquisition of a vehicle, in which case this Dealership may receive payment from such third parties.

3. If the used motor vehicle which has been traded in as a part of the consideration for the vehicle ordered hereunder is not to be delivered to Dealer until delivery to Purchaser of such vehicle, the used motor vehicle shall be reappraised at that time and such reappraisal value shall determine the allowance made for such used motor vehicle. If such reappraised value is lower than the original allowance therefor shown on the front of this Order, Purchaser may if dissatisfied therewith, cancel this Order, provided, however, that such right to cancel is exercised prior to the delivery of the motor vehicle ordered hereunder to the Purchaser and surrender of the used motor vehicle to Dealer.

4. Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used vehicle traded in as a part of the consideration for motor vehicle ordered hereunder at the time of delivery of such used vehicle to Dealer. Purchaser warrants any such used vehicle to be his property free and clear of all liens and encumbrances except as otherwise noted on the front of this Order.

5. Unless the Order shall have been cancelled by Purchaser under and in accordance with the provisions of paragraph 3 or 13, Dealer shall have the right, upon failure or refusal of Purchaser to accept delivery of the vehicle ordered hereunder and to comply with the terms of this Order to retain as liquidated damages any cash deposit made by Purchaser, or such portion thereof as is stated on the front of this contract, and, in the event a used vehicle has been traded in as a part of the consideration for the vehicle ordered hereunder, to sell such used vehicle and reimburse himself out of the proceeds of such sale for the expenses specified in paragraph 2 above and for such other expenses and losses as Dealer may incur or suffer as a result of such failure or refusal by Purchaser. Purchaser acknowledges that the retention of the deposit may not satisfy the buyer's obligation with respect to cancellation fee.

6. The delivery date stated on the front of this Order is an estimate only, and Dealer shall not be liable for failure to deliver or delay in delivering the vehicle covered by this Order where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer.

7. The cash price for the vehicle specified on the face of this Order includes reimbursement for Federal Excise taxes, but does not include sales taxes, use taxes or occupational taxes based on sales volume (Federal, State or Local). Purchaser assumes and agrees to pay, unless prohibited by law, any such sales, use or occupational taxes imposed on or applicable to this transaction covered by this Order, regardless of which party may have primary tax liability therefor.

8. DEALER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO THE VEHICLE DESCRIBED ON THE FACE HEREOF EXCEPT AS A SPECIFICALLY PROVIDED IN WRITING ON THIS CONTRACT OR IN A SEPARATE WRITING FURNISHED TO PURCHASER BY DEALER, OR UNDER THE LAWS OF THE STATE OF NEW YORK. THE APPLICABILITY OF AN EXISTING MANUFACTURER'S WARRANTY TO THE VEHICLE COVERED BY THIS ORDER, IF ANY, SHALL BE DETERMINED BY PURCHASER SOLELY FROM THE TERMS OF SUCH WARRANTY AND DEALER MAKES NO REPRESENTATIONS WITH RESPECT THERETO.

9. The purchase, before or at the time of delivery of the vehicle covered by this Order will execute such other forms of agreement or document as may be required by the terms and conditions of payment indicated on the front of this Order.

10. This agreement shall be interpreted under and governed by the laws of the State of New York and in the event of litigation same shall be instituted only in a court of competent jurisdiction in the State and County of New York, at the place where Dealer has its main office and the defendant shall waive lack of jurisdiction of such court as a defense. If any provision hereof or the application of any provisions to any person or circumstances is held invalid or unenforceable, the remainder hereof and the application of such remaining provision to other persons or circumstances shall remain valid and enforceable.

11. The parties to this agreement together with their heirs, distributees, successors or assigns waive all right to a trial by jury in any proceeding, action or counterclaim thereto pertaining to any matter whatsoever arising out of or in any way connected with this Agreement or any other Agreement related thereto, except that Purchaser does not waive any right to a trial by jury in any proceeding or action arising out of or in connection with any retail installment contract.

12. Purchaser acknowledges and consents that Dealer may not currently have lawful title to the vehicle, and that it may require as much as three months or more for Dealer to obtain title. In the event that by reason of Dealer's fault Dealer is unable to obtain title within 90 business days, Purchaser shall be entitled to receive, at Dealer's option, a refund of all monies paid by Purchaser or an equivalent replacement vehicle, less a reasonable deduction for mileage and damage to vehicle.

13. IF FINANCING FOR THIS VEHICLE IS TO BE ARRANGED BY DEALER, THIS ORDER MAY BE CANCELLED AND ANY DEPOSIT REFUNDED UPON WRITTEN REQUEST OF PURCHASER IF SUCH FINANCING CANNOT BE ARRANGED WITHIN TEN BUSINESS DAYS.

*Terms of Warranty as required by New York State Law*

"I", "me" and "my" refer to the Buyer, "You" and "your" refer to the Seller. You warrant that you will repair or replace, without cost to me, the failure of a covered part on the vehicle described in the agreement between us and me on the following conditions:

(1) Term and possible overlapping manufacturer's warranty. If the vehicle has 36,000 miles or less, the warranty shall be 90 days or 4,000 miles. If the vehicle has more than 36,000 miles but less than 80,000 miles, the warranty shall be 60 days or 6,000 miles. If the vehicle has more than 80,000 miles but less than 100,000 miles the warranty shall be 30 days or 1,000 miles, whichever comes first. The mileage is shown on the agreement between you and me. If the vehicle is covered by a new car warranty from its manufacturer, that warranty will be my only remedy while it shall continue and this warranty from you shall be effective for the period of time between the expiration of the manufacturer's warranty and the remaining term of this warranty, if any. The term of this warranty is extended for periods during which the vehicle is in the possession of you or your agent for repairs and/or during which repair services are not available because of war, invasion, strike, fire, flood, or other natural disaster.

(2) Vehicles covered. This warranty only applies to a used passenger vehicle (excluding motorcycles, motor homes and off-road vehicles) with a purchased price of at least $1,500.00. This warranty does not apply to classic cars registered pursuant to Section 401 of the Vehicles and Traffic Law.

(3) Parts covered by this warranty. The following parts only are covered:

(a) Engine. All lubricated parts, water, and fuel pumps, manifolds, engine block, cylinder head, rotary engine housing, flywheels;

(b) Transmission. Transmission case, internal parts, torque converter;

(c) Drive Axle. Front and rear axle housings, internal ports, axle and propeller shafts, universal joints;

(d) Brakes. Master and wheel cylinders, vacuum assist booster, hydraulic lines, fittings and disk brake calipers;

(e) Radiator;

(f) Steering. Steering gear housing, all internal parts, power steering pump, valve body, pinion and rack;

(g) Alternator, generator, starter, ignition system (except battery).

(4) Items not covered. This Warranty does not cover:

(a) failure of covered parts caused by lack of customary maintenance, collision, abuse, negligence, theft, vandalism, fire or other casualty, or damage from the environment, or if the odometer has been stopped or altered so that the vehicle's actual mileage cannot be readily determined or if a covered part has been altered so as to cause it or another part to fail.

(b) maintenance services and parts used in connection with such services such as seals, gaskets, fluids, oil or grease unless required in connection with a repair of a covered part;

(c) tune up;

(d) failure resulting from racing or competition, towing a trailer or another vehicle (unless vehicle purchased is equipped for this as recommended by the manufacturer);

(e) failure if the vehicle is used to carry passengers for hire or rented to someone else;

(f) repair to valves and/or rings to correct low compression and/or oil consumption which are considered normal wear

(5) Limitation of damages. You shall not be held responsible for property damage arising or allegedly arising out of this failure of a covered part and agree that you will not be liable to me for the loss of the use of the vehicle, the loss of time, inconvenience, commercial loss, incidental, consequential or special damages.

(6) Who may enforce the warranty. This warranty may be enforced by me, or if the vehicle is transferred to my spouse or child, by my spouse or child. No other person may enforce this warranty.

(7) Other warranties. This warranty is in lieu of any other express warranty by you. ALL IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY LIMITED TO THE SAME TERM AS THIS WARRANTY. Some states do not allow limitations on how long an implied warranty lasts or do not allow the exclusion or limitation of incidental or consequential damages. Some of the above limitations or exclusions may not apply to you. This limited warranty gives you specific legal rights and you may also have other rights which vary from state to state.

(8) Notice of warranty claims. To make a claim under this warranty, I must notify you of the claim within the specified warranty period.

DEALER MAY CANCEL THIS CONTRACT IF VEHICLE DESCRIBED ON THE REVERSE SIDE HAS NOT BEEN PAID FOR IN FULL AND ACCEPTED BY PURCHASER WITHIN 2 DAYS OF THE DELIVERY DATE SPECIFIED ON REVERSE SIDE. CUSTOMER DEPOSIT WILL IN THIS CASE BE REFUNDED IN FULL.

90632796 Q

CONFIDENTIAL

COAF_Francois_00000178

**MITSUBISHI MOTORS**
Drive your Ambition

**Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475
Tel.: 718.515.4600
Fax: 718.515.6905

NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

| DATE | INVOICE NO. | STOCK NO. | KEY |
|------|-------------|-----------|-----|
| 06/29/20 | | 3385 | 1 |
| | Salesman Number | | 4 |

| DESCRIPTION | COST | ACCT NO. | SALE | KEY |
|-------------|------|----------|------|-----|
| PRICE | | | 31,995.00 | - |
| | | | | - |
| INTERSTATE (STAR AUTO) | | | 3,000.00 | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |

SOLD TO  FARAH JEAN FRANCOIS
ADDRESS  2914 FARRAGUT
BROOKLYN, NY 11210

SALESMAN HOUSE SALES REP       CUST.#
N/A                            YESSICA VALLEJO

| YEAR | MAKE | MODEL | NEW OR USED | KEY NUMBERS |
|------|------|-------|-------------|-------------|
| 2017 | BMW | 5 SERIES | USED | N/A |

| COLOR | MILEAGE | VEHICLE IDENT. OR SERIAL NO. |
|-------|---------|------------------------------|
| GRAY | 24,580 | WBAJA7C38HG904646 |

FACTORY OPTIONS

PRIOR USE CERTIFICATION (required by vehicle and traffic law 417-a If the principal prior use of the vehicle was as a police vehicle, taxicab, rental vehicle or driver education vehicle). The principal prior use of this vehicle may have been as: a police vehicle _____, a taxicab _____, a rental vehicle _____, or a driver education vehicle _____.

DEALER OPTIONS

| | | | | |
|---|---|---|---|---|
| USED RETAIL | | | | - |
| USED WHOLESALE | | | | - |
| RECONDITIONING | | | | - |
| CAR DEAL NO. | | | | |
| SALES TAX | 8.875% | | 3,106.81 | |
| LICENSE & TITLE | | | 250.00 | |
| N.Y. STATE INSPECTION FEE | | | 37.00 | - |
| ***TIRE DISPOSAL FEE | | | N/A | |
| *DEALER OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES (IF APPLICABLE.) THIS IS NOT A DMV FEE "$63.20* | | | 75.00 | - |

| | | | |
|---|---|---|---|
| | | TOTAL CASH PRICE | 38,462.81 |
| FINANCING | | | 13,863.19 |
| INSURANCE | | | N/A |
| | | TOTAL TIME PRICE | 52,326.00 |

MV-50#

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

| | | | |
|---|---|---|---|
| S E T T L E M E N T | DEPOSIT | 9,000.00 | + |
| | CASH ON DELIVERY | 9,000.00 | |
| | N/A | N/A | |
| | USED CAR ALLOWANCE PAYMENTS MONTHS  DOLLARS 72# 601758/MONTH | N/A | |
| | | 43,326.00 | |

**A. USED VEHICLE CERTIFICATE OF ADEQUACY**
"IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, DEALER NAMED ABOVE CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFACTORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY"

| | | | |
|---|---|---|---|
| | TOTAL | 29,462.81 | |
| PAY OFF BAL. OWING TO FINANCE CO | | N/A | - |
| INCENTIVE | | N/A | + |
| CONTRACTS IN TRANSIT | | N/A | + |
| CAPITAL ONE AUTO FINANCE | | | + |

**IMPORTANT NOTICE TO USED CAR BUYER**
(A) STATE LAW REQUIRES THAT SELLER OR SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION. (D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004, COMPLAINT PHONE: DIAL 811

USED CAR TRADED

| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. |
|------|------|-------|------------------------------|
| N/A | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| BODY | | | - |
| COLOR N/A | | | - |
| | VALUE OF TRADE | STOCK NO. N/A | + |

*THE OPTIONAL DEALER REGISTRATION OR TITLE APPLICATION PROCESSING FEE ($75.00 MAXIMUM) AND SPECIAL PLATE PROCESSING FEE ($8.00 MAXIMUM) ARE NOT NEW YORK STATE OR DEPARTMENT OF MOTOR VEHICLES FEES. UNLESS A LIEN IS BEING RECORDED OR THE DEALER ISSUED NUMBER PLATES YOU MAY SUBMIT YOUR OWN APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE OR FOR A SPECIAL OR DISTINCTIVE PLATE TO ANY MOTOR VEHICLE ISSUING OFFICE. **THE $2.50 DEALER FEE REPRESENTS COST IN PREPARING YOUR VEHICLE AND ALL NECESSARY PAPERWORK AND ADDITIONAL DEALER PAPER. THIS FEE IS NOT MANDATED OR IMPOSED BY THE STATE OF NEW YORK. *** NEW YORK STATE LAW REQUIRES US TO ACCEPT AND MANAGE WASTE TIRES FROM VEHICLES IN EXCHANGE FOR AN EQUAL NUMBER OF NEW TIRES THAT WE SELL OR INSTALL. WE ARE REQUIRED TO CHARGE A SEPARATE AND DISTINCT WASTE TIRE MANAGEMENT AND RECYCLING FEE OF $2.50 FOR EACH NEW TIRE WE SELL. ANY ADDITIONAL TIRE MANAGEMENT RECYCLING COSTS ARE INCLUDED IN THE ADVERTISED PRICE OF THE NEW TIRE.

**SUBPOENA RESPONSES 313**

CONFIDENTIAL

COAF_Francois_00000179

# ILAW 553-NY-B-A-eps 10/18

## RETAIL INSTALMENT CONTRACT
### SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number _____   Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| FARAH JEAN FRANCOIS | N/A | VICTORY MITSUBISHI |
| 2914 FARRAGUT | . | 4070 Boston Rd |
| BROOKLYN, NY 11210 | | BRONX, NY 10475 |
| KINGS | N/A | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2017 | BMW 5 SERIES | WBAJA7C38HG904646 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ _____ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 9,000.00 is |
|---|---|---|---|---|
| 13.68 % | $ 13,863.19 | $ 29,462.81 | $ 43,326.00 | $ 52,326.00 |

(e) means an estimate

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X N/A

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 601.75 | Monthly beginning 07/29/20 |
| N/A | N/A | N/A |

Or As Follows: N/A

**GAP Waiver Notice**
☒ If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you were to prepay the contract in full (less any refunds we get for cancelling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due payments and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

Late Charge. If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ __1.00__ or __5__ % of the part of the payment that is late, whichever is __greater__.

Prepayment. If you pay early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**WARRANTIES**

The following paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the Lemon Laws or, for used vehicles, under the certificate of serviceability that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle you bought in New York City.

Unless the Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making no warranties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.

The following notice only applies to used vehicles bought in New York City:

### IMPORTANT NOTICE TO BUYER

(A) STATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.

(D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. COMPLAINT PHONE: (212) 639-9675.

Buyer Signs X _____   Co-Buyer Signs X N/A

LAW 553-NY-B-A-eps 10/18 v1   Page 1 of 6

**SUBPOENA RESPONSES 314**

CONFIDENTIAL

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ ___3,105.81___ sales tax)                                     $___35,100.81___ (1)

2 Total Downpayment =

   Your trade-in is a _____ N/A _____
                Year    Make    Model    Vehicle Identification No.

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Prior Credit or Lease Balance (e) | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | 9,000.00 |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |

   (If total downpayment is negative, enter "0" and see 4I below)          $___9,000.00___ (2)

3 Unpaid Balance of Cash Price (1 minus 2)                                            $___26,100.81___ (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance
   Paid to Insurance Company or Companies

| | | | | |
|---|---|---|---|---|
| Life | $ | N/A | | |
| Disability | $ | N/A | $ | N/A |
| B Vendor's Single Interest Insurance Paid to Insurance Company | | | $ | N/A |
| C Other Optional Insurance Paid to Insurance Company or Companies | | | $ | N/A |

D Fees Paid to Government Agencies

| | | | |
|---|---|---|---|
| to NY STATE | for INSPECTION | $ | 37.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

E Government Taxes Not Included in Cash Price                                         $ N/A
F Government License and/or Registration Fees

| | | |
|---|---|---|
| LIC & REG FEES | $ | 250.00 |
| G Government Certificate of Title Fees | $ | N/A |
| H Government Waste Tire Management Fee | $ | N/A |

I Other Charges (Seller must identify who is paid and describe purpose)

| | | | |
|---|---|---|---|
| to N/A | for Prior Credit or Lease Balance (e) | $ | N/A |
| to VICTORY MITSUBISHI | for DOC FEE | $ | 75.00 |
| to INTERSTATE (STAR AUTO) | for SERVICE CONTRACT | $ | 3,000.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

   Total Other Charges and Amounts Paid to Others on Your Behalf           $___3,362.00___ (4)

5 Amount Financed (3 + 4)                                                             $___29,462.81___ (5)

---

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
_____N/A_____ , Year _N/A_ . SELLER'S INITIALS N/A

---

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This Insurance does not protect your interest in the vehicle. You may choose the Insurance company through which the VSI insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this Insurance is $ ___N/A___ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

Returned Check Charge: You agree to pay a charge of $ _20_ if any check you give us is dishonored.

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked above.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:
### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

   Credit Life $ N/A

   Credit Disability $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ N/A                                                                N/A
        Type of Insurance                          Term

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

☐ N/A                                                                N/A
        Type of Insurance                          Term

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A                                                                N/A
Buyer Signature                                                      Date

X N/A                                                                N/A
Co-Buyer Signature                                                   Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

---

Buyer Signs X _____ Co-Buyer Signs X N/A _____          LAW 553-NY-B-A-eps 10/18 v1    Page 2 of 6

**SUBPOENA RESPONSES 315**

CONFIDENTIAL                                                    COAF_Francois_00000181

## NO COOLING OFF PERIOD UNLESS YOU HAVE A CONTRACT CANCELLATION OPTION

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales. It also does not apply if you buy a used vehicle from a Seller-Creditor located in New York City and you did not decline your option to cancel. The laws of New York City provide a two-day cancellation option if you buy a used vehicle. This cancellation option is subject to certain conditions. See the NYC Used Car Contract Cancellation Option agreement for details.

☐ If checked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at the time the Balloon Payment is due:

a) ☐ You may pay your Balloon Payment when due.

b) ☐ You may refinance the Balloon Payment. See paragraph 1.e. below for details.

c) ☐ You may sell the vehicle back to us. See paragraph 1.e. below for details. If you exercise this option, $ ___N/A___ per mile for each mile in excess of ___N/A___ miles shown on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in Item 2 of the itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
If the actual payoff amount is more than the amount shown in 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor.

Buyer Signature X __N/A__            Co-Buyer Signature X __N/A__

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**

   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

   e. **Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed above. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked above, you have the following options.

      *Pay in Full.* You may pay the Balloon Payment in full when due.

      *Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be

fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.

*Sell Back.* You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described on this page. You must take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no liens other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown above. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

- Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.
- Repair all mechanical defects.
- Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

Buyer Signs X _____    Co-Buyer Signs X _N/A_

LAW 553-NY-B-A-eps 10/18 v1    Page 3 of 6

CONFIDENTIAL                                                              COAF_Francois_00000182

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked.

You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing. The terms and conditions of your liability if the vehicle is damaged, destroyed, or missing are described in a separate document you sign. The document is a part of this contract.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security interest.**

You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**

You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an installment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

Buyer Signs X _____  Co-Buyer Signs X N/A _____

LAW 553-NY-B-A-eps 10/18 v1   Page 4 of 6

CONFIDENTIAL

COAF_Francois_00000183

**4. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**6. APPLICABLE LAW**
Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

---

**SUBPOENA RESPONSES 318**

CONFIDENTIAL    COAF_Francois_00000184

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs **X** _____    Co-Buyer Signs **X** N/A _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

**NOTICE TO BUYER: 1.** Do not sign this agreement before you read it or if it contains any blank space. **2.** You are entitled to a completely filled in copy of the agreement. **3.** Under the law, you have a right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. **4.** According to law, you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.

**RETAIL INSTALMENT CONTRACT**

Buyer Signs **X** _____    Date 06/29/20    Co-Buyer Signs **X** N/A _____    Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** _____ N/A _____    Address _____ N/A

Seller signs VICTORY MITSUBISHI    Date 06/29/20    By **X** _____    Title N/A

| Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE | | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|---|
| ☐ Assigned with recourse | ☒ Assigned without recourse | ☐ Assigned with limited recourse |

Seller VICTORY MITSUBISHI    By _____    Title _____

**LAW** FORM NO. 553-NY-B-A-eps (Rev. 10/18)
©2018 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

LAW 553-NY-B-A-eps 10/18 v1    Page 6 of 6

**SUBPOENA RESPONSES 319**

CONFIDENTIAL

COAF_Francois_00000185

Form SSA-89 (02-2018)
Discontinue Previous Editions                                          Page 1 of
Social Security Administration                                    OMB No.0960-076

## Authorization for the Social Security Administration (SSA)
## To Release Social Security Number (SSN) Verification

| Printed Name: | Date of Birth: | Social Security Number: |
|---|---|---|

I want this information released because I am conducting the following business transaction:

To secure or maintain auto financing.

Reason (s) for using CBSV: (Please select all that apply)

☐ Mortgage Service          ☐ Banking Service

☐ Background Check          ☐ License Requirement

☐ Credit Check              ☒ Other

with the following company ("the Company"):

Company Name:   Capital One Auto Finance

Company Address:   7933 Preston Road, Plano, TX 75024

I authorize the Social Security Administration to verify my name and SSN to the Company and/or the
Company's Agent, if applicable, for the purpose I identified.

The name and address of the Company's Agent is:
Equifax, 11432 Lackland Road, St. Louis, MO 63146

I am the individual to whom the Social Security number was issued or the parent or legal guardian of a
minor, or the legal guardian of a legally incompetent adult. I declare and affirm under the penalty of
perjury that the information contained herein is true and correct. I acknowledge that if I make any
representation that I know is false to obtain information from Social Security records, I could be found
guilty of a misdemeanor and fined up to $5,000.

**This consent is valid only for 90 days from the date signed, unless indicated otherwise by the
individual named above. If you wish to change this timeframe, fill in the following:**

**This consent is valid for _____ days from the date signed. _____ (Please initial.)**

| Signature: | Date Signed: |
|---|---|

Relationship (if not the individual to whom the SSN was issued):

**Contact information of individual signing authorization:**

**Address:**

**City/State/ZIP:**

**Phone Number:**              **SUBPOENA RESPONSES 320**

CONFIDENTIAL                                          COAF_Francois_00000186

Form **SSA-89** (02-2018)

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a) and 1106 of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from releasing information to a designated company or company's agent.

We will use the information to verify your name and Social Security number (SSN). In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our record are compared with other records to establish or verify a person's eligibility for Federal benefit programs an for repayment of incorrect or delinquent debts under these programs.

A list of routine uses is available in our Privacy Act System of Records Notice (SORN) 60-0058, entitled Master Files of SSN Holders and SSN Applications. Additional information and a full listing of all our SORN are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to complete the form. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. **Send to this address only comments relating to our time estimate, not the completed form.**

----------------------------------TEAR OFF----------------------------------

**NOTICE TO NUMBER HOLDER**

The Company and/or its Agent have entered into an agreement with SSA that, among other things, includes restrictions on the further use and disclosure of SSA's verification of your SSN. To view a copy of the entire model agreement, visit http://www.ssa.gov/cbsv/docs/SampleUserAgreement.pdf.

**SUBPOENA RESPONSES 321**

JEANFRANCOIS,FARAH
2914 FARRAGUT RD 3
BROOKLYN          NY 11210

003731



### CERTIFICATE OF TITLE

## NEW YORK STATE
dmv.ny.gov

* * LIENS * *
Document No.

| Title and Identification No. | Year | Make | Model Code | Body/Hull | |
|---|---|---|---|---|---|
| WBAJA7C38HG904646 WBAJA7C38HG904646 | 2017 | BMW | 530 | 4DSD | REDACTED |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 3542 | GAS | 4 | USED | VEHICLE | 8/04/20 |

Name and Address of Owner(s)

ODOMETER READING: 24586
24586

JEANFRANCOIS,FARAH
2914 FARRAGUT RD 3
BROOKLYN NY      11210

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder                                    Lienholder

CAPITAL ONE AUTO
FINANCE                          01
PO BOX 255605
SACRAMENTO      CA 95865                * ONE LIEN RECORDED *

Lienholder                                    Lienholder

* ONE LIEN RECORDED *          * ONE LIEN RECORDED *

MV-999 (1/15)

DEPARTMENT OF MOTOR VEHICLES

**SUBPOENA RESPONSES 322**

VOID IF ALTERED          VOID IF ALTERED

CONFIDENTIAL                    COAF_Francois_00000188

Dec. 10. 2020 10:23AM    No. 1826   P. 28



🛑 **DON'T PEEL STICKER FROM FRONT - SEE BACK!**

Keep this document to show to the police and courts.

HM692928

*NYMA*
WBAJA7C38HG904646
2017 BMW   4DSD
JSE8212   PAS 8 G

05/29/22

5   22

NEW YORK STATE REGISTRATION DOCUMENT

G PAS
JSE8212
2017 BMW    NONTRANSFERABLE
4DSD GY     WBAJA7C38HG904646
003542 G 4  HM692928 MAY 30 2020
            LXL BTS2E6

Expires 05/29/22
JEANFRANCOIS, FARAH          *NYMA*
2914 FARRAGUT RD 3            28.25
BROOKLYN        NY 11210

HM692928 VOID IF ALTERED EXCEPT FOR ADDRESS    216.50

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 07-15)

Date: 9/25/2020

Welcome to ___70 PCT.___ ___154 LAWRENCE AVE___ ___718-851-5511 EXT: 0___
(Command)                          (Address)                                (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: _2020-070-6119_     Accident Report No.: _____     Aided Report No.: _____

Reported to: _PO_ _CHIU_ _____     Date of Occurrence: _6/29/20_ Time: _1200_
(Rank)  (Name)        (Shield No.)

Location of Occurrence: _2914 FARAGUT RD_ _____

Crime: _ID THEFT_ _____

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number _____ . Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

## COURTESY — PROFESSIONALISM — RESPECT

## REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

**SUBPOENA RESPONSES 324**

CONFIDENTIAL





**SUBPOENA RESPONSES 325**

CONFIDENTIAL

**Titan Account Numbers 6206274466242**
**Suspect**
First Name: Unknown
Middle Name: Unknown
Last Name: Unknown
Address: Unknown
Home Phone: 347-995-5054
Work Phone: 212-245-5877
SSN: Unknown
DOB: REDACTED
Involvement:  Used 3rd party Name, Date of Birth, and SSN to purchase a vehicle
Source of Suspect Information:  Titan, LexisNexis,

Law Enforcement: Seminole County Sheriff's Office, FL, ORI FL 059000, Case 20202612165
09/17/2020, Officer Adam Simmons, 120521, Officer Jack Murray, 16329

Link Applications: None

**Narrative**

THE INVESTIGATION WAS INITIATED WHEN THE TRUE NAME PARTY FARAH JEAN FRANCOIS
SOCIAL SECURITY NUMBER REDACTED CONTACTED CAPITAL ONE
AUTO FINANCE ABOUT A CASE OF IDENTITY THEFT. DURING THE REVIEW OF THE ACCOUNT, IT
WAS DISCOVERED THAT AN UNKNOWN SUSPECT USING THE TELEPHONE NUMBERS LISTED
ABOVE USED THE VICTIM'S NAME, DATE OF BIRTH, AND SOCIAL SECURITY NUMBER ON
06/29/2020 TO PURCHASE A 2017 BMW 5 SERIES FOR $29,462.81. CAPITAL ONE AUTO FINANCE
HAS BEGUN EFFORTS TO RECOVER THE FUNDS ON THE LOAN.

**SUBPOENA RESPONSES 326**

| APPN_ID | CRET_DT | ACTVY_AUTO_NOTE_TXT | NOTE_ACTVY_CD | CRET_BY_USER_ID | NOTE_TXT | NOTE_ACTVY_ID |
|---|---|---|---|---|---|---|
| [REDACTED DI | 6/29/20 10:30 AM | SSN Changed for applicant using bureau sources | SSCV | [REDACTED] | SSN changed for primary applicant from <tustaxid v3.0>Y0QVEEdC7</tustaxid> to <tustaxid v3.0>YMUsV5Id8s/tustaxid> using bureau sources EFX,EXP,TU. | 273 |
| [REDACTED DI | 6/29/20 4:16 PM | Contract Received - | CONT | [REDACTED] | Contract Received - | 89 |
| [REDACTED DI | 6/29/20 4:16 PM | GF Credit App Notes - | GFCA | [REDACTED] | AppDOB = [REDACTED]; AppPrimaryIncome = 65000; AppPrimaryIncomeInterval = Annually; | 60 |
| [REDACTED DI | 6/29/20 3:06 PM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 3:10 PM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 3:09 PM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 10:42 AM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 10:33 AM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 3:31 PM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 5:46 PM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 10:31 AM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 3:03 PM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 10:34 AM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 3:07 PM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 1:45 PM | Communication Sent - | COMM | [REDACTED] | Communication is successfully sent. | 78 |
| [REDACTED DI | 6/29/20 4:16 PM | GF Personal Notes | GFPI | [REDACTED] | Applicant utility bill missing. Verify residence or stip. | 52 |
| [REDACTED DI | 6/29/20 1:45 PM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 4 | 85 |
| [REDACTED DI | 6/29/20 10:33 AM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 1 | 85 |
| [REDACTED DI | 6/29/20 3:03 PM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 5 | 85 |
| [REDACTED DI | 6/29/20 3:07 PM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 7 | 85 |
| [REDACTED DI | 6/29/20 3:06 PM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 6 | 85 |
| [REDACTED DI | 6/29/20 3:10 PM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 9 | 85 |
| [REDACTED DI | 6/29/20 3:09 PM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 8 | 85 |
| [REDACTED DI | 6/29/20 10:34 AM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 2 | 85 |
| [REDACTED DI | 6/29/20 10:42 AM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 3 | 85 |
| [REDACTED DI | 6/29/20 3:31 PM | | NOTE | [REDACTED] | Application has been Deal Updated - Count : 10 | 85 |
| [REDACTED DI | 6/29/20 4:16 PM | GF Budget Notes - | GFBV | [REDACTED] | Applicant's POI is missing.  Stip for appropriate document. | 63 |
| [REDACTED DI | 6/29/20 10:31 AM | Verified income received from TALX | TXVI | [REDACTED] | Monthly income of 3035.83 calculated with TALX data for applicant | 285 |
| [REDACTED DI | 6/29/20 3:07 PM | DEALER TRACK NOTES | DLNT | [REDACTED] | DT Comments - EXTRA OPTIONS: COLLISION AVOIDANCE SYSTEM | 172 |
| [REDACTED DI | 6/29/20 3:06 PM | DEALER TRACK NOTES | DLNT | [REDACTED] | DT Comments - EXTRA OPTIONS: ALUMINUM/ALLOY WHEELS | 172 |
| [REDACTED DI | 6/29/20 3:10 PM | DEALER TRACK NOTES | DLNT | [REDACTED] | DT Comments - EXTRA OPTIONS: COLLISION AVOIDANCE SYSTEM | 172 |
| [REDACTE DI | 6/29/20 3:09 PM | DEALER TRACK NOTES | DLNT | [REDACTED] | DT Comments - EXTRA OPTIONS: COLLISION AVOIDANCE SYSTEM | 172 |

| [REDACTED] | | | | | [REDACTED] | |
|---|---|---|---|---|---|---|
| [REDACTED] | 6/29/20 5:45 PM | Called App- | Called App-347 995 5054 lft msg on vm , completed pop | OCTC | [REDACTED] | 120 |
| [REDACTED] | 6/29/20 4:16 PM | GF Contract Notes - | Dealership mismatch or dealer not listed on approval. Need to verify dealership. Dealer Address: NY | GFCV | [REDACTED] | 56 |
| [REDACTED] | 6/29/20 4:16 PM | GF Collateral Notes - | Bookout variance of 575.00 found. Dealer bookout value is 31400.00, DDS computed bookout of 31975.00 WholeSaleValue: 31975.00 , Region: Eastern , Edition: 062020 , | GFVV | [REDACTED] | 54 |
| [REDACTED] | 6/29/20 4:16 PM | GF Misc Notes - | Address mismatch. | GFMS | [REDACTED] | 64 |
| [REDACTED] | 6/29/20 4:16 PM | Name Mismatch Found. | Applicant Name Mismatch. | NMMM | [REDACTED] | 300 |
| [REDACTED] | 6/29/20 10:30 AM | No DOB Mismatch | No DOB mismatch found for Primary applicant | DOBV | [REDACTED] | 276 |
| [REDACTED] | 6/29/20 10:31 AM | POI autocompleted using TALX verified income | POI was autocompleted with TALX data, calculated income of 3035.83 | TXAC | [REDACTED] | 286 |
| [REDACTED] | 6/29/20 3:31 PM | POI autocompleted using TALX verified income | POI was autocompleted with TALX data, calculated income of 3035.83 | TXAC | [REDACTED] | 286 |
| [REDACTED] | 6/29/20 10:34 AM | POI autocompleted using TALX verified income | POI was autocompleted with TALX data, calculated income of 3035.83 | TXAC | [REDACTED] | 286 |
| [REDACTED] | 6/29/20 3:10 PM | POI autocompleted using TALX verified income | POI was autocompleted with TALX data, calculated income of 3035.83 | TXAC | [REDACTED] | 286 |
| [REDACTED] | 6/29/20 10:42 AM | POI autocompleted using TALX verified income | POI was autocompleted with TALX data, calculated income of 3035.83 | TXAC | [REDACTED] | 286 |
| [REDACTED] | 6/29/20 3:07 PM | POI autocompleted using TALX verified income | POI was autocompleted with TALX data, calculated income of 3035.83 | TXAC | [REDACTED] | 286 |

SUBPOENA RESPONSES 328

July 26, 2021

**Capital**One®

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
1-800-227-3863

# YOUR FRAUD CLAIM RESOLUTION

FARAH JEAN FRANCOIS
145 W 111 ST APT 8
NEW YORK NY 10026

| | |
|---|---|
| Account Number: | REDACTED |
| Vehicle: | 17 BMW 5-SERIES |
| VIN: | WBAJA7C38HG904646 |

Dear FARAH JEAN FRANCOIS,

I am writing to you about an identity theft investigation where you are named as a victim.  We have confirmed that this claim is valid.  Capital One Auto Finance is requesting that the trade line be deleted from your Equifax, Trans Union, Experian, and Innovis credit bureau reports.  Please retain this letter as confirmation that you are not liable for the above referenced account.

If you have any questions please contact our Risk Management Department at **1-800-227-3863, option 7, extension 275-9133,** Monday through Friday, from 9:00 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

Redacted

Fraud Specialist
Risk Management Department
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association; successor to Onyx Acceptance Corporation and NFB Funding, Inc.

LID1_10015

Page 1 of 1

**SUBPOENA RESPONSES 329**

COAF_Francois_00000194