

New iMessage    Cancel

To: (347) 995-5054

Sep 26, 2020 at 12:17 PM

Hey the car is on Hollis ave

DEFENDANTS 71



DEFENDANTS 72