HOME   FAQs   ASK US!




| SIGN UP NOW | MY ACCOUNT | E-ZPass® INFO | E-ZPass® PLUS | E-ZPass® ON-THE-GO | VIOLATIONS | ROADS & TRAVEL |

March 14, 2023

## VIOLATIONS

### Violation List

**Violation Inquiry Results**

You received a violation notice(s) due to one of the following:

- The E-ZPass Tag used was invalid (insufficient funds, speed suspended, revoked, etc.)
- Your license plate was not on a valid E-ZPass account and a tag was not detected in your vehicle
- Tolls by Mail invoices were not paid by the required due date

**DMV Suspension and Exclusion**

If you received a notice of registration suspension from the New York State Department of Motor Vehicles or a Notice of Exclusion from MTA Bridges and Tunnels you must contact the Tolling Authority listed on your notice. Payments made online will not result in the immediate clearance of your registration or exclusion. Visit www.dmv.ny.gov to check the status of your registration before driving your vehicle.

**Tolling Authority DMV Suspension and Vehicle Exclusion Phone Numbers.**

- Port Authority of NY & NJ (718-313-9425)
- NYS Thruway Authority (718-313-9414)
- MTA Bridges & Tunnels (718-313-9424)

Based on the violation information entered, the following toll violations were found. To pay by credit card or bank account click **the Pay Selected Violations** button below. To pay by check, follow the instructions described on the violation notice or visit an E-ZPass New York Customer Service Center.

E-ZPass customers may be eligible to resolve toll violations online. Please follow the appropriate directions below.

| Total Amount Due : | $340.25 | Total No of Violations: | 6 |

**Violation Information** • 6 items

| Check / UnCheck All | Violation No. | License Plate | Date & Time | Facility | Agency | Status | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | T032029697624-2 | JSE8212 | 08/21/2020 13:06:16 | Bayonne Bridge | PANYNJ | DISPPOST | $0.00 | $0.00 | $0.00 |
| | T032029697624-1 | JSE8212 | 08/20/2020 20:35:42 | Bayonne Bridge | PANYNJ | DISPPOST | $0.00 | $0.00 | $0.00 |
| ☑ | T217444148577-1 | JSE8212 | 09/26/2020 11:52:44 | RFK Br - Manhattan | MTAB&T | OPEN | $9.50 | $100.00 | $109.50 |
| ☑ | T022035628359-1 | JSE8212 | 09/18/2020 22:38:57 | RFK Br - Bronx | MTAB&T | OPEN | $9.50 | $100.00 | $109.50 |
| ☑ | T022034296751-1 | JSE8212 | 09/11/2020 21:40:04 | RFK Br - Manhattan | MTAB&T | OPEN | $9.50 | $100.00 | $109.50 |
| ☑ | T012035660245-1 | JSE8212 | 08/25/2020 15:30:10 | New Rochelle | NYSTA | PAIDPART | $1.75 | $10.00 | $11.75 |

Click here to view the violation listing in a printer friendly format.

### Violation Settlement Options

**Pay Violation(s) by Credit Card or Bank Account**

Violation amount selected to pay ($) : **340.25**

[Pay Selected Violations]

| E-ZPass New York Account Holders | E-ZPass Account Holders (Other than E-ZPass New York) |
|---|---|
| E-ZPass NY account holders may be eligible to resolve violations using their E-ZPass account. The account must be in good standing and sufficiently funded. To proceed, click on the button below.  [Resolve Selected Violations] | Non NY E-ZPass customer cannot resolve violations using their account. You can avoid future violations by properly mounting your tag, adding the license plate to your account and/or maintaining a positive balance. |

Terms & Conditions  |  Site Map  |  Privacy Policy  |  Phishing Policy        2017 E-ZPass® New York




| HOME | FAQs | ASK US |

| SIGN UP NOW | MY ACCOUNT | E-ZPass® INFO | E-ZPass® PLUS | E-ZPass® ON-THE-GO | VIOLATIONS | ROADS & TRAVEL |

March 14, 2023

**VIOLATIONS**

### Violation Detail

| | |
|---|---|
| **Violation No.** | T012035660245-1 |
| **Vehicle Owner Information** | |
| **Name:** | FARAH JEANFRANCOIS |
| **Address Line 1:** | 2914 FARRAGUT RD 3 |
| **Address Line 2:** | |
| **City:** | BROOKLYN |
| **Zip, State:** | 11210, NY |
| **Country:** | USA |
| **Violation Information** | |
| **License Plate:** | JSE8212 / 00503742432 |
| **State:** | NY |
| **Type:** | NY_16 |
| **Date & Time:** | 08/25/2020 15:30:10 |
| **Facility:** | New Rochelle |
| **Lane:** | 04N |
| **Status:** | PAIDPART |
| **Citation Level:** | Sent to Collection Agency |
| **Toll:** | $1.75 |
| **Fee:** | $10.00 |
| **Amount Due:** | $11.75 |

[Back]

Terms & Conditions  |  Site Map  |  Privacy Policy  |  Phishing Policy

2017 *E-ZPass*® New York



E-ZPass® New York Service Center

March 14, 2023

# VIOLATIONS

## Violation Detail

**Violation No.** T022034296751-1

### Vehicle Owner Information

| | |
|---|---|
| **Name:** | FARAH JEANFRANCOIS |
| **Address Line 1:** | 2914 FARRAGUT RD 3 |
| **Address Line 2:** | |
| **City:** | BROOKLYN |
| **Zip, State:** | 11210, NY |
| **Country:** | USA |

### Violation Information

| | |
|---|---|
| **License Plate:** | JSE8212 / 00503742432 |
| **State:** | NY |
| **Type:** | NY_16 |
| **Date & Time:** | 09/11/2020 21:40:04 |
| **Facility:** | RFK Br - Manhattan |
| **Lane:** | 001 |
| **Status:** | OPEN |
| **Citation Level:** | TBCOLL |
| **Toll:** | $9.50 |
| **Fee:** | $100.00 |
| **Amount Due:** | $109.50 |

Back

2017 *E-ZPass*® New York

Case 1:22-cv-04447-JSR    Document 53-34    Filed 03/15/23    Page 4 of 7





| HOME | FAQs | ASK US! | | | | |
|---|---|---|---|---|---|---|
| SIGN UP NOW | MY ACCOUNT | E-ZPass® INFO | E-ZPass® PLUS | E-ZPass® ON-THE-GO | VIOLATIONS | ROADS & TRAVEL |

March 14, 2023

### VIOLATIONS

**Violation Detail**

| | |
|---|---|
| **Violation No.** | T022035628359-1 |
| **Vehicle Owner Information** | |
| **Name:** | FARAH JEANFRANCOIS |
| **Address Line 1:** | 2914 FARRAGUT RD 3 |
| **Address Line 2:** | |
| **City:** | BROOKLYN |
| **Zip, State:** | 11210, NY |
| **Country:** | USA |
| **Violation Information** | |
| **License Plate:** | JSE8212 / 00503742432 |
| **State:** | NY |
| **Type:** | NY_16 |
| **Date & Time:** | 09/18/2020 22:38:57 |
| **Facility:** | RFK Br - Bronx |
| **Lane:** | 010 |
| **Status:** | OPEN |
| **Citation Level:** | TBCOLL |
| **Toll:** | $9.50 |
| **Fee:** | $100.00 |
| **Amount Due:** | $109.50 |

Back

Terms & Conditions  |  Site Map  |  Privacy Policy  |  Phishing Policy

2017 *E-ZPass*® New York



| HOME | FAQs | ASK US! | | | | |
|---|---|---|---|---|---|---|
| SIGN UP NOW | MY ACCOUNT | E-ZPass® INFO | E-ZPass® PLUS | E-ZPass® ON-THE-GO | VIOLATIONS | ROADS & TRAVEL |

March 14, 2023

## VIOLATIONS

| Violation Detail | |
|---|---|
| **Violation No.** | T032029697624-1 |
| **Vehicle Owner Information** | |
| **Name:** | FARAH JEANFRANCOIS |
| **Address Line 1:** | 2914 FARRAGUT RD 3 |
| **Address Line 2:** | |
| **City:** | BROOKLYN |
| **Zip, State:** | 11210, NY |
| **Country:** | USA |
| **Violation Information** | |
| **License Plate:** | JSE8212 / 00503742432 |
| **State:** | NY |
| **Type:** | NY_16 |
| **Date & Time:** | 08/20/2020 20:35:42 |
| **Facility:** | Bayonne Bridge |
| **Lane:** | 04 |
| **Status:** | DISPPOST |
| **Citation Level:** | PAA2 |
| **Toll:** | $0.00 |
| **Fee:** | $0.00 |
| **Amount Due:** | $0.00 |

[Back]

Terms & Conditions | Site Map | Privacy Policy | Phishing Policy          2017 E-ZPass® New York







E-ZPass®
New York Service Center

March 14, 2023

## VIOLATIONS

### Violation Detail

| | |
|---|---|
| **Violation No.** | T032029697624-2 |
| **Vehicle Owner Information** | |
| **Name:** | FARAH JEANFRANCOIS |
| **Address Line 1:** | 2914 FARRAGUT RD 3 |
| **Address Line 2:** | |
| **City:** | BROOKLYN |
| **Zip, State:** | 11210, NY |
| **Country:** | USA |
| **Violation Information** | |
| **License Plate:** | JSE8212 / 00503742432 |
| **State:** | NY |
| **Type:** | NY_16 |
| **Date & Time:** | 08/21/2020 13:06:16 |
| **Facility:** | Bayonne Bridge |
| **Lane:** | 02 |
| **Status:** | DISPPOST |
| **Citation Level:** | PAA2 |
| **Toll:** | $0.00 |
| **Fee:** | $0.00 |
| **Amount Due:** | $0.00 |

Back

2017 *E-ZPass*® New York

HOME    FAQs    ASK US!

| SIGN UP NOW | MY ACCOUNT | E-ZPass® INFO | E-ZPass® PLUS | E-ZPass® ON-THE-GO | VIOLATIONS | ROADS & TRAVEL |

March 14, 2023

**VIOLATIONS**

### Violation Detail

| | |
|---|---|
| **Violation No.** | T217444148577-1 |
| **Vehicle Owner Information** | |
| **Name:** | FARAH JEANFRANCOIS |
| **Address Line 1:** | 2914 FARRAGUT RD 3 |
| **Address Line 2:** | |
| **City:** | BROOKLYN |
| **Zip, State:** | 11210, NY |
| **Country:** | USA |
| **Violation Information** | |
| **License Plate:** | JSE8212 / 00000000000 |
| **State:** | NY |
| **Type:** | NY_16 |
| **Date & Time:** | 09/26/2020 11:52:44 |
| **Facility:** | RFK Br - Manhattan |
| **Lane:** | 001 |
| **Status:** | OPEN |
| **Citation Level:** | TBVCOLL |
| **Toll:** | $9.50 |
| **Fee:** | $100.00 |
| **Amount Due:** | $109.50 |

Back

Terms & Conditions  |  Site Map  |  Privacy Policy  |  Phishing Policy

2017 E-ZPass® New York