Farah Jean Francois
145 W. 111th Street, Apt. 8
New York, NY 10026

June 29, 2021
**VIA U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Victory Mitsubishi
4070 Boston Road
Bronx, New York 10475

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

      **Re:**    Requesting Written Confirmation of No Liability
              Retail Installment Contract # -6242, VIN #WBAJA7C38HG904646

To Whom It May Concern:

      I am writing in regards to the vehicle financing and purchase, Retail Installment Contract # -6242 and VIN #WBAJA7C38HG904646, that was fraudulently entered into using my identity on June 29, 2020.

      It is my understanding that following the arrest of Emmanuel Laforest and my submission of the Affidavit of Fictitious Account and Fraud Questionnaire that I am no longer being held liable for this fraudulent debt. Please provide me written confirmation for my records that I am not being held liable in any way for the debt, such as proof of the repurchase of the Vehicle.

      Respectfully,


      Farah Jean Francois