UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARAH JEAN FRANCOIS,<br><br>Plaintiffs,<br><br>-v-<br><br>VICTORY AUTO GROUP LLC D/B/A VICTORY MITSUBISHI, et al.,<br><br>Defendants. | 22-cv-4447 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The parties have informed the Court that various exhibits filed in the course of the parties' summary judgment briefing did not fully redact sensitive personal information. As such, the Clerk is directed to permanently seal the following entries on the docket such that they are viewable only to the Court or attorneys for the parties: 53-1, 53-2, 53-8, 53-17, 53-20, 53-21, 53-23, 53-28, 53-36, 53-37, 52-03, 52-05, and 52-06. The parties are granted leave to re-file these exhibits with appropriate redactions.

SO ORDERED.

New York, NY
March 29, 2023

_____
JED S. RAKOFF, U.S.D.J.

1