State of New York - Department of Motor Vehicles - Sample Abstract of Driving Record - Do Not Accept Without NYS DMV Seal

## ABSTRACT OF LIFETIME DRIVING RECORD

**DOCUMENT #:** 2997303  
**TIME:** 09:13:39  **OPERATOR:** WEB  
**PRINT DATE:** 03/15/2023  
**OFFICE:** WEB

**ID NUMBER:** REDACTED

JEAN FRANCOIS, FARAH  
2914 FARRAGUT RD APT 3  
BROOKLYN, NY 11210-1536

**MAILING COUNTY:** KINGS

**NAME ON LICENSE/ID:** JEAN FRANCOIS FARAH

**DATE OF BIRTH:** REDACTED   **SEX:** F  
**HEIGHT:** 5-04   **EYE COLOR:** BROWN

**RESTRICTIONS:** NONE

**LICENSE CLASS:** *E*   **STATUS:** VALID   **EXPIRATION:** 05/30/2028  
**PROBATION START:** 08/29/2016   **PROBATION END:** 02/28/2017  
**ENDORSEMENTS:** NONE

**19A STATUS:** NOT APPLICABLE  
**HAZMAT STATUS:** NOT APPLICABLE

************************************ACTIVITY************************************  
***********************************PERMIT HISTORY***********************************

**PERMIT CLASS:** D   **ISSUANCE DATE:** 04/14/2016  
**APPLICATION DATE:** 04/14/2016   **EXPIRATION:** 05/30/2020  
**ENDORSEMENTS:** NONE  
**RESTRICTIONS:** NONE

***********************CLASS CHANGE / PRIVILEGE CHANGE***********************

**CLASS CHANGE:** NEW: *E*   **OLD:** *D*   03/12/2020  
**CLASS CHANGE:** NEW: *D*   **OLD:** PERMIT   08/31/2016

***********************************DOCUMENTS ISSUED***********************************

**CLASS:** E   **ISSUED:** 07/22/2020   **TYPE:** LICENSE  
**CLASS:** E   **ISSUED:** 03/12/2020   **TYPE:** LICENSE  
**CLASS:** D   **ISSUED:** 02/05/2020   **TYPE:** LICENSE  
**CLASS:** D   **ISSUED:** 06/14/2018   **TYPE:** LICENSE

The Undersigned certifies, on behalf of the New York State Department of Motor Vehicles (DMV), that this document is a true and complete copy of an electronic record that is on file at DMV, in Albany, New York. This record was made in the ordinary course of DMV's regular business. It is the business of the DMV to create and maintain the records of drivers in the State of New York. Entries in this document are made contemporaneously with the time the recorded transactions or events took place, or within a reasonable time thereafter. The person who reports the information to record such transactions or events performs this function pursuant to a business duty to do so accurately.

ABS-9 (1/19) HP          Page 1 of 2          *Mark JF. Schroeder*

COMMISSIONER OF MOTOR VEHICLES

State of New York - Department of Motor Vehicles

# ABSTRACT OF LIFETIME DRIVING RECORD

**DOCUMENT #:** 2997303                                      **PRINT DATE:** 03/15/2023
**TIME:** 09:13:39       **OPERATOR:** WEB       **OFFICE:** WEB

**ID NUMBER:** 253552624

| | | |
|---|---|---|
| **CLASS:** D | **ISSUED:** 08/31/2016 | **TYPE:** LICENSE |
| **CLASS:** D | **ISSUED:** 04/14/2016 | **TYPE:** PERMIT |
| **CLASS:** I | **ISSUED:** 12/19/2014 | **TYPE:** ID-ONLY |

****************************SUSPENSIONS / REVOCATIONS***************************

*************************************NON-SCOFFLAWS*************************************

**RESCISSION DATE:** 01/11/2022     **CASE #:** C101231     **ORDER #:** C2101240000

**RESCISSION DATE:** 01/11/2022     **CASE #:** C105051     **ORDER #:** C2106060000

*************************************SCOFFLAWS*************************************

**SUSPENSION EFFECTIVE:** 02/20/2021
**REASON:** FAILURE TO ANSWER A SUMMONS
**ORDER #:** J014040                                               **TICKET #:** B20K014040
**LOCATION:** NEW YORK COUNTY, MANHATTAN NORTH ADMINISTRATIVE ADJUDICATION
**CLEAR ON:** 01/12/2022        **REASON:** SCOFFLAW ANSWERED

****************************ADDRESS HISTORY****************************

**POSTED:** 06/14/2018                                       **TYPE:** MAILING
**ADDRESS:** 2914 FARRAGUT RD APT 3            **COUNTY:** KINGS
                BROOKLYN, NY 11210-1536             **COUNTRY:** US

**POSTED:** 12/19/2014                                       **TYPE:** MAILING
**ADDRESS:** 145 W111TH ST WAPT 8              **COUNTY:** NEW YORK
                NEW YORK, NY 10026-4251              **COUNTRY:** US

****************************END OF ABSTRACT****************************

**The Undersigned certifies, on behalf of the New York State Department of Motor Vehicles (DMV), that this document is a true and complete copy of an electronic record that is on file at DMV, in Albany, New York. This record was made in the ordinary course of DMV's regular business. It is the business of the DMV to create and maintain the records of drivers in the State of New York. Entries in this document are made contemporaneously with the time the recorded transactions or events took place, or within a reasonable time thereafter. The person who reports the information to record such transactions or events performs this function pursuant to a business duty to do so accurately.**

Page 2 of 2                  *Mark J.F. Schroeder*

ABS-9 (1/19) HP                                                                                COMMISSIONER OF MOTOR VEHICLES