

# Personal Credit Report for Farah J Francois

**Report Date: 09/02/2021**
**Source: TransUnion**

**File Number:** 415172019

## Personal Information

You have been on our files since 11/21/2015

SSN: REDACTED /your protection.

**Date of Birth:** REDACTED

**Names Reported:** FARAH JEAN FRANCOIS, FARAH JEAN FRANCIOS, FRANCOIS FA JEAN and JEAN F. FARAH

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 145 W 111TH ST APT 8, NEW YORK, NY 10026-4251 | 11/21/2015 |
| 2914 FARRAGUT RD APT 3, BROOKLYN, NY 11210-1536 | 07/25/2018 |

### Telephone Numbers Reported:

(917) 504-7424    (917) 291-5097    (347) 995-5054    (917) 995-8363

### Employment Data Reported:

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**You have no Account Information reported.**

## Account Information

**FRANCOIS 164**

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 + days late | Collection | Voluntary Surrender | Repo-ssession | Charge Off | Foreclosure |

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

REDACTED



REDACTED

FRANCOIS 166



REDACTED

FRANCOIS 167

REDACTED



**FRANCOIS 168**

REDACTED



**FRANCOIS 169**

REDACTED

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some

REDACTED

**FRANCOIS 170**

REDACTED

REDACTED



FRANCOIS 172



REDACTED

**FRANCOIS 173**

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**CAPITAL ONE**

15000 CAPITAL ONE
RICHMOND, VA 23238
(800) 955-7070
**Requested On:** 07/05/2021
**Inquiry Type:** Individual

**CAPITAL ONE NA**

15000 CAPITAL ONE DRIVE
US364412
RICHMOND, VA 23238
(800) 955-7070
**Requested On:** 07/05/2021
**Inquiry Type:** Individual

**STATEWIDE COMMERCIAL VIA PREMIUM CREDIT BUREAU**

2412 NW 87 PLACE
DORAL, FL 33172
(800) 322-8825
**Requested On:** 01/13/2021
**Inquiry Type:** Individual
**Permissible Purpose:** CREDIT TRANSACTION

**SYNCBAMAZON**

PO BOX 530975
PO 790061743
ATLANTA, GA 30353
(937) 534-2112
**Requested On:** 11/26/2020
**Inquiry Type:** Individual

**JPMCB AUTO FINANCE**

PO BOX 901076
FORT WORTH, TX 76101
(800) 336-6675
**Requested On:** 06/29/2020, 05/30/2020
**Inquiry Type:** Individual

**CAPITAL ONE AUTO FINANCE**

3905 N DALLAS PARKWAY
PLANO, TX 75093
(800) 946-0332
**Requested On:** 06/29/2020, 05/30/2020
**Inquiry Type:** Individual

**VICTORY MITSUBISHI VIA CBCVICTORY MITSUBISHI**

4070 BOSTON ROAD
BRONX, NY 10475
(718) 515-4660
**Requested On:** 05/30/2020
**Inquiry Type:** Individual
**Permissible Purpose:** CREDIT TRANSACTION

**ONEMAIN FINANCIAL**

P.O. BOX 3327
EVANSVILLE, IN 47706
(844) 298-9773
**Requested On:** 05/20/2020
**Inquiry Type:** Individual

**VERIZON**

500 TECHNOLOGY DRIVE
WELDON SPRINGS, MO 63304
(888) 483-7200
**Requested On:** 05/14/2020
**Inquiry Type:** Participant

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**TRANSUNION CONSUMER INTE**

100 CROSS STREET

**GRANITE BAY ACCEPTANCE C**

1781 VINEYARD DR
222

**FRANCOIS 174**

SAN LUIS OBISP, CA 93401
(805) 782-8282
**Requested On :** 08/05/2021, 06/26/2021, 06/16/2021, 05/13/2021,
05/12/2021, 05/08/2021, 04/13/2021, 04/07/2021, 03/13/2021,
03/07/2021, 02/24/2021, 02/13/2021, 02/10/2021, 01/27/2021,
01/14/2021, 01/01/2021, 12/17/2020, 12/11/2020, 11/26/2020,
11/22/2020, 11/14/2020, 10/28/2020, 10/11/2020, 09/26/2020

ANTIOCH, CA 94509
(925) 208-0907
**Requested On :** 09/28/2020

### GRANITE BAY ACCEPTANCE INC

1781 VINEYARD DR.
# 222
ANTIOCH, CA 94509
(925) 779-1801
**Requested On :** 09/15/2020

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

### TRANSUNION CONSUMER INTE

760 MARKET STREET 10TH FLOOR

SAN FRANCISCO, CA 94102
(844) 580-6816
**Requested On :** 08/27/2021

### BANK OF AMERICA

PO BOX 982238

EL PASO, TX 79998
(800) 421-2110
**Requested On :** 08/20/2021

### T-MOBILE

12920 SE 38TH ST

BELLEVIEW, WA 98006
(800) 937-8997
**Requested On :** 08/04/2021

### GEICO

1 GEICO PLZ

WASHINGTON, DC 20076-0003
(773) 582-2886
**Requested On :** 01/14/2021

### FARAH FRANCOIS VIA TRANSUNION INTERACTIVE IN

100 CROSS ST
STE 202
SAN LUIS OBISPO, CA 93401
(855) 681-3196
**Requested On :** 09/02/2021, 09/02/2021, 06/11/2021

### TU INTERACTIVE

100 CROSS ST
202
SAN LUIS OBISPO, CA 93401
(844) 580-6816
**Requested On :** 09/02/2021, 06/11/2021

### 573067570 VIA TRANSUNION INTERACTIVE

100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401
(844) 580-6816
**Requested On :** 09/01/2021

### 000000000000000862 VIA PROGREXIONLEXINGTON LAW

330 N CUTLER DR
NORTH SALT LAKE CITY, UT 84054
(800) 341-8441
**Requested On :** 09/01/2021, 08/04/2021

### FARAH JEANFRANCOIS VIA PGXLEXINGTONLAW

### PROGREXION VIA PROGREXION ASG INC

330 N CUTLER DRIVE
NORTH SALT LAKE, UT 84054
(888) 586-0184

**FRANCOIS 175**

330 NORTH CUTLER DRIVE
NORTH SALT LAKE, UT 84054
(801) 384-4253
**Requested On:** 08/12/2021

**Requested On:** 07/13/2021

## MCB COLLECTN SERVICS VIA MERCHANTS ASSN DBA MAF CO

134 S TAMPA STREET
TAMPA, FL 33602
Phone number not available
**Requested On:** 07/09/2021

## CAPITAL ONE

15000 CAPITAL ONE DRIVE
US364412
RICHMOND, VA 23238
(800) 955-7070
**Requested On:** 07/05/2021

## CAPITAL ONE

PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070
**Requested On:** 07/05/2021

## WEBBANKAVANT LLC

222 N LASALLE ST
SUITE 1600
CHICAGO, IL 60601
(800) 712-5407
**Requested On:** 07/05/2021

## FACTACT FREE DISCLOSURE

P O BOX 1000
CHESTER, PA 19016
(800) 888-4213
**Requested On:** 06/11/2021

## BANK OF AMERICA

PO BOX 982238
EL PASO, TX 79998
(800) 421-2110
**Requested On:** 04/13/2021, 02/12/2021

## GEICO

ONE GEICO PLAZA
WASHINGTON, DC 20079
(800) 841-3000
**Requested On:** 04/09/2021, 01/31/2020

## Z8IB1VM7FF0JULBY VIA CONSUMERDIRECT

265 BRIGGS AVENUE
COSTA MESA, CA 92626
(877) 372-3895
**Requested On:** 04/06/2021

## ALLSTATE

1819 ELECTRIC RD
ROANOKE, VA 24018
(800) 255-7828
**Requested On:** 04/04/2021, 01/20/2021

## PL NETWORKRECSVCS PF VIA ZOLLNETWORKRECSVCS PFS

3 EXPRESSWAY PLAZA
SUITE 200
ROSLYN HEIGHTS, NY 11577
(516) 622-6731
**Requested On:** 04/02/2021

## RADIUS GLOBAL SOLUTIONS

7831 GLENROY RD
SUITE 145
EDINA, MN 55439
(866) 720-0820
**Requested On:** 03/10/2021

## CONSUMERINFO VIA CIEXP CSIDPROD

535 ANTON BLVD SUITE 100
COSTA MESA, CA 92626
(949) 567-3762
**Requested On:** 02/18/2021

## TD BANK INTERNAL DA VIA FIRST ADVANTAGE BACKGROUN

100 CARILLON PARKWAY
ST PETERSBURG, FL 33716
(866) 400-3238
**Requested On:** 01/28/2021

## KLARNA

629 NORTH HIGH STREET SUI
TE 300
COLUMBUS, OH 43215
(844) 552-7621
**Requested On:** 01/26/2021

## FARAH JEAN FRANCOIS VIA CONSUMERDIRECT

265 BRIGGS AVENUE
COSTA MESA, CA 92626
(877) 372-3895

## PATHCD1-DCIDA

3187 RED HILL AVE
STE 100

**FRANCOIS 176**

**Requested On:** 01/12/2021

COSTA MESA, CA 92626
(714) 431-0005
**Requested On:** 01/12/2021

### MONEVO INC

8910 UNIVERSITY CENTER LN
SUITE 400
SAN DIEGO, CA 92122
(619) 536-0749
**Requested On:** 01/04/2021

### PEERFORM CREDIT

369 LEXINGTON AVE
2ND FLOOR
NEW YORK, NY 10017
(510) 388-4465
**Requested On:** 01/04/2021

### FARAH JEAN FRANCOIS VIA
### KARMATRANSUNION INTERACT

100 CROSS STREET
SAN LUIS OBISPO, CA 93401
(844) 580-6816
**Requested On:** 09/14/2020

### ALLY FINANCIAL

200 RENAISSANCE CTR
DETROIT, MI 48265
(866) 710-4623
**Requested On:** 05/30/2020

### APPLE CARDGS BANK

PO BOX 45400
SALT LAKE CITY, UT 84145
(877) 255-5923
**Requested On:** 05/16/2020

### APPLE CARDGS BANK

PO BOX 45400
SALT LAKE CITY, UT 84145
(877) 255-5923
**Requested On:** 05/16/2020

## Credit Report Messages

Your credit report contains the following messages.

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, and/or Third Party Supplemental Information. Authorized parties may also receive the additional information below from TransUnion.

## Special Messages

The following Special Messages may be provided to an authorized party when it makes an inquiry into your TransUnion credit report. These messages provide important details concerning the information contained in your file and/or the authorized party's inquiry.

**INPUT SSN LIKELY NOT ISSUED PRIOR TO JUNE 2011**

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**Requested On :** 07/05/2021

**Identifying information they provided:**
FARAH JEAN FRANCOIS
145 W 111TH ST
NEW YORK, NY 10026-4249
(917) 291-5097

**Requested On :** 07/05/2021

**Identifying information they provided:**
FARAH JEAN FRANCOIS
145 W 111TH ST
NEW YORK, NY 10026-4249
(917) 291-5097

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

REDACTED

**FRANCOIS 178**

REDACTED

**SHOULD YOU WISH TO CONTACT TRANSUNION,
YOU MAY DO SO,**

**Online:**
To report an inaccuracy, please visit: dispute.transunion.com
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time,
Monday through Friday, except major holidays.

*For all correspondence, please have your TransUnion file
number available (located at the top of this report).*

**Consumer Rights**

Para informacion en espanol, visite www.consumerfinance.gov o escribe a la Consumer Financial Protection Bureau, 1700 G
Street N.W. Washington, DC 20552.

**FRANCOIS 179**

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert on your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

**FRANCOIS 180**

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

  **States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580          1-877-382-4357 |

**FRANCOIS 181**

| 2. To the extent not included in item 1 above: | Office of the Comptroller of the Currency |
|---|---|
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | Federal Reserve Consumer Help (FRCH)<br>PO Box 1200<br>Minneapolis, MN 55480          1-888-851-1920 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and Insured state savings associations | FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590          1-202-366-1306 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor |

**FRANCOIS 182**

| | operates or<br>Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580          1-877-382-4357 |
|---|---|

**Fraud Victim Rights**

**SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT**

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552

Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security Number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe you that you are, a victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**You have the right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

You may place a fraud alert in your file by calling just one of the three nationwide credit reporting agencies. As soon as that agency processes your alert, it will notify the other two, which then must also place fraud alerts in your file.

- Equifax: 1-800-525-6285; www.equifax.com

FRANCOIS 183

- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289;www.transunion.com

**You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore

**You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

**If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer or place the debt for collection.

**You may also prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

**FRANCOIS 184**