

# CREDIT REPORT

---

**FARAH JEAN FRANCOIS**

**Report Confirmation**

**1662864078**



Dear FARAH JEAN FRANCOIS:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at: **www.investigate.equifax.com**

- Please mail the dispute information to: **Equifax Information Services LLC** **P.O. Box 740241** **Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

**FRANCOIS 50**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| Report Date | Jun 11, 2021 |
| Credit File Status | No fraud indicator on file |
| Alert Contacts | 0 Records Found |
| Average Account Age | REDACTED |
| Length of Credit History | |
| Accounts with Negative Information | |
| Oldest Account | |
| Most Recent Account | |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

REDACTED

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| Consumer Statements | REDACTED |
| Personal Information | |
| Inquiries | |
| Most Recent Inquiry | |
| Public Records | |
| Collections | |

**EQUIFAX**          FARAH JEAN FRANCOIS | Jun 11, 2021          Page 3 of 44

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

FRANCOIS 51

## 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

REDACTED

**EQUIFAX**

FARAH JEAN FRANCOIS | Jun 11, 2021

Page 4 of 44

| Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections |

**FRANCOIS 52**



REDACTED



| Date | Comment |
|------|---------|

REDACTED

EQUIFAX

FARAH JEAN FRANCOIS | Jun 11, 2021

Page 6 of 44

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 54



REDACTED



EQUIFAX          FARAH JEAN FRANCOIS | Jun 11, 2021          Page 8 of 44

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 56



REDACTED

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 57



REDACTED

FARAH JEAN FRANCOIS | Jun 11, 2021                                         Page 10 of 44

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 58





REDACTED

*EQUIFAX*    FARAH JEAN FRANCOIS | Jun 11, 2021    Page 12 of 44

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 60



REDACTED



FRANCOIS 62



REDACTED

FARAH JEAN FRANCOIS | Jun 11, 2021          Page 15 of 44

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 63



REDACTED

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 64



Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 65

REDACTED

EQUIFAX                    FARAH JEAN FRANCOIS | Jun 11, 2021                    Page 18 of 44

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 66



REDACTED

FRANCOIS 67



REDACTED

EQUIFAX    FARAH JEAN FRANCOIS | Jun 11, 2021    Page 20 of 44

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 68



REDACTED

FRANCOIS 69



REDACTED

FRANCOIS 70



REDACTED

FRANCOIS 71



Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 72

## 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.

FRANCOIS 73

## 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

REDACTED

REDACTED

Summary   Revolving   Mortgage   Installment   Other   Statements   Personal Info   Inquiries   Public Records   Collections

**FRANCOIS 75**

REDACTED



FRANCOIS 76



REDACTED

EQUIFAX

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

FRANCOIS 77

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

You currently do not have any Other Accounts in your file.

EQUIFAX

| Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections |

FRANCOIS 78

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

FRANCOIS 79

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| | |
|---|---|
| Name | FARAH  JEAN FRANCOIS |
| Formerly known as | FARAH J  FRANCOIS |
| Social Security Number | REDACTED |
| Age or Date of Birth | REDACTED |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

You currently do not have any Alert Contacts in your file.

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

| Address | Status | Date Reported |
|---|---|---|
| 2914 FARRAGUT RD APT 3 BROOKLYN, NY  11210 | Current | Jun 04, 2021 |
| 145 W 111TH ST APT 8 NEW YORK, NY  10026 | Former | May 10, 2021 |
| 145 111 NEW YORK, NY  10026 | Former | May 01, 2015 |

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

| Company | Occupation |
|---|---|

**EQUIFAX**    FARAH JEAN FRANCOIS | Jun 11, 2021    Page 32 of 44

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › Collections

FRANCOIS 80

| NULLS WHOLE FOOD | MANAGER |
| --- | --- |
| GLN | |

FRANCOIS 81

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

| Date | Company | Request Originator |
|------|---------|--------------------|
| Feb 13, 2021 | COMENITYCAPITAL/SEPHORAVISACC<br><br>PO BOX 182120<br>COLUMBUS, OH  43218 | |
| Jan 13, 2021 | PREMIUM CREDIT BUREAU LLC<br><br>2701 E ATLANTIC BLVD 2ND FLOOR<br>POMPANO BEACH, FL  33062<br><br>1-866-676-8562 | STATEWIDE COMMERCIAL |
| Jun 29, 2020 | CAPITAL ONE<br><br>15000 CAPITAL ONE DRIVE<br>PO# USBNK475734<br>RICHMOND, VA  23238 | |
| May 30, 2020 | CAPITAL ONE<br><br>15000 CAPITAL ONE DRIVE<br>PO# USBNK475734<br>RICHMOND, VA  23238 | |
| May 30, 2020 | BB&T DEALER FINANCE<br><br>7701 AIRPORT CENTER DR. SUITE 2300<br>GREENSBORO, NC  27409<br><br>1-336-733-7821 | |
| May 20, 2020 | ONEMAIN<br><br>1756 FOREST AVENUE<br>SUITE H<br>STATEN ISLAND, NY  10303<br><br>1-718-698-0499 | |
| May 18, 2020 | AT&T SERVICES, INC.-MT | |

Equifax    FARAH JEAN FRANCOIS | Jun 11, 2021    Page 34 of 44

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > Inquiries > Public Records > Collections

FRANCOIS 82

17330 PRESTON RD SUITE 100A
DALLAS, TX  75252

1-800-288-2020

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|------|---------|--------------------|-------------|
| Jun 11, 2021 | EQUIFAX CONSUMER SERVICES | | |
| Jun 01, 2021 | COMENITYBANK/COMENITYCAPITAL | | Account Review Inquiry |
| May 25, 2021 | AMEXDSNB | | Account Review Inquiry |
| May 04, 2021 | COMENITYBANK/COMENITYCAPITAL | | Account Review Inquiry |
| Apr 27, 2021 | AMEXDSNB | | Account Review Inquiry |
| Apr 10, 2021 | EQUIFAX | | Automated Consumer Interview System |
| Apr 10, 2021 | EQUIFAX UPDATE | | Automated Consumer Interview System |
| Apr 06, 2021 | COMENITYBANK/COMENITYCAPITAL | | Account Review Inquiry |
| Mar 23, 2021 | AMEXDSNB | | Account Review Inquiry |
| Feb 23, 2021 | AMEXDSNB | | Account Review Inquiry |
| Feb 18, 2021 | CIC/EXPERIAN RPTS | | |
| Jan 26, 2021 | CREDIT KARMA, INC | | |
| Jan 26, 2021 | AMEXDSNB | | Account Review Inquiry |
| Jan 23, 2021 | PAYPAL | | Soft Inquiry |
| Jan 22, 2021 | CREDIT KARMA, INC | | |
| Jan 16, 2021 | CREDIT KARMA, INC | | |
| Jan 14, 2021 | LIBERTY MUTUAL INSURANCE | | Promotional Inquiry |
| Jan 13, 2021 | CREDIT KARMA, INC | | |
| Jan 12, 2021 | CREDIT KARMA, INC | | |
| Jan 10, 2021 | CREDIT KARMA, INC | | |
| Jan 08, 2021 | CREDIT KARMA, INC | | |
| Jan 05, 2021 | COMENITYBANK/COMENITYCAPITAL | | Account Review Inquiry |

**EQUIFAX**   FARAH JEAN FRANCOIS | Jun 11, 2021   Page 35 of 44

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

FRANCOIS 83

| Dec 29, 2020 | CREDIT KARMA, INC | |
|---|---|---|
| Dec 29, 2020 | CAPITAL ONE NATIONAL ASSOC | Account Review Inquiry |
| Dec 22, 2020 | AMEXDSNB | Account Review Inquiry |
| Dec 15, 2020 | CREDIT KARMA, INC | |
| Dec 15, 2020 | EQUIFAX INFORMATION SVS | Automated Consumer Interview System |
| Dec 15, 2020 | EQUIFAX INFORMATION SVS | Automated Consumer Interview System |
| Dec 12, 2020 | CREDIT KARMA, INC | |
| Dec 11, 2020 | CREDIT KARMA, INC | |
| Dec 04, 2020 | CREDIT KARMA, INC | |
| Dec 01, 2020 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |
| Nov 24, 2020 | MACYS/DSNB | Account Review Inquiry |
| Nov 24, 2020 | AMEXDSNB | Account Review Inquiry |
| Nov 24, 2020 | CAPITAL ONE NATIONAL ASSOC | Account Review Inquiry |
| Nov 24, 2020 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |
| Nov 03, 2020 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |
| Oct 27, 2020 | MACYS/DSNB | Account Review Inquiry |
| Oct 27, 2020 | AMEXDSNB | Account Review Inquiry |
| Oct 27, 2020 | CAPITAL ONE NATIONAL ASSOC | Account Review Inquiry |
| Oct 06, 2020 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |
| Sep 29, 2020 | CAPITAL ONE NATIONAL ASSOC | Account Review Inquiry |
| Sep 22, 2020 | MACYS/DSNB | Account Review Inquiry |
| Sep 22, 2020 | AMEXDSNB | Account Review Inquiry |
| Sep 09, 2020 | CREDIT KARMA, INC | |
| Sep 01, 2020 | CAPITAL ONE NATIONAL ASSOC | Account Review Inquiry |
| Sep 01, 2020 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |
| Aug 25, 2020 | MACYS/DSNB | Account Review Inquiry |
| Aug 25, 2020 | AMEXDSNB | Account Review Inquiry |
| Aug 04, 2020 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |
| Jul 28, 2020 | CAPITAL ONE NATIONAL ASSOC | Account Review Inquiry |
| Jul 28, 2020 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |

FRANCOIS 84

| Jul 07, 2020 | COMENITYBANK/COMENITYCAPITAL | Account Review Inquiry |
|---|---|---|
| Jun 23, 2020 | MACYS/DSNB | Account Review Inquiry |
| Jun 23, 2020 | AMEXDSNB | Account Review Inquiry |

FRANCOIS 85

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

FRANCOIS 86

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

You currently do not have any Collections in your file.

FRANCOIS 87

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.ai.equifax.com

To check the status or view the results of your dispute please visit https://www.ai.equifax.com



**FRANCOIS 88**

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*
*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o a person has taken adverse action against you because of information in your credit report;

  o you are the victim of identity theft and place a fraud alert in your file;

  o your file contains inaccurate information as a result of fraud;

  o you are on public assistance;

  o you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).



FRANCOIS 89

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**



FRANCOIS 90

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.Consumer Financial Protection Bureau 1700 G Street, N.W.Washington, DC 20552<br><br>b.Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580 (877) 382-4357 |
| 2.To the extent not included in item 1 above: a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d.Federal Credit Unions | a.Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050<br><br>b.Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br><br>c.FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106<br><br>d.National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke Street Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, S.E. Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, S.W. Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6.Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, S.W., Suite 8200 Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission 100 F Street, N.E. Washington, DC 20549 |
| 8.Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9.Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580 (877) 382-4357 |

FRANCOIS 91

### Commonly Asked Questions About Credit Files

**Q. How can I correct a mistake in my credit file?**

**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q. If I do have credit problems, is there someplace where I can get advice and assistance?**

**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

### Facts You Should Know

o The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts: Remain up to 7 years from the Date of First Delinquency.

Credit or Other reported accounts: Accounts paid as agreed remain for up to 10 years from the date last reported by the lender. Accounts not paid as agreed (i.e., delinquent, charged off, accounts placed for collection) remain for up to 7 years from the Date of First Delinquency.

Public Records: Bankruptcy-

Chapter 7 or 11 bankruptcies filed and discharged remain for 10 years from the date filed.

Chapter 12 and 13 bankruptcies remain for 7 years from the date filed.

Dismissed bankruptcies (all chapters) remain for 7 years from the date filed.

**New York Residents Only** (must be a current resident): Paid collections remain on your Equifax credit report for 5 years from the date of the first missed payment. A paid Charged Off account remains on the file for 5 years from the Date of First Delinquency.

o Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

---

*Additional Notice to Consumer:*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

---



FRANCOIS 92