**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                     **Plaintiff,**

  - against -

**VICTORY AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI, SPARTAN**
**AUTO GROUP LLC d/b/a VICTORY**
**MITSUBISHI, STAVROS ORSARIS,**
**YESSICA VALLEJO, DAVID PEREZ,**
**DIANE ARGYROPOULOS, and**
**PHILIP ARGYROPOULOS**

                     **Defendants.**
------------------------------------------------------------------------X

Case No. 1:22-cv-4447

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that Defendants **SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI**, **STAVROS ORSARIS**, **YESSICA VALLEJO**, **and DAVID PEREZ**, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Reconsideration, hereby move this Court, before the Hon. Jed S. Rakoff, at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 14-B, on August 16, 2023, at 9:00am for an Order, pursuant to Local Civil Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting Reconsideration of Defendants Summary Judgment and, upon such reconsideration, dismissing Count I of Plaintiff's First-Amended Complaint as to all Defendants in its entirety, together with such other and further relief as this Court deems just and proper.

**[Remainder of page intentionally left blank]**

Dated: New York, New York
       August 1, 2023

                                 Yours, etc.
                                 NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: /s/ H. Nicholas Goodman
                                 H. Nicholas Goodman
                                 *Attorneys for Defendants*
                                 VICTORY AUTO GROUP LLC
                                 d/b/a VICTORY MITSUBISHI,
                                 SPARTAN AUTO GROUP LLC
                                 d/b/a VICTORY MITSUBISHI,
                                 STAVROS ORSARIS, YESSICA VELLEJO,
                                 DAVID PEREZ, DIANE ARGYROPOULOS,
                                 and PHILIP ARGYROPOULOS
                                 333 Park Avenue South, Suite 3A
                                 New York, New York 10010
                                 (212) 227-9003
                                 ngoodman@ngoodmanlaw.com

*Via ECF*
Emma Caterine
Ahmad Keshavarz
THE LAW OFFICE OF
  AHMAD KESHAVARZ
16 Court Street, Suite 2600
Brooklyn, New York 11241
(917) 945-9848
emma@newyorkconsumerattorney.com
ahmad@newyorkconsumerattorney.com

2