UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FARAH JEAN FRANCOIS,

            Plaintiff,

-against-

VICTORY AUTO GROUP LLC d/b/a VICTORY MITSUBISHI and SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI, STAVROS ORSARIS, YESSICA VALLEJO, DAVID PEREZ, DIANE ARGYROPOULOS and PHILIP ARGYROPOULOS,

            Defendants.
-----------------------------------------------------------x

1:22 Civ. 4447 ( JSR )

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance in this case on behalf of VICTORY AUTO GROUP LLC d/b/a VICTORY MITSUBISHI and SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI, STAVROS ORSARIS, YESSICA VALLEJO, DAVID PEREZ, DIANE ARGYROPOULOS and PHILIP ARGYROPOULOS. I certify that I am admitted to practice in this Court.

August 13, 2024
Date

_/s/ Camille M. Abate_

Camille M. Abate, Esq.

333 Park Avenue South, Suite 3A

New York, New York 10010

(917) 386-2706    (212) 937-2112
Phone No.    Fax. No.

c.abate71@gmail.com
Email Address