UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**FARAH JEAN FRANCOIS,**

                                   **Plaintiff,**

-against-                            NOTICE OF APPEARANCE
                                          CASE NO.: 22-cv-4447 (JSR)

**VICTORY AUTO GROUP LLC d/b/a VICTORY MITSUBISHI,
SPARTAN AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI, STAVROS ORSARIS,
YESSICA VALLEJO,   DAVID PEREZ,
DIANE ARGYROPOULOS, and
PHILIP ARGYROPOULOS,**

                                   **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- X

**PLEASE TAKE NOTICE**, that the undersigned hereby appears as the attorney for the Defendants, **SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI, STAVROS ORSARIS, YESSICA VALLEJO, DAVID PEREZ,** in the above captioned matter.

Dated: Queens, New York
       September17, 2024

                                             Yours, etc.,

                                             *John Russo*

                                             John L. Russo (JR6200)
                                             J.L. Russo P.C.
                                             31-19 Newtown Ave., Suite 500
                                             Astoria, New York 11102
                                             Tel No. (718) 777 – 1277
                                             John@JLRussoPC.com

To:    Clerk of the Court (via ECF)
         United States District Court
         Southern District of New York
         500 Pearl Street
         New York, N.Y.