**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

**FARAH JEAN FRANCOIS,**

**Case No.: 1:22-cv-4447-JSR**

**Plaintiff,**

**-against-**

**SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI, STAVROS ORSARIS, YESSICA VALLEJO, and DAVID PEREZ,**

**Defendants.**

---------------------------------------------------------------------X

**PLAINTIFF'S ORIGINAL RULE 26(a)(3) DISCLOSURES**

Plaintiff serves the above referenced discovery instrument to the above referenced parties by and through said party's counsel as indicated in the certificate of service below.

Respectfully submitted,
/s/
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
Brooklyn, NY 11241
Tel: (718) 522-7900
Fax: (877) 496-7809
Email: ahmad@newyorkconsumerattorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above referenced document to the parties listed below via email:

H. Nicholas Goodman
Patrick Selvey
Camille M. Abate
Nicholas Goodman & Associates, PLLC
*Attorneys for Defendants*
333 Park Avenue South, Suite 3A, New York, N.Y. 10010
**ngoodman@ngoodmanlaw.com**
Pselvey@ngoodmanlaw.com
c.abate71@gmail.com

John L. Russo
31-19 Newtown Avenue, Suite 500
Astoria, New York 11102
johnlawny@msn.com

Date: October 22, 2024
Brooklyn, NY

/s/
Ahmad Keshavarz
*Counsel for Plaintiff*

cc: ***all counsel via ECF***

1. **The name and, if not previously provided, the address and telephone number of each witness.**

   a. **Expected to present**

      i. David Perez
      ii. Yessica Vallejo
      iii. Chris Orsaris
      iv. Stavros Orsaris
      v. Diane Argyropoulos
      vi. Emmanuel Laforest
      vii. Jami Singer
      viii. Hilda Perez.
      ix. Farah Jean Francois
      x. Papito Momplaisir,
      xi. Darline Dumel
      xii. Angel Plonquet.
      xiii. Valadmir Montina.

   b. **Those that may be called if the need arises**

      i. Vena "Bibi" Singh
      ii. Chris Orsaris Jr.
      iii. Capital One Auto Finance Custodian of Business Records
      iv.

2. **The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

   **a.** Emmanuel Laforest[1]

07:11-17

08:05-19:23

20:21-34:18

35:19-59:12

59:17-59:25

62:06-71:21

72:04-73:24

[1] Mr. LaForest is expected to be at trial, but if he does not attend for some reason despite efforts to have him attend, Plaintiff designates the following page and line numbers from his testimony)

74:04-75:18

76:07-76:20

85:08-85:16

86:17-87:20

105:10-15

120:06-13

127:02-136:12

137:03-139:18

141:-02-143:03

149:18-23

**3. An identification of each document or other exhibit, including summaries of other evidence.**

**a. Expected to offer**

See attached.

**b. Those that may be offered if the need arises**

Not applicable

**Plaintiff's Rule 26(a) Disclosures**

| Rule 26 Exh # | Bate Stamp Number | Description |
|---|---|---|
| 1 | DEFENDANTS 1 - 36 | Victory's Deal Jacket/ Deal File |
| 2 | SUBPOENA RESPONSES 515 - 553 (DTI_007 - DTI_045) | Financing Arrangements (Responses to Credit Applications made in name of Francois) |
| 3 | SUBPOENA RESPONSES 569-574 (DTI_061 - DTI_066) | Francois Dealertrack History |
| 4 | SUBPOENA RESPONSES 569-574, 509-513 (DTI_000061-0000066, 000001-000005) | Francois Dealertrack History (DTI 61-66) [with referenced documents, Experian Credit Report, May 30, 2020 (DTI 509-510), TransUnion Report, May 30, 2020 (DTI 003-004), RedFlag Results (DTI 005), OFAC Verification (DTI 006), Bank Approvals and Denials (DTI 007-045)] |
| 5 | SUBPOENA RESPONSES 557 (DTI_049) | Laforest Dealertrack History |
| 6 | SUBPOENA RESPONSES 566 (DTI_058) | Jami SingerDealertrack History |
| 7 | SUBPOENA RESPONSES 509- 603 (DTI 001-095) | Dealertack Response to Document Subpoena (all documents) |
| 8 | DEFENDANTS 93-112 | Credit Bureau Connection Subscriber Agreement, October 24, 2019 |
| 9 | DEFENDANTS 70-72 | Text Messages Between Stavros Orsaris and Emmanuel Laforest, September 25-28, 2020 |
| 10 | FRANCOIS 4-9 | Unsigned Retail Installment Sales Contract |
| 11 | DEFENDANTS 73-82 | Victory Mitsubishi Agreement with Capital One, January 23, 2018 |
| 12 | FRANCOIS 3935 | Chris Orsaris photo from Instagram |
| 13 | FRANCOIS 3934-3950 | Victory's Instagram Posts for Online Sales |
| 14 | SUBPOENA RESPONSES 463-484 | Agreements between Defendant Spartan Auto Group, LLC and Mitsubishi Motors for the ownership of a Mitsubishi franchise, January 30, 2018 |
| 15 | DEFENDANTS 42-48 | Texts between Ms. Francois and Victory, May 30, 2020 - October 28, 2021 |

| | | |
|---|---|---|
| 16 | No bates stamp number | Affidavit of Yosmaily Ventura, former employee of Victory Mitsubishi, January 17, 2023 |
| 17 | Not bate stamped (Exhibit R to Plaintiff's Declaration in Opp to Def MSJ) | New York Department of Motor Vehicles Abstract for the Driver's License of Farah Jean Francois as of March 15, 2023 |
| 18 | DEFENDANTS 73-82 | Agreement between Defendant Spartan Auto Group, LLC and Capital One, N.A., January 23, 2018 |
| 19 | FRANCOIS 3911-3928 | Grand Jury Indictment in *U.S. v. Chris Orsaris,* Case 2:10-CR-0232-LDW (E.D.N.Y.), March 26, 2010 |
| 20 | FRANCOIS 4078-4087 | Criminal Judgment in U.S. v. Chris Orsaris, Case 2:10-CR-0232-LDW (E.D.N.Y.), December 19, 2013 |
| 21 | SUBPOENA RESPONSES 575-603 (DTI_0000067-0000095) | Dealertrack User Guide. |
| 22 | FRANCOIS 3686-3691 | NY Attorney General Order, April 4, 2019 |
| 23 | No Bates Stamp (Exhibit EE to Plaintiff's Declaration in Opp to Def MSJ) | E-zpassny.com list of violation numbers affiliated with the toll violations, March 15, 2023. |
| 24 | FRANCOIS 164-184 | Francois TransUnion Report, September 2, 2021 |
| 25 | FRANCOIS 49-92 | Francois Equifax Credit Report, June 11, 2021. |
| 26 | DEFENDANTS 37-40 | Francois Credit Reports from TransUnion and Experian, May 30, 2020 |
| 27 | DEFENDANTS 49-69 | DealerSocket CRM system work notes |
| 28 | DEFENDANTS 113 | DealerSocket texts, October 21, 2019 |
| 29 | DEFENDANTS 85-92 | Dealership Screen Shots |
| 30 | DEFENDANT 41 | Victory Screen on LaForest Credit Application Information (undated) (Marked as Exhibit 24 in Perez Deposition). |
| 31 | Later labeled as DEFENDANT 41 and mentioned in David Perez Depo as Exh 24 | Victory Screen on LaForest Credit Application Information (undated) (Marked as Exhibit 4 in LaForest Deposition). |
| 32 | SUBPOENA RESPONSE 513 (DTI_005) | Dealertrack RedFlag Results for Francois (for identity verification) |
| 33 | FRANCOIS 3906-3907 | Email-checker.net webpage |
| 34 | No Bates Stamp | Subpoena to testify at Deposition - Laforest |

| | | |
|---|---|---|
| 35 | DEFENDANTS 57-67 (LaForest Depo Exh 2, not bate-stamped) | DealerSocket Emails |
| 36 | DEFENDANTS 42-48 (Not bate-stamped as Exh. 18 in Perez Depo) | DealerSocket Text Printout - Victory and Farah Francois |
| 37 | No Bates stamped (but produced on page 20 of D's Second Supp Production, September 21, 2022) | On-line credit application form (undated) |
| 38 | DEFENDANTS 2 (LaForest Depo Exh 6, not bate-stamped) | Written Credit Application - Emmanuel Laforest & Farah Jean Francois |
| 39 | No Bates stamp (Exhibit 7 to LaForest Depo) | Francois Driver's License |
| 40 | DEFENDANTS 26 (LaForest Depo Exh 8, not bate-stamped) | Victory Mitsubishi Sales Worksheet, May 30, 2020 |
| 41 | DEFENDANTS 3, (LaForest Depo Exh 9, not bate-stamped) | Receipt to Laforest on May 30, 2020 |
| 42 | DEFENDANTS 19-21 (LaForest Depo Exh 10, not bate-stamped) | Dealership Credit Application, June 18, 2020 |
| 43 | DEFENDANTS 16 (LaForest Depo Exh 11, not bate-stamped) | Application - Sales Rep Yessica Vallejo, June 29, 2020 |
| 44 | DEFENDANTS 4-9 (LaForest Depo Exh 12, not bate-stamped) | Retail Installment Contract - Signed, June 29. 2020 (handwritten date says 6/29/20) |
| 45 | DEFENDANTS 33 (LaForest Depo Exh 13, not bate-stamped) | Retail Certificate of Sale Receipt, June 29, 2020 |
| 46 | DEFENDANTS 10 (LaForest Depo Exh 14, not bate-stamped) | DMV Vehicle Registration/Title Application - not dated and missing second page |
| 47 | FRANCOIS 12, 29, 36, 38, 42, 44, 199, 201 (LaForest Depo Exh 15, not bate-stamped) | Pre-Penalty Notice of Unpaid Violation on the following dates: August 20, 2020 (FRANCOIS 12), September 28, 2020 (Francois 38), October 1, 2020 (FRANCOIS 42); Notice of Liability: August 25, 2020 (FRANCOIS 29); Notice of Violation Enforcement Action: September 28, 2020 (FRANCOIS 36), September 28, 2020 (FRANCOIS 199), October 13, 2020 (FRANCOIS 44); Notice of Tolls Due: September 28, 2020 (FRANCOIS 201) |
| 48 | DEFENDANTS 70-72 (LaForest Depo Exh 16/David Perez 25, not bate-stamped) | Texts Messages bewteen Laforest and Stavros Orsaris, September 25-28, 2020 |

| | | |
|---|---|---|
| 49 | Not Bate Stamped (Exhibit 17 to LaForest Deposition) | Laforest Kings County Arrest Record, 2021 |
| 50 | SUBPOENA RESPONSES 366-375 | Fraud Complaint Referral Inquiries - Capital One Auto Finance: July 27, 2020, August 26, 2020, September 24, 2020, October 26, 2020, November 25, 2020, June 29, 2020, May 30, 2020, |
| 51 | SUBPOENA RESPONSES 371 | Fraud Complaint Referral Inquiries - Victory Motors, May 30, 2020 |
| 52 | FRANCOIS 17-24 | Capital One Fraud Claim Submission |
| 53 | FRANCOIS 93-115 | Francois' Experian Report, June 11, 2021 |
| 54 | FRANCOIS 304-342 | TransUnion Personal Report, May 12, 2022 |
| 55 | SUBPOENA RESPONSES 1-16 | TransUnion Report, June 11, 2021 (produced by TU) |
| 56 | SUBPOENA RESPONSES 17-29 | TransUnion Report, September 2, 2021 (produced by TU) |
| 57 | SUBPOENA RESPONSES 30-89 | TransUnion's receipt and scan of Francois Dispute, May 20, 2022 (produced by TU) |
| 58 | SUBPOENA RESPONSES 90-103 | TransUnion Report, May 12, 2022 (produced by TU) |
| 59 | SUBPOENA RESPONSES 104-115 | TransUnion Report, May 26, 2022 (produced by TU) |
| 60 | SUBPOENA RESPONSES 116-119 | TransUnion Response to Identity Dispute and Notice of Identity Theft Block, May 26, 2022 (produced by TU) |
| 61 | SUBPOENA RESPONSES 120-134 | TransUnion Report, September 15, 2022 |
| 62 | SUBPOENA RESPONSES 509-510 (DTI_000001-000002) | Experian Credit Report with credit score pulled by Dealership, May 30, 2020 (produced by DealerTrack) |
| 63 | SUBPOENA RESPONSES 511-512 (DTI_000003-000004) | TransUnion Credit Report with credit score pulled by Dealership, May 30, 2020 (DealerTrack) |
| 64 | SUBPOENA RESPONSES 566-568, 561-565, 554 (DTI_0000058-0000060, DTI_0000053-0000057, DTI_0000046) | Jami Singer Dealertrack History (DTI 58) [with referenced documents, RedFlags (DTI 59-60), Experian Rpt, (DTI 47)/TU Rpts (DTI 53-57), Victory Adverse Action Notices, June 20, 2020 (DTI 46)] |
| 65 | SUBPOENA RESPONSES 557, 567-568, 556, 559-560 (DTI_0000049, DIT_0000059-60, DTI_0000048, DTI_000051-0000052) | Laforest Dealertrack History (DTI 49) [with referenced documents, RedFlags (DTI 59-60), Experian Rpt., May 30, 2020, TU Rpt May 30, 2020 (DTI 48), Victory Adverse Action Notices, May 20, 2020 (DTI 51, 52)] |

| | | |
|---|---|---|
| 66 | FRANCOIS 245-286 | Equifax Credit Report, May 12, 2022 |
| 67 | FRANCOIS 364 | Penfed Credit Union Adverse Action Form, June 29, 2022 |
| 68 | FRANCOIS 362-363 | Mercedes-Benz Financial Services, Advsere Action Notice, June 14, 2022 |
| 69 | Francois Supp Doc Production 1-6 (Exhibit 1 of Papito Momplaisir Deposition) | Photographs of Chris Osaris, Stavros Osaris, and Yessica Vallejo |
| 70 | SUBPOENA RESPONSES 485-489 | Complaints to Capital Auto Finance One re: Victory Mitsubishi |
| 71 | COAF_Francois_018 | Capital One Ltr Account Status Amt Due, September 19, 2020 |
| 72 | COAF_Francois_015 | Capital One Ltr Notice of Default and Right to Cure, October 13, 2020 |
| 73 | FRANCOIS 1 | Buyer Order (Type 1) with Stamp, June 29, 2020 (not signed) |
| 74 | FRANCOIS 2-3 | Buyer Order (Type 2), June 29, 2020 (not signed) |
| 75 | FRANCOIS 10-11 | Title for Car, August 4, 2020 |
| 76 | FRANCOIS 12-13 | NYC Pre-Penalty Notice, August 20, 2020 |
| 77 | FRANCOIS 14 | Capital One Experian Credit Pull Cell Phone Screenshot (August 31, 2020) |
| 78 | FRANCOIS 12, 13, 15, 16 | Notice of unpaid Violation, August 20, 2020 (Violation # 8809586670) |
| 79 | FRANCOIS 29-30 | Notice of Liability, September 24, 2020 |
| 80 | FRANCOIS 25 | Cap One Aff. Of Fictious Account Blank Page |
| 81 | FRANCOIS 26-30 | Dealership Text Messages, September 19, 20, 24, 2020 |
| 82 | FRANCOIS 36-37 | Notice of Violation Enforcement Action, September 28, 2020 |
| 83 | FRANCOIS 34-35 | Notice of Tolls Due, September 28, 2020 |
| 84 | FRANCOIS 31 | Police Information Slip, September 25, 2020 |
| 85 | FRANCOIS 38-41 | Penalty Violation September 28, 2020, (Violation 8835141692) |
| 86 | FRANCOIS 42-43 | Pre-Penalty Notice, October 1, 2020 (Violation # 8848260020) |
| 87 | FRANCOIS 44-45 | Notice of Violation Enforcement Action October 13, 2020 |

| | | |
|---|---|---|
| 88 | FRANCOIS 46 | Credit Collection Services Letter (for $3,908), December 6, 2020 |
| 89 | FRANCOIS 47 | Credit Collection Services Letter, March 30, 2021 |
| 90 | FRANCOIS 48 | Registration Sticker, May 20, 2021 |
| 91 | FRANCOIS 116-127 | TransUnion Report, June 11, 2021 |
| 92 | FRANCOIS 128 | Francois Letter to Confirm Nothing Owed, to Dealership and Capital One, June 29, 2021 |
| 93 | FRANCOIS 129 | Capital One Letter - Fraud Resolved, July 26, 2021 |
| 94 | FRANCOIS 130-163 | Francois Experian Report, September 2, 2021 |
| 95 | FRANCOIS 185-195 | Francois Demand Letter to Debt Collector and Progressive, September 8, 2021 (with attachments) |
| 96 | FRANCOIS 219-241 | Francois Fraud Letter to DMV Field Investigation, February 25, 2021 (with exhibits) |
| 97 | FRANCOIS 197-218 | Francois ID Letter to MTA and TransWorld, November 22, 2021 (with attachements) |
| 98 | FRANCOIS 196 | Police Stolen Vehicle Report, September 21, 2021 |
| 99 | FRANCOIS 242-300 | Experian Dispute Letter and Attachments, May 12, 2022 |
| 100 | FRANCOIS 301-356 | TransUnion Dispute Letter and Attachements, May 12, 2022 |
| 101 | FRANCOIS 357-358 | Confirmation of delivery dispute |
| 102 | FRANCOIS 365-423 | Francois Equifax Dispute Letter (with attachments), July 11, 2022 |
| 103 | FRANCOIS 364 | PenFed Adverse Action Notice, June 29, 2022 |
| 104 | FRANCOIS 362-363 | Mercedes Adverse Action Notice, June 14, 2022 |
| 105 | FRANCOIS 360-361 | Equifax Dispute Tracking Number, May 31, 2022 |
| 106 | FRANCOIS 359 | Registration Sticker, May 29, 2022 |
| 107 | FRANCOIS 424-479 | Francois TransUnion Dispute Letter (with attachements), July 11, 2022 |
| 108 | FRANCOIS 480-488 | Our CarFax Report, August 25, 2022 |
| 109 | FRANCOIS 849 | Laforest Kings Criminal Court Wesbite Rpt, August 2, 2022 |
| 110 | FRANCOIS 847-848 | Laforest Queens Criminal Wesbite Rpt, June 11, 2021 |
| 111 | FRANCOIS 868 | DMV Return of Stolen Plates, January 11, 2022 |
| 112 | FRANCOIS 3795, 3796 | CMRR Slip and Recipt, May 18, 2022 |
| 113 | FRANCOIS 3797 | Receipt 2 - Certified Mail Receipt - May 25, 2022 |
| 114 | FRANCOIS 3798 | USPS Receipt May 31, 2022 Mailing |
| 115 | FRANCOIS 3703-3712 | 2016 Planet Mitsubishi Model Franchise Agreement |
| 116 | FRANCOIS 3799-3802 | Spartan Auto Group PPP Payroll Disbursement, July 25, 2022 |
| 117 | SUBPOENA RESPONSES 001-134 | TransUnion Response to Subpoena of Documents (all documents) |

| | | |
|---|---|---|
| 118 | SUBPOENA RESPONSES 135-329, 464-489 | Capital One Response to Subpoena (all documents) |
| 119 | SUBPOENA RESPONSES 330-462 | Experian Response to Subpoena (all documents) |
| 120 | No Bates Stamp | Dealertrack business records affidavit, December 8, 2022 |
| 121 | No Bates Stamp | Equifax Business Records Affidavit, October 25, 2022 |
| 122 | No Bates Stamp | Capital One Business Records Affidavit, July 30, 2024 |
| 123 | FRANCOIS 3953-4071 | Cars.com Complaints |
| 124 | FRANCOIS 3531-3538 | Schedule K-1 forms for Victory Mitsubishi filled out by their accountant |
| 125 | FRANCOIS 551-646 | DealerTrak Dealer Compliance Guide 2018 |
| 126 | FRANCOIS 647-846 | DealerTrak Dealer Compliance Guide 2022 |