**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

               **Plaintiff,**

      -against-

**VICTORY AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI and**
**SPARTAN AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI, STAVROS ORSARIS,**
**YESSICA VALLEJO, DAVID PEREZ,**
**DIANE ARGYROPOULOS, and**
**PHILIP ARGYROPOULOS,**

               **Defendants.**
------------------------------------------------------------------------X

**Case No.: 1:22-cv-4447-JSR**

**DEFENDANTS' RULE 26(a)(3)**
<u>**DISCLOSURES**</u>

      **PLEASE TAKE NOTICE** that Defendants SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI ("Spartan Auto"), STAVROS ORSARIS, ("Orsaris"), YESSICA VALLEJO ("Vallejo"), and DAVID PEREZ ("Perez") (sometimes collectively "Defendants"), by their attorneys, Nicholas Goodman & Associates, PLLC, and J. L. Russo, P.S., provide the following disclosures pursuant to Fed. R. Civ. P. ("FRCP") Rule 26(a)(3):

1. **The name and, if not previously provided, the address and telephone number of each witness:**

    a. **Defendants Expect to Present:**
        i. Farah Jean Francois
        ii. Yessica Vallejo
        iii. Stavros Orsaris
        iv. Emmanuel Laforest

    b. **Defendants May Present if Needed:**
        i. David Perez
        ii. Papito Momplaisir

2. **The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographical, a transcript of the pertinent partes of the**

1

   **deposition:**

   a. Emmanuel Laforest. To the extent that Mr. LaForest does not appear to testify at trial in person despite reasonable efforts to compel his appearance, Defendants reserve the right to read the entirety of his deposition transcript into the record if necessary.

3. **An identification of each document or other exhibit, including summaries or other evidence:**

   a. **Defendants Expect to Offer:**
      i. Defendants reserve the right to introduce any and all documents identified in Plaintiff's Rule 26(a)(3) Disclosures (see ECF Document No. 70).

   b. **Defendants May Offer if Needed:**
      i. Defendants reserve the right to introduce any and all documents identified in Plaintiff's Rule 26(a)(3) Disclosures (see ECF Document No. 70).

Dated: New York, New York
       October 25, 2024

                                        Yours, etc.
                                        NICHOLAS GOODMAN & ASSOCIATES, PLLC

                                    BY: _____
                                        H. Nicholas Goodman
                                        *Attorney for Defendants*
                                        **SPARTAN AUTO GROUP LLC d/b/a**
                                        **VICTORY MITSUBISHI, STAVROS ORSARIS,**
                                        **YESSICA VALLEJO, and DAVID PEREZ**
                                        333 Park Ave. South, Suite 3A
                                        New York, New York 10010
                                        (212) 227-9003
                                        ngoodman@ngoodmanlaw.com

*Via Electronic Mail & ECF*
To: The Law Office of Ahmad Keshavarz
    *Attorneys for Plaintiff*
    **FARAH JEAN FRANCOIS**
    16 Court Street, #2600
    Brooklyn, New York 11241
    (917) 945-9848
    ahmad@newyorkconsumerattorney.com

2