UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                              Case No.: 1:22-cv-4447-JSR

             **Plaintiff,**

    -against-

**SPARTAN AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI,**
**STAVROS ORSARIS,**
**YESSICA VALLEJO, and**
**DAVID PEREZ,**

             **Defendants.**
-------------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF MOTION IN LIMINE

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and upon all of the proceedings heretofore had herein, Plaintiff Farah Jean Francois will move this Court before United States District Judge Jed S. Rakoff, located at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, at a time to be determined by the Court, for an Order granting Plaintiff's aforesaid motion.

                                      Respectfully submitted,

                                      */s/*
                                      Ahmad Keshavarz
                                      ATTORNEY FOR PLAINTIFF
                                      The Law Office of Ahmad Keshavarz
                                      16 Court St., 26th Floor
                                      Brooklyn, NY 11241-1026
                                      Phone: (718) 522-7900
                                      Fax:   (877) 496-7809
                                      Email: ahmad@NewYorkConsumerAttorney.com

cc: all counsel of record via ECF