AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Farah Jean Francois | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-4447-JSF |
| Spartan Auto Group LLC d/b/a Victory Mitsubishi | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Farah Jean Francois.

Date: October 31, 2024

/s/ Judith Brigid Miller
*Attorney's signature*

Judith Brigid Miller
*Printed name and bar number*
Law Office of Ahmad Keshavarz
16 Court Street
26th Floor
Brooklyn, NY 11241
*Address*

judy@newyorkconsumerattorney.com
*E-mail address*

(718) 522-7900
*Telephone number*

(877) 496-7809
*FAX number*