IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARAH JEAN FRANCOIS,<br><br>      Plaintiff,<br> v.<br><br>VICTORY AUTO GROUP, LLC d/b/a<br>VICTORY MITSUBISHI,<br>SPARTAN AUTO GROUP, LLC d/b/a<br>VICTORY MITSUBISHI,<br>STAVROS ORSARIS,<br>YESSICA VALLEJO,<br>DAVID PEREZ,<br>DIANE ARGYROPOULOS, and<br>PHILLIP ARGYROPOULOS,<br><br>      Defendants. | NO. 1:22- CV 4447-JSR |

### Notice of Motion for Admission *Pro Hac Vice*

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Ahmad Keshavarz hereby moves this Court for an Order for admission for Anrew M. Milz to practice Pro Hac Vice to appear as counsel for Plaintiff Farah Jean Francois in the above-captioned action.

1. Applicant's residential address:

Andrew M. Milz
7 Old Trail Road
Tunkhannock, PA 18657

2. Applicant's office address, telephone number, facsimile number and email address is:

Andrew M. Milz
Flitter Milz, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072

1

Tel: (610) 822-0782
Fax: (610) 667-0552
Email: amilz@consumerslaw.com

3. Mr. Milz is in good standing and eligible to practice in the following states and there are no pending disciplinary proceedings against him in any state or federal court:

- State of New Jersey (2008)

- Commonwealth of Pennsylvania (2008)

4. Mr. Milz has never been convicted of a felony. He has never been suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against Mr. Milz in any state or federal court.

5. Local counsel's address, telephone number, facsimile number and email address is:

Ahmad Keshavarz
*Attorney for Plaintiff*
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Tel: (718) 522-7900
Fax: (877) 496-7809
Email:ahmad@NewYorkConsumerAttorney.com

6. The required fee of $200 is being submitted together with this motion

Dated:      Brooklyn, NY
            October 31, 2024

                              Respectfully submitted.

                              */s/Ahmad Keshavarz*
                              Ahmad Keshavarz
                              *Attorney for Plaintiff*
                              The Law Office of Ahmad Keshavarz

2

16 Court St., 26th Floor
Brooklyn, NY 11241-1026
(718) 522-7900
Fax: (877) 496-7809
Email:ahmad@NewYorkConsumerAttorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Henry Nicholas Goodman Esq.
>ngoodman@ngoodmanlaw.com
>Nicholas Goodman & Assoc, PLLC
>Attorney for Defendants
>333 Park Avenue South Ste. 3A
>New York, NY 10010
>(212) 227-9003
>
>Patrick Lyndon Selvey, Jr. Esq.
>pselvey@ngoodmanlaw.com
>Nicholas Goodman & Assoc, PLLC
>Attorney for Defendants
>333 Park Avenue South Ste. 3A
>New York, NY 10010
>(917 386-2705
>
>John Leo Russo, Esq.
>johnlawny@msn.com
>J.L. Russo, P.C.
>Attorney for Defendants
>3119 Newtown Avenue, Suite 500
>Astoria, NY 11102
>(718) 777-1277
>
>Camille Marie Abate, Esq.
>c.abate71@gmail.com
>Nicholas Goodman & Assoc, PLLC
>Attorney for Defendants
>333 Park Avenue South Ste. 3A
>New York, NY 10010
>(917) 386-2706
>
>Judith Brigid Miller
>judy@newyorkconsumerattorney.com
>The Law Office of Ahmad Keshavarz
>Attorney for Plaintiff

      16 Court St., Suite 2600
      Brooklyn, NY 11241-1026
      (718) 522-900   Fax: (877) 496-7809

Dated:  Brooklyn, NY
     October 31, 2024


   */s/Ahmad Keshavarz*
   Ahmad Keshavarz