IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARAH JEAN FRANCOIS,<br><br>      Plaintiff,<br>v.<br><br>VICTORY AUTO GROUP, LLC d/b/a<br>VICTORY MITSUBISHI,<br>SPARTAN AUTO GROUP, LLC d/b/a<br>VICTORY MITSUBISHI,<br>STAVROS ORSARIS,<br>YESSICA VALLEJO,<br>DAVID PEREZ,<br>DIANE ARGYROPOULOS, and<br>PHILLIP ARGYROPOULOS,<br><br>      Defendants. | NO. 1:22- CV 4447-JSR<br><br><br>**AFFIDAVIT IN SUPPORT OF MOTION<br>TO ADMIT *PRO HAC VICE*** |

I, Andrew M. Milz, being duly sworn, herby depose and say, as follows:

1. I am an attorney with the law firm of Flitter Milz, P.C.

2. I submit this affidavit in support of my Motion for Admission to Practice *Pro Hac Vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing dated Oct. 29, 2024 annexed hereto, I am a member in good standing of the bar of the Commonwealth of Pennsylvania. Exhibit A.

4. I am also a member in good standing of the bar of the State of New Jersey, as shown in the Certificate of Good Standing dated Oct. 30, 2024. Exhibit B.

5. My attorney registration numbers are PA: 207715; NJ: 000932008.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no pending disciplinary proceedings against me in any state or federal court.

8. I have not been convicted of a felony.

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* for plaintiff.

Date: 10/31/24

Andrew M. Milz
FLITTER MILZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
amilz@consumerslaw.com
610.822.0782

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY; to wit:

Subscribed and sworn to before me in my aforesaid jurisdiction by Andrew M. Milz on this 31st day of October 2024.

Valerie Clark Bolton
Notary Public

My Commission Expires: June 23, 2028

Commonwealth Of Pennsylvania - Notary Seal
Valerie Clark Bolton, Notary Public
Montgomery County
My Commission Expires June 23, 2028
Commission Number 1297876

# EXHIBIT A



Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Andrew Michael Milz, Esq.*

DATE OF ADMISSION

*April 21, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 29, 2024

Darian Holland
Chief Clerk

# EXHIBIT B

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Andrew Michael Milz** (No. **000932008**) was constituted and appointed an Attorney at Law of New Jersey on **June 10, 2008** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 30th day of October, 2024.

*Heather J. Baker*
Clerk of the Supreme Court