**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                                                        **Case No.: 1:22-cv-4447-JSR**

                                **Plaintiff,**
            **-against-**

**VICTORY AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI,**
**SPARTAN AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI,**
**STAVROS ORSARIS,**
**YESSICA VALLEJO,**
**DAVID PEREZ,**
**DIANE ARGYROPOULOS, and**
**PHILIP ARGYROPOULOS,**

                                **Defendants.**
-----------------------------------------------------------------------X

<u>**ORDER FOR ADMISSION *PRO HAC VICE***</u>

The motion for admission of Andrew M. Milz, to practice *pro hac vice* in the

above-captioned action is granted.

Applicant has declared he is a member in good standing of The Pennsylvania

Bar and The New Jersey Bar; and his contact information is:

> Andrew M. Milz
> Flitter Milz, P.C.
> 450 N. Narberth Avenue, Suite 101
> Narberth, PA 19072
> Tel: (610) 822-0782
> Fax: (610) 667-0552
> Email: amilz@consumerslaw.com

Applicant having requested admission *pro hac vice* for all purposes as counsel

for Plaintiff Farah J. Francois, in the above-entitled action;

**IT IS HEREBY ORDERED** that Andrew M. Milz is admitted *pro hac vice* in the

1

above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


New York, N.Y.

Dated:_____          _____
                                                      Jed S. Rakoff, U.S.D.J.