# AHMAD KESHAVARZ
*Attorney at Law*

---

| 16 COURT ST., 26TH FLOOR | WWW.NEWYORKCONSUMERATTORNEY.COM | Telephone: (718) 522-7900 |
| BROOKLYN, NY 11241-1026 | E-mail: ahmad@NewYorkConsumerAttorney.com | Fax: (877) 496-7809 |

July 26, 2024

**VIA ECF**
Hon. Jed S. Rakoff
United States Courthouse
Room 1340
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: **Letter Request for Withdrawal of Appearance of Emma Caterine.**
     *Francois v. Victory Auto Group LLC, et al.,* **1:22-cv-04447-JSR**

Dear Judge Rakoff:

  The undersigned represents Plaintiff in the above-entitled action for violations of the FCRA and related state law.

  Plaintiff moves this Court for an Order allowing Emma Caterine to withdraw as counsel for Plaintiff in the above-referenced action. Emma Caterine will no longer be associated with the law The Law Office of Ahmad Keshavarz as of July 27, 2024. The Law Office of Ahmad Keshavarz will continue to serve as counsel for the Plaintiff in this matter. Ahmad Keshavarz, and subsequent attorneys at The Law Office of Ahmad Keshavarz who may notice appearances, will continue to represent Plaintiff, and accordingly there will be no prejudice to Plaintiff by this withdrawal.

Sincerely,

  /s/

Emma Caterine

SO ORDERED

*/s/ Jed S. Rakoff*
USDJ
10-31-24

1