AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| FARAH JEAN FRANCOIS ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:22-CV-4447-JSR |
| VISTORY AUTO GROUP et als ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Farah Jean Francois

Date:   11/06/2024

*Attorney's signature*

Andrew M. Milz ( PA - 207715)
*Printed name and bar number*

Flitter Milz, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072

*Address*

amilz@consumerslaw.com
*E-mail address*

(610) 822-0782
*Telephone number*

(610) 667-0552
*FAX number*