UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FARAH JEAN FRANCOIS,

                                                Case No. 1:22-cv-4447

                       Plaintiff,

  - against -

SPARTAN AUTO GROUP LLC d/b/a VICTORY
MITSUBISHI, STAVROS ORSARIS,
YESSICA VALLEJO and DAVID PEREZ,

                     Defendants.
------------------------------------------------------------X

## CONSENT JUDGMENT

     Plaintiff FARAH JEAN FRANCOIS hereby takes Judgment against SPARTAN AUTO GROUP LLC in this action for the total sum of One Hundred and Twenty Thousand Dollars ($120,000.00).

     This Judgment releases and discharges each and every named Defendant in this action, their successors or assigns and all of their past and present officers, employees and agents from any and all claims that were or could have been alleged by Plaintiff against them.

     For purposes of preserving Plaintiff's entitlement to seek recovery of reasonable costs and attorney fees incurred in this action, Plaintiff litigated a successful action. Within 30 days hereof, Plaintiff may file a petition for an award of her reasonable costs and attorney fees against SPARTAN AUTO GROUP LLC. SPARTAN AUTO GROUP LLC reserves its right to contest the reasonableness of any and all costs and attorney fees claimed by Plaintiff therein.

**SO ORDERED**

New York, N.Y.
November 7, 2024

                                                                      _____
                                                                      JED S. RAKOFF, USDJ

[SIGNATURE PAGE FOLLOWS]

**AGREED BY:**

Dated: November 6, 2024
New York, New York

BY: _____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
*Attorneys for Plaintiff*
**FARAH JEAN FRANCOIS**
16 Court Street, #2600
Brooklyn, New York 11241
(917) 945-9848
ahmad@newyorkconsumerattorney.com

BY: _____
H. Nicholas Goodman
NICHOLAS GOODMAN
 & ASSOCIATES, PLLC
*Attorney for Defendants*
**SPARTAN AUTO GROUP LLC, STAVROS ORSARIS, YESSICA VALLEJO, and DAVID PEREZ**
333 Park Ave. South, Suite 3A
New York, New York 10010
(212) 227-9003
ngoodman@ngoodmanlaw.com