AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Farah Jean Francois ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-4447-JSR |
| Spartan Auto Group, LLC d/b/a Victory Mitsubishi et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Farah Jean Francois                                                                                                .

Date:     11/13/2024                                              /s/ Judith Brigid Miller
                                                                                *Attorney's signature*

                                                                         Judith Brigid Miller
                                                                       *Printed name and bar number*

                                                                Law Office of Ahmad Keshavarz
                                                                          16 Court Street
                                                                           26th Floor
                                                                       Brooklyn, NY 11241
                                                                              *Address*

                                                                judy@newyorkconsumerattorney.com
                                                                          *E-mail address*

                                                                         (718) 522-7900
                                                                       *Telephone number*

                                                                         (877) 496-7809
                                                                          *FAX number*