UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                 **Case No.: 1:22-cv-4447-JSR**

       **Plaintiff,**

  -against-

**SPARTAN AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI,**
**STAVROS ORSARIS,**
**YESSICA VALLEJO, and**
**DAVID PEREZ**

       **Defendants.**
-----------------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEYS FEES AND COSTS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declarations of Ahmad Keshavarz, Andrew M. Mills, Jody Lopez-Jacobs, and Judith B. Miller, with annexed exhibits, Plaintiff Farah Jean Francois will move this Court before United States District Judge Jed S. Rakoff, located at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, at a time to be determined by the Court, for an Order granting Plaintiff's aforesaid motion.

Dated:  Brooklyn, NY
    <u>December 23, 2024</u>

            Respectfully submitted,

            */s/*
            Ahmad Keshavarz
            ATTORNEY FOR PLAINTIFF
            The Law Office of Ahmad Keshavarz
            16 Court St., 26th Floor
            Brooklyn, NY 11241-1026
            Phone: (718) 522-7900

2

Fax: (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Southern District of New York and served on all parties and counsel of record via CM/ECF.

*/s/ Ahmad Keshavarz*
Ahmad Keshavarz