# The Law Office of Ahmad Keshavarz
## Transaction Detail By Account
### All Transactions

| Date | TOPIC | Vendor | Notes | Amount |
|------|-------|--------|-------|--------|
| 09/20/2022 | Service of Subpoena or Suit | Emmanuel LaForrest | | 40.00 |
| 02/03/2023 | Service of Subpoena or Suit | ABC Legal | Inv. # REF-10810079 Subpoena on Transunion | 85.00 |
| 10/16/2024 | Service of Subpoena or Suit | Jami Singer | Trial subpoena fee | 75.00 |
| 10/16/2024 | Service of Subpoena or Suit | Emmanuel LaForrest | | 70.00 |
| 12/17/2024 | Service of Subpoena or Suit | DLS, Inc. | Fee for skip trace on witness Jami Singer on 11/6 because of inability to serve at address we had for her and where she resided when she was deposed.  Invoice # 429482. Payment confirmation # 852539052505 | 150.00 |
| 08/29/2022 | Service of Subpoena or Suit | Process Servers of the Caroli | Service for subpoena on Truist Financial. Invoive # 7560765 | 75.00 |
| 09/12/2022 | Service of Subpoena or Suit | Alexander Poole & Co., Inc. | Service of subpoena on Mitsubishi Motors. | 64.20 |
| 09/16/2022 | Service of Subpoena or Suit | Legal Process of Tennessee, | Service of second subpoena on Mitsubishi Motors North America, Inc given their technical objection as to place of compliance. | 95.00 |
| 10/03/2022 | Service of Subpoena or Suit | Alexander Poole & Co., Inc. | Service of subpoena on Mercedes Benz. Transaction ID MQ0124202917 | 40.00 |
| 10/31/2022 | Service of Subpoena or Suit | Alexander Poole & Co., Inc. | Service of subpoena on Dealertrack | 40.00 |
| 11/03/2022 | Service of Subpoena or Suit | Process Servers of the Caroli | Service of subpoena on Truist | 75.00 |
| 11/04/2022 | Service of Subpoena or Suit | Atlanta Process Servers | Service of subpoena on Dealertrack (two attempts) | 165.00 |
| 11/15/2022 | Service of Subpoena or Suit | Alexander Poole & Co., Inc. | Service of subpoena on NY DMV. | 40.00 |

4:35 PM
12/20/24
Cash Basis

Case 1:22-cv-04447-JSR   Document 83-3   Filed 12/23/24   Page 2 of 48

The Law Office of Ahmad Keshavarz
Transaction Detail By Account
All Transactions

| Date | Account | Payee | Memo | Amount |
|---|---|---|---|---|
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Service of subpoena on BROOKLYN DI STRICT ATTORNEY office. Invoice 409873. | 157.50 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Service attempt on EMANNUEL LAFOREST for deposition subpoena. Invoice 410739 | 157.50 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Skip trace for David Perez. Invoice 410740 | 129.00 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Attempted subpoena service on Emmanual La Forrest at 2914 FARRAGUT Rd., Brooklyn. Invoice. 411530 | 212.50 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Rush service on Jami Singer with witness fee. 2 Ford St., Invoice 412269 | 313.07 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Attempted service on YOSMAILY VENTURA at 903 148TH STREET, WHITESTONE, NY address. Invoice 412630 | 272.50 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | In order to get current location information on YOSMAILY VENTURA , subpoened EMPIRE HYUNDAI at 1... | 383.50 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Empire Hyandai refused to take service at its dealership, contending an affiliated business must... | 257.50 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Given new address information, issued deposition subpoena for YOSMAILY VENTURA at 125 E MAIN STR... | 465.50 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Given new address information, issued deposition subpoena for YOSMAILY VENTURA at  E . 236TH... | 258.50 |

4:35 PM
12/20/24
Cash Basis

Case 1:22-cv-04447-JSR   Document 83-3   Filed 12/23/24   Page 3 of 48

The Law Office of Ahmad Keshavarz
Transaction Detail By Account
All Transactions

| Date | Account | Name | Memo | Amount |
|---|---|---|---|---|
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Service of subpoena on CAPITAL ONE., NA. Invoice 412635 | 394.00 |
| 02/02/2023 | Service of Subpoena or Suit | DLS, Inc. | Charge for skip trace on YOSMALLY VENTURA by process serving company. Invoice 412636 | 129.00 |
| | Service of Subpoena or Suit | | | |
| | Service of Subpoena or Suit | | | |
| 08/01/2022 | Service of Subpoena or Suit | DLS, Inc. | Invoice: 408 Service on PHILIP. Transaction ID#: 213266966091 | 166.75 |
| 12/01/2022 | Service of Subpoena or Suit | J & K Investigations | Service of subpoena on Verizon | 70.00 |
| | **Service of Subpoena or Suit Total** | | | **4,381.02** |
| 07/28/2023 | Deposition & Transcript Fees | Southern District Court Repo | Transcript of hearing | 85.44 |
| | Deposition & Transcript Fees | | | |
| 10/20/2022 | Deposition & Transcript Fees | Esquire Deposition Services, | Court reporter charge for no show of Emmanuel Laforest for his deposition. Invoice # INV2317183 | 414.00 |
| 02/17/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Yosmaily Ventura. Witness no show.   Invoice 2387240. confirmation code is 55309913 | 365.00 |
| 02/17/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Stavros Orsaris / Spartan Auto Group, LLC corporate representative   Invoice 2358180... | 1,816.60 |
| 02/17/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Philip Argyropoulos / Victory Auto Group, LLC corporate representative   Invoice 235... | 754.90 |
| 02/17/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Diane Argyropoulos. Invoice 235570 confirmation code is 55309914 | 215.00 |
| 02/17/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Jami Singer, non-party witness.   Invoice 23718 confirmation code is 55309915 | 489.70 |

4:35 PM
12/20/24
Cash Basis

Case 1:22-cv-04447-JSR   Document 83-3   Filed 12/23/24   Page 4 of 48

The Law Office of Ahmad Keshavarz
Transaction Detail By Account
All Transactions

| Date | Account | Name | Memo | Amount |
|---|---|---|---|---|
| 02/17/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Diane Argyropoulos (main part of deposition on Dec 2, 2022.  Invoice 2372375. con... | 1,328.00 |
| 02/17/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Yessica Vallejo . Invoice 23 confirmation code is 55309916 | 2,020.40 |
| 02/20/2023 | Deposition & Transcript Fees | Veritext | Cost of purchase of deposition transcript of client. Order Id: 6289316. Ref Num: 24D9636B7E2F64D4CEFB7FFB0B 97323D854210A0 | 1,384.70 |
| 03/07/2023 | Deposition & Transcript Fees | Lexitas Court Reporting | Transcript for deposition of witness Papito Momplaisir. INVOICE NO. : 889326. Transaction ID: 43984632755 | 415.95 |
| 03/13/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Fee for cancellation of Captial One deposition given they indicated at the very last moment that they would not attend.  Job ID #: J8892979. Invoice #: INV2371951 | 185.00 |
| 03/13/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Jose Perez. Invoice # INV2357057. Reference #: 325759 | 2,191.40 |
| 04/04/2023 | Deposition & Transcript Fees | Esquire Deposition Services, | Deposition of Gary Thigpen. Invoice # INV2445114. Job ID: J94 Depo on 3/22/2023 | 1,333.20 |
| 03/16/2023 | Deposition & Transcript Fees | Rich Moffett Court Reporting, | Fee for court reporter to go to hospital for client to execute affidavit in support of summary judgment. | 300.00 |
| | **Deposition & Transcript Fees Total** | | | **13,299.29** |
| 08/25/2022 | Car history search | Carfax.com | Cost of pulling Carfax report. | 39.99 |
| 03/16/2023 | Car history search | Carfax.com | Cost of pulling Carfax report. | 48.98 |
| 02/22/2023 | Car history search | Commisioner of Motor Vehicl | Certified title history records | 50.00 |
| 03/20/2023 | Car history search | NYS DMV | Certified title history request. | 50.00 |

**4:35 PM**
**12/20/24**
**Cash Basis**

Case 1:22-cv-04447-JSR   Document 83-3   Filed 12/23/24   Page 5 of 48

The Law Office of Ahmad Keshavarz
**Transaction Detail By Account**
**All Transactions**

| Date | Account | Name | Memo | Amount |
|---|---|---|---|---|
| 03/20/2023 | Car history search | IL Secretary of State | IL DMV title request | 15.00 |
| 05/08/2023 | Car history search | Auto Check | | 27.21 |
| | **Car history search Total** | | | **231.18** |
| 10/18/2022 | Copies & Binding Outsourced | Acro Photo Print., Inc. | Invoice: 183339. Cost for printing and binding motion to dismiss opposition, and exhibits to dec... | 169.67 |
| 03/20/2023 | Copies & Binding Outsourced | Acro Photo Print., Inc. | Print MSJ documents | 327.79 |
| 04/04/2023 | Copies & Binding Outsourced | Acro Photo Print., Inc. | Invoice 184241. Charge by vendor for printing out 2 copies of out amended MOL in Opposition to M... | 313.84 |
| 04/04/2023 | Copies & Binding Outsourced | Acro Photo Print., Inc. | Invoice 184241. Charge by vendor for printing out 2 copies of out amended MOL in Opposition to MSJ, and our Declaration and supporting re-filed exhibits with additional with redactions. Includes charge for messanger delivery to Court. | 408.15 |
| 04/06/2023 | Copies & Binding Outsourced | Acro Photo Print., Inc. | Invoice 184256 | 73.32 |
| | **Copies & Binding Outsourced Total** | | | **1,292.77** |
| 10/31/2024 | Court Filing fee | U S District Clerk | Pro Hac Vice application fee. | 200.00 |
| 12/13/2024 | Court Filing fee | U S District Clerk | Fee for filing abstract of judgment | 12.00 |
| | **Court Filing fee Total** | | | **212.00** |
| 12/04/2024 | Mediator Fee | Paul Radvany | Invoice for mediation. | 2,155.00 |
| | **Mediator Fee Total** | | | **2,155.00** |

# Grand Total                                   21,571.26

PAUL B. RADVANY
425 Riverside Drive, Apt. 12K
New York, NY 10025

December 4, 2024

Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, N.Y. 10010
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026

**Invoice for Mediation: Francois v. Victory Mitsubishi 1:22 cv 4447 (JSR)**

| Date | Activity | Hours |
|------|----------|-------|
| June 5, 2024 | Reviewing all materials in preparation for mediation | .8 |
| June 7, 2024 | Call with Nicholas Goodman | .5 |
| June 10, 2024 | Call with Ahmad Keshavarz | 1 |
| June 13, 2024 | Mediation | 7 |
| July 17, 2024 | Call with Ahmad Keshavarz | .2 |
| July 18, 2024 | Call with Ahmad Keshavarz | .66 |
| July 19, 2024 | Call with Nicholas Goodman | .25 |
| July 23, 2024 | Call with Nicholas Goodman | .1 |
| July 24, 2024 | Call with Ahmad Keshavarz | .25 |
| July 24, 2024 | Call with Nicholas Goodman | .2 |
| July 30, 2024 | Call with Nicholas Goodman | .5 |
| July 31, 2024 | Call with Nicholas Goodman | .1 |
| July 31, 2024 | Call with Ahmad Keshavarz | .25 |
| August 2, 2024 | Call with Nicholas Goodman | .1 |
| September 11, 2024 | Call with Ahmad Keshavarz | .66 |
| September 12, 2024 | Call with Nicholas Goodman | .2 |
| September 26, 2024 | Call with Ahmad Keshavarz | .33 |
| October 7, 2024 | Call with Ahmad Keshavarz | .33 |
| October 12, 2024 | Call with Ahmad Keshavarz | .33 |
| October 16, 2024 | Call with John Law | .5 |
| October 23, 2024 | Call with Ahmad Keshavarz | .66 |
| October 25, 2024 | Call with Ahmad Keshavarz | .5 |

**Mediation based on 15.5 hours @ $350 per hour.     Total Amount Due:     $5,390**
**Amount Due from Each Party:   $2,695**

2

Payment details



PR

# Paul Radvany

"Francois mediation"

## - $2,135

Social activity

♡ 0    💬 0

Status

Complete

Payment method

 CITIBANK NA Personal Checking
Bank •• 7097

Transaction details

December 04, 2024, 7:09 PM · 🔒 Private

Paid to

@Paul-Radvany

Type of transaction

Payments between friends



Transaction ID

4216025230777497541

**Need help?**

## Emma Caterine

**From:**          Intuit <do_not_reply@intuit.com>
**Sent:**          Thursday, June 23, 2022 12:33 PM
**To:**            Emma Caterine
**Subject:**       Copy of payment receipt from ALEXANDER POOLE & CO., INC.

**Dear Ahmad Keshavarz**

Below is the sales receipt provided to you by ALEXANDER POOLE & CO., INC.

| ALEXANDER POOLE & CO., INC. | | Receipt |
|---|---|---|
| 41 STATE STREET SUITE 406 ALBANY NY 122010069 | | |
| **Transaction Type** | Sale | **Amount** $120.00 |
| **Cardholder Name** | Ahmad Keshavarz | **Credit Card Number** ......1626 |
| **Card Type** | Visa | |
| **Date & Time** | 06/23/2022 - 09:22 PDT | **Authorization Code** 03164G |
| **Transaction ID** | MS0099786021 | |

**Thank you for your order,**
ALEXANDER POOLE & CO., INC.

CW@ALEXANDERPOOLE.COM

No additional transfer fees or taxes apply.

Payment services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit
https://www.intuit.com/legal/licenses/payment-licenses/

Please do not reply to this message as we are unable to respond to questions at this e-mail address.



*Invoice*  **INV2357057**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 12/6/2022 |
| **Terms** | Net 30 |
| **Due Date** | 1/5/2023 |

| | |
|---|---|
| **Client Number** | C234694 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Keshavarz, Ahmad
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/21/2022 | J8893714 | Bronx, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FULL DAY | David Perez | 1 | 150.00 | $150.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | David Perez | 1.5 | 140.00 | $210.00 |
| TRANSCRIPT - O&1-VC-WI | David Perez | 316 | 5.10 | $1,611.60 |
| CONDENSED TRANSCRIPT | David Perez | 1 | 25.00 | $25.00 |
| PROCESSING & COMPLIANCE | David Perez | 1 | 50.00 | $50.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | David Perez | 1 | 95.00 | $95.00 |
| E- EXHIBITS COLOR ORIG | David Perez | 83 | 0.60 | $49.80 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

| | |
|---|---|
| **Subtotal** | 2,191.40 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,191.40 |
| **Amount Paid** | 2,191.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2357057 |
| **Invoice Date** | 12/6/2022 |
| **Due Date** | 1/5/2023 |
| **Amount Due** | **$0.00** |



*Invoice* **INV2363330**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 12/13/2022 | **Client Number** | C234694 |
| **Terms** | Net 30 | **Esquire Office** | New York City |
| **Due Date** | 1/12/2023 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Caterine, Emma
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/30/2022 | J8894063 | Bronx, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FULL DAY | Yessica K. Vallejo | 1 | 150.00 | $150.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Yessica K. Vallejo | 1.5 | 140.00 | $210.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Yessica K. Vallejo | 1 | 95.00 | $95.00 |
| TRANSCRIPT - O&1-VC-WI | Yessica K. Vallejo | 288 | 5.10 | $1,468.80 |
| E-EXHIBITS B&W ORIG | Yessica K. Vallejo | 36 | 0.60 | $21.60 |
| CONDENSED TRANSCRIPT | Yessica K. Vallejo | 1 | 25.00 | $25.00 |
| PROCESSING & COMPLIANCE | Yessica K. Vallejo | 1 | 50.00 | $50.00 |

|  |  |
|---|---|
| **Subtotal** | 2,020.40 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | **$2,020.40** |
| **Amount Paid** | 2,020.40 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2363330 |
| **Invoice Date** | 12/13/2022 |
| **Due Date** | 1/12/2023 |
| **Amount Due** | **$0.00** |



*Invoice*  *INV2372375*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 12/27/2022 |
| **Terms** | Net 30 |
| **Due Date** | 1/26/2023 |

| | |
|---|---|
| **Client Number** | C234694 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Caterine, Emma
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/9/2022 | J8950423 | New York, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FULL DAY | Diane Argyropolous | 1 | 150.00 | $150.00 |
| TRANSCRIPT - O&1-VC-WI | Diane Argyropolous | 194 | 5.10 | $989.40 |
| E-EXHIBITS B&W ORIG | Diane Argyropolous | 15 | 0.60 | $9.00 |
| E- EXHIBITS COLOR ORIG | Diane Argyropolous | 16 | 0.60 | $9.60 |
| CONDENSED TRANSCRIPT | Diane Argyropolous | 1 | 25.00 | $25.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Diane Argyropolous | 1 | 95.00 | $95.00 |
| PROCESSING & COMPLIANCE | Diane Argyropolous | 1 | 50.00 | $50.00 |

| | |
|---|---|
| **Subtotal** | 1,328.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,328.00 |
| **Amount Paid** | 1,328.00 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2372375 |
| **Invoice Date** | 12/27/2022 |
| **Due Date** | 1/26/2023 |
| **Amount Due** | $0.00 |



*Invoice  INV2371951*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 12/27/2022 | **Client Number** | C234694 |
| **Terms** | Net 30 | **Esquire Office** | New York City |
| **Due Date** | 1/26/2023 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Caterine, Emma
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/13/2022 | J8892979 | New York, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| CANCELLATION | Capital One, N.A. Employee | 1 | 185.00 | $185.00 |

|  |  |
|---|---|
| **Subtotal** | 185.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $185.00 |
| **Amount Paid** | 185.00 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2371951 |
| **Invoice Date** | 12/27/2022 |
| **Due Date** | 1/26/2023 |
| **Amount Due** | $0.00 |



*Invoice* **INV2371868**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 12/27/2022 |
| **Terms** | Net 30 |
| **Due Date** | 1/26/2023 |

| | |
|---|---|
| **Client Number** | C234694 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Caterine, Emma
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/13/2022 | J8968871 | Brooklyn, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| REMOTE VIDEO CONFERENCING - ZOOM | Jami Singer | 1 | 95.00 | $95.00 |
| APP FEE: HALF DAY | Jami Singer | 1 | 80.00 | $80.00 |
| TRANSCRIPT - O&1-VC-WI | Jami Singer | 47 | 5.10 | $239.70 |
| CONDENSED TRANSCRIPT | Jami Singer | 1 | 25.00 | $25.00 |
| PROCESS & COMPLIANCE | Jami Singer | 1 | 50.00 | $50.00 |

| | |
|---|---|
| **Subtotal** | 489.70 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $489.70 |
| **Amount Paid** | 489.70 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2371868 |
| **Invoice Date** | 12/27/2022 |
| **Due Date** | 1/26/2023 |
| **Amount Due** | **$0.00** |



*Invoice*  **INV2355706**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 12/5/2022 |
| **Terms** | Net 30 |
| **Due Date** | 1/4/2023 |

| | |
|---|---|
| **Client Number** | C234694 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Caterine, Emma
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 12/2/2022 | J8924505 | Bronx, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| CNCL ON SITE/NO SHOW/BUST | Diane Argyropoulos | 1 | 215.00 | $215.00 |

| | |
|---|---|
| **Subtotal** | 215.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $215.00 |
| **Amount Paid** | 215.00 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2355706 |
| **Invoice Date** | 12/5/2022 |
| **Due Date** | 1/4/2023 |
| **Amount Due** | $0.00 |



**Invoice  INV2358835**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 12/7/2022 |
| **Terms** | Net 30 |
| **Due Date** | 1/6/2023 |

| | |
|---|---|
| **Client Number** | C234694 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Caterine, Emma
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/28/2022 | J8893948 | Bronx, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: HALF DAY | Philip Argyropoulos, 30b1, 30b6 | 1 | 80.00 | $80.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Philip Argyropoulos, 30b1, 30b6 | 1 | 95.00 | $95.00 |
| TRANSCRIPT - O&1-VC-WI | Philip Argyropoulos, 30b1, 30b6 | 99 | 5.10 | $504.90 |
| CONDENSED TRANSCRIPT | Philip Argyropoulos, 30b1, 30b6 | 1 | 25.00 | $25.00 |
| PROCESSING & COMPLIANCE | Philip Argyropoulos, 30b1, 30b6 | 1 | 50.00 | $50.00 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

| | |
|---|---|
| **Subtotal** | 754.90 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | **$754.90** |
| **Amount Paid** | 754.90 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2358835 |
| **Invoice Date** | 12/7/2022 |
| **Due Date** | 1/6/2023 |
| **Amount Due** | **$0.00** |



*Invoice  INV2335228*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 11/8/2022 |
| **Terms** | Net 30 |
| **Due Date** | 12/8/2022 |

| | |
|---|---|
| **Client Number** | C234694 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Caterine, Emma
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/25/2022 | J8796531 | Brooklyn, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: HALF DAY | Emmanuel Laforest | 1 | 80.00 | $80.00 |
| TRANSCRIPT - O&1-VC-WI | Emmanuel Laforest | 182 | 5.10 | $928.20 |
| CONDENSED TRANSCRIPT | Emmanuel Laforest | 1 | 25.00 | $25.00 |
| EXHIBITS W/TABS | Emmanuel Laforest | 148 | 0.60 | $88.80 |
| ON-SITE RESOURCE FEE | Emmanuel Laforest | 1 | 150.00 | $150.00 |
| PROCESSING & COMPLIANCE | Emmanuel Laforest | 1 | 50.00 | $50.00 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

| | |
|---|---|
| **Subtotal** | 1,322.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,322.00 |
| **Amount Paid** | 1,322.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2335228 |
| **Invoice Date** | 11/8/2022 |
| **Due Date** | 12/8/2022 |
| **Amount Due** | $0.00 |



*Invoice* **INV2387240**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/19/2023 |
| **Terms** | Net 30 |
| **Due Date** | 2/18/2023 |

| | |
|---|---|
| **Client Number** | C234694 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

**Services Provided For**
Law Offices of Ahmad Keshavarz - Brooklyn
Caterine, Emma
16 Court Street
#2600
Brooklyn NY 11241

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/6/2023 | J9108592 | Brooklyn, NEW YORK | FARAH JEAN FRANCOIS V. VICTORY AUTO GROUP LLC D/B/A VIC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| ON-SITE RESOURCE FEE | Yosmaily Ventura | 1 | 150.00 | $150.00 |
| CNCL ON SITE/NO SHOW/BUST | Yosmaily Ventura | 1 | 215.00 | $215.00 |

*Representing Client: Law Offices of Ahmad Keshavarz - Brooklyn*

| | |
|---|---|
| **Subtotal** | 365.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $365.00 |
| **Amount Paid** | 365.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Law Offices of Ahmad Keshavarz - Brooklyn |
| **Client #** | C234694 |
| **Invoice #** | INV2387240 |
| **Invoice Date** | 1/19/2023 |
| **Due Date** | 2/18/2023 |
| **Amount Due** | **$0.00** |

# Alexander
# POOLE & Co. Inc.

ATTORNEY'S SERVICENTER
SINCE 1961

ALEXANDER POOLE & CO., INC.
41 STATE STREET, STE 406, ALBANY, NY 12207
TELEPHONE **518-436-0895** • FAX 518-436-7366
EMAIL INFO@ALEXANDERPOOLE.COM
Federal ID # 14-1482374

Invoice #          **2221364**

A10349
Law Offices of Ahmad Keshavarz
Emma Caterine, Esq.
175 Kingston Ave., #2
Brooklyn NY 11213

# PAID

Your File #: Francois

Contract or SFS #:

**Routine**

| | |
|---|---|
| *Farah Jean Francois* | Plaintiff/Petitioner |
| **vs** | |
| *Victory Auto Group LLC d/b/a Victory Mitsubishi, et al* | Defendant/Respondent |

Date Received: 6/21/2022
Serve By Date:
Date Returnable:
Docket or ID #: 1:22-cv-04447-JSR
Court: U. S. District
County: Southern Dist.

Re: **Spartan Auto Group LLC**

File:

*Service Documents* Summons in A Civil Action & Complaint

Date Served/Complete: 6/24/2022   Method:
Server: Robert Guyette

*Pursuant to* Limited Liability Company Law §303

| Date | Service Description | Qty | Service Fee |
|---|---|---|---|
| 6/21/22 | Secretary of State Fee ($40) Prepaid by Customer | 1 | $40.00 |
| 6/21/22 | Svc. on Secretary of State - Regular (Svc.Fee Prepaid) | 1 | $20.00 |

**Payments Made:**
06/23/2022 by Ahmad Keshavarz Credit Card Transaction #MS00099786021 - Applied
$60.00 of $120.00

| | |
|---|---|
| **Total Service Fees** | **$60.00** |
| **Payments/Credits** | -$60.00 |
| **Balance Due =** | **$0.00** |

Notes:

There will be a $20.00 fee charged for any returned check.

---

**We also accept eChecks, PayPal, Visa, Mastercard, American Express & Discover**

A10349
Law Offices of Ahmad Keshavarz
Emma Caterine, Esq.
175 Kingston Ave., #2
Brooklyn NY 11213

Customer Fax:   877-496-7809
Invoice#:   2221364
Invoice Date:

**Alexander, Poole & Co., Inc.**
**41 State St, Ste 406**
**Albany, New York, 12207**

Total Amount Due:   $0.00

ATTORNEY(S) : Law Offices of Ahmad Keshavarz
INDEX # : 1:22-cv-04447-JSR
PURCHASED/FILED : June 1, 2022
STATE OF : NEW YORK
COURT : U. S. District
COUNTY/DISTRICT : Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Farah Jean Francois

Plaintiff(s)

against

Victory Auto Group LLC d/b/a Victory Mitsubishi, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY  )SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**                    Approx. Age:  60 yrs

Weight:  120 lbs  Height:   5' 1"   Sex:  Female  Color of skin:  White

Hair color:  Brown   Other:

**Robert Guyette**                    , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **June 24, 2022**         , at   **1:10 pm**   , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **Summons in A Civil Action & Complaint**

on

### Spartan Auto Group LLC

the Defendant in this action, by delivering to and leaving with         **Nancy Dougherty**
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of        $40      dollars; That said service was made pursuant to Section   **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

24th  day of          June 2022

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires  November 3, 2022

Robert Guyette

**Invoice·Work Order #** 2221364
Attorney File #  **Francois**

# Alexander
# POOLE & Co. Inc.

ATTORNEY'S SERVICENTER
SINCE 1961

ALEXANDER POOLE & CO., INC.
41 STATE STREET, STE 406, ALBANY, NY 12207
TELEPHONE **518-436-0895** • FAX 518-436-7366
EMAIL INFO@ALEXANDERPOOLE.COM
Federal ID # 14-1482374

Invoice #     **2221366**

A10349
Law Offices of Ahmad Keshavarz
Emma Caterine, Esq.
175 Kingston Ave., #2
Brooklyn NY 11213

# PAID

Your File #: Francois

Contract or SFS #:

**Routine**

| | |
|---|---|
| *Farah Jean Francois* | Plaintiff/Petitioner |
| **vs** | |
| *Victory Auto Group LLC d/b/a Victory Mitsubishi, et al* | Defendant/Respondent |

Date Received: 6/21/2022
Serve By Date:
Date Returnable:
Docket or ID #: 1:22-cv-04447-JSR
Court: U. S. District
County: Southern Dist.

**Re: Victory Auto Group LLC**

File:

*Service Documents* Summons in A Civil Action & Complaint

Date Served/Complete: 6/24/2022    Method:
Server: Robert Guyette

*Pursuant to* Limited Liability Company Law §303

| Date | Service Description | Qty | Service Fee |
|---|---|---|---|
| 6/21/22 | Secretary of State Fee ($40) Prepaid by Customer | 1 | $40.00 |
| 6/21/22 | Svc. on Secretary of State - Regular (Svc.Fee Prepaid) | 1 | $20.00 |

**Payments Made:**
06/23/2022 by Ahmad Keshavarz Credit Card Transaction #MS0099786021 - Applied $60.00 of $120.00

| | |
|---|---|
| **Total Service Fees** | $60.00 |
| Payments/Credits | -$60.00 |
| **Balance Due =** | **$0.00** |

Notes:

There will be a $20.00 fee charged for any returned check.

---

**We also accept eChecks, PayPal, Visa, Mastercard, American Express & Discover**

A10349
Law Offices of Ahmad Keshavarz
Emma Caterine, Esq.
175 Kingston Ave., #2
Brooklyn NY 11213

Customer Fax:    877-496-7809
Invoice#:    **2221366**
Invoice Date:

**Alexander, Poole & Co., Inc.**
**41 State St, Ste 406**
**Albany, New York, 12207**

**Total Amount Due:**    **$0.00**

ATTORNEY(S) : Law Offices of Ahmad Keshavarz
INDEX # : 1:22-cv-04447-JSR
PURCHASED/FILED : June 1, 2022
STATE OF : NEW YORK
COURT : U. S. District
COUNTY/DISTRICT : Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Farah Jean Francois

Plaintiff(s)

against

Victory Auto Group LLC d/b/a Victory Mitsubishi, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** _____ Approx. Age: _60 yrs_

Weight: _120 lbs_  Height: _5' 1"_  Sex: _Female_  Color of skin: _White_

Hair color: _Brown_  Other: _____

**Robert Guyette** _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _June 24, 2022_ , at _1:10 pm_ , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons In A Civil Action & Complaint**

on

**Victory Auto Group LLC**

the Defendant in this action, by delivering to and leaving with          **Nancy Dougherty**
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of          $40          dollars; That said service was made pursuant to Section   **LIMITED LIABILITY COMPANY LAW §303.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

_24th_ day of          _June_ 2022

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires  November 3, 2022

Robert Guyette

**Invoice·Work Order #** 2221366
Attorney File #  **Francois**



Payment receipt

# You paid $75.00

to Process Servers of the Carolinas on August 1, 2022

| | |
|---|---|
| Invoice no. | 7407372 |
| Invoice amount | $75.00 |
| Total | $75.00 |

| | |
|---|---|
| Status | Paid |
| Payment method | VISA****9498 |
| Authorization ID | MU0100728735 |

Thank you

## Process Servers of the Carolinas

kathy@process-servers-caolinas.com

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS

For more information about Intuit Payments' money transmission licenses, please visit
https://www.intuit.com/legal/licenses/payment-licenses/.

**Emma Caterine**

---

**From:**       QuickBooks Payments <quickbooks@notification.intuit.com>
**Sent:**       Monday, August 29, 2022 10:41 AM
**To:**         Emma Caterine
**Subject:**    Payment confirmation: Invoice #7560765 (Process Servers of the Carolinas)



Manage payment

 You paid $75.00

to **Process Servers of the Carolinas** on 08/29/2022

## Payment details

| | |
|---|---|
| Invoice no. | 7560765 |
| Invoice amount | $75.00 |
| Total amount | **$75.00** |

No additional transfer fees or taxes apply.

| | |
|---|---|
| Status | Paid |
| Payment method | VISA****9498 |
| Authorization ID | MS0114945142 |

Please don't reply to this email, if you need any help regarding this message, please contact the business directly.

Thank you,

1

## Process Servers of the Carolinas

kathy@process-servers-carolinas.com

Payment services brought by:

Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit Payment Licenses page.

Security   |   Privacy statement   |   Terms of Service

© 2022 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

    



**acro**

**COPY & SCANNING SERVICES**
**75 MAIDEN LANE, SUITE 504**
**NEW YORK, NY 10038**
**(212) 809-8999**

| INVOICE NO. | INVOICE DATE: |
|---|---|
| 183072 | 8/31/2022 |

SOLD TO:
LAW OFFICE OF AHMAD KESHAVARZ
277 WASHINGTON AVENUE, #6K
BROOKLYN, NY 11205
ATTN: EMMA CATERINE

ORDERED BY: EMMA

P.O No: EMAIL    DATE SHIPPED: 8/31/2022    SHIP VIA: Messenger

TERMS: COD    PAYMENT DUE 8/31/2022    CLIENT CHARGE NO.:

| Item Code | Quantity | Description | Price Each | Item |
|---|---|---|---|---|
| COPIES | 537 | TOTAL COPIES ( 8 1/2x11 ) | 0.17 | 91.29T |
| ACCO-FAS... | 2 | SUPPLY ACCO-FASTENERS & INSERT | 4.50 | 9.00T |
| TABS | 26 | TABS INSERTED & SUPPLIED | 0.35 | 9.10T |
| TABS-DOU... | 9 | SPECIAL ORDER TABS-DOUBLE LETTER | 0.65 | 5.85T |
| COURT FILI... | 1 | DELIEVRY OF COURT DOCUMENTS AND FILING | 35.00 | 35.00T |
| SERVICE C... | | 3.25% SERVICE CHARGE FOR ALL INVOICING | 4.88 | 4.88T |

**Tax I.D. #: 13-3216262**

**WE ACCEPT ALL MAJOR CREDIT CARDS**

**WWW.ACROPHOTOPRINT.COM**

| SUB TOTAL | $155.12 |
|---|---|
| SALES TAX | $13.77 |
| TOTAL | $168.89 |

*THANK YOU*



Payment receipt

# You paid $168.89

to Acro Photo Print, Inc on August 31, 2022

| | |
|---|---:|
| Invoice no. | 183072 |
| Invoice amount | $168.89 |
| Total | $168.89 |

| | |
|---|---:|
| Status | Paid |
| Payment method | VISA****9498 |
| Authorization ID | MU0107545125 |

Thank you

## Acro Photo Print, Inc

[steve@acrophotoprint.com](mailto:steve@acrophotoprint.com)

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain
View, CA 94043
Phone number 1-888-536-4801
NMLS

For more information about Intuit Payments' money transmission licenses, please visit [https://www.intuit.com/legal/licenses/payment-licenses/](https://www.intuit.com/legal/licenses/payment-licenses/).

# Thank you for your order!

You may print this receipt page for your records. A receipt has also been emailed to you.

Order Information

| | |
|---|---|
| Merchant: | ATLANTA PROCESS SERVERS |
| Description: | |
| Date/Time: | 22-Sep-2022 16:19:02 EDT |
| Customer ID: | |

Invoice
Number:

**Billing Information**
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
175 Kingston Ave.
Brooklyn, NY 11213
ahmad@newyorkconsumerattorney.com
Phone: 7185227900

| Item | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|
| 2020 | Atlanta Process Server Checkout | 1 | N | $80.00 (USD) | $80.00 (USD) |
| | Customer specified amount | | | | |

**Total:    $80.00 (USD)**

Visa ****9498

| | |
|---|---|
| Date/Time: | 22-Sep-2022 16:19:02 EDT |
| Transaction ID: | 63947787571 |
| Auth Code: | 07097G |
| Payment Method: | Visa ****9498 |



Payment receipt

# You paid $169.67

to Acro Photo Print, Inc on October 18, 2022

| | |
|---|---|
| Invoice no. | 183339 |
| Invoice amount | $169.67 |
| Total | $169.67 |

| | |
|---|---|
| Status | Paid |
| Payment method | VISA****7842 |
| Authorization ID | MS0126025096 |

Thank you

## Acro Photo Print, Inc

steve@acrophotoprint.com

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.



Payment receipt

# You paid $75.00

to Process Servers of the Carolinas on November 3, 2022

| | |
|---|---:|
| Invoice no. | 7887604 |
| Invoice amount | $75.00 |
| Total | $75.00 |

| | |
|---|---:|
| Status | Paid |
| Payment method | VISA****7842 |
| Authorization ID | MS0129397505 |

Thank you

## Process Servers of the Carolinas

kathy@process-servers-carolinas.com

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.

**Atlanta Process Servers**                                           INVOICE:  7872842

730 Peachtree St NE 570                                              Issued:   Oct 28, 2022
Atlanta, GA 30308                                               Sent to: Emma Caterine


**The Law Office of Ahmad Keshavarz**

Emma Caterine
16 Court St Suite 2600
Brooklyn, NY 11241-1026

| PAY TO: |
| **Atlanta Process Servers** |
| **730 Peachtree St NE 570** |
| **Atlanta, GA 30308** |

| | | | |
|---|---|---|---|
| **Case:** | 1:22-CV-4447-JSR | **Plaintiff / Petitioner:** | FARAH JEAN FRANCOIS |
| **Job:** | 7872842 | **Defendant / Respondent:** | VICTORY AUTO GROUP LLC d/b/a VICTORY MITSUBISHI, et al. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| standard service | Dealertrack Systems, Inc.<br>COMPANY<br>6205 PEACHTREE DUNWOODY RD<br>ATLANTA, GA 30328-4524<br>FULTON | $85.00 | 1 | $85.00 |

| We do require PRE-PAYMENT Please pay upon receipt at | Total: | $85.00 |
|---|---|---|
| www.atlprocessserver.com.Thank you for your business. | Amount Paid: | ($0.00) |
| | **Balance Due:** | **$85.00** |

Atlanta Process Servers  •  730 Peachtree St NE 570, Atlanta, GA 30308

Call: (678) 391-4770  •  Email: cases@atlprocessserver.com  •  Visit: www.atlprocessserver.com

**Atlanta Process Servers**

730 Peachtree St NE 570

Atlanta, GA 30308

INVOICE:  7880790

Issued:   Oct 31, 2022

Sent to: Emma Caterine

**The Law Office of Ahmad Keshavarz**

Emma Caterine

16 Court St Suite 2600

Brooklyn, NY 11241-1026

PAY TO:

**Atlanta Process Servers**

730 Peachtree St NE 570

Atlanta, GA 30308

| | | | |
|---|---|---|---|
| **Case:** 1:22-CV-4447-JSR | **Plaintiff / Petitioner:** | FARAH JEAN FRANCOIS | |
| **Job:** 7880790 | **Defendant / Respondent:** | VICTORY AUTO GROUP LLC d/b/a VICTORY MITSUBISHI, et al. | |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| STANDARD SERVICE | Dealertrack Systems, Inc.<br>COMPANY<br>2 SUN CT 400<br>PEACHTREE CORNERS, GA 30092-2841<br>GWINNETT | $80.00 | 1 | $80.00 |

We do require PRE-PAYMENT Please pay upon receipt at
www.atlprocessserver.com.Thank you for your business.

Total:  $80.00

Amount Paid:  ($0.00)

**Balance Due:  $80.00**

Atlanta Process Servers  •  730 Peachtree St NE 570, Atlanta, GA 30308

Call: (678) 391-4770  •  Email: cases@atlprocessserver.com  •  Visit: www.atlprocessserver.com



# Payment Receipt

| | |
|---|---|
| **Date** | 11/15/2022 |
| **Payment Method** | VISA |
| **Credit Card #** | ************7842 |

1500 Centre Pkwy
Suite 100
East Point GA 30344

**Bill To**
Law Offices of Ahmad Keshavarz
16 Court Street
#2600
Brooklyn NY 11241

| Date | Description | Orig. Amount | Amount Due | Discount | Applied Amount |
|---|---|---|---|---|---|
| 11/8/2022 | Invoice #INV2335228 | 1,322.00 | 1,322.00 | | 1,322.00 |

| | |
|---|---|
| **Total** | $1,322.00 |

# Alexander
# POOLE & Co. Inc.

41 STATE STREET, STE 406, ALBANY, NY 12207
TELEPHONE **518-436-0895** • FAX 518-436-7366
EMAIL INFO@ALEXANDERPOOLE.COM

ATTORNEY'S SERVICENTER
SINCE 1961

Our Job #        **2232352**

A10349
Law Offices of Ahmad Keshavarz
Emma Caterine, Esq.
175 Kingston Ave., #2
Brooklyn NY 11213

Your File No.: **Jean Francois**

Date Returnable:
Docket or ID #: 1:22-cv-4447-JSR
Court: U.S. District
County: Southern Dist.
Date Served: 9/12/2022

Farah Jean Francois

*Plaintiff/Petitioner*

Victory Auto Group LLC d/b/a Victory Mitsubishi, et al

*Defendant/Respondent*

Served On:

## Mitsubishi Motors North America, Inc.

*Docs. Served*    Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

*Pursuant to*    Business Corporation Law §306

### *Served via New York Secretary of State:*

This is your receipt for service via the  New York State Secretary of State.
The affidavit for this service was mailed to you previously on        9/12/2022 .

Do not dispose of this receipt from the NY Secretary of State. It is an integral
part of your service and should be kept with the affidavit of service which was
previously mailed.

Invoice·Work Order # 2232352

File # Jean Francois

## STATE OF NEW YORK - DEPARTMENT OF STATE
## RECEIPT FOR SERVICE OF PROCESS

Service of process was made pursuant to:
**SECTION 306 OF THE BUSINESS CORPORATION LAW**

| | |
|---|---|
| **PARTY SERVED:** | MITSUBISHI MOTORS NORTH AMERICA, INC. |
| **SERVICE OF PROCESS ADDRESS:** | C T CORPORATION SYSTEM<br>28 LIBERTY ST.<br>NEW YORK NY 10005, USA |
| **PLAINTIFF / PETITIONER:** | FARAH JEAN FRANCOIS |
| **RECEIPT NUMBER:** | 202212050128 |
| **DATE OF SERVICE:** | 09/12/2022 |
| **TRANSACTION NUMBER:** | 202212050000664 |
| **SERVICE COMPANY:** | ALEXANDER POOLE & CO. INC. |
| **SERVICE COMPANY CODE:** | 02 |
| **PERSON AUTHORIZED TO RECEIVE PROCESS:** | SUE ZOUKY |

| | | | |
|---|---|---|---|
| TOTAL FEES: | $40.00 | TOTAL PAYMENTS RECEIVED: | $40.00 |
| FILING FEE: | $0.00 | CASH: | $0.00 |
| CERTIFICATE OF STATUS: | $0.00 | CHECK/MONEY ORDER: | $0.00 |
| CERTIFIED COPY: | $0.00 | CREDIT CARD: | $0.00 |
| COPY REQUEST: | $0.00 | DRAWDOWN ACCOUNT: | $40.00 |
| PROCESS: | $40.00 | REFUND DUE: | $0.00 |
| EXPEDITED HANDLING: | $0.00 | | |

Authentication Number: 100002590224 To Verify the authenticity of this document you may access the
Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov



# Demovsky Lawyer Service

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220 Fax 212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

**Invoice**

Invoice Number:
412630

Invoice Date:
Dec 31, 2022

Page:
1

To: AHMAD KESHAVARZ
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 285854 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 12/21/22 | 2/28/23 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | FARAH JEAN FRANCOIS,      VS. VICTORY AUTO GROUP, LLC.,      22 CV 4447 | | |
| 1.00 | CHK | Drafting of Check | 15.00 | 15.00 |
| 1.00 | AOB | Attempted Process Service - Other Boroughs      YOSMAILY VENTURA, 903 148TH STREET, WHITESTONE, NY | 153.00 | 153.00 |
| 1.00 | RSH | RUSH | 100.00 | 100.00 |
| 1.00 | GAS | Fuel Surcharge | 4.50 | 4.50 |

Check No:

Subtotal                272.50
Sales Tax
Total Invoice Amount    272.50
Payment Received          0.00

**TOTAL**                272.50

Pay online!
www.dlsnational.com

**KINDLY NOTE: 1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*Please make checks payable to: DLS, Inc. and return to the P.O. Box listed above.*

"DLS, INC." TAX ID NO. 13-3179699

# Demovsky Lawyer Service

**Invoice**

**Invoice Number:**
412631

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220 Fax 212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

**Invoice Date:**
Dec 31, 2022

**Page:**
1

To: AHMAD KESHAVARZ
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 285800 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 12/19/22 | 2/28/23 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | FARAH JEAN FRANCOIS,     VS. VICTORY AUTO GROUP, LLC., ET AL., 22-CV-4447 | | |
| 1.00 | RSH | RUSH | 100.00 | 100.00 |
| 1.00 | SZN | Process Service Outside N.Y. Metro Area     EMPIRE HYUNDAI OF NEW ROCHELLE,     1026 EAST JERICHO TURNPIKE, HUNTINGTON STATION, NY | 279.00 | 279.00 |
| 1.00 | GAS | Fuel Surcharge | 4.50 | 4.50 |

Check No:

| | |
|---|---|
| Subtotal | 383.50 |
| Sales Tax | |
| Total Invoice Amount | 383.50 |
| Payment Received | 0.00 |
| **TOTAL** | 383.50 |

Pay online!
www.dlsnational.com

**KINDLY NOTE: 1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*Please make checks payable to: DLS, Inc. and return to the P.O. Box listed above.*

"DLS, INC." TAX ID NO. 13-3179699



# Demovsky Lawyer Service

**Invoice**

Invoice Number:
412632

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

Invoice Date:
Dec 31, 2022

Page:
1

To:  AHMAD KESHAVARZ
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 285802 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 12/19/22 | 2/28/23 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | FRANCOIS,    VS.    VICTORY AUTO, 1/22/CV/4447 | | |
| 1.00 | RUR | RUSH ROCKLAND/WESTCHESTER OFFICE | 100.00 | 100.00 |
| 1.00 | ASR | Attempted Process Service Outside Nyc Metro-same Area    EMPIRE HYUNDAI,    125 E. MAIN ST., NEW ROCHELLE, NY | 153.00 | 153.00 |
| 1.00 | GAS | Fuel Surcharge | 4.50 | 4.50 |

Check No:

| | |
|---|---|
| Subtotal | 257.50 |
| Sales Tax | |
| Total Invoice Amount | 257.50 |
| Payment Received | 0.00 |
| **TOTAL** | 257.50 |

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

Pay online!
www.dlsnational.com

**KINDLY NOTE:  1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*__Please make checks payable to:  DLS, Inc. and return to the P.O. Box listed above.__*

"DLS, INC." TAX ID NO. 13-3179699



# Demovsky Lawyer Service

**Invoice**

Invoice Number:
412633

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

Invoice Date:
Dec 31, 2022

Page:
1

To:  EMMA CATERINE
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 285621 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 12/11/22 | 2/28/23 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | FRANCOIS,      VS.    VICTORY AUTO, 1/22/CV/4447 | | |
| 1.00 | RUR | RUSH ROCKLAND/WESTCHESTER OFFICE | 100.00 | 100.00 |
| 1.00 | ASR | Attempted Process Service Outside Nyc Metro-same Area     125 E MAIN STREET, NEW ROCHELLE, NY | 153.00 | 153.00 |
| 1.00 | CHK | Drafting of Check | 15.00 | 15.00 |
| 1.00 | SPR | Process SERVICE -WESTCHESTER/ROCKLAND OFFICE YOSMAILY VENTURA,     412 BRONX RIVER ROAD, APT. 8B, YONKERS, NY | 153.00 | 153.00 |
| 1.00 | WIF | Witness Fee | 40.00 | 40.00 |
| 1.00 | GAS | Fuel Surcharge | 4.50 | 4.50 |

Check No:

| | |
|---|---|
| Subtotal | 465.50 |
| Sales Tax | |
| Total Invoice Amount | 465.50 |
| Payment Received | 0.00 |
| **TOTAL** | 465.50 |

Pay online!
www.dlsnational.com

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

**KINDLY NOTE:  1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*Please make checks payable to:  DLS, Inc. and return to the P.O. Box listed above.*

"DLS, INC." TAX ID NO. 13-3179699



# Demovsky Lawyer Service

**Invoice**

Invoice Number:
412634

Invoice Date:
Dec 31, 2022

Page:
1

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

Duplicate

To:  AHMAD KESHAVARZ
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 285659 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 12/13/22 | 2/28/23 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | FARAH JEAN FRANCOIS,      VS. VICTORY AUTO GROUP, LLC., ET AL., 22-CV-4447 | | |
| 1.00 | RSH | RUSH | 100.00 | 100.00 |
| 1.00 | CHK | Drafting of Check | 15.00 | 15.00 |
| 1.00 | AMN | Attempted Process Service - Manhattan      YOSMAILY VENTURA, 680 E. 236TH STREET, APT. 1H, BRONX, NY | 139.00 | 139.00 |
| 1.00 | GAS | Fuel Surcharge | 4.50 | 4.50 |

Check No:

| | |
|---|---|
| Subtotal | 258.50 |
| Sales Tax | |
| Total Invoice Amount | 258.50 |
| Payment Received | 0.00 |
| **TOTAL** | 258.50 |

Pay online!
www.dlsnational.com

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

**KINDLY NOTE:  1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*Please make checks payable to: DLS, Inc. and return to the P.O. Box listed above.*

"DLS, INC." TAX ID NO. 13-3179699

# Demovsky Lawyer Service

**Invoice**

Invoice Number:
412635

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

Invoice Date:
Dec 31, 2022

Page:
1

Duplicate

To: EMMA CATERINE
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 285589 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 12/8/22 | 2/28/23 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | FARAH JEAN FRANCOIS,     VS. | | |
| | | VICTORY AUTO GROUP, LLC.,     22 | | |
| | | CV 4447 | | |
| 1.00 | RSH | RUSH | 100.00 | 100.00 |
| 1.00 | CHK | Drafting of Check | 15.00 | 15.00 |
| 1.00 | SMN | Process Service  - Manhattan | 139.00 | 139.00 |
| | | CAPITAL ONE NA | | |
| 1.00 | RSH | RUSH AFFIDAVIT | 100.00 | 100.00 |
| 1.00 | WIF | Witness Fee | 40.00 | 40.00 |

Check No:

| | |
|---|---|
| Subtotal | 394.00 |
| Sales Tax | |
| Total Invoice Amount | 394.00 |
| Payment Received | 0.00 |
| **TOTAL** | 394.00 |

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

Pay online!
www.dlsnational.com

**KINDLY NOTE:  1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*Please make checks payable to: DLS, Inc. and return to the P.O. Box listed above.*

"DLS, INC." TAX ID NO. 13-3179699

# Demovsky Lawyer Service

**Invoice**

Invoice Number:
412636

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

Invoice Date:
Dec 31, 2022

Page:
1

To:  EMMA CATERINE
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 285636 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 12/12/22 | 2/28/23 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | IST | FRANCOIS,     VS.   VICTORY AUTO, 1/22/CV/4447<br>Skip Trace     YOSMALLY VENTURA | 129.00 | 129.00 |

Check No:

|  | | |
|---|---|---|
| Subtotal | | 129.00 |
| Sales Tax | | |
| Total Invoice Amount | | 129.00 |
| Payment Received | | 0.00 |
| **TOTAL** | | 129.00 |

Pay online!
www.dlsnational.com

**KINDLY NOTE:  1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*Please make checks payable to:  DLS, Inc. and return to the P.O. Box listed above.*

"DLS, INC." TAX ID NO. 13-3179699



# Demovsky Lawyer Service

**Invoice**

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

Invoice Number:
412637

Invoice Date:
Dec 31, 2022

Page:
1

To:  AHMAD KESHAVARZ
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 285457 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 12/5/22 | 2/28/23 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SMN | TIMOTHY WILLIAMS,      VS. TROMBERG MORRIS & POULIN, PLLC., ET AL.,     22 CV 05866 Process Service  - Manhattan CARVER FEDERAL SAVINGS BANK | 139.00 | 139.00 |

Check No:

| | |
|---|---|
| Subtotal | 139.00 |
| Sales Tax | |
| Total Invoice Amount | 139.00 |
| Payment Received | 0.00 |
| **TOTAL** | 139.00 |

Pay online!
www.dlsnational.com

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

**KINDLY NOTE:  1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*Please make checks payable to:  DLS, Inc. and return to the P.O. Box listed above.*

"DLS, INC." TAX ID NO. 13-3179699



**75 Maiden Lane, Rm. 504**
**New York, New York 10038**
**(212) 809-8999**

| 184241 | 4/4/2023 |

LAW OFFICE OF AHMAD KESHAVARZ
16 COURT STREET # 2600
BROOKLYN, NY 11241
ATTN: EMMA CATERINE

EMMA

| EMAIL | | 4/4/2023 | | Messenger |

| COD | | 4/4/2023 | F.J. FRANCOIS |

| Item Code | Quantity | Description | Price Each | Item |
|---|---|---|---|---|
| COPIES | 1,287 | TOTAL COPIES ( 8 1/2x11 ) | 0.17 | 218.79T |
| ACCO-FASTE... | 3 | SUPPLY ACCO-FASTENERS & INSERT | 4.50 | 13.50T |
| TABS | 34 | TABS INSERTED & SUPPLIED | 0.35 | 11.90T |
| COURT FILING | 1 | DELIEVRY OF COURT DOCUMENTS AND FILING | 35.00 | 35.00T |
| SERVICE CH... | | 3.25% SERVICE CHARGE FOR ALL INVOICING. | 9.07 | 9.07T |

|  | SUB TOTAL | $288.26 |
|---|---|---|
|  | SALES TAX | $25.58 |
| **Tax I.D. #: 13-3216262** | PAYMENTS/CREDIT | -$313.84 |
| *THANK YOU* | BALANCE DUE | $0.00 |



**75 Maiden Lane, Rm. 504**
**New York, New York 10038**
**(212) 809-8999**

| 184247 | | 4/4/2023 |

LAW OFFICE OF AHMAD KESHAVARZ
16 COURT STREET # 2600
BROOKLYN, NY 11241
ATTN: EMMA CATERINE

EMMA

| EMAIL | | 4/4/2023 | | Messenger |

| COD | | 4/4/2023 | | F.J. FRANCOIS |

| Item Code | Quantity | Description | Price Each | Item |
|-----------|----------|-------------|------------|------|
| COPIES | 1,709 | TOTAL COPIES ( 8 1/2x11 ) | 0.17 | 290.53T |
| ACCO-FASTE... | 5 | SUPPLY ACCO-FASTENERS & INSERT | 4.50 | 22.50T |
| TABS | 31 | TABS INSERTED & SUPPLIED | 0.35 | 10.85T |
| TABS-DOUBLE | 8 | SPECIAL ORDER TABS-DOUBLE LETTER | 0.65 | 5.20T |
| PUNCHING 2 | 1 | TWO-HOLE PUNCHING | 15.00 | 15.00T |
| BINDERS3 | 1 | SUPPLY THREE INCH BINDERS | 19.00 | 19.00T |
| SERVICE CH... | | 3.25% SERVICE CHARGE FOR ALL INVOICING. | 11.80 | 11.80T |

| | |
|---|---|
| SUB TOTAL | $374.88 |
| SALES TAX | $33.27 |

**Tax I.D. #: 13-3216262**

| | |
|---|---|
| PAYMENTS/CREDIT | -$408.15 |
| BALANCE DUE | $0.00 |

*THANK YOU*

# acro

**COPY & SCANNING SERVICES**
**75 MAIDEN LANE, SUITE 504**
**NEW YORK, NY 10038**
**(212) 809-8999**

| INVOICE NO. | INVOICE DATE: |
|---|---|
| 183339 | 10/18/2022 |

SOLD TO:
LAW OFFICE OF AHMAD KESHAVARZ
16 COURT STREET # 2600
BROOKLYN, NY 11241
ATTN: EMMA CATERINE

ORDERED BY:

| P.O No: | EMAIL | DATE SHIPPED: | 10/18/2022 | SHIP VIA: | Messenger |
|---|---|---|---|---|---|
| TERMS: | COD | PAYMENT DUE | 10/18/2022 | CLIENT CHARGE NO.: | |

| Item Code | Quantity | Description | Price Each | Item |
|---|---|---|---|---|
| COPIES | 539 | TOTAL COPIES ( 8 1/2x11 ) | 0.17 | 91.63T |
| ACCO-FAS... | 2 | SUPPLY ACCO-FASTENERS & INSERT | 4.50 | 9.00T |
| TABS | 27 | TABS INSERTED & SUPPLIED | 0.35 | 9.45T |
| TABS-DOU... | 9 | SPECIAL ORDER TABS-DOUBLE LETTER | 0.65 | 5.85T |
| COURT FILI... | 1 | DELIEVRY OF COURT DOCUMENTS AND FILING | 35.00 | 35.00T |
| SERVICE C... | | 3.25% SERVICE CHARGE FOR ALL INVOICING TO COVER THE RISING COSTS OF SUPPLIES AND CREDIT CARD PAYMENTS | 4.91 | 4.91T |

**Tax I.D. #: 13-3216262**

**WE ACCEPT ALL MAJOR CREDIT CARDS**

**WWW.ACROPHOTOPRINT.COM**

| | |
|---|---|
| SUB TOTAL | $155.84 |
| SALES TAX | $13.83 |
| TOTAL | $169.67 |

*THANK YOU*

# Demovsky Lawyer Service

**Invoice**

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

Invoice Number:
428861

Invoice Date:
Oct 31, 2024

Page:
1

To:  NICOLETTE MOORE
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 302608 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 10/18/24 | 12/13/24 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | DANIELLE RUTLEDGE,    VS. SCHWARTZ SLADKUS REICH GREENBERG ATLAS, LLP, ET AL.,   24 CV 4188 | | |
| 1.00 | SOB | Process Service  - Borough Outside Manhattan    FMNH LLC 35-15 PARSONS BOULEVARD, FLUSHING, NY 11354 | 175.00 | 175.00 |
| 1.00 | ADS | Additional Service    SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF | 120.00 | 120.00 |
| 1.00 | GAS | Fuel Surcharge | 4.50 | 4.50 |

Check No:

| | |
|---|---|
| Subtotal | 299.50 |
| Sales Tax | |
| Total Invoice Amount | 299.50 |
| Payment Received | 0.00 |
| **TOTAL** | 299.50 |

Pay online!
www.dlsnational.com

VISA  AMEX  AMERICAN EXPRESS  DISCOVER

"DLS, INC." TAX ID NO. 13-3179699

**KINDLY NOTE:  1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.**

*Please make checks payable to:  DLS, Inc. and return to the P.O. Box listed above.*



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
FARAH JEAN FRANCOIS,

        Plaintiff,

  -against-

VICTORY AUTO GROUP LLC, et al.,

        Defendants.
------------------------------------------------------------------------X

Civil Action No. 1:22-cv-04447-JSR
**AFFIRMATION OF SERVICE**

      **TYIEM RAMELLO PINDER** affirms that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 6th day of November, 2024, at approximately the time of 2:09pm, deponent served a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION** upon **EMMANUEL LAFOREST** at 2914 Farragut Road, Apt. 1 (or 3F, 3rd Floor), Brooklyn, NY 11210, by personally delivering and leaving the same with **MS. AME (REFUSED TO GIVE FULL NAME),** a person of suitable age and discretion at that address, the actual place of residence.  At that time, a witness fee of $40.00 was tendered.

      **MS. AME (REFUSED TO GIVE FULL NAME)** is a black female, approximately 45 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 160 pounds with black hair and brown eyes.

      That on the 7th day of November, 2024, deponent served another copy of the foregoing upon **EMMANUEL LAFOREST** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New York and State of New York, addressed as follows:

#302938

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

**EMMANUEL LAFOREST**
2914 Farragut Road
Apt. 1 (or 3F, 3rd Floor)
Brooklyn, NY 11210

**TYIEM RAMELLO PINDER** affirms this 8th day of November, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

**TYIEM RAMELLO PINDER, #2026027**

#302938

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com