**Patrick Selvey**
___

| | |
|---|---|
| **From:** | Nicholas Goodman |
| **Sent:** | Friday, February 10, 2023 12:25 PM |
| **To:** | Ahmad Keshavarz; Patrick Selvey |
| **Cc:** | Emma Caterine |
| **Subject:** | RE: Francois v. Victory, et al 1:22-cv-4447 - Letter regarding mediation |

Counselor,

Your client is in no position to accept or reject Defendants' settlement offer made February 3, 2023, which offer expired by its terms automatically at close of business February 6.

Further, as we previously advised you in no uncertain terms, we will not undertake mediation in the absence of a settlement demand. We also flatly rejected mediation before Mr. DiBenedetto. Our position on both those points has not changed, particularly given your continued failure to present even a hint at good faith negotiation.

Indeed, your invocation of the concept of "frank discussion" is frankly absurd given your refusal even to state a counter to Defendants' offer. It is now more clear than ever that you are not interested in a resolution to benefit your client but are rather intent only on harassing my clients by, among other things, continuing to pursue frivolous damage claims and further multiplying these already tortured proceedings.

Finally, only the Court can alter the motion briefing schedule and Mr. Larson advised there would be no further adjournments.

We made a serious attempt to negotiate with you. You did not respond in kind. We are therefore proceeding with our summary judgment motion. Should Ms. Francois wish to discuss settlement directly with my clients without the participation of attorneys on either side please let me know and I will seek to arrange for same.

Please be guided accordingly.

*H. Nicholas Goodman*

Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, N.Y. 10010
Office Main  (212) 227-9003
Direct Dial   (917) 386-2701
Cell              (917) 470-7805
ngoodman@ngoodmanlaw.com
www.ngoodmanlaw.com

1

_____

This electronic mail and any attachments are STRICTLY CONFIDENTIAL and may be protected by the ATTORNEY-CLIENT PRIVILEGE. This content is solely for the use of the intended recipient herein. If you are not the intended recipient, any use, disclosure, copying, or distribution of this electronic mail is UNAUTHORIZED. If you have received this electronic mail in error, please notify the sender immediately by calling (212) 227-9003, and please immediately delete this email.
Thank you.

_____


**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Thursday, February 9, 2023 4:35 PM
**To:** Patrick Selvey <Pselvey@ngoodmanlaw.com>
**Cc:** Emma Caterine <emma@newyorkconsumerattorney.com>; Nicholas Goodman <Ngoodman@ngoodmanlaw.com>
**Subject:** RE: Francois v. Victory, et al 1:22-cv-4447 - Letter regarding mediation

Please see attached.



**The Law Office of Ahmad Keshavarz**

**NOTE OUR ADDRESS HAS CHANGED BACK TO:**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: **www.NewYorkConsumerAttorney.com**   Email: **ahmad@NewYorkConsumerAttorney.com**