**Ahmad Keshavarz**

---

| | |
|---|---|
| **From:** | JohnLaw New York <johnlawny@msn.com> |
| **Sent:** | Thursday, November 7, 2024 11:40 AM |
| **To:** | Nicholas Goodman; Andrew Milz; Ahmad Keshavarz |
| **Subject:** | Re: Francois v. Spartan |

Nick/Patrick:

   Just occured to me that we should have the actual "Consent Judgment" filed under seal (so as not to be public record and thus an invitation to every leach Keshavarz clone out there). The actual Judgment of dismissal as against the other Parties should be as of record.

*John L. Russo*
*Attorney at Law*
J.L. Russo, P.C.
31-19 Newtown Avenue, Suite 500
Astoria, N.Y. 11102
Tel. No.:(718)777-1277
Fax No.: (718)204-2310

**CONFIDENTIALITY**: This electronic mail message including any attachments hereto contains information that: (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the addressee(s)named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message. WIRE/CYBER FRAUD WARNING: Never trust wiring instructions sent via email. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. Always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. Never wire money without double-checking that the wiring instructions are correct. Our firm is not responsible for third-party fraud or electronic interceptions.

---

**From:** Nicholas Goodman <Ngoodman@ngoodmanlaw.com>
**Sent:** Wednesday, November 6, 2024 6:19 PM
**To:** Andrew Milz <amilz@consumerslaw.com>; Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Cc:** John Russo <johnlawny@msn.com>
**Subject:** RE: Francois v. Spartan

Please see attached.

*H. Nicholas Goodman*
Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, N.Y. 10010
Office Main (212) 227-9003
Direct Dial   (917) 386-2701

1