# Ahmad Keshavarz

| | |
|---|---|
| **From:** | Ahmad Keshavarz |
| **Sent:** | Monday, February 24, 2025 1:50 PM |
| **To:** | Nicholas Goodman |
| **Cc:** | Patrick Selvey; Judy Miller |
| **Subject:** | Francois - Supp Expenses |
| **Attachments:** | 2025-02-24 Our Supp DLS Invoices-1.pdf |

Attached are supplemental expenses I have just paid. I will attach them to our Reply but wanted to get it to you in case you wanted to refer to it in your Opposition.

Please LMK if you have any questions.

Thanks.



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

| Date of Invoice | Date of Payment | TOPIC | Vendor | Notes | Amount |
|---|---|---|---|---|---|
| 10/31/2024 | 02/24/2025 | Subpoena Service of | Demovsky Lawyer Service | Invoice 429076. Attempted Process Service of Trial Subpoena on Emmanuel Laforest at 2914 Farragut Road, Brooklyn, NY 11210 | 181.17 |
| 11/30/2024 | 02/24/2025 | Subpoena Service of | Demovsky Lawyer Service | Invoice 429842. Attempted service of trial subpoena on Jami Singer at 2672 Ford St., Brooklyn | 179.50 |
| 11/30/2024 | 02/24/2025 | Subpoena Service of | Demovsky Lawyer Service | Invoice 429843. Attempted Process Service of Trial Subpoena on Emmanuel Laforest, 125 Lenox Road, Apt . 07 Brooklyn, NY 11226 | 179.25 |
| | | | | TOTAL: | 539.92 |

   

Back  Transactions

$539.92
Pending

DEMOVSKY LAWYER SERVICE 

 Report a Problem

Pending transactions are deducted from your Available Credit. They are not final and may differ from the posted amount. Transactions in a pending status cannot be disputed and generally post within 5 days.

Home | Benefits | Help | Offers | Profile



# STATEMENT

**Demovsky Lawyer Service**
P.O. Box 2083
New York, NY 10013
www.dlsny.com

Voice: Phone (212) 925-1220
Fax: Fax (212) 941-0235

**Account of:**
(EMAIL)Ahmad Keshavarz Esq
EMAIL ALL INVOICES

Statement Date: Feb 19, 2025

Account ID: 1960

Please attend to this payment as soon as possible.

| Date | Due Date | Invoice # | Paid | DLS Worksheet No. | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/31/24 | 12/13/24 | 428861 | | PO# 302608 | 299.50 | 299.50 |
| 10/31/24 | 10/31/24 | FCAVm00058 | | PO# Finance Charge | 8.83 | 308.33 |
| 10/31/24 | 12/30/24 | 429076 | | PO# 302938 | 181.17 | 489.50 |
| 11/30/24 | 2/20/25 | 429842 | | PO# 302647 | 179.50 | 669.00 |
| 11/30/24 | 2/20/25 | 429843 | | PO# 302648 | 179.50 | 848.50 |
| 1/31/25 | 1/31/25 | FC1Vn00076 | | PO# Finance Charge | 8.97 | 857.47 |

| TOTAL | 857.47 |
|---|---|

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days |
|---|---|---|---|
| 367.97 | 181.17 | 299.50 | 8.83 |

PAY SECURELY ONLINE @ www.dlsnational.com or call 1-800-443-1058
"DLS, INC." TAX ID NO. 13-3179699

KINDLY NOTE: 1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30 days.

# Invoice

**Demovsky Lawyer Service**

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax 212-941-023
www.dlsnational.com
NYC/DCA LIC. # 1416526

Invoice Number: 429076
Invoice Date: Oct 31, 2024
Page: 1

To: AHMAD KESHAVARZ
(EMAIL) Ahmad Keshavarz Esq
EMAIL ALL INVOICES

Duplicate

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 1960 | 302938 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 10/31/24 | 12/30/24 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | FARAH JEAN FRANCOIS, vs. VICTORY AUTO GROUP LLC, ET AL., 1:22-CV-04447-JSR | | |
| 1.00 | SOB | Process Service - Borough Outside Manhattan EMMANUEL LAFOREST 2914 FARRAGUT ROAD, APT.1, (OR 3F, 3RD FLOOR), BROOKLYN, NY 11210 | 175.00 | 175.00 |
| 3.00 | CPY | Copies | 0.30 | 0.90 |
| 1.00 | CP | Postage | 0.69 | 0.69 |
| 1.00 | GAS | Fuel Surcharge | 4.50 | 4.50 |

| | |
|---|---|
| Subtotal | 181.09 |
| Sales Tax | 0.08 |
| Total Invoice Amount | 181.17 |
| Payment Received | 0.00 |
| **TOTAL** | **181.17** |

KINDLY NOTE: 1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.

Please make checks payable to DLS, Inc, and return to the P.O Box listed above.

"DLS, INC." TAX ID NO. 13-3179699

Pay online!
www.dlsnational.com

VISA  MasterCard  DISCOVER

Check No



# Demovsky Lawyer Service

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220 Fax 212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

**Invoice**

Invoice Number: 429842
Invoice Date: Nov 30, 2024
Page: 1

To: AHMAD KESHARARZ
(EMAIL) Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms |
|---|---|---|
| 1960 | 302647 | Net 30 Days |

| | Request Date | Due Date |
|---|---|---|
| | 10/21/24 | 2/20/25 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | AOB | FARAH JEAN FRANCOIS, VS. VICTORY AUTO GROUP LLC, ET AL., 22 CV 04447 Attempted Process Service - Other Boroughs  JAMI SINGER  2672 FORD STREET, BROOKLYN, NY 11235 | 175.00 | 175.00 |
| 1.00 | GAS | Fuel Surcharge | 4.50 | 4.50 |

Check No: 

| | |
|---|---|
| Subtotal | 179.50 |
| Sales Tax | |
| Total Invoice Amount | 179.50 |
| Payment Received | 0.00 |
| **TOTAL** | **179.50** |

Pay online!
www.dlsnational.com

VISA  MasterCard  AmEx  DISCOVER

"DLS, INC." TAX ID NO. 13-3179699

KINDLY NOTE: 1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.

Please make checks payable to DLS, Inc. and return to the P.O. Box listed above.

# Demovsky Lawyer Service

**Invoice**

P.O. Box 2083
New York, NY 10013
Ph. 212-925-1220  Fax 212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

Invoice Number: 429843
Invoice Date: Nov 30, 2024
Page: 1

To: AHMAD KESHAVARZ
(EMAIL) Ahmad Keshavarz Esq
EMAIL ALL INVOICES

| Account Number | Worksheet Number | Payment Terms |
|---|---|---|
| 1960 | 302648 | Net 30 Days |

| | Request Date | Due Date |
|---|---|---|
| | 10/21/24 | 2/20/25 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | FARAH JEAN FRANCOIS, VS. VICTORY AUTO GROUP LLC, ET AL., 22 CV 04447 | | |
| 1.00 AOB | | Attempted Process Service - Other Boroughs   EMMANUEL LAFOREST 125 LENOX ROAD, APT. D7, BROOKLYN, NY 11226 | 175.00 | 175.00 |
| 1.00 GAS | | Fuel Surcharge | 4.50 | 4.50 |

Check No _____

| | |
|---|---|
| Subtotal | 179.50 |
| Sales Tax | |
| Total Invoice Amount | 179.50 |
| Payment Received | 0.00 |
| **TOTAL** | **179.50** |

KINDLY NOTE: 1.33% interest per month (16% annually) will accrue on invoices not paid within our terms of 30-days.

Please make checks payable to DLS, Inc, and return to the P.O. Box listed above.

"DLS, INC." TAX ID NO. 13-3179699
www.dlsnational.com
Pay online!

VISA   DISCOVER