| | |
|---|---|
| **From:** | Farah Jean francois |
| **To:** | Emma Caterine |
| **Cc:** | Ahmad Keshavarz |
| **Subject:** | Re: Confirmation of rejection of the settlement offer |
| **Sent:** | 8/3/2022 4:59:49 PM |

I don't agree. I'm Rejecting the offer.

On Wed, Aug 3, 2022 at 4:55 PM Emma Caterine <emma@newyorkconsumerattorney.com> wrote:

> Ms. Francois,
>
> Please see attached for the settlement offer from the Defendant that we just discussed over the phone and which you have rejected. If you have any questions, please let me know, otherwise please confirm your rejecting by responding to this email "I reject the offer."
>
> Emma Caterine, Esq.
>
> Partner
>
> 
>
> FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection
>
> **The Law Office of Ahmad Keshavarz**
>
> **NOTE OUR ADDRESS HAS CHANGED BACK TO:**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (917) 945-9848  Fax: (877) 496-7809
>
> Website: www.NewYorkConsumerAttorney.com
>
> Email: emma@newyorkconsumerattorney.com

| | |
|---|---|
| **From:** | Emma Caterine on behalf of Emma Caterine |
| **To:** | Farah Jean francois |
| **Cc:** | Ahmad Keshavarz |
| **Subject:** | Confirmation of rejection of the settlement offer |
| **Attachments:** | Rule 68 Offer of Judgment 7.20.2022.pdf |
| **Sent:** | 8/3/2022 4:54:57 PM |

Ms. Francois,

Please see attached for the settlement offer from the Defendant that we just discussed over the phone and which you have rejected. If you have any questions, please let me know, otherwise please confirm your rejecting by responding to this email "I reject the offer."

Emma Caterine, Esq.
Partner



FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection
**The Law Office of Ahmad Keshavarz**
**NOTE OUR ADDRESS HAS CHANGED BACK TO:**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (917) 945-9848  Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com
Email: emma@newyorkconsumerattorney.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FARAH JEAN FRANCOIS,

                         **Plaintiff,**

            -against-

VICTORY AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI and
SPARTAN AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI,
JOHN DOES 1 - 6, and
PHILIP ARGYROPOULOS,

                      **Defendants.**
-----------------------------------------------------------------------X

Civil Action No. Case No.:
1:22-cv-4447

**OFFER OF JUDGMENT**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure **SPARTAN AUTO GROUP LLC** hereby offers to allow Plaintiff **FARAH JEAN FRANCOIS** to take judgment against it in this action for the total sum of Five Thousand and Ten Dollars ($5,010.00), plus Plaintiff's costs incurred herein to the date of this offer (the "Offer"), including her reasonable attorneys' fees incurred to the date.

      A Judgment entered pursuant to this Offer shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to recover damages and/or to any other form of relief arising out of the acts and/or omissions Plaintiff alleges against all Defendants in her Complaint in the above captioned action, including all of Defendants' officers, employees, or agents, either past or present.

      This Offer will remain open only for fourteen (14) days hereof and may only be accepted in writing. This Offer shall not be filed with the Court unless a) accepted, and b) if necessary, in a proceeding to determine the reasonableness of any attorney fees that Plaintiff may claim hereunder.

This Offer is made for the purposes specified in F.R.C.P. Rule 68 and shall not be construed as an admission of liability by any Defendant, or by any Defendant's officer, employee or agent, nor does this Offer constitute an admission that the Plaintiff suffered any damages as alleged, or that she is entitled to any of the relief prayed for in her Complaint.

Acceptance of the Offer will act to release and discharge all Defendants, their successors or assigns and all of their past and present officers, employees and agents from any and all claims that were or could have been alleged by Plaintiff against them.

Acceptance of this Offer will also operate to waive Plaintiff's rights to any claim for interest on the amount of a Judgment entered hereto.

A Judgment entered pursuant to this Offer shall contain and recite the terms and conditions set forth herein.

Dated: New York, New York
       July 20, 2022

                                     Yours, etc.
                                     NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: _____
                                     H. Nicholas Goodman
                                     *Attorney for Defendants*
                                     VICTORY AUTO GROUP LLC d/b/a
                                     VICTORY MITSUBISHI and
                                     SPARTAN AUTO GROUP LLC d/b/a
                                     VICTORY MITSUBISHI,
                                     and PHILIP ARGYROPOULOS,
                                     333 Park Ave. South, Suite 3A
                                     New York, New York 10010
                                     (212) 227-9003
                                     ngoodman@ngoodmanlaw.com

To: The Law Office of Ahmad Keshavarz
    16 Court Street, #2600
    Brooklyn, New York 11241
    (917) 945-9848
    ahmad@newyorkconsumerattorney.com