| | |
|---|---|
| **From:** | Farah Jean francois |
| **To:** | Ahmad Keshavarz |
| **Subject:** | Re: Francois v. Victory - rejection of their offer of settlement. |
| **Sent:** | 7/29/2024 1:01:54 PM |

I reject

On Mon, Jul 29, 2024 at 12:52 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Ms. Francois,
>
> I was good to speak with you. Attached is an offer of settlement by the case dealership (it is called an "offer of judgment").
>
> As we discussed, it is for $50,000 plus attorney's fees to date. You had instructed me to reject this offer.
>
> If that is correct, please reply to this email and say, "I reject."
>
> Many thanks.
>
> Please let me know if you have any question.
>
> 
>
> **The Law Office of Ahmad Keshavarz**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (347) 308-4859    Fax: (877) 496-7809
>
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

| | |
|---|---|
| **From:** | Ahmad Keshavarz on behalf of Ahmad Keshavarz |
| **To:** | Farah Jean francois |
| **Subject:** | Francois v. Victory - rejection of their offer of settlement. |
| **Attachments:** | 2024-07-24 Their Offer of Judgment.pdf |
| **Sent:** | 7/29/2024 12:52:48 PM |

Ms. Francois,

I was good to speak with you. Attached is an offer of settlement by the case dealership (it is called an "offer of judgment").

As we discussed, it is for $50,000 plus attorney's fees to date. You had instructed me to reject this offer.

If that is correct, please reply to this email and say, "I reject."

Many thanks.

Please let me know if you have any question.



FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FARAH JEAN FRANCOIS,

                              **Plaintiff,**

  - against -

VICTORY AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI, SPARTAN
AUTO GROUP LLC d/b/a VICTORY
MITSUBISHI, STAVROS ORSARIS,
YESSICA VALLEJO, DAVID PEREZ,
DIANE ARGYROPOULOS, and
PHILIP ARGYROPOULOS,

                              **Defendants.**
------------------------------------------------------------------X

Case No. 1:22-cv-4447-JSR

**OFFER OF JUDGMENT**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure **SPARTAN AUTO GROUP LLC** hereby offers to allow Plaintiff **FARAH JEAN FRANCOIS** to take judgment against it in this action for the total sum of Fifty Thousand and One Hundred Dollars ($50,100.00), and, in addition, Plaintiff's costs and reasonable attorney fees incurred in this action prior to the date of this offer (the "Offer"), with the amount of Plaintiff's reasonable attorneys' fees to be determined at a fee hearing conducted by the Court if necessary.

      A Judgment entered pursuant to this Offer shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to recover damages and/or to any other form of relief arising out of the acts and/or omissions Plaintiff alleges against all Defendants in her Amended Complaint in the above captioned action, including all of Defendants' officers, employees, or agents, either past or present.

      This Offer will remain open only for fourteen (14) days hereof and may only be accepted in writing. This Offer shall not be filed with the Court unless a) accepted, or b) if necessary, in a proceeding to determine any costs Plaintiff may claim herein.

This Offer is made for the purposes specified in F.R.C.P. Rule 68 and shall not be construed as an admission of liability by any Defendant, or by any Defendant's officer, employee or agent, nor does this Offer constitute an admission that the Plaintiff suffered any damages as alleged, or that she is entitled to any of the relief prayed for in her Complaint.

Acceptance of the Offer will act to release and discharge each and every named Defendant, their successors or assigns and all of their past and present officers, employees and agents from any and all claims that were or could have been alleged by Plaintiff against them.

Acceptance of this Offer will also operate to waive Plaintiff's rights to any claim for interest on the amount of a Judgment entered hereto.

A Judgment entered pursuant to this Offer shall contain and recite the terms and conditions set forth herein.

Dated: New York, New York
       July 24, 2024

                        Yours, etc.
                        NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: _____
     H. Nicholas Goodman
     *Attorneys for Defendants*
     **VICTORY AUTO GROUP LLC**
     **d/b/a VICTORY MITSUBISHI,**
     **SPARTAN AUTO GROUP LLC**
     **d/b/a VICTORY MITSUBISHI,**
     **STAVROS ORSARIS,**
     **YESSICA VALLEJO, DAVID PEREZ,**
     **DIANE ARGYROPOULOS and**
     **PHILIP ARGYROPOULOS**
     333 Park Avenue South, Suite 3A
     New York, New York 10010
     (212) 227-9003
     ngoodman@ngoodmanlaw.com

TO:    Ahmad Keshavarz
        THE LAW OFFICE OF
          AHMAD KESHAVARZ
        *Attorney for Plaintiff*
        **FARAH JEAN FRANCOIS**
        16 Court Street, Suite 2600
        Brooklyn, New York 11241
        (917) 945-9848
        ahmad@newyorkconsumerattorney.com
        emma@newyorkconsumerattorney.com