**The Law Office of Ahmad Keshavarz**

Case: Farah Jean Francois

| Date | Name | Topic | Notes | Hours | Rate | Amount | Cut | Adjusted Fee |
|---|---|---|---|---|---|---|---|---|
| 02/25/2025 | A. Keshavarz | Fee Petition | Preliminary review of their opposition to our fee petition. Noted discrepancies in the declaration. General outline of our response/ | 2.30 | 550 | 1,265.00 | | 1,265.00 |
| 03/04/2025 | A. Keshavarz | Fee Petition | Worked on fee petition and declaration sections on rebutting their suggestion that we did not inform client of the $45,000 offer of settlement. | 0.80 | 550 | 440.00 | | 440.00 |
| 03/04/2025 | J. Miller | Fee Petition | Drafting section of fee petition reply responding to their arguments on Johnson factors | 5.70 | 375 | 2,137.50 | | 2,137.50 |
| 03/09/2025 | A. Keshavarz | Fee Petition | Worked on rebutting the factual allegations in their Opposition. | 7.90 | 550 | 4,345.00 | -1,650.00 | 2,695.00 |
| 03/10/2025 | A. Keshavarz | Fee Petition | Pulled together legal with factual arguments. Consolidated. Finalized for filing. Communications with client regarding declaration. | 6.90 | 550 | 3,795.00 | -1,100.00 | 2,695.00 |
| | | | | | | | **TOTAL:** | **9,232.50** |