| | |
|---|---|
| **From:** | Ahmad Keshavarz on behalf of Ahmad Keshavarz |
| **To:** | Nicholas Goodman |
| **Cc:** | Andy Milz (amilz@consumerslaw.com); Cary Flitter; |
| **Subject:** | RE: Payment of $120,000 |
| **Sent:** | 11/21/2024 5:05:25 PM |

Hi Nick,

In your email below of Thursday November 7 you indicated that, as to the $120,000 portion of the judgment that "Spartan is ready, willing and able to pay early next week."

On November 8, I indicated how the check can be made payable and where it could be delivered, but indicated that it would be preferred for the funds to be wired, and provided wiring information. I asked how and when you would be delivering payment.

It is now November 21 and I have neither received the funds nor received a response to my query as to when and in what manner we will be receiving payment.

Please deliver the funds by 5:00 PM Monday, November 25 in one of the manners indicated below.

Please let me know if you have any questions.

Thanks.

Ahmad



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Friday, November 8, 2024 5:13 PM
**To:** Nicholas Goodman
**Cc:** Andy Milz (amilz@consumerslaw.com)
**Subject:** Payment of $120,000

If you are issuing a certified check please make it payable to Ahmad Keshavarz, Esq. IOLA. Attorney Trust and mail with tracking number to my office address below. If you go this route please provide the tracking number as I usually work from home.

A safer and preferred way would be to wire Ahmad Keshavarz, Esq. IOLA. Attorney Trust as below:

> Name of the account: Ahmad Keshavarz, Esq. IOLA. Attorney Trust
> Routing #: [redacted]
> Account #: [redacted]
> Bank: Citibank, N.A.
> 153 East 53rd St., NY, NY 10043

Please let me know how you will send the payment and when

Thanks.

Glad we were able to resolve the case.

**THE LAW OFFICE OF AHMAD KESHAVARZ**

FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Nicholas Goodman [mailto:Ngoodman@ngoodmanlaw.com]
**Sent:** Thursday, November 7, 2024 12:58 PM
**To:** Ahmad Keshavarz
**Cc:** Patrick Selvey; Andy Milz (amilz@consumerslaw.com); Cary Flitter; John Russo (johnlawny@msn.com)
**Subject:** RE: Case 1:22-cv-04447-JSR Francois v. Victory Auto - Confirmation of settlement and request to remove from November 12, 2024 trial docket

Andy, Ahmad,

I just want to confirm that you will not file the Consent Judgment. There should be no need for you to do so unless Spartan doesn't pay the $120k Judgment, and as I previously advised Spartan is ready, willing and able to pay early next week.

Please confirm.

Thanks and regards,

*H. Nicholas Goodman*
Nicholas Goodman & Associates, PLLC

| | |
|---|---|
| **From:** | Ahmad Keshavarz on behalf of Ahmad Keshavarz |
| **To:** | Nicholas Goodman |
| **Subject:** | Francois - my W9 and who to make check payable to |
| **Sent:** | 12/5/2024 11:21:07 AM |

Attached is my W-9.

Check can be made payable to my trust account: "Ahmad Keshavarz, Esq. IOLA. Attorney Trust"

Please let me know the tracking number when you send the payment so, if I am working from home, I can make sure to get the office.

Thanks.

thanks

| | |
|---|---|
| **From:** | Nicholas Goodman |
| **To:** | Ahmad Keshavarz |
| **Subject:** | RE: Francois. |
| **Sent:** | 12/11/2024 12:37:10 PM |

Ahmad,

Sorry I missed your call, I was out of the office yesterday.

Spartan now asked me to advise you that it intends to wire the $120k directly to your bank account on Friday, the day after tomorrow. You previously provided the account information below:

> Name of the account: Ahmad Keshavarz, Esq. IOLA. Attorney Trust
> Routing #:
> Account #:
> Bank: Citibank, N.A.
> 153 East 53rd St., NY, NY 10043

Unless the account has changed, the wire will hopefully arrive in that account as promised.

That's all I can tell you, I am simply acting as a messenger here.

Regards,

Nick

*H. Nicholas Goodman*
Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, N.Y. 10010
Office Main (212) 227-9003
Direct Dial  (917) 386-2701
Cell         (917) 470-7805
ngoodman@ngoodmanlaw.com
www.ngoodmanlaw.com
_____
This electronic mail and any attachments are STRICTLY CONFIDENTIAL and may be protected by the ATTORNEY-CLIENT PRIVILEGE. This content is solely for the use of the intended recipient herein. If you are not the intended recipient, any use, disclosure, copying, or distribution of this electronic mail is UNAUTHORIZED. If you have received this electronic mail in error, please notify the sender immediately by calling (212) 227-9003, and please immediately delete this email.
Thank you.
_____

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Tuesday, December 10, 2024 9:31 AM
**To:** Nicholas Goodman <Ngoodman@ngoodmanlaw.com>
**Subject:** Francois.

Just left you a message. Please give me a call. Thanks.



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

| | |
|---|---|
| **From:** | Nicholas Goodman |
| **To:** | Ahmad Keshavarz |
| **Subject:** | Farah Francois |
| **Attachments:** | doc08274020241213131441.pdf |
| **Sent:** | 12/13/2024 2:01:56 PM |

Please see attached.

*H. Nicholas Goodman*
Nicholas Goodman & Associates, PLLC
333 Park Avenue South, Suite 3A
New York, N.Y. 10010
Office Main (212) 227-9003
Direct Dial (917) 386-2701
Cell         (917) 470-7805
ngoodman@ngoodmanlaw.com
www.ngoodmanlaw.com

_____

This electronic mail and any attachments are STRICTLY CONFIDENTIAL and may be protected by the ATTORNEY-CLIENT PRIVILEGE. This content is solely for the use of the intended recipient herein. If you are not the intended recipient, any use, disclosure, copying, or distribution of this electronic mail is UNAUTHORIZED. If you have received this electronic mail in error, please notify the sender immediately by calling (212) 227-9003, and please immediately delete this email.
Thank you.
_____

## CHASE CONNECT℠
*Printed from Chase Connect*

✅ **You've scheduled this wire.**
Please print and save this page for your records.

How would you rate your wire experience?

### Account details

| | |
|---:|:---|
| Wire to | AHMAD KESSHAVARZ ESQ (... ▮ |
| Wire from | COMMERCIAL CHECKING (. ▮ |
| Wire status | Processing |
| Transaction number | 12021377956 |

### Sender information

| | |
|---:|:---|
| Wire date | Dec 13, 2024 |
| Wire amount | $120,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | See analysis statement |
| Total | **$120,000.00 USD (U.S. Dollars)** |
| | Your account activity will show separate charges for wire amount and wire transfer fee. |

### Additional information

| | |
|---:|:---|
| Additional routing info | FARAH JEAN FRANCOIS |
| Message to recipient | FARAH JEAN FRANCOIS |
| Memo | FARAH JEAN FRANCOIS |

JPMorgan Chase Bank, N.A. Member FDIC        ©2024 JPMorgan Chase & Co.        Equal Housing Opportunity