## Ahmad Keshavarz

| | |
|---|---|
| **From:** | Farah Jean francois <jeanfrancoisfarah09@gmail.com> |
| **Sent:** | Monday, February 6, 2023 5:02 PM |
| **To:** | Ahmad Keshavarz |
| **Subject:** | Re: Confirmation of rejection of offer |

Yes I am rejecting the offer

On Mon, Feb 6, 2023 at 4:58 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:
To clarify, you mean you reject their offer, correct?

**Ahmad Keshavarz**

On Feb 6, 2023, at 4:57 PM, Farah Jean francois <jeanfrancoisfarah09@gmail.com> wrote:

> I don't agree.
>
> On Mon, Feb 6, 2023 at 4:53 PM Emma Caterine <emma@newyorkconsumerattorney.com> wrote:
>
>> Hello Ms. Francois,
>>
>> As we discussed with you over the phone, you authorize us to reject the settlement offer by Defendants of $45,000, and you authorize us to ask them if they are interested in going to mediation to try to settle the case.
>>
>> Please reply "Yes" to confirm your rejection and if you have any questions, please let us know.
>>
>> Emma Caterine, Esq.
>>
>> Partner
>>
>> 
>>
>> FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection