**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                                                             **Case No.: 1:22-cv-4447-JSR**

                                        **Plaintiff,**

              **-against-**

**SPARTAN AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI,**
**STAVROS ORSARIS,**
**YESSICA VALLEJO, and**
**DAVID PEREZ,**

                                        **Defendants.**
-----------------------------------------------------------------------X

### DECLARATION OF FARAH JEAN FRANCOIS FOR ATTORNEY'S FEE AWARD

I, FARAH JEAN FRANCOIS, declare under penalty of perjury, as provided for by the laws of the United States, that the following statements are true and correct:

1.      My name is FARAH JEAN FRANCOIS. I am of sound mind and capable of giving this declaration.

2.      All of my attorneys in this case, The Law Office of Ahmad Keshavarz and Flitter Milz, PC, have represented me on a contingency fee basis.

3.      Attached is a true and correct copy of my August 3, 2022 email correspondence with my attorneys Ahmad Keshavarz and Emma Caterine regarding the offer of judgment of $5,010.00 plus attorneys' fees and costs made by Defendants in this case.  My attorneys explained the terms of this settlement offer to me and answered my questions.  I rejected this offer.  All of the statements in the email are true and correct.

4.      Attached is a true and correct copy of my February 6, 2023 email correspondence with my attorneys Ahmad Keshavarz and Emma Caterine regarding the settlement offer of $45,000

1

made by Defendants in this case.  I rejected this offer.  My attorneys explained the terms of this settlement offer to me and answered my questions.  I rejected this offer.  All of the statements in the email are true and correct. All of the statements in the email are true and correct.

5.    Attached is a true and correct copy of my July 29, 2024 email correspondence with my attorney Ahmad Keshavarz regarding the offer of judgment of $50,000 plus attorney's fees and costs to the date of the offer. My attorney Ahmad Keshavarz explained the terms of this settlement offer to me and answered my questions.  I rejected this offer.  All of the statements in the email are true and correct.

6.    Attached is a true and correct copy of my August 9, 2024 email correspondence with my attorney Ahmad Keshavarz regarding the offer of judgment of $101,000 plus attorney's fees and costs to the date of the offer.  My attorney Ahmad Keshavarz explained the terms of this settlement offer to me and answered my questions.  I rejected this offer.  All of the statements in the email are true and correct.

7.    Attached is a true and correct copy of my October 24, 2024 email correspondence with my attorney Ahmad Keshavarz regarding the offer of judgment of $160,000 including costs but *not* including attorney's fees.  My attorney Ahmad Keshavarz explained the terms of this settlement offer to me and answered my questions.  I rejected this offer.  All of the statements in the email are true and correct.

8.    I am informed the Defendants allege Mr. Keshavarz has applied "coercive pressure" to me regarding the $45,000 offer of settlement. I have never felt Mr. Keshavarz has ever applied "coercive pressure" in regards that settlement offer, any other settlement offer, or anything else in this case. He has explained all settlement offers in this case and I told him whether I accepted or rejected them.

9.    I accepted the Consent Judgment of $120,000 plus attorneys' fees and costs.

Dated: Brooklyn, New York
        March 10, 2025


        */ Farah Jean Francois/*
        _____
        FARAH JEAN FRANCOIS

| From: | Farah Jean francois |
|---|---|
| To: | Emma Caterine |
| Cc: | Ahmad Keshavarz |
| Subject: | Re: Confirmation of rejection of the settlement offer |
| Sent: | 8/3/2022 4:59:49 PM |

I don't agree. I'm Rejecting the offer.

On Wed, Aug 3, 2022 at 4:55 PM Emma Caterine <emma@newyorkconsumerattorney.com> wrote:

> Ms. Francois,
>
>
> Please see attached for the settlement offer from the Defendant that we just discussed over the phone and which you have rejected. If you have any questions, please let me know, otherwise please confirm your rejecting by responding to this email "I reject the offer."
>
>
> Emma Caterine, Esq.
>
> Partner
>
> 
>
> FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection
>
> **The Law Office of Ahmad Keshavarz**
>
> **NOTE OUR ADDRESS HAS CHANGED BACK TO:**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (917) 945-9848  Fax: (877) 496-7809
>
> Website: www.NewYorkConsumerAttorney.com
>
> Email: emma@newyorkconsumerattorney.com

| | |
|---|---|
| **From:** | Emma Caterine on behalf of Emma Caterine |
| **To:** | Farah Jean francois |
| **Cc:** | Ahmad Keshavarz |
| **Subject:** | Confirmation of rejection of the settlement offer |
| **Attachments:** | Rule 68 Offer of Judgment 7.20.2022.pdf |
| **Sent:** | 8/3/2022 4:54:57 PM |

Ms. Francois,

Please see attached for the settlement offer from the Defendant that we just discussed over the phone and which you have rejected. If you have any questions, please let me know, otherwise please confirm your rejecting by responding to this email "I reject the offer."

Emma Caterine, Esq.
Partner



FDCPA Attorneys: Protecting consumers from
deceptive and unfair debt collection
**The Law Office of Ahmad Keshavarz**
**NOTE OUR ADDRESS HAS CHANGED BACK TO:**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (917) 945-9848  Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com
Email: emma@newyorkconsumerattorney.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                              **Plaintiff,**

                    -against-

**VICTORY AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI and**
**SPARTAN AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI,**
**JOHN DOES 1 - 6, and**
**PHILIP ARGYROPOULOS,**

                          **Defendants.**
-----------------------------------------------------------------------X

**Civil Action No. Case No.: 1:22-cv-4447**

**OFFER OF JUDGMENT**

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure **SPARTAN AUTO GROUP LLC** hereby offers to allow Plaintiff **FARAH JEAN FRANCOIS** to take judgment against it in this action for the total sum of Five Thousand and Ten Dollars ($5,010.00), plus Plaintiff's costs incurred herein to the date of this offer (the "Offer"), including her reasonable attorneys' fees incurred to the date.

       A Judgment entered pursuant to this Offer shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to recover damages and/or to any other form of relief arising out of the acts and/or omissions Plaintiff alleges against all Defendants in her Complaint in the above captioned action, including all of Defendants' officers, employees, or agents, either past or present.

       This Offer will remain open only for fourteen (14) days hereof and may only be accepted in writing. This Offer shall not be filed with the Court unless a) accepted, and b) if necessary, in a proceeding to determine the reasonableness of any attorney fees that Plaintiff may claim hereunder.

This Offer is made for the purposes specified in F.R.C.P. Rule 68 and shall not be construed as an admission of liability by any Defendant, or by any Defendant's officer, employee or agent, nor does this Offer constitute an admission that the Plaintiff suffered any damages as alleged, or that she is entitled to any of the relief prayed for in her Complaint.

Acceptance of the Offer will act to release and discharge all Defendants, their successors or assigns and all of their past and present officers, employees and agents from any and all claims that were or could have been alleged by Plaintiff against them.

Acceptance of this Offer will also operate to waive Plaintiff's rights to any claim for interest on the amount of a Judgment entered hereto.

A Judgment entered pursuant to this Offer shall contain and recite the terms and conditions set forth herein.

Dated: New York, New York
　　　 July 20, 2022

Yours, etc.
NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: _____
H. Nicholas Goodman
*Attorney for Defendants*
VICTORY AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI and
SPARTAN AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI,
and PHILIP ARGYROPOULOS,
333 Park Ave. South, Suite 3A
New York, New York 10010
(212) 227-9003
ngoodman@ngoodmanlaw.com

To: The Law Office of Ahmad Keshavarz
　　 16 Court Street, #2600
　　 Brooklyn, New York 11241
　　 (917) 945-9848
　　 ahmad@newyorkconsumerattorney.com

**Ahmad Keshavarz**

| | |
|---|---|
| **From:** | Farah Jean francois <jeanfrancoisfarah09@gmail.com> |
| **Sent:** | Monday, February 6, 2023 5:02 PM |
| **To:** | Ahmad Keshavarz |
| **Subject:** | Re: Confirmation of rejection of offer |

Yes I am rejecting the offer

On Mon, Feb 6, 2023 at 4:58 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:
 To clarify, you mean you reject their offer, correct?

**Ahmad Keshavarz**


On Feb 6, 2023, at 4:57 PM, Farah Jean francois <jeanfrancoisfarah09@gmail.com> wrote:


  I don't agree.

  On Mon, Feb 6, 2023 at 4:53 PM Emma Caterine <emma@newyorkconsumerattorney.com>
  wrote:

   Hello Ms. Francois,


   As we discussed with you over the phone, you authorize us to reject the settlement offer by
   Defendants of $45,000, and you authorize us to ask them if they are interested in going to
   mediation to try to settle the case.


   Please reply "Yes" to confirm your rejection and if you have any questions, please let us know.


   Emma Caterine, Esq.

   Partner

   

   FDCPA Attorneys: Protecting consumers from
   deceptive and unfair debt collection

| | |
|---|---|
| **From:** | Farah Jean francois |
| **To:** | Ahmad Keshavarz |
| **Subject:** | Re: Francois v. Victory - rejection of their offer of settlement. |
| **Sent:** | 7/29/2024 1:01:54 PM |

I reject

On Mon, Jul 29, 2024 at 12:52 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Ms. Francois,
>
> I was good to speak with you. Attached is an offer of settlement by the case dealership (it is called an "offer of judgment").
>
> As we discussed, it is for $50,000 plus attorney's fees to date. You had instructed me to reject this offer.
>
> If that is correct, please reply to this email and say, "I reject."
>
> Many thanks.
>
> Please let me know if you have any question.
>
> 
>
> FDCPA Attorneys: Protecting consumers from
> deceptive and unfair debt collection
>
> **The Law Office of Ahmad Keshavarz**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (347) 308-4859    Fax: (877) 496-7809
>
> Website: www.NewYorkConsumerAttorney.com    Email: ahmad@NewYorkConsumerAttorney.com

| **From:** | Ahmad Keshavarz on behalf of Ahmad Keshavarz |
| **To:** | Farah Jean francois |
| **Subject:** | Francois v. Victory - rejection of their offer of settlement. |
| **Attachments:** | 2024-07-24 Their Offer of Judgment.pdf |
| **Sent:** | 7/29/2024 12:52:48 PM |

Ms. Francois,

I was good to speak with you. Attached is an offer of settlement by the case dealership (it is called an "offer of judgment").

As we discussed, it is for $50,000 plus attorney's fees to date. You had instructed me to reject this offer.

If that is correct, please reply to this email and say, "I reject."

Many thanks.

Please let me know if you have any question.



FDCPA Attorneys: Protecting consumers from
deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                                    **Plaintiff,**

        - against -

**VICTORY AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI, SPARTAN**
**AUTO GROUP LLC d/b/a VICTORY**
**MITSUBISHI, STAVROS ORSARIS,**
**YESSICA VALLEJO, DAVID PEREZ,**
**DIANE ARGYROPOULOS, and**
**PHILIP ARGYROPOULOS,**

                                  **Defendants.**
-------------------------------------------------------------------X

        Case No. 1:22-cv-4447-JSR

        <u>**OFFER OF JUDGMENT**</u>

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure **SPARTAN AUTO GROUP**

**LLC** hereby offers to allow Plaintiff **FARAH JEAN FRANCOIS** to take judgment against it in

this action for the total sum of Fifty Thousand and One Hundred Dollars ($50,100.00), and, in

addition, Plaintiff's costs and reasonable attorney fees incurred in this action prior to the date of

this offer (the "Offer"), with the amount of Plaintiff's reasonable attorneys' fees to be determined

at a fee hearing conducted by the Court if necessary.

        A Judgment entered pursuant to this Offer shall be in full satisfaction of all federal and state

law claims or rights that Plaintiff may have to recover damages and/or to any other form of relief

arising out of the acts and/or omissions Plaintiff alleges against all Defendants in her Amended

Complaint in the above captioned action, including all of Defendants' officers, employees, or agents,

either past or present.

        This Offer will remain open only for fourteen (14) days hereof and may only be accepted in

writing. This Offer shall not be filed with the Court unless a) accepted, or b) if necessary, in a

proceeding to determine any costs Plaintiff may claim herein.

This Offer is made for the purposes specified in F.R.C.P. Rule 68 and shall not be construed as an admission of liability by any Defendant, or by any Defendant's officer, employee or agent, nor does this Offer constitute an admission that the Plaintiff suffered any damages as alleged, or that she is entitled to any of the relief prayed for in her Complaint.

Acceptance of the Offer will act to release and discharge each and every named Defendant, their successors or assigns and all of their past and present officers, employees and agents from any and all claims that were or could have been alleged by Plaintiff against them.

Acceptance of this Offer will also operate to waive Plaintiff's rights to any claim for interest on the amount of a Judgment entered hereto.

A Judgment entered pursuant to this Offer shall contain and recite the terms and conditions set forth herein.

Dated: New York, New York
      July 24, 2024

            Yours, etc.
            NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: _____
            H. Nicholas Goodman
            *Attorneys for Defendants*
            **VICTORY AUTO GROUP LLC**
            **d/b/a VICTORY MITSUBISHI,**
            **SPARTAN AUTO GROUP LLC**
            **d/b/a VICTORY MITSUBISHI,**
            **STAVROS ORSARIS,**
            **YESSICA VALLEJO, DAVID PEREZ,**
            **DIANE ARGYROPOULOS and**
            **PHILIP ARGYROPOULOS**
            333 Park Avenue South, Suite 3A
            New York, New York 10010
            (212) 227-9003
            ngoodman@ngoodmanlaw.com

TO:    Ahmad Keshavarz
       THE LAW OFFICE OF
        AHMAD KESHAVARZ
       *Attorney for Plaintiff*
       **FARAH JEAN FRANCOIS**
       16 Court Street, Suite 2600
       Brooklyn, New York 11241
       (917) 945-9848
       ahmad@newyorkconsumerattorney.com
       emma@newyorkconsumerattorney.com

| | |
|---|---|
| **From:** | Farah Jean francois |
| **To:** | Ahmad Keshavarz |
| **Subject:** | Re: Francois v. Victory Auto - Their most recent offer of settlement. |
| **Sent:** | 8/9/2024 5:32:42 PM |

I reject

On Fri, Aug 9, 2024 at 3:31 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

Ms. Francois,

Attached is the offer of settlement (called an Offer of Judgment) by the car dealer for $100,000 plus attorney's fees to date that we discussed.

I spoke with you, explained the agreement, and you instructed me to reject the offer.

If that is correct, please reply to this email and say "I reject."

Please let me know if you have any questions.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com    Email: ahmad@NewYorkConsumerAttorney.com

| | |
|---|---|
| **From:** | Ahmad Keshavarz on behalf of Ahmad Keshavarz |
| **To:** | Farah Jean francois |
| **Subject:** | Francois v. Victory Auto - Their most recent offer of settlement. |
| **Attachments:** | Rule 68 Offer of Judgment 8.9.2024.pdf |
| **Sent:** | 8/9/2024 3:31:42 PM |

Ms. Francois,

Attached is the offer of settlement (called an Offer of Judgment) by the car dealer for $100,000 plus attorney's fees to date that we discussed.

I spoke with you, explained the agreement, and you instructed me to reject the offer.

If that is correct, please reply to this email and say "I reject."

Please let me know if you have any questions.



THE LAW OFFICE OF
AHMAD KESHAVARZ

FDCPA Attorneys: Protecting consumers from
deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com    Email: ahmad@NewYorkConsumerAttorney.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
**FARAH JEAN FRANCOIS,**

                         **Plaintiff,**

    - against -

**VICTORY AUTO GROUP LLC d/b/a**
**VICTORY MITSUBISHI, SPARTAN**
**AUTO GROUP LLC d/b/a VICTORY**
**MITSUBISHI, STAVROS ORSARIS,**
**YESSICA VALLEJO, DAVID PEREZ,**
**DIANE ARGYROPOULOS, and**
**PHILIP ARGYROPOULOS,**

                         **Defendants.**
-----------------------------------------------------------------------X

Case No. 1:22-cv-4447-JSR

<u>**OFFER OF JUDGMENT**</u>

Pursuant to Rule 68 of the Federal Rules of Civil Procedure Defendant **SPARTAN AUTO GROUP LLC** hereby offers to allow Plaintiff **FARAH JEAN FRANCOIS** to take judgment against it in this action for the total sum of One Hundred Thousand and One Hundred Dollars ($100,100.00), and, in addition, Plaintiff's costs and reasonable attorney fees incurred in this action prior to the date of this offer (the "Offer"), the amount of Plaintiff's reasonable attorneys' fees to be determined at a fee hearing conducted by the Court if necessary.

A Judgment entered pursuant to this Offer shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to recover damages and/or to any other form of relief from any or all the Defendants named in her Amended Complaint in the above captioned action, arising out of the acts and/or omissions Plaintiff alleges against all those Defendants, including all of Defendants' officers, employees, or agents, past or present.

This Offer will remain open only for fourteen (14) days hereof and may only be accepted in writing. This Offer shall not be filed with the Court unless a) accepted, or b) if necessary, in a proceeding to determine any costs Plaintiff may claim herein.

This Offer is made for the purposes specified in F.R.C.P. Rule 68 and shall not be construed as an admission of liability by any Defendant, or by any Defendant's officer, employee or agent, nor does this Offer constitute an admission that the Plaintiff suffered any damages as alleged, or that she is entitled to any of the relief prayed for in her Amended Complaint.

Acceptance of the Offer will act to release and discharge each and every Defendant named in Plaintiff's Amended Complaint, their successors or assigns and all of their past and present officers, employees, and agents from any and all claims that were or could have been alleged by Plaintiff against them.

Acceptance of this Offer will also operate to waive Plaintiff's rights to any claim for interest on the amount of a Judgment entered hereto.

A Judgment entered pursuant to this Offer shall contain and recite the terms and conditions set forth herein.

Dated: New York, New York
       August 9, 2024

Yours, etc.
NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: _____
H. Nicholas Goodman
*Attorneys for Defendants*
**VICTORY AUTO GROUP LLC**
**d/b/a VICTORY MITSUBISHI,**
**SPARTAN AUTO GROUP LLC**
**d/b/a VICTORY MITSUBISHI,**
**STAVROS ORSARIS,**
**YESSICA VALLEJO, DAVID PEREZ,**
**DIANE ARGYROPOULOS and**
**PHILIP ARGYROPOULOS**
333 Park Avenue South, Suite 3A
New York, New York 10010
(212) 227-9003
ngoodman@ngoodmanlaw.com

TO:   Ahmad Keshavarz
        THE LAW OFFICE OF
          AHMAD KESHAVARZ
        *Attorney for Plaintiff*
        **FARAH JEAN FRANCOIS**
        16 Court Street, Suite 2600
        Brooklyn, New York 11241
        (917) 945-9848
        ahmad@newyorkconsumerattorney.com
        emma@newyorkconsumerattorney.com

| | |
|---|---|
| **From:** | Farah Jean francois |
| **To:** | Ahmad Keshavarz |
| **Subject:** | Re: Francois v. Victory - confirming rejection of their offer |
| **Sent:** | 10/24/2024 12:22:08 PM |

I reject

On Thu, Oct 24, 2024 at 12:15 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

Ms. Francois,

Good speaking with you. Attached is their Offer of Judgment the dealership sent to settle the case for a total amount of $160,000 including attorneys fees. In other words my Attorneys fees would come out of 160,000.

█████████████████████████████

In our discussion you indicated that you wanted to reject this offer.

If this is correct please reply to this email and say "I reject" and I will let the dealership attorney know.

Thank you.

**Ahmad Keshavarz**

| **From:** | Ahmad Keshavarz on behalf of Ahmad Keshavarz |
| **To:** | Farah Francois |
| **Subject:** | Francois v. Victory - confirming rejection of their offer |
| **Attachments:** | UNITED STATES DISTRICT COURT.pdf |
| **Sent:** | 10/24/2024 12:15:18 PM |

Ms. Francois,

Good speaking with you.  Attached is their Offer of Judgment the dealership sent to settle the case for a total amount of $160,000 including attorneys fees.  In other words my Attorneys fees would come out of 160,000.

███████████████████████████████████████

In our discussion you indicated that you wanted to reject this offer.

If this is correct please reply to this email and say "I reject" and I will let the dealership attorney know.

Thank you.

**Ahmad Keshavarz**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
 **FARAH JEAN FRANCOIS,**

                                          **Plaintiff,**


                   **- against –**                                    **Case No. 1:22-cv-4447 (JSR)**
                                                                      **OFFER OF  JUDGMENT**

**VICTORY AUTO GROUP LLC d/b/a VICTORY**
**MITSUBISHI, SPARTAN AUTO GROUP LLC d/b/a**
 **VICTORY MITSUBISHI, STAVROS ORSARIS,**
**YESSICA VALLEJO, DAVID PEREZ,**
**DIANE ARGYROPOULOS, and PHILIP**
**ARGYROPOULOS,**
                                          **Defendants.**


------------------------------------------------------------------------X


     **Pursuant to Rule 68 of the Federal Rules of Civil Procedure Defendant SPARTAN**

**AUTO GROUP LLC** hereby offers to allow Plaintiff FARAH JEAN FRANCOIS to take

judgment against it in this action for the total sum of One Hundred Sixty Thousand

($160,000.00) inclusive of reasonable attorney fees incurred in this action prior to the date of this

offer (the "Offer"), and, in addition, Plaintiff's actual costs incurred. A Judgment entered

pursuant to this Offer shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have to recover damages and/or to any other form of relief from any or all the

Defendants named in her Amended Complaint in the above captioned action, arising out of the

acts and/or omissions Plaintiff alleges against all those Defendants, including all of Defendants'

officers, employees, or agents, past or present. This Offer will remain open only for fourteen (14)

days hereof and may only be accepted in writing. This Offer shall not be filed with the Court

unless a) accepted, or b) if necessary, in a proceeding to determine any costs Plaintiff may claim

herein. This Offer is made for the purposes specified in F.R.C.P. Rule 68 and shall not be

construed as an admission of liability by any Defendant, or by any Defendant's officer, employee

or agent, nor does this Offer constitute an admission that the Plaintiff suffered any damages as

alleged, or that she is entitled to any of the relief prayed for in her Amended Complaint.

Acceptance of the Offer will act to release and discharge each and every Defendant named in

Plaintiff's Amended Complaint, their successors or assigns and all of their past and present

officers, employees, and agents from any and all claims that were or could have been alleged by

Plaintiff against them. Acceptance of this Offer will also operate to waive Plaintiff's rights to any

claim for interest on the amount of a Judgment entered hereto. A Judgment entered pursuant to

this Offer shall contain and recite the terms and conditions set forth herein.

Dated: New York, New York
      October 15, 2024

Yours, etc.

/s/ *John Russo*

J.L. RUSSSO, P.C.
By: John L. Russo
3119 NEWTOWN AVENUE, SUITE 500
ASTORIA, N.Y. 11102
718-777-1277
JOHN@JLRUSSOPC.COM
     &

 NICHOLAS GOODMAN &
ASSOCIATES, PLLC
 BY: H. Nicholas Goodman333 Park Avenue
South, Suite 3A
 New York, New York 10010
(212) 227-9003
ngoodman@ngoodmanlaw.com
**Attorneys for Defendants** VICTORY
AUTO GROUP LLC d/b/a VICTORY
MITSUBISHI, SPARTAN AUTO GROUP
LLC d/b/a VICTORY MITSUBISHI,
STAVROS ORSARIS, YESSICA
VALLEJO, DAVID PEREZ, DIANE
ARGYROPOULOS and PHILIP
ARGYROPOULOS

TO: Ahmad Keshavarz
    THE LAW OFFICE OF AHMAD KESHAVARZ
    Attorney for Plaintiff FARAH JEAN FRANCOIS
    16 Court Street, Suite 2600 Brooklyn, New York 11241
    (917) 945 9848
    ahmad@newyorkconsumerattorney.com