# NICHOLAS GOODMAN & ASSOCIATES, PLLC

**333 PARK AVENUE SOUTH, SUITE 3A**
**NEW YORK, N.Y. 10010**

**(212) 227-9003**

H. NICHOLAS GOODMAN
PATRICK L. SELVEY, JR.

ARSLAN CHOUDHERY
*PARALEGAL*

CAMILLE M. ABATE
ROBERT P. PREUSS*
*OF COUNSEL*
*ALSO ADMITTED IN NEW JERSEY

July 1, 2025

**Via ECF**
Hon. Jed S. Rakoff.
United States Courthouse
Southern District Court of New York
500 Pearl Street
New York, NY 10007

**Re: Letter Request for Withdrawal of Nicholas Goodman & Associates, PLLC**
   *Francois v. Victory Auto Group LLC, et al.* **1:22-cv-04447-JSR**

Dear Judge Rakoff:

   As you may be aware, this firm is currently co-counsel for Defendant Spartan Auto Group LLC d/b/a Victory Mitsubishi ("Spartan") in the above-referenced matter.

   At this time, we respectfully request that Your Honor issue an Order allowing this firm to withdraw as counsel for Spartan. We note that John L. Russo, Esq. of J.L. Russo P.C. is currently also co-counsel for Spartan (*see* Docket #69) and will continue to serve as counsel of record for Spartan. Accordingly, Spartan will suffer no prejudice by virtue of this firm's withdrawal as its co-counsel.

   We thank you for your consideration of this request and look forward to hearing from you.

Very Truly Yours,

H. Nicholas Goodman