UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FARAH JEAN FRANCOIS,

                                                    Plaintiff,

- against -

VICTORY AUTO GROUP LLC d/b/a VICTORY
MITSUBISHI, SPARTAN AUTO GROUP LLC d/b/a
VICTORY MITSUBISHI, STAVROS ORSARIS,
YESSICA VELLEJO, DAVID PEREZ, DIANE
ARGYROPOULOS and PHILLIP
ARGYROPOULOS,

                                                   Defendants.
-------------------------------------------------------------------X

Case No. 1:22-cv-4447 (JSR)

(Hon. Jed S. Rakoff)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that upon the annexed Affirmation of H. NICHOLAS GOODMAN, dated affirmed on July 25, 2025, the undersigned will move this Court at a term thereof to be held at the United States Southern District Court at 500 Pearl Street, New York, New York 10017, on the **15th day of August, 2025, at 10:00 a.m.** or as soon thereafter as counsel can be heard, for an Order relieving Nicholas Goodman & Associates, PLLC as counsel for Defendants in the above captioned matter, on consent.

Dated:  New York, New York
         July 25, 2025

                                          NICHOLAS GOODMAN & ASSOCIATES, PLLC

                                          BY: _____
                                          H. Nicholas Goodman, Esq.
                                          *Out-Going Attorneys for Defendants*
                                          **SPARTAN AUTO GROUP, LLC**
                                          333 Park Avenue South, Suite 3A
                                          New York, New York 10010
                                          (917) 386-2701