```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FARAH JEAN FRANCOIS,

    Plaintiff,

-v-

VICTORY AUTO GROUP LLC D/B/A
VICTORY MITSUBISHI, et al.,

    Defendants.

22-cv-4447 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    The Court is in receipt of the purported motion of Nicholas Goodman & Associates, PLLC to be relieved as counsel for defendants in this action. See ECF No. 93. The Court is also in receipt of a purported response by plaintiff's counsel. See ECF No. 94.

    Under this Court's clear rules of individual practice, neither the purported motion nor the purported response should have been filed without the parties first having complied with Rule 2(b), which (subject to a single exception not relevant here) requires that "[i]n order to bring on any contemplated motion or application of any kind whatever . . . counsel for all affected parties must jointly call Chambers." Compliance with Rule 2(b) would have been particularly helpful here, given the questions plaintiff's counsel has raised in the purported response to defense counsel's purported motion.

    Accordingly, the Clerk of Court is respectfully directed to strike the motion at docket number 93 and the response at docket number 94. If defense counsel wishes to move forward with its contemplated motion

1

to be relieved, counsel for all parties should convene a joint telephone call to Chambers.

    SO ORDERED.

Dated:   New York, NY
           July **30**, 2025

_____
JED S. RAKOFF, U.S.D.J.