ABSTRACT OF JUDGMENT

**Re:** Farah Jean Francois v. Victory Auto Group LLC d/b/a Victory Mitsubishi et al.

Case Number: 1:22-cv-04447-JSR

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Spartan Auto Group, LLC d/b/a Victory Mitsubishi<br>4070 Boston Rd<br>Bronx, NY 10475 | Farah Jean Francois<br>299 Keller Ave<br>Elmont, NY 11003 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $286,673.09 in attorney's fees and costs | Ahmad Keshavarz, Law Office of Ahmad Keshavarz, 16 Court St., Ste. 2600, Brooklyn, NY 11241<br>Andrew Milz, Flitter Milz, P.C., 450 N. Narberth Ave, Ste. 101, Narberth, PA 19072 | September 23, 2025 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE - U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

Dated: New York                , New York

TAMMI M. HELLWIG, Clerk of Court

_____
By,            Deputy Clerk