UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARAH JEAN FRANCOIS,<br><br>    Plaintiff,<br><br>    -v-<br><br>VICTORY AUTO GROUP LLC D/B/A<br>VICTORY MITSUBISHI, et al.,<br><br>    Defendants. | 22-cv-4447 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Clerk of Court is respectfully directed to enter judgment in this case based on the Opinion & Order entered on September 23, 2025, awarding plaintiff $264,561.91 in attorney's fees and $22,111.18 in costs. See ECF No. 96.

SO ORDERED.

Dated:   New York, NY
         October 1, 2025

_____
JED S. RAKOFF, U.S.D.J.

1