# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

FARAH JEAN FRANCOIS

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

SPARTAN AUTO GROUP, LLC d/b/a
VICTORY MITSUBISHI, STAVROS ORSARIS
YESSICA VALLEJO and DAVID PEREZ

(List the full name(s) of the defendant(s)/respondent(s).)

22 CV 4447 (JSR)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: SPARTAN AUTO GROUP, LLC d/b/a VICTORY MITSUBISHI

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment  ☒ order  entered on: OCTOBER 1, 2025

(date that judgment or order was entered on docket)

that: AWARDED ATTORNEY FEES AND COSTS TO PLAINTIFF'S ATTORNEYS

(If the appeal is from an order, provide a brief description above of the decision in the order.)

10/30/25
Dated

Signature

RUSSO, JOHN L., ATTORNEY
Name (Last, First, MI)

3119 Newtown Ave., Ste. 500 Astoria, NY 11102
Address / City / State / Zip Code

718-777-1277
Telephone Number

JLRUSSOPC@GMAIL.COM
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13